**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Hologenix, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3673152** | |

4. **Debtor's address**

**Principal place of business**

**17383 Sunset Blvd., Suite A420**
**Pacific Palisades, CA 90272**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.celliant.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hologenix, LLC**
_____    Case number (_if known_) _____
    Name

---

**7.** **Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. _Check all that apply_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3140__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

_Check one:_

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. _Check **all** that apply_:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Hologenix, LLC**
Name _____     Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Hologenix, LLC**
Name

Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2020**
MM / DD / YYYY

*Seth Casden*

X **/s/ Seth Casden**                          **Seth Casden**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

---

**18. Signature of attorney**

X **/s/ John-Patrick M. Fritz**              Date   **April 22, 2020**
Signature of attorney for debtor                       MM / DD / YYYY

**John-Patrick M. Fritz**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**      Email address

**245240 CA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hologenix, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Bankruptcy Petition; Statement of Related Cases; List of Equity Security Holders; Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **April 22, 2020** | X **/s/ Seth Casden** *Seth Casden* |
| | | Signature of individual signing on behalf of debtor |
| | | **Seth Casden** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hologenix, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Multiple Energy Technologies, LLC 480 Johnson Rd., Suite 220 Washington, PA 15301** | **888-960-1642** | **Settlement** | | | | **$2,400,000.00** |
| **Polsinelli LLP 2049 Century Park East, Suite 2900 Los Angeles, CA 90067** | **Abby Stewart AStewart@Polsinelli.com 310-556-6709** | **Legal services** | | | | **$1,079,282.60** |
| **Fora Financial West LLC 519 8th Ave.., 11th Fl. New York, NY 10018** | **AR Team accountspayable@forafinancial.com 855-326-8523** | | | | | **$213,764.86** |
| **Cornerstone Research 555 W. 5th St., 38th Fl. Los Angeles, CA 90013** | **Davis Xiao DXiao@cornerstone.com 213-553-2500** | **Consulting services** | | | | **$118,202.50** |
| **The Weinberg Group LLC 1129 Twentieth Street NW, Suite 600 Washington, DC 20036** | **Accounting Team Accounting@weinberggroup.com 202-833-8077** | **Trade debt** | | | | **$43,730.10** |
| **Fiber Innovation Technology, Inc. 398 Innovation Dr. Johnson City, TN 37604** | **Dean Hevner dean.hevner@fitfibers.com 423-232-0072** | **Trade debt** | | | | **$40,546.10** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Hologenix, LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cooley LLP** 1333 2nd St., Suite 400 Santa Monica, CA 90401 | **Renuka Kola** rkola@cooley.com 202-776-2265 | **Legal services** | | | | $38,411.08 |
| **Experien Group, LLC** 224 Airport Parkway, Suite 250 San Jose, CA 95110 | **Serena B. Brewster** serena@experiengroup.com 408-400-0856 | **Consulting services** | | | | $30,639.74 |
| **Michael Haynes** 7817 Chadamy Way San Diego, CA 92130 | mikehaynes2@me.com 1.917.363.3827 | **Settlement** | | | | $27,500.00 |
| **Kent Imaging** 804B 16th Avenue S W Calgary, Alberta, T2R 0S9 CANADA | | **Equipment Lease/Financing** | | | | $21,100.00 |
| **Troutman Sanders LLP** 600 Peachtree Street, NE, Suite 300 Atlanta, GA 30308 | **Mondresa Davis** Mondresa.Davis@troutman.com 404-885-3238 | **Legal services** | | | | $17,404.29 |
| **Maelor Group, Inc.** 7 Village Woods Dr. Amherst, NH 03031 | **James Wason Ph.D.** jwason@maelor-group.com 603-672-4678 | **Trade debt** | | | | $5,300.00 |
| **Microtrace LLC** 790 Fletcher Dr., Suite 106 Elgin, IL 60123-4755 | **AR Team** jpalenik@microtrace.com 847-742-9909 | **Trade debt** | | | | $5,000.00 |
| **Influence & Co.** 2005 W. Broadway, Suite 210 Columbia, MO 65203 | **AP Team** accounting@influenceandco.com | **Marketing services** | | | | $3,000.00 |
| **Triclinic Labs** 2660 Schuyler Ave., Suite A Lafayette, IN 47905 | **Tracy Bobzien** tbobzien@TriClinicLabs.com 765-588-6200 | **Trade debt** | | | | $1,250.00 |
| **County Of Los Angeles Department Of Treasurer** 225 N. Hill St., Room 122 Los Angeles, CA 90051 | | | | | | $173.00 |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **Hologenix, LLC**                                  Case No. _____

