WHITE AND WILLIAMS LLP
Thomas E. Butler (pro hac vice)
Heidi Sorvino (pro hac vice)
7 Times Square, Suite 2900
New York, NY 10036-6524
butlert@whiteandwilliams.com
(212) 714-3070
(212) 631-4420

PARKER AND MILLS LLP
Theodore Frank (Cal. Bar No. 203276)
Frank@parkermillsllp.com
800 West 6th St., Suite 500
Los Angeles, CA 90017-2702
(213) 622-4441

*Attorneys for Unsecured Creditor*
*Multiple Energy Technologies, LLC*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC<br><br><br>Debtor and Debtor in Possession. | Case No. 2:20-bk-13849-BR<br><br>Chapter 11 Case<br><br>**Hearing**<br>Date: July 7, 2020<br>Time: 2:00 p.m. Pacific Time<br>Place: Mandatory Telephonic Hearing<br>Judge: Honorable Barry Russell<br>    255 E. Temple Street, Suite 1660 /<br>    Courtroom 1668<br>    Los Angeles, CA 90012<br><br>**NOTICE OF MOTION TO DISMISS DEBTOR HOLOGENIX, LLC'S BANKRUPTCY CASE** |

**TO THE HONORABLE BARRY RUSSELL, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICE OF THE SUBCHAPTER V TRUSTEE, THE DEBTOR, ALL CREDITORS, OTHER PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, on July 7, 2020 at 2:00 p.m. Pacific Time, or as soon thereafter as counsel may be heard, by mandatory telephonic conference in Courtroom 1668 of the above-referenced Court, located at 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012, before the Honorable Barry Russel, United States Bankruptcy Judge, presiding, Multiple Energy Technologies, LLC ("MET"), a creditor in the Chapter 11 case of Hologenix, LLC (the "Debtor" or "Hologenix"), will move for an order dismissing the Debtor's bankruptcy case for bad faith filing.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based upon this Notice of Motion and the concurrently filed Memorandum of Points and Authorities, Declaration of Thomas E. Butler dated June 1, 2020, Supplemental Declaration of Thomas E. Butler dated June 8, 2020, the entire record in this case, the statements, arguments and representations of counsel to be made at the hearing on the Motion and any other evidence properly presented to the Court at or prior to the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the motion and supporting documents may be obtained by contacting White and Williams LLP, 7 Times Square, Suite 2900, New York, New York 10036, Telephone: (212) 714-3070, Email: butlert@whiteandwilliams.com or by contacting Parker and Mills LLP, 800 West 6th Street, Suite 500, Los Angeles, CA 90017, Telephone: (213) 622-4441, Email: frank@parkermillsllp.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1, any responsive pleadings, points and authorities, declarations and other documentary evidence in response to the Motion must be filed and served no later than 14 days before the hearing on the Motion. Without good cause, no party shall be heard in opposition to the Motion at oral argument if

written opposition has not been timely filed. The failure to timely respond to this Motion may be deemed to be consent to the relief requested herein.

**PLEASE TAKE FURTHER NOTICE** that, if responsive pleadings, points and authorities, declarations and other documentary evidence in response to the Motion are filed, they should be served on counsel for MET, whose name and address are set forth in the upper, left-hand corner of the first page of this Notice; the Office of the United States Trustee at 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017; the Office of the Subchapter V Trustee at 10100 N. Santa Monica Boulevard, Suite 1400, Los Angeles, CA 90067; Debtor's counsel, at 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067; and on all other parties of interest, whose names and addresses are of record in this case.

**WHEREFORE**, MET respectfully requests that the Court enter an Order:

(1) Granting the Motion;

(2) Dismissing this case; and

(3) Granting any other relief that the Court may deem just and proper.

Dated: June 16, 2020                                  **WHITE AND WILLIAMS LLP**

                                                      _____
                                                      Thomas E. Butler
                                                      Heidi J. Sorvino
                                                      *Attorneys for Unsecured Creditor*
                                                      *Multiple Energy Technologies, LLC*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On June 16, 2020, I served true copies of the following document(s) described as **NOTICE OF MOTION TO DISMISS DEBTOR HOLOGENIX, LLC'S BANKRUPTCY CASE** on the interested parties in this action as follows:

**SEE ELECTRONIC MAIL NOTICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 16, 2020, at Los Angeles, California.

LISETH GONZALEZ