1  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   907 Westwood Blvd., Suite 1078
2  Los Angeles, California 90024
   Telephone: (310) 277-0077
3
   Former attorneys for The Northern Trust Company
4  of Delaware as Trustee of The Seth Casden Resulting
   Trust, The Northern Trust Company of Delaware
5  as Trustee of The Graham Casden Resulting Trust,
   Seth Casden, Alvaro Pascotto as Trustee of
6  The Alvaro Pascotto Revocable Trust 5/17/12,
   and Julien Born
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **LOS ANGELES DIVISION**

11

12  In re                              Case No. 2:20-bk-13849-BR

13  HOLOGENIX, LLC,                    Chapter 11 (Subchapter V)

14          Debtor and Debtor in       **NOTICE OF MOTION AND MOTION**
            Possession.                **FOR ORDER RE DANNING GILL'S**
15                                     **WITHDRAWAL AS COUNSEL, AND**
                                       **AUTHORIZING AND DIRECTING THE**
16                                     **CLERK OF THE COURT TO MODIFY**
                                       **THE COURT'S RECORD IN THIS CASE;**
17                                     **AND DECLARATION OF JOHN N.**
                                       **TEDFORD, IV, IN SUPPORT THEREOF**
18
                                       [Per LBR 9013-1(p), no hearing
19                                     or opportunity to object required]

20

21          **PLEASE TAKE NOTICE** that, pursuant to Local Bankruptcy Rules 2091-1 and 9013-

22  1(p), Danning, Gill, Israel & Krasnoff, LLP ("**Danning Gill**"), former counsel for The Northern

23  Trust Company of Delaware as Trustee of The Seth Casden Resulting Trust, The Northern Trust

24  Company of Delaware as Trustee of The Graham Casden Resulting Trust, Seth Casden, Alvaro

25  Pascotto as Trustee of The Alvaro Pascotto Revocable Trust 5/17/12, and Julien Born, hereby

26  requests entry of an order authorizing Danning Gill's withdrawal as counsel, if and to the extent

27  such an order is required.  Danning Gill also requests that the order authorize and direct the Clerk

28

                                       1

1  of the Court to modify the Court's record to reflect that Danning Gill's former attorneys no longer

2  represent the foregoing parties.

3      This motion is based on the following grounds:  Danning Gill is no longer engaged in the

4  practice of law.  The firm's last day representing former clients was January 31, 2025.  However,

5  the docket still reflects that former Danning Gill attorneys are representing parties in this case and

6  that the attorneys remain affiliated with Danning Gill.  As a result, the NEF list in the main case

7  and this adversary proceeding incorrectly reflect that former Danning Gill attorneys are

8  representing those parties.  Therefore, Danning Gill is requesting that the Court enter an order

9  authorizing Danning Gill to withdraw, to the extent such an order is required, and authorizing and

10  directing the Clerk of the Court to modify the Court's record to reflect that Danning Gill's former

11  attorneys no longer represent the foregoing parties.

12      This relief is needed in the main case (*In re Hologenix, LLC*, case no. 2:20-bk-13849-BR),

13  and an adversary proceeding (*Multiple Energy Technologies, LLC v. Northern Trust Company of*

14  *Delaware as Trustee of the Seth Casden Resulting Trust, et al.*, adv. no. 2:22-ap-01101-BR).

15      As reflected in Exhibit "1" hereto, in the main case the following attorneys are listed as

16  counsel for the following parties, and remain listed as being affiliated with Danning Gill:

| Attorney Name | Formerly Represented Party |
|---|---|
| Alphamorlai Lamine Kebeh | Seth Casden |
| John N Tedford, IV | Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12 |
| | Julien Born |
| | Seth Casden |
| | The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust |
| | The Northern Trust of Delaware as Trustee of the Graham Casden Resulting Trust |

26  ///

27  ///

28  ///

1785688.1  0705

As reflected in Exhibit "2" hereto, in the adversary proceeding the following attorneys are listed as counsel for the following parties, and remain listed as being affiliated with Danning Gill:

| Attorney Name | Formerly Represented Party |
|---|---|
| Aaron E. de Leest | Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12<br><br>Julien Born<br><br>Seth Casden<br><br>Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust<br><br>Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust |
| Alphamorlai Lamine Kebeh | Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12<br><br>Julien Born<br><br>Seth Casden<br><br>Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust<br><br>Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust |
| John N Tedford, IV | Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12<br><br>Julien Born<br><br>Seth Casden<br><br>Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust<br><br>Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust |

The claims asserted against these parties were dismissed in December 2022. However, because the adversary proceeding is open, the attorneys continue to receive Notices of Electronic Filing in both the main case and the adversary proceeding.

