| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, California 90024<br>Tel.: (310) 277-0077<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HOLOGENIX, LLC,<br><br><div align="right">Debtor(s)</div> | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 (Subchapter V) |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]): <u>MOTION FOR ORDER RE DANNING GILL'S WITHDRAWAL AS COUNSEL, AND AUTHORIZING AND DIRECTING THE CLERK OF THE COURT TO MODIFY THE COURT'S RECORD IN THIS CASE</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING MOTION FOR ORDER RE DANNING GILL'S WITHDRAWAL AS COUNSEL, AND AUTHORIZING AND DIRECTING THE CLERK OF THE COURT TO MODIFY THE COURT'S RECORD IN THIS CASE</u> was lodged on *(date)* <u>6/14/25</u> and is attached. This order relates to the motion which is docket number <u>1062</u>.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                            *Page 1*            **F 9021-1.2.BK.NOTICE.LODGMENT**
1785692.1  0705

| | |
|---|---|
| 1 | DANNING, GILL, ISRAEL & KRASNOFF, LLP |
| | 907 Westwood Blvd., Suite 1078 |
| 2 | Los Angeles, California 90024 |
| | Telephone: (310) 277-0077 |
| 3 | |
| 4 | Former attorneys for The Northern Trust Company |
| | of Delaware as Trustee of The Seth Casden Resulting |
| 5 | Trust, The Northern Trust Company of Delaware |
| | as Trustee of The Graham Casden Resulting Trust, |
| 6 | Seth Casden, Alvaro Pascotto as Trustee of |
| | The Alvaro Pascotto Revocable Trust 5/17/12, |
| 7 | and Julien Born |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | Case No. 2:20-bk-13849-BR |
|---|---|
| HOLOGENIX, LLC, | Chapter 11 (Subchapter V) |
| Debtor and Debtor in Possession. | **ORDER GRANTING MOTION FOR ORDER RE DANNING GILL'S WITHDRAWAL AS COUNSEL, AND AUTHORIZING AND DIRECTING THE CLERK OF THE COURT TO MODIFY THE COURT'S RECORD IN THIS CASE**<br><br>[Per LBR 9013-1(p), no hearing or opportunity to object required] |

On June 14, 2025, Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") filed its *Notice of Motion and Motion for Order Re Danning Gill's Withdrawal As Counsel, and Authorizing and Directing the Clerk of the Court to Modify the Court's Record in This Case* (the "Motion") (*docket no. 1062*), pursuant to Local Bankruptcy Rules 2091-1 and 9013-1(p).

The Court having read and considered the Motion and the evidence submitted in support thereof, and for good cause appearing, it is

**ORDERED THAT:**

1. The Motion is granted.

1

1     2.     To the extent such relief is necessary under the circumstances, Danning Gill is authorized to withdraw as counsel for (a) The Northern Trust Company of Delaware as Trustee of The Seth Casden Resulting Trust, (b) The Northern Trust Company of Delaware as Trustee of The Graham Casden Resulting Trust, (c) Seth Casden, (d) Alvaro Pascotto as Trustee of The Alvaro Pascotto Revocable Trust 5/17/12, and (e) Julien Born.

    3.     The Clerk of the Court is authorized and directed to modify the Court's record in this case to reflect that the representation of the above parties by Danning Gill and former Danning Gill attorneys Alphamorlai Kebeh and John Tedford is terminated.

# # # # #

1785690.1  0705

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 907 Westwood Blvd., Suite 1078, Los Angeles, California 90024.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 14, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 14, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2025 | John N. Tedford, IV | */s/ John N. Tedford, IV* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 *Page 2*                                **F 9021-1.2.BK.NOTICE.LODGMENT**
1785692.1  0705

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- John N Tedford    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**
1785692.1  0705