RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Emails: RB@LNBYB.COM; JPF@LNBYB.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOLOGENIX, LLC,<br><br>      Debtor and Debtor in Possession. | Case No. 2:20-bk-13849-BR<br><br>Chapter 11 (Subchapter V)<br><br>**SUPPLEMENTAL DISCLOSURE PER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014; DECLARATION OF JOHN N. TEDFORD, IV; DECLARATION OF SETH CASDEN** |

      Pursuant to Federal Rule of Bankruptcy Procedure 2014, debtor and debtor in possession Hologenix, LLC (the "Debtor") makes the following supplemental disclosures.

      1.    On April 22, 2020, the Debtor commenced this bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code (the "Code"). The Debtor remains in possession of its property and is exercising substantially all rights of a trustee pursuant to section 1184 of the Code.

      2.    A trustee, with the court's approval, may employ an attorney that does not hold or represent an interest adverse to the estate, and that is a disinterested person, to represent the trustee in carrying out the trustee's duties under the Code. 11 U.S.C. § 327(a). An attorney is not disqualified for employment under section 327(a) solely because of his or her employment by or representation of a creditor, unless a party objects and the court determines that there is an actual

conflict of interest. 11 U.S.C. § 327(c). A "disinterested person" is a person that (A) is not a creditor, an equity security holder, or an insider, (B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor, and (C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason. 11 U.S.C. § 101(14). Federal Rule of Bankruptcy Procedure ("FRBP") 2014(b) provides that if a law firm is employed as an attorney, any partner, member or regular associate may act as so employed without need for further court order.

    3.    On May 5, 2020, the Debtor filed an application for authority to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as its bankruptcy counsel. On June 3, 2020, the Court entered its order granting the application. LNBYG continues to serve as the Debtor's bankruptcy counsel in this case and in related proceedings and appeals.

    4.    Seth Casden is an equity security holder of, and the Chief Executive Officer of, the Debtor. Mr. Casden is a creditor of the Debtor's estate, and his claims were classified in Classes 2 and 4 in the Debtor's most recent chapter 11 plan.[1] As CEO, Mr. Casden receives compensation for his services and Mr. Casden may assert indemnity claims against the Debtor's estate if and to the extent he is entitled to indemnification under his employment contract or applicable law.

    5.    On October 17, 2023, Mr. Casden filed a voluntary petition for relief under chapter 11 of the Code.[2] Until February 1, 2025, Mr. Casden's general bankruptcy counsel was Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"). John Tedford, a partner, was one of the attorneys at Danning Gill principally responsible for representing Mr. Casden in his personal bankruptcy case and in related proceedings and appeals.

    6.    During Mr. Casden's case, Multiple Energy Technologies, LLC ("MET"), filed a nondischargeability complaint against Mr. Casden.[3] Mr. Tedford and Michael G. D'Alba, a non-

---

[1] Docket no. 657.

[2] *In re Seth Casden*, CACB case no. 2:23-bk-16904-BR.

[3] *Multiple Energy Technologies, LLC v. Casden*, CACB adv. no. 2:24-ap-01022-BR.

2

partner, provided services to Mr. Casden in the adversary proceeding. Mr. D'Alba's services primarily consisted of preparing and prosecuting a motion to dismiss the complaint.

7. Danning Gill previously represented Mr. Casden and other defendants in an adversary proceeding filed in this case, *Multiple Energy Technologies, LLC v. Northern Trust Co. of Delaware as Trustee of the Seth Casden Resulting Trust, et al.*, CACB adv. no. 2:20-ap-01001-BR. Neither Mr. Tedford nor Mr. D'Alba provided services to Mr. Casden or the other defendants in the adversary proceeding.

8. Mr. D'Alba's last day at Danning Gill was May 24, 2024. On or about May 28, 2024, he joined LNBYG as an associate. Effective as of January 1, 2025, Mr. D'Alba became a partner of the firm.

