DANNING, GILL, ISRAEL & KRASNOFF, LLP
907 Westwood Blvd., Suite 1078
Los Angeles, California 90024
Telephone: (310) 277-0077

Former attorneys for The Northern Trust Company of Delaware as Trustee of The Seth Casden Resulting Trust, The Northern Trust Company of Delaware as Trustee of The Graham Casden Resulting Trust, Seth Casden, Alvaro Pascotto as Trustee of The Alvaro Pascotto Revocable Trust 5/17/12, and Julien Born

FILED & ENTERED

JUN 23 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOLOGENIX, LLC,<br><br>　　　Debtor and Debtor in Possession. | Case No. 2:20-bk-13849-BR<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER GRANTING MOTION FOR ORDER RE DANNING GILL'S WITHDRAWAL AS COUNSEL, AND AUTHORIZING AND DIRECTING THE CLERK OF THE COURT TO MODIFY THE COURT'S RECORD IN THIS CASE**<br><br>[Per LBR 9013-1(p), no hearing or opportunity to object required] |

On June 14, 2025, Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") filed its *Notice of Motion and Motion for Order Re Danning Gill's Withdrawal As Counsel, and Authorizing and Directing the Clerk of the Court to Modify the Court's Record in This Case* (the "Motion") (*docket no. 1062*), pursuant to Local Bankruptcy Rules 2091-1 and 9013-1(p).

The Court having read and considered the Motion and the evidence submitted in support thereof, and for good cause appearing, it is

**ORDERED THAT:**

1.   The Motion is granted.

1

1        2.     To the extent such relief is necessary under the circumstances, Danning Gill is authorized to withdraw as counsel for (a) The Northern Trust Company of Delaware as Trustee of The Seth Casden Resulting Trust, (b) The Northern Trust Company of Delaware as Trustee of The Graham Casden Resulting Trust, (c) Seth Casden, (d) Alvaro Pascotto as Trustee of The Alvaro Pascotto Revocable Trust 5/17/12, and (e) Julien Born.

       3.     The Clerk of the Court is authorized and directed to modify the Court's record in this case to reflect that the representation of the above parties by Danning Gill and former Danning Gill attorneys Alphamorlai Kebeh and John Tedford is terminated.

# # # # #

Date: June 23, 2025

_____
Barry Russell
United States Bankruptcy Judge

1785690.1  0705

2