United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13849-BR |
| Hologenix, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 23, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Defendant Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Defendant Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Defendant Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12 adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Defendant Julien Born adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Defendant Seth Casden adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

District/off: 0973-2                            User: admin                            Page 2 of 4
Date Rcvd: Jun 23, 2025                        Form ID: pdf042                        Total Noticed: 1

Alan Stomel
    on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com  astomel@yahoo.com

Alphamorlai Lamine Kebeh
    on behalf of Defendant Seth Casden MKebeh@allenmatkins.com  mdiaz@allenmatkins.com

Alphamorlai Lamine Kebeh
    on behalf of Defendant Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12 MKebeh@allenmatkins.com
    mdiaz@allenmatkins.com

Alphamorlai Lamine Kebeh
    on behalf of Defendant Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust
    MKebeh@allenmatkins.com  mdiaz@allenmatkins.com

Alphamorlai Lamine Kebeh
    on behalf of Defendant Julien Born MKebeh@allenmatkins.com  mdiaz@allenmatkins.com

Alphamorlai Lamine Kebeh
    on behalf of Creditor Seth Casden MKebeh@allenmatkins.com  mdiaz@allenmatkins.com

Alphamorlai Lamine Kebeh
    on behalf of Defendant Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust
    MKebeh@allenmatkins.com  mdiaz@allenmatkins.com

Annie Y Stoops
    on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com  yvonne.li@afslaw.com;mia.ferguson@afslaw.com

Brian T Harvey
    on behalf of Special Counsel BUCHALTER bharvey@buchalter.com  docket@buchalter.com;dbodkin@buchalter.com

Carmela Pagay
    on behalf of Debtor Hologenix  LLC ctp@lnbyg.com

David Wood
    on behalf of Creditor Multiple Energy Technologies  LLC dwood@marshackhays.com,
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
    on behalf of Defendant Multiple Energy Technologies  LLC dwood@marshackhays.com,
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
    on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
    on behalf of Plaintiff Multiple Energy Technologies  LLC dwood@marshackhays.com,
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Derrick Talerico
    on behalf of Plaintiff Multiple Energy Technologies  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Gregory Kent Jones (TR)
    gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Heidi J Sorvino
    on behalf of Creditor Multiple Energy Technologies  LLC sorvinoh@whiteandwilliams.com,
    millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteand
    williams.com

Heidi J Sorvino
    on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com
    millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteand
    williams.com

James R Selth
    on behalf of Creditor Seth Casden jselth@yahoo.com
    jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
    on behalf of Creditor Murali Sundar jselth@yahoo.com
    jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
    on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com
    jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth

on behalf of Creditor Julien Born jselth@yahoo.com
jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

John N Tedford, IV

on behalf of Defendant Seth Casden JNT@LNBYG.com   jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Defendant Julien Born JNT@LNBYG.com   jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Creditor Julien Born JNT@LNBYG.com   jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Defendant Northern Trust Company of Delaware as Trustee of the Graham Casden Resulting Trust
JNT@LNBYG.com   jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Creditor The Northern Trust of Delaware as Trustee of the Graham Casden Resulting Trust JNT@LNBYG.com
jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Defendant Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust JNT@LNBYG.com
jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Creditor Seth Casden JNT@LNBYG.com   jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Creditor The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust
JNT@LNBYG.com   jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Defendant Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12 JNT@LNBYG.com
jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Creditor Alvaro Pascotto as Trustee of the Alvaro Pascotto Revocable Trust 5/17/12 JNT@LNBYG.com
jnt@ecf.courtdrive.com

John-Patrick M Fritz

on behalf of Debtor Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz

on behalf of Attorney Levene  Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz

on behalf of Plaintiff Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz

on behalf of Defendant Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz

on behalf of Plaintiff Multiple Energy Technologies  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Juliet Y. Oh

on behalf of Special Counsel BUCHALTER jyo@lnbyg.com   jyo@lnbyb.com

Juliet Y. Oh

on behalf of Debtor Hologenix  LLC jyo@lnbyg.com, jyo@lnbyb.com

Kurt Ramlo

on behalf of Plaintiff Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo

on behalf of Debtor Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Larry D Webb

on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com  larry@webblaw.onmicrosoft.com

Lindsey L Smith

on behalf of Debtor Hologenix  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Michael S Greger

on behalf of Interested Party BRE Sunset Coast  LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com

