RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO
  & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.com; JPF@LNBYG.com;

Attorneys for Subchapter V Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Subchapter V of Chapter 11<br><br>**Notice of Filing of Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant Under 11 U.S.C. §§ 327(a), 330, & 331**<br><br>**[No Hearing Required Unless Requested or Set by Court – L.B.R. 2014-1(c) and 9013-1(o)]** |

**PLEASE TAKE NOTICE** that Hologenix, LLC (the "**Debtor**"), the Subchapter V debtor and debtor in possession in the above-captioned bankruptcy case, has submitted its application (the "**Application**") for approval of its employment of **Windes, Inc.** as its tax accountant,[1] with such employment effective as of March 3, 2025, upon the terms and conditions described in the Application. A copy of the complete Application is on file with the Court and

---

[1] The Debtor initially engaged The Colony Group, LLC as its accountant and later employed M&G Partners, LLP in place of The Colony Group. The Colony Group's employment was approved by order entered on October 2, 2020. (DE 344) M&G Partners' employment was approved by order entered on March 23, 2022. (DE 549) The Debtor is no longer using M&G as its accountant.

may be obtained by submitting a written request to LNBYG, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtor seeks to employ Windes, Inc. as its accountant for the purpose of preparing Debtor's informational tax returns and any related extensions, beginning with the 2024 tax year, and advising the Debtor on tax matters which may arise in connection with the Debtor's business and bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that Windes, Inc. seeks to be employed pursuant to 11 U.S.C. §§ 327(a), with its compensation to be pursuant to 11 U.S.C. §§ 330 and 331.  The Debtor expects that Douglas Beaver, will be the primary professional assisting the Debtor. The schedule of Windes' hourly rates to prepare the informational tax returns is as follows:

```
Partner/Director ..................................... $450 - $550
Manager/Senior Manager ...................... $225 - $425
Senior Accountant ................................ $155 - $205
Staff Accountant ................................... $135 - $160
```

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this Notice, the Application, the Declaration of Douglas Beaver submitted in support of the Application, the entire record of the case, and any other evidence properly presented to the Court in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f), must be filed and served on the Debtor, LNBYG and the Office of the United States Trustee no later than fourteen (14) days following the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

1 | Dated: July 2, 2025        HOLOGENIX, LLC

By: ___*/s/ John-Patrick M. Fritz*___
Ron Bender
John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
Attorneys for Subchapter V Debtor and Debtor in
Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice of Filing of Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant Under 11 U.S.C. §§ 327(a), 330, & 331** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

- Derrick Talerico   dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Larry D Webb   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:
On July 2, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2

20 Largest

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272-4181

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

*Trustee*
Gregory Kent Jones (TR)
10100 N. Santa Monica Blvd.
Suite 1400
Los Angeles, CA 90067

Multiple Energy
WHITE AND WILLIAMS LLP
Thomas E. Butler
7 Times Square, Suite 2900
New York, NY 10036-6524

Polsinelli LLP
2049 Century Park
East, Suite 2900
Los Angeles, CA  90067

Fora Financial West
LLC
519 8th Ave.., 11th Fl.
New York, NY 10018

Cornerstone
Research
555 W. 5th St., 38th Fl.
Los Angeles, CA 90013

The Weinberg
Group LLC
1129 Twentieth
Street NW, Suite 600
Washington, DC  20036

Fiber Innovation
Technology, Inc.
398 Innovation Dr.
Johnson City, TN 37604

Cooley LLP
1333 2nd St., Suite 400
Santa Monica, CA 90401

Experien Group, LLC
224 Airport
Parkway, Suite 250
San Jose, CA 95110

Michael Haynes
7817 Chadamy Way
San Diego, CA 92130

Kent Imaging
804B 16th Avenue S
W Calgary, Alberta,
T2R 0S9  CANADA

Troutman Sanders LLP
600 Peachtree
Street, NE, Suite 300
Atlanta, GA 30308

Maelor Group, Inc.
7 Village Woods Dr.
Amherst, NH 03031

Microtrace LLC
790 Fletcher Dr.,
Suite 106
Elgin, IL 60123-4755

Influence & Co.
2005 W. Broadway,
Suite 210
Columbia, MO 65203

Triclinic Labs
2660 Schuyler Ave.,
Suite A
Lafayette, IN 47905

County Of Los Angeles
Department Of Treasurer
225 N. Hill St., Room 122
Los Angeles, CA 90051

WELLS FARGO
**Attn:** Alice Mull
5340 KIETZKE LN
RENO, NV, 89511