| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (State Bar No. 143364)<br>JOHN-PATRICK M. FRITZ (State Bar No. 245240)<br>LINDSEY L. SMITH (State Bar No. 265401)<br>ROBERT M. CARRASCO (State Bar No. 334642)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234<br>Facsimile:   (310) 229-1244<br><br>☐  *Movant(s) appearing without an attorney*<br>☒  *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>HOLOGENIX, LLC, | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 07/02/2024___ Movant(s) filed a motion or application (Motion) entitled: Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant [ECF 1069]

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 07/02/2024___ Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17__ days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 07/21/2025                    /s/ Robert M. Carrasco
                                    Signature


                                    Robert M. Carrasco
                                    Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

1  RON BENDER (State Bar No. 143364)
   JOHN-PATRICK M. FRITZ (State Bar No. 245240)
2  LEVENE, NEALE, BENDER, YOO
     & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email: RB@LNBYG.com; JPF@LNBYG.com;

6  Attorneys for Subchapter V Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                 **LOS ANGELES DIVISION**

11  | In re: | Case No.: 2:20-bk-13849-BR |
12  | HOLOGENIX, LLC, | Subchapter V of Chapter 11 |
13  | | **Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant Under 11 U.S.C. §§ 327(a), 330, & 331; Declaration of Douglas Beaver in Support Thereof** |
14  | Debtor and Debtor in Possession. | |
15  | | |
16  | | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

17

18      Hologenix, LLC (the "**Debtor**"), the Subchapter V debtor and debtor in possession in the

19  above-captioned bankruptcy case, submits this application (the "**Application**") for approval of

20  its employment of **Windes, Inc.** as its tax accountant,[1] with such employment effective as of

21  March 3, 2025, upon the terms and conditions described below.

22      In support of this Application, the Debtor respectfully represents as follows:

23

24  **A.      General Background**

25      1.      The Debtor commenced its bankruptcy case by filing a voluntary petition under

26  ─────────────────────
    [1] The Debtor initially engaged The Colony Group, LLC as its accountant and later employed
27  M&G Partners, LLP in place of The Colony Group. The Colony Group's employment was
    approved by order entered on October 2, 2020. (DE 344) M&G Partners' employment was
28  approved by order entered on March 23, 2022. (DE 549.) The Debtor is no longer using M&G
    as its accountant.

1   Subchapter V of Chapter 11 of the Bankruptcy Code (11 U.S.C. §§ 101-1532) on April 22,

2   2020, (the "**Petition Date**").  The Debtor is a small business debtor as defined by 11 U.S.C.

3   § 1182(1).

4         2.      The United States Trustee (the "**UST**") appointed Gregory Jones as the

5   subchapter V trustee (the "**Trustee**") pursuant to 11 U.S.C. § 1183(a).

6         3.      The Debtor continues to manage its financial affairs, operate its business, and

7   administer its bankruptcy estate as a debtor in possession pursuant to sections 1182(2) and 1184

8   of the Bankruptcy Code.

9         4.      The Debtor was formed as a Delaware limited liability company in 2002.

10        5.      The Debtor is a Los Angeles based company with its main office in Los Angeles,

11  California, and has approximately 23 employees and independent contractors.

12        6.      The Debtor's business is the scientific development and manufacture of a product

13  for use in various consumer products, including, but not limited to, athletic wear, athleisure wear,

14  and bedding.  The Debtor's primary product is "Celliant," which is a thermo-reactive ceramic

15  mineral compound that when applied or embedded into textiles generates Infrared radiation (IR)

16  to improve the health and wellness of the user.  The Debtor holds several registered patents in the

17  United States Patent and Trademark Office ("**USPTO**") for Celliant and the Debtor's other

18  products.

19        7.      The Debtor has multiple major commercial clients that purchase Celliant and

20  other products to use in their athletic wear and other products, which are then sold through

21  various regular channels of commerce to the consumer public.

22

23        **B.      The Debtor's 2022 Plan of Reorganization**

24        8.      On June 2, 2020, the Debtor filed its Subchapter V plan (the "**2020 Plan**").

