RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:20-bk-13849-BR |
| | Chapter 11 Case, Subchapter V |
| HOLOGENIX, LLC, | |
| | **Notice to Professionals of Hearing on Applications for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case** |
| Debtor and Debtor in Possession. | |
| | Hearing: |
| | Date:  October 14, 2025 |
| | Time:  10:00 a.m. |
| | Place: Courtroom 1668 |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

**TO ALL PROFESSIONALS EMPLOYED IN THE CHAPTER 11 CASE OF HOLOGENIX, LLC:**

**PLEASE TAKE NOTICE** that a hearing will be held on October 14, 2025, at 10:00 a.m., before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California (the "Court"), for the Court to consider the applications for approval of fees and reimbursement of expenses of the professionals who have been employed in the bankruptcy case of Hologenix, LLC (the "Debtor") for the covered period (the "Covered Period") of October 1, 2024, through July 31, 2025.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(a)(2):

> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to the Debtor, will be serving a notice (the "Notice") of its application for approval of fees and reimbursement of expenses on September 23, 2025. If you wish for LNBYG to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to LNBYG, attention J.P. Fritz, no later than 12:00 p.m. (noon) on September 19, 2025. Otherwise, you will be required to file and serve your own notice.

Dated: July 30, 2025                    HOLOGENIX, LLC

                                        By:   */s/ John-Patrick M. Fritz*
                                             RON BENDER
                                             JOHN-PATRICK M. FRITZ
                                             LEVENE, NEALE, BENDER,
                                             YOO & GOLUBHIK L.L.P.
                                             Attorneys for Hologenix, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Notice to Professionals of Hearing on Applications for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 30, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the `document is filed.
☐  Service information continued on attached page

**Honorable Barry Russell**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 30, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 30, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

- **Todd M Arnold** tma@lnbyg.com
- **Ron Bender** rb@lnbyg.com
- **Thomas E Butler** butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Robert Carrasco** rmc@lnbyg.com, rmc@lnbyg.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Theodore W Frank** frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Michael S Greger** mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Brian T Harvey** bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Gregory Kent Jones (TR)** gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Alphamorlai Lamine Kebeh** MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Tinho Mang** tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Juliet Y. Oh** jyo@lnbyg.com, jyo@lnbyb.com
- **Carmela Pagay** ctp@lnbyg.com
- **Yvonne Ramirez-Browning** yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **James R Selth** jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith** lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Randye B Soref** rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Heidi J Sorvino** sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- **Alan Stomel** alan.stomel@gmail.com, astomel@yahoo.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- **Nicole Sullivan** sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **Derrick Talerico** dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb** Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- 

2

| Professionals | *Trustee*<br>Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., #1400<br>Los Angeles, CA 90067 | M&G Partners L.L.P.<br>2045 Royal Ave, Suite #110<br>Simi Valley, CA 93065 |
|---|---|---|
| | | Theodora Oringher PC<br>1840 Century Park E #500<br>Los Angeles, CA 90067 |
| Jeffrey D. Dermer, Esq.<br>Dermer Behrendt<br>13101 Washington Blvd., Suite 407<br>Los Angeles CA 90066 | J. Rick Tache<br>Buchalter<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 | Grobstein Teeple LLP<br>6300 Canoga Ave #1500w<br>Woodland Hills, CA 91367 |
| Susan Stabe, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614-2545 | | M&G Partners L.L.P.<br>5210 Lewis Road Suite 10<br>Agoura Hills CA 91301 |
| RBHM Lawyers<br>Attn: Michael James Horton<br>Level 1, 66 Barry St.<br>North Sydney NSW 2060<br>AUSTRALIA | Fisher & Phillips LLP<br>Attn: Ashton Riley, Esq.<br>2050 Main Street, Suite 1000<br>Irvine, CA 92614 | M&G Partners L.L.P.<br>10880 Wilshire Blvd.<br>Suite 1101, Los Angeles CA 90024 |
| | | Windes<br>Attn: Douglas Beaver<br>2050 Mains Street<br>Suite 1300<br>Irvine, CA 92614 |