RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; RMC@LNBYG.COM

**FILED & ENTERED**

**JUL 30 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

Attorneys for Chapter 11 Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOLOGENIX, LLC,<br><br>　　　　　Debtor. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER APPROVING APPLICATION OF HOLOGENIX, LLC TO EMPLOY WINDES, INC. AS TAX ACCOUNTANT UNDER 11 U.S.C.§§ 327(A), 330 & 331**<br><br>[No Hearing Required Unless Requested – Local Bankruptcy Rule 2014-1(b)] |

1

The Court, having read and considered that certain *Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant* [Docket No. 1069] (the "Application") filed by Hologenix, LLC (the "Debtor"), and all papers filed by the Debtor in support of the Application, proper notice of the Application having been provided in accordance with Local Bankruptcy Rule 2014-1(b)(2), having received no opposition to the Application, and good cause appearing,

**IT IS HEREBY ORDERED** that the Debtor's employment of Windes, Inc. as its tax accountant pursuant to 11 U.S.C. §§ 327(a) and 330, is approved upon the terms set forth in the Application, with such employment to be effective as of March 3, 2025.

###

Date: July 30, 2025

Barry Russell
United States Bankruptcy Judge