United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13849-BR |
| Hologenix, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 01, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com astomel@yahoo.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com yvonne.li@afslaw.com;mia.ferguson@afslaw.com |
| Brian T Harvey | on behalf of Special Counsel BUCHALTER bharvey@buchalter.com docket@buchalter.com;dbodkin@buchalter.com |
| Carmela Pagay | on behalf of Debtor Hologenix LLC ctp@lnbyg.com |
| David Wood | on behalf of Creditor Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Defendant Multiple Energy Technologies LLC dwood@marshackhays.com, |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| Name | Description |
|---|---|
| David Wood | dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com<br>on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Plaintiff Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Derrick Talerico | on behalf of Plaintiff Multiple Energy Technologies LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Gregory Kent Jones (TR) | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |
| Gregory M Salvato | on behalf of Creditor Seth Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Heidi J Sorvino | on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com |
| Heidi J Sorvino | on behalf of Creditor Multiple Energy Technologies LLC sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com |
| James R Selth | on behalf of Creditor Murali Sundar jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | on behalf of Creditor Seth Casden jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | on behalf of Creditor Julien Born jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| John-Patrick M Fritz | on behalf of Plaintiff Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Defendant Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Debtor Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Plaintiff Multiple Energy Technologies LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Attorney Levene Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| Juliet Y. Oh | on behalf of Debtor Hologenix LLC jyo@lnbyg.com, jyo@lnbyb.com |
| Juliet Y. Oh | on behalf of Special Counsel BUCHALTER jyo@lnbyg.com  jyo@lnbyb.com |
| Kurt Ramlo | on behalf of Debtor Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Plaintiff Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Larry D Webb | on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com  larry@webblaw.onmicrosoft.com |
| Lindsey L Smith | on behalf of Debtor Hologenix LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Michael S Greger | on behalf of Interested Party BRE Sunset Coast LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com |
| Nicole Sullivan | on behalf of Creditor Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com |
| Nicole Sullivan | on behalf of Plaintiff Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com |
| Nicole Sullivan | on behalf of Defendant Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Raffi Khatchadourian | on behalf of Creditor Wells Fargo Bank National Association raffi@hemar-rousso.com |
| Randye B Soref | on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Robert Carrasco | on behalf of Accountant M & G Partners rmc@lnbyg.com rmc@lnbyg.com |
| Robert Carrasco | on behalf of Debtor Hologenix LLC rmc@lnbyg.com, rmc@lnbyg.com |
| Robert Carrasco | on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com rmc@lnbyg.com |
| Ron Bender | on behalf of Plaintiff Hologenix LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Hologenix LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Theodore W Frank | on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com knarfdet@gmail.com;navarro@parkermillsllp.com |
| Theodore W Frank | on behalf of Plaintiff Multiple Energy Technologies LLC frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com |
| Thomas E Butler | on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com |
| Thomas E Butler | on behalf of Plaintiff Multiple Energy Technologies LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com |
| Tinho Mang | on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Todd M Arnold | on behalf of Plaintiff Hologenix LLC tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Yvonne Ramirez-Browning | on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com |
| Zev Shechtman | on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 51

```
RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; RMC@LNBYG.COM
```

**FILED & ENTERED**

**JUL 30 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver      DEPUTY CLERK**

Attorneys for Chapter 11 Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOLOGENIX, LLC,<br><br>    Debtor. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER APPROVING APPLICATION OF HOLOGENIX, LLC TO EMPLOY WINDES, INC. AS TAX ACCOUNTANT UNDER 11 U.S.C.§§ 327(A), 330 & 331**<br><br>[No Hearing Required Unless Requested – Local Bankruptcy Rule 2014-1(b)] |

The Court, having read and considered that certain *Application of Hologenix, LLC to Employ Windes, Inc. as Tax Accountant* [Docket No. 1069] (the "Application") filed by Hologenix, LLC (the "Debtor"), and all papers filed by the Debtor in support of the Application, proper notice of the Application having been provided in accordance with Local Bankruptcy Rule 2014-1(b)(2), having received no opposition to the Application, and good cause appearing,

**IT IS HEREBY ORDERED** that the Debtor's employment of Windes, Inc. as its tax accountant pursuant to 11 U.S.C. §§ 327(a) and 330, is approved upon the terms set forth in the Application, with such employment to be effective as of March 3, 2025.

###

Date: July 30, 2025

_____
Barry Russell
United States Bankruptcy Judge

2