RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
JULIET Y. OH (State Bar No. 211414)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>           Debtor and Debtor in Possession. | ) Case No.: 2:20-bk-13849-BR<br>)<br>) Chapter 11 Case, Subchapter V<br>)<br>)<br>) **SEVENTH APPLICATION OF**<br>) **BUCHALTER, AS SPECIAL PATENT**<br>) **COUNSEL TO THE DEBTOR, FOR**<br>) **APPROVAL OF FEES AND**<br>) **REIMBURSEMENT OF EXPENSES;**<br>) **DECLARATION OF JARED AIZAD,**<br>) **ESQ. IN SUPPORT THEREOF**<br>)<br>) <u>Hearing</u>:<br>) Date:  October 14, 2025<br>) Time:  10:00 a.m.<br>) Place:  Courtroom 1668<br>)       255 East Temple Street<br>)       Los Angeles, CA 90012<br>)<br>)<br>)<br>)<br>)<br>) |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Buchalter, special patent counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its *Seventh Application Of Buchalter, As Special Patent Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses* (the "Application") for services rendered and expenses incurred during the period from October 1, 2024 through and including July 31, 2025 (the "Covered Period").

**I.**

**INTRODUCTORY STATEMENT**

**A.    Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.**

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date"). The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

**B.    Date Of Entry Of The Order Approving Buchalter's Employment And Date Services Commenced.**

The Court entered an order approving Buchalter's employment as special patent counsel to the Debtor on July 14, 2020. The Debtor's employment of Buchalter as special patent counsel was effective, and Buchalter began providing services to the Debtor, on May 27, 2020.

**C.    Fees And Expenses Previously Requested By Buchalter.**

On November 17, 2020, Buchalter filed its first fee application, covering the period from May 27, 2020 through November 11, 2020, during which Buchalter rendered 35.3 hours of service, resulting in fees totaling $20,480.50, plus expenses of $453.00, for total fees and expenses of $20,933.50. The first fee application was heard and approved on December 15, 2020, with a written order entered by the Court on December 17, 2020 (the "First Fee Order").

On August 2, 2021, Buchalter filed its second fee application, covering the period from November 12, 2020 through and including June 30, 2021, during which Buchalter rendered 56.7 hours of service, resulting in fees totaling $31,965.00, plus expenses of $6,245.11, for total fees and expenses of $38,210.11.  The second fee application was heard and approved on August 24, 2021, with a written order entered by the Court on August 26, 2021 (the "Second Fee Order").

On April 11, 2022, Buchalter filed its third fee application, covering the period from July 1, 2021 through and including March 31, 2022, during which Buchalter rendered 88.2 hours of service, resulting in fees totaling $35,679.00, plus expenses of $48,436.54, for total fees and expenses of $84,115.54.  The third fee application was heard and approved on May 3, 2022, with a written order entered by the Court on May 11, 2022 (the "Third Fee Order").

On November 8, 2022, Buchalter filed its fourth fee application, covering the period from April 1, 2022 through and including October 31, 2022, during which Buchalter rendered 53.3 hours of service, resulting in fees totaling $25,779.00, plus expenses of $8,233.82, for total fees and expenses of $34,012.82.  The fourth fee application was heard and approved on November 29, 2022, with a written order entered by the Court on November 30, 2022 (the "Fourth Fee Order").

On November 17, 2023, Buchalter filed its fifth fee application, covering the period from November 1, 2022 through and including October 31, 2023, during which Buchalter rendered 73.6 hours of service, resulting in fees totaling $32,661.50, plus expenses of $13,854.63, for total fees and expenses of $46,516.13.  The fifth fee application was heard and approved on December 12, 2023, with a written order entered by the Court on January 5, 2024 (the "Fifth Fee Order").

On November 12, 2024, Buchalter filed its sixth fee application, covering the period from November 1, 2023 through and including September 30, 2024, during which Buchalter rendered 80.3 hours of service, resulting in fees totaling $35,450.00, plus expenses of $16,541.98, for total fees and expenses of $51,991.98.  The sixth fee application was heard and approved on December 17, 2024, with a written order entered by the Court on December 23, 2024 (the "Sixth Fee Order").

**D.      Summary Of Payments Made To Buchalter.**

Buchalter received post-petition retainer payments from the Debtor in the total sum of $7,500.00 (collectively, the "Retainer").  Following the entry of the First Fee Order, Buchalter applied the entire amount of the Retainer against Buchalter's allowed fees and expenses totaling $20,933.50, leaving a balance of $13,433.50, which has been paid by the Debtor.

Following the entry of the Second Fee Order, Buchalter received full payment of its fees and expenses totaling $38,210.11 incurred during the period from November 12, 2020 through and including June 30, 2021.

Following the entry of the Third Fee Order, Buchalter received full payment of its fees and expenses totaling $84,115.54 incurred during the period from July 1, 2021 through and including March 31, 2022.

Following the entry of the Fourth Fee Order, Buchalter received full payment of its fees and expenses totaling $20,933.50 incurred during the period from April 1, 2022 through and including October 31, 2022.

Following the entry of the Fifth Fee Order, Buchalter received full payment of its fees and expenses totaling $46,516.13 incurred during the period from November 1, 2022 through and including October 31, 2023.

Following the entry of the Sixth Fee Order, Buchalter received full payment of its fees and expenses totaling $51,991.98 incurred during the period from November 1, 2023 through and including September 30, 2024.

**E.      Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, Buchalter spent a total of 80.3 hours and incurred fees in the sum of $38,405.00 and advanced expenses in the sum of $13,716.21, for total fees and expenses in the sum of $52,121.21.  Pursuant to Local Bankruptcy Rule 2016-1, by this Application, Buchalter is seeking: (i) approval and allowance of its fees and expenses in the total sum of $52,121.21 incurred during the Covered Period, and (ii) payment of such allowed fees and expenses, in the total sum of $52,121.21, from the Debtor.

**F.      Compliance With Local Bankruptcy Rule 2016-1(a).**

Buchalter has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G.      Proper Notice.**

Buchalter is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has served, or will serve, notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the Subchapter V Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

**II.**

**BACKGROUND OF DEBTOR'S CASE AND**

**DESCRIPTION OF SERVICES RENDERED BY BUCHALTER**

**A.      Brief Narrative History And Report Concerning The Status Of Debtor's Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Buchalter respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYG in its seventh fee application filed concurrently herewith or to be filed shortly.

**B.      Brief Narrative Statement Of Services Rendered.**

During the Covered Period, Buchalter: (i) billed a total of 80.3 hours and incurred $38,405.00 of fees providing legal services focused on patent issues, and (ii) incurred $13,716.21 in disbursement fees during the Covered Period.  During the Covered Period, Buchalter aided the Debtor with all of the Debtor's patent filing and prosecutions, and performed transactional work related to the Debtor's intellectual property. Buchalter separated its time entries into the following categories:

1.     <u>General IP</u>:  This category includes general intellectual property legal services related to the Debtor's existing patents and pending patent applications, and other intellectual property matters including: (i) reviewing and revising a development agreement, (ii) reviewing and analyzing the patent portfolio, and (iii) preparing its sixth fee application for the time period of November 1, 2023 through and including September 30, 2024.

2.     <u>General Patent</u>:  This category includes general patent legal services including legal research and correspondence to the Debtor.

3.     <u>AU Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent issues related to the Debtor's Australian cellulose and semi-cellulose based fibers and yarn, including: (i) drafting several different response instructions to the foreign associate in Australia, and (ii) reviewing correspondence from the foreign associate in Australia related to several office actions.

4.     <u>CA Active Polymer Material for Agriculture Use:</u> This category includes legal services for the Debtor's patent issues related to the Debtor's Canadian active polymer material for agriculture use including correspondence with the Debtor related to an office action.

5.     <u>CON Kit Having Active Polymer Material for Growing</u>:  This category includes legal services related to the Debtor's patent issues related to the Debtor's active polymer material for growing, including: (i) reviewing and analyzing correspondence from the U.S. Patent and Trademark Office, (ii) interviewing a U.S. Patent and Trademark Office Examiner, and (iii) drafting a response to an office action.

6.     <u>EP Active Polymer Material for Agricultural Use</u>: This category includes legal services for the Debtor's patent and trademark issues related to the Debtor's European active polymer material for agricultural use, including: (i) reviewing

correspondence from foreign associate in Europe, (ii) drafting correspondence to Debtor, and (iii) drafting correspondence to the foreign associate in Europe.

7.   <u>EP Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent and trademark issues related to the Debtor's European cellulose and semi-cellulose based fibers and yarn, including: (i) reviewing correspondence from foreign associate in the European Union, and (ii) drafting response instructions to the foreign associate in the European Union.

8.   <u>JP Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent issues related to the Debtor's Japanese cellulose and semi-cellulose based fibers and yarn, including: (i) reviewing correspondence from the foreign associate in Japan, and (ii) drafting instructions to the foreign associate in Japan.

9.   <u>KR Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent issues related to the Debtor's South Korean cellulose and semi-cellulose based fibers and yarn, including drafting instructions to the foreign associate in South Korea.

10.  <u>US Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent and trademark issues related to the Debtor's United States cellulose and semi-cellulose based fibers and yarn, including: (i) preparing an Information Disclosure Statement filing, (ii) drafting a response to an office action, (ii) reviewing correspondence from the U.S. Patent and Trademark Office, (iv) drafting a declaration in support of an office action response, and (v) drafting another response to an office action.

11.  <u>TH Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent issues related to the Debtor's Thai cellulose and semi-cellulose based fibers and yarn, including: (i) corresponding with the

foreign associate in Thailand, and (ii) drafting instructions to the foreign associate in Thailand.

12.    <u>VN Cellulose and Semi-Cellulose Based Fibers & Yarn</u>: This category includes legal services for the Debtor's patent issues related to the Debtor's Vietnamese cellulose and semi-cellulose based fibers and yarn, including: (i) reviewing correspondence from the foreign associate in Vietnam and (ii) drafting instructions to the foreign associate in Vietnam.

**C.    Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.**

Buchalter respectfully submits that the fees incurred by Buchalter during the Covered Period (totaling $38,405.00) and Buchalter's blended hourly rate of $478.27 are very reasonable. Attached as **<u>Exhibit "1"</u>** to the Declaration of Jared Aizad, Esq. annexed hereto (the "<u>Aizad Declaration</u>") is a detailed listing of all time that Buchalter spent during the Covered Period for which Buchalter seeks compensation, including the date that Buchalter rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in Exhibit "1" are (i) a summary of Buchalter's total time by category and (ii) individual monthly summaries of Buchalter's time by category.

**D.    Detailed Listing of Expenses by Category.**

During the Covered Period, Buchalter advanced expenses totaling $13,716.21, consisting of patent fees for the Debtor's patent applications and extension applications and other related expenses, as well as the fees and expenses of foreign counsel who facilitated the filing of the Debtor's patent applications and other related documents in foreign countries. All expenses advanced by Buchalter were invoiced to the Debtor without any markup or additional charge, were necessarily incurred, and are properly charged as administrative expenses of the Debtor's chapter 11 estate. Listings of the expenses advanced by Buchalter during the Covered Period and a summary of all such expenses are include in Exhibit "1" to the Aizad Declaration.

8

**E.      Description of Professional Education and Experience**

Buchalter is a full-service business law firm that has been teaming with clients for eight decades, providing legal counsel at all stages of their growth and evolution, and helping them meet the many legal challenges and decisions they face.

