RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>        Debtor and Debtor in Possession. | ) Case No.: 2:20-bk-13849-BR<br>)<br>) Chapter 11 Case, Subchapter V<br>)<br>) **THIRD APPLICATION OF**<br>) **THEODORA ORINGHER PC, SPECIAL**<br>) **LITIGATION COUNSEL TO THE**<br>) **DEBTOR, FOR APPROVAL OF FEES**<br>) **AND REIMBURSEMENT OF**<br>) **EXPENSES; DECLARATION OF**<br>) **SCOTT K. BEHRENDT, ESQ. IN**<br>) **SUPPORT THEREOF**<br>)<br>) <u>Hearing</u>:<br>) Date:   October 14, 2025<br>) Time:   10:00 a.m.<br>) Place:  Courtroom 1668<br>)                255 East Temple Street<br>)                Los Angeles, CA 90012<br>)<br>)<br>)<br>)<br>) |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Theodora Oringher PC ("<u>TO</u>") as special litigation counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "<u>Debtor</u>"), hereby respectfully submits its third application for approval of fees and reimbursement of expenses (the "<u>Application</u>") for services rendered and expenses incurred during the pendency of the Debtor's bankruptcy case, from December 1, 2024 through July 31, 2025 (the "<u>Covered Period</u>").

**I.**

**<u>INTRODUCTORY STATEMENT</u>**

**A.    Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.**

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "<u>Bankruptcy Code</u>") on April 22, 2020 (the "<u>Petition Date</u>").  The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

**B.    Date Of Entry Of The Order Approving TO's Employment And Date Services Commenced.**

The Court entered an order approving TO's employment as special litigation counsel to the Debtor on August 27, 2021.  The Debtor's employment of TO as special litigation counsel was effective, and TO began providing services to the Debtor, on July 23, 2021.

The Court entered an additional order approving TO's employment as special litigation counsel to the Debtor and its CEO, Seth Casden, on December 23, 2024 (the "<u>2024 Employment Order</u>") concerning certain actions involving Multiple Energy Technologies LLC ("<u>MET</u>").[1]

---

[1]    Specifically, TO was employed as special counsel for the  Debtor in the matter of *Multiple Energy Technologies LLC v. Seth Casden* (the "<u>MET-Hologenix Action</u>"), pending in the United States District Court for the Central District of California (the "<u>District Court</u>"), Case No. 2:19-cv-01483-PA (RAOx).  The 2024 Employment Order also authorized the Debtor to pay a $30,000 retainer to TO, for: (1) representation of the Debtor in the MET-Hologenix Action and

2

1    The Debtor's employment of TO as special litigation counsel for such matters was effective on

2    December 1, 2024, and TO has been providing services to the Debtor.

3    **C.    Fees And Expenses Previously Requested By TO.**

4        On April 11, 2022, TO filed its first fee application, covering the period from July 23,

5    2021 through March 31, 2022, during which TO rendered 54.6 hours of service, resulting in fees

6    totaling $10,452.50, plus expenses of $4,145.40, for total fees and expenses of $14,597.50.  The

7    first fee application was heard and approved on May 3, 2022, with a written order entered by the

8    Court on May 18, 2022 (the "First Fee Order").

9        On November 7, 2022, TO filed its second fee application, covering the period from

10   April 1, 2022 through October 31, 2022, during which TO rendered 61.5 hours of service,

11   resulting in fees totaling $26,390.00.  The second fee application was heard and approved on

12   November 29, 2022, with a written order entered by the Court on November 30, 2022 (the

13   "Second Fee Order").

14   **D.    Summary Of Payments Made To TO.**

15       TO received a post-petition retainer from the Debtor in the sum of $1,912.50 (the

16   "Retainer").[2] Following the entry of the First Fee Order, TO applied the entire amount of the

17   Retainer against TO's allowed fees and expenses totaling $14,597.50, leaving a balance of

18   $12,685.00, which has been paid by the Debtor.

19       Following the entry of the Second Fee order, the sum of $26,390.00 was paid to TO by

20   the Debtor.

21       Additionally, as set forth in the fee applications that were filed in this case, Dermer

22   Behrendt ("DB"), special corporate counsel for the Debtor, has hired TO to aid DB in connection

23   ///

---

25   (2) continued representation of Mr. Casden, in the matter of *Multiple Energy Technologies LLC
     v. Seth Casden*, also pending in the District Court, Case No. 2:21-cv-01149-ODW (RAOx).

27   [2]    Pursuant to TO's approved employment application, the Debtor was authorized to pay
     TO a retainer in the amount of $10,000; however, the Debtor only ended up paying a retainer
     in the amount of $1,912.50, which was being maintained in TO's client trust account.

1    with advising DB on insurance legal issues involving the Debtor. DB directly pays TO's

2    invoices as DB is the client in that matter.

3    Also, in connection with the 2024 Employment Order, TO received a post-petition

4    payment from the Debtor in the sum of $30,000 (the "Additional Retainer").

5    **E.    Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

6    During the Covered Period, TO spent a total of 58.8 hours and incurred fees in the sum of

7    $25,785, and advanced expenses in the sum of $605, for total fees and expenses in the sum of

8    $26,390. Pursuant to this Application, TO is seeking: (i) approval and allowance of its fees and

9    expenses in the total sum of $26,390 incurred during the Covered Period, and (ii) authority to

10    apply the Additional Retainer in the amount of $30,000 to pay its allowed fees and expenses

11    totaling $26,390, and retain the balance of the Additional Retainer in its trust account.

12    **F.    Compliance With Local Bankruptcy Rule 2016-1(a).**

13    TO has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and

14    submits that this Application complies with such rule.

15    **G.    Proper Notice.**

16    TO is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy

17    Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor,

18    Levene, Neale, Bender, Yoo & Golubchik L.L.P., has or will serve notice of this Application and

19    the amount of fees and expenses sought herein upon the Office of the United States Trustee, the

20    Subchapter V Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties

21    who have requested special notice in the Debtor's bankruptcy case.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

# II.

## BACKGROUND OF DEBTOR'S CASE AND

## DESCRIPTION OF SERVICES RENDERED BY TO

**A.      Brief Narrative History And Report Concerning The Status Of Debtor's Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), TO respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYB in its fee application recently filed.

**B.      Brief Narrative Statement Of Services Rendered.**

Given the limited nature of the legal services provided by TO in connection with the Debtor's bankruptcy case, TO did not separate its time entries into different billing categories.

During the Covered Period, TO billed a total of 58.8 hours and incurred $25,785 of fees in connection with the following:

- Representation of Mr. Casden in connection with MET's motion for contempt against Mr. Casden for alleged violation of the Court's injunction, including meet and confer, preparation of opposition, and related matters, including additional claims of MET re Mr. Casden's alleged non-compliance with contempt order and additional violation of the injunction, and MET's request for additional relief against Mr. Casden;

- Representation of Mr. Casden in connection with post-trial motions, and District Court's orders re same, in the MET-Casden Matter (as defined in Dkt 305];

- Assistance of Mr. Casden's appellate court counsel in connection with potential appeals of District Court Orders/Judgment in the MET-Casden Matter, including in preparation for potential remand/new trial in the MET-Casden Matter; and

- Other post-trial matters in the MET-Casden Matter.

///

**C.    Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.**

TO respectfully submits that the fees incurred by TO in the Debtor's case (totaling $25,785) in the case are very reasonable.  Attached as **Exhibit "1"** to the Declaration of Scott K. Behrendt, Esq. annexed hereto (the "Behrendt Declaration") is a detailed listing of all time that TO spent during the Covered Period for which TO seeks compensation, including the date that TO rendered the service, a description of the service, the amount of time spent, and the identification of the person who rendered the service.

**D.    Detailed Listing of Expenses by Category.**

During the Covered Period, TO advanced expenses totaling $605, consisting of filing fees.  All expenses advanced by TO were invoiced to the Debtor without any markup or additional charge, were necessarily incurred, and are properly charged as administrative expenses of the Debtor's chapter 11 estate.  Listings of the expenses advanced by TO during the Covered Period are included in Exhibit "1" to the Behrendt Declaration.

