RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>               Debtor and Debtor in Possession. | ) Case No.: 2:20-bk-13849-BR<br>)<br>) Chapter 11 Case<br>)<br>) **SEVENTH APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP, AS SPECIAL TRADEMARK AND LICENSE COUNSEL TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF AUSTIN PADGETT, ESQ. IN SUPPORT THEREOF**<br>)<br>)<br>) <u>Hearing</u>:<br>) Date:  October 14, 2025<br>) Time:  10:00 a.m.<br>) Place:  Courtroom 1668<br>)         255 East Temple Street<br>)         Los Angeles, CA 90012<br>)<br>) |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Troutman Pepper Hamilton Sanders LLP[1] ("TPHS"), special trademark and license counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its *Seventh Application Of Troutman Pepper Hamilton Sanders LLP, As Special Trademark And License Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses* (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's bankruptcy case, from October 1, 2024 through July 31, 2025 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

**A.      Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.**

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date").   The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

**B.      Date Of Entry Of The Order Approving TPHS's Employment And Date Services Commenced.**

The Court entered an order approving TPHS's employment as special trademark and license counsel to the Debtor on July 14, 2020.  The Debtor's employment of TPHS as special trademark and license counsel was effective, and TPHS began providing services to the Debtor, on April 24, 2020.

---

[1] Troutman Sanders LLP ("TS") merged with the law firm of Pepper Hamilton LLP effective as of July 1, 2020, and is now known as Troutman Pepper Hamilton Sanders LLP. Pursuant to the Debtor's application to employ TS filed in this case, the Debtor and TS requested that the Debtor's authority to employ TS extend to include the employment of Troutman Pepper Hamilton Sanders LLP after the merger.  Accordingly, the Debtor was not required to file a new employment application to employ Troutman Pepper Hamilton Sanders LLP following such merger.

**C.      Fees And Expenses Previously Requested By TPHS.**

On November 24, 2020, TPHS filed its first fee application, covering the period from April 24, 2020 through November 11, 2020, during which TPHS rendered 63.0 hours of service, resulting in fees totaling $29,321.50, plus expenses of $17,965.49, for total fees and expenses of $47,286.99.  The first fee application was heard and approved on December 15, 2020, with a written order entered by the Court on December 17, 2020 (the "First Fee Order").

On August 2, 2021, TPHS filed its second fee application, covering the period from November 12, 2020 through June 30, 2021, during which TPHS rendered 54.3 hours of service, resulting in fees totaling $29,151.00, plus expenses of $22,273.41, for total fees and expenses of $50,558.86.[2]  The second fee application was heard and approved on August 24, 2021, with a written order entered by the Court on August 26, 2021 (the "Second Fee Order").

On April 11, 2022, TPHS filed its third fee application, covering the period from July 1, 2021 through and including March 31, 2022, during which TPHS rendered 43.3 hours of service, resulting in fees totaling $25,819.50, plus expenses of $8,227.25, for total fees and expenses in the sum of $34,046.75. The third fee application was heard and approved on May 3, 2022, with a written order entered by the Court on May 19, 2022 (the "Third Fee Order").

On November 8, 2022, TPHS filed its fourth fee application, covering the period from April 1, 2021 through and including October 31, 2022, during which TPHS rendered 19.9 hours of service, resulting in fees totaling $13,425.00, plus expenses of $3,979.17, for total fees and expenses in the sum of $17,404.17. The fourth fee application was heard and approved on November 28, 2022, with a written order entered by the Court on December 2, 2022 (the "Fourth Fee Order").

On November 17, 2023, TPHS filed its fifth fee application, covering the period from November 1, 2022 through and including October 31, 2023, during which TPHS rendered 29.5 hours and incurred fees in the sum of $17,807.00, and advanced expenses in the sum of $35,763.43, for total fees and expenses in the sum of $53,570.43.  The fifth fee application was

---

[2]  A credit of  $865.55 was applied to the Debtor's account by TPHS.

heard and approved on December 12, 2023, with a written order entered by the Court on January 2, 2024 (the "Fifth Fee Order").

On November 26, 2024, TPHS filed its sixth fee application, covering the period from October 31, 2023 through and including September 30, 2024, during which TPHS rendered 29.6 hours and incurred fees in the sum of $21,806.00, and advanced expenses in the sum of $7,666.07, for total fees and expenses in the sum of $29,472.07.  The sixth fee application was heard and approved on December 17, 2024, with a written order entered by the Court on December 23, 2024 (the "Sixth Fee Order").

**D.    Summary Of Payments Made To TPHS.**

TPHS received post-petition retainer payments from the Debtor in the total sum of $9,000.00 (collectively, the "Retainer").  Following the entry of the First Fee Order, TPHS applied the entire amount of the Retainer against TPHS's allowed fees and expenses totaling $47,286.99, leaving a balance of $38,286.99, which has been paid by the Debtor.

Additionally, after the entry of the Second Fee Order, the Debtor paid TPHS its fees and expenses allowed pursuant to the Second Fee Order in the total amount of $50,558.86.

Following entry of the Third Fee Order, the Debtor paid TPHS its fees and expenses allowed pursuant to the Third Fee Order in the total amount of $34,046.75.

Following entry of the Fourth Fee Order, the Debtor paid TPHS its fees and expenses allowed pursuant to the Fourth Fee Order in the total amount of $17,404.17.

Following entry of the Fifth Fee Order, the Debtor has paid TPHS its fees and expenses allowed pursuant to the Fifth Fee Order in the total amount of $53,570.43.

Following entry of the Sixth Fee Order, the Debtor has paid TPHS $17,500 towards its fees and expenses allowed pursuant to the Sixth Fee Order in the total amount of $29,472.07.

**E.    Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, TPHS spent a total of 34.4 hours and incurred fees in the sum of $17,505.00, and advanced expenses in the sum of $18,649.09, for total fees and expenses in the sum of $36,154.09.  Pursuant to Local Bankruptcy Rule 2016-1, by this Application, TPHS is

seeking: (i) approval and allowance of its fees and expenses in the total sum of $36,154.09 incurred during the Covered Period, and (ii) payment of such allowed fees and expenses in the total sum of $36,154.09, from the Debtor.

**F.    Compliance With Local Bankruptcy Rule 2016-1(a).**

TPHS has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G.    Proper Notice.**

TPHS is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has served or will serve notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

**II.**

**<u>BACKGROUND OF DEBTOR'S CASE AND</u>**

**<u>DESCRIPTION OF SERVICES RENDERED BY TPHS</u>**

**A.    Brief Narrative History And Report Concerning The Status Of Debtor's Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), TPHS respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYG in its Seventh fee application to be filed shortly.

**B.    Brief Narrative Statement Of Services Rendered.**

During the Covered Period, TPHS billed a total of 34.4 hours and incurred $17,505.00 of fees providing legal services focused on trademark and license issues. During the Covered Period, TPHS aided the Debtor with foreign and domestic trademark clearance, prosecution and enforcement matters.  TPHS separated its time entries into the following categories:

1.    <u>CELLIANT (MM-TM) Cl 20, 24, 25</u>:  This category includes services related to the Debtor's CELLIANT trademark in Myanmar filed in 2023.

2.    <u>CELLIANT - Cl. 24 (ZA-TM)</u>:  This category includes services related to the Debtor's CELLIANT trademark in Class 24 in South Africa.

3.    <u>CELLIANT - Cl. 25 (ZA-TM)</u>:  This category includes services related to the Debtor's CELLIANT trademark in Class 25 in South Africa.

4.    <u>CELLIANT - Cl. 3 (CN-TM)</u>:  This category includes services related to the Debtor's CELLIANT trademark in Class 3 in China.