                                      Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AF Double Eagle**<br>**9654 Wendover Dr.**<br>**Beverly Hills, CA 90210** | | See attached | |
| **Alexander Foyle**<br>**Lindenweg 2**<br>**Wiesbaden, Germany 65205**<br>**GERMANY** | | See attached | |
| **Alvaro Pascotto Rev. Tr. 5/17/2012**<br>**11111 Santa Monica Blvd, Suite 2200**<br>**Los Angeles, CA 90025** | | See attached | |
| **Andrew Behar**<br>**966 Creston Road**<br>**Berkeley, CA 94708** | | See attached | |
| **Blue Wolf Holdings LLC**<br>**Ponce De Leon Avenue #804, Suite 50**<br>**San Juan 00908**<br>**PUERTO RICO** | | See attached. | |
| **David Horinek**<br>**1852 Tiffany Court**<br>**Camarillo, CA 93010** | | See attached | |
| **Graham Casden**<br>**5097 Flagstaff Rd**<br>**Boulder, CO 80302** | | See attached | |
| **Kevin Blaney**<br>**4 Park Drive**<br>**Manhasset, NY 11030** | | See attached | |
| **Michael Conchuratt**<br>**16101 W. Sunset Blvd, #103**<br>**Pacific Palisades, CA 90272** | | See attached | |
| **Seth Casden**<br>**1112 Montana Avenue, Suite 13**<br>**Santa Monica, CA 90403** | | See attached | |
| **William Werlin**<br>**4518 Nueces Drive**<br>**Santa Barbara, CA 93110** | | See attached | |

In re:  **Hologenix, LLC** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 22, 2020** _____    Signature  **/s/ Seth Casden**
                                                                      **Seth Casden**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Capitalization Table (Pre Class C Unit Conversion) As of 2.20.2020 | | | |
|---|---|---|---|
| Name | Total Units (a) | Percentage Interests (b) | Percentage Interests (c) |
| Seth Casden | 12,617,471 | 54.97% | 46.72% |
| Graham Casden | 3,667,500 | 15.98% | 13.58% |
| Blue Wolf Holdings, LLC | 2,164,145 | 9.43% | 8.01% |
| David Horinek | 1,577,286 | 6.87% | 5.84% |
| Alvaro Pascotto (d) | 658,700 | 2.87% | 2.44% |
| Michael Conchuratt | 910,780 | 3.97% | 3.37% |
| Kevin Blaney | 649,602 | 2.83% | 2.41% |
| Alexander Foyle | 283,430 | 1.23% | 1.05% |
| William Werlin | 270,462 | 1.18% | 1.00% |
| AF Double Eagle, Inc. | 79,864 | 0.35% | 0.30% |
| Andrew Behar | 75,579 | 0.33% | 0.28% |
| **Total** | **22,954,819** | **100.00%** | **85.00%** |
| **Phantom Units (e)** | | | |
| **Allocated Phantom Units** | | | |
| Amber Bezahlar | 1,080,227 | | 4.00% |
| Courtney O'Keefe | 540,113 | | 2.00% |
| Kevin Blaney | 50,000 | | 0.19% |
| Scott Carlin | 50,000 | | 0.19% |
| Leslie Margolin | 50,000 | | 0.19% |
| **Total Allocated** | 1,770,340 | | 6.56% |
| **Unallocated Phantom Units** | 2,280,511 | | 8.44% |
| **Total** | **27,005,670** | | **100.00%** |

(a) Does not include Conversion of Convertible Debt (Class C Preferred Units) or Class A Preferred Units
(b) As a percentage of all outstanding units excluding the Phantom Units
(c) As a percentage of all outstanding fully diluted Units
(d) Alvaro Pascotto Revocable Trust Dated May 17, 2012
(e) All Unallocated Phantom Units are class A Management Units

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Pacific Palisades, California**      , California.

Date:      **April 22, 2020**

**/s/ Seth Casden**
**Seth Casden**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re    **Hologenix, LLC** _____    Case No. _____
                                        Debtor(s)                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond
        LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYB's specialization**

In re    **Hologenix, LLC**                                                      Case No. _____
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 22, 2020** | **/s/ John-Patrick M. Fritz** |
| *Date* | **John-Patrick M. Fritz** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill L.L.P.** |
| | **10250 Constellation Blvd., Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234   Fax: (310) 229-1244** |
| | *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John-Patrick M. Fritz**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **245240 CA** | |

☑ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Hologenix, LLC**<br><div align="right">Debtor(s),</div><br><div align="right">Plaintiff(s),</div><br><br><br><br><div align="right">Defendant(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___Seth Casden_____ , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                   **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