None of the attorneys listed above currently are representing any of the listed parties in either the bankruptcy case or the adversary proceeding, and none currently are practicing law at

1   Danning Gill.  However, Notices of Electronic Filing in both the main case and the adversary

2   proceeding continue to reflect that the former clients are being served electronically via NEFs

3   sent to the above attorneys.

4           This motion is based upon this notice and motion, the Declaration of John N. Tedford, IV,

5   and any such other evidence as may be presented to the Court.

6           **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-

7   1(p), this motion may be determined by the Court without a hearing after notice provided in Rule

8   2091-1(a).

9

10  DATED:  June 14, 2025                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

11

12                                   By:      */s/ John N. Tedford, IV*

13                                          JOHN N. TEDFORD, IV
                                           Co-Liquidating Administrator for Danning, Gill,
14                                         Israel & Krasnoff, LLP, former attorneys for The
                                           Northern Trust Company of Delaware as Trustee
15                                         of The Seth Casden Resulting Trust, The Northern
                                           Trust Company of Delaware as Trustee of The
16                                         Graham Casden Resulting Trust, Seth Casden,
                                           Alvaro Pascotto as Trustee of The Alvaro Pascotto
17                                         Revocable Trust 5/17/12, and Julien Born

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF JOHN N. TEDFORD, IV

I, John N. Tedford, IV, declare and state as follows:

1.    I have personal knowledge of each of the facts herein, except those set forth on information and belief and, as to those matters, I believe them to be true.  If called as a witness, I could and would testify competently with respect to such facts.

2.    I am an attorney licensed to practice law in the state of California.

3.    I am the principal of a professional corporation that is a partner of Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill").  Danning Gill's last day representing clients was January 31, 2025.  Danning Gill dissolved as of February 1, 2025, and commenced the process of winding up its financial affairs.  I am a co-"Liquidating Administrator" responsible for overseeing the wind-up of Danning Gill's affairs.

4.    Exhibit "1" is a printout from the Court's CM/ECF system of represented parties and their attorneys in *In re Hologenix, LLC*, case no. 2:20-bk-13849-BR.

5.    The Court's record indicates that Alphamorlai Kebeh an attorney at Danning Gill and is representing Seth Casden in the case.  Mr. Kebeh's employment at Danning Gill concluded in 2024, and he joined another firm.  Mr. Kebeh does not currently represent Mr. Casden in the case.

6.    The Court's record indicates that I am an attorney at Danning Gill and am representing Mr. Casden in the case.  My last day representing clients at Danning Gill was January 31, 2025, and I joined another firm as of February 1, 2025.  I do not currently represent Mr. Casden in the case.  I believe that the only document I have filed in the case to date is a notice filed on September 12, 2024, requesting that the Court's record be modified to reflect that certain former Danning Gill attorneys' representation of certain parties is "terminated."

7.    Exhibit "2" is a printout from the Court's CM/ECF system of represented parties and their attorneys in *Multiple Energy Technologies, LLC v. Northern Trust Co. of Delaware as Trustee of the Seth Casden Resulting Trust, et al.*, CACB adv. no. 2:20-ap-01001-BR.

8.    The Court's record indicates that Aaron de Leest, Mr. Kebeh, and I are attorneys at Danning Gill and are representing certain defendants.  Like Mr. Kebeh, Mr. de Leest's employment at Danning Gill concluded in 2024, and he joined another firm.  Neither Mr. de Leest, Mr. Kebeh nor I currently represent any of the defendants in the adversary proceeding.  I believe that the only document I have filed in the adversary proceeding to date is a notice filed on September 12, 2024, requesting that the Court's record be modified to reflect that certain former Danning Gill attorneys' representation of certain parties is "terminated."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2025, at Los Angeles, California.