9. Danning Gill's last day representing clients was January 31, 2025. The firm dissolved as of February 1, 2025, and commenced the process of winding up its financial affairs. A formal Substitution of Attorney was filed in Mr. Casden's case on February 6, 2025, reflecting that Salvato Boufadel, LLP (the "Salvato Firm"), was succeeding Danning Gill as Mr. Casden's bankruptcy attorney. The Salvato Firm or other attorneys substituted into all pending matters in which Danning Gill was counsel of record for an active party.

10. Effective February 1, 2025, Mr. Tedford joined LNBYG as an equity partner.

11. Mr. Tedford does not represent, and since January 31, 2025, has not represented, Mr. Casden or Mr. Casden's bankruptcy estate in or in connection with any case, proceeding or appeal. To the extent Mr. Tedford remained the attorney of record in any particular matter, it was only pending the filing of a substitution of attorney.

12. Mr. Tedford also does not currently represent any other party in this case. In September 2024, Mr. Tedford filed a *Notice of Attorney Change and Request for "Termination" of Attorneys' Representation of Certain Parties* in this case.[4] This was filed so the docket (and thus the NEF list) would no longer reflect that three former Danning Gill attorneys currently represent

---

[4] Docket no. 994.

Danning Gill's former clients. Mr. Tedford has filed or will be filing a similar notice so the NEF list does not incorrectly reflect that he represents those parties.

13. LNBYG is filing this supplemental disclosure to disclose that Mr. Tedford and Mr. D'Alba are partners at LNBYG and that they may from time to time provide legal services to the Debtor in this case and related proceedings and appeals. By way of example, Mr. Tedford drafted the Debtor's opening brief in its appeal of the District Court's reversal of this Court's preference judgment against MET,[5] and Mr. D'Alba conducted some legal research in connection therewith.

14. Pursuant to Rule 1.9 of the California Rules of Professional Conduct, neither Mr. Tedford nor Mr. D'Alba will advise or represent the Debtor in connection with matters in which the Debtor's interests are materially adverse to the interests of Mr. Casden or his bankruptcy estate, or use or reveal privileged information acquired by Messrs. Tedford and D'Alba during their prior representation to the disadvantage of Mr. Casden and/or his bankruptcy estate.[6]

15. Generally, the interests of the Debtor, on the one hand, and Mr. Casden and his bankruptcy estate, on the other hand, are aligned and the Debtor's interests are not materially adverse to the interests of Mr. Casden and his bankruptcy estate. However, if a matter arises in which the Debtor's interests are materially adverse to the interests of Mr. Casden or his bankruptcy estate, Messrs. Tedford and D'Alba will be screened from participation in the matter to ensure that Mr. Casden and his bankruptcy estate are not prejudiced. Among other things, they will not participate in conferences, be included on email correspondence, or participate in preparing motions, oppositions or similar papers in connection with any such matters.

///
///
///
///

---

[5] *Hologenix v. Multiple Energy Technologies, LLC*, 9th Cir. case no. 24-2884.

[6] For the avoidance doubt: Messrs. Tedford and D'Alba also will not use or reveal privileged information acquired by Messrs. Tedford and D'Alba when representing the Debtor to the Debtor's disadvantage.

4

16. In accordance with section 327(a), LNBYG does not hold or represent an interest adverse to the estate. LNBYG also is a "disinterested person," in that (a) it is not a creditor,[7] an equity security holder, or an insider, (b) it is not and was not, within 2 years before the petition date, a director, officer, or employee of the Debtor, and (c) it does not have an interest materially adverse to the interest or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

DATED: June 16, 2025                LEVENE, NEALE, BENDER, YOO
                                                                                      & GOLUBCHIK L.L.P.

By:     */s/ John-Patrick M. Fritz*
        JOHN-PATRICK M. FRITZ
        Attorneys for Debtor and Debtor in Possession
        Hologenix, LLC

---

[7] A "creditor" is an entity that has a prepetition claim against the debtor, or entity that has a claim against the estate of a kind specified in section 348(d), 502(f), 502(g), 502(h) or 502(i) of the Code. 11 U.S.C. § 101(10).