Nicole Sullivan

on behalf of Creditor Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan

on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

District/off: 0973-2                      User: admin                              Page 4 of 4
Date Rcvd: Jun 23, 2025                   Form ID: pdf042                    Total Noticed: 1

Nicole Sullivan
  on behalf of Defendant Multiple Energy Technologies LLC sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Oscar Estrada
  on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Raffi Khatchadourian
  on behalf of Creditor Wells Fargo Bank National Association raffi@hemar-rousso.com

Randye B Soref
  on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com ccripe@polsinelli.com;ladocketing@polsinelli.com

Robert Carrasco
  on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com rmc@lnbyg.com

Robert Carrasco
  on behalf of Accountant M & G Partners rmc@lnbyg.com rmc@lnbyg.com

Robert Carrasco
  on behalf of Debtor Hologenix LLC rmc@lnbyg.com, rmc@lnbyg.com

Ron Bender
  on behalf of Debtor Hologenix LLC rb@lnbyg.com

Ron Bender
  on behalf of Plaintiff Hologenix LLC rb@lnbyg.com

Ron Maroko
  on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Theodore W Frank
  on behalf of Plaintiff Multiple Energy Technologies LLC frank@psmlawyers.com,
  knarfdet@gmail.com;navarro@parkermillsllp.com

Theodore W Frank
  on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com knarfdet@gmail.com;navarro@parkermillsllp.com

Thomas E Butler
  on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Thomas E Butler
  on behalf of Plaintiff Multiple Energy Technologies LLC butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Tinho Mang
  on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Todd M Arnold
  on behalf of Plaintiff Hologenix LLC tma@lnbyg.com

United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

Yvonne Ramirez-Browning
  on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com,
  veronica@browninglawgroup.com

Zev Shechtman
  on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 71

1 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
907 Westwood Blvd., Suite 1078
2 | Los Angeles, California 90024
Telephone: (310) 277-0077
3 |
Former attorneys for The Northern Trust Company
4 | of Delaware as Trustee of The Seth Casden Resulting
Trust, The Northern Trust Company of Delaware
5 | as Trustee of The Graham Casden Resulting Trust,
Seth Casden, Alvaro Pascotto as Trustee of
6 | The Alvaro Pascotto Revocable Trust 5/17/12,
and Julien Born
7 |

**FILED & ENTERED**

**JUN 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver    DEPUTY CLERK**

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 |

12 | In re

13 | HOLOGENIX, LLC,

14 | Debtor and Debtor in
Possession.

Case No. 2:20-bk-13849-BR

Chapter 11 (Subchapter V)

**ORDER GRANTING MOTION FOR
ORDER RE DANNING GILL'S
WITHDRAWAL AS COUNSEL, AND
AUTHORIZING AND DIRECTING THE
CLERK OF THE COURT TO MODIFY
THE COURT'S RECORD IN THIS CASE**

[Per LBR 9013-1(p), no hearing
or opportunity to object required]

20 |        On June 14, 2025, Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") filed its *Notice*

21 | *of Motion and Motion for Order Re Danning Gill's Withdrawal As Counsel, and Authorizing and*

22 | *Directing the Clerk of the Court to Modify the Court's Record in This Case* (the "Motion") (*docket*

23 | *no. 1062*), pursuant to Local Bankruptcy Rules 2091-1 and 9013-1(p).

24 |        The Court having read and considered the Motion and the evidence submitted in support

25 | thereof, and for good cause appearing, it is

26 | **ORDERED THAT:**

27 |        1.        The Motion is granted.

28 |

1

2.      To the extent such relief is necessary under the circumstances, Danning Gill is authorized to withdraw as counsel for (a) The Northern Trust Company of Delaware as Trustee of The Seth Casden Resulting Trust, (b) The Northern Trust Company of Delaware as Trustee of The Graham Casden Resulting Trust, (c) Seth Casden, (d) Alvaro Pascotto as Trustee of The Alvaro Pascotto Revocable Trust 5/17/12, and (e) Julien Born.

3.      The Clerk of the Court is authorized and directed to modify the Court's record in this case to reflect that the representation of the above parties by Danning Gill and former Danning Gill attorneys Alphamorlai Kebeh and John Tedford is terminated.

# # # # #

Date: June 23, 2025

_____

Barry Russell
United States Bankruptcy Judge

1785690.1  0705                                    2