25  (ECF 83.)  On October 6, 2020, the Court held a hearing and confirmed the Debtor's 2020 Plan,

26  and on October 28, 2020, the Court signed and entered the order confirming the 2020 Plan

27  (DE 248).  On November 2, 2020, MET filed a notice of appeal of the 2020 Plan confirmation

28  order (DE 254).  On September 27, 2021, the District Court vacated the order confirming the

1    2020 Plan and remanded for further proceedings.  (DE 420 and 421 (DE 62 (20-CV-10109

2    FMO)).)

3         9.    The Debtor timely filed its new Subchapter V reorganization plan on January 4,

4    2022 (the "**2022 Plan**").  (DE 452.)  The Debtor filed a modified plan (the "**Modified Plan**") on

5    June 21, 2022 and after a 2-day evidentiary hearing on August 9 and 10, 2022, obtained an

6    amended order confirming the Modified Plan on December 6, 2022.  (DE 848.)

7         10.    MET filed a notice of appeal from the original confirmation order on October 13,

8    2022.  (DE 765.)  On March 29, 2024, the District Court reversed the amended confirmation

9    order and remanded for further proceedings.  (DE 97 & 98 (2:22-CV-07510-FMO); DE 946 &

10   947.)

11        11.    The Debtor filed a notice of appeal from the District Court's reversal of the

12   Modified Plan confirmation order to the Ninth Circuit (DE 99 (2:22-CV-07510-FMO); DE 957)

13   on April 30, 2024.  On June 6, 2024, the Debtor filed a contested motion for permission to appeal

14   from the District Court appellate ruling to the extent it might be interlocutory (DE 105).  On

15   May 31 2024, the Ninth Circuit ordered briefing on whether the appeal was from a final

16   judgment and stayed all other briefing.  (DE 5 (24-02881).).  On March 6, 2025, the Ninth

17   Circuit issued an order for briefing on the appeal to go forward.  The District Court denied

18   without prejudice the Debtor's motion for permission to appeal from an interlocutory order (DE

19   109 ((2:22-CV-07510-FMO)) on the grounds that the pending appeal before the Ninth Circuit

20   had divested the District Court of jurisdiction.

21

22        **C.    Employment and Compensation of Tax Accountant**

23        12.    The Debtor seeks to employ Windes as its tax accountant pursuant to 11 U.S.C.

24   § 327(a) at the expense of the Debtor's bankruptcy estate.  The Debtor seeks to employ Windes

25   to prepare the Debtor's informational tax returns and any related extensions, beginning with the

26   2024 tax year, and advising the Debtor on tax matters which may arise in connection with the

27   Debtor's business and bankruptcy case.

28        13.    Subsection 327(a) provides in pertinent part that a debtor in possession "may

3

1    employ… accountants… that do not hold or represent an interest adverse to the estate, and that

2    are disinterested persons, to represent or assist the [debtor in possession] in carrying out the

3    [debtor in possession's] duties under this title." 11 U.S.C. § 327(a).

4          14.    Windes is an accounting firm that provides tax planning, consulting, and

5    compliance (including tax credit studies) services as well as business advisory, audit, assurance,

6    employee benefits services, estate and trust planning, cybersecurity, client accounting services

7    (fractional CFO, Controller, bookkeeping), business value acceleration and exit planning,

8    executive recruiting, human resources consulting, and merger and acquisition strategies services.

9    Windes will provide accounting and bookkeeping services only to the extent necessary to

10   prepare the informational income tax returns and upon prior approval of the Debtor.

11         15.    Windes has 24 partners and more than 200 professionals in offices located in

12   Long Beach, Irvine, and Los Angeles in California and Dayton, Ohio (and a back-office

13   operation in the Philippines).  Douglas Beaver is a partner in Windes' Irvine office and the

14   professional primarily responsible for this engagement.  Mr. Beaver is a certified public

15   accountant in Windes' tax department and is licensed to practice in the State of California.  His

16   experience ranges from tax planning for publicly traded companies to compliance for small

17   family-owned business and corporations, including S corporations, partnerships, and LLCs.

18   Other Windes professionals that the Debtor and Windes expect to work on the engagement are

19   Sean Long, Jonathon Peterson, and Emma Mehus, all of whom are qualified to assist in the

20   preparation of the Debtor's informational tax returns.

21         16.    Windes charges for its services at hourly rates measured in increments of tenths of

22   an hour.  The schedule of Windes' hourly rates to prepare the informational tax returns is as

23   follows:

24         Partner/Director ..................................... $450 - $550
           Manager/Senior Manager ...................... $225 - $425
25         Senior Accountant ................................. $155 - $205
           Staff Accountant .................................... $135 - $160

26         17.    Windes will provide monthly billing statements to the Debtor that will set forth

27   the amount of fees incurred and expenses advanced by Windes during the previous month.