The attorney at Buchalter who was primarily responsible for the representation of the Debtor during the Covered Period is Jared Aizad.  Mr. Aizad is a Special Counsel in Buchalter's Salt Lake City office and a member of the firm's Intellectual Property Group.  Mr. Aizad works on the litigation and prosecution of patents, and has worked in a wide range of technical areas, including wireless technology, computer and internet technology, biotechnology, pharmaceuticals, chemicals, and medical devices.  Attached as **Exhibit "2"** to the Aizad Declaration annexed hereto are the professional biographies of Mr. Aizad and his colleagues, Dakota Pearce and Danielle Reid. During the Covered Period, the hourly billing rates for the professionals at Buchalter who provided services to the Debtor were as follows:

- Jared Aizad:  $650 (discounted to $500 for this matter)
- Dakota Pearce:  $350
- Danielle Reid:  $250

**F.      Source and Amount of Cash Available to Pay Buchalter's Allowed Fees and Expenses.**

It is Buchalter's understanding and belief that the Debtor has sufficient unencumbered cash on hand from the Debtor's business operations to pay the allowed fees and expenses of the Debtor's professionals, including the allowed fees and expenses of Buchalter (*i.e.*, $52,121.21).

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test."  *In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982).  This is no longer the law.  The legislative

history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent

plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n.11.

The patent and other intellectual property issues which arose during the course of the Debtor's bankruptcy case required the expertise of a firm like Buchalter. All of the legal services provided by Buchalter were performed in an efficient and cost-effective manner. Buchalter respectfully submits that the hourly rates of its professionals are reasonable and appropriate in the relevant community, and that the fees incurred by Buchalter in the Debtor's case during the Covered Period are fair and reasonable.

**IV.**

**<u>CONCLUSION</u>**

Based on all of the foregoing, Buchalter respectfully requests that the Court enter an order:

1.    approving and allowing fees in the amount of $38,405.00 and expenses in the amount of $13,716.21, for total fees and expenses in the amount of $52,121.21, incurred by Buchalter during the Covered Period of October 1, 2024 through and including July 31, 2025 (the "<u>Allowed Fees</u>");

2.    authorizing and directing the Debtor to pay to Buchalter the full amount of the Allowed Fees, in the sum of $52,121.21; and

3.    granting such other and further relief as the Court deems just and proper.

Dated: September 4, 2025          HOLOGENIX, LLC

                                   By:  */s/ Juliet Y. Oh*
                                          RON BENDER
                                          JOHN-PATRICK M. FRITZ
                                          JULIET Y. OH
                                          LEVENE, NEALE, BENDER, YOO
                                              & GOLUBCHIK L.L.P.
                                          Attorneys for Chapter 11 Debtor in Possession

# **DECLARATION OF JARED AIZAD, ESQ.**

I, JARED AIZAD, ESQ., hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.  Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this declaration is attached (the "Application").

2.      I am an attorney at Buchalter, which was employed by Hologenix, LLC, the debtor and debtor-in-possession herein (the "Debtor") as its special patent counsel in connection with its chapter 11 bankruptcy case.

3.      Buchalter is a full-service business law firm that has been teaming with clients for eight decades, providing legal counsel at all stages of their growth and evolution, and helping them meet the many legal challenges and decisions they face.

4.      I am the attorney at Buchalter who was primarily responsible for the representation of the Debtor during the Covered Period. I am a Special Counsel in Buchalter's Salt Lake City office and a member of the firm's Intellectual Property Group. I work on the litigation and prosecution of patents, and I have worked in a wide range of technical areas, including wireless technology, computer and internet technology, biotechnology, pharmaceuticals, chemicals, and medical devices. The professional biographies for my colleagues, Dakota Pearce, Danielle Reid and me are attached as **Exhibit "2"** hereto.

5.      On November 17, 2020, Buchalter filed its first fee application in the Debtor's bankruptcy case, covering the period from May 27, 2020 through November 11, 2020, during which Buchalter rendered 35.3 hours of service, resulting in fees totaling $20,480.50, plus expenses of $453.00, for total fees and expenses of $20,933.50.  I am advised and believe that an order approving Buchalter's first fee application was entered by the Court on December 17, 2020 (the "First Fee Order").

6.      On August 2, 2021, Buchalter filed its second fee application, covering the period from November 12, 2020 through and including June 30, 2021, during which Buchalter rendered

56.7 hours of service, resulting in fees totaling $31,965.00, plus expenses of $6,245.11, for total fees and expenses of $38,210.11.  I am advised and believe that the second fee application was heard and approved on August 24, 2021, with a written order entered by the Court on August 26, 2021 (the "Second Fee Order").

7.    On April 11, 2022, Buchalter filed its third fee application, covering the period from July 1, 2021 through and including March 31, 2022, during which Buchalter rendered 88.2 hours of service, resulting in fees totaling $35,679.00, plus expenses of $48,436.54, for total fees and expenses of $84,115.54.  I am advised and believe that the third fee application was heard and approved on May 3, 2022, with a written order entered by the Court on May 11, 2022 (the "Third Fee Order").

8.    On November 8, 2022, Buchalter filed its fourth fee application, covering the period from April 1, 2022 through and including October 31, 2022, during which Buchalter rendered 53.3 hours of service, resulting in fees totaling $25,779.00, plus expenses of $8,233.82, for total fees and expenses of $34,012.82.  I am advised and believe that the fourth fee application was heard and approved on November 29, 2022, with a written order entered by the Court on November 30, 2022 (the "Fourth Fee Order").

9.    On November 17, 2023, Buchalter filed its fifth fee application, covering the period from November 1, 2022 through and including October 31, 2023, during which Buchalter rendered 73.6 hours of service, resulting in fees totaling $32,661.50, plus expenses of $13,854.63, for total fees and expenses of $46,516.13.  I am advised and believe that the fifth fee application was heard and approved on December 12, 2023, with a written order entered by the Court on January 5, 2024 (the "Fifth Fee Order").

10.    On November 12, 2024, Buchalter filed its sixth fee application, covering the period from November 1, 2023 through and including September 30, 2024, during which Buchalter rendered 80.3 hours of service, resulting in fees totaling $35,450.00, plus expenses of $16,541.98, for total fees and expenses of $51,991.98.  The sixth fee application was heard and

approved on December 17, 2024, with a written order entered by the Court on December 23, 2024 (the "Sixth Fee Order").

11.     Buchalter received post-petition retainer payments from the Debtor in the total sum of $7,500.00 (collectively, the "Retainer").  Following the entry of the First Fee Order, Buchalter applied the entire amount of the Retainer against Buchalter's allowed fees and expenses totaling $20,933.50, leaving a balance of $13,433.50, which has been paid by the Debtor.

12.     Following the entry of the Second Fee Order, Buchalter received full payment of its fees and expenses totaling $38,210.11 incurred during the period from November 12, 2020 through and including June 30, 2021.

13.     Following the entry of the Third Fee Order, Buchalter received full payment of its fees and expenses totaling $84,115.54 incurred during the period from July 1, 2021 through and including March 31, 2022.

14.     Following the entry of the Fourth Fee Order, Buchalter received full payment of its fees and expenses totaling $20,933.50 incurred during the period from April 1, 2022 through and including October 31, 2022.

15.     Following the entry of the Fifth Fee Order, Buchalter received full payment of its fees and expenses totaling $46,516.13 incurred during the period from November 1, 2022 through and including September 30, 2023.

16.     Following the entry of the Sixth Fee Order, Buchalter received full payment of its fees and expenses totaling $51,991.98 incurred during the period from November 1, 2023 through and including September 30, 2024.

17.     I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached.  To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

18.     During the period covered by the Application, *i.e.*, October 1, 2024 through and including July 31, 2025 (the "Covered Period"), the hourly billing rates for the professionals at Buchalter who provided services to the Debtor were as follows:

- Jared Aizad:  $650 (discounted to $500 for this matter)
- Dakota Pearce:  $350
- Danielle Reid:  $250

19.     Pursuant to the Application, Buchalter is seeking: (i) approval and allowance of its fees and expenses in the total sum of $52,121.21 incurred during the Covered Period; and (ii) payment of such allowed fees and expenses, in the total sum of $52,121.21, from the Debtor. The amounts requested in the Application for fees and expenses incurred by Buchalter are based on Buchalter's business records which are kept in the ordinary course of Buchalter's business.

20.     Attached as **Exhibit "1"** hereto is a detailed listing of all time that Buchalter spent during the Covered Period for which Buchalter seeks compensation, including the date that Buchalter rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service.  Also included in Exhibit "1" are (i) a summary of Buchalter's total time by category and (ii) individual monthly summaries of Buchalter's time by category.

21.     During the Covered Period, Buchalter advanced expenses totaling $13,716.21 consisting of fees for the Debtor's patent applications and extension applications and other related expenses, as well as the fees and expenses of foreign counsel who facilitated the filing of the Debtor's patent applications and other related documents in foreign countries.  All expenses advanced by Buchalter were invoiced to the Debtor without any markup or additional charge, were necessarily incurred, and are properly charged as administrative expenses of the Debtor's chapter 11 estate.

22.     Listings of the expenses advanced by Buchalter during the Covered Period and a summary of all such expenses are include in Exhibit "1" hereto.

1       I declare under penalty of perjury that the foregoing is true and correct to the best of my

2  knowledge, information and belief.

3       Executed this 3rd of September, 2025, at Salt Lake City, Utah.

JARED ABAD, ESQ.

# EXHIBIT "1"

**Buchalter**

**Summary by Category**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| General IP | 9.6 | $4,005.00 | | $4,005.00 |
| General Patent | 0.5 | $250.00 | | $250.00 |
| EP Active Polymer Material for Agriculture Use | 3.5 | $1,750.00 | | $1,750.00 |
| CON Kit Having Active Polymer Materials for Growin | 13.5 | $6,500.00 | $650.00 | $7,150.00 |
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | 19.6 | $9,575.00 | $1,398.00 | $10,973.00 |
| EP Cellulose and Semi-Cellulose Based Fibers and Y | 4.5 | $2,250.00 | $953.81 | $3,203.81 |
| AU Cellulose and Semi-Cellulose Based Fibers and Y | 15.1 | $7,350.00 | $3,250.00 | $10,600.00 |
| KR Cellulose and Semi-Cellulose Based Fibers and Y | 2.5 | $1,250.00 | $1,487.60 | $2,737.60 |
| JP Cellulose and Semi-Cellulose Based Fibers and Y | 8.1 | $4,000.00 | $2,620.68 | $6,620.68 |
| VN Cellulose and Semi-Cellulose Based Fibers and Y | 2.6 | $1,175.00 | | $1,175.00 |
| TH Cellulose and Semi-Cellulose Based Fibers and Y | 0.7 | $275.00 | $3,356.12 | $3,631.12 |
| CA Active Polymer Material for Agriculture Use | 0.1 | $25.00 | | $25.00 |
| | | | | |
| | | | | |
| | | | | |
| **Total:** | **80.3** | **$38,405.00** | **$13,716.21** | **$52,121.21** |

**Buchalter**

**Summary by Month**

| Month | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---:|---:|---:|---:|
| Oct-24 | 5.1 | $2,550.00 | $1,194.22 | $3,744.22 |
| Nov-24 | 8.3 | $3,355.00 | $565.20 | $3,920.20 |
| Dec-24 | 4.9 | $2,450.00 | $2,052.89 | $4,502.89 |
| Jan-25 | 7.2 | $3,600.00 | $2,331.60 | $5,931.60 |
| Feb-25 | 2 | $1,000.00 | $3,312.51 | $4,312.51 |
| Mar-25 | 1.3 | $650.00 | $1,136.65 | $1,786.65 |
| Apr-25 | 6.5 | $3,250.00 | $500.00 | $3,750.00 |
| May-25 | 21.3 | $10,650.00 | $2,623.14 | $13,273.14 |
| Jul-25 | 23.7 | $10,900.00 | | $10,900.00 |
| | | | | |
| | | | | |
| **Total:** | **80.3** | **$38,405.00** | **$13,716.21** | **$52,121.21** |