**E.    Description of Professional Education and Experience**

TO provides legal services in a wide-range of legal fields, including in sophisticated, high stakes litigation, and also provides counsel to businesses on transactions and operations issues. TO has offices in Los Angeles and Orange County, California, and more than fifty attorneys.

The attorney at TO who were primarily responsible for the representation of the Debtor during the Covered Period is Scott K. Behrendt (57.4 hours), with assistance by Panteha Abdollahi (1.4 hours).  Mr. Behrendt has been practicing law for over 25 years and specializes in complex commercial litigation and business disputes.

Ms. Abdollahi has also been practicing law for over 20 years and specializes in complex commercial litigation matters.  She also leads the firm's appellate practice group.

Attached as **Exhibit "2"** to the Behrendt Declaration annexed hereto are the professional biographies of Mr. Behrendt and Ms. Abdollahi.

1    During the Covered Period, Mr. Behrendt and Ms. Abdollahi's charged for this matter a

2    discounted billing rate of $450.  The standard hourly billing rate for Mr. Behrendt is $825, and

3    for and Ms. Abdollahi is $1,025.

4    **F.    Source and Amount of Cash Available to Pay TO's Allowed Fees and Expenses.**

5    It is TO's understanding and belief that the Debtor has unencumbered cash on hand from

6    the Debtor's business operations in an amount sufficient to pay the allowed fees and expenses of

7    the Debtor's professionals.  Additionally, TO is holding the Additional Retainer.

8    **III.**

9    **STANDARD OF LAW**

10    Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation

11    requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in

12    accordance with a "strict rule of economy test."  *In re THC Financial Corp.*, 659 F.2d 951, 955

13    n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982).  This is no longer the law.  The legislative

14    history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned

15    with protecting the public interest in the smooth, efficient operation of the bankruptcy system by

16    encouraging competent bankruptcy specialists to remain in the field.  *First National Bank of*

17    *Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71

18    B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.

19    S.D. Ohio 1987).  Toward this end, Congress specifically disavowed notions of economy of

20    administration, and provided that compensation in bankruptcy case should be comparable to

21    what is charged in nonbankruptcy matters.  *Id.* at 346.

22    Under the lodestar approach, the Court is to determine the number of hours reasonably

23    expended in an attorney's representation of a debtor and multiply such number by a reasonable

24    hourly rate for the services performed.  *See Delaware Valley Citizens' Council for Clear Air*, 478

25    U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770.  A reasonable hourly rate is presumptively

26    the rate the marketplace pays for the services rendered.  *Missouri v. Jenkins by Agyei*, 491 U.S.

27    274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d

28

1    687, 691 (9th Cir.1988).  Recognizing that the determination of an appropriate "market rate" for

2    the services of a lawyer is inherently difficult, the Supreme Court stated:

3                    Market prices of commodities and most services are determined

4                    by supply and demand.  In this traditional sense there is no such

5                    thing as a prevailing market rate for the service of lawyers in a

6                    particular community.  The type of services rendered by lawyers,

7                    as well as its experience, skill, and reputation, varies extensively -

8                    - even within a law firm.  Accordingly, the hourly rates of

9                    lawyers in private practice also vary widely.  The fees charged

10                   often are based on the product of hours devoted to the

11                   representation multiplied by the lawyer's customary rate.

12   *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable

13   attorney's fee "means a fee that would have been deemed reasonable if billed to affluent

14   plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of*

15   *Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a

16   reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill,

17   experience and reputation typically would be entitled as compensation.  *Blum v. Stenson*, 465

18   U.S. at 895 n.11.

19          The tasks handled by TO in the MET-Casden matter were done in a skillful, efficient and

20   cost-effective manner. TO respectfully submits that the hourly rates of its professionals are

21   reasonable and appropriate in the relevant community, and that the fees and expenses incurred by

22   TO in the Debtor's case during the Covered Period are fair and reasonable.

23   ///

24   ///

25   ///

26   ///

27   ///

28

## IV.

## CONCLUSION

Based on all of the foregoing, TO respectfully requests that the Court enter an order:

1.      approving and allowing, on an interim basis, fees in the amount of $25,785 and expenses in the amount of $605, for total fees and expenses in the amount of $26,390, incurred by TO during the Covered Period of December 1, 2024 through July 31, 2025;

2.      authorizing TO to apply the Additional Retainer in the amount of $30,000 to pay its allowed fees and expenses totaling $26,390, and retain the balance of the Additional Retainer in its trust account; and

3.      granting such other and further relief as the Court deems just and proper.


Dated: September 18 , 2025                HOLOGENIX, LLC

By:    */s/ Carmela T. Pagay*
RON BENDER
JOHN-PATRICK M. FRITZ
CARMELA T. PAGAY
LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.
Attorneys for Chapter 11 Debtor and
Debtor in Possession

**DECLARATION SCOTT K. BEHRENDT ESQ.**

I, Scott K. Behrendt, Esq., hereby declare as follows:

1.      If called as a witness, I would and could competently testify to all facts within my personal knowledge except where stated upon information or belief.  Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this Declaration is attached (the "Application").

2.      I am a senior attorney at Theodora Oringher PC ("TO"). I am an attorney licensed to practice in the State of California.

3.      I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached.  To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

4.      TO provides legal services in a wide-range of legal fields, including in sophisticated, high stakes litigation, and also provides counsel to businesses on transactions and operations issues. TO has offices in Los Angeles and Orange County, California, and approximately fifty attorneys.

5.      During the period covered by the Application, *i.e.*, December 1, 2024 through July 31, 2025  (the "Covered Period"), TO spent a total of 58.8 hours and incurred fees in the sum of $25,785, and advanced expenses in the sum of $605, for total fees and expenses in the sum of $26,390.

6.      Pursuant to the Application, TO is seeking: (i) approval and allowance of its fees and expenses in the total sum of $26,390 incurred during the Covered Period; and (ii) authority to apply the Additional Retainer in the amount of $30,000 to pay its allowed fees and expenses in the total sum of $26,390, and to retain the balance of the Additional Retainer in its trust account.

7.      The amounts requested in the Application for fees and expenses incurred by TO are based on TO's business records which are kept in the ordinary course of TO's business.

8.      Attached as **Exhibit "1"** hereto is a detailed listing of all time that TO spent during the Covered Period for which TO seeks compensation, including the date that TO rendered the service, a description of the service, the amount of time spent, and the identification of the person who rendered the service.

9.      During the Covered Period, TO advanced expenses totaling $605, consisting of filing fees.  All expenses advanced by TO were invoiced to the Debtor without any markup or additional charge and were necessarily incurred.  Listings of the expenses advanced by TO during the Covered Period and a summary of all such expenses are included in Exhibit "1" hereto.

10.      The attorney at TO who was primarily responsible for the representation of the Debtor during the Covered Period was myself, with assistance by Panteha Abdollahi.  I have been practicing law for over 25 years and specialize in complex commercial litigation and business disputes.

11.      Ms. Abdollahi has been practicing law for over 20 years and specializes in complex commercial litigation matters.  She also leads the firm's Appellate Practice Group.

12.      Attached hereto as **Exhibit "2"** are my professional biography and that of Ms. Abdollahi.

13.      During the Covered Period, Ms. Abdollahi's and my billing rate was  discounted to $450 from our standard hourly rate of $825 for me, and $1,025 for Ms. Abdollahi.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 18 day of September, 2025, at Los Angeles, California.