5.    <u>CELLIANT & Design - Cl. 18 (CN-TM)</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 18 in China.

6.    <u>CELLIANT & Design - Cl. 24 (CN-TM)</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 24 in China.

7.    <u>CELLIANT & Design - Cl. 25 (CN-TM)</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 25 in China.

8.    <u>CELLIANT & Design - Cl. 27 (CN-TM)</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 27 in China.

9.    <u>CELLIANT & Design - Cl. 28 (CN-TM)</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 28 in China.

10.    <u>CELLIANT (MM-TM) Cl 20, 24, 25</u>:  This category includes services related to the Debtor's CELLIANT trademark in Myanmar filed in 2021.

11.    <u>Chapter 11 Bankruptcy</u>: This category includes services related to the Debtor's bankruptcy case (including in connecting with TS's application to be employed in the Debtor's bankruptcy case) and other services provided at the request of bankruptcy counsel.

12.    <u>Domain name dispute: celliant.jp</u>: This category includes services related to the Debtor's dispute with a third party concerning the domain name celliant.jp.

13.    <u>Domain name: celliant.com</u>: This category includes services related to the Debtor's domain name celliant.com.

14.    <u>Non-Use Can. of CELLIANT (6245505)</u>:  This category includes services related to a cancellation action filed by Debtor to cancel a third party registration of CELLIANT in China.

15.    <u>Opp. To Cellent and Design</u>: This category includes services related to the opposition to a third party application for the mark CELLENT and Design in India.

16.    <u>Routine IP Matters</u>: This category includes trademark watching and monitoring services related to the Debtor's trademarks, and other routine trademark and license services not specifically related to once particular trademark.

17.    <u>TM App - CELLIANT and Design (CA) Cl 10, 25</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in multiple classes in Canada.

18.    <u>TM App - CELLIANT & Design (MX) Cl. 10:</u>  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 10 in Mexico.

19.    <u>TM App - CELLIANT & Design (MX) Cl. 25</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 25 in Mexico.

20.    <u>TM App - CELLIANT (Logo) (CN) (KR) (SP)</u>:  This category includes services related to the Debtor's logo design trademark in Class 5 in China.

21.    <u>TM App - CELLIANT (Logo) (NZ) Cl 5, 10</u>:  This category includes services related to the Debtor's CELLIANT Logo trademark in Classes 5 and 10 classes in New Zealand.

7

22.    <u>TM App – CELLIANT (NZ) Cl 5, 10, 18, 20</u>:  This category includes services related to the Debtor's CELLIANT trademark in multiple classes in New Zealand.

23.    <u>TM App - CELLIANT (TH) Cl. 20, 23, 24</u>:  This category includes services related to the Debtor's CELLIANT trademark in multiple classes in Thailand.

24.    <u>TM App - CELLIANT & Design (ZA) Cl. 20</u>:  This category includes services related to the Debtor's CELLIANT and Design trademark in Class 20 in South Africa.

**C.    Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.**

TPHS respectfully submits that the fees incurred by TPHS during the Covered Period (totaling $17,505.00) and TPHS's hourly rates in the case are very reasonable. Attached as **<u>Exhibit "1"</u>** to the Declaration of Austin Padgett, Esq. annexed hereto (the "<u>Padgett Declaration</u>") is a detailed listing of all time that TPHS spent during the Covered Period for which TPHS seeks compensation, including the date that TPHS rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service.  Also included in Exhibit "1" are (i) a summary of TPHS's total time by category and (ii) individual monthly summaries of TPHS's time by category.

**D.    Detailed Listing of Expenses by Category.**

During the Covered Period, TPHS advanced expenses totaling $18,649.09, consisting of patent/trademark fees related to the Debtor's trademark applications and extension applications as well as the fees and expenses of foreign counsel who facilitated the filing of the Debtor's trademark applications and other related documents in foreign countries.  All expenses advanced by TPHS were invoiced to the Debtor without any markup or additional charge, were necessarily incurred, and are properly charged as administrative expenses of the Debtor's chapter 11 estate. Listings of the expenses advanced by TPHS during the Covered Period and a summary of all such expenses are included in Exhibit "1" to the Padgett Declaration.

///

**E.      Description of Professional Education and Experience**

TPHS provides legal services in a wide range of legal fields.  With respect to TPHS's trademark department, TPHS currently maintains more than 10,000 trademark applications and registrations for a broad range of clients.   TPHS's attorneys take a proactive approach to assisting and counseling its clients, providing innovative and creative solutions to several intellectual-property issues, including, but not limited to:   trademark selection, clearance, prosecution, licensing, litigation and valuation; domain name registration and dispute resolution; branding guidelines and programs; and trade-dress protection of nontraditional marks.

The attorneys at TPHS who were primarily responsible for the representation of the Debtor during the Covered Period are Susan Stabe and Brooke Watson.  Ms. Stabe was a partner at TPHS and her practice focuses on foreign and domestic trademark prosecution, copyright prosecution, IP enforcement, opposition and cancellation actions, dispute resolution and advising clients with regard to licensing issues and intellectual property related agreements. She also has experience in advising clients on issues that arise in the areas of advertising and unfair competition.  Ms. Stabe's clients range from individuals and privately held businesses to publicly traded companies.

Ms. Watson is an associate at TPHS and focuses her practice on intellectual property matters related to trademarks, copyrights, and trade secrets. She works with clients to protect their intellectual property, including clearance, registration, domestic and international portfolio management, licensing, and enforcement. In addition, Ms. Watson has litigated intellectual property matters in federal court, as well as proceedings before the Trademark Trial and Appeal Board. Ms. Watson also has experience handling intellectual property aspects of corporate transactions, including due diligence for mergers and acquisitions.

Ms. Thornton was an attorney at TPHS who focused her practice on intellectual property with an emphasis on trademark, copyright, and internet law matters.  She worked with clients throughout the life cycle of a brand, from clearance and registration to contract and license drafting, enforcement, and litigation.  Her practice included both domestic and foreign trademark

prosecution, IP portfolio management and counseling, diligence, defending trademark oppositions and cancellations before the U.S. Patent and Trademark Office, litigating before the Trademark Trial and Appeal Board and federal district courts, and representing clients in domain name disputes.

Attached as **Exhibit "2"** to the Padgett Declaration annexed hereto are the professional biographies of Ms. Stabe and Ms. Watson.

During the Covered Period, Ms. Stabe's billing rate was $970, and Ms. Watson's hourly billing rate was $660.  The hourly billing rates for the other attorneys at TPHS range from $640-$1,800.

**F.    Source and Amount of Cash Available to Pay TPHS's Allowed Fees and Expenses.**

It is TPHS's understanding and belief that the Debtor has sufficient unencumbered cash on hand from the Debtor's business operations to pay the allowed fees and expenses of the Debtor's professionals, including the allowed fees and expenses of TPHS requested herein.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982).  This is no longer the law.  The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field.  *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987).  Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters.  *Id.* at 346.

1    Under the lodestar approach, the Court is to determine the number of hours reasonably

2  expended in an attorney's representation of a debtor and multiply such number by a reasonable

3  hourly rate for the services performed.  *See Delaware Valley Citizens' Council for Clear Air*, 478

4  U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770.  A reasonable hourly rate is presumptively

5  the rate the marketplace pays for the services rendered.  *Missouri v. Jenkins by Agyei*, 491 U.S.

6  274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d

7  687, 691 (9th Cir.1988).  Recognizing that the determination of an appropriate "market rate" for

8  the services of a lawyer is inherently difficult, the Supreme Court stated:

9    Market prices of commodities and most services are determined

10    by supply and demand.  In this traditional sense there is no such

11    thing as a prevailing market rate for the service of lawyers in a

12    particular community.  The type of services rendered by lawyers,

13    as well as its experience, skill, and reputation, varies extensively -

14    - even within a law firm.  Accordingly, the hourly rates of

15    lawyers in private practice also vary widely.  The fees charged

16    often are based on the product of hours devoted to the

17    representation multiplied by the lawyer's customary rate.