     ☑ I am the president or other officer or an authorized agent of the Debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: **(See attached)**
       *[For additional names, attach an addendum to this form.]*

  b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| April 22, 2020 | By:     /s/ Seth Casden |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:   **Seth Casden** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                               **F 1007-4.CORP.OWNERSHIP.STMT**

| Capitalization Table (Pre Class C Unit Conversion) As of 2.20.2020 | | | |
|---|---|---|---|
| **Name** | **Total Units (a)** | **Percentage Interests (b)** | **Percentage Interests (c)** |
| Seth Casden | 12,617,471 | 54.97% | 46.72% |
| Graham Casden | 3,667,500 | 15.98% | 13.58% |
| Blue Wolf Holdings, LLC | 2,164,145 | 9.43% | 8.01% |
| David Horinek | 1,577,286 | 6.87% | 5.84% |
| Alvaro Pascotto (d) | 658,700 | 2.87% | 2.44% |
| Michael Conchuratt | 910,780 | 3.97% | 3.37% |
| Kevin Blaney | 649,602 | 2.83% | 2.41% |
| Alexander Foyle | 283,430 | 1.23% | 1.05% |
| William Werlin | 270,462 | 1.18% | 1.00% |
| AF Double Eagle, Inc. | 79,864 | 0.35% | 0.30% |
| Andrew Behar | 75,579 | 0.33% | 0.28% |
| **Total** | **22,954,819** | **100.00%** | **85.00%** |
| **Phantom Units (e)** | | | |
| **Allocated Phantom Units** | | | |
| Amber Bezahlar | 1,080,227 | | 4.00% |
| Courtney O'Keefe | 540,113 | | 2.00% |
| Kevin Blaney | 50,000 | | 0.19% |
| Scott Carlin | 50,000 | | 0.19% |
| Leslie Margolin | 50,000 | | 0.19% |
| **Total Allocated** | 1,770,340 | | 6.56% |
| **Unallocated Phantom Units** | 2,280,511 | | 8.44% |
| **Total** | **27,005,670** | | **100.00%** |

*(a) Does not include Conversion of Convertible Debt (Class C Preferred Units) or Class A Preferred Units*
*(b) As a percentage of all outstanding units excluding the Phantom Units*
*(c) As a percentage of all outstanding fully diluted Units*
*(d) Alvaro Pascotto Revocable Trust Dated May 17, 2012*
*(e) All Unallocated Phantom Units are class A Management Units*

<u>**UNANIMOUS WRITTEN CONSENT AND RESOLUTION OF THE BOARD OF**</u>

<u>**MANAGERS AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY**</u>

<u>**HOLOGENIX, LLC**</u>

A meeting of undersigned board of managers of Hologenix, LLC, a Delaware limited liability company (the "Company") was held on April 22, 2020, and the Board, hereby adopts the following resolutions and direct that this unanimous written consent and resolutions be filed with the minutes of the board.  The following resolutions are duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on April 22, 2020, or the first possible date thereafter as determined by the Designated Officer (as defined below) upon the advice of counsel;

FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case.  The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the Company is authorized to enter into post-petition financing pursuant to Section 364 of the United States Bankruptcy Code in an amount up to FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) with a maturity date of one year and interest per annum of 10% and secured by a lien on substantially all of the Company's assets;

FURTHER RESOLVED, that Seth Casden, or his designee ("Casden"), shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer, Casden is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer, Casden is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Casden deems appropriate for the Company.

**In witness whereof**, the undersigned have executed this Unanimous Written Consent and Resolutions as of April 22, 2020

By:_____*Seth Casden*_____          By:_____
    Seth Casden                          Leslie A. Margolin
    Board Member                         Board Member

By:_____          By:_____
    Scott Carlin                          Kevin Blaney
    Board Member                         Board Member

FURTHER RESOLVED, that Seth Casden, or his designee
("Casden"), shall serve as the Designated Officer for the
Company during the pendency of its Chapter 11 bankruptcy
case;

FURTHER RESOLVED, that as the Designated Officer,
Casden is hereby authorized and directed on behalf of and
in the name of the Company to execute a Chapter 11
bankruptcy petition and all related documents and papers
on behalf of the Company in order to enable the Company
to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer,
Casden is hereby authorized and directed on behalf of and
in the name of the Company to execute and file and to
cause counsel to the Company to prepare with the
assistance of the Company as appropriate all petitions,
schedules, lists and other papers, documents and pleadings
in connection with the Company's bankruptcy case that
Casden deems appropriate for the Company.

**In witness whereof**, the undersigned have executed this Unanimous Written
Consent and Resolutions as of April 22, 2020

By:_____

Seth Casden
Board Member

By:_____

Leslie Margolin
Board Member

By:_____

Scott Carlin
Board Member

By:_____

Kevin Blaney
Board Member

2

FURTHER RESOLVED, that as the Designated Officer, Casden is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer, Casden is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Casden deems appropriate for the Company.

**In witness whereof**, the undersigned have executed this Unanimous Written Consent and Resolutions as of April 22, 2020

By:_____
      Seth Casden
      Board Member

By:_____
      Leslie Margolin
      Board Member

By:_____
      Scott Carlin
      Board Member

By:_____
      Kevin Blaney
      Board Member