John N. Tedford, IV

# EXHIBIT 1

Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Barry Russell
**Date filed:** 04/22/2020 **Date of last filing:** 04/28/2025 **Plan confirmed:** 10/12/2022

# Parties

**AIG Property Casualty, Inc.**
80 Pine Street, 13th Floor
New York, NY 10005
*Added: 11/11/2020*
*(Creditor)*

**Alvaro Pascotto Revocable Trust**
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
*Added: 06/09/2020*
*(Creditor)*

represented by

**James R Selth**
Weintraub Zolkin Talerico & Selth
LLP
11766 Wilshire Blvd.
Ste 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
jselth@yahoo.com
*Assigned: 06/09/20*

**Alvaro Pascotto as Trustee of the Alvaro Pascotto
Revocable Trust 5/17/12**
*Added: 07/05/2022*
*(Creditor)*

represented by

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*
*TERMINATED: 09/12/24*

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com

*Assigned: 07/05/22*
*TERMINATED: 09/12/24*

**BRE Sunset Coast, LLC**
c/o Allen Matkins, et al.
2010 Main Street
Suite 800
Irvine, CA 92614
949-553-1313
949-553-8354 (fax)
mgreger@allenmatkins.com
*Added: 06/30/2020*
*(Interested Party)*

represented
by

**Michael S Greger**
2010 Main Street
Suite 8000
Irvine, CA 92614
949-553-1313
mgreger@allenmatkins.com
*Assigned: 06/30/20*

**BUCHALTER**
A Professional Corporation
18400 Von Karman Ave Ste 800
Irvine, CA 92612
*Added: 07/14/2020*
*(Special Counsel)*

represented
by

**Brian T Harvey**
Buchalter, A Professional Corporation
1000 Wilshire Blvd Ste 1500
Los Angeles, CA 90017-2457
213-891-0700
bharvey@buchalter.com
*Assigned: 03/20/23*

**Juliet Y. Oh**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-1234
310-229-1244 (fax)
jyo@lnbyg.com
*Assigned: 11/12/24*

**Dermer Behrendt**
*Added: 07/14/2020*
*(Special Counsel)*

**Julien Born**
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
*Added: 06/09/2020*
*(Creditor)*

represented
by

**James R Selth**
Weintraub Zolkin Talerico & Selth
LLP
11766 Wilshire Blvd.
Ste 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
jselth@yahoo.com
*Assigned: 06/09/20*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*
*TERMINATED: 09/12/24*

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com
*Assigned: 07/05/22*
*TERMINATED: 09/12/24*

**Seth Casden**
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
*Added: 06/09/2020*
*(Creditor)*

represented by

**Alphamorlai Lamine Kebeh**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90024
310-277-0077
310-277-5735 (fax)
MKebeh@allenmatkins.com
*Assigned: 06/21/22*

**James R Selth**
Weintraub Zolkin Talerico & Selth
LLP
11766 Wilshire Blvd.
Ste 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
jselth@yahoo.com
*Assigned: 06/09/20*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars

Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*
*TERMINATED: 09/12/24*

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com
*Assigned: 07/05/22*
*TERMINATED: 09/12/24*

**Colony Group LLC**
310 229-5007
*Added: 10/02/2020*
*(Special Counsel)*

**Courtesy NEF**
*Added: 05/06/2020*
*(Interested Party)*

represented by

**Alan Stomel**
Law Offices of Alan Stomel
POB 1457
Bodega Bay, CA 95423
310-651-1570
707-377-4097 (fax)
alan.stomel@gmail.com
*Assigned: 05/06/20*

**Annie Y Stoops**
Arent Fox LLP
555 South Flower Street
Floor 43
Los Angeles, CA 90071
213-629-7400
213-629-7401 (fax)
annie.stoops@afslaw.com
*Assigned: 05/28/20*

**Derrick Talerico**
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
dtalerico@wztslaw.com
*Assigned: 10/29/21*

**Fisher & Phillips LLP**
2050 Main St Ste 1000

represented by

**Robert Carrasco**
Levene, Neale, Bender, Yoo &

Irvine, CA 92614
949 851 2424
*Added: 04/18/2024*
*(Special Counsel)*


**Grobstein Teeple CPA**
6300 Canoga Avenue, Ste 1500W
Woodland Hills, CA 91367
818-532-1020
*Added: 01/18/2022*
*(Accountant)*

**Grobstein Teeple LLP**
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367
*Added: 12/16/2021*
*(Witness)*

**Hologenix, LLC**
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272
Tax ID / EIN: 38-3673152
*Added: 04/22/2020*
*(Debtor)*

Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3368
rmc@lnbyg.com
*Assigned: 11/22/24*

represented
by

**Ron Bender**
Levene Neale Bender Yoo &
Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034
310-229-1234
rb@lnbyg.com
*Assigned: 05/05/20*

**Robert Carrasco**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3368
rmc@lnbyg.com
*Assigned: 03/25/24*

**John-Patrick M Fritz**
Levene Neale Bender Yoo &
Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034
310-229-1234
310-229-1244 (fax)
jpf@lnbyg.com
*Assigned: 04/22/20*