# DECLARATION OF JOHN N. TEDFORD, IV

I, John N. Tedford, IV, declare and state as follows:

1. I have personal knowledge of each of the facts herein, except those set forth on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could and would testify competently with respect to such facts.

2. I am an attorney licensed to practice law in the state of California.

3. I am the principal of a professional corporation that is a partner of Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"). Danning Gill's last day representing clients was January 31, 2025. Danning Gill dissolved as of February 1, 2025, and commenced the process of winding up its financial affairs. I am a co-"Liquidating Administrator" responsible for overseeing the wind-up of Danning Gill's financial affairs.

4. On February 1, 2025, I joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as an equity partner.

5. I am informed and believe that Seth Casden is an equity security holder, and the Chief Executive Officer, of Hologenix, LLC (the "Debtor"). My understanding is that, as CEO, Mr. Casden receives compensation for his services to the Debtor and that Mr. Casden may assert indemnity claims against the Debtor's estate if and to the extent he is entitled to indemnification under his employment contract or applicable law.

6. In January 2024, Multiple Energy Technologies, LLC ("MET"), filed a complaint against Mr. Casden and certain other defendants, initiating *Multiple Energy Technologies, LLC v. Northern Trust Co. of Delaware as Trustee of the Seth Casden Resulting Trust, et al.*, CACB adv. no. 2:20-ap-01001-BR. Danning Gill represented Mr. Casden and at least some of the defendants in that case. The Danning Gill attorneys who worked on that matter were Zev Shechtman, Aaron E. de Leest, and Alphamorlai (Mo) Kebeh. My understanding is that the claims asserted against active defendants represented by Danning Gill were dismissed in December 2022. Neither I nor former Danning Gill attorney Michael G. D'Alba provided services to Mr. Casden or the other defendants in the adversary proceeding.

7.  On October 17, 2023, Mr. Casden filed a voluntary chapter 11 petition for relief. Until February 1, 2025 (i.e., the day after Danning Gill stopped providing legal services), Danning Gill served as Mr. Casden's general bankruptcy counsel. I was one of the attorneys at Danning Gill principally responsible for representing Mr. Casden in his personal bankruptcy case and in related proceedings and appeals.

8.  During Mr. Casden's case, MET filed a nondischargeability complaint against Mr. Casden. Both Mr. D'Alba and I provided services to Mr. Casden in the adversary proceeding. Mr. D'Alba's services consisted primarily, if not entirely, of preparing and prosecuting Mr. Casden's motion to dismiss the complaint.

9.  Mr. D'Alba's last day at Danning Gill was May 24, 2024. I am informed and believe that, on or about May 28, 2024, he joined LNBYG as an associate. I am also informed and believe that, effective as of January 1, 2025, Mr. D'Alba became a partner of LNBYG.

10.  As noted above, Danning Gill's last day representing clients was January 31, 2025. In Mr. Casden's bankruptcy case and MET's nondischargeability proceeding, formal Substitutions of Attorney were filed on February 6, 2025, reflecting that Salvato Boufadel, LLP (the "Salvato Firm"), was succeeding Danning Gill as Mr. Casden's bankruptcy attorney. There was also an appeal pending in the Ninth Circuit where Danning Gill was listed as counsel of record, and my status as counsel of record was formally terminated by the clerk on March 17, 2025. To the best of my knowledge, the Salvato Firm or other attorneys have substituted into all pending matters in which Danning Gill was counsel of record for an active party.

11.  I do not represent, and since January 31, 2025, have not represented, Mr. Casden or Mr. Casden's bankruptcy estate in or in connection with any case, proceeding, or appeal.