28

18.     The Application will govern the Debtor's retention of Windes for this engagement.

19.     Windes understands the provisions of 11 U.S.C. §§ 327, 330, and 331 which require, among other things, Court approval of the Debtor's employment of Windes as tax accountant and of all fees and reimbursement of expenses that Windes will receive from the Debtor or the Debtor's estate.  Windes seeks to be employed pursuant to 11 U.S.C. § 327(a) with its compensation to be governed by 11 U.S.C. § 330.  In accordance with 11 U.S.C. §§ 330, 331, Windes will seek Court approval of its fees and expenses.

20.     The Debtor and Windes believe and assert that the employment of Windes is in the best interest of the estate.  Furthermore, the Debtor and Windes believe and assert that Windes is disinterested and does not represent or hold any interest adverse to the Debtor or to the estate.

21.     Windes has no prepetition claim against the Debtor.

22.     Windes has not received any lien or other interest in property of the Debtor or of a third party to secure payment of Windes' fees or expenses for this engagement.

23.     Windes has not shared or agreed to share its compensation for representing the Debtor with any other person or entity, except among its partners and employees.

24.     Windes is not an equity security holder or an insider of the Debtor.

25.     Neither Windes nor any member of Windes is, nor was, within two years before the Petition Date, a director, officer, or employee of the Debtor or of any investment banker for any security of the Debtor.

26.     To the best of Windes' knowledge, Windes does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

27.     To the best of Windes' knowledge, other than as set forth in this Application, Windes has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States

1    Trustee, or any person employed by the United States Trustee.

2        28.    Windes has been employed by the Debtor's CEO, Seth Casden, to prepare his

3    federal and state income tax returns.  Windes prepared Mr. Casden's 2023 tax returns and will

4    prepare his 2024 tax returns.

5        29.    Mr. Casden is a prepetition creditor of the Debtor as a holder of convertible notes

6    issued by the Debtor, a postpetition creditor of the Debtor as its CEO and counterparty to his

7    employment agreement with the Debtor, and an equity security holder of the Debtor as one of its

8    members.  Windes has not provided and will not provide any advice or services to Mr. Casden

9    with respect to any claims Mr. Casden has or may have against the Debtor, whether as a creditor,

10   contract counterparty, member, or otherwise.

11       30.    Mr. Casden commenced his own reorganization case under Chapter 11 on

12   October 23, 2023, entitled *In re Seth Casden*, Case No. 2:23-bk-16904-BR (the "**Casden**

13   **Reorganization Case**").  In the Casden Reorganization Case, Mr. Casden did not schedule or

14   otherwise list any claims by the Debtor against him nor has the Debtor filed or asserted any

15   claims against Mr. Casden or his Chapter 11 estate.  Windes has not and will not be providing

16   any advice or services to the Debtor with respect to any claims it might have against Mr. Casden

17   or his Chapter 11 estate.

18       31.    Neither the Debtor nor Windes believe that its tax services for Mr. Casden are a

19   conflict of interest prohibiting its employment by the Debtor to prepare its informational tax

20   returns.

21       32.    If Windes performs a service that is required by both the Debtor and Mr. Casden,

22   as between Windes and each of the Debtor and Mr. Casden and so that the time is billed only

23   once, Windes will (a) bill its time to the Debtor and not to Mr. Casden or (b) split the charge

24   equally between the two, as is customary for the type of service at issue in the good-faith

25   judgment of Windes.  Notwithstanding the foregoing sentence and any billing decision by

26   Windes, as between the Debtor and Mr. Casden, the ultimate responsibility for those fees and

27   costs, if any, will remain subject to allocation between the two parties and their bankruptcy

28   estates as appropriate.  Windes will not be involved in any such allocation (other than to identify

6

1  any service that is required by both the Debtor and Mr. Casden).

2       33.     The Debtor believes that its employment of Windes upon the terms and conditions

3  set forth herein is in the best interest of the Debtor's estate.

4       **WHEREFORE**, the Debtor respectfully requests that the Court approve the Debtor's

5  employment of Windes as its tax accountant, effective as of March 3, 2025 upon the terms and

6  conditions set forth above.