**Buchalter**

**Oct-24**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| General IP | 2.3 | $1,150.00 | | $1,150.00 |
| EP Active Polymer Material for Agriculture Use | 0.4 | $200.00 | | $200.00 |
| CON Kit Having Active Polymer Materials for Growin | | | $150.00 | $150.00 |
| JP Cellulose and Semi-Cellulose Based Fibers and Y | 2.4 | $1,200.00 | $1,044.22 | $2,244.22 |
| **Total:** | **5.1** | **$2,550.00** | **$1,194.22** | **$3,744.22** |

**Buchalter**

**Nov-24**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| General IP | 5.3 | $1,855.00 | | $1,855.00 |
| EP Active Polymer Material for Agriculture Use | 1.1 | $550.00 | | $550.00 |
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | 0.7 | $350.00 | | $350.00 |
| JP Cellulose and Semi-Cellulose Based Fibers and Y | 1 | $500.00 | | $500.00 |
| TH Cellulose and Semi-Cellulose Based Fibers and Y | 0.2 | $100.00 | $565.20 | $665.20 |
| **Total:** | **8.3** | **$3,355.00** | **$565.20** | **$3,920.20** |

**Buchalter**

**Dec-24**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | 4.9 | $2,450.00 | $104.00 | $2,554.00 |
| JP Cellulose and Semi-Cellulose Based Fibers and Y | | | $1,051.13 | $1,051.13 |
| TH Cellulose and Semi-Cellulose Based Fibers and Y | | | $897.76 | $897.76 |
| **Total:** | **4.9** | **$2,450.00** | **$2,052.89** | **$4,502.89** |

**Buchalter**

**Jan-25**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | | | $150.00 | $150.00 |
| AU Cellulose and Semi-Cellulose Based Fibers and Y | 4.7 | $2,350.00 | $694.00 | $3,044.00 |
| KR Cellulose and Semi-Cellulose Based Fibers and Y | 2.5 | $1,250.00 | $1,487.60 | $2,737.60 |
| **Total:** | **7.2** | **$3,600.00** | **$2,331.60** | **$5,931.60** |

**Buchalter**

**Feb-25**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | 1.8 | $900.00 | | $900.00 |
| AU Cellulose and Semi-Cellulose Based Fibers and Y | | | $1,949.00 | $1,949.00 |
| TH Cellulose and Semi-Cellulose Based Fibers and Y | 0.2 | $100.00 | $1,363.51 | $1,463.51 |
| **Total:** | **2.0** | **$1,000.00** | **$3,312.51** | **$4,312.51** |

**Buchalter**

**Mar-25**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| CON Kit Having Active Polymer Materials for Growin | 0.8 | $400.00 | | $400.00 |
| AU Cellulose and Semi-Cellulose Based Fibers and Y | 0.5 | $250.00 | $607.00 | $857.00 |
| TH Cellulose and Semi-Cellulose Based Fibers and Y | | | $529.65 | $529.65 |
| **Total:** | **1.3** | **$650.00** | **$1,136.65** | **$1,786.65** |

**Buchalter**

**Apr-25**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| CON Kit Having Active Polymer Materials for Growin | 1.0 | $500.00 | $500.00 | $1,000.00 |
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | 5.5 | $2,750.00 | | $2,750.00 |
| **Total:** | **6.5** | **$3,250.00** | **$500.00** | **$3,750.00** |

**Buchalter**

**May-25**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| General IP | 2.0 | $1,000.00 | | $1,000.00 |
| EP Active Polymer Material for Agriculture Use | 1.5 | $750.00 | | $750.00 |
| US Cellulose & Semi-Cellulose Based Fibers & Yarn | 5.3 | $2,650.00 | $1,144.00 | $3,794.00 |
| EP Cellulose and Semi-Cellulose Based Fibers and Y | 4.5 | $2,250.00 | $953.81 | $3,203.81 |
| AU Cellulose and Semi-Cellulose Based Fibers and Y | 3.5 | $1,750.00 | | $1,750.00 |
| JP Cellulose and Semi-Cellulose Based Fibers and Y | 4.5 | $2,250.00 | $525.33 | $2,775.33 |
| **Total:** | **21.3** | **$10,650.00** | **$2,623.14** | **$13,273.14** |

**Buchalter**

**Jul-25**

| Category | Hours | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|
| General Patent | 0.5 | $250.00 | | $250.00 |
| US Cellulose & Semi-Cellulose Based Fibers | 1.4 | $475.00 | | $475.00 |
| CA Active Polymer Material for Agriculture Use | 0.1 | $25.00 | | $25.00 |
| EP Active Polymer Material for Agriculture Use | 0.5 | $250.00 | | $250.00 |
| CON Kit Having Active Polymer Materials for Growin | 11.7 | $5,600.00 | | $5,600.00 |
| AU Cellulose and Semi-Cellulose Based Fibers and Y | 6.4 | $3,000.00 | | $3,000.00 |
| JP Cellulose and Semi-Cellulose Based Fibers and Y | 0.2 | $50.00 | | $50.00 |
| VN Cellulose and Semi-Cellulose Based Fibers and Y | 2.6 | $1,175.00 | | $1,175.00 |
| TH Cellulose and Semi-Cellulose Based Fibers and Y | 0.3 | $75.00 | | $75.00 |
| **Total:** | **23.7** | **$10,900.00** | **$0.00** | **$10,900.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

October 31, 2024
Invoice No.    1341575

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

| Client No: | H7356 | |
|---|---|---|
| Previous Balance | | 79,549.54 |
| Payments received through 11/05/24 | | 2,500.00- |
| Previous Balance Remaining | | 77,049.54 |
| Invoice Total | $ | 3,744.22 |
| **Balance Due** | **$** | **80,793.76** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---|---|---|
| H7356-1 | GENERAL IP | 1,150.00 | .00 | 1,150.00 |
| H7356-2004 | EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158 | 200.00 | .00 | 200.00 |
| H7356-2022 | CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | .00 | 150.00 | 150.00 |
| H7356-2038 | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 1,200.00 | 1,044.22 | 2,244.22 |
| | | 2,550.00 | 1,194.22 | 3,744.22 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| 3,594.00 | 200.06 | 73,255.48 | 80,793.76 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

October 31, 2024
Invoice No.    1341575-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**           CHIEF EXECUTIVE OFFICER**

Re:  GENERAL IP
Our File No:            H7356-1

| | |
|---|---:|
| Previous Balance | 10,037.99 |
| Payments received through 11/05/24 | .00 |
| Previous Balance Remaining | 10,037.99 |
| Current Fees Through 10/31/24 | 1,150.00 |
| Invoice Total $ | 1,150.00 |
| **Balance Due** $ | **11,187.99** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| 250.00 | .00 | 9,787.99 | 11,187.99 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-1 | HOLOGENIX, LLC GENERAL IP | | 10/31/24 1341575-001 Page    1 |
|---|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/10/24 | JA | REVIEW DEVELOPMENT AGREEMENT. CONDUCT LEGAL RESEARCH. | .8 | 400.00 |
| 10/16/24 | JA | DRAFT EMAIL RELATING TO DEVELOPMENT AGREEMENT. | .5 | 250.00 |
| 10/22/24 | JA | REVISE DEVELOPMENT AGREEMENT. | 1.0 | 500.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | 2.3 | 500.00 | 1,150.00 |
| | Total | 2.3 | | 1,150.00 |

| | | |
|---|---|---|
| **Total Fees** | | **1,150.00** |
| **Matter Total** | **$** | **1,150.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**             CHIEF EXECUTIVE OFFICER**

October 31, 2024
Invoice No.    1341575-002

Re:  EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158
Our File No:              H7356-2004

Your No.:              APP NO. 15844141.0

| | |
|---|---:|
| Previous Balance | .00 |
| Payments received through 11/05/24 | .00 |
| Previous Balance Remaining | .00 |
| Current Fees Through 10/31/24 | 200.00 |
| Invoice Total | $    200.00 |
| **Balance Due** | **$      200.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2004 | HOLOGENIX, LLC EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158 | | 10/31/24 1341575-002 Page 1 |
|---|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/28/24 | JA | DRAFT REPORTING LETTER. | .3 | 150.00 |
| 10/29/24 | JA | DRAFT REPORTING LETTER. | .1 | 50.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | .4 | 500.00 | 200.00 |
| Total | .4 | | 200.00 |

|  |  |
|---|---|
| **Total Fees** | **200.00** |
| **Matter Total** | **$ 200.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

October 31, 2024
Invoice No.    1341575-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN
Our File No:            H7356-2022

| | | |
|---|---|---|
| Previous Balance | | 2,264.00 |
| Payments received through 11/05/24 | | .00 |
| Previous Balance Remaining | | 2,264.00 |
| Current Disbursements Through 10/31/24 | | 150.00 |
| Invoice Total | $ | 150.00 |
| **Balance Due** | **$** | **2,414.00** |

Client Trust Balance            5,000.00

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| 2,264.00 | .00 | .00 | 2,414.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2022 | HOLOGENIX, LLC CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | | 10/31/24 1341575-003 Page 1 |
|---|---|---|---|---|

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 9/30/24 | OUTSIDE SERVICES MAXVAL GROUP, INC. --PREPARATION OF INFORMATION DISCLOSURE STATEMENT | 613091 | | 150.00 |
| | **Total Disbursements** | | | **150.00** |
| | **Matter Total** | | **$** | **150.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

October 31, 2024
Invoice No.    1341575-004

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:             H7356-2038

| | | |
|---|---|---:|
| Previous Balance | | 2,736.31 |
| Payments received through 11/05/24 | | 187.75- |
| Previous Balance Remaining | | 2,548.56 |
| Current Fees Through 10/31/24 | | 1,200.00 |
| Current Disbursements Through 10/31/24 | | 1,044.22 |
| Invoice Total | $ | 2,244.22 |
| **Balance Due** | **$** | **4,792.78** |

| Past Due Balances: | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | .06 | 2,548.50 | 4,792.78 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2038 | HOLOGENIX, LLC JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 10/31/24 1341575-004 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/02/24 | JA | ANALYZE OFFICE ACTION. | .7 | 350.00 |
| 10/28/24 | JA | DRAFT REPORTING LETTER. | .7 | 350.00 |
| 10/30/24 | JA | DRAFT REPORTING LETTER. | 1.0 | 500.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 10/01/24 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON KAWAGUTI & PARTNERS (WIRE XFER TO JAPAN) FILING RESPONSE TO OFFICE ACTION - INV.# 243251 {E021024} | | | 1,044.22 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | 2.4 | 500.00 | 1,200.00 |
| | Total | 2.4 | | 1,200.00 |

| | | |
|---|---|---|
| **Total Fees** | | **1,200.00** |
| **Total Disbursements** | | **1,044.22** |
| **Matter Total** | **$** | **2,244.22** |

***BALANCES ARE DUE AND PAYABLE UPON PRESENTATION***
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

November 30, 2024
Invoice No.    1351880

| Client No: | H7356 | |
|---|---|---|
| Previous Balance | | 80,793.76 |
| Payments received through 12/04/24 | | 2,500.00- |
| Previous Balance Remaining | | 78,293.76 |
| Invoice Total | $ | 3,920.20 |
| **Balance Due** | **$** | **82,213.96** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---|---|---|
| H7356-1 | GENERAL IP | 1,855.00 | .00 | 1,855.00 |
| H7356-2004 | EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158 | 550.00 | .00 | 550.00 |
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 350.00 | .00 | 350.00 |
| H7356-2038 | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 500.00 | .00 | 500.00 |
| H7356-2041 | TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 100.00 | 565.20 | 665.20 |
| | | 3,355.00 | 565.20 | 3,920.20 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | invoice |
| 3,744.22 | 3,594.00 | 70,955.54 | 82,213.96 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