_____
SCOTT K. BEHRENDT, ESQ., Declarant

**Exhibit 1**

**THEODORA ORINGHER**
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| INVOICE NUMBER: | 123156 | INVOICE DATE: | 1/10/2025 |
|---|---|---|---|

MATTER NAME:       MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:   22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $253,042.21 |
| PAYMENTS RECEIVED: | ($40,000.00) |
| BALANCE FORWARD: | $213,042.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2024:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $6,975.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $6,975.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $220,017.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



1/10/2025
INVOICE NO.: 123156

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 12/03/24 | SKB | REVIEW STATUS OF SUBMISSION OF EMPLOYMENT APPLICATION AND RELATED ISSUES, AND CORRESPONDENCE, AND CONFER WITH ████ RE POST-TRIAL MOTIONS, AND NEXT STEPS, RE SAME. | 0.80 | $360.00 |
| 12/04/24 | SKB | PREPARE FOR / ATTEND TELECONFERENCE WITH MET'S COUNSEL RE STATUS OF PENDING POST-TRIAL MOTIONS AND UPCOMING LOCAL RULE DEADLINE FOR DECISION, AND POTENTIAL NEXT STEPS, AMD CORRESPONDENCE RE SAME. | 0.80 | $360.00 |
| 12/04/24 | SKB | PREPARATIONS RE EMPLOYMENT APPLICATION TO REPRESENT CASDEN REGARDING ANTICIPATED MET MOTION FOR ALLEGED VIOLATION OF DISTRICT COURT INJUNCTION IN MET V. CASDEN. | 0.20 | $90.00 |
| 12/05/24 | SKB | REVIEW STATUS OF OUTSTANDING ACTION ITEMS FOR THE MET V. CASDEN MATTER, AND TIMELINES RE SAME. | 0.40 | $180.00 |
| 12/06/24 | SKB | CORRESPOND WITH MET'S COUNSEL RE TIMING OF DISTRICT COURT RULINGS ON POST-TRIAL MOTIONS, AND OPTIONS AND NEXT STEPS, AND FURTHER REVIEW LOCAL RULES, AND PRIOR CORRESPONDENCE, RE SAME. | 0.20 | $90.00 |
| 12/09/24 | SKB | REVIEW ORDER OF BK COURT ENTERING RELIEF FROM STAY ORDER IN THE HOLOGENIX DISTRICT COURT CASE, AND CONSIDER IMPLICATIONS FOR MET V. CASDEN CASE RE SAME. | 0.20 | $90.00 |
| 12/10/24 | SKB | REVIEW COURT'S ORDER GRANTING MET'S RELIEF FROM STAY FOR THE MET V. CASDEN DISTRICT COURT MATTER, AND FURTHER PREPARATIONS FOR MET'S ANTICIPATED MOTION FOR CONTEMPT FOR VIOLATION OF INJUNCTION, AND CONFER WITH ████ RE SAME. | 0.30 | $135.00 |
| 12/11/24 | SKB | REVIEW STATUS OF EMPLOYMENT APPLICATION TO REPRESENT CASDEN IN CONNECTION WITH ANTICIPATED MET MOTION FOR CONTEMPT AND SANCTIONS RE ALLEGED VIOLATION OF DISTRICT COURT INJUNCTION, AND FURTHER PREPARATIONS, AND CONFER WITH ████ RE SAME | 0.40 | $180.00 |
| 12/12/24 | SKB | CORRESPONDENCE WITH MET'S COUNSEL RE STATUS OF DISTRICT COURT RULINGS ON POST-TRIAL MOTIONS, AND REVIEW RE EMPLOYMENT APPLICATION AND RELATED ISSUES RE SAME. | 0.30 | $135.00 |

SETH CASDEN
FILE NUMBER: 22906.05002

January 10, 2025
INVOICE NO.: 123156

| | | | | |
|---|---|---|---|---|
| 12/13/24 | SKB | CONFER WITH MET'S COUNSEL RE ALLEGATIONS OF CASDEN'S VIOLATION OF INJUNCTION AND PREPARE FOR ANTICIPATE 12/16/24 MEET AND CONFER, AND RELATED ISSUES, RE SAME. | 0.40 | $180.00 |
| 12/14/24 | SKB | PREPARE FOR 12/16/24 MEET AND CONFER WITH MET'S COUNSEL RE MOTION FOR CONTEMPT AND SANCTIONS RE ALLEGED VIOLATION OF INJUNCTION. | 0.20 | $90.00 |
| 12/16/24 | SKB | PREPARE FOR / ATTEND TELECONFERENCE WITH MET'S COUNSEL TO MEET AND CONFER ON MOTION FOR CONTEMPT AND SANCTIONS AGAINST CASDEN, AND FOLLOW UP, AND CONFER WITH ███████ RE SAME. | 0.80 | $360.00 |
| 12/16/24 | SKB | CORRESPONDENCE WITH DISTRICT COURT CLERK RE LOCAL RULES AND TIMING OF JUDGE WRIGHT'S DECISIONS ON POST-TRIAL MOTIONS, AND REVIEW PERTINENT MATERIALS RE SAME. | 0.40 | $180.00 |
| 12/17/24 | SKB | CORRESPOND WITH COURT CLERK RE TIMING FOR JUDGE WRIGHT'S DECISIONS ON POST-TRIAL MOTIONS, AND CONFER WITH ███████ AND CONSIDER IMPLICATIONS RE SAME. | 0.20 | $90.00 |
| 12/17/24 | SKB | FOLLOW UP WITH MET'S COUNSEL RE MEET AND CONFER ON MET MOTION FOR CONTEMPT AGAINST CASDEN IN MET V. CASDEN RE INJUNCTION, AND CONSIDER STATUS AND ISSUES, AND REVIEW TRIAL RECORD RE MET'S ALLEGATIONS ABOUT THE ALLEGEDLY IMPROPER STATEMENT AT ISSUE, RE SAME | 1.00 | $450.00 |
| 12/18/24 | SKB | REVIEW PROPOSAL FROM MET TO RESOLVE MOTION FOR CONTEMPT AGAINST CASDEN FOR ALLEGED VIOLATIONS OF THE INJUNCTION, AND PREPARE DRAFT RESPONSE, AND RESEARCH AND REVIEW OF PERTINENT DOCUMENTS, AND CONFER WITH ███████ AND CORRESPONDENCE RE SAME. | 2.80 | $1,260.00 |
| 12/19/24 | SKB | REVISE / FINALIZE RESPONSE TO MET'S PROPOSAL TO RESOLVE MOTION FOR CONTEMPT AGAINST CASDEN FOR ALLEGED VIOLATIONS OF THE INJUNCTION, AND CONFER WITH ███████ AND REVIEW PERTINENT MATERIALS, AND LOCAL RULES, RE SAME. | 3.50 | $1,575.00 |
| 12/20/24 | SKB | FURTHER REVIEW OF ISSUES RE MET'S CONTEMPLATED MOTION FOR SANCTIONS AGAINST CASDEN, AND RELATED MATTERS, AND POTENTIAL NEXT STEPS RE SAME. | 0.40 | $180.00 |
| 12/23/24 | SKB | CORRESPOND WITH MET RE PROPOSED RESOLUTION OF MET'S CONTEMPLATED MOTION FOR CONTEMPT AGAINST CASDEN, AND CONFER WITH ███████ AND FURTHER PREPARATIONS FOR DEFENSE OF SAME. | 0.60 | $270.00 |
| 12/24/24 | SKB | FURTHER PREPARATIONS FOR MET'S ANTICIPATED MOTION FOR SANCTIONS, AND REVIEW PERTINENT MATERIALS RE SAME. | 0.50 | $225.00 |

SETH CASDEN
FILE NUMBER: 22906.05002

January 10, 2025
INVOICE NO.: 123156

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/26/24 | SKB | REVIEW CORRESPONDENCE WITH COURT CLERK RE MET'S MOTIONS FOR SANCTIONS AGAINST CASDEN AND CONSIDER IMPLICATIONS AND POTENTIAL NEXT STEPS, AND ADDITIONAL CORRESPONDENCE RE SAME AND RELATED ISSUES. | 0.60 | $270.00 |
| 12/28/24 | SKB | ADDITIONAL PREPARATIONS RE MET'S MOTION FOR SANCTIONS AND CORRESPONDENCE WITH. | 0.40 | $180.00 |
| 12/30/24 | SKB | NO CHARGE: CORRESPONDENCE RE PREPARATIONS FOR MET'S MOTION FOR SANCTIONS. | 0.40 | No Charge |
| 12/30/24 | SKB | REVIEW CORRESPONDENCE WITH COURT CLERK FOR JUDGE WRIGHT RE MOTIONS FOR CASDEN AND HOLOGENIX CASES AND CONSIDER IMPLICATIONS RE SAME. | 0.10 | $45.00 |