18  *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable

19  attorney's fee "means a fee that would have been deemed reasonable if billed to affluent

20  plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of

21  Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a

22  reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill,

23  experience and reputation typically would be entitled as compensation.  *Blum v. Stenson*, 465

24  U.S. at 895 n.11.

25    The trademark and license issues which arose during the Covered Period required the

26  expertise of a firm like TPHS.  All of the legal services provided by TPHS were performed in an

27  efficient and cost-effective manner.  TPHS respectfully submits that the hourly rates of its

28

professionals are reasonable and appropriate in the relevant community, and that the fees incurred by TPHS in the Debtor's case during the Covered Period are fair and reasonable.

**IV.**

**CONCLUSION**

Based on all of the foregoing, TPHS respectfully requests that the Court enter an order:

1.      approving and allowing fees in the amount of $17,505.00, and advanced expenses in the sum of $18,649.09 for total fees and expenses in the amount of, $36,154.09, incurred by TPHS during the Covered Period of October 1, 2024 through July 31, 2025 (the "Allowed Fees");

2.      authorizing and directing the Debtor to pay TPHS the Allowed Fees, in the sum of $36,154.09; and

3.      granting such other and further relief as the Court deems just and proper.

Dated: September 19, 2025

HOLOGENIX, LLC

By:    */s/ Carmela T. Pagay*
RON BENDER
JOHN-PATRICK M. FRITZ
CARMELA T. PAGAY
LEVENE, NEALE, BENDER, YOO
      & GOLUBCHIK L.L.P.
Attorneys for Chapter 11 Debtor and
Debtor in Possession

1

## DECLARATION OF AUSTIN PADGETT, ESQ.

2      I, AUSTIN PADGETT, ESQ., hereby declare as follows:

3      1.      I have personal knowledge of the facts set forth below and, if called to testify,

4 would and could competently testify thereto.  Capitalized terms not otherwise defined herein

5 shall have the same meaning ascribed to such terms in the Application to which this declaration

6 is attached (the "Application").

7      2.      I am a partner of Troutman Pepper Hamilton Sanders LLP ("TPHS"), which is

8 employed by Hologenix, LLC, the debtor and debtor-in-possession herein (the "Debtor") as its

9 special trademark and license counsel in connection with the Debtor's chapter 11 bankruptcy

10 case. I am an attorney licensed to practice in the State of Georgia.  I am the partner overseeing

11 the file since the attorney who was primarily in charge of this matter (Susan Stabe) has departed

12 the firm.

13     3.      I have assisted in the drafting of, and reviewed, the Application to which this

14 declaration is attached.  To the best of my knowledge, information and belief, all of the matters

15 stated in the Application are true and correct.

16     4.      During the period covered by the Application, *i.e.*, October 1, 2024 through July

17 31, 2025  (the "Covered Period"), TPHS spent a total of 34.4 hours and incurred fees in the sum

18 of $17,505.00, and advanced expenses in the sum of $18,649.09, for total fees and expenses in

19 the sum of $36,154.09.

20     5.      Pursuant to the Application, TPHS is seeking: (i) approval and allowance of its

21 fees and expenses in the total sum of $36,154.09 incurred during the Covered Period; and (ii)

22 payment of the allowed fees and expenses, in the sum of $36,154.09, from the Debtor. The

23 amounts requested in the Application for fees and expenses incurred by TPHS are based on

24 TPHS's business records which are kept in the ordinary course of TPHS's business.

25     6.      Attached as **Exhibit "1"** hereto is a detailed listing of all time that TPHS spent

26 during the Covered Period for which TPHS seeks compensation, including the date that TPHS

27 rendered the service, a description of the service, the amount of time spent and the identification

28

of the person who rendered the service.  Also included in Exhibit "1" are (i) a summary of TPHS's total time by category and (ii) individual monthly summaries of TPHS's time by category.

7.    During the Covered Period, TPHS advanced expenses totaling $18,649.09, consisting of patent/trademark fees related to the Debtor's trademark applications and extension applications as well as the fees and expenses of foreign counsel who facilitated the filing of the Debtor's trademark applications and other related documents in foreign countries.  All expenses advanced by TPHS were invoiced to the Debtor without any markup or additional charge and were necessarily incurred.  Listings of the expenses advanced by TPHS during the Covered Period and a summary of all such expenses are include in Exhibit "1" hereto.

8.    The attorneys at TPHS who were primarily responsible for the representation of the Debtor during the Covered Period are Susan Stabe and Brooke Watson.  The professional biography of Ms. Stabe and Ms. Watson are attached as **Exhibit "2"** hereto.

9.    During the Covered Period, Ms. Stabe's billing rate was $970, and Ms. Watson's hourly billing rate was $660.  The hourly billing rates for the other attorneys at TPHS range from $640-$1,800.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 19th day of September, 2025, at Free Home, Georgia.


_____
AUSTIN PADGETT, ESQ.

14

**Exhibit 1**

Troutman Pepper Hamilton Sanders LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984



troutman.com

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | |
|---|---|
| Hologenix, LLC | Invoice Date | 11/25/24 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 17383 Sunset Boulevard | Direct Dial | 949-622-2736 |
| Suite A420 | Invoice No. | 30848185 |
| Pacific Palisades, CA 90272 | Firm Ref. No. | 242806 |

Fees for Professional Services Rendered Through 10/31/24                    $3,532.00

**Total Amount of This Invoice**          **$3,532.00**

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership

Invoice Date 11/25/24
Invoice Number 30848185
File No. 242806.000001
Page 2



Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/07/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT | 0.2 | 194.00 |
| 10/07/24 | B Watson | Review and analyze trademark watch service results for HOLOGENIX mark | 0.2 | 132.00 |
| 10/11/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson; instruct regarding further handling | 0.2 | 194.00 |
| 10/11/24 | B Watson | Review and analyze trademark watch service results for HOLOGENIX mark | 0.1 | 66.00 |
| 10/20/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 10/21/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT | 0.1 | 97.00 |
| 10/22/24 | S Falloon | Receive and review reminder from counsel in Australia regarding the approaching renewal deadlines for CELLIANT and CELLIANT & Design in Class 5, 10, 18, 20, 22, 23, 24 and 25 and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 84.00 |
| 10/22/24 | S Falloon | Prepare and send status report of approaching vulnerability dates for Hologenix, LLC to Seth Casden | 0.3 | 126.00 |
| 10/25/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson in watching service report pertaining to the mark CELLIANT; reply with instructions for further handling | 0.1 | 97.00 |
| 10/25/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| | | Total: | 1.7 | 1,188.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 420.00 | 0.5 | 210.00 |
| Stabe, Susan | 970.00 | 0.6 | 582.00 |
| Watson, Brooke R. | 660.00 | 0.6 | 396.00 |

Invoice Date 11/25/24
Invoice Number 30848185
File No. 242806.000062
Page 3



Hologenix, LLC

Ch. 11 Bankruptcy

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/23/24 | S Stabe | Review email from bankruptcy counsel requesting accounting information required for preparing fee application on behalf of Troutman; reply to same; email Michael Miller for assistance with compiling information and reports for same | 0.3 | 291.00 |
| 10/25/24 | S Stabe | Review Notice of Hearing on Applications for Approval of Fees and Reimbursement of Expenses set by the bankruptcy court; exchange emails with Michael Miller regarding reports required for Fee Application | 0.2 | 194.00 |
| 10/29/24 | S Stabe | Review reports and documents prepared by Accounting Department to be submitted to the court in support of fee application; update matter summary report for submitting with fee application; email Michael Miller and Pam Kozlowski regarding finalization of same; email Carmela Pagay providing same and seeking feedback on any additional information or documents required | 1.6 | 1,552.00 |
| | | Total: | 2.1 | 2,037.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/24**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Stabe, Susan | 970.00 | 2.1 | 2,037.00 |