**Juliet Y. Oh**
Levene Neale Bender Yoo &
Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034
310-229-1234
jyo@lnbyg.com
*Assigned: 11/12/20*

**Carmela Pagay**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3362
310-229-1244 (fax)
ctp@lnbyg.com
*Assigned: 11/26/24*

**Kurt Ramlo**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3378
310-229-1244 (fax)
RamloLegal@gmail.com
*Assigned: 01/21/22*

**Lindsey L Smith**
Levene Neale Bender Yoo &
Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034
310-229-1234
310-229-1244 (fax)
lls@lnbyb.com
*Assigned: 06/05/20*

**INTERESTED PARTY**
*Added: 04/24/2020*
*(Interested Party)*

represented by

**Thomas E Butler**
White and Williams, LLP
7 Times Square
Suite 2900
New York, NY 10036
212-714-3070
212-714-3070 (fax)
butlert@whiteandwilliams.com
*Assigned: 08/10/21*

**Theodore W Frank**
Parker Mills LLP
800 W 6th St Ste 500
Los Angeles, CA 90017
213 622-4441
213-622-1444 (fax)
frank@psmlawyers.com
*Assigned: 04/28/20*

**Tinho Mang**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
949-333-7778 (fax)

tmang@marshackhays.com
*Assigned: 04/26/23*

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com
*Assigned: 06/08/22*

**Heidi J Sorvino**
White and Williams LLP
7 Times Square Ste 2900
New York, NY 10036
212-632-4417
212-244-6200 (fax)
sorvinoh@whiteandwilliams.com
*Assigned: 07/21/20*

**Larry D Webb**
Law Office of Larry Webb
484 Mobile Ste 43
Camarillo, CA 93010
805-987-1400
805-987-2866 (fax)
Webblaw@gmail.com
*Assigned: 04/24/20*

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
949-333-7778 (fax)
dwood@marshackhays.com
*Assigned: 04/26/23*

**Gregory Kent Jones (TR)**
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
424-214-7044
(424) 214-7010 (fax)
gjones@sycr.com
*Added: 04/23/2020*
*(Trustee)*

| | | |
|---|---|---|
| **LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR** | represented by | **Oscar Estrada** |
| PO BOX 54110 | | P O Box 54110 |
| LOS ANGELES, CA 90054-0110 | | Los Angeles, CA 90054 |
| *Added: 11/18/2020* | | 213-974-9150 |
| *(Creditor)* | | 213-633-5013 (fax) |

oestrada@ttc.lacounty.gov
*Assigned: 11/18/20*

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
310.229.1234
310.229.1244 (fax)
jpf@lnbyb.com
*Added: 06/03/2020*
*(Attorney)*

represented by

**John-Patrick M Fritz**
Levene Neale Bender Yoo &
Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034
310-229-1234
310-229-1244 (fax)
jpf@lnbyg.com
*Assigned: 11/23/20*

**M & G Partners**
*Added: 03/23/2022*
*(Accountant)*

represented by

**Robert Carrasco**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3368
rmc@lnbyg.com
*Assigned: 11/22/24*

**Multiple Energy Technologies, LLC**
*Added: 01/25/2022*
*(Creditor)*

represented by

**Heidi J Sorvino**
White and Williams LLP
7 Times Square Ste 2900
New York, NY 10036
212-632-4417
212-244-6200 (fax)
sorvinoh@whiteandwilliams.com
*Assigned: 06/08/22*

**Nicole Sullivan**
White and Williams, LLP
7 Times Square - Ste. 2900
New York, NY 10036
212-631-4420
sullivann@whiteandwilliams.com
*Assigned: 04/04/24*

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
949-333-7778 (fax)
dwood@marshackhays.com
*Assigned: 05/01/23*

**Thomas E Butler**
White and Williams, LLP
7 Times Square
Suite 2900
New York, NY 10036
212-714-3070
212-714-3070 (fax)
butlert@whiteandwilliams.com

*Assigned: 01/27/22*
*TERMINATED: 05/01/23*

**Derrick Talerico**
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
dtalerico@wztslaw.com
*Assigned: 01/25/22*
*TERMINATED: 05/01/23*

**Theodora Oringher, PC**
535 Anton Blvd, Ninth Floor
Costa Mesa, CA 92626
(714) 549-6200
*Added: 08/27/2021*
*(Special Counsel)*