12.  I do not represent any party in this case other than the Debtor.

13.  At some point I noticed that certain former Danning Gill attorneys were listed on the NEF list in this case as being counsel for Mr. Casden and certain other parties. In September 2024, I filed a *Notice of Attorney Change and Request for "Termination" of Attorneys' Representation of Certain Parties* in the hope that the case participant list (and thus the NEF list) would be revised. I

7

have filed or will be filing a similar notice for myself so the NEF list no longer incorrectly reflects that I am representing those parties.

14. Mr. Casden has consented to Mr. D'Alba's and my representation of the Debtor in this case and in related proceedings and appeals, provided that we do not advise or represent the Debtor in connection with matters in which the Debtor's interests are materially adverse to the interests of Mr. Casden or his bankruptcy estate, or use or reveal privileged information acquired by us during our prior representation to the disadvantage of Mr. Casden or his bankruptcy estate.

15. I believe that the interests of the Debtor, on the one hand, and Mr. Casden and his bankruptcy estate, on the other hand, are aligned and that the Debtor's interests are not materially adverse to the interests of Mr. Casden and his bankruptcy estate. If a matter arises in which the Debtor's interests are materially adverse to the interests of Mr. Casden or his bankruptcy estate, Mr. D'Alba and I will be screened from participation in the matter. Among other things, we will not participate in conferences, be included on email correspondence, or participate in preparing motions, oppositions or similar papers in connection with any such matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2025, at Los Angeles, California.

_____
John N. Tedford, IV

# DECLARATION OF SETH CASDEN

I, Seth Casden, declare and state as follows:

1. I have personal knowledge of each of the facts herein, except those set forth on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could and would testify competently with respect to such facts.

2. I am the Chief Executive Officer of Hologenix, LLC (the "Debtor").

3. I make this declaration in support of the foregoing *Supplemental Disclosure Per Federal Rule Of Bankruptcy Procedure 2014*, which I have read.

4. I am the debtor and debtor in possession in my own personal bankruptcy case. In that case, and in some related adversary proceedings and appeals, I was represented by Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"). One of the attorneys principally responsible for representing me in those matters was John Tedford. Another former Danning Gill attorney who provided services to me and/or my bankruptcy estate is Michael D'Alba.

5. In January 2025, Mr. Tedford advised me that Danning Gill would no longer be providing legal services after January 31, 2025. I employed Salvato Boufadel, LLP, to represent me in my bankruptcy case and an adversary proceeding that had been filed by Multiple Energy Technologies, LLC ("MET"). Also, I employed Benedon & Serlin LLP to represent me in an appeal of a judgment entered in favor of MET against me.

6. My understanding is that Mr. Tedford and Mr. D'Alba are partners of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), and that they may from time to time provide legal services to the Debtor in this case and in related proceedings and appeals.

7. In my capacity as the Debtor's CEO, I support LNBYG's utilization of their services to represent the Debtor in this case and in related proceedings and appeals.

8. In my individual capacity and as debtor in possession of my estate, I consent to their representation of the Debtor in this case and in related proceedings and appeals, provided that (a) they do not advise or represent the Debtor in connection with matters (if any) in which the Debtor's interests are materially adverse to my interests or my bankruptcy estate's interests, or

(b) use or reveal privileged information acquired by them during their prior representation of me and my bankruptcy estate to the disadvantage of me or my bankruptcy estate.  I agree that if any matter arises in which the Debtor's interests are materially adverse to my or my estate's interests, Messrs. Tedford and D'Alba may be screened from participation in the matter.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on June __, 2025, at Los Angeles, California.