7  Dated: June 2, 2025                              HOLOGENIX, LLC

8                                              By: *Seth Casden*

9                                                  Seth Casden
                                                   It Chief Executive Officer

10  Respectfully submitted by:

11  By:    */s/ John-Patrick M. Fritz*

12         Ron Bender
           John-Patrick M. Fritz

13  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

14  Attorneys for Subchapter V Debtor and Debtor in Possession

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

# **Declaration of Douglas Beaver**

I, Douglas Beaver, declare:

1.      If called as a witness, I would and could competently testify to all facts within my personal knowledge except where stated upon information or belief.  Capitalized terms not otherwise defined in this declaration have the same meaning ascribed to those terms in the application to which this declaration is attached (the "**Application**").

2.      I am a partner at Windes, Inc. ("**Windes**") in its tax department.  I am a certified public accountant licensed to practice in the State of California.

3.      Windes is an accounting firm that provides tax planning, consulting, and compliance (including tax credit studies) services as well as business advisory, audit, assurance, employee benefits services, estate and trust planning, cybersecurity, client accounting services (fractional CFO, Controller, bookkeeping), business value acceleration and exit planning, executive recruiting, human resources consulting, and merger and acquisition strategies services. Windes will provide accounting and bookkeeping services only to the extent necessary to prepare the informational income tax returns and upon prior approval of the Debtor.

4.      Windes has 24 partners and more than 200 professionals in offices located in Long Beach, Irvine, and Los Angeles in California and Dayton, Ohio (and a back-office operation in the Philippines).  I am the professional primarily responsible for this engagement. My experience ranges from tax planning for publicly traded companies to compliance for small family-owned business and corporations, including S corporations, partnerships, and LLCs. More information about myself and Windes can be located at: https://windes.com/about/windes-leadership/douglas-beaver-cpa-mbt/

5.      The Debtor has employed Windes (subject to Court approval) to prepare the Debtor's informational tax returns and any related extensions, beginning with the 2024 tax year, and advising the Debtor on tax matters which may arise in connection with the Debtor's business and bankruptcy case.  The Debtor must file informational tax returns under both federal and California law.

6.      Windes charges for its services at hourly rates measured in increments of tenths of

an hour.  The schedule of Windes' hourly rates to prepare the informational tax returns is as follows:

| | |
|---|---|
| Partner/Director | $450 - $550 |
| Manager/Senior Manager | $225 - $425 |
| Senior Accountant | $155 - $205 |
| Staff Accountant | $135 - $160 |

7.      Windes will provide monthly billing statements to the Debtor that will set forth the amount of fees incurred and expenses advanced by Windes during the previous month.

8.      The Application will govern the Debtor's retention of Windes for this engagement.

9.      Windes understands the provisions of 11 U.S.C. §§ 327, 330, and 331 which require, among other things, Court approval of the Debtor's employment of Windes as tax accountant and of all fees and reimbursement of expenses that Windes will receive from the Debtor or the Debtor's estate.  Windes seeks to be employed pursuant to 11 U.S.C. § 327(a) with its compensation to be governed by 11 U.S.C. § 330.  In accordance with 11 U.S.C. §§ 330, 331, Windes will seek Court approval of its fees and expenses.

10.     I believe and assert that the Debtor's employment of Windes is in the best interest of the estate.

11.     I believe and assert that Windes is disinterested as that term is defined in 11 U.S.C. § 101(14) and does not represent or hold any interest adverse to the Debtor or to the estate.  Windes investigated disinterestedness by reviewing its database and records for prior connections with the Debtor, creditors, and other relevant parties on a list that was provided by the Debtor's bankruptcy counsel.

12.     Windes has no prepetition claim against the Debtor.

13.     Windes has not received any lien or other interest in property of the Debtor or of a third party to secure payment of Windes' fees or expenses for this engagement.

14.     Windes has not shared or agreed to share its compensation for representing the Debtor with any other person or entity, except among its partners and employees.

15.     Windes is not an equity security holder or an insider of the Debtor.

16.    Neither Windes nor any member of Windes is, nor was, within two years before the Petition Date, a director, officer, or employee of the Debtor or of any investment banker for any security of the Debtor.

17.    To the best of my knowledge, Windes does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

18.    To the best of my knowledge, other than as set forth in this Application, Windes has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee.

19.    Windes has been employed by the Debtor's CEO, Seth Casden, to prepare his federal and state income tax returns.  Windes prepared Mr. Casden's 2023 tax returns and will prepare his 2024 tax returns.