November 30, 2024
Invoice No.    1351880-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  GENERAL IP
Our File No:            H7356-1

| | | |
|---|---:|---:|
| Previous Balance | | 11,187.99 |
| Payments received through 12/04/24 | | .00 |
| Previous Balance Remaining | | 11,187.99 |
| Current Fees Through 11/30/24 | | 1,855.00 |
| Invoice Total | $ | 1,855.00 |
| **Balance Due** | **$** | **13,042.99** |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | invoice |
| 1,150.00 | 250.00 | 9,787.99 | 13,042.99 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** H7356-1    **HOLOGENIX, LLC**    **11/30/24**
**RT**    **GENERAL IP**    **1351880-001**
                                              **Page    1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 11/07/24 | DP | PREPARATION OF FEE APPLICATION FOR TIME PERIOD OF 11/1/23 THROUGH 9/30/24 | 4.1 | 1,435.00 |
| 11/08/24 | DP | REVIEW/REVISION OF TIME ENTRIES AFTER DISCUSSIONS WITH JULIET OH | 1.2 | 420.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|--|-------|----------------|------|
| DAKOTA PEARCE | | 5.3 | 350.00 | 1,855.00 |
| | **Total** | **5.3** | | **1,855.00** |

|  |  |
|--|--|
| **Total Fees** | **1,855.00** |
| **Matter Total** | **$    1,855.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

November 30, 2024
Invoice No.    1351880-002

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158
Our File No:          H7356-2004

Your No.:              APP NO. 15844141.0

| | | |
|---|---:|---:|
| Previous Balance | | 200.00 |
| Payments received through 12/04/24 | | 231.99 |
| Previous Balance Remaining | | 431.99 |
| Current Fees Through 11/30/24 | | 550.00 |
| Invoice Total | $ | 550.00 |
| **Balance Due** | **$** | **981.99** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 200.00 | .00 | 231.99 | 981.99 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2004 | HOLOGENIX, LLC EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158 | | 11/30/24 1351880-002 Page    1 |
|---|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 11/10/24 | JA | DRAFT REPORTING LETTER. | .7 | 350.00 |
| 11/12/24 | JA | DRAFT INSTRUCTIONS TO FOREIGN ASSOCIATE. | .4 | 200.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | 1.1 | 500.00 | 550.00 |
| Total | 1.1 | | 550.00 |

|  |  |
|---|---|
| Total Fees | 550.00 |
| Matter Total | $    550.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

November 30, 2024
Invoice No.    1351880-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:              H7356-2032

| | | |
|---|---|---:|
| Previous Balance | | 15,790.00 |
| Payments received through 12/04/24 | | 150.00- |
| Previous Balance Remaining | | 15,640.00 |
| Current Fees Through 11/30/24 | | 350.00 |
| Invoice Total | $ | 350.00 |
| **Balance Due** | **$** | **15,990.00** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 500.00 | 15,140.00 | 15,990.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2032**    **HOLOGENIX, LLC**                                    **11/30/24**
**RT**                            **US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN**    **1351880-003**
                                                                                        **Page       1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 11/20/24 | JA | PREPARE IDS FILING. | .7 | 350.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|--|-------|----------------|------|
| JARED AIZAD | | .7 | 500.00 | 350.00 |
| **Total** | | **.7** | | **350.00** |

**Total Fees**                                    **350.00**

**Matter Total**                            **$    350.00**



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

November 30, 2024
Invoice No.    1351880-004

Re:  JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:        H7356-2038

| | | |
|---|---|---:|
| Previous Balance | | 4,792.78 |
| Payments received through 12/04/24 | | 506.00- |
| Previous Balance Remaining | | 4,286.78 |
| Current Fees Through 11/30/24 | | 500.00 |
| Invoice Total | $ | 500.00 |
| **Balance Due** | **$** | **4,786.78** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 2,244.22 | .00 | 2,042.56 | 4,786.78 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | H7356-2038 | HOLOGENIX, LLC | | 11/30/24 |
|---|---|---|---|---|
| RT | | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | 1351880-004 |
| | | | | Page    1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 11/19/24 | JA | DRAFT INSTRUCTIONS TO FOREIGN ASSOCIATE. | 1.0 | 500.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | 1.0 | 500.00 | 500.00 |
| | Total | 1.0 | | 500.00 |

| | | |
|---|---|---|
| Total Fees | | 500.00 |
| Matter Total | $ | 500.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

November 30, 2024
Invoice No.    1351880-005

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**      **MR. SETH CASDEN**
            **CHIEF EXECUTIVE OFFICER**

Re:  TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2041

| | | |
|---|---|---:|
| Previous Balance | | 250.00 |
| Payments received through 12/04/24 | | .00 |
| Previous Balance Remaining | | 250.00 |
| Current Fees Through 11/30/24 | | 100.00 |
| Current Disbursements Through 11/30/24 | | 565.20 |
| Invoice Total | $ | 665.20 |
| **Balance Due** | **$** | **915.20** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 250.00 | 915.20 |

***BALANCES ARE DUE AND PAYABLE UPON PRESENTATION***
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2041**    **HOLOGENIX, LLC**    **11/30/24**
**RT**    **TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y**    **1351880-005**
**Page    1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 11/12/24 | JA | DRAFT INSTRUCTIONS TO FOREIGN ASSOCIATE. | .2 | 100.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|------|---------------------------|---------|-------|--------|
| 11/11/24 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 RECEIVED SECOND OFFICE ACTION (FORMALITIES) | 613893 | | 565.20 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|-----|-------|----------------|------|
| JARED AIZAD | | .2 | 500.00 | 100.00 |
| | **Total** | **.2** | | **100.00** |

**Total Fees**    **100.00**
**Total Disbursements**    **565.20**

**Matter Total**    **$    665.20**

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

December 31, 2024
Invoice No.    1360139

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:     MR. SETH CASDEN**
          **CHIEF EXECUTIVE OFFICER**

| | |
|---|---|
| Client No: | H7356 |

| | |
|---|---:|
| Previous Balance | 82,213.96 |
| Payments received through 01/03/25 | 2,500.00- |
| Previous Balance Remaining | 79,713.96 |
| Invoice Total | $     4,502.89 |
| **Balance Due** | **$    84,216.85** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 2,450.00 | 104.00 | 2,554.00 |
| H7356-2038 | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | .00 | 1,051.13 | 1,051.13 |
| H7356-2041 | TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | .00 | 897.76 | 897.76 |
| | | 2,450.00 | 2,052.89 | 4,502.89 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 3,920.20 | 3,744.22 | 72,049.54 | 84,216.85 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

December 31, 2024
Invoice No.    1360139-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**    **MR. SETH CASDEN**
            **CHIEF EXECUTIVE OFFICER**

Re:  US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:            H7356-2032

| | | |
|---|---|---:|
| Previous Balance | | 15,990.00 |
| Payments received through 01/03/25 | | .00 |
| Previous Balance Remaining | | 15,990.00 |
| Current Fees Through 12/31/24 | | 2,450.00 |
| Current Disbursements Through 12/31/24 | | 104.00 |
| Invoice Total | $ | 2,554.00 |
| **Balance Due** | **$** | **18,544.00** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 350.00 | .00 | 15,640.00 | 18,544.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2032 | HOLOGENIX, LLC US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | | 12/31/24 1360139-001 Page  1 |
|---|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 12/09/24 | JA | REVIEW IDS. | .1 | 50.00 |
| 12/11/24 | JA | BEING DRAFTING OFFICE ACTION RESPONSE. | 1.3 | 650.00 |
| 12/17/24 | JA | DRAFT OFFICE ACTION RESPONSE. | 3.5 | 1,750.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 12/16/24 | PATENT & TRADEMARK OFFICE FILING FEE PATENT AND TRADEMARK OFFICE SUBMISSION OF AN INFORMATION DISCLOSURE STATEMENT | | | 104.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | 4.9 | 500.00 | 2,450.00 |
| **Total** | **4.9** | | **2,450.00** |

| | |
|---|---|
| **Total Fees** | **2,450.00** |
| **Total Disbursements** | **104.00** |
| **Matter Total** | **$    2,554.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

December 31, 2024
Invoice No.    1360139-002

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:    H7356-2038

| | | |
|---|---|---:|
| Previous Balance | | 4,786.78 |
| Payments received through 01/03/25 | | .00 |
| Previous Balance Remaining | | 4,786.78 |
| Current Disbursements Through 12/31/24 | | 1,051.13 |
| Invoice Total | $ | 1,051.13 |
| **Balance Due** | **$** | **5,837.91** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| 500.00 | 2,244.22 | 2,042.56 | 5,837.91 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2038**    **HOLOGENIX, LLC**    **12/31/24**
**RT**    **JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y**    **1360139-002**
    **Page    1**

| Date | Description of Disbursement | CheckNo | Units | Amount |
|------|---------------------------|---------|-------|--------|
| 12/04/24 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON KAWAGUTI & PARTNERS (WIRE XFER TO JAPAN) FILING RESPONSE AND AMENDMENT - INV.# 244056 {E161224} | | | 1,051.13 |

|  | **Total Disbursements** | | | **1,051.13** |
|  | **Matter Total** | | **$** | **1,051.13** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

December 31, 2024
Invoice No.    1360139-003

Re:  TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:              H7356-2041

| | | |
|---|---|---:|
| Previous Balance | | 915.20 |
| Payments received through 01/03/25 | | .00 |
| Previous Balance Remaining | | 915.20 |
| Current Disbursements Through 12/31/24 | | 897.76 |
| Invoice Total | $ | 897.76 |
| **Balance Due** | **$** | **1,812.96** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| 665.20 | .00 | 250.00 | 1,812.96 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | H7356-2041 | HOLOGENIX, LLC | | | 12/31/24 |
|---|---|---|---|---|---|
| RT | | TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | | 1360139-003 |
| | | | | | Page        1 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 9/30/24 | PATENT & TRADEMARK OFFICE FILING FEE SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 PROFESSIONAL FEES FOR PATENT | 614252 | | 897.76 |
| | **Total Disbursements** | | | **897.76** |
| | **Matter Total** | | **$** | **897.76** |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

January 31, 2025
Invoice No.    1368865

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

| | | |
|---|---|---:|
| Client No: | H7356 | |
| Previous Balance | | 84,216.85 |
| Payments received through 02/05/25 | | 2,500.00- |
| Previous Balance Remaining | | 81,716.85 |
| Invoice Total | $ | 5,931.60 |
| **Balance Due** | **$** | **87,648.45** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | .00 | 150.00 | 150.00 |
| H7356-2034 | AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 2,350.00 | 694.00 | 3,044.00 |
| H7356-2037 | KR CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 1,250.00 | 1,487.60 | 2,737.60 |
| | | 3,600.00 | 2,331.60 | 5,931.60 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 4,502.89 | 3,920.20 | 73,293.76 | 87,648.45 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

January 31, 2025

**HOLOGENIX, LLC**                                        Invoice No.    1368865-001
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:        MR. SETH CASDEN**
**             CHIEF EXECUTIVE OFFICER**