TOTAL HOURS:                                                        15.90

TOTAL FEES:                                                                    $6,975.00


**TOTAL AMOUNT DUE THIS INVOICE**                                    $6,975.00


## TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott K. Behrendt | 15.50 | 450.00 | $6,975.00 |
| Scott K. Behrendt | 0.40 | 0.00 | $0.00 |
| TOTALS: | 15.90 | | $6,975.00 |

**THEODORA ORINGHER**
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| | | |
|---|---|---|
| INVOICE NUMBER: | 123504 | INVOICE DATE:   2/11/2025 |

MATTER NAME:    MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:    22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $220,017.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $220,017.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  1/31/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $7,065.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $7,065.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $227,082.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



2/11/2025
INVOICE NO.: 123504

## SERVICES

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 01/05/25 | SKB | REVIEW MET'S MOTION FOR CONTEMPT AGAINST CASDEN, AND EXHIBITS AND REQUEST FOR JUDICIAL NOTICE, AND RELATED MATERIALS RE SAME. | 1.10 | $495.00 |
| 01/06/25 | SKB | FURTHER REVIEW OF MET'S MOTION FOR SANCTIONS IN MET V. CASDEN, AND PREPARATIONS, COLLECTION OF INFORMATION, RE OPPOSITION, AND CONFER WITH ███ RE SAME AND RELATED ISSUES | 1.00 | $450.00 |
| 01/07/25 | SKB | FURTHER REVIEW OF MET'S MOTION FOR SANCTIONS AND BEGIN DRAFTING OPPOSITION TO SAME. | 1.00 | $450.00 |
| 01/08/25 | SKB | PREPARATION OF OPPOSITION TO MET'S MOTION FOR SANCTIONS AGAINST CASDEN, AND DECLARATION AND EXHIBITS, AND REVIEW PERTINENT MATERIALS, AND RESEARCH, RE SAME | 6.50 | $2,925.00 |
| 01/09/25 | SKB | PREPARATION OF OPPOSITION TO MET'S MOTION FOR SANCTIONS AGAINST CASDEN, AND DECLARATION AND EXHIBITS, AND REVIEW PERTINENT MATERIALS, AND RESEARCH, RE SAME. | 1.50 | $675.00 |
| 01/10/25 | SKB | PREPARE OPPOSITION TO MET'S MOTION FOR SANCTIONS AGAINST CASDEN, AND REVIEW PERTINENT MATERIALS RE SAME | 1.50 | $675.00 |
| 01/13/25 | SKB | FINALIZE / FILE CASDEN'S OPPOSITION TO MET'S MOTION FOR CONTEMPT AND SANCTIONS, AND DECLARATION AND EXHIBITS, AND REVIEW PERTINENT MATERIALS, RE SAME. | 0.80 | $360.00 |
| 01/17/25 | SKB | REVIEW / ANALYSIS RE MET'S REPLY BRIEF IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS AGAINST CASDEN, AND CONFER WITH ███ RE SAME. | 1.00 | $450.00 |
| 01/21/25 | SKB | FURTHER REVIEW OF MET'S REPLY BRIEF IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS AGAINST CASDEN | 0.50 | $225.00 |
| 01/28/25 | SKB | REVIEW COURT NOTICE RE HEARING ON MOTION FOR CONTEMPT, AND CONSIDER POTENTIAL IMPLICATIONS, AND TIMING OF RULING, WITH RESPECT TO PENDING POST-TRIAL MOTIONS, AND RELATED MATTERS, AND CONFER WITH ███ RE SAME. | 0.40 | $180.00 |
| 01/30/25 | SKB | REVIEW INFORMATION RE UPCOMING STATUS CONFERENCE AND OTHER HEARINGS IN BK COURT, AND POTENTIAL IMPLICATIONS FOR DISTRICT COURT MATTER, AND CORRESPONDENCE RE SAME. | 0.20 | $90.00 |

SETH CASDEN                                                                February 11, 2025
FILE NUMBER:  22906.05002                                                  INVOICE NO.: 123504

| 01/30/25 | SKB | REVIEW COURT'S RULING OF MET'S APPLICATION TO TAX COSTS IN MET V. CASDEN DISTRICT COURT MATTER, AND CONFER WITH ███████ RE SAME AND RELATED MATTERS. | 0.20 | $90.00 |

TOTAL HOURS:                                                               15.70

TOTAL FEES:                                                                          $7,065.00


**TOTAL AMOUNT DUE THIS INVOICE**                                                    $7,065.00


## TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott K. Behrendt | 15.70 | 450.00 | $7,065.00 |
| TOTALS: | 15.70 | | $7,065.00 |



1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| INVOICE NUMBER: | 123961 | INVOICE DATE: | 3/20/2025 |
|---|---|---|---|

MATTER NAME:    MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:    22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $227,082.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $227,082.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  2/28/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $3,150.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $3,150.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $230,232.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



3/20/2025
INVOICE NO.: 123961

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 02/10/25 | SKB | REVIEW STATUS OF COURT'S DECISIONS ON POST-TRIAL MOTIONS, AND APPLICABLE LOCAL RULES, AND CORRESPONDENCE, AND CONSIDER NEXT STEPS, RE SAME. | 0.40 | $180.00 |
| 02/12/25 | SKB | PREPARE CORRESPONDENCE TO JUDGE WRIGHT'S CLERK RE DEADLINE FOR ISSUANCE OF RULINGS ON POST-TRIAL MOTIONS, AND RELATED ISSUES, AND REVIEW PRIOR CORRESPONDENCE, AND LOCAL RULES, RE SAME. | 0.30 | $135.00 |
| 02/13/25 | SKB | CONFER WITH COURT CLERK RE STATUS OF DECISION ON POST-TRIAL MOTIONS, AND RELATED MATTER, AND CONFER WITH ▮▮▮▮ CORRESPOND WITH MET'S COUNSEL, AND CONSIDER NEXT STEPS RE SAME. | 0.30 | $135.00 |
| 02/14/25 | SKB | CONFER WITH ▮▮▮▮ RE POST-TRIAL MOTIONS, AND RELATED ISSUES, AND REVIEW PRIOR CORRESPONDENCE RE SAME. | 0.20 | $90.00 |
| 02/19/25 | SKB | REVIEW RE STATUS OF DISTRICT COURT'S ISSUANCE OF ORDERS ON POST-TRIAL RULINGS, AND CONFER WITH COUNSEL FOR MET, AND CONSIDER OPTIONS AND POTENTIAL NEXT STEPS, RE SAME. | 0.40 | $180.00 |
| 02/21/25 | SKB | REVIEW COURT'S ORDER RE MET V. CASDEN POST-TRIAL MOTIONS, AND RELATED MATERIALS, AND CONFER WITH ▮▮▮▮ RE SAME. | 1.70 | $765.00 |
| 02/25/25 | SKB | FURTHER REVIEW OF DISTRICT COURT'S RULINGS ON POST-TRIAL MOTIONS | 0.80 | $360.00 |
| 02/26/25 | SKB | REVIEW ISSUES RE ACTION ITEMS RE RULING ON POST-TRIAL MOTIONS, AND CORRESPONDENCE AND CONFER RE SAME | 0.70 | $315.00 |
| 02/27/25 | PXA | EXCHANGE EMAIL CORRESPONDENCE WITH S. BEHRENDT REGARDING APPEAL QUESTIONS AND SCOPE OF REPRESENTATION; TELEPHONE CONFERENCE REGARDING SAME; REVIEW NINTH CIRCUIT AND TRIAL COURT DOCKETS | 1.10 | $495.00 |
| 02/27/25 | SKB | REVIEW / ANALYSIS RE POST-TRIAL ISSUES, AND NOTICES, AND CONFER WITH ▮▮▮▮ AND APPELLATE COUNSEL VIA EMAIL, RE SAME | 0.70 | $315.00 |
| 02/28/25 | SKB | PREPARATIONS RE AMENDED NOTICE OF APPEAL, AND RESEARCH, AND CORRESPONDENCE / CONFER WITH ▮▮▮▮ RE SAME. | 0.40 | $180.00 |

TOTAL HOURS:                                                                      7.00

SETH CASDEN
FILE NUMBER:  22906.05002

March 20, 2025
INVOICE NO.: 123961

TOTAL FEES:                                                                                                      $3,150.00