Invoice Date 11/25/24
Invoice Number 30848185
File No. 242806.000093
Page 4



Hologenix, LLC

Acquisition of CELLIANT.CN

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/31/24 | S Falloon | Receive and review reminder from counsel in China regarding the renewal of the CELLIANT.CN domain and email to Seth Casden reporting and requesting a copy of the same, responsive email to counsel providing authorization to renew in advance of the deadline | 0.5 | 210.00 |
| 10/31/24 | S Stabe | Review emails from Shannon Falloon, Laetitia Thurgood and associate in China regarding renewal of celliant.cn domain name | 0.1 | 97.00 |
| | | Total: | 0.6 | 307.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 420.00 | 0.5 | 210.00 |
| Stabe, Susan | 970.00 | 0.1 | 97.00 |

Troutman Pepper Hamilton Sanders LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 11/25/24 |
| Submitted by | S  Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 30848185 |
| Firm Ref. No. | 242806 |

---

**Total Amount of This Invoice**                    $3,532.00

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Pepper Hamilton Sanders LLP
Operating Account #2052700305792
Reference Attorney: Susan  Stabe
Reference Client: 242806
From International Locations please add
Swift Address/Code: WFBI US 6S

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

Troutman Pepper Hamilton Sanders LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | |
|---|---|
| Hologenix, LLC | Invoice Date | 12/12/24 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 17383 Sunset Boulevard | Direct Dial | 949-622-2736 |
| Suite A420 | Invoice No. | 30863503 |
| Pacific Palisades, CA 90272 | Firm Ref. No. | 242806.000001 |

**RE:     Routine IP Matters**

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/24 | $1,366.00 |
| **Total Amount of This Invoice** | **$1,366.00** |

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership

Invoice Date 12/12/24
Invoice Number 30863503
File No. 242806.000001
Page 2



Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.1 | 97.00 |
| 11/01/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 11/08/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 11/15/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 11/22/24 | S Stabe | Review email from Seth Casden regarding proposed mark DREAM PILLOW; conduct brief search of the USPTO records and email Seth Casden with list of marks disclosed by the search and recommendation following a review of the search results | 0.5 | 485.00 |
| 11/22/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 11/25/24 | S Stabe | Review email from Seth Casden regarding proposed mark The Dream Pillow by CELLIANT; reply to same with recommendation; review watch notices flagged by Brooke Watson; instruct regarding further handling | 0.2 | 194.00 |
| 11/30/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct Brooke Watson regarding further handling | 0.2 | 194.00 |
| 11/30/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 1.6 | 1,366.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Stabe, Susan | 970.00 | 1.0 | 970.00 |
| Watson, Brooke R. | 660.00 | 0.6 | 396.00 |

Troutman Pepper Hamilton Sanders LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 12/12/24 |
| Submitted by | S  Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 30863503 |
| Firm Ref. No. | 242806 |

---

**Total Amount of This Invoice**          $1,366.00

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Pepper Hamilton Sanders LLP
Operating Account #2052700305792
Reference Attorney: Susan  Stabe
Reference Client: 242806
From International Locations please add
Swift Address/Code: WFBI US 6S

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

Troutman Pepper Hamilton Sanders LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | | |
|---|---|---|
| Hologenix, LLC | Invoice Date | 12/12/24 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 1112 Montana Avenue | Direct Dial | 949-622-2736 |
| Suite 13 | Invoice No. | 30863517 |
| Santa Monica, CA 90403 | Firm Ref. No. | 242806 |

Fees for Professional Services Rendered Through 11/30/24                    $1,054.00

**Total Amount of This Invoice**    **$1,054.00**

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership

Invoice Date 12/12/24
Invoice Number 30863517
File No. 242806.000060
Page 2



Hologenix, LLC

TM App - CELLIANT & Design (CA) CI 10,25

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/11/24 | S Falloon | Review file history and email to counsel in Canada requesting a status update on the same | 0.2 | 84.00 |
| | | Total: | 0.2 | 84.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 420.00 | 0.2 | 84.00 |

Invoice Date 12/12/24
Invoice Number 30863517
File No. 242806.000062
Page 3



Hologenix, LLC

Ch. 11 Bankruptcy

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/05/24 | S Stabe | Review email from Seth Casden regarding proposed payment before year-end of invoices approved by Bankruptcy court; email Iyonah Waithe regarding same | 0.2 | 194.00 |
| 11/07/24 | S Stabe | Review email from Iyonah Waithe regarding outstanding invoices approved by bankruptcy court; exchange emails with Seth Casden regarding same | 0.2 | 194.00 |
| 11/25/24 | S Stabe | Exchange emails with bankruptcy counsel regarding changes to Fee Application and execution of same | 0.2 | 194.00 |
| 11/26/24 | S Stabe | Review final version of 6th fee application and exchange emails with client's bankruptcy counsel | 0.4 | 388.00 |
| | | Total: | 1.0 | 970.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Stabe, Susan | 970.00 | 1.0 | 970.00 |

Troutman Pepper Hamilton Sanders LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

---

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 12/12/24 |
| Submitted by | S  Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 30863517 |
| Firm Ref. No. | 242806 |

---

**Total Amount of This Invoice**          $1,054.00

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Pepper Hamilton Sanders LLP
Operating Account #2052700305792
Reference Attorney: Susan  Stabe
Reference Client: 242806
From International Locations please add
Swift Address/Code: WFBI US 6S

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 01/31/25 |
| Submitted by | S  Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 131896781 |
| Firm Ref. No. | 242806 |

---

Fees for Professional Services Rendered Through 12/31/24          $4,177.00

**Total Amount of This Invoice**       **$4,177.00**

Troutman Pepper Locke LLP, a Georgia limited liability partnership

Invoice Date 01/31/25
Invoice Number 131896781
File No. 242806.000001
Page 2



Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/03/24 | S Stabe | Review email from Seth Casden requesting information about trademark portfolio of Hologenix for planning strategy for 2025; reply to same; email Shannon Falloon detailing information to be provided to Seth Casden for determining rights obtained and gaps where additional applications should be filed to increase scope of protection with regard to either classes or geography | 0.4 | 388.00 |
| 12/04/24 | S Falloon | Review trademark portfolio; send status updates to emails to foreign counsel for pending matters; prepare portfolio overview and send same to S. Stabe | 1.6 | 672.00 |
| 12/04/24 | S Stabe | Review Trademark Status Report and summary of registrations, geographic coverage and class coverage prepared by Shannon Falloon; email Shannon Falloon with instructions for further handling; exchange emails with Shannon Falloon regarding status of Canadian application that recently published | 0.4 | 388.00 |
| 12/07/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 12/09/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson in connection with the mark CELLIANT and instruction regarding further handling | 0.1 | 97.00 |
| 12/13/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.3 | 198.00 |
| 12/20/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 12/23/24 | S Stabe | Review and analyze two weeks of watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.2 | 194.00 |
| 12/27/24 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.3 | 198.00 |
| 12/31/24 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT | 0.2 | 194.00 |
| | | Total: | 3.9 | 2,593.00 |

Invoice Date 01/31/25
Invoice Number 131896781
File No. 242806.000001
Page 3



Hologenix, LLC

Routine Intellectual Property Matters

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/24**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 420.00 | 1.6 | 672.00 |
| Stabe, Susan | 970.00 | 1.3 | 1,261.00 |
| Watson, Brooke R. | 660.00 | 1.0 | 660.00 |