**Theodora Oringher**
*Added: 01/24/2025*
*(Other Professional)*

**Polsinelli LLP**
2049 Century Park East
Suite 2900
Los Angeles, CA 90067
310-556-1801
*Added: 04/23/2020*
*(Creditor)*

represented by

**Randye B Soref**
Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067
310-556-1801
310-556-1802 (fax)
rsoref@polsinelli.com
*Assigned: 04/23/20*

**RBHM Commercial**
*Added: 03/09/2022*
*(Other Professional)*

**Murali Sundar**
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
*Added: 06/09/2020*
*(Creditor)*

represented by

**James R Selth**
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd.
Ste 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
jselth@yahoo.com
*Assigned: 06/09/20*

**The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust**
*Added: 07/05/2022*
*(Creditor)*

represented by

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077

310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*
*TERMINATED: 09/12/24*

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com
*Assigned: 07/05/22*
*TERMINATED: 09/12/24*

**The Northern Trust of Delaware as Trustee of the Graham Casden Resulting Trust**
*Added: 07/05/2022*
*(Creditor)*

represented by

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*
*TERMINATED: 09/12/24*

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com

*Assigned: 07/05/22*
*TERMINATED: 09/12/24*

**Troutman Sanders LLP**
11682 El Camino Real Ste 400
San Diego, CA 92130-2092
858-509-6007
858-224-0946 (fax)
*Added: 07/14/2020*
*(Special Counsel)*

**Tucker Ellis LLP**
*Added: 07/15/2020*
*(Special Counsel)*

| | | |
|---|---|---|
| **United States Trustee (LA)** 915 Wilshire Blvd, Suite 1850 Los Angeles, CA 90017 (213) 894-6811 ustpregion16.la.ecf@usdoj.gov *Added: 04/22/2020* *(U.S. Trustee)* | represented by | **Ron Maroko** 915 Wilshire Blvd., Ste 1850 Los Angeles, CA 90017 213-894-4520 213-894-2603 (fax) ron.maroko@usdoj.gov *Assigned: 04/23/20* *LEAD ATTORNEY* |
| **Wells Fargo Bank, National Association** Hemar, Rousso & Heald, LLP Raffi Khatchadourian 15910 Ventura Blvd., 12th Floor Encino, CA 91436 818-501-3800 raffi@hrhlaw.com *Added: 12/01/2020* *(Creditor)* | represented by | **Raffi Khatchadourian** 15910 Ventura Blvd 12th Fl Encino, CA 91436 818-501-3800 raffi@hemar-rousso.com *Assigned: 12/01/20* |
| | | **Yvonne Ramirez-Browning** Wells Fargo & Co 21680 Gateway Center Dr Ste 280 Diamond Bar, CA 91765 626-965-9465 909-861-9253 (fax) yvonne@browninglawgroup.com *Assigned: 03/16/21* |
| **Wells Fargo Bank, National Association** Office of the General Counsel Wells Fargo & Company Yvonne Ramirez-Browning 21680 Gateway Center Dr, Ste 280 Diamond Bar, CA 91765 (626) 965-9465 *Added: 12/08/2020* *(Creditor)* | represented by | **Yvonne Ramirez-Browning** Wells Fargo & Co 21680 Gateway Center Dr Ste 280 Diamond Bar, CA 91765 626-965-9465 909-861-9253 (fax) yvonne@browninglawgroup.com *Assigned: 12/08/20* |

| PACER Service Center |
|---|
| **Transaction Receipt** |

| | 06/13/2025 20:10:27 | | |
|---|---|---|---|
| **PACER Login:** | JNTDGDK60 | **Client Code:** | 9116-Hologenix |
| **Description:** | Party List | **Search Criteria:** | 2:20-bk-13849-BR |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

EXHIBIT 2

6/13/25, 8:00 AM Case 2:20-bk-13849-BR Doc 1062 CM/ECF - U.S. Bankruptcy Court (v...Entered 06/14/25 02:34:28 Desc
2:22-ap-01101-BR Multiple Energy Technologies, LLC et al v. Northern Trust Company of Delaware as Trustee of t
Main Document Page 21 of 27

Case type: ap **Related bankruptcy:** 2:20-bk-13849-BR **Judge:** Barry Russell
**Date filed:** 04/21/2022 **Date of last filing:** 04/22/2025

# Parties

**Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12**
*Added: 04/21/2022*
*(Defendant)*

represented by

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*

**Alphamorlai Lamine Kebeh**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90024
310-277-0077
310-277-5735 (fax)
MKebeh@allenmatkins.com
*Assigned: 06/13/22*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Kevin J Blaney**
*Added: 04/21/2022*
*(Defendant)*
PRO SE