_____
Seth Casden

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Supplemental Disclosure Per Federal Rule of Bankruptcy Procedure 2014; Declaration Of John N. Tedford, IV; Declaration Of Seth Casden** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 16, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☑   Service information continued on attached page

| **Honorable Barry Russell**<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660 / Courtroom 1668<br>Los Angeles, CA 90012 | |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 16, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

- **Todd M Arnold**   tma@lnbyg.com
- **Ron Bender**   rb@lnbyg.com
- **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Robert Carrasco**   rmc@lnbyg.com, rmc@lnbyg.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Theodore W Frank**   frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Michael S Greger**   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Brian T Harvey**   bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Gregory Kent Jones (TR)**   gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Alphamorlai Lamine Kebeh**   MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Raffi Khatchadourian**   raffi@hemar-rousso.com
- **Tinho Mang**   tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Carmela Pagay**   ctp@lnbyg.com
- **Yvonne Ramirez-Browning**   yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **James R Selth**   jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Randye B Soref**   rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Heidi J Sorvino**   sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- **Alan Stomel**   alan.stomel@gmail.com, astomel@yahoo.com
- **Annie Y Stoops**   annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **Derrick Talerico**   dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
-

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:20-bk-13849-BR<br>Central District of California<br>Los Angeles<br>Mon Jun 16 10:29:20 PDT 2025 | AIG Property Casualty, Inc.<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 | Alvaro Pascotto Revocable Trust<br>c/o Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025-6553 |
| BRE Sunset Coast, LLC<br>c/o Allen Matkins, et al.<br>2010 Main Street<br>Suite 800<br>Irvine, CA 92614-7214 | BUCHALTER<br>A Professional Corporation<br>18400 Von Karman Ave Ste 800<br>Irvine, CA 92612-0514 | Danning, Gill, Israel & Krasnoff, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, CA 90024-2904 |
| Fisher & Phillips LLP<br>2050 Main St Ste 1000<br>Irvine, CA 92614-8240 | Grobstein Teeple CPA<br>6300 Canoga Avenue, Ste 1500W<br>Woodland Hills, CA 91367-2555 | Grobstein Teeple LLP<br>6300 Canoga Avenue Suite 1500W<br>Woodland Hills, CA 91367-2555 |
| Hologenix, LLC<br>17383 Sunset Blvd., Suite A420<br>Pacific Palisades, CA 90272-4181 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067-6253 |
| Polsinelli LLP<br>2049 Century Park East<br>Suite 2900<br>Los Angeles, CA 90067-3221 | Troutman Sanders LLP<br>11682 El Camino Real Ste 400<br>San Diego, CA 92130-2092 | Wells Fargo Bank, National Association<br>Hemar, Rousso & Heald, LLP<br>Raffi Khatchadourian<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 |
| Wells Fargo Bank, National Association<br>Office of the General Counsel<br>Wells Fargo & Company<br>Yvonne Ramirez-Browning<br>21680 Gateway Center Dr, Ste 280<br>Diamond Bar, CA 91765-2456 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | AIG Property Casualty, Inc.<br>Kevin J. Larner, Authorized Representati<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 |
| AQ Textiles LLC<br>214 Staunton Drive<br>Greensboro NC 27410-6065 | Allegro Systems SRL<br>Via Del Garda 46/Q Rovereto<br>Trento 368068<br>ITALY | AllergoSystem<br>Vi del Garda 46/Q<br>Rovereto, TN 38068<br>Italy |