20.    I have been informed that Mr. Casden is a prepetition creditor of the Debtor as a holder of convertible notes issued by the Debtor, a postpetition creditor of the Debtor as its CEO and counterparty to his employment agreement with the Debtor, and an equity security holder of the Debtor as one of its members.  Windes has not provided and will not provide any advice or services to Mr. Casden with respect to any claim or interest  Mr. Casden has or may have against the Debtor or its estate, whether as a creditor, contract counterparty, member, or otherwise.

21.    I understand that Mr. Casden commenced his own Chapter 11 reorganization case on October 23, 2023, entitled *In re Seth Casden*, Case No. 2:23-bk-16904-BR (the "**Casden Reorganization Case**").  I have been informed that in the Casden Reorganization Case, Mr. Casden did not schedule or otherwise list any claims by the Debtor against him nor has the Debtor filed or asserted any claims against Mr. Casden or his Chapter 11 estate.  Windes has not provided and will not be providing any advice or services to the Debtor with respect to any claim or interest it might have against Mr. Casden or his Chapter 11 estate.

22.    I believe and assert that Windes' tax services for Mr. Casden are not a conflict of

1  interest prohibiting Windes' employment by the Debtor to prepare the Debtor's informational tax

2  returns.

3      23.    If Windes performs a service that is required by both the Debtor and Mr. Casden,

4  as between Windes and each of the Debtor and Mr. Casden and so that the time is billed only

5  once, Windes will (a) bill its time to the Debtor and not to Mr. Casden or (b) split the charge

6  equally between the two, as is customary for the type of service at issue in the good-faith

7  judgment of Windes.  I understand that notwithstanding the foregoing sentence or billing

8  decision by Windes, as between the Debtor and Mr. Casden, the ultimate responsibility for those

9  fees and costs, if any, will remain subject to allocation between the two parties and their

10  bankruptcy estates as appropriate.  Windes will not be involved in any such allocation (other than

11  to identify any service that is required by both the Debtor and Mr. Casden).

12      I declare and verify under penalty of perjury that the foregoing is true and correct to the

13  best of my knowledge.  Executed on June 2, 2025, at Irvine, California.

15  DOUGLAS BEAVER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant Under 11 U.S.C. §§ 327(a), 330, & 331; Declaration of Douglas Beaver in Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyg.com
- Ron Bender     rb@lnbyg.com
- Thomas E Butler     butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco     rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Theodore W Frank     frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey     bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko     ron.maroko@usdoj.gov
- Juliet Y. Oh     jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay     ctp@lnbyg.com
- Yvonne Ramirez-Browning     yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth     jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref     rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino     sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops     annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan     sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

1

- Derrick Talerico    dtalerico@wztslaw.com,
  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.c
  om;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL:**
On July 2, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1  RON BENDER (State Bar No. 143364)
   JOHN-PATRICK M. FRITZ (State Bar No. 245240)
2  LEVENE, NEALE, BENDER, YOO
     & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email: RB@LNBYG.com; JPF@LNBYG.com;

6  Attorneys for Subchapter V Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **LOS ANGELES DIVISION**

11  In re:                                    Case No.: 2:20-bk-13849-BR

12  HOLOGENIX, LLC,                           Subchapter V of Chapter 11

13         Debtor and Debtor in Possession.   **Notice of Filing of Application of Hologenix,
                                               LLC to Employ Windes, Inc. as Tax
14                                             Accountant Under 11 U.S.C. §§ 327(a), 330,
                                               & 331**
15
                                              **[No Hearing Required Unless Requested or
16                                             Set by Court – L.B.R. 2014-1(c) and 9013-
                                               1(o)]**
17

18

19         **PLEASE  TAKE  NOTICE**  that  Hologenix,  LLC  (the  "**Debtor**"),  the  Subchapter  V

20  debtor  and  debtor  in  possession  in  the  above-captioned  bankruptcy  case,  has  submitted  its

21  application  (the  "**Application**")  for  approval  of  its  employment  of  **Windes,  Inc.**  as  its  tax

22  accountant,[1] with such employment effective as of March 3, 2025, upon the terms and conditions

23  described in the Application. A copy of the complete Application is on file with the Court and