Re: US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:            H7356-2032

| | | |
|---|---:|---:|
| Previous Balance | | 18,544.00 |
| Payments received through 02/05/25 | | .00 |
| Previous Balance Remaining | | 18,544.00 |
| Current Disbursements Through 01/31/25 | | 150.00 |
| Invoice Total | $ | 150.00 |
| **Balance Due** | **$** | **18,694.00** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| 2,554.00 | 350.00 | 15,640.00 | 18,694.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2032**    **HOLOGENIX, LLC**                              **1/31/25**
**RT**                            **US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN**    **1368865-001**
                                                                                  **Page    1**

| Date | Description of Disbursement | CheckNo | Units | Amount |
|------|---------------------------|---------|-------|--------|
| 12/31/24 | PATENT & TRADEMARK OFFICE FILING FEE MAXVAL GROUP, INC. IDSS GENERATED | 615265 | | 150.00 |
| | **Total Disbursements** | | | **150.00** |
| | **Matter Total** | | **$** | **150.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

January 31, 2025

**HOLOGENIX, LLC**                                    Invoice No.    1368865-002
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
   **Attn:      MR. SETH CASDEN**
                **CHIEF EXECUTIVE OFFICER**


Re:  AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2034

| | | |
|---|---:|---:|
| Previous Balance | | 2,134.00 |
| Payments received through 02/05/25 | | 1,679.00- |
| Previous Balance Remaining | | 455.00 |
| Current Fees Through 01/31/25 | | 2,350.00 |
| Current Disbursements Through 01/31/25 | | 694.00 |
| Invoice Total | $ | 3,044.00 |
| **Balance Due** | **$** | **3,499.00** |


| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 455.00 | 3,499.00 |


*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2034**    **HOLOGENIX, LLC**    **1/31/25**
**RT**    **AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y**    **1368865-002**
    **Page    1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/17/25 | JA | DRAFT REPORTING LETTER. | 1.0 | 500.00 |
| 1/28/25 | JA | DRAFT INSTRUCTIONS TO FOREIGN ASSOCIATE. | 3.7 | 1,850.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|------|----------------------------|---------|-------|--------|
| 1/13/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 RECEIVING AND CONSIDERING EXAMINER'S REPORT, | 615369 | | 694.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|-------------------|-------|----------------|------|
| JARED AIZAD | 4.7 | 500.00 | 2,350.00 |
| **Total** | **4.7** | | **2,350.00** |

| | |
|---|---|
| **Total Fees** | **2,350.00** |
| **Total Disbursements** | **694.00** |
| **Matter Total** | **$    3,044.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

January 31, 2025
Invoice No.    1368865-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:        MR. SETH CASDEN**
            **CHIEF EXECUTIVE OFFICER**

Re:  KR CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2037

| | |
|---|---:|
| Previous Balance | 654.50 |
| Payments received through 02/05/25 | .00 |
| Previous Balance Remaining | 654.50 |
| Current Fees Through 01/31/25 | 1,250.00 |
| Current Disbursements Through 01/31/25 | 1,487.60 |
| Invoice Total | $    2,737.60 |
| **Balance Due** | **$    3,392.10** |

| Past Due Balances: | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | .00 | 654.50 | 3,392.10 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | H7356-2037 | HOLOGENIX, LLC | | 1/31/25 |
|---|---|---|---|---|
| RT | | KR CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | 1368865-003 |
| | | | | Page    1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 1/03/25 | JA | DRAFT INSTRUCTIONS TO FOREIGN ASSOCIATE. | .7 | 350.00 |
| 1/08/25 | JA | DRAFT REPORTING LETTER. | 1.0 | 500.00 |
| 1/21/25 | JA | DRAFT INSTRUCTIONS TO FOREIGN ASSOCIATE. | .8 | 400.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 1/24/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON FIRSTLAW P.C. (WIRE) (WIRE XFER TO S. KOREA) OFFICIAL FEE FOR FILING THE AMENDMENT - INV.# 25BUC903 {E290125} | | | 1,487.60 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | 2.5 | 500.00 | 1,250.00 |
| | Total | 2.5 | | 1,250.00 |

|  |  |
|---|---|
| **Total Fees** | **1,250.00** |
| **Total Disbursements** | **1,487.60** |
| **Matter Total** | **$    2,737.60** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

February 28, 2025
Invoice No.    1379653

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Client No:              H7356

| | |
|---|---:|
| Previous Balance | 87,648.45 |
| Payments received through 03/07/25 | 2,500.00- |
| Previous Balance Remaining | 85,148.45 |
| Invoice Total | $     4,312.51 |
| **Balance Due** | **$    89,460.96** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 900.00 | .00 | 900.00 |
| H7356-2034 | AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | .00 | 1,949.00 | 1,949.00 |
| H7356-2041 | TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 100.00 | 1,363.51 | 1,463.51 |
| | | 1,000.00 | 3,312.51 | 4,312.51 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 4,502.89 | .00 | 74,713.96 | 89,460.96 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

February 28, 2025
Invoice No.    1379653-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**        CHIEF EXECUTIVE OFFICER**

Re:  US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:          H7356-2032

| | | |
|---|---|---:|
| Previous Balance | | 18,694.00 |
| Payments received through 03/07/25 | | 800.00- |
| Previous Balance Remaining | | 17,894.00 |
| Current Fees Through 02/28/25 | | 900.00 |
| Invoice Total | $ | 900.00 |
| **Balance Due** | **$** | **18,794.00** |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | invoice |
| 2,554.00 | .00 | 15,190.00 | 18,794.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2032** **HOLOGENIX, LLC** **2/28/25**
**RT** **US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN** **1379653-001**
**Page 1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 2/11/25 | JA | ANALYZE OFFICE ACTION. | .2 | 100.00 |
| 2/14/25 | JA | ANALYZE OFFICE ACTION. | 1.3 | 650.00 |
| 2/20/25 | JA | DRAFT REPORTING LETTER. | .3 | 150.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|--|-------|----------------|------|
| JARED AIZAD | | 1.8 | 500.00 | 900.00 |
| | Total | 1.8 | | 900.00 |

**Total Fees** **900.00**

**Matter Total** **$ 900.00**

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

February 28, 2025
Invoice No.    1379653-002

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:** **MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2034

| | | |
|---|---|---|
| Previous Balance | | 3,499.00 |
| Payments received through 03/07/25 | | .00 |
| Previous Balance Remaining | | 3,499.00 |
| Current Disbursements Through 02/28/25 | | 1,949.00 |
| Invoice Total | $ | 1,949.00 |
| **Balance Due** | **$** | **5,448.00** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---|
| 30 days | 60 days | 90 days | invoice |
| .00 | .00 | 455.00 | 5,448.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2034 | HOLOGENIX, LLC AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | | 2/28/25 1379653-002 Page    1 |
|---|---|---|---|---|---|
| **Date** | **Description of Disbursement** | | **CheckNo** | **Units** | **Amount** |
| 1/31/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 PREPARING AND FILING RESPONSE TO EXAMINER'S REPORT | | 615886 | | 1,949.00 |

**Total Disbursements**                        1,949.00

**Matter Total**                    $    1,949.00

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

February 28, 2025
Invoice No.    1379653-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
          **CHIEF EXECUTIVE OFFICER**

Re:  TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2041

| | | |
|---|---|---:|
| Previous Balance | | 1,812.96 |
| Payments received through 03/07/25 | | .00 |
| Previous Balance Remaining | | 1,812.96 |
| Current Fees Through 02/28/25 | | 100.00 |
| Current Disbursements Through 02/28/25 | | 1,363.51 |
| Invoice Total | $ | 1,463.51 |
| **Balance Due** | **$** | **3,276.47** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 897.76 | .00 | 915.20 | 3,276.47 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number RT**    **H7356-2041**    **HOLOGENIX, LLC**
**TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y**

**2/28/25**
**1379653-003**
**Page   1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 2/21/25 | JA | DRAFT RESPONSE TO FOREIGN ASSOCIATE. | .2 | 100.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 1/31/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 PREPARING FORMAL DOCUMENTS AND LODGING A RESPONSE | 615886 | | 1,363.51 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | .2 | 500.00 | 100.00 |
| **Total** | **.2** | | **100.00** |

| | |
|---|---|
| **Total Fees** | **100.00** |
| **Total Disbursements** | **1,363.51** |
| **Matter Total** | **$   1,463.51** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

March 31, 2025
Invoice No.    1390332

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Client No:              H7356

| | |
|---|---:|
| Previous Balance | 89,460.96 |
| Payments received through 04/10/25 | 2,500.00- |
| Previous Balance Remaining | 86,960.96 |
| Invoice Total | $      1,786.65 |
| **Balance Due** | **$      88,747.61** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-2022 | CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | 400.00 | .00 | 400.00 |
| H7356-2034 | AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 250.00 | 607.00 | 857.00 |
| H7356-2041 | TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | .00 | 529.65 | 529.65 |
| | | 650.00 | 1,136.65 | 1,786.65 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| 10,244.11 | .00 | 76,716.85 | 88,747.61 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

March 31, 2025
Invoice No.    1390332-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN
Our File No:              H7356-2022

| | |
|---|---:|
| Previous Balance | 2,414.00 |
| Payments received through 04/10/25 | 814.00- |
| Previous Balance Remaining | 1,600.00 |
| Current Fees Through 03/31/25 | 400.00 |
| Invoice Total | $    400.00 |
| **Balance Due** | **$    2,000.00** |

Client Trust Balance          5,000.00

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 1,600.00 | 2,000.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2022 | HOLOGENIX, LLC CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | 3/31/25 1390332-001 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/26/25 | JA | REVIEW IDS. | .8 | 400.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | .8 | 500.00 | 400.00 |
| | Total | .8 | | 400.00 |

| | | |
|---|---|---|
| **Total Fees** | | **400.00** |
| **Matter Total** | $ | **400.00** |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

March 31, 2025
Invoice No.   1390332-002

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:   MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:              H7356-2034

| | | |
|---|---|---:|
| Previous Balance | | 5,448.00 |
| Payments received through 04/10/25 | | .00 |
| Previous Balance Remaining | | 5,448.00 |
| Current Fees Through 03/31/25 | | 250.00 |
| Current Disbursements Through 03/31/25 | | 607.00 |
| Invoice Total | $ | 857.00 |
| **Balance Due** | **$** | **6,305.00** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 4,993.00 | .00 | 455.00 | 6,305.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2034 | HOLOGENIX, LLC AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | 3/31/25 1390332-002 Page 1 |
|---|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/07/25 | JA | ANALYZE OFFICE ACTION. | .5 | 250.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 3/06/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 RECEIVING AND CONSIDERING EXAMINER'S REPORT, ENTERING DEADLINE(S) INTO OUR POLICING RECORDS, FORWARDING REPORT WITH OUR COMMENTS | 616424 | | 607.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | .5 | 500.00 | 250.00 |
| Total | .5 | | 250.00 |

| | |
|---|---|
| Total Fees | 250.00 |
| Total Disbursements | 607.00 |
| Matter Total | $    857.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

March 31, 2025
Invoice No.    1390332-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2041

| | | |
|---|---|---:|
| Previous Balance | | 3,276.47 |
| Payments received through 04/10/25 | | 565.20- |
| Previous Balance Remaining | | 2,711.27 |
| Current Disbursements Through 03/31/25 | | 529.65 |
| Invoice Total | $ | 529.65 |
| **Balance Due** | **$** | **3,240.92** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| 1,463.51 | .00 | 1,247.76 | 3,240.92 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number<br>RT | H7356-2041 | HOLOGENIX, LLC<br>TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | 3/31/25<br>1390332-003<br>Page    1 |
|---|---|---|---|---|

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 2/17/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 REPORTING NOTICE TO PAY PUBLICATION FEE AND MONITORING THE DEADLINE TO PAY THE PUBLICATION FEE | 616245 | | 145.00 |
| 3/19/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON SPRUSON & FERGUSON PTY LIMITED LOCKBOX NUMBER 10878 REQUESTING PUBLICATION | 616707 | | 384.65 |

|  | **Total Disbursements** | | | **529.65** |
|---|---|---|---|---|
|  | **Matter Total** | | **$** | **529.65** |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

April 30, 2025

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**          CHIEF EXECUTIVE OFFICER**

Invoice No.     1395748

| | |
|---|---:|
| Client No:                H7356 | |
| Previous Balance | 88,747.61 |
| Payments received through 05/02/25 | 2,500.00- |
| Previous Balance Remaining | 86,247.61 |
| Invoice Total                                                                    $ | 3,750.00 |
| **Balance Due**                                                                  $ | **89,997.61** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-2022 | CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | 500.00 | 500.00 | 1,000.00 |
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 2,750.00 | .00 | 2,750.00 |
| | | 3,250.00 | 500.00 | 3,750.00 |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 1,786.65 | 9,742.47 | 74,718.49 | 89,997.61 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

April 30, 2025
Invoice No.    1395748-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:     MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN
Our File No:              H7356-2022

| | | |
|---|---|---|
| Previous Balance | | 2,000.00 |
| Payments received through 05/02/25 | | .00 |
| Previous Balance Remaining | | 2,000.00 |
| Current Fees Through 04/30/25 | | 500.00 |
| Current Disbursements Through 04/30/25 | | 500.00 |
| Invoice Total | $ | 1,000.00 |
| **Balance Due** | **$** | **3,000.00** |

Client Trust Balance          5,000.00

| Past Due Balances: | | | Total Due including this |
|---|---|---|---|
| 30 days | 60 days | 90 days | invoice |
| 400.00 | .00 | 1,600.00 | 3,000.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2022 | HOLOGENIX, LLC CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | 4/30/25 1395748-001 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 4/22/25 | JA | REVIEW IDS REFERENCES AND SPECIFICATION. | 1.0 | 500.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 4/28/25 | PATENT & TRADEMARK OFFICE FILING FEE PATENT AND TRADEMARK OFFICE FILING AN INFORMATION DISCLOSURE STATEMENT THAT CAUSES THE CUMULATIVE NUMBER OF APPLICANT-PROVIDED ITEMS OF INFORMATION TO EXCEED 100 BUT NOT EXCEED 200 | | | 500.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | 1.0 | 500.00 | 500.00 |
| **Total** | **1.0** | | **500.00** |

| | |
|---|---|
| **Total Fees** | **500.00** |
| **Total Disbursements** | **500.00** |
| **Matter Total** | **$ 1,000.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

April 30, 2025
Invoice No.    1395748-002

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re: US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:        H7356-2032

| | |
|---|---:|
| Previous Balance | 18,794.00 |
| Payments received through 05/02/25 | 254.00- |
| Previous Balance Remaining | 18,540.00 |
| Current Fees Through 04/30/25 | 2,750.00 |
| Invoice Total $ | 2,750.00 |
| **Balance Due $** | **21,290.00** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 900.00 | 17,640.00 | 21,290.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2032**    **HOLOGENIX, LLC**    **4/30/25**
**RT**                          **US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN**    **1395748-002**
                                                                                          **Page    1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/14/25 | JA | ANALYZE OFFICE ACTION AND DISCUSS OFFICE ACTION WITH INVENTOR. | 1.5 | 750.00 |
| 4/21/25 | JA | BEGIN DRAFTING DECLARATION FOR OFFICE ACTION RESPONSE. | 1.0 | 500.00 |
| 4/22/25 | JA | CONTINUE DRAFTING DECLARATION FOR OFFICE ACTION RESPONSE. | 1.5 | 750.00 |
| 4/23/25 | JA | CONTINUE DRAFTING OFFICE ACTION RESPONSE. | 1.5 | 750.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|--|-------|----------------|------|
| JARED AIZAD | | 5.5 | 500.00 | 2,750.00 |
| | Total | 5.5 | | 2,750.00 |

**Total Fees**    **2,750.00**

**Matter Total**    **$    2,750.00**



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

May 31, 2025
Invoice No.    1412619

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:       MR. SETH CASDEN**
           **CHIEF EXECUTIVE OFFICER**

Client No:              H7356

| | |
|---|---:|
| Previous Balance | 89,997.61 |
| Payments received through 06/20/25 | 5,000.00- |
| Previous Balance Remaining | 84,997.61 |
| Invoice Total | $      13,273.14 |
| **Balance Due** | **$      98,270.75** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-1 | GENERAL IP | 1,000.00 | .00 | 1,000.00 |
| H7356-2004 | EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158 | 750.00 | .00 | 750.00 |
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 2,650.00 | 1,144.00 | 3,794.00 |
| H7356-2033 | EP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 2,250.00 | 953.81 | 3,203.81 |
| H7356-2034 | AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 1,750.00 | .00 | 1,750.00 |
| H7356-2038 | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 2,250.00 | 525.33 | 2,775.33 |
| | | 10,650.00 | 2,623.14 | 13,273.14 |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| 3,750.00 | 1,786.65 | 79,460.96 | 98,270.75 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

May 31, 2025

**HOLOGENIX, LLC**                                             Invoice No.    1412619-001
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**    **MR. SETH CASDEN**
           **CHIEF EXECUTIVE OFFICER**

Re:  GENERAL IP
Our File No:             H7356-1

| | |
|---|---:|
| Previous Balance | 13,042.99 |
| Payments received through 06/20/25 | .00 |
| Previous Balance Remaining | 13,042.99 |
| Current Fees Through 05/31/25 | 1,000.00 |
| Invoice Total | $    1,000.00 |
| **Balance Due** | **$    14,042.99** |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | invoice |
| .00 | .00 | 13,042.99 | 14,042.99 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** H7356-1    **HOLOGENIX, LLC**    **5/31/25**
**RT**    **GENERAL IP**    1412619-001
    Page    1

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 5/02/25 | JA | REVIEW PATENT PORTFOLIO. | 2.0 | 1,000.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|---|-------|----------------|------|
| JARED AIZAD | | 2.0 | 500.00 | 1,000.00 |
| | **Total** | **2.0** | | **1,000.00** |

**Total Fees** 1,000.00

**Matter Total** $ **1,000.00**



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

HOLOGENIX, LLC
17383 SUNSET BLVD, STE A420
PACIFIC PALISADES, CA 90272
SETH@CELLIANT.COM
AP@CELLIANT.COM

May 31, 2025
Invoice No.    1412619-002

Attn:    MR. SETH CASDEN
         CHIEF EXECUTIVE OFFICER

Re:  EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158
Our File No:          H7356-2004

Your No.:              APP NO. 15844141.0

| | | |
|---|---:|---:|
| Previous Balance | | 981.99 |
| Payments received through 06/20/25 | | 231.99- |
| Previous Balance Remaining | | 750.00 |
| Current Fees Through 05/31/25 | | 750.00 |
| Invoice Total | $ | 750.00 |
| **Balance Due** | **$** | **1,500.00** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 750.00 | 1,500.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File**     **H7356-2004**     **HOLOGENIX, LLC**                               **5/31/25**
**Number**                **EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158**     **1412619-002**
**RT**                                                                   **Page**     **1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/07/25 | JA | DRAFT REPORTING LETTER IN RELATION TO NOTICE TO GRANT. | 1.5 | 750.00 |

|  |  |  | | Effective | |
|--|--|--|--|-----------|--|
| **Recap of Services** | | | **Hours** | **Rate** | **Fees** |
| JARED AIZAD | | | 1.5 | 500.00 | 750.00 |
|  | | **Total** | **1.5** | | **750.00** |

**Total Fees**                          **750.00**

**Matter Total**                **$**      **750.00**

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

May 31, 2025
Invoice No.    1412619-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:     MR. SETH CASDEN**
          **CHIEF EXECUTIVE OFFICER**

Re:  US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:            H7356-2032

| | | |
|---|---|---|
| Previous Balance | | 21,290.00 |
| Payments received through 06/20/25 | | .00 |
| Previous Balance Remaining | | 21,290.00 |
| Current Fees Through 05/31/25 | | 2,650.00 |
| Current Disbursements Through 05/31/25 | | 1,144.00 |
| Invoice Total | $ | 3,794.00 |
| **Balance Due** | **$** | **25,084.00** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| 2,750.00 | .00 | 18,540.00 | 25,084.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2032 | **HOLOGENIX, LLC**<br>**US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN** | 5/31/25<br>1412619-003<br>Page    1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 5/09/25 | JA | CONTINUE DRAFTING OFFICE ACTION RESPONSE. | 2.0 | 1,000.00 |
| 5/11/25 | JA | DRAFT DECLARATION. | 1.0 | 500.00 |
| 5/12/25 | JA | CONTINUE DRAFTING OFFICE ACTION RESPONSE. DRAFT DECLARATION.<br>PREPARE OFFICE ACTION RESPONSE FOR FILING. | 2.3 | 1,150.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 5/15/25 | PATENT & TRADEMARK OFFICE FILING FEE PATENT AND<br>TRADEMARK OFFICE REQUEST FOR CONTINUED EXAMINATION<br>(RCE)- 2ND AND SUBSEQUENT REQUEST (SEE 37 CFR 1.114) | | | 1,144.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | 5.3 | 500.00 | 2,650.00 |
| **Total** | **5.3** | | **2,650.00** |

| | |
|---|---|
| **Total Fees** | **2,650.00** |
| **Total Disbursements** | **1,144.00** |
| **Matter Total** | **$    3,794.00** |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

May 31, 2025
Invoice No.    1412619-004

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  EP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:                H7356-2033

| | | |
|---|---|---:|
| Previous Balance | | 5,522.71 |
| Payments received through 06/20/25 | | 3,464.71- |
| Previous Balance Remaining | | 2,058.00 |
| Current Fees Through 05/31/25 | | 2,250.00 |
| Current Disbursements Through 05/31/25 | | 953.81 |
| Invoice Total | $ | 3,203.81 |
| **Balance Due** | **$** | **5,261.81** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 2,058.00 | 5,261.81 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2033 | HOLOGENIX, LLC EP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 5/31/25 1412619-004 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 5/07/25 | JA | DRAFT REPORTING LETTER IN RELATION TO EXAMINATION REPORT. | 1.5 | 750.00 |
| 5/30/25 | JA | DRAFT RESPONSE INSTRUCTIONS. | 3.0 | 1,500.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 4/30/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON FORRESTERS (WIRE TRANSFER TO U.K) EUROPEAN PATENT APPLICATION NO. 20741607.4 REGIONAL PHASE OF PCT - INV.# BBO/5939167 {E050525} | | | 953.81 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | 4.5 | 500.00 | 2,250.00 |
| **Total** | **4.5** | | **2,250.00** |

| | |
|---|---|
| **Total Fees** | **2,250.00** |
| **Total Disbursements** | **953.81** |
| **Matter Total** | **$    3,203.81** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

May 31, 2025
**HOLOGENIX, LLC**                                          Invoice No.    1412619-005
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
            **CHIEF EXECUTIVE OFFICER**

Re:  AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2034

| | | |
|---|---|---:|
| Previous Balance | | 6,305.00 |
| Payments received through 06/20/25 | | 2,643.00- |
| Previous Balance Remaining | | 3,662.00 |
| Current Fees Through 05/31/25 | | 1,750.00 |
| Invoice Total | $ | 1,750.00 |
| **Balance Due** | **$** | **5,412.00** |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | 857.00 | 2,805.00 | 5,412.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2034**    **HOLOGENIX, LLC**    **5/31/25**
**RT**    AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y    1412619-005
    **Page    1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/29/25 | JA | CONTINUE DRAFTING OFFICE ACTION RESPONSE. | .5 | 250.00 |
| 5/30/25 | JA | CONTINUE DRAFTING OFFICE ACTION RESPONSE. | 1.0 | 500.00 |
| 5/30/25 | JA | CONTINUE DRAFTING OFFICE ACTION RESPONSE. | 2.0 | 1,000.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|---|-------|----------------|------|
| JARED AIZAD | | 3.5 | 500.00 | 1,750.00 |
| | **Total** | **3.5** | | **1,750.00** |

**Total Fees**    **1,750.00**

**Matter Total**    **$    1,750.00**



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

May 31, 2025
Invoice No.    1412619-006

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**


Re:  JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:              H7356-2038

| | | |
|---|---|---:|
| Previous Balance | | 5,837.91 |
| Payments received through 06/20/25 | | 2,095.41- |
| Previous Balance Remaining | | 3,742.50 |
| Current Fees Through 05/31/25 | | 2,250.00 |
| Current Disbursements Through 05/31/25 | | 525.33 |
| Invoice Total | $ | 2,775.33 |
| **Balance Due** | **$** | **6,517.83** |


| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 3,742.50 | 6,517.83 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2038 | HOLOGENIX, LLC | 5/31/25 |
|---|---|---|---|
| | | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 1412619-006 |
| | | | Page    1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 5/07/25 | JA | DRAFT REPORTING LETTER IN RELATION TO OFFICE ACTION. | 1.5 | 750.00 |
| 5/30/25 | JA | DRAFT OFFICE ACTION RESPONSE. | 3.0 | 1,500.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| 5/01/25 | FOREIGN ASSOCIATE PATENT OR TRADEMARK ON KAWAGUTI & PARTNERS (WIRE XFER TO JAPAN) TRANSLATION FEE FOR OFFICE ACTION - INV.# 251515 {E300425} | | | 525.33 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | 4.5 | 500.00 | 2,250.00 |
| Total | 4.5 | | 2,250.00 |

| | |
|---|---|
| Total Fees | 2,250.00 |
| Total Disbursements | 525.33 |
| Matter Total | $    2,775.33 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**      **MR. SETH CASDEN**
            **CHIEF EXECUTIVE OFFICER**

Client No:            H7356

| | |
|---|---:|
| Previous Balance | 98,270.75 |
| Payments received through 08/12/25 | 2,500.00- |
| Previous Balance Remaining | 95,770.75 |
| Invoice Total | $    10,900.00 |
| **Balance Due** | **$    106,670.75** |

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| H7356-2000 | GENERAL PATENT | 250.00 | .00 | 250.00 |
| H7356-2002 | CA ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE (29 | 25.00 | .00 | 25.00 |
| H7356-2004 | EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158 | 250.00 | .00 | 250.00 |
| H7356-2022 | CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROW IN | 5,600.00 | .00 | 5,600.00 |
| H7356-2032 | US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 475.00 | .00 | 475.00 |
| H7356-2034 | AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 3,000.00 | .00 | 3,000.00 |
| H7356-2038 | JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 50.00 | .00 | 50.00 |
| H7356-2040 | VN CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 1,175.00 | .00 | 1,175.00 |
| H7356-2041 | TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 75.00 | .00 | 75.00 |
| | | 10,900.00 | .00 | 10,900.00 |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 12,552.26 | 83,218.49 | 106,670.75 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-001

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**    **MR. SETH CASDEN**
            **CHIEF EXECUTIVE OFFICER**

Re: GENERAL PATENT
Our File No:            H7356-2000

| | |
|---|---:|
| Previous Balance | 7,427.50 |
| Payments received through 08/12/25 | .00 |
| Previous Balance Remaining | 7,427.50 |
| Current Fees Through 07/31/25 | 250.00 |
| Invoice Total | $    250.00 |
| **Balance Due** | **$    7,677.50** |

| | | | Total Due including this |
|---|---|---|---|
| **Past Due Balances:** | | | invoice |
| 30 days | 60 days | 90 days | |
| .00 | .00 | 7,427.50 | 7,677.50 |

***BALANCES ARE DUE AND PAYABLE UPON PRESENTATION***
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2000 | HOLOGENIX, LLC GENERAL PATENT | 7/31/25 1428822-001 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 6/30/25 | JA | LEGAL RESEARCH ON MARKING ISSUE. SEND EMAIL TO CLIENT. | .5 | 250.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | .5 | 500.00 | 250.00 |
| | **Total** | **.5** | | **250.00** |

| | | |
|---|---|---|
| **Total Fees** | | **250.00** |
| **Matter Total** | **$** | **250.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-002

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  CA ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE (29
Our File No:        H7356-2002

Your No.:            CANADA APP NO. 2962342

| | | |
|---|---|---:|
| Previous Balance | | 1,111.00 |
| Payments received through 08/12/25 | | .00 |
| Previous Balance Remaining | | 1,111.00 |
| Current Fees Through 07/31/25 | | 25.00 |
| Invoice Total | $ | 25.00 |
| **Balance Due** | **$** | **1,136.00** |

Client Trust Balance        1,000.00

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 1,111.00 | 1,136.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **H7356-2002**  **HOLOGENIX, LLC** **7/31/25**
**RT** **CA ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE (29** **1428822-002**
**Page        1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/19/25 | DR | REPORT OFFICE ACTION TO THE CLIENT | .1 | 25.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|--|-------|----------------|------|
| DANIELLE REID | | .1 | 250.00 | 25.00 |
| | **Total** | **.1** | | **25.00** |

**Total Fees** **25.00**

**Matter Total** **$** **25.00**

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-003

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:    MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158
Our File No:              H7356-2004

Your No.:                APP NO. 15844141.0

| | |
|---|---:|
| Previous Balance | 1,500.00 |
| Payments received through 08/12/25 | .00 |
| Previous Balance Remaining | 1,500.00 |
| Current Fees Through 07/31/25 | 250.00 |
| Invoice Total | $    250.00 |
| **Balance Due** | **$    1,750.00** |

| Past Due Balances: | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 750.00 | 750.00 | 1,750.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number**    **H7356-2004**    **HOLOGENIX, LLC**         **7/31/25**
**RT**                    **EP ACTIVE POLYMER MATERIAL FOR AGRICULTURE USE(158**    **1428822-003**
                                                         **Page**      **1**

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/12/25 | JA | REVIEW ALLOWANCE. DISCUSS ALLOWANCE WITH CLIENT. | .5 | 250.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|-------------------|--|-------|----------------|------|
| JARED AIZAD | | .5 | 500.00 | 250.00 |
| | **Total** | **.5** | | **250.00** |

| | | |
|--|--|--|
| **Total Fees** | | **250.00** |
| **Matter Total** | **$** | **250.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-004

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**    **MR. SETH CASDEN**
**CHIEF EXECUTIVE OFFICER**

Re:  CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN
Our File No:              H7356-2022

| | | |
|---|---|---:|
| Previous Balance | | 3,000.00 |
| Payments received through 08/12/25 | | 500.00- |
| Previous Balance Remaining | | 2,500.00 |
| Current Fees Through 07/31/25 | | 5,600.00 |
| Invoice Total | $ | 5,600.00 |
| **Balance Due** | **$** | **8,100.00** |

Client Trust Balance              5,000.00

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 2,500.00 | 8,100.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2022 | HOLOGENIX, LLC<br>CON KIT HAVING ACTIVE POLYMER MATERIALS FOR GROWIN | 7/31/25<br>1428822-004<br>Page    1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 6/13/25 | JA | ANALYZE OFFICE ACTION AND PENDING CLAIMS. | .5 | 250.00 |
| 6/17/25 | DR | REVIEW OFFICE ACTION, PREPARE DRAFT REPORTING EMAIL TO THE CLIENT | .2 | 50.00 |
| 6/18/25 | JA | ANALYZE OFFICE ACTION AND PENDING CLAIMS. DRAFT RECOMMENDATION. | 1.0 | 500.00 |
| 6/24/25 | JA | ANALYZE OFFICE ACTION. | .2 | 100.00 |
| 7/02/25 | JA | DRAFT AGENDA FOR EXAMINER INTERVIEW. | 1.5 | 750.00 |
| 7/02/25 | JA | REVIEW CITED REFERENCES IN PREPARATION FOR EXAMINER INTERVIEW. | 1.0 | 500.00 |
| 7/03/25 | JA | CONDUCT EXAMINER INTERVIEW. | 2.0 | 1,000.00 |
| 7/10/25 | JA | REVIEW CITED REFERENCES. | 1.0 | 500.00 |
| 7/14/25 | JA | BEGIN DRAFTING RESPONSE. | .5 | 250.00 |
| 7/15/25 | JA | CONTINUE DRAFTING RESPONSE. | 1.5 | 750.00 |
| 7/15/25 | DR | PREPARE OFFICE ACTION RESPONSE | .5 | 125.00 |
| 7/30/25 | JA | DRAFT OFFICE ACTION RESPONSE. | 1.5 | 750.00 |
| 7/31/25 | DR | UPLOAD NON-FINAL OFFICE ACTION RESPONSE, FILE AND REPORT TO CLIENT | .3 | 75.00 |

| Recap of Services | | Hours | Effective<br>Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | 10.7 | 500.00 | 5,350.00 |
| DANIELLE REID | | 1.0 | 250.00 | 250.00 |
| | Total | 11.7 | | 5,600.00 |

| | | |
|---|---|---|
| Total Fees | | 5,600.00 |
| Matter Total | $ | 5,600.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-005

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**     **MR. SETH CASDEN**
          **CHIEF EXECUTIVE OFFICER**

Re:  US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN
Our File No:          H7356-2032

| | | |
|---|---|---:|
| Previous Balance | | 25,084.00 |
| Payments received through 08/12/25 | | 720.88- |
| Previous Balance Remaining | | 24,363.12 |
| Current Fees Through 07/31/25 | | 475.00 |
| Invoice Total | $ | 475.00 |
| **Balance Due** | **$** | **24,838.12** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 3,073.12 | 21,290.00 | 24,838.12 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2032 | HOLOGENIX, LLC US CELLULOSE & SEMI-CELLULOSE BASED FIBERS & YARN | 7/31/25 1428822-005 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 6/17/25 | JA | REVIEW IDS. | .5 | 250.00 |
| 6/17/25 | DR | REVIEW OF PRIOR ART; PREPARE INFORMATION DISCLOSURE STATEMENT; UPLOAD AND PREPARE DRAFT REPORTING EMAIL TO THE CLIENT; FILE AND REPORT TO CLIENT | .9 | 225.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JARED AIZAD | .5 | 500.00 | 250.00 |
| DANIELLE REID | .9 | 250.00 | 225.00 |
| **Total** | **1.4** | | **475.00** |

| | |
|---|---|
| **Total Fees** | **475.00** |
| **Matter Total** | **$ 475.00** |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-006

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**    **MR. SETH CASDEN**
       **CHIEF EXECUTIVE OFFICER**

Re:  AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:        H7356-2034

| | | |
|---|---|---:|
| Previous Balance | | 5,412.00 |
| Payments received through 08/12/25 | | 607.00- |
| Previous Balance Remaining | | 4,805.00 |
| Current Fees Through 07/31/25 | | 3,000.00 |
| Invoice Total | $ | 3,000.00 |
| **Balance Due** | **$** | **7,805.00** |

| **Past Due Balances:** | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 1,750.00 | 3,055.00 | 7,805.00 |

***BALANCES ARE DUE AND PAYABLE UPON PRESENTATION***
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** H7356-2034 **HOLOGENIX, LLC**
**RT** AU CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y

**7/31/25**
1428822-006
**Page** 1

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 6/16/25 | JA | ANALYZE OFFICE ACTION. | .5 | 250.00 |
| 7/03/25 | JA | ANALYZE OFFICE ACTION. RESEARCH AUSTRALIAN LAW. | 1.0 | 500.00 |
| 7/07/25 | JA | DRAFT REPORTING EMAIL. | .5 | 250.00 |
| 7/07/25 | DR | REVIEW AND DOCUMENT EXAMINATION REPORT, PREPARE DRAFT REPORTING EMAIL TO THE CLIENT | .3 | 75.00 |
| 7/10/25 | JA | ANALYZE OFFICE ACTION AND CITED REFERENCES. | 2.0 | 1,000.00 |
| 7/10/25 | DR | REPORT OFFICE ACTION TO THE CLIENT | .1 | 25.00 |
| 7/11/25 | JA | DRAFT RECOMMENDATION FOR RESPONSE. | .6 | 300.00 |
| 7/11/25 | DR | PREPARE DRAFT EMAIL TO FOREIGN COUNSEL REGARDING EXAMINATION REPORT RESPONSE | .1 | 25.00 |
| 7/14/25 | JA | DRAFT RESPONSE INSTRUCTIONS. SEND RESPONSE INSTRUCTIONS TO FOREIGN ASSOCIATE. | 1.0 | 500.00 |
| 7/14/25 | DR | SEND INSTRUCTIONS TO FOREIGN COUNSEL REGARDING UPCOMING RESPONSE DEADLINE | .1 | 25.00 |
| 7/23/25 | DR | REVIEW AND DOCUMENT EXAMINATION REPORT RESPONSE, REPORT TO CLIENT | .2 | 50.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|-------------------|-------|----------------|------|
| JARED AIZAD | 5.6 | 500.00 | 2,800.00 |
| DANIELLE REID | .8 | 250.00 | 200.00 |
| **Total** | **6.4** | | **3,000.00** |

| | |
|--|--|
| **Total Fees** | **3,000.00** |
| **Matter Total** | **$ 3,000.00** |

***BALANCES ARE DUE AND PAYABLE UPON PRESENTATION***
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-007

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:      MR. SETH CASDEN**
**            CHIEF EXECUTIVE OFFICER**

Re:  JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2038

| | | |
|---|---|---:|
| Previous Balance | | 6,517.83 |
| Payments received through 08/12/25 | | .00 |
| Previous Balance Remaining | | 6,517.83 |
| Current Fees Through 07/31/25 | | 50.00 |
| Invoice Total | $ | 50.00 |
| **Balance Due** | **$** | **6,567.83** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | 2,775.33 | 3,742.50 | 6,567.83 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2038 | HOLOGENIX, LLC JP CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | 7/31/25 1428822-007 Page 1 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 7/08/25 | DR | REVIEW OFFICE ACTION RESPONSE FILING, REPORT TO CLIENT | .2 | 50.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| DANIELLE REID | | .2 | 250.00 | 50.00 |
| | **Total** | **.2** | | **50.00** |

| | | |
|---|---|---|
| **Total Fees** | | **50.00** |
| **Matter Total** | **$** | **50.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-008

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:**    **MR. SETH CASDEN**
           **CHIEF EXECUTIVE OFFICER**

Re:  VN CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:            H7356-2040

| | | |
|---|---|---:|
| Previous Balance | | 1,071.00 |
| Payments received through 08/12/25 | | .00 |
| Previous Balance Remaining | | 1,071.00 |
| Current Fees Through 07/31/25 | | 1,175.00 |
| Invoice Total | $ | 1,175.00 |
| **Balance Due** | **$** | **2,246.00** |

| **Past Due Balances:** | | | Total Due including this |
|---|---|---|---:|
| 30 days | 60 days | 90 days | invoice |
| .00 | .00 | 1,071.00 | 2,246.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | H7356-2040 | HOLOGENIX, LLC | | 7/31/25 |
|---|---|---|---|---|
| RT | | VN CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | 1428822-008 |
| | | | | Page      1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 6/26/25 | DR | REVIEW AND DOCUMENT OFFICE ACTION, PREPARE DRAFT REPORTING EMAIL TO THE CLIENT | .3 | 75.00 |
| 6/27/25 | JA | ANALYZE OFFICE ACTION. | .5 | 250.00 |
| 7/07/25 | JA | DRAFT REPORTING EMAIL. | .6 | 300.00 |
| 7/07/25 | DR | SEND OFFICE ACTION REPORTING EMAIL TO THE CLIENT | .1 | 25.00 |
| 7/14/25 | JA | DRAFT RESPONSE INSTRUCTIONS. SEND RESPONSE INSTRUCTIONS TO FOREIGN ASSOCIATE. | 1.0 | 500.00 |
| 7/14/25 | DR | SEND INSTRUCTIONS TO FOREIGN COUNSEL REGARDING UPCOMING RESPONSE DEADLINE | .1 | 25.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| JARED AIZAD | | 2.1 | 500.00 | 1,050.00 |
| DANIELLE REID | | .5 | 250.00 | 125.00 |
| | Total | 2.6 | | 1,175.00 |

| | | |
|---|---|---|
| **Total Fees** | | **1,175.00** |
| **Matter Total** | $ | **1,175.00** |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

July 31, 2025
Invoice No.    1428822-009

**HOLOGENIX, LLC**
**17383 SUNSET BLVD, STE A420**
**PACIFIC PALISADES, CA 90272**
**SETH@CELLIANT.COM**
**AP@CELLIANT.COM**
**Attn:       MR. SETH CASDEN**
**            CHIEF EXECUTIVE OFFICER**

Re:  TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y
Our File No:           H7356-2041

| | | |
|---|---|---:|
| Previous Balance | | 3,240.92 |
| Payments received through 08/12/25 | | 2,790.92- |
| Previous Balance Remaining | | 450.00 |
| Current Fees Through 07/31/25 | | 75.00 |
| Invoice Total | $ | 75.00 |
| **Balance Due** | **$** | **525.00** |

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---:|
| 30 days | 60 days | 90 days | |
| .00 | .00 | 450.00 | 525.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number RT | H7356-2041 | HOLOGENIX, LLC TH CELLULOSE AND SEMI-CELLULOSE BASED FIBERS AND Y | | 7/31/25 1428822-009 Page    1 |
|---|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 6/17/25 | DR | REVIEW AND DOCUMENT PUBLICATION, PREPARE DRAFT REPORTING EMAIL TO THE CLIENT AND SEND | .3 | 75.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| DANIELLE REID | .3 | 250.00 | 75.00 |
| **Total** | **.3** | | **75.00** |

| | | |
|---|---|---|
| **Total Fees** | | **75.00** |
| **Matter Total** | **$** | **75.00** |

# EXHIBIT "2"

**Buchalter**

# Jared Aizad | Special Counsel



Salt Lake City

P (801) 401-8597
E jaizad@buchalter.com

Bar Admissions:
U.S. Patent and Trademark
Office, Utah, California
New York

**Areas of Practice**

Intellectual Property Litigation
Intellectual Property Law
Patent Law

**Industry Specialties**

Technology
Health Care/Life Sciences

Jared Aizad is a Special Counsel in the Firm's Salt Lake City office and a member of the Intellectual Property practice group. Mr. Aizad works on the litigation and prosecution of patents. In his legal practice, he has worked in a wide range of technical areas, including wireless technology, computer and internet technology, biotechnology, pharmaceuticals, chemicals, and medical devices. He has litigated patents in diverse venues, including California, New York, and Texas.

## Representative Matters

Chemical and Life Sciences:

- Conducted freedom-to-operate analysis for biotech and chemical companies.*

- Conducted diligence for a vision company, a pharmaceutical company, and a medical device company.*

- Prepared 50 patent applications for a biochemical company.*

- Prepared patent applications relating to nucleic acid sequencing and protein sequencing with therapeutic applications.*

- Prepared patent applications relating to polymers and hydrogels.*

- Prepared patent applications relating to waste recycling.*

- Prosecuted patent applications for an international conglomerate in the area of chemical manufacturing.*

**Buchalter**

## Jared Aizad | Special Counsel

Technology:

- Prepared an extensive patent application portfolio relating to wireless modems, internet of things, and media and content delivery for a Fortune 30 company.*

- Prepared patent applications in the areas of digital circuits, analog circuits, processors, computer memory, computer architecture, augmented reality/virtual reality for a Fortune 30 company.*

- Prepared artificial intelligence and machine learning patent applications.

- Prepared patent applications relating to coatings, film formation, and semiconductor manufacturing.*

Other Industries:

- Prepared patents in aerospace, automotive, autonomous vehicles, optical devices, and textiles.

*Represents experience from a previous law firm.*

### Education

Mr. Aizad earned his J.D. from the University of Pennsylvania. He received his M.S. in Electrical Engineering from Columbia University. He earned his B.A. in Philosophy and Sc.B. in Neuroscience from Brown University.

### Court Admissions

- United States Patent and Trademark Office

- Supreme Court of Utah

- United States District Court, District of Utah

Buchalter

# Dakota Pearce | Attorney



Los Angeles
Seattle

P (213) 891-5481
E dpearce@buchalter.com

Bar Admissions:
Washington, California

**Areas of Practice**

Insolvency & Financial Law Group

Dakota Pearce is an Attorney in Buchalter's Seattle office and a member of the Firm's Insolvency practice group. Prior to joining Buchalter, Mr. Pearce spent two years as a Law Clerk for the Honorable Deborah J. Saltzman in the United States Bankruptcy Court for the Central District of California.

## Education

Mr. Pearce earned his J.D. from Gonzaga University School of Law. He earned his BA from the University of Washington.



**Danielle Reid**

*Buchalter*

*Senior Paralegal*
Atlanta Office

dreid@buchalter.com
**T** (404) 832-7546
**C** (470) 898-6243

*Areas of Focus*
Intellectual Property

*Overview*
*Background*

Buchalter

*August 2024 – present*
- Senior paralegal
  - Preparation and submission of patent applications and prosecution documents.
  - Preparation and submission of trademark applications.
  - Direct communication with foreign counsel to file patent and trademark applications internationally.
  - Maintaining constant communication with the client with regard to the patent and trademark process, report annuity payment deadlines, and obtain signatures for filing documents.
  - Preparation and filing of PCT applications.



*August 2011 – August 2024*
- Paralegal
  - Preparation and submission of patent applications and prosecution documents.
  - Preparation and submission of trademark applications.
  - Direct communication with foreign counsel to file patent and trademark applications internationally.
  - Maintaining constant communication with the client with regard to the patent and trademark process, report annuity payment deadlines, and obtain signatures for filing documents.
  - Preparation and filing of PCT applications.
  - Maintain the internal electronic docketing system (Foundation IP)

© Copyright 2025 Buchalter, A Professional Corporation

*Education*
- The University of Georgia
  Bachelor of Science (B.S.), Political Science and Government
- The University of Georgia
  Paralegal Certification Program

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Seventh Application Of Buchalter, As Special Patent Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Jared Aizad, Esq. In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyg.com
- Ron Bender     rb@lnbyg.com
- Thomas E Butler     butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco     rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Theodore W Frank     frank@psmlawyers.com,
  knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey     bharvey@buchalter.com,
  docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)     gjones@sycr.com,
  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Tinho Mang     tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko     ron.maroko@usdoj.gov
- Juliet Y. Oh     jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay     ctp@lnbyg.com
- Yvonne Ramirez-Browning     yvonne@browninglawgroup.com,
  veronica@browninglawgroup.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato     gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth     jselth@yahoo.com,
  jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman     Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com

- Randye B Soref    rsoref@polsinelli.com,
  ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com,
  millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com,
  yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com,
  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL:**
On September 18, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 18, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| Date | Printed Name | Signature |