**TOTAL AMOUNT DUE THIS INVOICE**                                                       $3,150.00



### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Panteha Abdollahi | 1.10 | 450.00 | $495.00 |
| Scott K. Behrendt | 5.90 | 450.00 | $2,655.00 |
| TOTALS: | 7.00 | | $3,150.00 |

**THEODORA ORINGHER**
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| INVOICE NUMBER: | 124345 | INVOICE DATE: | 4/15/2025 |
|---|---|---|---|

MATTER NAME:    MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:    22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $230,232.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $230,232.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  3/31/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $1,125.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $1,125.00 |

TOTAL DUE THIS MATTER:    $231,357.21

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



4/15/2025
INVOICE NO.: 124345

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 03/03/25 | PXA | REVIEW DRAFT OF NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT; EMAIL CORRESPONDENCE WITH S. BEHRENDT REGARDING SAME | 0.30 | $135.00 |
| 03/03/25 | SKB | FURTHER PREPARATIONS OF POST-TRIAL MATERIALS, AND CONFER WITH CLIENT / COUNSEL, AND REVIEW APPELLATE DOCKET AND RELATED MATERIALS, RE SAME. | 0.50 | $225.00 |
| 03/05/25 | SKB | ADDITIONAL POST-TRIAL FILINGS AND REVIEW, AND CONFER WITH COUNSEL RE SAME. | 0.50 | $225.00 |
| 03/06/25 | SKB | FURTHER POST-TRIAL FILINGS WITH COURT | 0.30 | $135.00 |
| 03/07/25 | SKB | CONFER RE POST-TRIAL MOTION ACTION ITEMS, AND CORRESPONDENCE RE SAME. | 0.30 | $135.00 |
| 03/11/25 | SKB | REVIEW / CORRESPONDENCE RE POST-TRIAL MOTION ISSUES. | 0.20 | $90.00 |
| 03/19/25 | SKB | CONFER WITH CLIENT RE STATUS OF POST-TRIAL APPELLATE MATTERS AND REVIEW DOCKET RE SAME. | 0.20 | $90.00 |
| 03/25/25 | SKB | REVIEW INFORMATION RE POST-TRIAL APPEAL AND SCHEDULE AND CORRESPONDENCE, AND CONSIDER IMPLICATIONS RE POTENTIAL REMAND / RETRIAL RE SAME | 0.20 | $90.00 |

TOTAL HOURS: 2.50

TOTAL FEES: $1,125.00

COSTS AND EXPENSES $0.00

COMPUTER ASSISTED RESEARCH, SEARCHES — No Charge

**TOTAL AMOUNT DUE THIS INVOICE** $1,125.00

SETH CASDEN
FILE NUMBER:  22906.05002

April 15, 2025
INVOICE NO.: 124345

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Panteha Abdollahi | 0.30 | 450.00 | $135.00 |
| Scott K. Behrendt | 2.20 | 450.00 | $990.00 |
| TOTALS: | 2.50 | | $1,125.00 |

**THEODORA ORINGHER**
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 124717 | INVOICE DATE: | 5/12/2025 |

MATTER NAME:    MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:    22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $231,357.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $231,357.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  4/30/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $0.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $0.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $231,357.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



5/12/2025
INVOICE NO.: 124717

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 04/17/25 | SKB | REVIEW DISTRICT COURT NOTICE OF DEFICIENCY RE TRANSCRIPT ORDER, AND CONSIDER POTENTIAL IMPLICATIONS AND NEXT STEPS, AND CONFER RE SAME. | 0.10 | No Charge |

TOTAL HOURS:                                                        0.10

TOTAL FEES:                                                                          $0.00

COSTS AND EXPENSES                                                  $0.00

        COMPUTER ASSISTED RESEARCH, SEARCHES        No Charge

**TOTAL AMOUNT DUE THIS INVOICE**                                    $0.00


**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Scott K. Behrendt | 0.10 | 0.00 | $0.00 |
| TOTALS: | 0.10 | | $0.00 |

**THEODORA ORINGHER**
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| | | |
|---|---|---|
| INVOICE NUMBER: | 125632 | INVOICE DATE:   7/15/2025 |

MATTER NAME:     MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:     22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $231,357.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $231,357.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  6/30/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $2,115.00 |
| COSTS AND EXPENSES THIS INVOICE: | $605.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $2,720.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $234,077.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



7/15/2025
INVOICE NO.: 125632

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 06/04/25 | SKB | REVIEW COURT ORDER ON MET'S MOTION FOR CONTEMPT AND CONSIDER OPTIONS AND POTENTIAL NEXT STEPS, AND CONFER WITH ▮▮▮▮ RE SAME. | 0.60 | $270.00 |
| 06/05/25 | SKB | FURTHER REVIEW OF COURT ORDER ON CONTEMPT OF CASDEN AND COMPLIANCE, AND CONFER WITH ▮▮▮▮ AND REVIEW CORRESPONDENCE AND INFORMATION RE SAME. | 0.40 | $180.00 |
| 06/16/25 | SKB | REVIEW ISSUES REGARDING ORDER ON MOTION FOR CONTEMPT, AND CORRESPONDENCE AND CONFER WITH ▮▮▮▮ REGARDING SAME. | 0.20 | $90.00 |
| 06/17/25 | SKB | REVIEW ISSUES REGARDING POTENTIAL APPEAL OF COURT ORDER RECEIVED CONTEMPT, AND RELATED MATTERS, AND CORRESPONDENCE REGARDING SAME | 0.20 | $90.00 |
| 06/18/25 | SKB | REVIEW / ANALYSIS REGARDING DISTRICT COURT ORDER AND JUDGMENT AND APPELLATE ISSUES, AND CONFER WITH ▮▮▮▮ AND ▮▮▮▮ AND CORRESPONDENCE, REGARDING SAME. | 1.00 | $450.00 |
| 06/19/25 | SKB | REVIEW / ANALYSIS RE DISTRICT COURT ORDER AND JUDGMENT AND APPELLATE ISSUES, AND CORRESPONDENCE, REGARDING SAME. | 0.30 | $135.00 |
| 06/20/25 | SKB | REVIEW / ANALYSIS RE DISTRICT COURT INJUNCTION SCOPE AND ISSUES | 0.30 | $135.00 |
| 06/21/25 | SKB | FURTHER ANALYSIS AND CORRESPONDENCE REGARDING POTENTIAL APPEAL OF COURT'S INJUNCTION AND RELATED ISSUES, AND REVIEW PERTINENT MATERIALS REGARDING SAME. | 0.50 | $225.00 |
| 06/23/25 | SKB | ASSIST COUNSEL WITH APPELLATE DOCUMENT PREPARATIONS. | 0.20 | $90.00 |
| 06/24/25 | SKB | ASSISTANCE OF COUNSEL WITH PREPARATIONS FOR APPEAL, AND CORRESPONDENCE REGARDING SAME. | 0.20 | $90.00 |
| 06/25/25 | SKB | ASSIST COUNSEL WITH APPELLATE DOCUMENT PREPARATIONS. | 0.20 | $90.00 |
| 06/26/25 | SKB | PREPARE / FINALIZE / FILE NOTICE OF APPEAL REGARDING DISTRICT COURT RULING ON MOTION FOR CONTEMPT, AND CORRESPONDENCE, AND REVIEW APPELLATE COURT DOCKET REGARDING SAME | 0.30 | $135.00 |
| 06/30/25 | SKB | REVIEW ISSUES REGARDING APPEALS AND RELATED MATTERS, AND CORRESPONDENCE REGARDING SAME. | 0.30 | $135.00 |

SETH CASDEN                                                                   July 15, 2025
FILE NUMBER:  22906.05002                                          INVOICE NO.: 125632


TOTAL HOURS:                                                    4.70

TOTAL FEES:                                                                 $2,115.00


COSTS AND EXPENSES                                                          $605.00

          FILING FEES                                             605.00


**TOTAL AMOUNT DUE THIS INVOICE**                                          $2,720.00




**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott K. Behrendt | 4.70 | 450.00 | $2,115.00 |
| TOTALS: | 4.70 | | $2,115.00 |



THEODORA
ORINGHER
COUNSELORS AT LAW

1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

| | | |
|---|---|---|
| INVOICE NUMBER: | 125997 | INVOICE DATE:   8/1/2025 |

MATTER NAME:    MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER:    22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $234,077.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $234,077.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH  7/31/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $5,355.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $5,355.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $239,432.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK



8/1/2025
INVOICE NO.: 125997

## SERVICES

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|------|------|----------|-------|--------|
| 07/01/25 | SKB | REVIEW CORRESPONDENCE AND ISSUES REGARDING APPEALS, CONTEMPT ORDER, AND SETTLEMENT DISCUSSIONS. | 0.30 | $135.00 |
| 07/02/25 | SKB | REVIEW ISSUES REGARDING MET'S ALLEGATIONS OF ADDITIONAL VIOLATIONS BY CASDEN REGARDING COURT'S INJUNCTION, AND CORRESPONDENCE, AND CONFER WITH ███████ AND CONSIDER OPTIONS AND NEXT STEPS REGARDING SAME. | 0.60 | $270.00 |
| 07/02/25 | SKB | REVIEW MET'S FILED NOTICE OF CASDEN'S NON-COMPLIANCE WITH CONTEMPT ORDER, AND EXHIBITS, AND CONFER WITH ███████ AND BEGIN PREPARATIONS REGARDING RESPONSE AND ACTIONS REGARDING SAME. | 1.30 | $585.00 |
| 07/02/25 | SKB | REVIEW NOTIFICATION FROM 9TH CIRCUIT COURT OF APPEALS REGARDING BRIEFING SCHEDULE REGARDING APPEAL OF CONTEMPT ORDER | 0.10 | $45.00 |
| 07/03/25 | SKB | PREPARE RESPONSE TO MET'S NOTICE OF NON-COMPLIANCE WITH CONTEMPT ORDER, INCLUDING DECLARATION AND EXHIBIT, AND RESEARCH / REVIEW PERTINENT MATERIALS, AND CONFER WITH ███████ REGARDING SAME. | 4.10 | $1,845.00 |
| 07/07/25 | SKB | FURTHER REVIEW OF MET'S NOTICE OF NON-COMPLIANCE WITH CONTEMPT ORDER, AND CONSIDER POTENTIAL ADDITIONAL STEPS AND ACTION ITEMS REGARDING SAME. | 0.40 | $180.00 |
| 07/10/25 | SKB | REVIEW INFORMATION AND PERTINENT DOCUMENTS REGARDING APPELLATE ISSUES AND TIMING CONCERNING DISTRICT COURT MATTERS, AND RELATED ISSUES, AND CORRESPONDENCE REGARDING SAME. | 0.20 | $90.00 |
| 07/15/25 | SKB | REVIEW STATUS OF DISTRICT COURT PENDING ACTIONS, AND APPELLATE COURT MATTERS RELATED TO DISTRICT COURT ORDERS, AND POTENTIAL NEXT STEPS REGARDING SAME. | 0.30 | $135.00 |
| 07/22/25 | SKB | REVIEW CORRESPONDENCE FROM FDA REGARDING CELLIANT STATEMENTS AND CONSIDER IMPLICATIONS OF SAME, AND POTENTIAL NEXT STEPS IN DISTRICT COURT AND APPELLATE PROCEEDINGS, AND REVIEW PERTINENT MATERIALS REGARDING SAME. | 0.50 | $225.00 |
| 07/28/25 | SKB | NO CHARGE: REVIEW ISSUES RE FEE APPLICATION, AND CORRESPONDENCE REGARDING AME. | 0.80 | No Charge |

SETH CASDEN                                                              August 01, 2025
FILE NUMBER:  22906.05002                                          INVOICE NO.: 125997

| | | | | |
|---|---|---|---|---|
| 07/29/25 | SKB | NO CHARGE: PREPARATIONS FOR FEE APPLICATION, AND CORRESPONDENCE REGARDING SAME. | 0.70 | No Charge |
| 07/30/25 | SKB | PREPARATIONS REGARDING FEE APPLICATION, AND REVIEW PERTINENT MATERIALS, AND CORRESPONDENCE REGARDING SAME. | 0.40 | $180.00 |
| 07/30/25 | SKB | REVIEW / ANALYZE DRAFT OPENING APPELLATE COURT BRIEF REGARDING DISTRICT COURT ISSUES, AND REVIEW RELATED MATERIALS REGARDING SAME | 3.00 | $1,350.00 |
| 07/31/25 | SKB | FURTHER REVIEW / ANALYSIS / RESEARCH REGARDING DRAFT OPENING APPELLATE COURT BRIEF REGARDING DISTRICT COURT ISSUES, AND CORRESPONDENCE REGARDING SAME. | 0.70 | $315.00 |

TOTAL HOURS:                                                              13.40

TOTAL FEES:                                                                            $5,355.00


**TOTAL AMOUNT DUE THIS INVOICE**                                    $5,355.00


### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott K. Behrendt | 11.90 | 450.00 | $5,355.00 |
| Scott K. Behrendt | 1.50 | 0.00 | $0.00 |
| TOTALS: | 13.40 | | $5,355.00 |

**Exhibit 2**



**SCOTT K. BEHRENDT**, *Senior Attorney*



## SCOTT K. BEHRENDT, *Senior Attorney*

Los Angeles Office, Orange County Office

📞 310.788.3543

📠 310.551.0283

✉ sbehrendt@tocounsel.com

Scott K. Behrendt has been named a "Super Lawyer" from 2012 - 2025 by Los Angeles Magazine – a distinction recognizing the top 5% of attorneys for excellence in the practice of law.  For the three years prior, he was named a "Super Lawyer Rising Star."

Scott achieved those accolades through his dedication as a results-oriented attorney and passionate advocate specializing in Business Fraud, Complex Commercial Litigation, Construction, and Judgment Enforcement and Debt Collection disputes, with an emphasis on providing excellent client service in a cost-effective and efficient manner.

Scott graduated Top 15 in his class at the University of California, Santa Barbara, with a B.A. in Business Economics, and #3 in the day student class at Loyola Law School, where he founded the Criminal Law Society, clerked for the Hon. Harvey A. Schneider (Ret.) of the Los Angeles Superior Court, and, as a certified law student, prosecuted numerous criminal jury and bench trials, and more than 500 felony preliminary hearings and related criminal proceedings, under the supervision of the Los Angeles City Attorney's Office, Los Angeles County District Attorney's Office, and the Orange County District Attorney's Office.

Since then, Scott has built a solid reputation assisting clients in favorably resolving complicated and highly contentious business and legal disputes informally, when possible, and successfully litigating them, when necessary.

Scott's recent litigation successes include leading a trial team to victory, against two of the largest law firms in the world, by winning a groundbreaking judgment invalidating an industry-wide late payment penalty provision.

Scott also recently prevailed in high-stakes litigation against a multibillion-dollar publicly traded construction materials company in a case of first impression involving unique issues of California mechanic's lien law.

Over his 20-plus year career, Scott has accumulated a depth of expertise in a wide-range of complex legal matters in both state and federal courts involving multi-party contract, business financing, equity, and accounting disputes, inter- and intra-state judgment enforcement and debt collection, fraud and unfair business practices, employment, class actions, commercial leases, private and public sector construction, professional liability, intellectual property, entertainment, licensing and franchise agreements, white-collar crime and inspector

# SCOTT K. BEHRENDT, *Senior Attorney*

**TO THEODORA ORINGHER**
COUNSELORS AT LAW

general investigations, and consumer credit reporting and reseller services.

Scott's ability to rapidly understand and assist his clients in achieving their core legal and business objectives is the result of his extensive exposure to, and representation of, a diverse cross-section of both large and small private and public entity and individual clients in industries such as healthcare, engineering and construction, entertainment, biomedical research and treatment, education, commercial and residential real estate, medical device manufacturing, telecommunications, national credit reporting, water and power utilities, textiles, meteorological sensors and aviation weather systems, law enforcement, specialized laser application products, notebook computer manufacturing, and many others.

Prior to joining Theodora Oringher PC, Scott was an associate attorney with the international mega law firm of Jones Day.

Scott resides, and is available for in person initial client consultations, in the firm's Los Angeles and Orange County Offices, or by phone.

## REPRESENTATIVE MATTERS

› Represented several businesses and individuals in all aspects of judgment enforcement and debt collection disputes, including successfully prosecuting a $38.8 million interstate judgment enforcement matter on behalf of a global telecommunications company against a California-based private equity firm, defending companies and individuals against various judgment enforcement proceedings involving both domestic and out-of-state judgments, levying and seizing assets of corporate and individual debtors, among other matters.

› Represented engineering, construction, and management services company against a major U.S. industrial corporation in arbitration of a $600 million stock purchase price adjustment contract and fraud dispute

› Represented customer experience and call center in litigation involving international contract disputes and business torts against one of the world's largest electronics manufacturers that culminated in a jury finding of fraud and $1.4 million award in favor of the client

› Represented client in a multimillion dollar earn-out accounting dispute related to the acquisition of a company via a stock purchase agreement

› Represented investment group in a complex commercial lease dispute with their publicly-traded corporate tenant

› Represented private operator of health care facilities in a broad range of matters, including contract disputes, subpoena compliance and indemnity, eminent domain and construction, Hospital Lien Act, account satisfaction, and interpleader, and patient-initiated disputes

› Represented investors and physician in litigation with a publicly traded hospital management company involving alleged breach of fiduciary duties and complex financing and equity issues

› Represented large public school district in approximately 100 complex construction litigation and advisory matters in connection with all aspects of construction, including false claims, competitive bidding requirements, design-build projects, lease/lease-back projects, bonding and surety issues, and stop notice procedures, and involving general contractors, subcontractors, architects, construction managers, sureties, unions and insurers

› Represented a major transit authority and commuter rail system in matters involving complex lease

SCOTT K. BEHRENDT, *Senior Attorney*

THEODORA
ORINGHER
COUNSELORS AT LAW

transactions for public transportation facilities and assets

› Represented a large public entity in a complex multimillion dollar putative class action brought on behalf of approximately 600 Sheriff's Deputies alleging systematic race and gender based discrimination in recruitment, hiring, salaries, bonuses and promotions in violation of state and federal law

› Obtained favorable settlement of claims on behalf of a medical device manufacturer for misappropriation of trade secrets, violation of noncompete clause, and breach of contract arising out of an exclusive marketing and distribution agreement concerning brachytherapy seeds and a computer-based workstation and automated cartridge-based needle loading system for prostate cancer treatment

› Represented developer and supplier of specialized laser application products in a significant intellectual property dispute

› Obtained case dismissal on behalf of investment holding company and internationally known actress in a complex entertainment litigation matter involving breach of contract, fraud, and investment related claims brought by a Taiwanese production company arising out of the financing and distribution of an award winning motion picture

› Represented national credit reporting agency in numerous state and federal court cases throughout the US brought by consumers under the Fair Credit Reporting Act and related statutes, as well as cases involving disputes with resellers of credit information

› Represented world renowned restaurant in litigation concerning the design, engineering, fabrication, and installation of a state-of-the-art kitchen

› Represented county and flood control district as plaintiffs in a $100 million lawsuit against other governmental entities for indemnity and breach of contract arising from the construction of a storm drain built to protect a freeway that resulted in the flooding of and damages to a private developer's adjacent property

› Represented flood control district as plaintiff in litigation against other governmental entities for inverse condemnation, nuisance, dangerous condition and indemnity to recover for the damage to, and taking of, the flood control district's property caused by a freeway-related flood control channel

› Represented construction authority on an intercity light rail transit project involving a design-build contract and Dispute Review Board proceedings concerning delays, schedule recovery, and change orders

› Represented water district against claims by a private developer for nuisance, negligent interference with economic relationships, and inverse condemnation purportedly attributable to the construction of a multi-mile pipeline project

› Represented water district in a pipeline construction matter involving complex disputes with the contractor concerning untimely project completion, alleged differing site conditions as to the strength and quantities of rock and existence of groundwater throughout the project, and various claims for changes and alleged disruption and acceleration of performance

› Represented large U.S.-based personal and commercial property and casualty insurance company in complex bad faith litigation and defeated plaintiff's claims for punitive damages, fraud, and attorneys' fees, which lead to a favorable settlement for the client

## PROFESSIONAL RECOGNITION

› Southern California Super Lawyers (2012-2025)
› Southern California Super Lawyers "Rising Stars" (2009-2011)

# SCOTT K. BEHRENDT, *Senior Attorney*

**THEODORA ORINGHER**
COUNSELORS AT LAW

## SPEAKING ENGAGEMENTS

› California Council of School Attorneys/County Counsels' 2008 Joint Annual Workship, Panelist, "Facilities Issues: Financing, Bonds, Construction and Terminations" (San Diego, December 2008)

› County Counsels' Association of California Public Works and Contracts Study Session Conference, Panelist, "Enforcing Claims Procedures in Public Contracts" (San Diego, May 2008)

› County Counsels' Association of California Public Works and Contracts Study Session Conference, Panelist, "Drafting Public Works Construction Contracts - Important Considerations for Public Owners" (San Diego, May 2008)

## NEWS

› Theodora Oringher Attorneys Named to 2023 Southern California Super Lawyers List

› Theodora Oringher Attorneys Named to 2022 Southern California Super Lawyers List

› Theodora Oringher Attorneys Named To 2020 Southern California Super Lawyers List

## MEMBERSHIPS & ASSOCIATIONS

› Association of Business Trial Lawyers

› American Bar Association Forum on the Construction Industry and Litigation Section

› California Council of School Attorneys

› Legal Aid Foundation of Los Angeles

› Orange County Bar Association's Construction Law Section

› Public Counsel in Los Angeles

## PRACTICE AREAS

› Business and Commercial Litigation

› Class Actions

› Construction

› Real Estate Litigation

## ADMISSIONS

BAR ADMISSIONS

› California

COURT ADMISSIONS

› US District Courts for the Central, Southern, Eastern, and Northern Districts of California

› Ninth Circuit Court of Appeals

› US Court of Federal Claims

## EDUCATION

› Loyola Law School, Los Angeles, 1998 J.D.,
  › *cum laude (Top 3 graduates)*
  › *Order of the Coif Member*
  › *Criminal Law Society - Founder*

SCOTT K. BEHRENDT, *Senior Attorney*

THEODORA
ORINGHER
COUNSELORS AT LAW

- › *American Jurisprudence Awards*
- › University of California, Santa Barbara, 1993 B.A.,
  - › Highest Honors (Top 15 graduates)

PANTEHA ABDOLLAHI, *Senior Attorney*





# PANTEHA ABDOLLAHI, *Senior Attorney*

Orange County Office

☎ 714.549.6200
📠 714.549.6201
✉ pabdollahi@tocounsel.com

Panteha Abdollahi is a seasoned litigator, adept at creatively and efficiently representing clients before trial and appellate courts.

At the trial level, Panteha represents individuals, companies, and public entities in their complex commercial litigation matters.  Her wide range of experience includes litigating class actions and professional liability matters.  She also represents public agencies in infrastructure and construction disputes. Panteha is well-versed in all stages of litigation, from pre-lawsuit negotiations through trial, and has authored dozens of successful motions that have resulted in the early dismissal of claims. Cases Panteha has litigated have been featured in *The Wall Street Journal*, *Los Angeles Times*, *The Daily Journal*, *National Law Journal*, and *Law360*.

Panteha also leads the firm's Appellate Practice Group.  In her appellate practice, she has briefed matters before the United States Supreme Court, federal courts of appeal, and California's appellate courts.  These cases have covered a wide spectrum of issues, including contract interpretation, the Due Process Clause, California's Private Attorney General Act, the Equal Access to Justice Act, and California's anti-SLAPP statute.  Panteha's appellate work has yielded numerous published decisions, including two from the United States Supreme Court.

Prior to joining the Firm, Panteha was Of Counsel in the Litigation Department of Paul Hastings LLP.  From 2003 to 2005, she served as a law clerk to the Honorable Cormac J. Carney of the United States District Court for the Central District of California. Panteha is an alumnus of the Orange County District Attorney Trial Attorney Partnership program.  Program participants work on a full-time basis as a deputy district attorney, first chairing jury trials and felony preliminary hearings.

## REPRESENTATIVE MATTERS

*Trial Level*

› Represented a public agency in its disputes concerning the construction of a new billion dollar design-build bridge.
› Represented a major port agency in connection with over $30 million in disputes involving the procurement of new fireboats. The case settled on favorable terms for the port.
› Defended a local clothing manufacturer in wage and hour class action litigation.

**PANTEHA ABDOLLAHI**, *Senior Attorney*

**THEODORA
ORINGHER**
COUNSELORS AT LAW

---

› Defended a major California county against collective action claims brought under the Fair Labor Standards Act on behalf of current and former social services employees.  The case was settled on favorable terms for the county.

› Defended a global real estate company in a purported class action lawsuit brought by homeowners at four luxury resorts asserting RICO and tort claims, and seeking $8 billion in damages with a request for trebling.  Significantly narrowed the claims via multiple motions to dismiss, defeated class certification, and obtained summary judgment on remaining claims.  The summary judgment decision was affirmed by the Ninth Circuit Court of Appeals.

› Represented a Fortune 100 global chemical company in a lawsuit arising from the sale of a business, alleging ten causes of action (based on contract and fraud), and seeking lost profits of $100 million plus punitive damages.  Successfully defeated all contract-based claims via summary judgment and significantly narrowed plaintiff's fraud claims; thereafter, second-chaired a two-week federal trial, resulting in a complete defense verdict.  The defense verdict withstood multiple post-trial motions, and plaintiff agreed to a walk-away settlement after filing an appeal.  The defense verdict was featured in The Daily Journal's Top Verdicts and Settlements.

› Defended an international airline in civil antitrust multi-district litigation alleging price fixing in connection with passenger airfare travel.  Negotiated a favorable settlement for the client following discovery and motion practice.

› Defended an automotive company's former chief financial officer against securities fraud claims.  Successfully narrowed the claims via motion to dismiss.

› Represented a San Francisco-based international law firm in malpractice litigation arising out of the firm's representation of a company in more than $200 million worth of defaulted loans.  Reduced the case exposure by one-third through motions practice, and settled on favorable terms.

› Represented a large hospital and its directors in a number of related cases and arbitrations involving tort, contract, and trademark claims arising from the hospital's former relationship with a medical group.  Negotiated a favorable settlement for the client, which included issuance of a stipulated permanent injunction against the adversary prohibiting use of client's trademark.

› Represented the purchaser of life insurance contracts in a lawsuit by remorseful seller alleging various causes of action, including violation of state securities laws.  Negotiated favorable settlement for the client as part of a mediation after filing for summary judgment.

› Defended a semiconductor company from enforcement of a default judgment obtained in Canada for alleged misappropriation of intellectual property rights.  Negotiated a favorable settlement resulting in payment of less than one percent of adversary's sought after damages.

› Represented multiple health care companies in class action lawsuits alleging statutory violations and fraudulent practices related to the copying of medical records.  Negotiated favorable settlements for clients, resulting in nominal payments.

*Appellate*

› Represented a major school district before the California Court of Appeal following a multi-phase trial arising from a construction dispute.  Successfully overturned a negative jury verdict based on instructional error and reinstated the jury's findings in favor of the client on another issue. – Suffolk Construction Co., Inc. v. Los Angeles Unified School District (California Court of Appeal, 90 Cal. App. 5th 849 (2023))



› Represented a major public agency before the California appellate courts in a contract interpretation dispute arising from a complex billion dollar design-build construction contract.

› Represented a mother and guardian before the United States Supreme Court in a matter concerning a parent's constitutional due process right to counsel in connection with civil contempt proceedings – Turner v. Rogers (U.S. Supreme Court, 564 U.S. 431 (2011)).

› Represented an attorney in addressing whether attorneys' fees awarded to her under the Equal Access to Justice Act for successfully representing a social security claimant were subject to offset to satisfy the claimant's pre-existing debts owed to the government – Astrue v. Ratliff (U.S. Supreme Court, 560 U.S. 586 (2011)).

› Brought in after trial loss to defend a religious organization against an exorbitant request for attorneys' fees in a lawsuit brought by a purported environmental group that opposed the building of a religious center. Successfully convinced the trial court to grant nominal fees, and defended the trial court's decision on appeal – Save Our Uniquely Rural Community Environment v. County of San Bernardino (California Court of Appeal, 235 Cal. App. 4th 1179 (2015)).

› Defended an Orange County-based law firm against claims of malicious prosecution by a former adversary. Obtained quick dismissal of the suit via a successful anti-SLAPP motion and convinced the California Court of Appeal to affirm the trial court's dismissal.

› Defended a global real estate appraisal company, affiliates, and appraiser in a lawsuit by a former developer alleging statutory and tort claims, and seeking $2 billion in damages. Obtained early dismissal for the client via a successful motion to dismiss. Successfully defended the dismissal before the Tenth Circuit Court of Appeals.

› Represented constitutional and property law professors in filing an amicus brief in support of petition for review by the United States Supreme Court of a Fifth Amendment Takings Clause challenge to a state law related to revenue transfers.

## PROFESSIONAL RECOGNITION

› The Best Lawyers in America© 2024 - 2026
› Southern California Super Lawyers (Super Lawyer 2020 - 2025)
› Southern California Super Lawyers (Rising Star 2012 - 2018)
› Central District of California Lawyer Representative to the Ninth Circuit Judicial Conference (2016 - 2019)
› Fellow of the American Bar Foundation (selected 2016)
› Litigation Counsel of America (selected 2018)

## NEWS

› Theodora Oringher PC Attorneys Listed In The 2026 Edition Of The Best Lawyers In America®
› Theodora Oringher PC Attorneys Listed In The 2025 Edition Of The Best Lawyers In America®
› Theodora Oringher PC Attorneys Listed In The 2024 Editions of The Best Lawyers In America® and The Best Lawyers: Ones to Watch in America™
› Theodora Oringher Attorneys Named to 2023 Southern California Super Lawyers List
› Theodora Oringher Attorneys Named to 2022 Southern California Super Lawyers List
› Theodora Oringher Attorneys Named To 2020 Southern California Super Lawyers List

# PANTEHA ABDOLLAHI, *Senior Attorney*

## THEODORA
## ORINGHER
COUNSELORS AT LAW

---

## MEMBERSHIPS & ASSOCIATIONS

› Federal Bar Association, Orange County (Past President; Past Board Member)

› Iranian American Bar Association (Past President, Orange County Chapter; Prior Representative, National Board of Directors)

› Orange County Bar Association

› Orange County Bar Foundation Society of Fellows

› Association of Business Trial Lawyers, Orange County Chapter

› International Society for Children with Cancer (Board of Advisors)

› United Way Orange County

## PRACTICE AREAS

› Appellate

› Business and Commercial Litigation

› Class Actions

› Construction

## ADMISSIONS

BAR ADMISSIONS

› California

COURT ADMISSIONS

› U.S. Supreme Court

› U.S. Court of Appeals for the Ninth Circuit

› U.S. Court of Appeals for the Tenth Circuit

› U.S. District Court for Central District of California

› U.S. District Court for the District of Colorado

## EDUCATION

› University of California, Los Angeles School of Law, 2003 JD

  › David Simon Merits Scholarship

› University of California, Los Angeles, 2000 BA

  › *summa cum laude*

  › Phi Beta Kappa

  › College Honors

  › Psychology Departmental Highest Honors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Third Application Of Theodora Oringher Pc, Special Litigation Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Scott K. Behrendt, Esq. In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@w

1

1  |  hiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
2  |  • Annie Y Stoops    annie.stoops@afslaw.com,
yvonne.li@afslaw.com;mia.ferguson@afslaw.com
3  |  • Nicole Sullivan    sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
4  |  • Derrick Talerico    dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
5  |  • United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
6  |  • David Wood    dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.c
7  |  om;alinares@ecf.courtdrive.com

8

**2. SERVED BY UNITED STATES MAIL**:

9  | On September 18, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

10

11

12  | ***Debtor***
Hologenix, LLC
13  | 17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

14  | ☐  Service information continued on attached page

15  | **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
16  | September 18, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or
17  | email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

18

19  | None.

20  | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

21

| September 18, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

22

23

24

25

26

27

28