Invoice Date 01/31/25
Invoice Number 131896781
File No. 242806.000039
Page 4



Hologenix, LLC

Celliant Logo (AU) Classes 5, 10, 18, 20, 22, 23, 24 and 25 - Trademark Application

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/06/24 | S Falloon | Email to counsel in Australia providing authorization to renew the registration for CELLIANT & Design in January 2025 | 0.2 | 84.00 |
| 12/06/24 | S Falloon | Email to counsel in Australia providing authorization to renew the registration for CELLIANT (wordmark) in January 2025 | 0.2 | 84.00 |
| | | | Total: 0.4 | 168.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 420.00 | 0.4 | 168.00 |

Invoice Date 01/31/25
Invoice Number 131896781
File No. 242806.000060
Page 5



Hologenix, LLC

TM App - CELLIANT & Design (CA) Cl. 10, 25

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/02/24 | S Falloon | Receive and review communication from counsel in Canada reporting the issuance of the Notice of Approval for CELLIANT & Design in Class 10 and 25 and email to Seth Casden reporting and providing a copy of the same | 0.2 | 84.00 |
| 12/04/24 | S Stabe | Review email from Seth Casden regarding status of recently published application in Canada; exchange emails with Shannon Falloon regarding same; email Seth Casden with explanation of status and timing; request updated report from docketing of updated entire trademark portfolio; email Seth Casden providing full trademark status report and summary of same; exchange further emails with Seth Casden regarding additional questions concerning trademark portfolio | 1.1 | 1,067.00 |
| 12/30/24 | S Falloon | Review correspondence from associate reporting Notice of Publication issued by the Canadian Trademark Office in connection with the mark CELLAINT & Design; email Seth Casden reporting same | 0.2 | 84.00 |
| | | Total: | 1.5 | 1,235.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 420.00 | 0.4 | 168.00 |
| Stabe, Susan | 970.00 | 1.1 | 1,067.00 |

Invoice Date 01/31/25
Invoice Number 131896781
File No. 242806.000062
Page 6



Hologenix, LLC

Ch. 11 Bankruptcy

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/03/24 | S Stabe | Review court notice of hearing on fee application; reply to Katherine Fernandez regarding same | 0.1 | 97.00 |
| | | Total: | 0.1 | 97.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Stabe, Susan | 970.00 | 0.1 | 97.00 |

Invoice Date 01/31/25
Invoice Number 131896781
File No. 242806.000093
Page 7



Hologenix, LLC

Acquisition of CELLIANT.CN

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/17/24 | S Falloon | Receive and review communication from counsel in China reporting the renewal of the celliant.Cn domain and email to Seth Casden reporting the same | 0.2 | 84.00 |
| | | Total: | 0.2 | 84.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 420.00 | 0.2 | 84.00 |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**                                                                 **Billing Inquiries:**
58-0946915                                                                            404-885-2508

Hologenix, LLC                          Invoice Date                          01/31/25
Attn: Seth Casden                       Submitted by                         S  Stabe
1112 Montana Avenue                     Direct Dial                    949-622-2736
Suite 13                                Invoice No.                       131896781
Santa Monica, CA 90403                  Firm Ref. No.                        242806

**Total Amount of This Invoice**                                         $4,177.00

REMITTANCE

| **ACH Payments** | **Lockbox Address** | **Wire Payments** |
|---|---|---|
| Wells Fargo Bank, N.A., Atlanta, Georgia | Troutman Pepper Locke LLP | Wells Fargo Bank, N.A., Atlanta, Georgia |
| ACH/ABA #061000227 | P.O. Box 933652 | WIRE/ABA #121000248 |
| To Credit Troutman Pepper Locke LLP | Atlanta, Georgia 31193-3652 | To Credit Troutman Pepper Locke LLP |
| Operating Account #2052700305792 | Reference Attorney: Susan  Stabe | Operating Account #2052700305792 |
| Reference Attorney: Susan  Stabe | Reference Client: 242806 | Reference Attorney: Susan  Stabe |
| Reference Client: 242806 | | Reference Client: 242806 |
| | | From International Locations please add |
| | | Swift Address/Code: WFBI US 6S |

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | | |
|---|---|---|
| Hologenix, LLC | Invoice Date | 03/10/25 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 17383 Sunset Boulevard | Direct Dial | 949-622-2736 |
| Suite A420 | Invoice No. | 131922892 |
| Pacific Palisades, CA 90272 | Firm Ref. No. | 242806 |

Fees for Professional Services Rendered Through 01/31/25                                    $1,695.00

**Total Amount of This Invoice**       **$1,695.00**

Troutman Pepper Locke LLP, a Georgia limited liability partnership

Invoice Date 03/10/25
Invoice Number 131922892
File No. 242806.000001
Page 2



Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/02/25 | S Stabe | Review email from associate in India regarding third party application to register the mark CALIANT that published in India; instruct regarding further handling | 0.2 | 194.00 |
| 01/03/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 01/08/25 | S Stabe | Exchange emails with Shannon Falloon regarding renewal deadline for domain name CELLIANT.JP and email to Seth Casden regarding same | 0.1 | 97.00 |
| 01/15/25 | S Stabe | Review and analyze worldwide watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.2 | 194.00 |
| 01/15/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 01/17/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 01/27/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| | | Total: | 1.0 | 815.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Stabe, Susan | 970.00 | 0.5 | 485.00 |
| Watson, Brooke R. | 660.00 | 0.5 | 330.00 |

Invoice Date 03/10/25
Invoice Number 131922892
File No. 242806.000023
Page 3



Hologenix, LLC

TM App - CELLIANT (KR) Cl. 10

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/10/25 | S Falloon | Receive renewal reminder from counsel in South Korea for CELLIANT and CELLIANT & Design in Class 10 and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 88.00 |
| 01/13/25 | S Falloon | Receive instructions from Seth Casden to file a renewal application for CELLIANT in South Korea and email to counsel providing instructions regarding the same | 0.2 | 88.00 |
| 01/13/25 | S Falloon | Receive instructions from Seth Casden to file a renewal application for CELLIANT & Design in South Korea and email to counsel providing instructions regarding the same | 0.2 | 88.00 |
| 01/17/25 | S Falloon | Receive and review communication from counsel in South Korea requesting an updated Power of Attorney to be used for the renewals; email to Seth Casden reporting and requesting the same | 0.2 | 88.00 |
| 01/31/25 | S Falloon | Receive and review communication from counsel in South Korea reporting the filing of a renewal application for CELLIANT in Class 10 and email to Seth Casden reporting the same | 0.2 | 88.00 |
| | | Total: | 1.0 | 440.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 1.0 | 440.00 |

Invoice Date 03/10/25
Invoice Number 131922892
File No. 242806.000024
Page 4



Hologenix, LLC

TM App - CELLIANT and Design (KR) Cl. 10

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/31/25 | S Falloon | Receive and review communication from counsel in South Korea reporting the filing of a renewal application for CELLIANT in Class 10 and email to Seth Casden reporting the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Invoice Date 03/10/25
Invoice Number 131922892
File No. 242806.000037
Page 5



Hologenix, LLC

TM App - CELLIANT (NZ) Cl. 5, 10, 18, 20

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/07/25 | S Falloon | Receive and review communication from counsel in New Zealand reporting the renewal of the registrations for CELLIANT and CELLIANT & Design and email to Seth Casden reporting and providing copies of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Invoice Date 03/10/25
Invoice Number 131922892
File No. 242806.000039
Page 6



Hologenix, LLC

TM App - CELLIANT (Logo) (AU) Cl. 5, 10,

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 01/06/25 | S Falloon | Receive and review communication from counsel in Australia reporting the renewal of the Trademark Registrations for CELLIANT and CELLIANT & Design and email to Seth Casden reporting and providing copies of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Invoice Date 03/10/25
Invoice Number 131922892
File No. 242806.000085
Page 7



Hologenix, LLC

Domain name dispute: celliant.jp

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/08/25 | S Falloon | Email reminder to Seth Casden regarding the upcoming renewal for the CELLIANT.JP domain | 0.2 | 88.00 |
| 01/13/25 | S Falloon | Receive instructions from Seth Casden to allow the CELLIANT.JP domain to auto-renew; email to counsel in Japan providing instructions regarding the same | 0.2 | 88.00 |
| | | Total: | 0.4 | 176.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



| | |
|---|---|
| **Federal ID No.:** | **Billing Inquiries:** |
| 58-0946915 | 404-885-2508 |

| | | |
|---|---|---|
| Hologenix, LLC | Invoice Date | 03/10/25 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 17383 Sunset Boulevard | Direct Dial | 949-622-2736 |
| Suite A420 | Invoice No. | 131922892 |
| Pacific Palisades, CA 90272 | Firm Ref. No. | 242806 |

**Total Amount of This Invoice**          $1,695.00

REMITTANCE

| **ACH Payments** | **Lockbox Address** | **Wire Payments** |
|---|---|---|
| Wells Fargo Bank, N.A., Atlanta, Georgia | Troutman Pepper Locke LLP | Wells Fargo Bank, N.A., Atlanta, Georgia |
| ACH/ABA #061000227 | P.O. Box 933652 | WIRE/ABA #121000248 |
| To Credit Troutman Pepper Locke LLP | Atlanta, Georgia 31193-3652 | To Credit Troutman Pepper Locke LLP |
| Operating Account #2052700305792 | Reference Attorney: Susan  Stabe | Operating Account #2052700305792 |
| Reference Attorney: Susan  Stabe | Reference Client: 242806 | Reference Attorney: Susan  Stabe |
| Reference Client: 242806 | | Reference Client: 242806 |
| | | From International Locations please add |
| | | Swift Address/Code: WFBI US 6S |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | | |
|---|---|---|
| Hologenix, LLC | Invoice Date | 03/31/25 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 1112 Montana Avenue | Direct Dial | 949-622-2736 |
| Suite 13 | Invoice No. | 131938945 |
| Santa Monica, CA 90403 | Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/25 | $1,500.00 |
| Costs and Expenses Through 02/28/25 | $1,118.00 |
| **Total Amount of This Invoice** | **$2,618.00** |

Troutman Pepper Locke LLP, a Georgia limited liability partnership

Invoice Date 03/31/25
Invoice Number 131938945
File No. 242806.000001
Page 2



Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/03/25 | S Falloon | Email to Seth Casden regarding approaching vulnerability dates for Hologenix, LLC | 0.2 | 88.00 |
| 02/03/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 02/09/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 02/10/25 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.2 | 194.00 |
| 02/14/25 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.1 | 97.00 |
| 02/14/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 02/23/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 02/24/25 | S Stabe | Review and analyze watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; reply with instructions for further handling | 0.1 | 97.00 |
| | | Total: | 1.3 | 938.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |
| Stabe, Susan | 970.00 | 0.4 | 388.00 |
| Watson, Brooke R. | 660.00 | 0.7 | 462.00 |

Invoice Date 03/31/25
Invoice Number 131938945
File No. 242806.000023
Page 3



Hologenix, LLC

TM App - CELLIANT (KR) Cl. 10

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/12/25 | S Stabe | Review correspondence from associate in South Korea regarding notification of registration, term and renewal deadlines; instruct Sonya Pinner regarding same | 0.1 | 97.00 |
| 02/23/25 | S Pinner | Review correspondence and renewal certificate received from foreign associate in Korea re CELLIANT in Class 10 for accuracy of details contained therein; email correspondence to client reporting same and noting next maintenance deadline | 0.4 | 184.00 |
| | | Total: | 0.5 | 281.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/28/25

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Pinner, Sonya | 460.00 | 0.4 | 184.00 |
| Stabe, Susan | 970.00 | 0.1 | 97.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/25

| Description | Amount |
|-------------|--------|
| Foreign Counsel Fees & Expenses | 574.00 |
| Total: | 574.00 |

| | Total Fees & Costs: | $855.00 |
|--|---------------------|---------|

Invoice Date 03/31/25
Invoice Number 131938945
File No. 242806.000024
Page 4



Hologenix, LLC

TM App - CELLIANT and Design (KR) Cl. 10

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/12/25 | S Stabe | Review correspondence from associate in South Korea regarding notification of registration, term and renewal deadlines; instruct Sonya Pinner regarding same | 0.1 | 97.00 |
| 02/23/25 | S Pinner | Review correspondence and renewal certificate received from foreign associate in Korea re CELLIANT & Design in Class 10 for accuracy of details contained therein; email correspondence to client reporting same and noting next maintenance deadline | 0.4 | 184.00 |
| | | Total: | 0.5 | 281.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Pinner, Sonya | 460.00 | 0.4 | 184.00 |
| Stabe, Susan | 970.00 | 0.1 | 97.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/25**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 544.00 |
| Total: | 544.00 |
| Total Fees & Costs: | $825.00 |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**                                                                                    **Billing Inquiries:**
58-0946915                                                                                                 404-885-2508

Hologenix, LLC                              Invoice Date                                      03/31/25
Attn: Seth Casden                           Submitted by                                     S  Stabe
1112 Montana Avenue                         Direct Dial                                949-622-2736
Suite 13                                    Invoice No.                                    131938945
Santa Monica, CA 90403                      Firm Ref. No.                                     242806

**Total Amount of This Invoice**                                               $2,618.00

REMITTANCE

| ACH Payments | Lockbox Address | Wire Payments |
|---|---|---|
| Wells Fargo Bank, N.A., Atlanta, Georgia | Troutman Pepper Locke LLP | Wells Fargo Bank, N.A., Atlanta, Georgia |
| ACH/ABA #061000227 | P.O. Box 933652 | WIRE/ABA #121000248 |
| To Credit Troutman Pepper Locke LLP | Atlanta, Georgia 31193-3652 | To Credit Troutman Pepper Locke LLP |
| Operating Account #2052700305792 | Reference Attorney: Susan  Stabe | Operating Account #2052700305792 |
| Reference Attorney: Susan  Stabe | Reference Client: 242806 | Reference Attorney: Susan  Stabe |
| Reference Client: 242806 | | Reference Client: 242806 |
| | | From International Locations please add |
| | | Swift Address/Code: WFBI US 6S |

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | |
|---|---|
| Hologenix, LLC | Invoice Date | 04/30/25 |
| Attn: Seth Casden | Submitted by | S  Stabe |
| 1112 Montana Avenue | Direct Dial | 949-622-2736 |
| Suite 13 | Invoice No. | 131962697 |
| Santa Monica, CA 90403 | Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/25 | $1,321.00 |
| Costs and Expenses Through 03/31/25 | $14,944.36 |
| **Total Amount of This Invoice** | **$16,265.36** |

Troutman Pepper Locke LLP, a Georgia limited liability partnership

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000001
Page 2



Hologenix, LLC

Routine Intellectual Property Matters

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/25

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/01/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 03/07/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 03/10/25 | S Stabe | Review and analyze watch notices flagged by Brooke Wagner pertaining to the mark CELLIANT | 0.1 | 97.00 |
| 03/11/25 | S Stabe | Review and analyze worldwide watch notices flagged by Brooke Watson; instruct regarding further handling | 0.1 | 97.00 |
| 03/17/25 | S Stabe | Review worldwide watch notices flagged by Brooke Watson for further review; instruct regarding further handling | 0.1 | 97.00 |
| 03/17/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 03/21/25 | S Stabe | Review and analyze worldwide watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.1 | 97.00 |
| 03/21/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 03/29/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 03/31/25 | S Stabe | Review and analyze worldwide watch notices flagged by Brooke Watson pertaining to the mark CELLIANT; instruct regarding further handling | 0.1 | 97.00 |
| | | Total: | 1.5 | 1,145.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 03/31/25

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Stabe, Susan | 970.00 | 0.5 | 485.00 |
| Watson, Brooke R. | 660.00 | 1.0 | 660.00 |

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000036
Page 3



Hologenix, LLC

CELLIANT (word mark) (AU) Classes 5, 10, 18, 20, 22, 23, 24 and 25 - Trademark Application

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/25**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 5,232.56 |
| Total: | 5,232.56 |

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000037
Page 4



Hologenix, LLC

CELLIANT (word mark) (NZ) Classes 5, 10, 18, 20, 22, 23, 24 and 25 - Trademark Application

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/25**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 4,435.00 |
| Total: | 4,435.00 |

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000038
Page 5



Hologenix, LLC

Celliant Logo in New Zealand in Classes 5, 10, 18, 20, 22, 23, 24 and 25 - Trademark Application

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/25**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 4,435.00 |
| Total: | 4,435.00 |

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000060
Page 6



Hologenix, LLC

TM App - CELLIANT & Design (CA) Cl. 10, 25

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/27/25 | S Falloon | Review correspondence from associate reporting Certificate of Registration issued by the Canadian Trademark Office in connection with the mark CELLIANT & Design in Class 10 and 25; email Seth Casden reporting same and detailing requirements and deadlines | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/25**

| Description | Amount |
|-------------|--------|
| Foreign Counsel Fees & Expenses | 541.80 |
| Total: | 541.80 |
| Total Fees & Costs: | $629.80 |

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000093
Page 7



Hologenix, LLC

Acquisition of CELLIANT.CN

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/25**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 300.00 |
| Total: | 300.00 |

Invoice Date 04/30/25
Invoice Number 131962697
File No. 242806.000095
Page 8



Hologenix, LLC

CELLIANT - Cl. 20, 24 & 25 (MM-TM)(NEW)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/03/25 | S Falloon | Review file history and email to counsel in Myanmar requesting an update on the application to register CELLIANT | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



---

**Federal ID No.:**                                                                    **Billing Inquiries:**
**58-0946915**                                                                          **404-885-2508**


Hologenix, LLC                                  Invoice Date                              04/30/25
Attn: Seth Casden                               Submitted by                              S  Stabe
1112 Montana Avenue                             Direct Dial                          949-622-2736
Suite 13                                        Invoice No.                           131962697
Santa Monica, CA 90403                          Firm Ref. No.                            242806

---

Total Amount of This Invoice                    $16,265.36

REMITTANCE

| **ACH Payments** | **Lockbox Address** | **Wire Payments** |
|---|---|---|
| **Wells Fargo Bank, N.A., Atlanta, Georgia** | **Troutman Pepper Locke LLP** | **Wells Fargo Bank, N.A., Atlanta, Georgia** |
| **ACH/ABA #061000227** | **P.O. Box 933652** | **WIRE/ABA #121000248** |
| **To Credit Troutman Pepper Locke LLP** | **Atlanta, Georgia 31193-3652** | **To Credit Troutman Pepper Locke LLP** |
| **Operating Account #2052700305792** | **Reference Attorney: Susan  Stabe** | **Operating Account #2052700305792** |
| **Reference Attorney: Susan  Stabe** | **Reference Client: 242806** | **Reference Attorney: Susan  Stabe** |
| **Reference Client: 242806** | | **Reference Client: 242806** |
| | | **From International Locations please add** |
| | | **Swift Address/Code: WFBI US 6S** |

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | |
|---|---|
| Hologenix, LLC | |
| Attn: Seth Casden | |
| 1112 Montana Avenue | |
| Suite 13 | |
| Santa Monica, CA 90403 | |

| | |
|---|---|
| Invoice Date | 07/30/25 |
| Submitted by | S  Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 132025879 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/25 | $2,860.00 |
| Costs and Expenses Through 06/30/25 | $2,586.73 |
| **Total Amount of This Invoice** | **$5,446.73** |

Troutman Pepper Locke LLP, a Georgia limited liability partnership

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000001
Page 2



Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/09/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 04/14/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 04/20/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 04/26/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 04/30/25 | B Watson | Correspondence with S. Stabe re trademark watch service of CELLIANT mark | 0.1 | 66.00 |
| 05/05/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark and correspond with A. Padgett re same | 0.2 | 132.00 |
| 05/10/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 05/16/25 | B Watson | Review trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 05/23/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 05/30/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 06/08/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.3 | 198.00 |
| 06/09/25 | B Watson | Correspondence to client re SELLIA application in China and recommendations regarding potential action related to same | 0.3 | 198.00 |
| 06/10/25 | B Watson | Review correspondence from client re cost and likelihood of success in pursuing challenge to SELLIA mark in China and correspond with Chinese associate re same | 0.3 | 198.00 |
| 06/11/25 | B Watson | Review correspondence from Chinese foreign associate re potential opposition of SELLIA mark and correspond with Chinese foreign associate and client re recommendations related to same | 0.3 | 198.00 |
| 06/13/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence with client re review of mark in 3 years | 0.3 | 198.00 |
| 06/22/25 | B Watson | Review and analyze trademark watch service results for | 0.2 | 132.00 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000001
Page 3



Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | CELLIANT mark | | |
| 06/27/25 | S Falloon | Email to client regarding the approaching vulnerability date for Hologenix LLC | 0.4 | 176.00 |
| 06/30/25 | B Watson | Begin reviewing and analyzing trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| | | Total: | 3.6 | 2,288.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |
| Watson, Brooke R. | 660.00 | 3.2 | 2,112.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/25**

| Description | Amount |
|-------------|--------|
| Professional Services | 2,413.00 |
| Total: | 2,413.00 |

| | Total Fees & Costs: | $4,701.00 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000006
Page 4



Hologenix, LLC

CELLIANT Cl. 5, 10, 18, 20, 22(JP)TM-App

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/25**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 173.73 |
| Total: | 173.73 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000015
Page 5



Hologenix, LLC

TM App - CELLIANT (Logo) (BR)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 04/10/25 | S Falloon | Receive and review reminder from counsel in Brazil regarding approaching renewawl deadlines for the CELLIANT logo in Class 5, 22, 25, 24, 23 and 20; prepare status report and email to Seth Casden reporting and requesting instructions regarding the same | 0.3 | 132.00 |
| | | Total: | 0.3 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000035
Page 6



Hologenix, LLC

CELLIANT & Design - Cl. 20 (NG-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 04/21/25 | S Falloon | Review file history and email to counsel in Nigeria requesting an update on the Certificates of Registration for CELLIANT & Design | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000072
Page 7



Hologenix, LLC

CELLIANT (MY-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/10/25 | S Falloon | Review file history and email to counsel in Malaysia requesting an update on the application to register CELLIANT | 0.2 | 88.00 |
| 05/05/25 | S Falloon | Review file history and email to counsel in Malaysia requesting an update on the application to register CELLIANT | 0.2 | 88.00 |
| | | Total: | 0.4 | 176.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000083
Page 8



Hologenix, LLC

CELLIANT (in Kanji) - Cl. 18, 22, 23…(JP

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/13/25 | S Falloon | Email to Seth Casden regarding the approaching vulnerability date for CELLIANT in Katakana | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Invoice Date 07/30/25
Invoice Number 132025879
File No. 242806.000085
Page 9



Hologenix, LLC

Domain name dispute: celliant.jp

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/01/25 | S Falloon | Receive and review communication from counsel in Japan confirming the renewal of the CELLIANT.JP domain and email to Seth Casden reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA  92618-4984

troutman.com



**troutman
pepper locke**

---

**Federal ID No.:**                                                                                          **Billing Inquiries:**
**58-0946915**                                                                                                **404-885-2508**

Hologenix, LLC                                        Invoice Date                              07/30/25
Attn: Seth Casden                                    Submitted by                              S  Stabe
1112 Montana Avenue                                  Direct Dial                          949-622-2736
Suite 13                                             Invoice No.                           132025879
Santa Monica, CA 90403                               Firm Ref. No.                            242806

---

Total Amount of This Invoice                    $5,446.73

| ACH Payments | Lockbox Address | Wire Payments |
|---|---|---|
| **Wells Fargo Bank, N.A., Atlanta, Georgia** | **Troutman Pepper Locke LLP** | **Wells Fargo Bank, N.A., Atlanta, Georgia** |
| **ACH/ABA #061000227** | **P.O. Box 933652** | **WIRE/ABA #121000248** |
| **To Credit Troutman Pepper Locke LLP** | **Atlanta, Georgia 31193-3652** | **To Credit Troutman Pepper Locke LLP** |
| **Operating Account #2052700305792** | **Reference Attorney: Susan  Stabe** | **Operating Account #2052700305792** |
| **Reference Attorney: Susan  Stabe** | **Reference Client: 242806** | **Reference Attorney: Susan  Stabe** |
| **Reference Client: 242806** | | **Reference Client: 242806** |
| | | **From International Locations please add** |
| | | **Swift Address/Code: WFBI US 6S** |

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!

**Exhibit 2**



**Areas of Focus:**

- Trademark + Copyright
- Intellectual Property
- Litigation + Trial
- Domain Name Litigation + UDRPs

Susan's practice focuses on foreign and domestic trademark prosecution, copyright prosecution, IP enforcement, opposition and cancellation actions, dispute resolution and advising clients with regard to licensing issues and intellectual property related agreements. She also advises clients on issues that arise in the areas of advertising and unfair competition. Susan's clients range from individuals and privately held businesses to publicly traded companies. The industries in which her clients do business include apparel, food service, food and beverage, retail, e-commerce, financial services, technology, medical device, real estate, aviation, sporting equipment, gaming, advertising, art, telecommunications, and home decor.

*Representative matters may include engagements before joining Troutman Pepper.*

## Related Practices and Industries

- Trademark + Copyright
- Intellectual Property
- Litigation + Trial
- Domain Name Litigation + UDRPs
- Beer, Wine + Spirits

**troutman**
**pepper**

## Speaking Engagements

- Speaker, "Navigating the IP Landscape: Intellectual Property Issues, Strategies, and Management for In-House Counsel," Troutman Pepper Webinar, October 25, 2023.

- Speaker, "Trademark Basics," *SBDC@UCI Beall Applied Innovation Incubator*, November 18, 2020.

- Moderator, "Whose Content Is It Anyway? IP Issues in Social Media," International Trademark Association (INTA) Roundtable, October 15, 2013

- "A New Age in Electronic Marketing," *Orange County Public Relations Association of America*, January 2004.

- "U.S. Accession to the Madrid Protocol," OCBA Intellectual Property Section, July 2003.

- "Taiwan and China's Accession to the World Trade Organization: A Trademark Perspective," *World Trade Center Association, Long Beach,* January 2002.

- "Domain Name Dispute Resolution," *OCBA Corporate Counsel Section,* January 2002.

## Publications

- Co-author, "Stay on the Inside Line: Recent Developments in Intellectual Property and Securities Laws," *Orange County Business Journal,* May 6, 2013.

- Co-author, "Are Design Patents Worth Getting?" *Orange County Business Journal,* July 2011.

- Co-author, "Intellectual Property Protection for the Apparel Industry," *Orange County Business Journal,* July 2010.

- Contributor, "Intellectual Property Update," *California Lawyer*, March 2003.

## Media Commentary

- Mentioned, "Credit Card Co. Can Register 'Follow The Leader', TTAB Rules," *Law360*, November 22, 2023.

## Professional and Community Involvement

- Orange County Bar Association

- International Trademark Association

- Board member, the Mission Hospital Foundation, 2013-2014

- Pro bono volunteer for Alliance for Children's Rights, 2014-present

- Board member, Mission Hospital Partners, 2006-2010
- Volunteer, Corpus Christi Catholic Church
- Board member, American Federation Pueri Cantores, 2004-2005

## Rankings and Recognitions

- *World Trademark Review*: WTR 1000 (2017-2018, 2023-2024)
- Named one of Southern California's "Rising Stars" in Intellectual Property by *Southern California Superlawyers Magazine* in 2007 and 2009
- Honored as Outstanding Community Volunteer for pro bono work by OneOC (2011)

## Bar Admissions

- California

## Court Admissions

- U.S. District Court, Central District of California

## Education

- University of San Diego School of Law, J.D., 1997
- University of California, Los Angeles, B.A., 1993



**Areas of Focus:**

- Intellectual Property
- Trademark + Copyright
- Domain Name Litigation + UDRPs
- Litigation + Trial

Brooke focuses her practice on intellectual property matters related to trademarks, copyrights, and trade secrets. She works with clients to protect their intellectual property, including clearance, registration, domestic and international portfolio management, licensing, and enforcement. In addition, Brooke has litigated intellectual property matters in federal court, as well as proceedings before the Trademark Trial and Appeal Board. Brooke also has experience handling intellectual property aspects of corporate transactions, including due diligence for mergers and acquisitions.

Brooke is a graduate of the University of North Carolina School of Law. During law school, Brooke served as a member of the *North Carolina Law Review*'s Executive Board as the publication editor. She was also a Dean's Fellow and a recipient of the Eugene Gressman and Daniel H. Pollitt Oral Advocacy Award. Prior to attending law school, Brooke worked as a paralegal at boutique intellectual property and civil litigation firms. Brooke earned her undergraduate degree from Duke University. While at Duke, Brooke was a four-year member of the cheerleading team.

*Representative matters may include engagements before joining Troutman Pepper.*

**Related Practices and Industries**

- Cannabis Industry
- Food + Beverage

- Marketing + Advertising

**Publications**

- Author, "Keep Adequate Distance Between Former Employees and Company Data," *Business Alabama*, April 16, 2021.

**Professional and Community Involvement**

- South Asian Bar Association of North America (2020-present)
- UNC Law Young Alumni Leadership Council, co-chair (2020-present)
- Duke Admissions Advisory Committee – Birmingham, chairperson (2019-present); prospective student interviewer (2016-present)

**Rankings and Recognitions**

- *Best Lawyers: Ones to Watch*: Litigation – Intellectual Property (2022-2025)

**Bar Admissions**

- Alabama
- North Carolina
- South Carolina

**Court Admissions**

- U.S. District Court, Northern District of Alabama
- U.S. District Court, Eastern District of North Carolina
- U.S. District Court, Western District of North Carolina
- U.S. Court of Appeals, Fourth Circuit

**Education**

- University of North Carolina School of Law, J.D., 2019, *North Carolina Law Review*
- Duke University, B.A., 2014

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Seventh Application Of Troutman Pepper Hamilton Sanders LLP, As Special Trademark And License Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Austin Padgett, Esq. In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel;gsalvato@ecf.inforuptcy.com
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com,
  ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com,
  millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com,
  yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com,
  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**:
On September 19, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Debtor***
Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 19, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
| *Date* | *Printed Name* | *Signature* |