**Julien Born**
*Added: 04/21/2022*
*(Defendant)*

represented by

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*

**Alphamorlai Lamine Kebeh**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90024
310-277-0077
310-277-5735 (fax)
MKebeh@allenmatkins.com
*Assigned: 06/13/22*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Scott Carlin**
*Added: 04/21/2022*
*(Defendant)*
PRO SE

**Seth Casden**
*Added: 04/21/2022*
*(Defendant)*

represented by

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*

**Alphamorlai Lamine Kebeh**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90024
310-277-0077
310-277-5735 (fax)
MKebeh@allenmatkins.com
*Assigned: 06/13/22*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Michael Haynes**
*Added: 04/21/2022*
*(Defendant)*
PRO SE

**Hologenix, LLC**
*Added: 06/06/2022*
*(Debtor)*

represented by

**John-Patrick M Fritz**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-1234
jpf@lnbyg.com
*Assigned: 06/06/22*

**INTERESTED PARTY**
*Added: 06/08/2022*
*(Interested Party)*

represented by

**Zev Shechtman**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
Zev.Shechtman@saul.com
*Assigned: 06/08/22*

**Gregory Kent Jones (TR)**
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
424-214-7044
(424) 214-7010 (fax)
gjones@sycr.com
*Added: 04/22/2022*
*(Trustee)*

**Leslie A Margolin**
*Added: 04/21/2022*
*(Defendant)*
PRO SE

**Multiple Energy Technologies, LLC**
*Added: 04/21/2022*
*(Plaintiff)*

represented by

**Thomas E Butler**
White and Williams, LLP
7 Times Square
Suite 2900
New York, NY 10036
212-714-3070
212-714-3070 (fax)
butlert@whiteandwilliams.com
*Assigned: 06/14/22*

**Nicole Sullivan**
White and Williams, LLP
7 Times Square - Ste. 2900
New York, NY 10036
212-631-4420
sullivann@whiteandwilliams.com
*Assigned: 02/14/24*

**Derrick Talerico**
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025
310-207-1494
310-442-0660 (fax)
dtalerico@wztslaw.com
*Assigned: 04/21/22*
*LEAD ATTORNEY*

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
949-333-7778 (fax)
dwood@marshackhays.com
*Assigned: 05/16/23*

**Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust**
*Added: 04/21/2022*
*(Defendant)*

represented by

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*

**Alphamorlai Lamine Kebeh**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90024
310-277-0077
310-277-5735 (fax)
MKebeh@allenmatkins.com
*Assigned: 06/13/22*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust**
*Added: 04/21/2022*
*(Defendant)*

represented by

**Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077

310-277-5735 (fax)
adeleest@marshackhays.com
*Assigned: 07/15/22*

**Alphamorlai Lamine Kebeh**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90024
310-277-0077
310-277-5735 (fax)
MKebeh@allenmatkins.com
*Assigned: 06/13/22*

**John N Tedford, IV**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
310-277-5735 (fax)
JNT@LNBYG.com
*Assigned: 09/12/24*

**Murali Sundar**
*Added: 04/21/2022*
*(Defendant)*
PRO SE

**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811
ustpregion16.la.ecf@usdoj.gov
*Added: 04/21/2022*
*(U.S. Trustee)*

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/13/2025 20:06:44 | | |
| **PACER Login:** | JNTDGDK60 | **Client Code:** | 9116-Hologenix |
| **Description:** | Party List | **Search Criteria:** | 2:22-ap-01101-BR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 907 Westwood Blvd., Suite 1078, Los Angeles, CA 90024.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF MOTION AND MOTION FOR ORDER RE DANNING GILL'S WITHDRAWAL AS COUNSEL, AND AUTHORIZING AND DIRECTING THE CLERK OF THE COURT TO MODIFY THE COURT'S RECORD IN THIS CASE; AND DECLARATION OF JOHN N. TEDFORD, IV, IN SUPPORT THEREOF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  June 14, 2025  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  June 14, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon Barry Russell
U.S. Bankruptcy Court
255 E. Temple St., Ste. 1660
Los Angeles, CA  90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2025 | John N. Tedford, IV | */s/ John N. Tedford, IV* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

### ADDITIONAL SERVICE INFORMATION (if needed):

### 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- John N Tedford    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_    **F 9013-3.1.PROOF.SERVICE**