| Allied Home LLC<br>6905 W Acco St Ste A<br>Montebello, CA 90640-5448 | Alvaro Pascotto Rev. Tr. 5/17/2012<br>11111 Santa Monica Blvd, Suite 2200<br>Los Angeles, CA 90025-3399 | Amber Bezahler<br>2300 Manning Ave.<br>Los Angeles, CA 90064-2208 |
| BRE Sunset Coast, LLC<br>c/o Brickman Associates<br>712 5th Ave., 6th Fl.<br>New York, NY 10019-4108 | Barry W. Lee<br>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067-3119 | Bear Mattress LLC<br>720 Monroe St Ste C508<br>Hoboken NJ 07030-6339 |
| BeiDa/Kuseng<br>No. 3, Gong 8 Rd., LinKou Dist.,<br>New Taipei City, 244,<br>Taiwan | Best Pacific<br>Xinsha Port Industrial Zone, Machong Tow<br>523147, Dongguan City, Guangdong Provinc<br>China | Burleigh Point Ltd<br>117 Waterworks Way<br>Irvine, CA 92618-3110 |

```
Celatica LLC                          (p) DE LAGE LANDEN FINANCIAL     Chin Yarn Chainlon
294 Cherry Ave                        ATTN LITIGATION & RECOVERY       I9F, NO. 386, Shizheng RD.,
Long Beach CA 90802-3946              1111 OLD EAGLE SCHOOL ROAD       Xitun Dist., Taichung City 407,
                                      WAYNE PA 19087-1453              Taiwan


Cobe SRL                              Cooley LLP                       Cornerstone Research
Via Rafaello, snc 06081               1333 2nd St., Suite 400          555 W. 5th St., 38th Fl.
Assisi PG                             Santa Monica, CA 90401-4100      Los Angeles, CA 90013-1010
ITALY


Courtney OKeefe                       Draper                           Eclat
2620 Highland Ave.                    28 Draper Lane                   No. 28, Wu Chuan Road
Santa Monica, CA 90405-4402           Canton, MA 02021-1598            Wu Ku District, New Taipei City
                                                                       Taiwan 24886


Employment Development Department     Equiribbon Creations             Experien Group, LLC
Bankruptcy Group MIC 92E              21 Lyndon Rd                     224 Airport Parkway, Suite 250
P.O. Box 826880                       Sharon, NMA 02067-2323           San Jose, CA 95110-3732
Sacramento, CA 94280-0001


FENC                                  FRANCHISE TAX BOARD              Fabrictech 2000, LLC dba Purecare
35F, No. 207, Tun Hwa South Rd        BANKRUPTCY SECTION MS A340       1402 S 40th Ave
Sec 2, Taipei 1060 2, Taiwan          PO BOX 2952                      Phoenix, AZ 85009-6113
Republic of China                     SACRAMENTO CA 95812-2952


Fiber Innovation Technology, Inc.     Fora Financial Advance, LLC      Fora Financial West LLC
398 Innovation Dr.                    12 Powder Springs Street, Suite 240   519 8th Ave.., 11th Fl.
Johnson City, TN 37604-7468           Marietta, GA 30064-7205          New York, NY 10018-4581


Fownes Brothers 7 Co                  Franchise Tax Board              Graham Casden
1201 Broadway 8th Floor               PO Box 942857                    5097 Flagstaff
New York, NY 10001-5967               Sacramento, CA 94257-0001        Boulder, CO 80302-9512


Hangzhou Chuangyuan feather           Hangzhou Hengyi Textile          Hangzhou Shuangjin Textile
NO. 5 Xinda Road, Suoqian Town,       Xishan Yiqiao Town Xiaoshan      NO 302 Fuxing Village
Xiaoshan District Hangzhou Zhejian G 311   Hangzhou Zheijang Province  Yiqiao Town Xiaoshan Dist. Hangzhou
China                                 China                            China


Heidi J. Sorvino, Esq.                Hilltop Holdings                 Hilovica
White and Williams LLP                325 North St. Paul, Suite 700    S.A. Carretera de Roda
7 Times Square, Suite 2900            Dallas, TX 75201-3874            6608500 Vic
New York, NY 10036-6516                                                Spain


IMM Group Inc.                        Image Square Inc.                Imbotex
7301 Washington Ave S                 1627 Stanford Street             Via Molini 26
Edina, MN 55439-2407                  Santa Monica, CA 90404-4113      I-35013 Cittadella
                                                                       Italia
```

| | | |
|---|---|---|
| Influence & Co.<br>1431 Cinnamon Hill Lane, Suite 104<br>Columbia, MO 65201-8191 | Innocor Inc<br>200 Schulz Drive 2nd Floor<br>Red Bank, NJ 07701-6745 | Inter Textile Innovation Co. Ltd<br>6F, Sakurahonmachibashi Bldg, 8-6<br>Honmachibashi Chuoku Osaka 5400029<br>JAPAN |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Iron Holdings, LTD<br>5123 Dunn Place<br>Nanaimo B.C., V9t-0J2<br>CANADA | John Hancock<br>197 Clarendon Street<br>Boston, MA 02116-5010 |
| John Hancock<br>Corp. Real Estate Attn: JM Laverdur<br>200 Berkeley St. C-01-05<br>Boston, MA 02116-5022 | John Hancock Life Insurance Company, et al.<br>c/o Peter D. Bilowz<br>Goulston & Storrs PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3331 | Jowett<br>Wintan Inc. 10359 Rush Street<br>S. El Monte, CA 91733-3341 |
| Julien Born<br>208 N. 21st Street<br>Philadelphia, PA 19103-1001 | Juno Sleep Pty/LTD<br>313 N Road<br>Caufield South 3162, Victoria<br>AUSTRALIA | Kent Imaging<br>804B 16th Avenue S<br>W Calgary, Alberta, T2R 0S9<br>CANADA |
| Labtex<br>14th Floor, No. 202, Sec. 2,<br>Yan-Ping N. Road, Taipei,<br>Taiwan | Luther<br>2F, 43 lane, Fu-Ying Rd,<br>Sinhuang District, New Taipei City, 2425<br>Taiwan | Maelor Group, Inc.<br>7 Village Woods Dr.<br>Amherst, NH 03031-1941 |
| Manifattura Crespi-Healthy Textile Innovatio<br>Corso Italia 11-<br>22020 Vanzaghello Milan<br>Italy | Men Chuen<br>1 0FI., No. 392, Sec I<br>Nei Hu Road, Taipei,<br>Taiwan | Michael Haynes<br>7817 Chadamy Way<br>San Diego, CA 92130-5680 |
| Microtrace LLC<br>790 Fletcher Dr., Suite 106<br>Elgin, IL 60123-4757 | Multiple Energy Technologies, LLC<br>480 Johnson Rd., Suite 220<br>Washington, PA 15301-8936 | Multiple Energy Technologies, LLC<br>c/o Heidi J. Sorvino, Esq.<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, NY 10036-6516 |
| Murali Sundar<br>438 Richond Street West, Suit 1508<br>Toronto, Ontariao, M5V 3S6 CANADA<br>CANADA | Nfinity Athletic LLC<br>53 Permalume Place<br>Atlanta, GA 30318 | Northern Trust Company of Delaware<br>1313 N. Market St., Suite 5300<br>Wilmington, DE 19801-6103 |
| PrimeLending Corp.<br>18111 Preston Rd. Suite 900<br>Dallas, TX 75252-6601 | PrimeLending, a PlainsCapital Company<br>18111 Preston Rd.<br>#900<br>Dallas, TX 75252-6601 | R.V. Winkle LLC<br>600 Franklin Ave<br>Garden City, NY 11530-8600 |
| Real Innerspring Technologies Pvt. LTD<br>B-7, Sector 3<br>Noida - 201301 U.P.<br>INDIA | Seth Casden<br>25406 1/2 Malibu Rd.<br>Malibu, CA 90265-4622 | Shinetex<br>3F, No. 276, Sec. 3, Chongqing N. Rd.<br>Datong Dist., Taipei City 10371, Taiwan<br>Republic of China |

Shinkong
14FL., No. 123, Sec. 2
Nanking E. Rd., Tapiei
Taiwan

Socks for Horses, Inc
304 W 9th Ave #15
Havana, FL 32333-1600

Square One Distribution
35214 SE Center St
Snoqualmie, WA 98065-9279

Sunvim North America
11 Erb St. East #200
Waterloo, Ontario, N2T IL4

Tai Yuen Textile (Vietnam)
Dong Van II Industrial Park, Back Thuong
Duy Tien Town, Ha Nam Province,
Vietnam

The Design Tex Group Inc.
200 Varick St
8th Floor
New York NY 10014-4810

The Weinberg Group LLC
1129 Twentieth Street NW, Suite 600
Washington, DC 20036-3455

Thomas E. Butler
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6516

Toong Loung
Toung Loong Textile, 1
19 F, No. 31 Sec 2
San Ming Rd, Panchiao Dist. New Taipei C
Taiwan 220

Triclinic Labs
2660 Schuyler Ave., Suite A
Lafayette, IN 47905-4110

Troutman Sanders LLP
600 Peachtree Street, NE, Suite 300
Atlanta, GA 30308-2219

Truecar
1401 Ocean Ave.
Suite 300
Santa Monica, CA 90401-2163

Tula Consulting LLC
227 BROADWAY STE 302
SANTA MONICA CA 90401-3441

(p)UNDER ARMOUR  INC
1020 HULL STREET
BALTIMORE MD 21230-5356

Under Armour, Inc.
c/o Annie Y. Stoops
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wellman
Mullagh, Kells,
Co. Meath, A82 NN93,
Republic of Ireland

Wellmei
No. 698 Chenduan Road,
Xiaoshan District. Hangzhou 311201
China

Wells Fargo
5340 Kietzke Lane Ste 200
Reno, NV 89511-2067

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Yaasa Studios Inc.
511 Olive Street
Santa Barbara, CA 93101-1609

Yak Sleep GmbH
Ottensteinstrabe 41
2344 Maria Enzersdorf
AUSTRIA

Carmela Pagay
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Gregory Kent Jones (TR)
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067-4140

John-Patrick M Fritz
Levene Neale Bender Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Julien Born
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

Juliet Y. Oh
Levene Neale Bender Yoo & Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Kurt Ramlo
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Lindsey L Smith
Levene Neale Bender Yoo & Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Murali Sundar
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

```
Robert Carrasco                          Ron Bender                                  Seth Casden
Levene, Neale, Bender, Yoo & Golubchik L Levene Neale Bender Yoo & Golubchik, LLP    c/o Weintraub & Selth, APC
2818 La Cienega Avenue                   2818 La Cienega Ave                         11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90034-2618               Los Angeles, CA 90034-2618                  Los Angeles, CA 90025-6553


Theodora Oringher PC
535 Anton Blvd, Ninth Floor
Costa Mesa, CA 92626-7109
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
LOS ANGELES COUNTY TREASURER AND TAX COLLECT  Cell Business Equipment           (d)De Lage Landen
PO BOX 54110                                  1111 Old Eagle School Rd          1111 Old Eagle School Rd
LOS ANGELES, CA 90054-0110                    Wayne, PA 19087-1453              Wayne, PA 19087



Internal Revenue                     (d)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Under Armour Inc
P. O. Box 21126                      PO BOX 54110                                    1020 Hull Street
Philadelphia, PA 19114               LOS ANGELES CA 90054-0110                       Baltimore, MD 21230
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alvaro Pascotto as Trustee of the Alvaro P   (u)Colony Group LLC                 (u)Courtesy NEF




(u)INTERESTED PARTY                             (u)M & G Partners                   (u)Multiple Energy Technologies, LLC




(u)RBHM Commercial                              (u)The Northern Trust Company of Delaware as   (u)The Northern Trust of Delaware as Trustee




(u)Tucker Ellis LLP                             (u)Bio San D.O.O.                   (d)Polsinelli LLP
                                                J Huttlera 7a                       2049 Century Park East, Suite 2900
                                                310 Osijekm. Hrvatska               Los Angeles, CA 90067-3221
                                                CROATIA
```

(u)Terrapromo D.O.O.
J.J. Strossmayera 314.
31000 Osijek
CROSATIA

(u)Dermer Behrendt

(u)Theodora Oringher

**End of Label Matrix**
**Mailable recipients**   123
**Bypassed recipients**    15
**Total**                 138