24

25

26  _____
    [1]  The Debtor initially engaged The Colony Group, LLC as its accountant and later employed
27  M&G Partners, LLP in place of The Colony Group.  The Colony Group's employment was
    approved by order entered on October 2, 2020.  (DE 344)  M&G Partners' employment was
28  approved by order entered on March 23, 2022.  (DE 549)  The Debtor is no longer using M&G
    as its accountant.

may be obtained by submitting a written request to LNBYG, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtor seeks to employ Windes, Inc. as its accountant for the purpose of preparing Debtor's informational tax returns and any related extensions, beginning with the 2024 tax year, and advising the Debtor on tax matters which may arise in connection with the Debtor's business and bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that Windes, Inc. seeks to be employed pursuant to 11 U.S.C. §§ 327(a), with its compensation to be pursuant to 11 U.S.C. §§ 330 and 331. The Debtor expects that Douglas Beaver, will be the primary professional assisting the Debtor. The schedule of Windes' hourly rates to prepare the informational tax returns is as follows:

| | |
|---|---|
| Partner/Director | $450 - $550 |
| Manager/Senior Manager | $225 - $425 |
| Senior Accountant | $155 - $205 |
| Staff Accountant | $135 - $160 |

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this Notice, the Application, the Declaration of Douglas Beaver submitted in support of the Application, the entire record of the case, and any other evidence properly presented to the Court in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f), must be filed and served on the Debtor, LNBYG and the Office of the United States Trustee no later than fourteen (14) days following the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

Dated: July 2, 2025          HOLOGENIX, LLC

By: ___/s/ John-Patrick M. Fritz_____
Ron Bender
John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
Attorneys for Subchapter V Debtor and Debtor in
Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice of Filing of Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant Under 11 U.S.C. §§ 327(a), 330, & 331** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

1

- Derrick Talerico    dtalerico@wztslaw.com,
  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.c
  om;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL:**
On July 2, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

20 Largest

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272-4181

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

*Trustee*
Gregory Kent Jones (TR)
10100 N. Santa Monica Blvd.
Suite 1400
Los Angeles, CA 90067

Multiple Energy
WHITE AND WILLIAMS LLP
Thomas E. Butler
7 Times Square, Suite 2900
New York, NY 10036-6524

Polsinelli LLP
2049 Century Park
East, Suite 2900
Los Angeles, CA  90067

Fora Financial West
LLC
519 8th Ave.., 11th Fl.
New York, NY 10018

Cornerstone
Research
555 W. 5th St., 38th Fl.
Los Angeles, CA 90013

The Weinberg
Group LLC
1129 Twentieth
Street NW, Suite 600
Washington, DC  20036

Fiber Innovation
Technology, Inc.
398 Innovation Dr.
Johnson City, TN 37604

Cooley LLP
1333 2nd St., Suite 400
Santa Monica, CA 90401

Experien Group, LLC
224 Airport
Parkway, Suite 250
San Jose, CA 95110

Michael Haynes
7817 Chadamy Way
San Diego, CA 92130

Kent Imaging
804B 16th Avenue S
W Calgary, Alberta,
T2R 0S9  CANADA

Troutman Sanders LLP
600 Peachtree
Street, NE, Suite 300
Atlanta, GA 30308

Maelor Group, Inc.
7 Village Woods Dr.
Amherst, NH 03031

Microtrace LLC
790 Fletcher Dr.,
Suite 106
Elgin, IL 60123-4755

Influence & Co.
2005 W. Broadway,
Suite 210
Columbia, MO 65203

Triclinic Labs
2660 Schuyler Ave.,
Suite A
Lafayette, IN 47905

County Of Los Angeles
Department Of Treasurer
225 N. Hill St., Room 122
Los Angeles, CA 90051

WELLS FARGO
Attn: Alice Mull
5340 KIETZKE LN
RENO, NV, 89511

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Declaration That No Party Requested A Hearing On Motion** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyg.com
- Ron Bender     rb@lnbyg.com
- Thomas E Butler     butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco     rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Theodore W Frank     frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey     bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko     ron.maroko@usdoj.gov
- Juliet Y. Oh     jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay     ctp@lnbyg.com
- Yvonne Ramirez-Browning     yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato     gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth     jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref     rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino     sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops     annie.stoops@afslaw.com,

1

yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com,
  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.c
  om;alinares@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL:**
On July 21, 2025 I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope
in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the
document is filed.

None.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July
21, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or
(for those who consented in writing to such service method), by facsimile transmission and/or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and
correct.

| July 21, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |