RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:20-bk-13849-BR |
| | ) |
| HOLOGENIX, LLC, | ) Chapter 11 Case, Subchapter V |
| | ) |
| Debtor and Debtor in Possession. | ) |
| | ) **SEVENTH APPLICATION OF** |
| | ) **LEVENE, NEALE, BENDER, YOO &** |
| | ) **GOLUBCHIK L.L.P. FOR APPROVAL** |
| | ) **OF FEES AND REIMBURSEMENT OF** |
| | ) **EXPENSES; DECLARATION OF** |
| | ) **JOHN-PATRICK M. FRITZ, ESQ. IN** |
| | ) **SUPPORT THEREOF** |
| | ) |
| | ) <u>Hearing</u>: |
| | ) Date:  October 14, 2025 |
| | ) Time:  10:00 a.m. |
| | ) Place: Courtroom 1668 |
| | )         255 East Temple Street |
| | )         Los Angeles, CA 90012 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Hologenix, LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case, hereby respectfully submits its *Seventh Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. for Approval of Fees and Reimbursement of Expenses* (the "Application") covering October 1, 2024, through July 31, 2025 (the "Covered Period").

I.     **FEES AND EXPENSES INCURRED AND NOTICE**

A. **Request for Approval of All Fees and Reimbursement of Expenses**

At the outset of this case, LNBYG agreed with the Debtor to voluntarily cap LNBYG's hourly rate at $500. The exhibits to this Application reflect the normal hourly billing rates for LNBYG. However, when the capped $500 hourly rate is applied, the resulting fee request is for $245,546.50 in fees and $33,336.56 in costs for a total sum of $278,883.06 for the Covered Period.

Because LNBYG's hourly rates are greater than or less than $500 depending on the professional, the following chart is used throughout the fee application to calculate the application of the capped rate discount in total and by category:

**Total for the Covered Period**

| Person | Hours | Rate | Total |
|--------|-------|------|-------|
| BRY | 1.1 | $500.00 | $550.00 |
| CTP | 10.4 | $500.00 | $5,200.00 |
| DAMON | 8.7 | $300.00 | $2,610.00 |
| JK | 58.6 | $300.00 | $17,580.00 |
| JNT | 62.4 | $500.00 | $31,200.00 |
| JNT0 | 4.4 | $0.00 | $0.00 |
| JPF | 269.1 | $500.00 | $134,550.00 |
| JYO | 3.5 | $500.00 | $1,750.00 |
| KR | 85.6 | $500.00 | $42,800.00 |
| MGD | 2.8 | $500.00 | $1,400.00 |
| RM | 1.2 | $500.00 | $600.00 |

| | | | |
|---|---|---|---|
| RMC | 8.7 | $495.00 | $4,306.50 |
| RMC | 6 | $500.00 | $3,000.00 |
| Totals | 522.5 | | $245,546.50 |

If LNBYG had not voluntarily capped its hourly rate at $500, the total fees would have been $340,839.50.  Because of LNBYG's voluntary cap, the Debtor's estate enjoyed a total savings of $95,293.00, which calculates as a total fee discount of approximately 27.96% during the Covered Period.

Pursuant to Local Bankruptcy Rule 2016-1, by this Application, LNBYG requests that this Court approve the foregoing fees and expenses and authorize the Debtor to pay them to LNBYG.

**B.  Prior Fee Applications**

The Debtor filed its voluntary bankruptcy petition in the late evening hours of April 22, 2020 (the "Petition Date").  On November 23, 2020, LNBYG filed its first fee application, covering the dates of April 23, 2020, through November 11, 2020, during which LNBYG rendered 690.3 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $327,129.00 in fees and $16,003.07 in costs for a total sum of $343,132.07. The first fee application was heard and approved on December 15, 2020, with an order entered on December 16, 2020.

On August 3, 2021, LNBYG filed its second fee application, covering the dates of November 12, 2020, through June 30, 2021, during which LNBYG rendered 390.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $189,194.00 in fees and $13,606.65 in costs for a total sum of $202,800.65.  The second fee application was heard and approved on August 24, 2021, with an order entered on August 26, 2021.

On April 12, 2022, LNBYG filed its third fee application, covering the dates of July 1, 2021, through March 31, 2022, during which LNBYG rendered 739.7 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $351,890.00 in fees

and $12,939.70 in costs for a total sum of $364,829.70.  The third fee application was heard and approved on May 3, 2022, with an order entered on May 11, 2022.

On November 7, 2022, LNBYG filed its fourth fee application, covering the dates of April 1, 2022, through October 31, 2022, during which LNBYG rendered 1,003.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $478,150.00 in fees and $26,673.61 in costs for a total sum of $504,823.61.  The fourth fee application was heard and approved on November 29, 2022, with an order entered on December 1, 2022.

On November 21, 2023, LNBYG filed its fifth fee application, covering the dates of November 1, 2022, through September 30, 2023, during which LNBYG rendered 329.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $143,349.00 in fees and $7,116.11 in costs for a total sum of $150,465.11.  The fifth fee application was heard and approved on December 12, 2023, with an order entered on January 5, 2024.

On November 22, 2024, LNBYG filed its sixth fee application, covering the dates of October 1, 2023, through September 30, 2024, during which LNBYG rendered 567.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $276,368.00 in fees and $25,629.10 in costs for a total sum of $301,997.10.  The sixth fee application was heard and approved on December 17, 2024, with an order entered on December 26, 2024.

### C.  Proper Notice

Pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and LBR 2016-1(c)(3), LNBYG served notice of, *inter alia*, this Application, the hearing on this Application, the amount of fees and expenses sought herein, and the dates of the Covered Period upon the Office of the United States Trustee (the "OUST"), the Subchapter V Trustee, the Debtor, the 20 largest unsecured creditors, all other creditors of this estate, all parties who have requested special notice, and all other known parties in interest.  Pursuant to Local Bankruptcy Rule 2016-1(a),

LNBYG served notice of the fee application hearing to all estate professionals and all NEF recipients on July 30, 2025, providing more than 45 days' notice of the hearing date.

## II.   THE APPLICATION COMPLIES WITH LBR 2016-1

### A. Brief Narrative History and Present Posture of the Case

### 1. Description and History of the Debtor's Business and a Summary of the Circumstances that Led to the Filing of the Debtor's Chapter 11 Case

1.      The Debtor was formed as a Delaware limited liability company in 2002.

2.      The Debtor is a Los Angeles based company with its main office in Los Angeles, California, and has approximately 23 employees and independent contractors.

3.      The Debtor's business is the scientific development and manufacture of a product for use in various consumer products, including, but not limited to, athletic wear, athleisure wear, and bedding.

4.      The Debtor's primary product is "Celliant," which is a thermo-reactive ceramic mineral compound that when applied or embedded into textiles generates Infrared radiation (IR) to improve the health and wellness of the user.

5.      The Debtor holds several registered patents in the United States Patent and Trademark Office ("USPTO") for Celliant and the Debtor's other products.

6.      The Debtor has multiple major commercial clients that purchase Celliant and other products to use in their athletic wear and other products, which are then sold through various regular channels of commerce to the consumer public.

7.      The Debtor's contracts with these commercial manufacturers are for various lengths of time longer than a month-to-month or per-order basis.

8.      The path from production to consumer and ultimate payment to the Debtor is a multistep process that takes over a year and sometimes 18+ months: (1) the Debtor signs a commercial contract with a commercial manufacturer; (2) the Debtor provides Celliant to the commercial manufacturer; (3) but often the Celliant is sent to the commercial manufacturer's third-party apparel/product manufacturer, often in another country; (4) the third-party

manufacturers the end product using Celliant and the commercial manufacturer's brand and specifications; (5) the product goes to the consumer market; (6) if consumers buy the product in which Celliant is used, (7) then a portion of those sale proceeds is paid to the Debtor. The portion of the sale funds allocated to the Debtor can be significantly reduced if the commercial manufacturer decides to steeply discount its products in any number of ways, such as back-to-school sales, after-Christmas sales, or clearance sales.

9.    The Debtor had been in the growth phase of its business for 2017, 2018, and 2019, when a confluence of several events led to this current bankruptcy filing.

10.    On February 28, 2019, one of the Debtor's competitors, Multiple Energy Technologies, LLC ("MET") filed its lawsuit titled "Multiple Energy Technologies, LLC v. Hologenix, LLC" in the United States District Court for the Central District of California, bearing case number 2:19-cv-1483-PA-RAO (the "MET Lawsuit").

11.    MET alleged violations of the federal Lanham Act, including that the Debtor had made false or misleading statements about the benefits of Celliant compared to other bioceramics, such as the one produced by MET. MET also alleged that the Debtor's statements constituted intentional interference with economic advantage and/or negligent interference with prospective economic advantage.

12.    On April 12, 2019, the Debtor answered and filed counterclaims in the MET Lawsuit. On March 6, 2020, the Debtor and MET voluntarily entered into a settlement (the "MET Settlement") prior to trial or adjudication of any issue of law or fact. Pursuant to the MET Settlement, MET had a claim for $2,500,000. The Debtor timely made one payment of $100,000 prior to the Petition Date, and, as of the Petition Date, $2,400,000 remained owing to MET as a general unsecured claim.

13.    The MET Lawsuit and MET Settlement by themselves would not have resulted in the Debtor's bankruptcy filing, but a series of other adverse events quickly unfolded in short succession thereafter, and the aggregate of all of these events put serious liquidity constraints on the Debtor's business.

14.    On or about March 15, 2020, the City of Los Angeles and then the State of California declared a state of emergency with shelter in place orders, business across the city, the state, and many financial and business centers across the United States came to a near total standstill as the nation was gripped by the COVID-19 crisis.

15.    The Debtor was expecting a large accounts receivable payment from its largest merchant contract, Under Armour, when Under Armour informed the Debtor that it would not pay the account receivable for at least 90 days. The Debtor was relying on that accounts receivable payment to pay its cash flow needs for regular operating expenses, and without that payment, the Debtor will have to obtain new financing to keep operations running.

16.    On April 16, 2020, Under Armour sent to the Debtor a letter making demand for indemnification in connection with a class action lawsuit threatened by a plaintiff and plaintiff law firm against Under Armour for public statements that Under Armour made about its products that use Celliant (though no formal complaint was lodged against the Debtor).  The plaintiff and plaintiff lawyer cited to the MET Lawsuit in its allegation letter against Under Armour.

17.    Based on the state of world health and economic affairs, the global recession would have a material impact on the Debtor's accounts receivable collection and future revenue projections for many months.  The Debtor is part of a global commercial manufacture and consumer sales supply chain (as demonstrated and explained above), and the closing of commercial factories at one end and consumer retail shopping stores at the other end, as well as the disrupted logistical transport system in between, would negatively impact and slow the Debtor's business for at least the next several months, if not years.

18.    The Debtor determined in its reasonable business judgment that it was in the best interest of its estate to file this current bankruptcy case to preserve the going-concern value of its business and save the jobs of its employees.

**2.  Significant Events During the Early Period of the Bankruptcy Case Prior to the Covered Period**

19.    The Debtor filed its voluntary petition commencing this bankruptcy case on April 22, 2020.

20.    On April 23, 2020, the United States Trustee (the "UST") appointed Gregory K. Jones, Esq. as the subchapter V trustee (the "Trustee").

21.    On June 1, 2020, MET filed a motion seeking to dismiss the Debtor's bankruptcy case or, in the alternative, granting relief from the automatic stay to have a dispute determined by the District Court (specifically, to bring a motion for contempt) related to the prepetition MET Lawsuit and MET Settlement [ECF 77, 78, and 79].  (MET made its motion to dismiss on an *ex parte* basis for the specific stated purpose of attempting to dismiss the case without a hearing the day before the Debtor was expected to file its plan.)

22.    On June 2, 2020, the Debtor filed its chapter 11 plan (the "2020 Plan") [ECF 83], notice of the Plan, confirmation hearing, and applicable deadlines [ECF 85], and motion in support of Plan confirmation (the "Confirmation Motion") [ECF 86].

23.    On June 2, 2020, the Court *sua sponte* denied MET's *ex parte* request for relief and set the motion for hearing on regular 21-day notice for June 23, 2020, instructing MET to give notice as required.  [ECF 80].

24.    On June 9, 2020, the Debtor timely filed its opposition, and pointed out, among other issues, the due process infirmities of MET having failed to serve MET's motion on all creditors. [Doc. Nos. 105, 106, 107, and 108].

25.    On June 11, 2020, the Court entered its order rescheduling the hearing on MET's motion for July 7, 2020, and instructed MET to fix MET's various procedural errors.  [ECF 115].

26.    On June 16, 2020, MET re-filed its motion in conformity with local rules and split its request for relief into a motion seeking dismissal of the case (the "2020 MTD") [ECF 123] and a motion for relief from stay using required local form F 4001-1 (the "RFS Motion") [ECF 124].  On June 30, 2020, MET filed its first objection to the Debtor's plan [ECF 145].

27.     On July 7, 2020, the Court held a hearing and granted the RFS Motion, and continued the 2020 MTD to trail with the hearing on the Debtor's plan confirmation.  On August 31, 2020, the District Court issued its order denying MET's motion for contempt.

28.     On October 6, 2020, the Court held a hearing and denied MET's 2020 MTD and confirmed the Debtor's plan.  The orders were signed on October 28, 2022.  On November 2, 2020, MET appealed plan confirmation, and on November 12, 2020, MET appealed the 2020 MTD.  Eleven months passed, and, on September 27, 2021, the District Court issued its decision vacating and remanding (but not reversing) the two orders.  ECF 420 & 421.

29.     At a status conference held on November 16, 2021, the Debtor and MET agreed to withdraw the 2020 Plan and MET's 2022 MTD, mooting the appeals on remand.  ECF 432.  The Court set a briefing schedule for plan confirmation and instructed the Debtor to file its new plan by no later than January 4, 2022.

30.     The Debtor timely filed its new chapter 11 reorganization plan on January 4, 2022 (the "2022 Plan") supported by a motion for confirmation, declaration of Seth Casden, declaration of expert Howard Grobstein and expert report, and accompanying pleadings in support.  The 2022 Plan was set for confirmation hearing on February 15, 2022, in accordance with the Court's scheduling order from the November 16, 2021, status conference.

31.     Just before midnight, on January 25, 2022 (at 11:23 p.m.), MET filed its second motion to dismiss the bankruptcy case [ECF 467] (the "2022 MTD"), barely making the filing deadline to have the motion heard concurrently with the 2022 Plan on February 15, 2022.  ECF 467.  The next morning, on January 26, 2022 (at 11:46 a.m.), MET filed an emergency motion to delay the Debtor's 2022 Plan confirmation hearing and conduct discovery on the 2022 Plan.  ECF 473.  On February 1, 2022, over the Debtor's objection, the Court granted MET's emergency motion and rescheduled the Debtor's plan confirmation and MET's 2022 MTD for hearing on March 15, 2022.

32.     On February 10, 2022, MET filed an emergency motion to compel production on plan confirmation discovery.  ECF 491.  The Court set that emergency motion for an initial

hearing on February 15, 2022.  At the February 15, 2022, hearing, the Court set the motion to compel discovery for a continued hearing on March 15, 2022, and further informed the Debtor that the March 15, 2022, hearing would be treated as a status scheduling hearing on the Debtor's 2022 Plan and MET's 2022 MTD.

33.    At a hearing held on March 15, 2022, the Court granted MET derivative standing to bring certain avoidance actions under §§ 544, 547, 548, and 549, approved in part and disapproved in part the Debtor's requests for insider compensation of its CEO and board members, made certain discovery rulings, ordered that certain documents related to privilege logs be submitted for *in camera* review, and set a continued hearing on discovery for May 3, 2022, at 2:00 p.m.

34.    At the continued hearing to compel discovery on May 3, 2022, the Debtor reported that it had provided all of the information ordered by the Court in discovery, and the Court ruled on the *in camera* privilege logs and confidential documents.  The Debtor requested that the Court set a hearing on plan confirmation, but the Court stated that it would not do so without (A) the consent of MET, or (B) a noticed motion and hearing over MET's objection. MET did not consent to setting a plan confirmation hearing and stated that it wanted to review the most recent document production and possibly conduct more discovery.  On May 3, 2022, the Court also heard and granted interim fee applications that were unopposed.

35.    With no plan confirmation hearing on calendar, and reaching no agreement with MET on discovery, the Debtor filed a motion for authorization to assume its executory contract with its CEO (more than two years in the case, and arguably past the reasonable time for assumption as required by the Bankruptcy Code).  MET objected and in that objection chided the Debtor for going more than two years without a confirmed plan and further criticized the Debtor for attempting to assume the CEO's contract prior to plan confirmation.  The Debtor replied that it had been trying to confirm its plan since the original plan confirmation hearing set for February 15, 2022, but could not do so because of MET's refusal to agree to a hearing date.

36.     At a hearing on a status conference and the motion to assume the contract on June 7, 2022, the Court did not grant the motion to assume contract but *sua sponte* set June 21, 2022, as the deadline for the Debtor to file a modified plan, with a briefing schedule where MET's plan opposition would be due on July 19, 2022, and the plan confirmation hearing would be on August 9, 2022, with the 2022 MTD and the executory contract motion to be heard concurrently on August 9, 2022.

37.     On June 21, 2022, the Debtor filed its modified plan (the "Modified Plan"), supported by a confirmation motion, declaration by me, its CEO, Seth Casden, and expert witness declaration. ECF 657, 658, 660, 661. MET propounded another round of contested plan confirmation discovery, to which the Debtor responded, and MET took the depositions of Seth Casden and the Debtor's expert witness. On July 19, 2022, MET filed its opposition to the Modified Plan. ECF 700. The Debtor completed its expert discovery against MET within a two-week period and filed its reply papers on August 2, 2022. The details of the contested plan confirmation are discussed in greater detail below, and ultimately, the Court confirmed the Debtor's plan on August 10, 2022.

38.     On July 26, 2022, the Debtor filed its opposition to MET's 2022 MTD, and MET filed its reply papers on August 2, 2022. Ultimately, the Court denied MET's 2022 MTD.

39.     During April 2022, the Debtor filed a preference complaint against MET for return of $100,000 cash payment. In April, MET used the derivative standing granted by the Court to file a voidable transfer lawsuit against numerous of the Debtor's insiders to (A) avoid secured creditors' liens, (B) recover post-petition cash payments to board members, (C) recover post-petition cash payments to the Debtor's CEO, and (d) recover a small amount of pre-petition cash payments to one board member. The Debtor quickly obtained return of the board members' funds to the estate, though MET did not  dismiss those board members from the lawsuit at that time. The Debtor negotiated a settlement the insider lien holders to void their liens, but MET would not agree to one provision of the settlement.

40.     After the Court continued the hearing on the Debtor's motion to assume the CEO's executory contract (which would have required a cure payment), the Debtor proposed a settlement for a repayment schedule by the CEO.  Shortly thereafter, MET filed a motion for an OSC for contempt against the CEO for not immediately repaying the post-petition transfer funds, even though there still remained a dispute as to how much was required to be repaid, and that there was no payment date or schedule set.  The two matters tracked together, and at the same hearing, the Court denied MET's motion for an OSC, the Court denied the Debtor's proposed settlement for a repayment plan, and the Court set August 8, 2022, as the deadline for the CEO to repay the funds (the day before the plan confirmation hearing).  The Debtor timely filed notice of repayment of all the funds on August 8, 2022.

41.     On August 9 and 10, 2022, the Court held a two-day live hearing with live cross-examination of fact and expert witnesses.  The Court confirmed the June 21, 2022, Plan, denied MET's 2022 MTD, granted the Debtor's motion to cure and assume the CEO's executory employment contract, granted the Debtor's motion to approve lien avoidance settlement with the Debtor's insiders, and granted the Debtor's motion for a prepetition cash transfer repayment by the CEO back to the Debtor.

42.     The case did not end there, though.  Due to the complex issues and extensive record, it took three weeks to prepare the plan findings and orders, another two weeks for MET to file its competing order objections, yet another two weeks for the Debtor to prepare its reply on those competing orders, and two more weeks after that until the orders and findings were signed on October 12, 2022.

43.     As expected, MET appealed three orders – the plan, the 2022 MTD, and the executory contract assumption – the next day on October 13, 2022.  Accordingly, it was of importance that it took a combined nine weeks after the hearing on August 10, 2022, to the signing of the orders and findings, which were extensive.  The Debtor had pointed out in its competing order reply papers that MET had attempted to sabotage the findings and orders so as to make them reversible on appeal on their face.  The Bankruptcy Court denied MET's motion

for a stay pending appeal of the plan confirmation order, but the District Court granted a stay pending appeal.

44.    In addition to the competing orders and findings and notices of appeal, the preference lawsuit against MET also continued, and the Debtor prepared and filed a motion for summary judgment ("<u>MSJ</u>") for the recovery of the $100,000 from MET, which the Bankruptcy Court granted over MET's opposition.  The Bankruptcy Court granted MET's motion to allow a late appeal, but denied MET's motion for a stay pending appeal, and MET caused a third-party entity called "Hollow Tree LLC" to pay to Debtor $100,000.

45.    In the bankruptcy case, the estate professionals filed their interim fee applications in November 2023, and the Court heard and granted those applications on December 12, 2023. ECF 904-916.

46.    On March 15, 2024, the Debtor and MET stipulated to modify the automatic stay for the Debtor to respond to MET's Rule 2004 examination related to Seth Casden's personal chapter 11 bankruptcy case.  ECF 939, 941.

47.    On March 25, 2024, the Debtor filed its application not employ Fisher & Phillips LLP as its special labor and employment counsel, which was granted without opposition.  ECF 943. 953.

48.    On or about April 1, 2024, the District Court entered its order and decision reversing and remanding the bankruptcy court's orders and judgments on (1) the Plan confirmation order; (2) the order denying MET's 2022 MTD; (3) the order approving the assumption of the executory employment contract with Seth Casden; and (4) the judgment on the $100,000 preferential payment by Debtor to MET.  ECF 946-948.

49.    On the plan appeal, MET raised seven (7) issues, but the District Court did not rule on any of the seven (7) issues, but instead provided a ruling on the interpretation of "fair and equitable" under 11 U.S.C. §§ 1191(b) and (c) that was not argued by either side at the plan confirmation hearing nor ever raised by MET as an issue on appeal.

50.    The District Court has reversed and remanded plan confirmation based on the word "includes" in the statutory text of 11 U.S.C. § 1191(b) and (c) as meaning that the sole limitation on "fair and equitable," is that a debtor must provide "all" which means "100%" of projected disposable income for a period of between three to five years, and thereafter the bankruptcy court is free to add whatever else the court deems appropriate to reach "fair and equitable," seemingly without limit and going on for an unspecified number of years.  *See*, Appellate Order [DC ECF 97] at 4:6- 6:13. "[Section] 1191(c)(2)(A) does not prohibit the provision of some amount of disposable income that is less than 100% after five years; that is, a plan could require 100% of debtor's disposable income in years one through five, 75% in years six through eight, and so on."  *See*, Appellate Order [DC ECF 97] at 4:6- 6:13.

51.    On April 23, 2024, the Debtor and MET filed a joint status report in the bankruptcy case, and Debtor indicated that it would appeal the District Court's decision to the Ninth Circuit, or, alternatively, provide the bankruptcy court with briefing related to the Plan and the new issue raised by the District Court's decisions, or, alternatively, propose a modified plan.

52.    On May 1, 2024, the Debtor filed its appeals to the Ninth Circuit on the District Court's decision for: (1) the plan confirmation order; (2) the order assuming Mr. Casden's executory employment contract; and (3) the judgment for the $100,000 preference paid to MET. ECF 957, 958, 959.

53.    The Debtor filed a motion with the District Court seeking District Court permission to prosecute appeals from the District Court to the Ninth Circuit to the extent that the District Court's orders were interlocutory, not final.  MET filed an opposition, the Debtor replied, and the District Court took the matter under submission on July 2, 2024.

54.    The Ninth Circuit issued orders in each case requiring the Debtor to file statements of jurisdiction with respect to the finality of the District Court's orders.  Each Ninth Circuit order stayed all briefing in the respective appeals pending a decision on the jurisdiction question.  The Debtor and MET filed their respective jurisdiction statements.  The Ninth Circuit and District Court would not issue an order on appellate jurisdiction until March of 2025.

55.    On May 7, 2024, the Bankruptcy Court held a status conference on the chapter 11 bankruptcy case to discuss the status of the case and the appeals, which was continued to September 17, 2024.

56.    On June 18, 2024, MET filed a motion to appoint a chapter 11 trustee or, in the alternative, convert the Debtor's case to chapter 7.  MET filed a similar motion in Mr. Casden's personal chapter 11 bankruptcy case at substantially the same time for hearing at substantially the same time.  The Debtor filed its opposition.

57.    On September 17, 2024, the Court held hearings on the chapter 11 status conference and MET's motion to appoint a chapter 11 trustee or convert to chapter 7.  The Court denied MET's motion and continued the status conference to November 19, 2024.

**3.  Significant Events During the Covered Period**

58.    The most significant events during the Covered Period were the filing of interim fee applications, briefing of the multiple appeals before the Ninth Circuit on the three appeals, and the preparation of monthly operating reports and status conference reports pending the outcome of the appeals, as discussed in greater detail below.

**B.  Date of Entry of Order Approving LNBYG's Employment and Date Services Commenced**

On May 5, 2020, the Debtor filed its application to employ LNBYG as general bankruptcy counsel [ECF 45] and served notice the same day [ECF 46].

On June 3, 2020, the Court entered an order approving the Debtor's application to employ LNBYG as bankruptcy counsel, effective as of the Petition Date. [ECF 80].

**C.  Fees and Expenses Previously Requested**

This is LNBYG's seventh request for fees and expenses in this case.  Please see section I.B of this Application above for details of the previous fee applications and orders thereon.

**D.  Source and Amount of Cash Available to Pay LNBYG's Allowed Fees and Expenses**

LNBYG is informed that, according to the Debtor's monthly operating report, as of July 31, 2025, the Debtor had approximately $441,193.38 in its debtor-in-possession bank account. LNBYG is not holding any retainer for the Debtor.  LNBYG has agreed to defer payment of its fees over a reasonable period of time.

**E. Brief Narrative Statement of Services Rendered and Time Expended, Fees Charged for Each Category, and Benefits to the Estate During the Covered Period.**

When recording its time, LNBYG places all time entries for fees into various categories, consisting of: (1) Asset Analysis and Recovery, (2) Asset Disposition, (3) Business Operations, (4) Case Administration, (5) Claims Administration and Objections, (6) Employee Benefits/Pensions, (7) Fee/Employment Applications, (8) Fee/Employment Objections, (9) Financing, (10) Relief From Stay, (11) Meetings of Creditors, (12) Plan and Disclosure Statement, (20) Other Litigation, (92) Preference Actions, and (99) Miscellaneous.  Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category.  LNBYG therefore does its best to place time entries into categories which accurately reflect the work performed.

**1.    Asset Analysis and Recovery (01)**

LNBYG did not expend any hours on service in this category during the Covered Period.

**2.    Asset Disposition (02)**

LNBYG did not expend any hours on service in this category during the Covered Period.

**3.    Business Operations (03)**

Time in this category included services rendered by LNBYG to prepare the Nintch Circuit appellate briefs on MET's appeal of the Bankruptcy Court's order granting the assumption of the executory contract employment agreement between the Debtor and Seth Casden. LNBYG rendered and actual and necessary benefit to the estate because the Debtor prevailed on the contract assumption issue in the Bankruptcy Court, but which was reversed on

appeal by the District Court, and required appeal to the Ninth Circuit on the issue, and the Debtor requires the services of its CEO to continue to operate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JPF | 56.1 | $500.00 | $28,050.00 |
| Totals | 56.1 | | $28,050.00 |
| Percentage | 10.74% | | |

### 4.    Case Administration (04)

Timing in this category included LNBYG's services related to preparing and filing monthly operating reports (including redaction and discovery production of un-redacted versions on a highly confidential basis), preparing status reports, preparing for and attending status conference hearings, monitoring activities in the bankruptcy case of Seth Casden for potential consequences in Debtor's estate, and generally addressing the administrative legal matters of the Debtor's chapter 11 case.  LNBYG provided an actual and necessary benefit to the estate because the Debtor needed to address its normal duties of filing monthly reports and administer its estate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| DAMON | 2.4 | $300.00 | $720.00 |
| JK | 21.2 | $300.00 | $6,360.00 |
| JNT | 3.9 | $500.00 | $1,950.00 |
| JPF | 3.4 | $500.00 | $1,700.00 |
| KR | 13.5 | $500.00 | $6,750.00 |
| RM | 1.0 | $300.00 | $300.00 |
| Totals | 45.4 | | $17,780.00 |
| Percentage | 8.69% | | |

### 5.    Claims Administration and Objections (05)

LNBYG did not render any services in this category during the Covered Period.

### 6.    Employee Benefits/Pensions (06)

LNBYG did not render any services in this category during the Covered Period.

### 7.    Fee/Employment Applications (07)

Time in this category includes, but is not limited to, efforts by LNBYG to (1) advise the Debtor on the employment of professionals in this case; and (2) prepare fee applications and orders thereon for the Debtor's various estate professionals.   LNBYG's services rendered an actual and necessary benefit to the estate in that the Debtor's business (though small) requires a team of sophisticated and specialized counsel and accountants to adequately address patent, trademark, corporate, litigation, and tax matters, and LNBYG's services were necessary to guide the Debtor and its professionals through the bankruptcy approval process and maintain the value and going concern of the Debtor's business.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|--------|-------|------|-------|
| CTP | 10.4 | $500.00 | $5,200.00 |
| DAMON | 6.3 | $300.00 | $1,890.00 |
| JK | 0 | $295.00 | $0.00 |
| JK | 1.7 | $300.00 | $510.00 |
| JNT | 6.7 | $500.00 | $3,350.00 |
| JPF | 10.8 | $500.00 | $5,400.00 |
| JYO | 3.5 | $500.00 | $1,750.00 |
| KR | 30.7 | $500.00 | $15,350.00 |
| LC | 0 | $250.00 | $0.00 |
| LLS | 0 | $500.00 | $0.00 |
| RM | 0.2 | $300.00 | $60.00 |
| RMC | 8.7 | $495.00 | $4,306.50 |
| RMC | 5.9 | $500.00 | $2,950.00 |
| TMA | 0 | $500.00 | $0.00 |

| | | | |
|---|---|---|---|
| Totals | 84.9 | | $40,766.50 |
| Percentage | 16.25% | | |

### 8.    Fee/Employment Objections (08)

LNBYG did not render any services in this category during the Covered Period.

### 9.    Financing (09)

LNBYG did not render any services in this category during the Covered Period.

### 10.    Relief from Stay (10)

Time in this category represents LNBYG's services to analyze MET's motion for relief from stay to bring a contempt motion against the Debtor in District Court, prepare an opposition thereto, and appear and be heard at the hearing thereon.    LNBYG's services rendered an actual and necessary benefit to the estate because the litigation with MET in the District Court and consequences of contempt hearings could have important implications for the Debtor's business and estate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JPF | 3.6 | $500.00 | $1,800.00 |
| KR | 37.3 | $500.00 | $18,650.00 |
| Totals | 40.9 | | $20,450.00 |
| Percentage | 7.83% | | |

### 11.    Meeting of Creditors (11)

LNBYG did not render any services in this category during the Covered Period.

### 12.    Plan and Disclosure Statement (12)

LNBYG's services in this category included services to brief the appeal of the plan confirmation order to the Ninth Circuit.    MET's appeal of the Bankruptcy Court's plan

confirmation order was particularly complex because the appeal involved seven issues on appeal, and, the District Court reversed and remanded based on eighth issue of law that it raised *sua sponte* that neither MET nor Debtor had raised at trial or on appeal.  That new issue raised by the District Court was highly complex because it involved a novel issue of law on the interpretation of 11 U.S.C. § 1191(c), for which there is no guiding case law, and which required an extensive analysis of many decades of evolution of small business reorganization bankruptcy jurisprudence.

All of the foregoing services rendered by LNBYG provided an actual and necessary benefit to the estate in preserving the hard-fought and won confirmation of Debtor's chapter 11 plan in a highly complex and highly contested matter.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JPF | 191.6 | $500.00 | $95,800.00 |
| KR | 0.7 | $500.00 | $350.00 |
| Totals | 192.3 | | $96,150.00 |
| Percentage | 36.80% | | |

### 13.    Litigation (20)

Time in this category includes LNBYG's services to brief MET's appeal of the MSJ judgment against MET for return of the $100,000 preference payment to the Ninth Circuit.  Time in this category also includes LNBYG's services to analyze other litigation issues related to the Debtor, including, but not limited to, bankruptcy court and district court litigation between MET and Seth Casden. LNBYG's services rendered in this category provided actual and necessary benefits to the estate in defending the Debtor on multiple litigation matters and pursuing the recovery of an important asset of the estate, and staying apprised of litigation that could have substantial and material consequences for the estate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| BRY | 1.1 | $500.00 | $550.00 |
| JK | 35.7 | $300.00 | $10,710.00 |
| JNT | 51.8 | $500.00 | $25,900.00 |
| JNT0 | 4.4 | $0.00 | $0.00 |
| JPF | 3.6 | $500.00 | $1,800.00 |
| KR | 3.4 | $500.00 | $1,700.00 |
| MGD | 2.8 | $500.00 | $1,400.00 |
| RMC | 0.1 | $500.00 | $50.00 |
| Totals | 102.9 | | $42,110.00 |
| Percentage | 19.69% | | |

### 14.    Preference Litigation (92)

LNBYG did not render any services in this category during the Covered Period.

### 15.    Miscellaneous (99)

LNBYG did not render any services in this category during the Covered Period.

### F.  Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation Is Sought and the Hourly Rate of Professionals

LNBYG expended a total of 522.5 hours of recorded time for services rendered during the Covered Period, which amounts to a blended hourly billing rate of approximately $469.95 at the capped hourly rate of $500.  If LNBYG had not voluntarily capped its rate, the blended hourly billing rate would have been approximately $652.32.

LNBYG respectfully submits that its fees incurred in this Case are extremely reasonable and were necessary in order to competently represent the Debtor and protect the estate in accordance with the law and due process.  A summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this Case during the Covered Period is included in Exhibit "A"

attached hereto.  As can be seen from Exhibit "A" LNBYG's billing statements reflect a format in which the entries are listed in chronological order by an activity code category.  Exhibits "A" includes all post-petition fees incurred for this Case.

### G.  Detailed Listing of Expenses by Category

Attached hereto as Exhibit "B" is a summary listing by category and an itemization of all expenses that LNBYG advanced on behalf of the Debtor during the Covered Period.  These include LNBYG's expenses incurred in printing, photocopying, making long distance telephone calls, telecopying, mailing, and hiring messenger services.  LNBYG generally handles regular and routine photocopying in-house for which LNBYG charges clients $0.20 per page.  While LNBYG believes that this is less than LNBYG's actual expenses incurred with regard to the photocopying machines, supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge previously recommended by the OUST.  LNBYG's printing and photocopy machines automatically record the number of prints and copies made when the person that is printing or photocopying enters the client's account number into a device attached to the printers and photocopy machines.  Whenever feasible, LNBYG sends large copying projects to outside copy services that charge bulk rates for photocopying.  In such instances, LNBYG charges clients the same amount that LNBYG pays the outside service.

LNBYG charges clients $1.00 per page for sending telecopies and $.20 per page for receiving telecopies which LNBYG believes is less than LNBYG's actual expenses incurred with regard to telecopying but again is a decision by LNBYG to comply with the standards previously set forth by the OUST.  All expenses that LNBYG advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the Debtor's Chapter 11 estate.

### H.  Description of Professional Education and Experience

LNBYG is comprised of attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law and is well qualified to represent the Debtor.  All attorneys comprising or associated with LNBYG are admitted to practice law in the California

1    courts and in the United States District Court for the Central District of California.    More

2    specifically, LNBYG is currently comprised of twenty (24) partners, David L. Neale, Ron

3    Bender, David B. Golubchik, Beth Ann R. Young, Gary Klausner, Eve Karasik, Daniel H.

4    Reiss, Monica Y. Kim, Juliet Y. Oh, Todd M. Arnold, Krikor J. Meshefejian, John-Patrick M.

5    Fritz, Edward M. Wolkowitz, Philip A. Gasteier, Timothy J. Yoo, Todd A. Frealy, Carmella T.

6    Pagay, Jeffrey S. Kwong, Richard P. Steelman, Joseph M. Rothberg, John N. Tedford, Eric P.

7    Israel, Brad D. Krasnoff, and Michael G. D'Alba; and four (4) additional lawyers consisting of

8    Kurt Ramlo, Anthony A. Friedman, Lindsey L. Smith, and Robert M. Carrasco.    The résumés of

9    the foregoing attorneys are collectively attached hereto as Exhibit "C."

10    **III.    STANDARD OF LAW**

11    Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation

12    requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in

13    accordance with a "strict rule of economy test."    In re THC Financial Corp., 659 F.2d 951, 955

14    n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982).    This is no longer the law.    The legislative

15    history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned

16    with protecting the public interest in the smooth, efficient operation of the bankruptcy system by

17    encouraging competent bankruptcy specialists to remain in the field.    First National Bank of

18    Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71

19    B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346

20    (Bankr.S.D.Ohio 1987).    Toward this end, Congress specifically disavowed notions of economy

21    of administration, and provided that compensation in bankruptcy case should be comparable to

22    what is charged in nonbankruptcy matters.    Id. at 346.

23    Under the lodestar approach, the Court is to determine the number of hours reasonably

24    expended in an attorney's representation of a debtor and multiply such number by a reasonable

25    hourly rate for the services performed.    See Delaware Valley Citizens' Council for Clear Air,

26    478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770.    A reasonable hourly rate is

27    presumptively the rate the marketplace pays for the services rendered.    Missouri v. Jenkins by

28

1  <u>Agyei</u>, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); <u>Burgess v. Klenske (In re Manoa Finance</u>

2  <u>Co., Inc.)</u> 853 F.2d 687, 691 (9th Cir.1988).   Recognizing that the determination of an

3  appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court

4  stated:

5          Market prices of commodities and most services are determined by
           supply and demand.  In this traditional sense there is no such thing
6          as a prevailing market rate for the service of lawyers in a particular
           community.  The type of services rendered by lawyers, as well as its
7          experience, skill, and reputation, varies extensively -- even within a
           law firm.   Accordingly, the hourly rates of lawyers in private
8          practice also vary widely.  The fees charged often are based on the
           product of hours devoted to the representation multiplied by the
9          lawyer's customary rate.

10

11 <u>Blum v. Stenson</u>, 465 U.S. 886, 895 n.11 (1984).   The Supreme Court has stated that a

12 reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to

13 affluent plaintiffs by its own attorneys."   <u>Missouri v. Jenkins by Agyei</u>, 109 S.Ct. at 2470

14 (quoting <u>City of Riverside v. Rivera</u>, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).

15 Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with

16 comparable skill, experience and reputation typically would be entitled as compensation.  <u>Blum</u>

17 <u>v. Stenson</u>, 465 U.S. at 895 n.11.

18         LNBYG respectfully submits that the hourly rates for its attorneys and paraprofessionals

19 are reasonable and appropriate in the relevant community and in view of the circumstances of

20 this Case.  LNBYG's hourly rates have been approved in numerous similar Chapter 11 cases.

21 The Debtor selected LNBYG as its bankruptcy counsel because of the Debtor's confidence in

22 LNBYG's ability to successfully deal with the issues related to the Debtor's financial and

23 business affairs.  LNBYG respectfully submits that the foregoing establishes that LNBYG's fees

24 and expenses are reasonable.  During the Covered Period, LNBYG's services rendered an actual

25 and necessary benefit to the estate.

26 ///

27 ///

28

## IV.    CONCLUSION

**WHEREFORE**, LNBYG respectfully requests that this Court enter an order:

(1)    approving on an interim basis LNBYG's fees in the amount of $245,546.50 and expenses in the amount of $33,336.56 for total fees and expenses in the amount of $278,883.06 for the Covered Period;

(2)    authorizing the Debtor to pay to LNBYG the total sum of $278,883.06 for its allowed fees and expenses for the Covered Period; and

(3)    granting such other and further relief as the Court deems just and proper.

Dated: September 22, 2025                     LEVENE, NEALE, BENDER,
                                              YOO & GOLUBCHIK L.L.P.

                                       By:    /s/ John-Patrick M. Fritz
                                              Ron Bender
                                              John-Patrick M. Fritz
                                              LEVENE, NEALE, BENDER,
                                              YOO & GOLUBCHIK L.L.P.
                                              Attorneys for Debtor and Debtor in
                                              Possession

### DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ.

I, John-Patrick M. Fritz, Esq., hereby declare as follows:

1. I am a partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), which is serving as bankruptcy counsel to Hologenix, LLC, the debtor and debtor in possession in the above-captioned, Chapter 11 bankruptcy case (the "Debtor").

2. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

3. I make this Declaration in support of the Application to which this Declaration is attached.

4. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the Application complies with all applicable statutes, rules, regulations and procedures.

5. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on LNBYG's business records kept in the ordinary course of LNBYG's business.

6. All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which LNBYG requests reimbursement are based upon the actual expenses incurred by LNBYG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2025, at Los Angeles, California.

_/s/ John-Patrick M. Fritz_

JOHN-PATRICK M. FRITZ

# EXHIBIT "A"

## FEE  APPLICATION

**Hologenix**
**Seth Casden**
**17383 Sunset Boulevard, Suite A420**
**Pacific Palisades, CA  90272**

                                                        **9/19/2025**

**Hologenix**                                    **RB/JPF**
**OUR FILE #:  9116**

**PROFESSIONAL SERVICE RENDERED**    **10/1/2024**    **THROUGH**    **7/31/2025**

**TOTAL PROFESSIONAL HOURS**    **522.5**    **FEES**    **$340,839.50**

### COSTS

| | |
|---|---:|
| REPRODUCTION COSTS | 819.20 |
| MESSENGER SERVICE | 42.68 |
| COURT RESEARCH   PACER | 159.60 |
| POSTAGE | 477.23 |
| WESTLAW RESEARCH | 31,837.85 |

                              **TOTAL COSTS**    **$33,336.56**

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS**    **$374,176.06**

**DETAILED ACTIVITIES**

| Hologenix | | 9/19/2025 | Page # | 1 |
|---|---|---|---|---|
| CASE # | 9116 | From Date | 10/1/2024 | |
| | | To Date | 7/31/2025 | |

### 03 - BUSINESS OPERATIONS

3/10/2025    ANALYSIS OF 9TH CIRCUIT ORDER ON APPEAL BRIEFING ON EXECUTORY CONTRACT

| 2790671 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

5/23/2025    PREPARATION OF EXECUTORY CONTRACT APPEAL BRIEF

| 2812144 | JPF | 725.00 | $1,522.50 | 2.1 |
|---|---|---|---|---|

5/26/2025    PREPARATION OF EXECUTORY CONTRACT APPELLATE BRIEF

| 2812498 | JPF | 725.00 | $6,090.00 | 8.4 |
|---|---|---|---|---|

5/27/2025    PREPARATION OF EXECUTORY CONTRACT APPEAL BRIEF

| 2812577 | JPF | 725.00 | $1,885.00 | 2.6 |
|---|---|---|---|---|

5/27/2025    PREPARATION OF EXECUTORY CONTRACT APPEAL BRIEF

| 2812773 | JPF | 725.00 | $1,885.00 | 2.6 |
|---|---|---|---|---|

5/28/2025    PREPARATION OF CONTRACT ASSUMPTION APPEAL BRIEF

| 2812864 | JPF | 725.00 | $1,595.00 | 2.2 |
|---|---|---|---|---|

5/28/2025    PREPARATION OF CONTRACT ASSUMPTION APPEAL BRIEF

| 2812865 | JPF | 725.00 | $3,697.50 | 5.1 |
|---|---|---|---|---|

5/28/2025    PREPARATION OF CONTRACT ASSUMPTION APPEAL BRIEF

| 2812975 | JPF | 725.00 | $435.00 | 0.6 |
|---|---|---|---|---|

5/29/2025    PREPARATION OF APPEAL BRIEF ON CONTRACT ASSUMPTION

| 2813224 | JPF | 725.00 | $6,380.00 | 8.8 |
|---|---|---|---|---|

5/30/2025    PREPARATION OF CONTRACT ASSUMPTION APPEAL BRIEF

| 2813505 | JPF | 725.00 | $6,307.50 | 8.7 |
|---|---|---|---|---|

6/3/2025    TELEPHONE CONFERENCE WITH CONTRACT APPEAL BRIEF

| 2814535 | JPF | 725.00 | $4,060.00 | 5.6 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Hologenix | | 9/19/2025 | Page # | **2** |
|---|---|---|---|---|
| CASE # | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

6/3/2025    PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE CONTRACT APPEAL BRIEF

| 2814640 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/6/2025    PREPARATION OF CONTRACT APPELLATE BRIEF

| 2815553 | JPF | 725.00 | $2,247.50 | 3.1 |
|---|---|---|---|---|

6/6/2025    PREPARATION OF CONTRACT APPELLATE BRIEF

| 2816185 | JPF | 725.00 | $1,595.00 | 2.2 |
|---|---|---|---|---|

6/6/2025    PREPARATION OF CONTRACT APPELLATE BRIEF

| 2816187 | JPF | 725.00 | $1,015.00 | 1.4 |
|---|---|---|---|---|

6/9/2025    PREPARATION OF EXCERPTS OF RECORD FOR CONTRACT APPEAL BRIEF

| 2816274 | JPF | 725.00 | $580.00 | 0.8 |
|---|---|---|---|---|

6/9/2025    PREPARATION OF CONTRACT APPEAL BRIEF WITH CORRECTED EXCERPTS OF RECORD

| 2816455 | JPF | 725.00 | $1,015.00 | 1.4 |
|---|---|---|---|---|

6/11/2025    PREPARATION OF INDEX OF VOLUMES OF EXCERPTS OF RECORD FOR NINTH CIRCUIT APPEAL

| 2817050 | JPF | 725.00 | $217.50 | 0.3 |
|---|---|---|---|---|
| | | **Total** | **$40,672.50** | **56.1** |

**04 - CASE ADMINISTRATION**

10/22/2024    PREPARATION OF 09 SEP-24 MOR REDACTED

| 2757276 | JK | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

10/22/2024    PREPARATION OF 09 SEP-24 MOR UNREDACTED

| 2757277 | JK | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

10/23/2024    PREPARATION OF THE REDACTED AND UNREDACTED VERSIONS IN FINAL OF THE SEPTEMBER 2024 MOR; EFILE WITH COURT

| 2757406 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

10/23/2024    REVIEW DRAFT MOR (0.2).

| 2762169 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

Hologenix

CASE #     9116

| | 9/19/2025 | Page # | 3 |
|---|---|---|---|
| | **From Date** | | **10/1/2024** |
| | **To Date** | | **7/31/2025** |

11/5/2024    PREPARATION OF STATUS REPORT

| 2761042 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

11/5/2024    REVISE SUBCHAPTER V STATUS REPORT (0.3).

| 2767839 | KR | 695.00 | $208.50 | 0.3 |
|---|---|---|---|---|

11/5/2024    REVIEW CADEN STATUS REPORT IN CASDEN CASE (0.1).

| 2767844 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/6/2024    PREPARATION OF DEBTOR'S RE-FILED OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MULTIPLE ENERGY TECHNOLOGIES, LLC; DECLARATION OF SETH CASDEN

| 2761635 | DAMON | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

11/7/2024    PREPARATION OF POS RE: DOCKET 1002 & 1004

| 2761934 | DAMON | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

11/12/2024    PREPARATION OF BUCHALTER FEE APPLICATION VI FOR FILING

| 2764674 | RM | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

11/22/2024    PREPARATION OF FEE APPLICATION FOR COMPENSATION [M&G PARTNERS] FOR FILING

| 2766775 | RM | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

11/22/2024    PREPARATION OF FEE APPLICATION FOR COMPENSATION [FP] FOR FILING

| 2766777 | RM | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

12/2/2024    EMAIL FROM L. THURGOOD RE DRAFT MOR (0.1); CONFER RE POTENTIAL FILE DEFECT ISSUES (0.1).

| 2775284 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

12/3/2024    **EMAIL OR TEXT EXCHANGE WITH** EMAILS RE ISSUES WITH ACCESSING OCTOBER MOR FOLDERS

| 2768157 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

12/3/2024    PREPARATION OF MOR JULY 2024 - UNREDACTED  - BATES STAMPED

| 2768194 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

12/3/2024    PREPARATION OF MOR OCTOBER 2024_EXECUTED - REDACTED - FINAL

| 2768195 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | 4 |
|---|---|---|---|---|

**Hologenix**

**CASE #    9116**

| | | From Date | 10/1/2024 |
|---|---|---|---|
| | | To Date | 7/31/2025 |

12/3/2024    REVIEW DRAFT MORS (0.2).

| 2775298 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

12/23/2024   DRAFT NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(O)]

| 2772659 | DAMON | 300.00 | $210.00 | 0.7 |
|---|---|---|---|---|

12/27/2024   **EMAIL OR TEXT EXCHANGE WITH** LEATITIA RE ISSUES WITH ACCESSING FOLDERS

| 2772953 | JK | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

12/27/2024   PREPARATION OF MOR NOVEMBER 2024_EXECUTED -REDACTED - FINAL

| 2772955 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

12/27/2024   PREPARATION OF MOR NOVEMBER 2024_- EXECUTED - UNREDACTED -BATES STAMPED- FINAL

| 2772967 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

12/27/2024   REVIEW DRAFT MOR (0.2).

| 2775404 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

12/31/2024   REVIEW CASDEN MOTION TO APPROVE COMPROMISE WITH AMERICA EXPRESS (0.1).

| 2775414 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

1/3/2025   PREPARATION OF SUPPLEMENT TO APPLICATION OF HOLOGENIX, LLC TO EMPLOY THEODORA ORINGHER PC AS SPECIAL LITIGATION COUNSEL IN CIVIL ACTIONS BY MULTIPLE ENERGY TECHNOLOGIES LLC AGAINST DEBTOR AND ITS CEO UNDER 11 U.S.C. §§ 327(E), 330, & 331;

| 2773678 | DAMON | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

1/21/2025   REVIEW VARIOUS COURT FILES AND DRAFT STATUS REPORT (1.3); EMAILS WITH S. BEHRENDT RE STATUS OF DISTRICT COURT ACTIONS (0.2); EMAILS WITH S. CASDEN AND N. SULLIVAN RE EXTENDING DATE FOR SUGGESTED CONTINUED STATUS CONFERENCE (0.2); CALL WITH J.

| 2782884 | KR | 725.00 | $1,305.00 | 1.8 |
|---|---|---|---|---|

1/22/2025   REQUEST FOR NEF IN ADV CASE - MET V NORTHERN TRUST CO.

| 2777474 | DAMON | 300.00 | $30.00 | 0.1 |
|---|---|---|---|---|

1/27/2025   PREPARATION OF HOLOGENIX UNREDACTED MOR DECEMBER 2024

| 2778961 | JK | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

1/27/2025   PREPARATION OF HOLOGENIX REDACTED MOR DECEMBER 2024

| 2778962 | JK | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Hologenix | | 9/19/2025 | Page # | 5 |
|---|---|---|---|---|
| CASE # | 9116 | From Date | 10/1/2024 | |
| | | To Date | 7/31/2025 | |

1/27/2025   EMAIL FROM L. THURGOOD RE DRAFT MOR (0.1).

| 2782914 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

1/28/2025   REVIEW AND COMMENT ON DRAFT MOR (0.2).

| 2782927 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

1/29/2025   PREPARATION OF EFILING OF: MOR DECEMBER 2024 - REDACTED - FINAL

| 2779450 | JK | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

1/29/2025   PREPARATION OF MOR DECEMBER 2024 - UNREDACTED -BATES - FINAL

| 2779453 | JK | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

1/30/2025   EMAIL FROM J. TEDFORD RE CALENDAR AND TENTATIVE RULINGS FOR 2/6/25 HEARINGS (0.1).

| 2782934 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

1/31/2025   REVIEW UNDER ARMOUR COUNSEL NOTICE OF CHANGE OF ADDRESS (0.1); EMAIL FROM S. CASDEN EAR 2/6/25 HEARINGS (0.1).

| 2782936 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

2/3/2025   EMAIL FROM M. FOUCHE RE MISSING DOCUMENTS IN MOR (0.1); EMAILS WITH S. FORTIER RE REGISTRATION FOR STATUS CONFERENCE (0.2); EMAILS WITH S. CASDEN RE STATUS CONFERENCE (0.3); REVIEW FILES IN PREPARATION FOR CONFERENCE (0.8).

| 2790656 | KR | 725.00 | $1,015.00 | 1.4 |
|---|---|---|---|---|

2/4/2025   EMAIL FROM M. NGUYEN RE BANK STATEMENTS AND INSURANCE POLICIES (0.2); APPEAR AT STATUS CONFERENCES IN HOLOGENIX AND CASDEN MATTERS (0.7).

| 2790797 | KR | 725.00 | $652.50 | 0.9 |
|---|---|---|---|---|

2/5/2025   EMAIL FROM S. CASDEN RE ADDITIONAL INSURANCE INFORMATION (0.1); DRAFT AMENDMENT TO 7-DAY PACKAGE CHECKLIST AND SUBMISSION (0.3).

| 2790833 | KR | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

2/6/2025   REVIEW SUBSTITUTION OF ATTORNEYS FOR CASDEN IN CASDEN CASE (0.1).

| 2790857 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

2/7/2025   EMAIL FROM S. CASDEN RE INSURANCE SUBMISSION (0.1); REVIEW NOTICE OF AMEX WITHDRAWAL OF CLAIM IN CASDEN CASE (0.1).

| 2790862 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

2/10/2025   TELEPHONE CONFERENCE WITH SETH CASDEN RE INSIDER COMPENSATION AND POTENTIAL INVESTMENT IN HOLOGENIX

| 2782742 | JPF | 725.00 | $507.50 | 0.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | **6** |
|---|---|---|---|---|

**Hologenix**

**CASE #    9116**

| | | From Date | **10/1/2024** |
|---|---|---|---|
| | | To Date | **7/31/2025** |

2/10/2025   ANALYSIS OF INSIDER COMPENSATION AND OUTSIDE INVESTMENT POTENTIAL ISSUES

| 2782810 | JPF | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

2/10/2025   CONFER WITH J. FRITZ RE EQUITY CONTRIBUTION AND INSIDER COMPENSATION (0.2).

| 2790929 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

2/11/2025   ANALYSIS RE EQUITY CONTRIBUTION PROCEDURES AND RELATED TAX ISSUES (1.2); BEGIN REVIEW OF SALARY INCREASE PLEADINGS (0.6).

| 2790818 | KR | 725.00 | $1,305.00 | 1.8 |
|---|---|---|---|---|

2/12/2025   FURTHER RESEARCH AND ANALYSIS RE EQUITY CONTRIBUTION PROCEDURES (1.2).

| 2791010 | KR | 725.00 | $870.00 | 1.2 |
|---|---|---|---|---|

2/18/2025   FURTHER RESEARCH RE EQUITY CONTRIBUTION PROCEDURES (1.3); CALL WITH S. CASDEN RE EQUITY CONTRIBUTION ISSUES, TAX ISSUES, AND APPLICATION TO RETAIN TAX ACCOUNTANT RETAINED BY ANOTHER DEBTOR (0.9).

| 2791044 | KR | 725.00 | $1,595.00 | 2.2 |
|---|---|---|---|---|

2/20/2025   REVIEW CASDEN APPLICATION TO RETAIN SALVATO FIRM (0.1).

| 2791060 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

2/25/2025   **EMAIL OR TEXT EXCHANGE WITH** TO OUST RE: 7-DAY PACAKGE SUBMISSION OF INSURANCE

| 2786751 | DAMON | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

2/25/2025   PREPARATION OF 01 JAN-25 MOR REDACTED

| 2786665 | JK | 300.00 | $180.00 | 0.6 |
|---|---|---|---|---|

2/25/2025   PREPARATION OF 01 JAN-25 MOR UNREDACTED

| 2786666 | JK | 300.00 | $180.00 | 0.6 |
|---|---|---|---|---|

2/25/2025   EMAIL FROM S. CASDEN RE DRAFT MOR (0.1); REVIEW PRIOR MORS FOR MISSING DOCUMENTS (0.5).

| 2791094 | KR | 725.00 | $435.00 | 0.6 |
|---|---|---|---|---|

2/28/2025   FINISH REVIEW OF RECENT MORS AND PREPARE AMENDED MOR (0.3).

| 2791111 | KR | 725.00 | $217.50 | 0.3 |
|---|---|---|---|---|

3/3/2025   REVIEW MOR DATA PROVIDED BY CLIENT FOR DECEMBER 2024 AND JANUARY 2025

| 2788189 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **7** |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

3/11/2025   PREPARATION OF JANUARY 2025 MORS

| 2791298 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

3/11/2025   ANALYSIS OF DECEMBER 2024 MOR AND BANK STATEMENTS

| 2791531 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

3/11/2025   ANALYSIS OF JANUARY 2025 MONTHLY OPERATING REPORT

| 2791275 | JPF | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

3/11/2025   EMAIL WITH M. FOUCHE RE CORRECT MOR (0.1).

| 2798650 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

3/12/2025   PREPARATION OF DECLARATION RE: NON-OPPOSITION [FISHER PHILLIPS EMPLOY APP] FOR
FILING AND ORDER TO LODGE

| 2792069 | RM | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

3/21/2025   PREPARATION OF HOLOGENIX - 02 FEB-25 MOR UNREDACTED

| 2793981 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

3/21/2025   PREPARATION OF MONTHLY OPERATING REPORT

| 2794215 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

3/24/2025   ANALYSIS OF FEBRUARY 2025 MONTHLY OPERATING REPORT

| 2794224 | JPF | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

3/26/2025   REVIEW DRAFT MONTHLY OPERATING REPORT (0.2).

| 2798746 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

4/15/2025   CONFER WITH J. FRITZ RE STATUS REPORT (0.1).

| 2808147 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

4/17/2025   PREPARATION OF 12 DEC-24 MOR REDACTED V2

| 2801315 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

4/17/2025   PREPARATION OF 12 DEC-24 MOR UNREDACTED V2

| 2801352 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **8** |
| **CASE #** | **9116** | **From Date** | | **10/1/2024** |
| | | **To Date** | | **7/31/2025** |

4/17/2025   PREPARATION OF 01 JAN-25 MOR REDACTED 01 JAN-25 MOR REDACTED V2

| 2801378 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

4/17/2025   PREPARATION OF 01 JAN-25 MOR UNREDACTED V2

| 2801379 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

4/17/2025   PREPARATION OF 02 FEB-25 MOR REDACTED V2

| 2801384 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

4/17/2025   PREPARATION OF 02 FEB-25 MOR UNREDACTED V2

| 2801385 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

4/17/2025   PREPARATION OF MONTHLY OPERATING REPORT

| 2801374 | JPF | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

4/23/2025   PREPARATION OF 03 MAR-25 MOR REDACTED

| 2802881 | JK | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

4/23/2025   PREPARATION OF 03 MAR-25 MOR UNREDACTED

| 2802889 | JK | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

4/24/2025   PREPARATION OF UPDATED MOR JANUARY 2025_EXECUTED - REDACTED - FINAL_REDACTED FINAL2

| 2803052 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

4/24/2025   PREPARATION OF MOR FEBRUARY 2025_EXECUTED - REDACTED - FINAL_REDACTED - FINAL2X

| 2803053 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

4/25/2025   PREPARATION OF 1059 - UPDATED MOR JANUARY 2025_EXECUTED - REDACTED - FINAL_REDACTED FINAL2XXX - PER TRUSTEE

| 2803378 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

4/25/2025   PREPARATION OF 1060 - MOR FEBRUARY 2025_EXECUTED - REDACTED - FINAL_REDACTED - FINAL2XXXX - PER TRUSTEE

| 2803381 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

4/25/2025   PREPARATION OF 03 MAR-25 MOR REDACTED

| 2803407 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | 9 |
|---|---|---|---|---|

**Hologenix**

| CASE # | 9116 | From Date | 10/1/2024 |
|---|---|---|---|
| | | To Date | 7/31/2025 |

| Date | Description | | ID | Rate | Amount | Hours |
|---|---|---|---|---|---|---|
| 4/25/2025 | PREPARATION OF 03 MAR-25 MOR UNREDACTED | | | | | |
| | | 2803408 | JK | 300.00 | $90.00 | 0.3 |
| 4/28/2025 | PREPARATION OF EFILE MARCH 2025 MOR | | | | | |
| | | 2803861 | JK | 300.00 | $90.00 | 0.3 |
| 4/28/2025 | PREPARATION OF CORRESPONDENCE TO NICOLE SULLIVAN RE UN-REDACTED MORS FOR 2025 TO DATE | | | | | |
| | | 2803709 | JPF | 725.00 | $145.00 | 0.2 |
| 4/28/2025 | **EMAIL OR TEXT EXCHANGE WITH** NICOLE SULLIVAN RE ORIGINAL AND AMENDED MONTHLY OPERATING REPORTS FOR DECEMBER 2024, JANUARY 2025, FEBRUARY 2025 | | | | | |
| | | 2804022 | JPF | 725.00 | $72.50 | 0.1 |
| 6/3/2025 | PREPARATION OF 04 APR-25 MOR REDACTED | | | | | |
| | | 2814526 | JK | 300.00 | $180.00 | 0.6 |
| 6/3/2025 | PREPARATION OF 04 APR-25 MOR UNREDACTED | | | | | |
| | | 2814527 | JK | 300.00 | $180.00 | 0.6 |
| 6/16/2025 | PREPARATION OF **SUPPLEMENTAL DISCLOSURE PER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014; DECLARATION OF JOHN N. TEDFORD, IV; DECLARATION OF SETH CASDEN** | | | | | |
| | | 2817864 | JK | 300.00 | $210.00 | 0.7 |
| 6/16/2025 | PREPARATION OF EMAIL TO MIMI NGYUEN RE MONTHLY OPERATING REPORT FOR APRIL 2025 | | | | | |
| | | 2817954 | JPF | 725.00 | $290.00 | 0.4 |
| 6/30/2025 | PREPARATION OF CH.11 STATUS REPORT | | | | | |
| | | 2822313 | JPF | 725.00 | $145.00 | 0.2 |
| 7/1/2025 | PREPARATION OF **SUBCHAPTER V DEBTOR'S STATUS REPORT DATED APRIL 15, 2025** | | | | | |
| | | 2822546 | JK | 300.00 | $150.00 | 0.5 |
| 7/1/2025 | PREPARATION OF STATUS REPORT | | | | | |
| | | 2822738 | JK | 300.00 | $120.00 | 0.4 |
| 7/1/2025 | PREPARATION OF 04 APR-25 MOR REDACTED | | | | | |
| | | 2822741 | JK | 300.00 | $150.00 | 0.5 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **10** |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

7/1/2025   PREPARATION OF 04 APR-25 MOR UNREDACTED

| 2822742 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

7/8/2025   TELEPHONE CONFERENCE WITH G. SALVATO RE ISSUES IN CASDEN BANKRUPTCY CASE AND APPEAL

| 2832947 | JNT | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

7/11/2025   PREPARATION OF 05 MAY-25 MOR UNREDACTED

| 2825053 | JK | 300.00 | $180.00 | 0.6 |
|---|---|---|---|---|

7/11/2025   PREPARATION OF 05 MAY-25 MOR REDACTED

| 2825055 | JK | 300.00 | $180.00 | 0.6 |
|---|---|---|---|---|

7/14/2025   ANALYSIS OF MAY 2025 MONTHLY OPERATING REPORT

| 2825461 | JPF | 725.00 | $362.50 | 0.5 |
|---|---|---|---|---|

7/21/2025   PREPARATION OF DECLARATION OF NON-OPPOSITION RE: APPLICATION TO EMPLOY WINDES FOR FILING AND ORDER TO LODGE

| 2830099 | RM | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

7/31/2025   REVIEW DRAFT OPENING BRIEF IN CASDEN V. HOLOGENIX, AND PREPARE EMAIL TO G. SALVATO RE SAME

| 2829957 | JNT | 725.00 | $2,537.50 | 3.5 |
|---|---|---|---|---|

| | | **Total** | **$22,421.00** | **45.4** |
|---|---|---|---|---|

**07 - FEE / EMPLOYMENT APPLICATIONS**

10/1/2024   REVIEW IN RE CASDEN ORDER ON FEE APPLICATIONS (0.1).

| 2761945 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

10/3/2024   ANALYSIS OF FISHER PHILLIPS RE EMPLOYMENT LAWSUIT SETTLEMENT WITH HOLOGENIX

| 2752342 | JPF | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

10/16/2024   ANALYSIS OF ISSUES RE INTERIM FEE APPLICATIONS

| 2757077 | CTP | 680.00 | $136.00 | 0.2 |
|---|---|---|---|---|

10/16/2024   PREPARATION OF **NOTICE TO PROFESSIONALS OF HEARING ON APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES IN CHAPTER 11 BANKRUPTCY CASE**

| 2755840 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Hologenix | | | 9/19/2025 | Page # | **11** |
|---|---|---|---|---|---|
| CASE # | **9116** | | **From Date** | **10/1/2024** | |
| | | | **To Date** | **7/31/2025** | |

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2024 | TELEPHONE CONFERENCE WITH SETH CASDEN RE INTERIM FEE APPLICATIONS AND BUSINESS OF DEBTOR GENERALLY | | | | |
| 2755852 | JPF | | 695.00 | $69.50 | 0.1 |
| 10/16/2024 | TELEPHONE CONF. W/ COURT STAFF RE HEARING DATE ON INTERIM FEE APPLICATIONS | | | | |
| 2755853 | JPF | | 695.00 | $69.50 | 0.1 |
| 10/16/2024 | PREPARATION OF 45-DAY NOTICE TO PROFESSIONALS RE INTERIM FEE APP HEARING DATE | | | | |
| 2755854 | JPF | | 695.00 | $139.00 | 0.2 |
| 10/23/2024 | REVIEW FILE AND PREPARE CORRESPONDENCE TO TROUTMAN SANDERS RE INTERIM FEE APPLICATION | | | | |
| 2757432 | CTP | | 680.00 | $272.00 | 0.4 |
| 10/23/2024 | ANALYSIS OF CORRESPONDENCE FROM TROUTMAN SANDERS RE INTERIM FEE APPLICATION | | | | |
| 2757748 | CTP | | 680.00 | $68.00 | 0.1 |
| 10/24/2024 | PREPARATION OF LNBYG FEE APPLICATION | | | | |
| 2757850 | JPF | | 695.00 | $278.00 | 0.4 |
| 10/25/2024 | PREPARATION OF SIXTH INTERIM FEE APPLICATION FOR LNBYG | | | | |
| 2757925 | JPF | | 695.00 | $2,571.50 | 3.7 |
| 10/29/2024 | EMAIL EXCHANGE WITH TROUTMAN SANDERS RE INTERIM FEE APPLICATION | | | | |
| 2759104 | CTP | | 680.00 | $136.00 | 0.2 |
| 10/29/2024 | EMAIL EXCHANGE WITH MG PARTNERS RE FEE APPLICATION AND INFORMATION NEEDED, REVIEW EMPLOYMENT APP AND LAST FEE APP. | | | | |
| 2758723 | RMC | | 495.00 | $247.50 | 0.5 |
| 10/29/2024 | EMAIL EXCHANGE WITH FISHER PHILLIPS TEAM RE INFORMATION FOR FEE APPLICATION; REVIEW EMPLOYMENT APP AND ORDER. | | | | |
| 2758800 | RMC | | 495.00 | $198.00 | 0.4 |
| 11/1/2024 | PREPARATION OF SIXTH INTERIM FEE APPLICATION OF TROUTMAN SANDERS | | | | |
| 2759732 | CTP | | 680.00 | $816.00 | 1.2 |
| 11/4/2024 | **EMAIL OR TEXT EXCHANGE WITH** TROUTMAN SANDERS RE SIXTH INTERIM FEE APPLICATION | | | | |
| 2760477 | CTP | | 680.00 | $136.00 | 0.2 |

**DETAILED ACTIVITIES**

| Hologenix | | 9/19/2025 | Page # | 12 |
|---|---|---|---|---|
| CASE # | 9116 | From Date | | 10/1/2024 |
| | | To Date | | 7/31/2025 |

11/4/2024   PREPARATION OF EMAIL TO BUCHALTER RE: FEE APP INFO

| 2760274 | JYO | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

11/4/2024   PREPARATION OF EMAIL TO DERMER BEHRENDT RE: FEE APP INFO

| 2760282 | JYO | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/5/2024   PREPARATION OF SIXTH INTERIM FEE APPLICATION OF TROUTMAN SANDERS

| 2761521 | CTP | 680.00 | $272.00 | 0.4 |
|---|---|---|---|---|

11/5/2024   PREPARATION OF EXHIBIT TO TROUTMAN FEE APP

| 2760923 | DAMON | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

11/8/2024   EMAIL EXCHANGES WITH BUCHALTER RE: FEE APP

| 2762497 | JYO | 695.00 | $278.00 | 0.4 |
|---|---|---|---|---|

11/8/2024   PREPARATION OF BUCHALTER SIXTH FEE APP

| 2762498 | JYO | 695.00 | $1,668.00 | 2.4 |
|---|---|---|---|---|

11/8/2024   PREPARATION OF EMAIL TO CLIENT RE: BUCHALTER SIXTH FEE APP

| 2762571 | JYO | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/11/2024   PREPARATION OF EMAIL TO R. TACHE RE: BUCHALTER FEE APP

| 2762779 | JYO | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/12/2024   PREPARATION OF SIXTH INTERIM FEE APPLICATION OF TROUTMAN SANDERS

| 2762960 | CTP | 680.00 | $612.00 | 0.9 |
|---|---|---|---|---|

11/12/2024   **EMAIL OR TEXT EXCHANGE WITH** S. STABE RE SIXTH INTERIM FEE APPLICATION OF
TROUTMAN SANDERS

| 2762961 | CTP | 680.00 | $136.00 | 0.2 |
|---|---|---|---|---|

11/12/2024   **EMAIL OR TEXT EXCHANGE WITH** CLIENT RE SIXTH INTERIM FEE APPLICATION OF TROUTMAN
SANDERS

| 2767110 | CTP | 680.00 | $68.00 | 0.1 |
|---|---|---|---|---|

11/15/2024   PREPARATION OF SECOND FEE APP FOR MG PARTNERS; REVIEW INVOICES IN SUPPORT.

| 2763995 | RMC | 495.00 | $1,188.00 | 2.4 |
|---|---|---|---|---|

# DETAILED ACTIVITIES

| | | 9/19/2025 | Page # | 13 |
|---|---|---|---|---|

**Hologenix**

**CASE #    9116**

From Date    10/1/2024
To Date    7/31/2025

11/15/2024   PREPARATION OF FIRST FEE APP FOR FISHER PHILLIPS.

| 2763996 | RMC | 495.00 | $495.00 | 1.0 |
|---|---|---|---|---|

11/18/2024   ANALYSIS OF CORRESPONDENCE FROM CLIENT RE TROUTMAN SANDERS SIXTH INTERIM FEE APPLICATION

| 2767369 | CTP | 680.00 | $68.00 | 0.1 |
|---|---|---|---|---|

11/18/2024   **EMAIL OR TEXT EXCHANGE WITH** S. CASDEN RE FEE APP FOR M&G PARTNERS.

| 2764274 | RMC | 495.00 | $99.00 | 0.2 |
|---|---|---|---|---|

11/18/2024   TELEPHONE CONFERENCE WITH M&G TEAM RE SECOND FEE APPLICATION AND ADDITIONAL INFORMATION/REVISIONS TO FEE APP.

| 2764275 | RMC | 495.00 | $99.00 | 0.2 |
|---|---|---|---|---|

11/18/2024   PREPARATION OF FEE APPLICATION FOR FISHER PHILLIPS.

| 2764292 | RMC | 495.00 | $544.50 | 1.1 |
|---|---|---|---|---|

11/18/2024   **EMAIL OR TEXT EXCHANGE WITH** COUNSEL TO FP RE MISSING INFORMATION NEEDED FOR FEE APPLICATION AND RESOLVING WHITE DISPUTE.

| 2764293 | RMC | 495.00 | $148.50 | 0.3 |
|---|---|---|---|---|

11/20/2024   **EMAIL OR TEXT EXCHANGE WITH** WITH M&G RE REVISIONS TO FEE APP; MADE CONFORMING REVISIONS.

| 2764883 | RMC | 495.00 | $99.00 | 0.2 |
|---|---|---|---|---|

11/21/2024   EMAIL EXCHANGES RE INTERIM FEE APPLICATIONS

| 2767394 | CTP | 680.00 | $136.00 | 0.2 |
|---|---|---|---|---|

11/21/2024   ANALYSIS OF CORRESPONDENCE FROM FISHER PHILLIPS ATTORNEY RE POST-PETITION RETAINER AND FEE APPLICATION

| 2764893 | JPF | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/21/2024   PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE FISHER PHILLIPS REQUEST FOR POST-PETITION RETAINER

| 2764894 | JPF | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

11/21/2024   TELEPHONE CONFERENCE WITH SETH CASDEN RE FEE APPLICATIONS AND COUNSEL RETAINERS

| 2764895 | JPF | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

11/21/2024   PREPARATION OF NOTICE OF SIXTH INTERIM FEE APPLICATION

| 2764935 | JPF | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **14** |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

11/21/2024   PREPARATION OF CORRESPONDENCE TO FISHER PHILLIPS RE FEE APPLICATION AND POST-PETITION RETAINERS

| 2764976 | JPF | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

11/21/2024   **EMAIL OR TEXT EXCHANGE WITH** WITH FP TEAM RE POST-PETITION RETAINER AND REVISIONS TO FEE APP.

| 2764954 | RMC | 495.00 | $99.00 | 0.2 |
|---|---|---|---|---|

11/21/2024   PREPARATION OF REVISED FEE APP OF FISHER PHILLIPS AND PREP OF EXHIBITS IN SUPPORT.

| 2765156 | RMC | 495.00 | $247.50 | 0.5 |
|---|---|---|---|---|

11/21/2024   PREPARATION OF REVISED FEE APP FOR M&G PARTNERS.

| 2765157 | RMC | 495.00 | $99.00 | 0.2 |
|---|---|---|---|---|

11/22/2024   ANALYSIS OF COMMENTS ON RE SIXTH INTERIM APPLICATION OF TROUTMAN SANDERS

| 2767422 | CTP | 680.00 | $68.00 | 0.1 |
|---|---|---|---|---|

11/22/2024   ANALYSIS OF ISSUES WITH JPF RE FEE APPLICATIONS

| 2767425 | CTP | 680.00 | $136.00 | 0.2 |
|---|---|---|---|---|

11/22/2024   PREPARATION OF **SIXTH APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ. IN SUPPORT THEREOF**

| 2765203 | DAMON | 300.00 | $270.00 | 0.9 |
|---|---|---|---|---|

11/22/2024   PREPARATION OF LNBYG SIXTH INTERIM FEE APPLICATION

| 2765184 | JPF | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

11/22/2024   PREPARATION OF FEE APP FILING FOR M&G PARTNERS FIRST FEE APP.

| 2765206 | RMC | 495.00 | $99.00 | 0.2 |
|---|---|---|---|---|

11/22/2024   **EMAIL OR TEXT EXCHANGE WITH** WITH DEBTOR RE FEE FEE APPLICATIONS FILED; ADDITIONAL RETAINER PAYMENTS MADE TO M&G PARTNERS AFTER FIRST FEE APP.

| 2765372 | RMC | 495.00 | $198.00 | 0.4 |
|---|---|---|---|---|

11/22/2024   **EMAIL OR TEXT EXCHANGE WITH** WITH M&G RE ADDITIONAL RETAINER PAYMENTS MADE AFTER FILING OF FIRST FEE APP.

| 2765374 | RMC | 495.00 | $49.50 | 0.1 |
|---|---|---|---|---|

11/25/2024   **EMAIL OR TEXT EXCHANGE WITH** CLIENT RE SIXTH INTERIM APPLICATION OF TROUTMAN SANDERS

| 2767431 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | | 9/19/2025 | Page #  15 |
| **CASE #**  9116 | | | **From Date**  10/1/2024 | |
| | | | **To Date**  7/31/2025 | |

11/25/2024   REVIEW AND REVISE SIXTH INTERIM APPLICATION OF TROUTMAN SANDERS

| 2767434 | CTP | 680.00 | $272.00 | 0.4 |
|---|---|---|---|---|

11/25/2024   PREPARATION OF NOTICE OF INTERIM FEE APPLICATIONS

| 2767437 | CTP | 680.00 | $408.00 | 0.6 |
|---|---|---|---|---|

11/25/2024   EMAILS FROM J. TEDFORD AND S. BEHRENDT RE SCOPE OF RETENTION OF THEODORA ORINGHER IN CASDEN CASE (0.1); EMAILS FROM S. CASDEN RE HOLOGENIX'S RETENTION OF HEODORA ORINGHER (0.1); CONFER WITH J. FRITZ RE SAME AND STAY-RELIEF (0.2).

| 2767963 | KR | 695.00 | $278.00 | 0.4 |
|---|---|---|---|---|

11/26/2024   **EMAIL OR TEXT EXCHANGE WITH** CLIENT RE SIXTH INTERIM TROUTMAN SANDERS FEE APPLICATION

| 2767444 | CTP | 680.00 | $136.00 | 0.2 |
|---|---|---|---|---|

11/26/2024   **EMAIL OR TEXT EXCHANGE WITH** TROUTMAN SANDERS RE SIXTH INTERIM FEE APPLICATION

| 2767445 | CTP | 680.00 | $272.00 | 0.4 |
|---|---|---|---|---|

11/26/2024   REVISE AND FINALIZE SIXTH INTERIM TROUTMAN SANDERS FEE APPLICATION

| 2767446 | CTP | 680.00 | $408.00 | 0.6 |
|---|---|---|---|---|

11/26/2024   REVIEW AND FINALIZE NOTICE OF INTERIM FEE APPLICATIONS

| 2767447 | CTP | 680.00 | $272.00 | 0.4 |
|---|---|---|---|---|

11/26/2024   PREPARATION OF **NOTICE OF HEARING ON SIXTH INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THIS CHAPTER 11 CASE**

| 2766191 | DAMON | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

11/26/2024   PREPARATION OF **SIXTH APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP, AS SPECIAL TRADEMARK AND LICENSE COUNSEL TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SUSAN STABE, ESQ. IN SUPPORT**

| 2766228 | DAMON | 300.00 | $270.00 | 0.9 |
|---|---|---|---|---|

12/3/2024   **EMAIL OR TEXT EXCHANGE WITH** CLIENT AND GREG JONES RE TRUSTEE FEE APPLICATION AND WRITE OFF

| 2768105 | JPF | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

12/3/2024   REVIEW PRIOR RETENTION APPLICATIONS FOR DISTRICT COURT LAW FIRMS IN HOLOGENIX AND CASDEN CASES (0.7).

| 2775305 | KR | 695.00 | $486.50 | 0.7 |
|---|---|---|---|---|

12/4/2024   BEGIN DRAFTING APPLICATION TO RETAIN THEODORA ORINGHER FOR MET CONTEMPT DISTRICT MOTION (0.3).

| 2775314 | KR | 695.00 | $208.50 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | **16** |
|---|---|---|---|---|

**Hologenix**

**CASE #**    **9116**

| | From Date | **10/1/2024** |
|---|---|---|
| | To Date | **7/31/2025** |

---

12/11/2024    CONTINUE DRAFTING APPLICATION TO RETAIN THEODORA ORINGINGHER AND PAY RETAINER FOR USE IN HOLOGENIX AND CASDEN CASES (3.6).

| 2775345 | KR | 695.00 | $2,502.00 | 3.6 |
|---|---|---|---|---|

---

12/12/2024    COMPLETE DRAFT OF EMPLOYMENT APPLICATION (0.8); EMAILS WITH S. CASDEN AND S. BEHRENDT RE REVISIONS TO SAME (0.3); REVISE APPLICATION RE SAME (1.4); EMAIL TO S. BEHRENDT RE RETAINER REVISIONS (0.2).

| 2775347 | KR | 695.00 | $1,876.50 | 2.7 |
|---|---|---|---|---|

---

12/17/2024    EMAILS AND CALL WITH S. BEHRENDT RE NECESSITY OF ENGAGEMENT LETTER (0.4); FURTHER REVISE EMPLOYMENT APPLICATION (0.6); EMAIL TO CLIENT AND COUNSEL RE SAME (0.1).

| 2775366 | KR | 695.00 | $764.50 | 1.1 |
|---|---|---|---|---|

---

12/18/2024    EMAIL FROM S. BEHRENDT RE REVISIONS TO APPLICATION (0.1).

| 2775375 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

---

12/19/2024    ANALYSIS OF ISSUES WITH JPF RE INTERIM FEE APPLICATIONS

| 2775083 | CTP | 680.00 | $68.00 | 0.1 |
|---|---|---|---|---|

---

12/20/2024    **EMAIL OR TEXT EXCHANGE WITH** JPF RE INTERIM FEE APPLICATIONS

| 2775085 | CTP | 680.00 | $68.00 | 0.1 |
|---|---|---|---|---|

---

12/20/2024    PREPARATION OF INTERIM FEE ORDER FOR LNBYG

| 2775086 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

---

12/20/2024    PREPARATION OF INTERIM FEE ORDER FOR BUCHALTER

| 2775087 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

---

12/20/2024    PREPARATION OF INTERIM FEE ORDER FOR FISHER & PHILLIPS

| 2775088 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

---

12/20/2024    PREPARATION OF INTERIM FEE ORDER FOR M&G PARTNERS

| 2775089 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

---

12/20/2024    PREPARATION OF INTERIM FEE ORDER FOR TROUTMAN

| 2775090 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

---

12/20/2024    PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - LNBYG

| 2772355 | DAMON | 300.00 | $120.00 | 0.4 |
|---|---|---|---|---|

DETAILED ACTIVITIES

| | | 9/19/2025 | Page # | 17 |
|---|---|---|---|---|
| **Hologenix** | | | | |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

12/20/2024   PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR
EXPENSES (11 U.S.C. § 331) - TROUTMAN PEPPER HAMILTON SANDERS LLP

| 2772356 | DAMON | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

12/20/2024   PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR
EXPENSES (11 U.S.C. § 331) - FISHER & PHILLIPS LLP

| 2772357 | DAMON | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

12/20/2024   PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR
EXPENSES (11 U.S.C. § 331) - M&G PARTNERS, LLP

| 2772358 | DAMON | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

12/20/2024   PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR
EXPENSES (11 U.S.C. § 331) - BUCHALTER

| 2772359 | DAMON | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

12/20/2024   CALL WITH S. BEHRENDT (0.2); DRAFT SUPPORT DECLARATION FOR APPLICATION (0.7);
COMPLETE REVISED DRAFT OF APPLICATION, DECLARATION, AND EXHIBITS (1.1); EMAIL TO
CLIENT AND COUNSEL RE SAME (0.1); EMAILS WITH S. BEHRENDT RE FURTHER REVISIONS

| 2775393 | KR | 695.00 | $1,529.00 | 2.2 |
|---|---|---|---|---|

12/23/2024   EMAIL EXCHANGES RE M&G PARTNERS INTERIM FEE ORDER

| 2775100 | CTP | 680.00 | $204.00 | 0.3 |
|---|---|---|---|---|

12/23/2024   REVIEW ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.
C. § 331) - M&G PARTNERS, LLP

| 2772554 | DAMON | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

12/23/2024   PREPARATION OF APPLICATION OF HOLOGENIX, LLC TO EMPLOY THEODORA ORINGHER PC AS
SPECIAL LITIGATION COUNSEL IN CIVIL ACTIONS BY MULTIPLE ENERGY TECHNOLOGIES LLC
DEBTOR AND ITS CEO UNDER 11 U.S.C. §§ 327(E), 330, & 331; DECLARATION OF SCOTT K.

| 2772634 | DAMON | 300.00 | $180.00 | 0.6 |
|---|---|---|---|---|

12/23/2024   REVISE DRAFT DECLARATION (0.2); FINALIZE EMPLOYMENT APPLICATION AND EXHIITS AND
ARRANE FOR PROPERTY SERVICE AND FILING (0.7); EMAILS FROM S. CASDEN AND S.
BEHRENDT RE EXECUTION OF DECLARATIONS (0.2).

| 2775398 | KR | 695.00 | $764.50 | 1.1 |
|---|---|---|---|---|

12/24/2024   ANALYSIS OF ENTERED INTERIM FEE ORDERS

| 2775117 | CTP | 680.00 | $136.00 | 0.2 |
|---|---|---|---|---|

12/26/2024   EMAIL AND CALL FROM R. MAROKO RE INAPPROPRIATE RETAINER AND NEED FOR FURTHER
DISCLOSURES (0.3); CALL WITH S. BEHRENDT RE SAME (0.1).

| 2775401 | KR | 695.00 | $278.00 | 0.4 |
|---|---|---|---|---|

12/27/2024   RESEARCH RE STANDARD FOR WHETHER ESTATE PROFESSIONAL MAY RECEIVE ADVANCE
RETAINER (0.4); REVIEW PRIOR EMPLOYMENT APPLICATIONS IN HOLOGENIX AND CASDEN
CASES RE RETAINERS (0.8); REVIEW SELECTED PLEADINGS ON BALANCE OWED TO

| 2775405 | KR | 695.00 | $2,571.50 | 3.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **18** |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

12/28/2024  EMAILS WITH S. BEHRENDT RE REVISIONS, OUTSTANDING BALANCES, INVOICES, MORS IN BOTH CASES, AND DECLARATION (1.1).

| 2775412 | KR | 695.00 | $764.50 | 1.1 |
|---|---|---|---|---|

12/29/2024  FURTHER REVISE SUPPLEMENT (0.4); EMAIL TO S. CASDEN RE SAME (0.3); EMAIL FROM S. BROWN RE INVOICES AND OTHER FEE RECORDS (0.3);

| 2775413 | KR | 695.00 | $764.50 | 1.1 |
|---|---|---|---|---|

12/30/2024  **EMAIL OR TEXT EXCHANGE WITH** RMC RE M&G PARTNERS INTERIM FEE ORDER

| 2775118 | CTP | 680.00 | $68.00 | 0.1 |
|---|---|---|---|---|

12/30/2024  PREPARATION OF ORDER REVISING M&G FEE APP; REVIEW M&G FEE APP TO ADDRESS CLERK'S REJECTION NOTICE; ANALYSIS OF ENTERED ORDER GRANTING APPLICATION.

| 2773176 | RMC | 495.00 | $247.50 | 0.5 |
|---|---|---|---|---|

12/30/2024  PREPARATION OF NOTICE OF ERRATA RE M&G FEE APP.

| 2773177 | RMC | 495.00 | $148.50 | 0.3 |
|---|---|---|---|---|

1/2/2025  EMAIL TO S. CASDEN RE SUPPLEMENT TO APPLICATION TO EMPLOY THEODORE ORINGHER (0.1).

| 2782764 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

1/3/2025  EMAILS WITH S. CASDEN RE SUPPLEMENT REVISIONS (0.6); REVIEW BK & DISTRICT COURT RECORDS ON CONNECTIONS & REVISE SUPPLEMENT (1.1); REVISE S. BEHRENDT DECLARATION (0.4); EMAILS WITH T. TAYAG RE SAME (0.1); ARRANGE FOR SERVICE & FILING

| 2782782 | KR | 725.00 | $1,667.50 | 2.3 |
|---|---|---|---|---|

1/6/2025  ANALYSIS OF SUPPLEMENT TO THEODORA ORINGHER EMPLOYMENT APPLICATION

| 2774135 | JPF | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

1/6/2025  PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE SIGNED FEE APPLICATION ORDERS

| 2774149 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

1/10/2025  CONFERENCE CALL WITH EMPLOYMENT COUNSEL RE WHITE LITIGATION AND POSSIBLE MEDIATION.

| 2775639 | RMC | 550.00 | $55.00 | 0.1 |
|---|---|---|---|---|

1/13/2025  CONFER WITH J. FRITZ RE SUPPLEMENTAL DISCLOSURE RE DEPARTING COUNSEL FOR DEBTOR CASDEN (0.2).

| 2782837 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

1/15/2025  PREPARATION OF DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(O)(3) - THEODORA ORINGHER PC

| 2776578 | DAMON | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

DETAILED ACTIVITIES

| | | 9/19/2025 | Page # | 19 |
|---|---|---|---|---|
| **Hologenix** | | | | |
| **CASE #** | **9116** | **From Date** | | **10/1/2024** |
| | | **To Date** | | **7/31/2025** |

| Date | Description | Rate | Amount | Hours |
|---|---|---|---|---|
| 1/15/2025 | PREPARATION OF **ORDER GRANTING APPLICATION OF HOLOGENIX, LLC TO EMPLOY THEODORA ORINGHER PC AS SPECIAL LITIGATION COUNSEL UNDER 11 U.S.C. §§ 327(E), 330, & 331** | | | |
| 2776579 | DAMON | 300.00 | $60.00 | 0.2 |
| 1/15/2025 | PREPARE NOTICE OF NONOPPOSITION AND DECLARATION ON APPLICATION TO EMPLOY THEODORA ORINGHER (0.2); DRAFT PROPOSED ORDER (0.6); EMAILS WITH S. BEHRENDT RE SAME (0.1); PREPARE NOTICE OF LODGMENT (0.1). | | | |
| 2782850 | KR | 725.00 | $725.00 | 1.0 |
| 1/21/2025 | CALL WITH J. TEDFORD RE SUPPLEMENTAL DISCLOSURE (0.1). | | | |
| 2782904 | KR | 725.00 | $72.50 | 0.1 |
| 1/24/2025 | REVIEW ORDER ON APPLICATION TO EMPLOY THEODORA ORINGHER (0.1). | | | |
| 2782907 | KR | 725.00 | $72.50 | 0.1 |
| 1/31/2025 | REVIEW SELECTED EMAILS AND PLEADINGS AND BEGIN PREPARATION OF APPLICATION TO EMPLOY TAX ACCOUNTANT (1.3). | | | |
| 2782935 | KR | 725.00 | $942.50 | 1.3 |
| 1/31/2025 | **EMAIL OR TEXT EXCHANGE WITH** WITH COUNSEL FOR FISHER PHILLIPS RE SUPPLEMENT TO EMPLOYMENT APP TO ACCOUNT FOR ADDITIONAL RETAINER. | | | |
| 2780250 | RMC | 550.00 | $110.00 | 0.2 |
| 2/3/2025 | EMAIL FROM S. CASDEN RE TAX ACCOUNTANTS (0.1); WORK ON ETHICAL WALL ARRANGEMENTS (0.3). | | | |
| 2790653 | KR | 725.00 | $217.50 | 0.3 |
| 2/11/2025 | REVIEW PRIOR ACCOUNTANT EMPLOYMENT AND FEE APPLICATIONS, APPLICATION TO EMPLOY WINDES IN CASDEN CASE INCLUDING WINDES ENGAGEMENT LETTER (1.3). | | | |
| 2791001 | KR | 725.00 | $942.50 | 1.3 |
| 2/14/2025 | FURTHER RESEARCH RE EMPLOYING ACCOUNTANT SIMULTANEOUSLY RETAINED BY ANOTHER DEBTOR AND RELATED TAX ISSUES (2.8). | | | |
| 2791031 | KR | 725.00 | $2,030.00 | 2.8 |
| 2/19/2025 | BEGIN DRAFTING APPLICATION TO RETAIN WINDES AS TAX ACCOUNTANT (1.3). | | | |
| 2791053 | KR | 725.00 | $942.50 | 1.3 |
| 2/19/2025 | EMAILS WITH S. CASDEN RE WINDES ENGAGEMENT LETTER (0.1). | | | |
| 2791055 | KR | 725.00 | $72.50 | 0.1 |
| 2/20/2025 | ANALYSIS OF CORRESPONDENCE FROM SCOTT BEHRENDT RE RETAINER AND FEE APPLICATIONS | | | |
| 2785347 | JPF | 725.00 | $72.50 | 0.1 |

**DETAILED ACTIVITIES**

| **Hologenix** | | 9/19/2025 | Page # | **20** |
| **CASE #** | **9116** | **From Date** | | **10/1/2024** |
| | | **To Date** | | **7/31/2025** |

2/20/2025   PREPARATION OF CORRESPONDENCE TO SCOTT BEHRENDT RE RETAINER AND FEE APPLICATIONS

| 2785348 | JPF | 725.00 | $145.00 | 0.2 |

2/20/2025   PREPARATION OF REVISED SUPPLEMENTAL APP TO EMPLOY FISHER PHILLIPS TO ACCOUNT FOR ADDITIONAL RETAINER; EMAIL TO CLIENT RE SAME.

| 2785399 | RMC | 550.00 | $275.00 | 0.5 |

2/21/2025   PREPARATION OF **SUPPLEMENT TO AMEND APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY FISHER & PHILLIPS LLP PURSUANT TO 11 U.S.C. § 327(E) WITH COMPENSATION PURSUANT TO 11 U.S.C. § 330 AND 331**

| 2785819 | JK | 300.00 | $120.00 | 0.4 |

2/21/2025   PREPARATION OF NOTICE OF **SUPPLEMENT TO AMEND APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY FISHER & PHILLIPS LLP PURSUANT TO 11 U.S.C. § 327(E) WITH COMPENSATION PURSUANT TO 11 U.S.C. § 330 AND 331**

| 2785820 | JK | 300.00 | $60.00 | 0.2 |

2/21/2025   PREPARATION OF FINAL NOTICE OF SUPPLEMENT TO EMPLOY FISHER PHILLIPS AND SERVICE LIST.

| 2785866 | RMC | 550.00 | $275.00 | 0.5 |

3/4/2025   FINALIZE APPLICATION TO RETAIN TAX ACCOUNTANT (0.6); EMAIL TO D. BEAVER RE SAME AND CHECKING FOR CONFLICTS AND CONNECTIONS  (0.6).

| 2798605 | KR | 725.00 | $870.00 | 1.2 |

3/11/2025   PREPARATION OF DECLARATION OF NO OPP RE SUPPLEMENTAL EMPLOYMENT APP FOR FISHER PHILLIPS.

| 2791610 | RMC | 550.00 | $275.00 | 0.5 |

3/21/2025   ANALYSIS OF ENTERED ORDER GRANTING SUPPLEMENTAL APP FOR FISHER PHILLIPS AND EMAIL TO FP TEAM RE STATUS OF ORDER.

| 2794072 | RMC | 550.00 | $55.00 | 0.1 |

5/14/2025   PREPARATION OF EMPLOYMENT APPLICATION FOR ACCOUNTANT WINDES

| 2809599 | JPF | 725.00 | $217.50 | 0.3 |

6/3/2025   PREPARATION OF EMPLOYMENT APP FOR WINDES AS ACCOUNTANT AND NOTICE OF EMPLOYMENT APP; REVIEW ENGAGEMENT LETTER.

| 2816076 | RMC | 550.00 | $990.00 | 1.8 |

6/6/2025   PREPARATION OF NOTICE OF EMPLOYMENT APP FOR ACCOUNTANT; EMAIL

| 2821751 | RMC | 550.00 | $165.00 | 0.3 |

6/12/2025   DRAFT SUPPLEMENTAL DISCLOSURE FOR FILING IN HOLOGENIX CASE

| 2817481 | JNT | 725.00 | $1,522.50 | 2.1 |

**DETAILED ACTIVITIES**

| | | | 9/19/2025 | Page # | 21 |
|---|---|---|---|---|---|

**Hologenix**

| CASE # | 9116 | | From Date | 10/1/2024 |
|---|---|---|---|---|
| | | | To Date | 7/31/2025 |

6/13/2025   CONTINUE DRAFTING SUPPLEMENTAL DISCLOSURE FOR FILING IN HOLOGENIX CASE

| 2817633 | JNT | 725.00 | $2,972.50 | 4.1 |
|---|---|---|---|---|

6/13/2025   CONFERENCE WITH J.P. FRITZ RE SUPPLEMENTAL DISCLOSURE BEING PREPARED

| 2817635 | JNT | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/13/2025   DRAFT EMAIL TO J.P. FRITZ AND S. CASDEN RE SUPPLEMENTAL DISCLOSURE

| 2817636 | JNT | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/13/2025   DRAFT EMAIL TO M. D'ALBA RE INFORMATION NEEDED FOR SUPPLEMENTAL DISCLOSURE, AND REVIEW REPLY RE SAME

| 2817638 | JNT | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/16/2025   CONFERENCE WITH J.P. FRITZ RE SUPPLEMENT TO BE FILED, AND RESULTS OF RESEARCH RE STANDARDS APPLICABLE UNDER SECTION 327 AND STATE ETHICS RULES

| 2817898 | JNT | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

6/16/2025   PREPARATION OF LNBYG EMPLOYMENT APPLICATION SUPPLEMENT RE FORMER DANNING GILL ATTORNEYS JOINING LNBYG

| 2817955 | JPF | 725.00 | $362.50 | 0.5 |
|---|---|---|---|---|

6/26/2025   PREPARATION OF UPDATED EMPLOYMENT APP AND NOTICE FOR WINDES AS ACCOUNTANT.

| 2822748 | RMC | 550.00 | $165.00 | 0.3 |
|---|---|---|---|---|

7/2/2025   PREPARATION OF APPLICATION TO EMPLOY ACCOUNTANT [WINDES] FOR FILING AND NOTICE OF APPLICATION TO EMPLOY ACCOUNTANT FOR FILING

| 2825513 | RM | 300.00 | $60.00 | 0.2 |
|---|---|---|---|---|

7/21/2025   PREPARATION OF ORDER APPROVING EMPLOYMENT APP OF WINDES AND DECLARATION OF NON OPP.

| 2827212 | RMC | 550.00 | $660.00 | 1.2 |
|---|---|---|---|---|

7/30/2025   EMAIL EXCHANGES RE INTERIM FEE APPLICATIONS

| 2830188 | CTP | 700.00 | $140.00 | 0.2 |
|---|---|---|---|---|

7/30/2025   ANALYSIS OF EMAIL EXCHANGES WITH THEODORA FIRM RE INTERIM FEE APPLICATION

| 2830189 | CTP | 700.00 | $70.00 | 0.1 |
|---|---|---|---|---|

7/30/2025   PREPARATION OF **NOTICE TO PROFESSIONALS OF HEARING ON APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES IN CHAPTER 11 BANKRUPTCY CASE**

| 2829366 | JK | 300.00 | $180.00 | 0.6 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **22** |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

7/30/2025   TELEPHONE CONFERENCE WITH COURTROOM DEPUTY RE HEARING ON INTERIM FEE
APPLICATIONS

| | | | | |
|---|---|---|---|---|
| 2829346 | JPF | 725.00 | $72.50 | 0.1 |

7/30/2025   PREPARATION OF 45-DAY NOTICE TO PROFESSIONALS RE INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2829403 | JPF | 725.00 | $145.00 | 0.2 |

7/30/2025   PREPARATION OF DIVISION OF ASSIGNMENTS ON INTERIM FEE APPLICATIONS FOR VARIOUS
CO-COUNSEL AND ACCOUNTANTS

| | | | | |
|---|---|---|---|---|
| 2829430 | JPF | 725.00 | $72.50 | 0.1 |

7/30/2025   ANALYSIS OF NOTICE OF FEE APPLICATION TO PROFESSIONALS AND REVISE PROFESSIONAL
LIST.

| | | | | |
|---|---|---|---|---|
| 2829379 | RMC | 550.00 | $165.00 | 0.3 |

7/30/2025   ANALYSIS OF ORDER APPROVING WINDES EMPLOYMENT APP.

| | | | | |
|---|---|---|---|---|
| 2829583 | RMC | 550.00 | $55.00 | 0.1 |

7/31/2025   PREPARATION OF CORRESPONDENCE TO THEORDORA FIRM RE INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2830190 | CTP | 700.00 | $70.00 | 0.1 |

7/31/2025   PREPARATION OF CORRESPONDENCE TO TROUTMAN FIRM RE INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2830191 | CTP | 700.00 | $70.00 | 0.1 |

7/31/2025   ANALYSIS OF TROUTMAN INFORMATION RE INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2830192 | CTP | 700.00 | $140.00 | 0.2 |

7/31/2025   PREPARATION OF LNBYG 7TH INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2829664 | JPF | 725.00 | $290.00 | 0.4 |

7/31/2025   PREPARATION OF LNBYG 7TH INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2829765 | JPF | 725.00 | $1,015.00 | 1.4 |

7/31/2025   PREPARATION OF LNBYG 7TH INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2829766 | JPF | 725.00 | $1,015.00 | 1.4 |

7/31/2025   PREPARATION OF EMAIL TO BUCHALTER RE: FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2829934 | JYO | 725.00 | | $72.50 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **23** |
| **CASE #** | **9116** | **From Date** | | **10/1/2024** |
| | | **To Date** | | **7/31/2025** |

7/31/2025    PREPARATION OF EMAIL TO WINDES RE: FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2829943 | JYO | 725.00 | $72.50 | 0.1 |

| | | | | |
|---|---|---|---|---|
| | | **Total** | **$53,749.00** | **84.9** |

**10 - RELIEF FROM STAY**

10/21/2024    REVIEW AND ANALYZE MET STAY-RELIEF MOTION AND AMENDED NOTICE THEREOF IN CASDEN RE DEBTOR'S WEBSITE (3.3).

| | | | | |
|---|---|---|---|---|
| 2762155 | KR | 695.00 | $2,293.50 | 3.3 |

10/22/2024    TELEPHONE CONFERENCE WITH JOHN TEDFORD RE RELIEF FROM STAY MOTION FILED BY MET

| | | | | |
|---|---|---|---|---|
| 2757358 | JPF | 695.00 | $278.00 | 0.4 |

10/22/2024    REVIEW MET STAY-RELIEF MOTION IN DEBTOR'S CASE (0.7).

| | | | | |
|---|---|---|---|---|
| 2762166 | KR | 695.00 | $486.50 | 0.7 |

10/23/2024    ANALYSIS OF CORRESPONDENCE FROM JOHN TEDFORD RE MET MOTION FOR RELIEF FROM STAY FOR JUDGE ANDERSON INJUNCTION VIOLATION

| | | | | |
|---|---|---|---|---|
| 2757360 | JPF | 695.00 | $139.00 | 0.2 |

10/23/2024    CONFERENCE WITH SETH CASDEN AND SCOTT BEHRENDT RE MET MOTION FOR RELIEF FROM STAY

| | | | | |
|---|---|---|---|---|
| 2757365 | JPF | 695.00 | $347.50 | 0.5 |

10/23/2024    ANALYSIS OF MET MOTION FOR RELIEF FROM STAY

| | | | | |
|---|---|---|---|---|
| 2757366 | JPF | 695.00 | $69.50 | 0.1 |

10/23/2024    ANALYSIS OF MET MOTION FOR RELIEF FROM STAY

| | | | | |
|---|---|---|---|---|
| 2757392 | JPF | 695.00 | $69.50 | 0.1 |

10/23/2024    REVIEW AND ANALYZE LENGTHY EMAIL FROM J. TEDFORD RE MET STAY-RELIEF MOTIONS (0.7); NOTICES FROM COURT RE HEARINGS THEREON (0.1).

| | | | | |
|---|---|---|---|---|
| 2762168 | KR | 695.00 | $556.00 | 0.8 |

10/24/2024    TELEPHONE CONFERENCE WITH KURT RAMLO AND JOHN TEDFORD RE MET RELIEF FROM STAY MOTION FOR INJUNCTION VIOLATION

| | | | | |
|---|---|---|---|---|
| 2757848 | JPF | 695.00 | $695.00 | 1.0 |

10/24/2024    ANALYSIS OF ISSUES IN MET RELIEF FROM STAY MOTION ON INJUNCTION VIOLATION

| | | | | |
|---|---|---|---|---|
| 2757849 | JPF | 695.00 | $139.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | **24** |
|---|---|---|---|---|
| **Hologenix** | | | | |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

| 10/24/2024 | CONFER WITH J. FRITZ RE MET STAY-RELIEF MOTION IN CASDEN (0.2); CALL WITH J. TEDFORD RE MET STAY-RELIEF MOTIONS (1.0); REVIEW BANKRUPTCY AND DISTRICT COURT FILINGS RE MET ALLEGATION THAT WEBSITE VIOLATES DISTRICT COURT INJUNCTIONS (1.8). | | | |
|---|---|---|---|---|
| 2762178 | KR | 695.00 | $2,780.00 | 4.0 |

| 10/28/2024 | EMAILS WITH S. BEHRENDT RE HEARINGS ON STAY RELIEF AND OPPOSITION OUTLINE (0.3). | | | |
|---|---|---|---|---|
| 2762189 | KR | 695.00 | $208.50 | 0.3 |

| 11/1/2024 | EMAILS WITH S. BEHRENDT RE 2020 DISTRICT COURT ACTION CONTEMPT PROCEEDINGS AGAINST HOLOGENIX (0.8); EMAIL TO S. CASDEN RE WEBSITE, WITNESSES, AND OPPOSITION TO MET STAY-RELIEF MOTION (1.3); REVIEW 2022 PLAN FINDINGS RE VIOLATIONS (0.8). | | | |
|---|---|---|---|---|
| 2767761 | KR | 695.00 | $2,015.50 | 2.9 |

| 11/1/2024 | EMAILS WITH J. TEDFORD RE LACHES (0.2). | | | |
|---|---|---|---|---|
| 2767770 | KR | 695.00 | $695.00 | 1.0 |

| 11/4/2024 | EMAIL FROM S. CASDEN RE STAY-RELIEF OPPOSITION (0.3); CONTINUE REVIEWING DISTRICT COURT AND BANKRUPTCY PLEADINGS AND BEGIN DRAFTING OPPOSITION BRIEF (3.2). | | | |
|---|---|---|---|---|
| 2767802 | KR | 695.00 | $2,432.50 | 3.5 |

| 11/5/2024 | DRAFT AND REVISE OPPOSITION TO MET STAY-RELIEF MOTION AND SUPPORTING DECLARATION ANDREQUEST FOR JUDICIAL NOTICE AND SELECT AND PREPARE EXHIBITS (8.2) EMAIL FROM J. TEDFORD RE CASDEN OPPOSITION TO MET STAY-RELIEF MOTION IN CASDEN | | | |
|---|---|---|---|---|
| 2767827 | KR | 695.00 | $6,116.00 | 8.8 |

| 11/5/2024 | CALL WITH J. TEDFORD RE OPPOSITION BRIEFS AND TWO DISTRICT COURT ACTIONS (0.2); REVIEW CASDERN OPPOSITION (0.3). | | | |
|---|---|---|---|---|
| 2767848 | KR | 695.00 | $347.50 | 0.5 |

| 11/6/2024 | EMAIL FROM S. CASDEN RE WEBSITE STATEMENTS AND HISTORY WITH FDA (0.2); CALL S. CASDEN RE STAY-RELIEF OPPOSITION (0.3); | | | |
|---|---|---|---|---|
| 2767860 | KR | 695.00 | $347.50 | 0.5 |

| 11/7/2024 | PREPARE PROOFS OF SERVICE FOR STAY OPPOSITION DOCUMENTS (0.1) | | | |
|---|---|---|---|---|
| 2767866 | KR | 695.00 | $69.50 | 0.1 |

| 11/12/2024 | REVIEW MET REPLY BRIEFS RE STAY RELIEF MOTIONS IN HOLOGENIX AND CASDEN CASES (0.6); EMAILS FROM S. BEHRENDT AND J. TEDFORD RE SAME (0.2). | | | |
|---|---|---|---|---|
| 2767900 | KR | 695.00 | $556.00 | 0.8 |

| 11/13/2024 | EMAIL TO J. TEDFORD RE NARROWING OF STAY RELIEF SCOPE (0.1); NOTICES FROM COURT RE ERRORS IN MET REPLY FILINGS (0.1); EMAIL FROM S. BERENDT RE ORAL ARGUMENT (0.2); REVIEW RE-FILED MET REPLIES (0.1); REPLY MET FILING OF UNPUBLISHED AUTHORITY (0.1). | | | |
|---|---|---|---|---|
| 2767915 | KR | 695.00 | $417.00 | 0.6 |

| 11/14/2024 | REVIEW COURT NOTICES RE ERRORS IN MET RE-FILED REPLIES (0.1). | | | |
|---|---|---|---|---|
| 2767920 | KR | 695.00 | $69.50 | 0.1 |

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | 25 |
|---|---|---|---|---|

**Hologenix**

**CASE #** **9116**

| | From Date | 10/1/2024 |
|---|---|---|
| | To Date | 7/31/2025 |

11/18/2024   **EMAIL OR TEXT EXCHANGE WITH** KURT RAMLO RE MET REPLY ON RELIEF FROM STAY AND PREPARATION FOR HEARING

| 2764007 | JPF | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/18/2024   FURTHER REVIEW OF MET REPLY BRIEFS AND PREPARE FOR HEARING ON STAY-RELIEF MOTIONS (2.6); CONFER WITH J. FRITZ RE ALLEGATIONS THAT MET SOUGHT TO NEGOTIATE RESOLUTION OF ALLEGED INJUNCTION VIOLATIONS AT ISSUE IN STAY-RELIEF MOTION (0.2).

| 2767936 | KR | 695.00 | $1,946.00 | 2.8 |
|---|---|---|---|---|

11/19/2024   EMAIL TO COURTROOM DEPUTY RE APPEARANCE (0.1); CALL WITH WITH J. TEDFORD RE POTENTIAL CONFLICTS BETWEEN HOLOGENIX AND CASDEN LACHES ARGUMENTS AGAINST MET STAY-RELIEF MOTIONS (0.4); CALL WITH CLIENT RE HEARING (0.4).

| 2767941 | KR | 695.00 | $625.50 | 0.9 |
|---|---|---|---|---|

11/19/2024   PREPARE FOR AND ARGUE AGAINST MET STAY-RELIEF MOTIONS (2.4); CALL WITH CLIENT RE OUTCOME OF HEARING (0.1); CALL WITH S. BEHRENDT RE SAME AND NEXT STOPS (0.3); MEMO TO FILE RE SAME (0.2).

| 2767943 | KR | 695.00 | $1,946.00 | 2.8 |
|---|---|---|---|---|

11/22/2024   CONFERENCE WITH SETH CASDEN AND CO-COUNSEL RE MET RELIEF FROM STAY

| 2765188 | JPF | 695.00 | $486.50 | 0.7 |
|---|---|---|---|---|

11/22/2024   CALL WITH S. CASDEN AND S. BEHRENDT RE MET STAY RELIEF, RETENTION OF COUNSEL FOR DEBTOR, AND TIMING (0.5); RESEARCH RE SCOPE OF CONTEMPT REMEDIES AND REMEDIES FOR VIOLATION OF PERMANENT INJUNCTION (0.8); MEMO TO FILE RE SAME AND FURTHER

| 2767959 | KR | 695.00 | $1,390.00 | 2.0 |
|---|---|---|---|---|

11/25/2024   TELEPHONE CONFERENCE WITH KURT RAMLO RE RELIEF FROM STAY

| 2765969 | JPF | 695.00 | $208.50 | 0.3 |
|---|---|---|---|---|

11/25/2024   EMAIL FROM J. TEDFORD TO N. SULLIVAN RE STATUS OF PROPOSED STAY-RELIEF ORDERS (0.1).

| 2767965 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

11/26/2024   REVIEW DRAFT ORDERS FROM MET (0.1); EMAIL FROM N. SULLIVAN AND J. TEDFORD RE SAME (0.1); CONFER WITH J. FRITZ RE SAME (0.1).

| 2767970 | KR | 695.00 | $208.50 | 0.3 |
|---|---|---|---|---|

11/27/2024   EMAIL TO N. SULLIVAN RE NO OBJECTION TO DRAFT STAY ORDER (0.1); EMAILS WITH N. SULLIVAN AND J. TEDFORD RE MET'S FURTHER REVISIONS TO ORDERS (0.3); REVIEW PROPOSED ORDERS AS LODGED (0.1).

| 2767973 | KR | 695.00 | $208.50 | 0.3 |
|---|---|---|---|---|

12/9/2024   REVIEW ORDER ON MET STAY-RELIEF MOTION AND EMAIL FROM J. TEDFORD RE SAME (0.1); REVIEW ORDER ON MET STAY-RELIEF MOTION IN CASDEN CASE (0.1).

| 2775321 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

| | **Total** | **$28,425.50** | **40.9** |
|---|---|---|---|

Hologenix

9/19/2025    Page #    26

CASE #    9116

From Date    10/1/2024
To Date    7/31/2025

**12 - PLAN AND DISCLOSURE STATEMENT**

2/21/2025    REVIEW DISTRICT COURT DECISION ON POST-TRIAL MOTIONS IN MET V CASDEN (0.6).

| 2791068 | KR | 725.00 | $435.00 | 0.6 |

3/10/2025    ANALYSIS OF 9TH CIRCUIT ORDER ON APPEAL BRIEFING ON PLAN

| 2790668 | JPF | 725.00 | $72.50 | 0.1 |

3/12/2025    PREPARATION OF PLAN APPEAL OPENING BRIEF

| 2791933 | JPF | 725.00 | $362.50 | 0.5 |

3/14/2025    TELEPHONE CONFERENCE WITH SETH CASDEN RE CH.11 APPEALS TO NINTH CIRCUIT

| 2792338 | JPF | 725.00 | $362.50 | 0.5 |

3/17/2025    PREPARATION OF PLAN CONFIRMATION APPELLATE BRIEF

| 2792707 | JPF | 725.00 | $2,682.50 | 3.7 |

3/17/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2792730 | JPF | 725.00 | $2,827.50 | 3.9 |

3/18/2025    PREPARATION OF PLAN CONFIRMATION APPELLATE BRIEF

| 2793040 | JPF | 725.00 | $1,740.00 | 2.4 |

3/19/2025    PREPARATION OF PLAN CONFIRMATION APPELLATE BRIEF

| 2793350 | JPF | 725.00 | $5,147.50 | 7.1 |

3/24/2025    PREPARATION OF CH.11 PLAN APPEAL BRIEF

| 2794222 | JPF | 725.00 | $217.50 | 0.3 |

3/24/2025    PREPARATION OF PLAN CONFIRMATION APPELLATE BRIEF

| 2794461 | JPF | 725.00 | $870.00 | 1.2 |

3/25/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2794915 | JPF | 725.00 | $3,190.00 | 4.4 |

**DETAILED ACTIVITIES**

| Hologenix | | | 9/19/2025 | Page # | 27 |
|---|---|---|---|---|---|
| CASE # | 9116 | | From Date | | 10/1/2024 |
| | | | To Date | | 7/31/2025 |

3/26/2025   PREPARATION OF PLAN APPEAL BRIEF

| 2795223 | JPF | 725.00 | $870.00 | 1.2 |
|---|---|---|---|---|

3/26/2025   PREPARATION OF PLAN APPEAL BRIEF

| 2795235 | JPF | 725.00 | $652.50 | 0.9 |
|---|---|---|---|---|

3/26/2025   REVIEW DISTRICT COURT ORDER DENYING FOR LACK OF JURISDICTION HGX MOTION FOR
INTERLOCUTORY APPEAL TO 9TH CIR. (0.1).

| 2798752 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

3/31/2025   ANALYSIS OF CASE LAW RE PLAN APPEAL BRIEF

| 2795856 | JPF | 725.00 | $435.00 | 0.6 |
|---|---|---|---|---|

3/31/2025   PREPARATION OF PLAN APPEAL BRIEF

| 2795889 | JPF | 725.00 | $2,320.00 | 3.2 |
|---|---|---|---|---|

3/31/2025   PREPARATION OF PLAN APPEAL BRIEF

| 2795890 | JPF | 725.00 | $1,595.00 | 2.2 |
|---|---|---|---|---|

4/1/2025   ANALYSIS OF FAIR AND EQUITABLE CASE LAW FOR PREPARATION OF PLAN APPEAL BRIEF

| 2796183 | JPF | 725.00 | $435.00 | 0.6 |
|---|---|---|---|---|

4/1/2025   PREPARATION OF PLAN APPEAL BRIEF

| 2796386 | JPF | 725.00 | $1,522.50 | 2.1 |
|---|---|---|---|---|

4/2/2025   ANALYSIS OF CASE LAW RE PLANS OF REORGANIZATION AND FAIR AND EQUITABLE
STANDARDS

| 2796601 | JPF | 725.00 | $1,595.00 | 2.2 |
|---|---|---|---|---|

4/3/2025   PREPARATION OF MOTION TO EXTEND BRIEFING DEADLINE

| 2797017 | JPF | 725.00 | $217.50 | 0.3 |
|---|---|---|---|---|

4/4/2025   PREPARATION OF PLAN APPEAL BRIEF

| 2797618 | JPF | 725.00 | $3,335.00 | 4.6 |
|---|---|---|---|---|

4/8/2025   ANALYSIS OF NINTH CIRCUIT ORDERS TO EXTEND BRIEFING DEADLINE

| 2799038 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **28** |
| **CASE #** | **9116** | **From Date** | **10/1/2024** | |
| | | **To Date** | **7/31/2025** | |

4/9/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2799580 | JPF | 725.00 | $1,015.00 | 1.4 |
|---|---|---|---|---|

4/9/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2799603 | JPF | 725.00 | $435.00 | 0.6 |
|---|---|---|---|---|

4/10/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2799671 | JPF | 725.00 | $1,305.00 | 1.8 |
|---|---|---|---|---|

4/10/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2799674 | JPF | 725.00 | $1,740.00 | 2.4 |
|---|---|---|---|---|

4/11/2025    PREPARATION OF CHAPTER 11 PLAN APPEAL BRIEF

| 2799958 | JPF | 725.00 | $1,595.00 | 2.2 |
|---|---|---|---|---|

4/11/2025    PREPARATION OF PLAN APPEAL BRIEF

| 2800151 | JPF | 725.00 | $2,320.00 | 3.2 |
|---|---|---|---|---|

4/14/2025    ANALYSIS OF CASE LAW RE FAIR AND EQUITABLE STANDARDS FOR PLAN CONFIRMATION
APPEAL BRIEF

| 2800277 | JPF | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

4/16/2025    ANALYSIS OF CASE LAW RE CH.11 PLAN CONFIRMATION APPEAL ISSUES

| 2801002 | JPF | 725.00 | $435.00 | 0.6 |
|---|---|---|---|---|

4/16/2025    PREPARATION OF CHAPTER 11 PLAN APPEAL BRIEF

| 2801073 | JPF | 725.00 | $3,335.00 | 4.6 |
|---|---|---|---|---|

4/18/2025    ANALYSIS OF CASE LAW RE PLAN CONFIRMATION APPEAL ISSUES

| 2803814 | JPF | 725.00 | $652.50 | 0.9 |
|---|---|---|---|---|

4/24/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2803815 | JPF | 725.00 | $2,827.50 | 3.9 |
|---|---|---|---|---|

4/26/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2803816 | JPF | 725.00 | $1,957.50 | 2.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Hologenix**

**CASE #    9116**

9/19/2025        Page #        29

From Date        10/1/2024
To Date        7/31/2025

4/28/2025    ANALYSIS OF CASE LAW RE "CRAM DOWN" PROVISIONS IN CHAPTER 13 RELATED TO PLAN
CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804021 | JPF | 725.00 | $580.00 | 0.8 |

4/29/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804108 | JPF | 725.00 | $435.00 | 0.6 |

4/30/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804513 | JPF | 725.00 | $1,595.00 | 2.2 |

4/30/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804515 | JPF | 725.00 | $1,595.00 | 2.2 |

5/1/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804713 | JPF | 725.00 | $507.50 | 0.7 |

5/1/2025    PREPARATION OF CH.11 PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804872 | JPF | 725.00 | $435.00 | 0.6 |

5/1/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2804946 | JPF | 725.00 | $2,610.00 | 3.6 |

5/2/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2805317 | JPF | 725.00 | $652.50 | 0.9 |

5/6/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2806523 | JPF | 725.00 | $4,930.00 | 6.8 |

5/7/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2807273 | JPF | 725.00 | $362.50 | 0.5 |

5/7/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2807364 | JPF | 725.00 | $1,377.50 | 1.9 |

5/8/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| | | | | |
|---|---|---|---|---|
| 2807927 | JPF | 725.00 | $2,755.00 | 3.8 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Hologenix** | | 9/19/2025 | Page # | **30** |
| **CASE #** | **9116** | **From Date** | | **10/1/2024** |
| | | **To Date** | | **7/31/2025** |

5/8/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2807957 | JPF | 725.00 | $725.00 | 1.0 |
|---|---|---|---|---|

5/9/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2808327 | JPF | 725.00 | $362.50 | 0.5 |
|---|---|---|---|---|

5/12/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2808767 | JPF | 725.00 | $870.00 | 1.2 |
|---|---|---|---|---|

5/12/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2808768 | JPF | 725.00 | $2,827.50 | 3.9 |
|---|---|---|---|---|

5/13/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2809134 | JPF | 725.00 | $1,232.50 | 1.7 |
|---|---|---|---|---|

5/13/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2809135 | JPF | 725.00 | $1,885.00 | 2.6 |
|---|---|---|---|---|

5/13/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2809136 | JPF | 725.00 | $2,972.50 | 4.1 |
|---|---|---|---|---|

5/14/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2809604 | JPF | 725.00 | $6,452.50 | 8.9 |
|---|---|---|---|---|

5/15/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2809957 | JPF | 725.00 | $5,872.50 | 8.1 |
|---|---|---|---|---|

5/19/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2810685 | JPF | 725.00 | $4,495.00 | 6.2 |
|---|---|---|---|---|

5/20/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2810939 | JPF | 725.00 | $2,755.00 | 3.8 |
|---|---|---|---|---|

5/21/2025    PREPARATION OF CH.11 PLAN CONFIRMATION APPEAL BRIEF

| 2811446 | JPF | 725.00 | $942.50 | 1.3 |
|---|---|---|---|---|

# DETAILED ACTIVITIES

**Hologenix**

**CASE #** **9116**

9/19/2025      **Page #**    **31**

**From Date**    **10/1/2024**
**To Date**     **7/31/2025**

| Date | Description | | | |
|---|---|---|---|---|
| 5/21/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF | | | |
| 2811520 | JPF | 725.00 | $1,740.00 | 2.4 |
| 5/22/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF | | | |
| 2811874 | JPF | 725.00 | $3,262.50 | 4.5 |
| 5/23/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF | | | |
| 2812143 | JPF | 725.00 | $4,785.00 | 6.6 |
| 5/31/2025 | PREPARATION OF PLAN APPEAL BRIEF | | | |
| 2814110 | JPF | 725.00 | $2,030.00 | 2.8 |
| 6/1/2025 | PREPARATION OF PLAN APPEAL BRIEF | | | |
| 2814111 | JPF | 725.00 | $870.00 | 1.2 |
| 6/1/2025 | PREPARATION OF PLAN APPEAL BRIEF | | | |
| 2814112 | JPF | 725.00 | $3,045.00 | 4.2 |
| 6/2/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF | | | |
| 2814113 | JPF | 725.00 | $4,785.00 | 6.6 |
| 6/3/2025 | PREPARATION OF PLAN APPEAL BRIEF | | | |
| 2814514 | JPF | 725.00 | $2,247.50 | 3.1 |
| 6/3/2025 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE PLAN APPEAL BRIEF | | | |
| 2814515 | JPF | 725.00 | $72.50 | 0.1 |
| 6/3/2025 | PREPARATION OF PLAN APPEAL BRIEF | | | |
| 2814884 | JPF | 725.00 | $507.50 | 0.7 |
| 6/4/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF | | | |
| 2815051 | JPF | 725.00 | $2,900.00 | 4.0 |
| 6/4/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF | | | |
| 2815053 | JPF | 725.00 | $4,060.00 | 5.6 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Hologenix | | 9/19/2025 | Page # | 32 |
| CASE #    9116 | | From Date<br>To Date | 10/1/2024<br>7/31/2025 | |

6/5/2025    PREPARATION OF PLAN CONFIRMATION APPEAL BRIEF

| 2815552 | JPF | 725.00 | $8,410.00 | 11.6 |
|---|---|---|---|---|

6/6/2025    PREPARATION OF PLAN APPELLATE BRIEF

| 2815554 | JPF | 725.00 | $652.50 | 0.9 |
|---|---|---|---|---|

6/6/2025    PREPARATION OF PLAN APPELLATE BRIEF

| 2816186 | JPF | 725.00 | $942.50 | 1.3 |
|---|---|---|---|---|

6/9/2025    PREPARATION OF PLAN APPEAL BRIEF EXCERPT OF RECORD

| 2816419 | JPF | 725.00 | $217.50 | 0.3 |
|---|---|---|---|---|

6/9/2025    ANALYSIS OF ORDER RE ACCEPTANCE OF BRIEF AND PAPER SUBMITTED COPIES TO COURT

| 2816454 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/10/2025    PREPARATION OF PLAN APPEAL BRIEF SUBMISSION TO NINTH CIRCUIT

| 2816525 | JPF | 725.00 | $580.00 | 0.8 |
|---|---|---|---|---|

6/12/2025    **EMAIL OR TEXT EXCHANGE WITH** NINTH CIRCUIT RE EXCERPTS OF RECORD CORRECTION FOR PLAN BRIEF

| 2822499 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

| | | **Total** | **$139,417.50** | **192.3** |
|---|---|---|---|---|

## 20 - OTHER LITIGATION

10/1/2024    REVIEW IN RE CASDEN NOTICES RE DISTRICT COURT APPEAL BY MET (0.1).

| 2761902 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

10/3/2024    REVIEW IN CASDEN MONTHLY OPERATING REPORT (0.1).

| 2761954 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

10/9/2024    REVIEW MET APPELLATE DESIGNATIONS IN IN RE CASDEN APPEAL (0.1); REVIEW CASDEN OPPOSITION TO MET MOTION FOR PERMISSION TO APPEAL (0.1).

| 2762031 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

10/10/2024    REVIEW CASDEN MOTION TO EXTEND PLAN EXCLUSIVITY (0.1).

| 2762041 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | **33** |
|---|---|---|---|---|
| **Hologenix** | | | | |
| **CASE #** | **9116** | | **From Date** | **10/1/2024** |
| | | | **To Date** | **7/31/2025** |

10/16/2024   REVIEW MET REPLY BRIEF IN IN RE CASDEN DISTRICT COURT APPEAL (0.1).

| 2762134 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

10/23/2024   REVIEW MOTION FOR EXAMINATION OF TRUST IN CASDEN CASE (0.1).

| 2762167 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

10/24/2024   REVIEW ORDER ON EXAMINATION IN CASDEN CASE (0.1);

| 2762182 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

10/25/2024   ANALYSIS OF DISTRICT COURT DECISION DENYING MET MOTION FOR INTERLOCUTORY
APPEAL OF MOTION TO APPOINT CHAPTER 11 TRUSTEE

| 2758093 | JPF | 695.00 | $417.00 | 0.6 |
|---|---|---|---|---|

10/25/2024   REVIEW DISTRICT COURT ORDER DENYING PERMISION TO APPEAL (0.2).

| 2762183 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

11/22/2024   REVIEW NORTHERN TRUST MOTION FOR PROTECTIVE ORDER IN CASDEN CASE (0.1).

| 2767962 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

12/2/2024   CHECK STATUS OF DISTRICT COURT AND NINTH CIRCUIT APPELLATE DOCKETS (0.2).

| 2775283 | KR | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

12/16/2024   EMAIL FROM N. SULLIVAN SEEKING TO MEET AND CONFER WITH COUNSEL FOR HOLOGENIX
IN DISTRICT COURT ACTION (0.1).

| 2775348 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

12/17/2024   EMAIL TO N. SULLIVAN RE COUNSEL IN DISTRICT COURT ACTION (0.1); EMAILS WITH M.
KAPLAN RE STATUS OF TUCKER ELLIS RERPESENTATION IN DISTRICT COURT ACTION (0.4);
CALL WITH N. SULLIVAN RE RETENTION OF COUNSEL (0.2).

| 2775364 | KR | 695.00 | $486.50 | 0.7 |
|---|---|---|---|---|

12/17/2024   REVIEW MEET-AND-CONFER EMAIL FROM S. BEHRENDT TO N. SULLIVAN (0.1).

| 2775365 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

12/18/2024   REVIEW EMAIL FROM N. SULLIVAN RE MET POSITION ON CONTEMPT MOTION (0.1).

| 2775371 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

12/19/2024   ANALYSIS OF PROPOSED RESPONSE TO NICOLE SULLIVAN ON MEET AND CONFER ON
CONTEMPT MOTION

| 2772037 | JPF | 695.00 | $139.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | **34** |
|---|---|---|---|---|

**Hologenix**

**CASE #    9116**

| | | From Date | **10/1/2024** |
|---|---|---|---|
| | | To Date | **7/31/2025** |

12/19/2024   REVIEW VARIOUS VERSIONS OF RESPONSE TO MET ON CONTEMPT MOTION (0.1).

| 2775385 | KR | 695.00 | $69.50 | 0.1 |
|---|---|---|---|---|

1/3/2025   EMAIL FROM J. TEDFORD RE MET MOTION FOR CONTEMPT IN THE ACTION AGAINST CASDEN (0.1); PRELIMINARY REVIEW OF MOTION (0.1).

| 2782801 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

1/6/2025   REVIEW MET MOTION FOR CONTEMPT AGAINST CASDEN (0.3); REVIEW DOCKET IN ACTION AGAISNT HOLOGENIX (0.1).

| 2782879 | KR | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

1/21/2025   REVIEW STATUS REPORT IN MET AVOIDANCE ADVERSARY PROCEEDING (0.1); REVIEW NON-OPPOSITION RE 9019 AMEX MOTION AND DEBTOR STATUS REPORT IN CASDEN CHAPTER 11 CASE (0.1).

| 2782892 | KR | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

1/24/2025   REVIEW CASDEN MOR (0.1).

| 2782910 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

1/28/2025   EMAIL FROM J. TEDFORD RE DISTRICT COURT TAKING CONTEMPT HEARING OFF CALENDAR AND TAKING  MOTION UNDER SUBMISSION (0.1).

| 2782919 | KR | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

2/13/2025   **EMAIL OR TEXT EXCHANGE WITH** FISHER PHILLIPS RE SUPPLEMENTAL APP TO EMPLOY FP TO SUPPLEMENT FOR ADDITIONAL RETAINER.

| 2784084 | RMC | 550.00 | $55.00 | 0.1 |
|---|---|---|---|---|

3/7/2025   FOLLOW UP RE STATUS OF APPEALS AND RELATED MATTERS AND ADVISE THEREON

| 2789695 | BRY | 750.00 | $450.00 | 0.6 |
|---|---|---|---|---|

3/9/2025   CONFERENCE CALL RE COURSE OF ACTION ON REMAINING ISSUES ON APPEAL AND ADVISE THEREON

| 2790257 | BRY | 750.00 | $375.00 | 0.5 |
|---|---|---|---|---|

3/10/2025   ANALYSIS OF 9TH CIRCUIT ORDER ON APPEAL BRIEFING ON PREFERENCE LAWSUIT

| 2790670 | JPF | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

3/25/2025   ANALYSIS OF 250 DOCKET ITEMS RE APPELLATE APPENDIX

| 2794738 | JK | 300.00 | $270.00 | 0.9 |
|---|---|---|---|---|

3/26/2025   PREPARATION OF TEST

| 2794936 | JK | 300.00 | $210.00 | 0.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | 35 |
|---|---|---|---|---|

**Hologenix**

**CASE #    9116**

| | From Date | 10/1/2024 |
|---|---|---|
| | To Date | 7/31/2025 |

| | | | | |
|---|---|---|---|---|
| 4/3/2025 | PREPARATION OF **(24-2883) APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** | | | |
| 2797183 | JK | 300.00 | $120.00 | 0.4 |
| 4/3/2025 | PREPARATION OF **(24-2884) APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** | | | |
| 2797197 | JK | 300.00 | $120.00 | 0.4 |
| 4/3/2025 | PREPARATION OF **(24-2881) APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** | | | |
| 2797198 | JK | 300.00 | $120.00 | 0.4 |
| 4/3/2025 | ANALYSIS OF 9TH CIRCUIT COURT OF APPEALS DOCKET INFORMATION FOR 3 CASES: | | | |
| 2797257 | JK | 300.00 | $90.00 | 0.3 |
| 4/3/2025 | PREPARATION OF MOTION TO EXTEND APPEAL DEADLINES | | | |
| 2797266 | JPF | 725.00 | $217.50 | 0.3 |
| 5/28/2025 | REVIEW RELEVANT BANKRUPTCY COURT AND DISTRICT COURT FILINGS, AND COMMENCE DRAFTING OPENING BRIEF RE REVERSAL OF PREFERENCE JUDGMENT | | | |
| 2813166 | JNT | 725.00 | $2,827.50 | 3.9 |
| 5/30/2025 | DRAFT OPENING BRIEF RE PREFERENCE ACTION | | | |
| 2813873 | JNT | 725.00 | $1,812.50 | 2.5 |
| 6/2/2025 | CONFERENCE WITH J.P. FRITZ RE EVIDENCE SUBMITTED BY MET CONTRADICTING ARGUMENTS MADE BY MET IN THE ADVERSARY PROCEEDING, AND HOW/WHEN THAT CAME INTO PLAY DURING THE ADVERSARY PROCEEDING OR APPEAL | | | |
| 2814249 | JNT | 725.00 | $145.00 | 0.2 |
| 6/2/2025 | CONTINUE DRAFTING OPENING BRIEF RE PREFERENCE JUDGMENT | | | |
| 2814251 | JNT | 725.00 | $725.00 | 1.0 |
| 6/3/2025 | CONTINUE DRAFTING OPENING BRIEF RE PREFERENCE JUDGMENT | | | |
| 2814879 | JNT | 725.00 | $3,407.50 | 4.7 |
| 6/4/2025 | PREPARATION OF HOLOGENIX RECOCORD OF APPEAL | | | |
| 2815034 | JK | 300.00 | $450.00 | 1.5 |
| 6/4/2025 | PREPARATION OF HOLOGENIX - CONTRACT APPEAL; COMPILE VOLUME 2 BK DOCUMENTS | | | |
| 2815408 | JK | 300.00 | $480.00 | 1.6 |

**DETAILED ACTIVITIES**

| Hologenix | | 9/19/2025 | Page # | 36 |
|---|---|---|---|---|
| CASE #  9116 | | From Date | | 10/1/2024 |
| | | To Date | | 7/31/2025 |

6/4/2025   REVIEW DISTRICT COURT'S ORDER HOLDING SETH IN CONTEMPT, AND CONFERENCE WITH J. P. FRITZ RE SAME AND IMPACT (OR LACK THEREOF) ON PENDING APPEALS

| 2815269 | JNT | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/4/2025   CONFERENCE WITH J.P. FRITZ RE DOCUMENTS TO BE INCLUDED IN EXCERPTS OF RECORD

| 2815631 | JNT | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

6/4/2025   CONTINUE DRAFTING OPENING BRIEF RE PREFERENCE JUDGMENT

| 2815633 | JNT | 725.00 | $6,162.50 | 8.5 |
|---|---|---|---|---|

6/5/2025   PREPARATION OF PLAN EXCERPTS OF RECORD; ORGANIZE CHRONOLOGICALLY NUMEROUS DOCKET ENTRIES, BATES-STAMP

| 2815585 | JK | 300.00 | $1,110.00 | 3.7 |
|---|---|---|---|---|

6/5/2025   PREPARATION OF INDEX OF VOLUMES 1 THROUGH 8

| 2815780 | JK | 300.00 | $630.00 | 2.1 |
|---|---|---|---|---|

6/5/2025   PREPARATION OF CONTRACT EXCERPTS OF RECORD; ORGANIZE CHRONOLOGICALLY NUMEROUS DOCKET ENTRIES, BATES-STAMP

| 2815805 | JK | 300.00 | $1,290.00 | 4.3 |
|---|---|---|---|---|

6/5/2025   CONFERENCE WITH J.P. FRITZ RE ARGUMENTS TO BE MADE IN OPENING BRIEF, AND DOCUMENTS TO BE INCLUDED IN EXCERPTS OF RECORD (MULTIPLE)

| 2815629 | JNT | 725.00 | $362.50 | 0.5 |
|---|---|---|---|---|

6/5/2025   CONTINUE DRAFTING OPENING BRIEF RE PREFERENCE JUDGMENT

| 2815851 | JNT | 725.00 | $9,352.50 | 12.9 |
|---|---|---|---|---|

6/6/2025   PREPARATION OF HOLOGENIX - PLAN - X2881 - OPENEING BRIEF V13 - 2025.06.06  TOC AND TOA

| 2815861 | JK | 300.00 | $870.00 | 2.9 |
|---|---|---|---|---|

6/6/2025   PREPARATION OF DRAFT - EX. K 2025.06.05 V10 ER AT 1111AM  TOC AND TOA

| 2815958 | JK | 300.00 | $810.00 | 2.7 |
|---|---|---|---|---|

6/6/2025   CONTINUE DRAFTING OPENING BRIEF RE PREFERENCE JUDGMENT

| 2816089 | JNT | 725.00 | $10,077.50 | 13.9 |
|---|---|---|---|---|

6/6/2025   DRAFT EMAILS TO MET'S COUNSEL RE BRIEF AND EXCERPTS THAT I ATTEMPTED TO FILE ON 6/6/25

| 2816101 | JNT | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

## DETAILED ACTIVITIES

| | | 9/19/2025 | Page # | 37 |
|---|---|---|---|---|
| **Hologenix** | | | | |
| **CASE #** | **9116** | **From Date** | | **10/1/2024** |
| | | **To Date** | | **7/31/2025** |

6/6/2025   ATTEMPT TO FILE OPENING BRIEF RE PREFERENCE JUDGMENT

| 2816100 | JNT0 | 0.00 | $0.00 | 0.7 |
|---|---|---|---|---|

6/6/2025   CONFERENCE WITH JNT RE STATUS OF ATTORNEY CLIENT TRUST ACCOUNTS UNDER NEW YORK LAW, CONTROL OVER FUNDS IN SUCH ACCOUNTS

| 2815917 | MGD | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

6/6/2025   RESEARCH RE NEW YORK STATE LAW APPLICABLE TO ATTORNEY CLIENT TRUST ACCOUNTS

| 2815924 | MGD | 725.00 | $797.50 | 1.1 |
|---|---|---|---|---|

6/6/2025   DRAFT BRIEF INSERT RE ISSUE OF UNSIGNED DECLARATION BY N. SULLIVAN

| 2816042 | MGD | 725.00 | $1,160.00 | 1.6 |
|---|---|---|---|---|

6/7/2025   DRAFT MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND EXCERPTS, AND EMAIL J.P. FRITZ RE SAME; EXCHANGE EMAILS WITH J.P. FRITZ RE HIM FILING BRIEF TODAY INSTEAD OF WAITING FOR ME TO BE ADDED TO 9TH CIRCUIT CASE FILE; REVISE SIGNATURE PAGES FOR

| 2816102 | JNT0 | 0.00 | $0.00 | 3.0 |
|---|---|---|---|---|

6/7/2025   ANALYSIS OF MOTION TO EXTEND PREFERENCE APPEAL DEADLINE BY ONE DAY

| 2816188 | JPF | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

6/8/2025   REVIEW EMAIL FROM N. SULLIVAN CONSENTING TO EXTENSION OF DEADLINE TO FILE OPENING BRIEF, AND PREPARE REPLY RE FILE-STAMPED VERSIONS OF DOCS FILED YESTERDAY

| 2816151 | JNT0 | 0.00 | $0.00 | 0.5 |
|---|---|---|---|---|

6/9/2025   ANALYSIS OF COURT DOCKET; DOWNLOAD OPENING BRIEF AND EXCERPTS OF RECORD IN 3 CASES

| 2816203 | JK | 300.00 | $150.00 | 0.5 |
|---|---|---|---|---|

6/9/2025   PREPARATION OF REVISED EXCERPTS OF RECORDS FOR PLAN IN 9TH CIRCUIT

| 2816371 | JK | 300.00 | $540.00 | 1.8 |
|---|---|---|---|---|

6/9/2025   PREPARATION OF REVISED EXCERPTS OF RECORDS FOR CONTRACT BRIEF IN 9TH CIRCUIT

| 2816441 | JK | 300.00 | $450.00 | 1.5 |
|---|---|---|---|---|

6/9/2025   CONFERENCE WITH J.P. FRITZ RE STRATEGY RE OPENING BRIEF IN APPEAL RE PREFERENCE CLAIM, STRATEGY IF MATTER IS REMANDED BACK TO BANKRUPTCY COURT

| 2816269 | JNT | 725.00 | $145.00 | 0.2 |
|---|---|---|---|---|

6/9/2025   REVIEW EMAILS FROM J.P. FRITZ RE CLERK'S APPROVAL AND FILING OF EXCERPTS IN THE 2881 APPEAL, AND PREPARE REPLY RE SAME

| 2816456 | JNT | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 9/19/2025 | Page # | 38 |
|---|---|---|---|---|

**Hologenix**

**CASE #    9116**

| From Date | 10/1/2024 |
|---|---|
| To Date | 7/31/2025 |

---

6/10/2025    PREPARATION OF CLERK COPIES OF  BRIEF AND EXCERPTS OF RECORDS RE 24-2881; ADD FORM 18, DROPBOX TO FIRSTLEGAL

| 2816544 | JK | 300.00 | $960.00 | 3.2 |
|---|---|---|---|---|

6/10/2025    PREPARATION OF CLERK COPIES OF  BRIEF AND EXCERPTS OF RECORDS RE 24-2884; ADD FORM 18, DROPBOX TO FIRSTLEGAL

| 2816694 | JK | 300.00 | $570.00 | 1.9 |
|---|---|---|---|---|

6/11/2025    PREPARATION OF 24-2883 - UPDATE INDEX OF RECORDS; PREPARE EMAIL TO FIRSTLEGAL

| 2817090 | JK | 300.00 | $240.00 | 0.8 |
|---|---|---|---|---|

6/12/2025    PREPARATION OF BRIEF, INDEX AND 3 VOLUMES OF ERS RE CASE 24-2884

| 2817282 | JK | 300.00 | $360.00 | 1.2 |
|---|---|---|---|---|

6/12/2025    PREPARATION OF BRIEF, INDEX AND 7 VOLUMES OF ERS RE CASE 24-2883

| 2817285 | JK | 300.00 | $570.00 | 1.9 |
|---|---|---|---|---|

6/12/2025    REVIEW NOTICES AND EMAILS RE CLERK'S APPROVAL OF FILINGS, AND MAILING OF DOCUMENTS TO CLERK'S OFFICE

| 2817289 | JNT0 | 0.00 | $0.00 | 0.2 |
|---|---|---|---|---|

6/12/2025    CONFERENCE WITH ROY ZUR RE POSSIBLE SETTLEMENT WITH CASDEN, HOLOGENIX, AND MET

| 2817219 | JPF | 725.00 | $217.50 | 0.3 |
|---|---|---|---|---|

6/13/2025    PREPARATION OF EMAIL RESPONSE TO FDS RE PRINTING OF APPEAL DOCUMENTS

| 2817442 | JK | 300.00 | $90.00 | 0.3 |
|---|---|---|---|---|

6/13/2025    ANALYSIS OF DISTRICT COURT DECISION DENYING MOTION TO REMOVE REFERENCE BY MET ON CASDEN ADVERSARY PROCEEDING

| 2817438 | JPF | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|

6/26/2025    RESEARCH REGARDING ARGUMENT THAT MAY BE RAISED BY CASDEN IN HIS APPEAL OF DISTRICT COURT JUDGMENT THAT COULD, IF SUCCESSFUL, MAKE A GLOBAL SETTLEMENT MORE POSSIBLE

| 2820880 | JNT | 725.00 | $2,175.00 | 3.0 |
|---|---|---|---|---|

6/27/2025    TELEPHONE CONFERENCE WITH GREG SALVATO RE POSSIBLE GLOBAL SETTLEMENT WITH MET

| 2821270 | JPF | 725.00 | $580.00 | 0.8 |
|---|---|---|---|---|

7/1/2025    TELEPHONE CONFERENCE WITH SETH CASDEN RE POSSIBLE SETTLEMENT WITH MET

| 2822569 | JPF | 725.00 | $507.50 | 0.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Hologenix**

**CASE #** **9116**

9/19/2025          Page #          39

From Date          10/1/2024
To Date            7/31/2025

7/9/2025   PREPARATION OF DROPBOX FOR GREG SALVATO  RE APPEAL BRIEFS

| | | | | |
|---|---|---|---|---|
| 2824622 | JK | 300.00 | $210.00 | 0.7 |
| | | **Total** | **$56,154.00** | **102.9** |

# INDIVIDUAL ACTIVITIES

9/19/2025        Page        1

**Hologenix**
**CASE #    9116**

## SERVICE RENDERED FROM    10/1/2024    THROUGH    7/31/2025

### 03 - BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| JPF | 56.1 | 725.00 | $40,672.50 |
| **Total Hours** | **56.1** | **Total Fees** | **$40,672.50** |

# INDIVIDUAL ACTIVITIES

9/19/2025        **Page**        **2**

**Hologenix**
**CASE  #    9116**

### SERVICE RENDERED FROM    10/1/2024        THROUGH    7/31/2025

#### 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DAMON | 2.4 | 300.00 | $720.00 |
| JK | 21.2 | 300.00 | $6,360.00 |
| JNT | 3.9 | 725.00 | $2,827.50 |
| JPF | 3.4 | 725.00 | $2,465.00 |
| KR | 1.3 | 695.00 | $903.50 |
| KR | 12.2 | 725.00 | $8,845.00 |
| RM | 1.0 | 300.00 | $300.00 |
| **Total Hours** | **45.4** | **Total Fees** | **$22,421.00** |

# INDIVIDUAL ACTIVITIES

9/19/2025          Page          3

**Hologenix**
**CASE #    9116**

## SERVICE RENDERED FROM    10/1/2024    THROUGH    7/31/2025

### 07 - FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| CTP | 9.7 | 680.00 | $6,596.00 |
| CTP | 0.7 | 700.00 | $490.00 |
| DAMON | 6.3 | 300.00 | $1,890.00 |
| JK | 1.1 | 300.00 | $330.00 |
| JK | 0.6 | 300.00 | $180.00 |
| JNT | 6.7 | 725.00 | $4,857.50 |
| JPF | 5.8 | 695.00 | $4,031.00 |
| JPF | 5.0 | 725.00 | $3,625.00 |
| JYO | 3.3 | 695.00 | $2,293.50 |
| JYO | 0.2 | 725.00 | $145.00 |
| KR | 18.6 | 695.00 | $12,927.00 |
| KR | 12.1 | 725.00 | $8,772.50 |
| RM | 0.2 | 300.00 | $60.00 |
| RMC | 8.7 | 495.00 | $4,306.50 |
| RMC | 5.9 | 550.00 | $3,245.00 |

| **Total Hours** | **84.9** | **Total Fees** | **$53,749.00** |
|---|---|---|---|

# INDIVIDUAL ACTIVITIES

9/19/2025          Page          4

**Hologenix**
**CASE #    9116**

### SERVICE RENDERED FROM    10/1/2024          THROUGH    7/31/2025

### 10 - RELIEF FROM STAY

| | | | |
|---|---|---|---|
| JPF | 3.6 | 695.00 | $2,502.00 |
| KR | 37.3 | 695.00 | $25,923.50 |
| **Total Hours** | **40.9** | **Total Fees** | **$28,425.50** |

INDIVIDUAL ACTIVITIES

9/19/2025      Page      5

**Hologenix**
**CASE  #    9116**

**SERVICE RENDERED FROM    10/1/2024      THROUGH    7/31/2025**

**12  -  PLAN AND DISCLOSURE STATEMENT**

| | | | |
|---|---|---|---|
| JPF | 191.6 | 725.00 | $138,910.00 |
| KR | 0.7 | 725.00 | $507.50 |
| **Total Hours** | **192.3** | **Total Fees** | **$139,417.50** |

**INDIVIDUAL ACTIVITIES**

9/19/2025        Page        6

**Hologenix**
**CASE  #    9116**

**SERVICE RENDERED FROM    10/1/2024        THROUGH    7/31/2025**

**20  - OTHER LITIGATION**

| | | | |
|---|---|---|---|
| BRY | 1.1 | 750.00 | $825.00 |
| JK | 35.7 | 300.00 | $10,710.00 |
| JNT | 51.8 | 725.00 | $37,555.00 |
| JNT0 | 4.4 | 0.00 | $0.00 |
| JPF | 0.8 | 695.00 | $556.00 |
| JPF | 2.8 | 725.00 | $2,030.00 |
| KR | 2.4 | 695.00 | $1,668.00 |
| KR | 1.0 | 725.00 | $725.00 |
| MGD | 2.8 | 725.00 | $2,030.00 |
| RMC | 0.1 | 550.00 | $55.00 |
| **Total Hours** | **102.9** | **Total Fees** | **$56,154.00** |

# PROFESSIONAL ACTIVITY SUMMARY

**Hologenix**                                                                **9/19/2025**

**CASE #  9116**

|  |  | **From Date** | **10/1/2024** |
|---|---|---|---|
|  |  | **To Date** | **7/31/2025** |

| | | | | |
|---|---|---|---|---|
| **BRY** | 1.1 | Hours @ | 750.00 | $825.00 |
| **CTP** | 9.7 | Hours @ | 680.00 | $6,596.00 |
| **CTP** | 0.7 | Hours @ | 700.00 | $490.00 |
| **DAMON** | 8.7 | Hours @ | 300.00 | $2,610.00 |
| **JK** | 58.0 | Hours @ | 300.00 | $17,400.00 |
| **JK** | 0.6 | Hours @ | 300.00 | $180.00 |
| **JNT** | 62.4 | Hours @ | 725.00 | $45,240.00 |
| **JNT0** | 4.4 | Hours @ | 0.00 | $0.00 |
| **JPF** | 10.2 | Hours @ | 695.00 | $7,089.00 |
| **JPF** | 258.9 | Hours @ | 725.00 | $187,702.50 |
| **JYO** | 3.3 | Hours @ | 695.00 | $2,293.50 |
| **JYO** | 0.2 | Hours @ | 725.00 | $145.00 |
| **KR** | 59.6 | Hours @ | 695.00 | $41,422.00 |
| **KR** | 26.0 | Hours @ | 725.00 | $18,850.00 |
| **MGD** | 2.8 | Hours @ | 725.00 | $2,030.00 |
| **RM** | 1.2 | Hours @ | 300.00 | $360.00 |
| **RMC** | 8.7 | Hours @ | 495.00 | $4,306.50 |
| **RMC** | 6.0 | Hours @ | 550.00 | $3,300.00 |

| **Total Hours** | **522.5** | | **Total Fees** | **$340,839.50** |
|---|---|---|---|---|

# ACTIVITY SUMMARY

**Hologenix**

9/19/2025

**CASE # 9116**

From Date  10/1/2024

To Date  7/31/2025

| DESCRIPTION | FEES |
|---|---|
| BUSINESS OPERATIONS | $40,672.50 |
| CASE ADMINISTRATION | $22,421.00 |
| FEE / EMPLOYMENT | $53,749.00 |
| RELIEF FROM STAY | $28,425.50 |
| PLAN AND DISCLOSURE | $139,417.50 |
| OTHER LITIGATION | $56,154.00 |
| **TOTAL FEES** | **$340,839.50** |

# EXHIBIT "B"

# COSTS BREAKDOWN

9/19/2025

**Hologenix**                              **From Date** 10/1/2024
**CASE #   9116**                          **To Date** 7/31/2025

| | | |
|---|---|---:|
| 11/30/2024 | POSTAGE | 156.34 |
| 11/30/2024 | REPRODUCTION COSTS | 232.60 |
| 11/30/2024 | WESTLAW RESEARCH | 2,124.22 |
| 12/31/2024 | POSTAGE | 107.46 |
| 12/31/2024 | REPRODUCTION COSTS | 232.60 |
| 11/30/2024 | MESSENGER SERVICE | 42.68 |
| 2/28/2025 | REPRODUCTION COSTS | 25.40 |
| 2/28/2025 | POSTAGE | 14.76 |
| 12/31/2024 | COURT RESEARCH   PACER | 79.30 |
| 12/31/2024 | COURT RESEARCH   PACER | 3.00 |
| 2/28/2025 | WESTLAW RESEARCH | 134.66 |
| 2/28/2025 | WESTLAW RESEARCH | 5,982.91 |
| 3/31/2025 | WESTLAW RESEARCH | 11,100.82 |
| 3/31/2025 | WESTLAW RESEARCH | 1,233.19 |
| 3/31/2025 | COURT RESEARCH   PACER | 77.30 |
| 5/31/2025 | REPRODUCTION COSTS | 61.00 |
| 4/30/2025 | WESTLAW RESEARCH | 1,919.54 |
| 6/30/2025 | POSTAGE | 173.38 |
| 6/30/2025 | REPRODUCTION COSTS | 231.00 |
| 5/31/2025 | WESTLAW RESEARCH | 5,512.27 |
| 7/31/2025 | POSTAGE | 25.29 |
| 7/31/2025 | REPRODUCTION COSTS | 36.60 |
| 6/30/2025 | WESTLAW RESEARCH | 867.31 |
| 6/30/2025 | WESTLAW RESEARCH | 2,962.93 |

# COSTS SUMMARY

9/19/2025

**Hologenix**
**FILEE #  9116**

**From Date**  10/1/2024
**To Date**  7/31/2025

| | |
|---|---:|
| REPRODUCTION COSTS | 819.20 |
| MESSENGER SERVICE | 42.68 |
| COURT RESEARCH    PACER | 159.60 |
| POSTAGE | 477.23 |
| WESTLAW RESEARCH | 31,837.85 |
| **TOTAL COSTS** | **$33,336.56** |

# EXHIBIT "C"

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DAVID L. NEALE**
dln@lnbyg.com

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries,

continued. . .                                                                                      pg 1 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

continued. . .                                                                                      pg 2 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**

LNBY&G

continued from page 2

Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

continued. . .

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**

**PROFESSIONAL RÉSUMÉ**

continued from page 3

- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RON BENDER** is a founding and co-managing partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P., one of the premier insolvency boutique law firms in the State of California. The firm was founded in 1995. Ron has successfully reorganized and restructured the debt of numerous companies, sold countless companies, and restructured the financial affairs and debts of many individuals. He is widely regarded as a highly creative, results oriented bankruptcy, insolvency and restructuring attorney who is able to tackle complex financial and legal problems and develop and implement creative solutions. Ron has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers.

Ron received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., summa cum laude), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court.

Ron has one of the largest bankruptcy and insolvency practices in the State of California, having represented hundreds of chapter 11 debtors. A sampling of some or Ron's chapter 11 bankruptcy representations includes: a 400,000 square foot shopping center in Lynwood, California known as **"Plaza Mexico"** that Ron recently sold for $164 million; the **TRX** exercise band company that Ron recently sold for $11.1 million; **Zacky and Sons Poultry** (a large grower, processor, packager and seller of chicken and turkey related products) that Ron recently sold for approximately $40 million; **West Coast Distribution** (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry) that Ron recently sold; **Tatung Company of America** (a manufacturer and distributor of consumer electronics with over $20 million assets that Ron successfully reorganized); **NAI Capital** (the well known commercial real estate brokerage firm that Ron successfully sold); **Ironclad Performance Wear** (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that Ron sold for $25 million); **Rdio** (a digital music service provider) that Ron sold to Pandora for $75 million; **Country Villa** (one of the largest owners and operators of skilled nursing facilities



**RON BENDER**
rb@lnbyg.com

continued. . .                                                            pg 1 of  3

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

with annual revenue of more than $200 million that Ron sold for $62 million); **Pebble ABC** in a sale to Fitbit for $20 million; **Gamma Medica** (a manufacturer of imaging systems in the biotechnology field that Ron sold); **Matterhorn Group** (a large manufacturer of novelty ice cream products that Ron sold); **Fat Burger** (the well known chain of hamburger restaurants that Ron sold); **Westcliff Medical Laboratories** (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that Ron sold for $57.5 million); **LifeMasters Supported Selfcare** (a national disease management company with annual revenue of $80 million that Ron sold); **Bodies in Motion** (a chain of fitness facilities that Ron sold for approximately $10 million); **Max Equipment Rental** (an equipment rental company that Ron successfully reorganized); **Nelson & Associates** (a manufacturers' representative in the electrical industry that Ron successfully reorganized); **Alin Party Supply** (a retail chain of party supplies that Ron successfully reorganized); **Lake San Marcos Resort & Country Club**; **Pacific High Reach** (a large construction equipment rental company that Ron sold for $17 million); **Krystal Koach** (a large manufacturer of limousines and shuttle buses that Ron sold); **Small World Toys** (a toy company that Ron sold for approximately $16 million); **Intervisual** (a children's book company that Ron sold for approximately $10 million); **LightPointe Communications** (a manufacturer of wireless networking equipment that Ron successfully reorganized); **Nicola** (a large olive importer and distributor that Ron successfully reorganized); **Krispy Kreme** (an owner and operator of Krispy Kreme Doughnut Stores that Ron successfully reorganized); **Pleasant Care** (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that Ron sold for approximately $17 million); **Sega GameWorks** (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that Ron sold for approximately $8 million); **Alliant Protection Services** (a commercial and residential alarm services company with 16,000 customers that Ron sold for $14.5 million); **The Walking Company** (a national chain of 101 retail stores selling specialty shoes and footwear that Ron successfully reorganized); **Shoe Pavilion** (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that Ron sold); **Gadzoox Networks** (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where

continued. . .

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

one division was sold for $8.5 million and the balance of the company successfully reorganized); **State Line Hotel**, S**tate Line Casino**, **Jim's Enterprises** (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that Ron sold for $55 million); **Easyrider** and **Paisano Publications** (publicly traded publishers of thirteen national magazines that Ron sold for $12.3 million); **Clifford Electronics** (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that Ron sold for $20 million); **Chorus Line Corporation** and **California Fashions Industries** (one of the largest apparel companies in the country at that time with annual sales of $500 million); **Avus** (a distributor of computer systems with sales of in excess of $100 million that Ron sold); **A.J. Markets** (chain of supermarkets that Ron sold for $5 million); **Trancas Town** (owner of 35 acres of raw developable land in Malibu, California that Ron successfully reorganized); **Association of Volleyball Professionals** (professional beach volleyball league that Ron sold); **Louise's Trattoria** (chain of 16 Italian food restaurants with $30 million in annual revenue that Ron sold for $7 million); **Westward Ho Markets** (a supermarket chain with $50 million of annual revenue and $20 million of debt that Ron successfully reorganized); **Special Effects Unlimited** (one of the largest providers of special effects in the movie industry that Ron successfully reorganized); **Santa Barbara Aerospace** (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that Ron successfully reorganized and then sold); **Manchester Center** (a 1.5 million square foot shopping center in Fresno, California that was Ron sold for $25 million); **Marbella Golf and Country Club** (a golf and country club located in San Juan Capistrano that Ron successfully reorganized); **Southwest Hospital** (an acute care hospital located in Riverside that Ron successfully reorganized). Ron has also represented countless owners of real estate in chapter 11 that have resulted in successful sales or reorganizations.

Ron is also one of California's leading lawyers and preeminent experts in the field of Assignments for the Benefit of Creditors (ABC's), having represented assignees in approximately 200 ABC's.

Ron is also a frequent author and speaker on bankruptcy and insolvency matters.

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**TIMOTHY J. YOO**
tjy@lnbyg.com

**TIMOTHY YOO,** a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.

**TIMOTHY J. YOO**  ATTORNEY AT LAW
EMAIL: TJY@LNBYG.COM  DIRECT: 310.229.3365

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK,** born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.



**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999
- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000
- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000
- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000
- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004
- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004
- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004
- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009
- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010

**DAVID B. GOLUBCHIK** ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM  DIRECT: 310.229.3393

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**L N B Y & G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

### EDUCATION

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

### BAR ADMISSIONS

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

### Honors and Recognitions

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

### Publications/Press

"Section 1111(b) '" Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,'" *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

**GARY E. KLAUSNER**  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

# GARY E. KLAUSNER
## PROFESSIONAL RÉSUMÉ
continued from page 1

**LNBY&G**

Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

### Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

### KEY REPRESENTATIONS
### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

**GARY E. KLAUSNER**  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

# LNBY&G

He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

## PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

## HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

## KEY REPRESENTATIONS
### Committee Representations

Rhythm & Hues

Nasty Gal

New Meatco

Consolidated Freightway

Westward Ho Markets

Naki Electronics

Prime Matrix Stan Lee Media

American Restaurant Group, Inc

### Significant Creditor/Party In Interest Representations

The Weinstein Company

Relativity Media

Cannon Pictures, Inc.

Georgia Pacific Corporation

Cal Worthington

Columbia Tristar

Fox Family Worldwide

MCI Telecommunications Corporation

Paramount Pictures

Saban Entertainment

Sony Pictures, Inc.

The Walt Disney Company

Victor Valley Community Hospital

Rachel Ashwell Design, Inc

EZ Lube, Inc

Gardens Regional Hospital

**GARY E. KLAUSNER**  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**EDWARD M. WOLKOWITZ**

emw@lnbyg.com

**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).

continued. . .                                                            pg 1 of 2

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

**EDWARD M. WOLKOWITZ**  ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**BETH ANN R. YOUNG**
bry@lnbyg.com

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.

**BETH ANN R. YOUNG**  ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM  DIRECT: 310.229.3352

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com

**MONICA Y. KIM**  ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM  DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**PHILIP A. GASTEIER**
pag@lnbyg.com

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.

continued. . .                                                                pg 1 of 2

**PHILIP A. GASTEIER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania
(J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the
Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of
the bar of the United States District Court, Central, Eastern and Northern Districts
of California; the U.S. District Court, Eastern District Court of Pennsylvania, and
the Ninth and Third Circuit Courts of Appeals. He is a member of the American
Bankruptcy Institute, the American Bar Association, the State Bar of California,
the Century City Bar Association, the Financial Lawyers Conference and the Los
Angeles County Bar Association, where he served as a member of the Bankruptcy
Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–
1992). He has been active in civic affairs, and is a past President (2008–2009), Vice
President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park
Neighborhood Council, an official body of the City of Los Angeles.

pg 2 of 2

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN N. TEDFORD, IV,** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P.  John joined Levene Neale in February 2025, after over 22 years at Danning, Gill, Israel & Krasnoff, LLP.

For over 20 years, John Tedford has represented debtors, creditors, trustees and receivers in bankruptcy and other insolvency matters.  He represents clients in all California state and federal courts, especially bankruptcy courts.  He is also a member of the bar of the U.S. Supreme Court.

When not representing clients, John often speaks and writes about trending issues in his field.  He is a regular contributor of e-Bulletins published by the Insolvency Law Committee of the California Lawyers Association's Business Law Section.  His articles have been published in the California Bankruptcy Journal, ABI Journal, and Norton's Annual Survey of Bankruptcy Law.

John also is active in a number of legal organizations.  He was recently selected to be a Fellow of the American College of Bankruptcy, and will be inducted in the 36th Class of the College in March 2025.  He is currently a Lawyer Representative to the Ninth Circuit Judicial Conference, President of the California Bankruptcy Forum, and Treasurer of the Century City Bar Association.  He is a board member and former officer of the Los Angeles Bankruptcy Forum (serving as its President in 2017-2018) and Financial Lawyers Conference (serving as its President in 2023-2024).  John also is a former co-chair of the Insolvency Law Committee of the Business Law Section of the California Lawyers Association.



**JOHN N. TEDFORD, IV**
jnt@lnbyg.com

### PRACTICE AREAS

Bankruptcy Appeals
Creditor Representation
*- Creditor Committee Counsel*
*- Creditor Representation in Bankruptcy Cases*
Debtor Representation
*- Chapter 11 Business Reorganization*
*- Chapter 11 Individual Reorganization*
*- Chapter 7*

Litigation in Federal and State Courts
Fiduciary Services and Representation
*- Chapter 7 and 11 Bankruptcy Trustees*
*- Federal and State Receivers*

continued. . .                                        pg 1 of 6

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**

L N B Y & G

continued from page 1

**EDUCATION**

University of Southern California Gould School of Law, J.D., May 1999

University of Southern California, B.S., Business Administration, May 1996

**ADMISSIONS**

State Bar of California, 1999

U.S. Supreme Court

U.S. Court of Appeals for the Ninth Circuit

U.S. District Courts in California
- *Central District of California*
- *Eastern District of California*
- *Northern District of California*
- *Southern District of California*
U.S. District Courts outside of California
- *District of Colorado*
- *Western District of Wisconsin*

**MEMBERSHIPS & ASSOCIATIONS**

American College of Bankruptcy (to be inducted in March 2025)

Ninth Circuit Judicial Conference, Lawyer Representative

Financial Lawyers Conference, Member and member of the Board of Governors
  (President, 2023-2024)

California Bankruptcy Forum, Member and President (2024-2025)

American Bankruptcy Institute, Member and Member of the Bankruptcy Battleground
  West Advisory Board (2021-2022)

Los Angeles Bankruptcy Forum, Member and former President (2017-2018)

Insolvency Law Committee, Business Law Section of the California Lawyers
  Association, Advisor and former Co-Chair (2017-2018)

California Bankruptcy Journal, Editor

continued. . .                                        pg 2 of 6

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

## REPRESENTATIVE MATTERS

*In re FAME Housing Corporation, et. al.*, in which John represents a chapter 7 trustee administering commercial and residential properties owned by three non-profit corporations.

*In re Casden*, in which John represents an individual chapter 11 debtor seeking to reorganize his financial affairs after entry of a multi-million judgment against him.

*In re MVK FarmCo*, in which John represents a former employee seeking allowance of an administrative claim against the debtor's estate.

*In re Elite Investment Management Group, LLC*, in which John represented a chapter 11 debtor that owned a partially-completed 21,000 square foot residence in Bel Air.

*In re Salvador*, in which John represented a chapter 7 debtor challenging the Ninth Circuit's interpretation of a Bankruptcy Code provision relating to the dischargeability of old income taxes.

*In re Better Nutritionals, LLC*, in which John represented a chapter 11 debtor in the business of manufacturing nutritional gummies.

*In re Airport Van Rental, Inc,* in which John represented chapter 11 debtors seeking to reorganize a car rental business.

*In re 9469 Beverly Crest, LLC*, in which John represented a chapter 11 debtor who needed additional financing to complete construction of a residence.

*In re Meruelo Maddux Properties, Inc.*, in which John represented 56 chapter 11 debtors who were collectively the largest non-government landowner in downtown Los Angeles.

*In re Death Row Records* and *In re Suge Knight*, in which John represented court-appointed trustees who sold the debtors' extensive music library.

*In re Korean Western Presbyterian Church of Los Angeles*, in which John represents the chapter 11 trustee for a church involved in a dispute between two groups asserting control over the church.

*In re Elliott*, in which John obtained a published Ninth Circuit decision addressing courts' jurisdiction over claims asserted under section 727(d) of the Bankruptcy Code.

*In re Lua*, in which John represented the National Association of Bankruptcy Trustees as amicus curiae in an appeal involving debtors' homestead exemptions.

*SEC v. Westmoore Management, LLC*, in which John represented a federal equity receiver appointed for a group of investment companies that operated a multi-million dollar Ponzi scheme.

*In re Pacific 9 Transportation, Inc.*, in which John represented the creditors' committee in a chapter 11 case involving a port trucking company with a history of labor code violations.

*In re Altadena Lincoln Crossing, LLC*, in which John assisted judgment creditors in settling claims against a bankrupt real estate developer.

A non-bankruptcy matter in which John helped a private investor negotiate terms of a new investment in a solar power contractor.

A non-bankruptcy matter in which John represented an Assignee in an Assignment for Benefit of Creditors for an entity that manufactured and had retail locations at which it sold gluten-free bakery items.

continued. . .

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

**LNBY&G**

## PUBLICATIONS (ARTICLES)

*Equitable Tolling: Prophylactic Orders and Applicable Standards Afte*r Smith v. Davis, 36 Cal. Bankr. J. 31 (2022).

*Dischargeability of Non-Priority Taxes for Which a Tax Return Was Not Timely Filed*, 2020 Norton Ann. Surv. of Bankr. L., 183 (2020 ed.).

*Dischargeability of Nonpriority Taxes for Late-Filed Tax Return*, Am. Bankr. Inst. J., Sept. 2019, at 14.

*Characterization, Classification, Payment and Treatment of Real Property Tax Claims Arising Under California Law*, 32 Cal. Bankr. J. 1 (2012).

*9th Circuit BAP Significantly Limits Mootness under § 363(m)*, Bankr. Ct. Decisions, Vol. 50, Issue 7 (2008).

## PUBLICATIONS (ILC CASE ANALYSES)

July 21, 2023: *Masingale v. Munding (In re Masingale)*, 644 B.R. 530 (9th Cir. BAP 2022).

January 9, 2023: Amendments to the Federal Rules of Bankruptcy Procedure Effective December 1, 2022.

October 18, 2022: *Bear Creek Trail, LLC v. BOKF, N.A. (In re Bear Creek Trail, LLC)*, 35 F.4th 1277 (10th Cir. 2022).

May 4, 2022: *Sienega v. Cal. Franchise Tax Bd. (In re Sienega)*, 18 F.4th 1164 (9th Cir. 2021).

Jan. 18, 2022: *Berkovich v. Cal. Franchise Tax Bd. (In re Berkovich)*, 15 F.4th 997 (9th Cir. 2021).

Dec. 16, 2021: *Perryman v. Dal Poggetto (In re Perryman)*, 631 B.R. 899 (9th Cir. BAP 2021).

Dec. 7, 2021: Amendments to the Federal Rules of Bankruptcy Procedure and Federal Rules of Appellate Procedure Effective December 1, 2021.

Aug. 17, 2020: *Speier v. Brace*, 9 Cal. 5th 903, 470 P.3d 15 (2020).

Jan. 16, 2020: *Ritzen Group, Inc. v. Jackson Masonry, LLC*, 589 U.S. ___ (Jan. 14, 2020).

Dec. 13, 2019: Small Business Reorganization Act Imposes New Diligence Requirements on Preference Plaintiffs and Modifies Venue Provisions for Proceedings to Recover Less than $25,000.

Aug. 16, 2019: *Hugger v. Warfield (In re Hugger),* 2019 WL 1594017 (9th Cir. BAP Apr. 5, 2019).

Mar. 18, 2019: *Brace v. Speier (In re Brace),* 2019 WL 167783 (9th Cir. Jan. 11, 2019).

Mar. 15, 2019: *Klein v. ODS Technologies, LP (In re J & J Chemical, Inc.),* Adv. No. 18-08029-JDP (Bankr. D. Idaho Jan. 11, 2019).

May 15, 2018: *JPMC 2007-C1 Grasslawn Lodging, LLC v. Transwest Resort Props., Inc. (In re Transwest Resort Props., Inc.),* 881 F.3d 724 (9th Cir. 2018).

Nov. 30, 2017: *Hsu v. MTC Fin., Inc. (In re Hsu)*, 692 Fed. Appx. 888 (9th Cir. June 30, 2017).

Nov. 29, 2017: Revisions to the Federal Rules of Evidence and Appellate, Civil, and Bankruptcy Procedure Effective December 1, 2017.

Sept. 11, 2017: *Salven v. Galli (In re Pass),* 553 B.R. 749 (9th Cir. BAP 2016).

Nov. 30, 2016: Revisions to the Federal Rules of Appellate, Civil, and Bankruptcy Procedure Effective December 1, 2016.

Oct. 26, 2016: *United States v. Martin (In re Martin)*, 542 B.R. 479 (9th Cir. BAP 2015), and Smith v. IRS (In re Smith), 828 F.3d 1094 (9th Cir. 2016).

Nov. 12, 2015: *Grego v. U.S. Trustee (In re Grego),* 2015 WL 3451559 (9th Cir. BAP May 29, 2015).

July 30, 2015: *Ly v. Che (In re Ly),* 2015 WL 1787575 (9th Cir. Apr. 21, 2015).

June 8, 2015: *Todd v. Rothschild (In re Todd)*, 2015 WL 1544585 (9th Cir. BAP 2015).

Feb. 20, 2015: *Elliott v. Weil (In re Elliott),* 523 B.R. 188 (9th Cir. BAP 2014).

Feb. 13, 2015: *In re Mallo*, 774 F.3d 1313 (10th Cir. 2014)

**JOHN N. TEDFORD, IV**  ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM  DIRECT: 310.229.3367

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 4



## EVENTS

July 23, 2024: Vexatious Litigants – What Can Bankruptcy Courts Do?; Ninth Circuit Judicial Conference (Bankruptcy Judges Education Committee Program), Sacramento, California.

March 7, 2024: Hot Topics in Subchapter V Cases; Conference of Chief Bankruptcy Judges, Clerks and Bankruptcy Lawyer Representatives, San Diego, California.

June 9, 2023: ABC, D & F: Getting Current on the Use of ABC's Across the Country; Association of Insolvency and Restructuring Advisors, Newport Beach, California.

Nov. 14, 2022: Til *Till* Do We Part?; Conference of Chief Bankruptcy Judges, Clerks and Bankruptcy Lawyer Representatives, Tucson, Arizona.

Nov. 4, 2022: Section 522(f): Avoiding the Inevitable; 2022 Central District Conference (Bankruptcy Judges Education Committee Program), Ojai, California.

Oct. 7, 2022: How to Make Your Appeal More Appealing; Financial Lawyers Conference (Nuts & Bolts Program).

Sept. 9, 2022: The Wrath of *Stern*; American Bankruptcy Institute Southwest Bankruptcy Conference, Las Vegas, Nevada.

July 20, 2022: Comfort Orders; Ninth Circuit Judicial Conference (Bankruptcy Judges Education Committee Program), Big Sky, Montana.

Feb. 18, 2022: Bankruptcy Avoidance Actions: Plaintiffs, Preferences and "Fraud"; Financial Lawyers Conference (Nuts & Bolts Program).

Nov. 19, 2021: Brave New World: Ethical and Practical Considerations in Conducting Remote Hearings and Trials; Los Angeles Chapter of the Federal Bar Association.

Nov. 5, 2021: Trending Bankruptcy Issues: Dischargeability of Income Taxes; American Bankruptcy Institute Consumer Practice Extravaganza.

May 14, 2021: Debates on Hot Topics In Bankruptcy; California Bankruptcy Forum, Annual Insolvency Conference.

Dec. 4, 2020: Late-Filed Returns and How to Discharge Them; San Fernando Valley Bar Association.

July 27, 2020: Bankruptcy & Restructuring: A Roundtable Discussion; Los Angeles Business Journal.

June 27, 2019: How to Make Your Appeal More Appealing; Beverly Hills Bar Association, Beverly Hills, California.

Sept. 23, 2017: Exemptions: Is Bad Faith a Factor or Not?; Central District Consumer Bankruptcy Attorney Association, Los Angeles, California.

Feb. 18, 2016: The Force Awakens: Objections to Exemptions After Law v. Siegel; L.A. County Bar Association, Los Angeles, California.

May 28, 2015: Bankruptcy Proofing: Fact or Fiction?; Beverly Hills Bar Association, Beverly Hills, California.

May 20, 2014: Laying down the Law: The Bankruptcy Court's Equitable Powers and Strategic Considerations after *Law v. Siegel*; L.A. County Bar Association, Los Angeles, California.

continued. . .

**JOHN N. TEDFORD, IV**  ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM  DIRECT: 310.229.3367

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 5



Feb. 19, 2013: Recent Developments Affecting Section 363 Bankruptcy Sales and Sale Orders; Beverly Hills Bar Association, Beverly Hills, California.

Mar. 21, 2012: Cramdowns in Real Estate Bankruptcies and Protecting the Guarantors: A Guide to Commercial Real Estate Loan Reductions through Bankruptcy; L.A. County Bar Association, Los Angeles, California.

Aug. 30, 2011: Cram Downs in Real Estate Bankruptcies and Protecting the Guarantors; Beverly Hills Bar Association, Beverly Hills, California.

July 20, 2010: Bankruptcy Sales: Are They Really "Free and Clear"?  The Aftermath of the *Clear Channel* Decision; Orange County Bankruptcy Forum, Irvine, California.

Jan. 21, 2010: Fallout from the Commercial Real Estate Crisis:  Lessons Learned from the General Growth, Namco, and Other Recent Bankruptcy Cases; Beverly Hills Bar Association, Beverly Hills, California.

Apr. 6, 2009: *Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC)*, 391 B.R. 25 (9th Cir. BAP 2008): Does Appealing Sales Make for Unappealing Assets?; Los Angeles Bankruptcy Forum, Los Angeles, California.

Feb. 19, 2009:  Unclear Channel for Bankruptcy Sales Free and Clear of Liens – the BAP's *Clear Channel* Decision and Its Consequences; Beverly Hills Bar Association, Beverly Hills, California.

Sept. 3, 2008: Clearing the Channel: Navigating the Sale Waters after *Clear Channel*; Insolvency Law Committee, Business Law Section of the State Bar of Cal. (webinar).

**JOHN N. TEDFORD, IV**  ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM  DIRECT: 310.229.3367

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DANIEL H. REISS**
dhr@lnbyg.com

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .                                                                pg 1 of 3

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

continued. . .                                                                                                  pg 2 of 3

## DANIEL H. REISS
### PROFESSIONAL RÉSUMÉ

continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections

- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.

pg 3 of 3

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

### PROFESSIONAL RÉSUMÉ



**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

continued. . .

**TODD A. FREALY** 

**PROFESSIONAL RÉSUMÉ**

continued from page 1

- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016

pg 2 of 2

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RICHARD P. STEELMAN, JR.**

rps@lnbyg.com

**RICKY STEELMAN** Ricky Steelman is a Partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's practical, client-centered, and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring, and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, creditors, debtors, hospitals, and emergency physician groups in state and federal courts, as well as private arbitrations, throughout all phases of the litigation process. This includes pre-litigation investigation and demands, the filing of a complaint, law and motion practice (such as drafting and filing demurrers, motions to dismiss, and motions for summary judgment), conducting and responding to discovery (including depositions and subpoenas), attending mediations and settlement conferences, and representing clients at trial and evidentiary hearings.

Mr. Steelman is also an experienced appellate attorney who has managed more than 85 appeals in the various appellate districts of the California Courts of Appeal, the Bankruptcy Appellate Panel for the Ninth Circuit, and the United States Court of Appeals for the Ninth Circuit. He also has substantial bankruptcy experience in numerous bankruptcy matters, contested proceedings, and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

Mr. Steelman also has significant class action defense work in federal court and substantive experience handling California probate proceedings, including trial. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

continued. . .

pg 1 of 2

**RICHARD P. STEELMAN, JR.**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

LNBY&G

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He graduated magna cum laude from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated cum laude from Pepperdine University School of Law in 2009. He is licensed in all California state and federal courts, the U.S. Court of Appeals for the Ninth Circuit, as well as the state of Colorado. He is a member of the Los Angeles County Bar Association and its Appellate Courts and Litigation sections. He is honored to have been named nine times as a Southern California Super Lawyers "Rising Star."  Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes.

**RICHARD P. STEELMAN, JR.**  ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM  DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors Anna's Linens, Inc., Green Fleet Systems, LLC, Belasco Unlimited Corporation, Apex Digital, Inc., Roosevelt Lofts, LLC, Central Metal, Inc., Franchise Pictures LLC, et al., Fatburger Restaurants, and the Official Committee of Unsecured Creditors of Halcyon Holding Group.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.



**JULIET Y. OH**
jyo@lnbyg.com

pg 1 of 1

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com

pg 1 of  1

**TODD M. ARNOLD**  ATTORNEY AT LAW
EMAIL: TMA@LNBYG.COM  DIRECT: 310.229.3349

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

## LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California.  Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com

**ANTHONY A. FRIEDMAN**  ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM  DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North



**KURT RAMLO**
kr@lnbyg.com

continued. . .

**KURT RAMLO**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



(California lender liability); Lost Lakes (Washington lender liability); satellite dish provider (piracy and dischargeability); Prium (lender liability); Spansion, Inc. (transfer pricing dispute); Delphi (Michigan state tax litigation; vendor litigation); Refco (Swiss securities litigation); Old UGC ($3.7 billion breach of merger action); Airwalk (debt recharacterization trial); various actions representing the United States (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include United States Pac. Ins. Co. v. United States Dep't of Interior, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); Secretary of HUD v. Sky Meadow Assoc., 117 F. Supp. 2d 970 (C.D. Cal. 2000); Yunis v. United States, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and United States Dep't of Educ. v. Wallace (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

**KURT RAMLO**  ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM  DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MICHAEL G. D'ALBA** joined LNBYG in May 2024 as Senior Counsel. He represents Chapter 7 trustees in investigations and avoidance actions, including on appeal. His practice extends to representing partition referees, receivers, judgment creditors, and debtors in possession in litigation matters.



**MICHAEL G. D'ALBA**
mgd@lnbyg.com

Prior to joining LNBYG, Mr. D'Alba practiced at a bankruptcy law firm in Los Angeles for 14 years. His experience there included representing the receiver of a Ponzi scheme in avoiding and recovering transfers and liquidating other assets; prevailing for the trustee on appeal when a transferee argued that a one-year statute of limitations under state law should apply over a two-year statute of limitations under bankruptcy law; avoiding unequal property settlement agreements that were followed by bankruptcy; enforcing the discharge injunction on behalf of reorganized debtors, obtaining monetary sanctions; collecting judgments, including by judicial foreclosure; and selling by auction the intellectual property assets of a defunct media enterprise. During this time, he authored *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions*, 34 CAL. BANKR. J. 77 (2017), and *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code*, 35 CAL. BANKR. J. 339 (2021) (Brad D. Krasnoff, co-author).

Mr. D'Alba is a member of the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Century City Bar Association. He has participated in the James T. King Bankruptcy Inn of Court and volunteered for Public Counsel's bankruptcy pro bono program.

Upon graduating from Princeton University and Rutgers University School of Law, Mr. D'Alba practiced in the commercial litigation department of a New Jersey law firm, which included representing Chapter 11 debtors in the residential real estate development industry.

## EDUCATION

**Rutgers University School of Law · Newark, NJ**
J.D., May 2005
Academic Honors: Dean's Merit Scholarship, 2004-2005 and 2002-2003;
Aaron Lasser & Hon. Lawrence L. Lasser Scholarship, 2003-2004

**Johann Wolfgang Goethe-Universität · Frankfurt am Main, Germany**
Fellow, German Academic Exchange Service, 1998-1999

**Princeton University · Princeton, NJ**
A.B. History, 1998

continued. . .                    pg 1 of 4

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



PROFESSIONAL EXPERIENCE

| | |
|---|---|
| *Feb. 2010 to*<br>*present* | **Danning, Gill, Diamond & Kollitz, LLP · Los Angeles, CA · Associate**<br>• Investigate and prosecute avoidance actions by Chapter 7 trustees; includes handling of appeals<br>• Investigate debtor disclosures, then prepare and conduct examinations at 341(a) meetings<br>• Judgment enforcement, including by judicial foreclosure actions in Superior Court Represent Superior Court Partition Referee<br>• Represented Chapter 11 debtor vehicle rental company, enforced discharge injunction post-confirmation<br>• Represented receiver of Ponzi scheme in district court action |
| *Sep. 2008 to*<br>*Feb. 2010* | **Khalaf & Khalaf · Pasadena, CA · Paralegal, then California-licensed Attorney**<br>• Interviewed clients and investigated their claims<br>• Drafted complaints, demurrers, motions, ex parte applications, discovery requests, and notices of claim<br>• Defended depositions<br>• Attended court hearings of ex parte applications, case management conferences, and initial appearance, pursuant to Penal Code Section 977, on DUI claim |
| *Sep. 2006 to*<br>*July 2008* | **Greenbaum, Rowe, Smith & Davis LLP · Iselin, NJ · Associate in Litigation Department**<br>• Represented Chapter 11 debtor Kara Homes and related entities<br>• Researched whether method of soliciting political campaign contributions violated criminal statutes<br>• Represented Chapter 11 debtor Kara Homes and related entities<br>• Researched whether method of soliciting political campaign contributions violated criminal statutes<br>• Represented lumber supplier in construction defect litigation; represented party to title insurance litigation<br>• Took and defended depositions; interviewed witnesses; researched and drafted jury charges; attended and argued motion hearings |
| *Jan. 2008 to*<br>*May 2008* | **Raritan Valley Community College · North Branch, NJ · Adjunct Professor**<br>Designed and taught semester-long undergraduate course on basic litigation proce-dure in paralegal certification program |

continued. . .          pg 2 of  4

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

**L N B Y & G**

### PROFESSIONAL EXPERIENCE *continued*

| | |
|---|---|
| *Sep. 2005 to Sep. 2006* | **Honorable Allison E. Accurso, Superior Court of New Jersey · Trenton, NJ · Law Clerk**<br>• Conducted case management conferences involving pro se litigants in family court<br>• Researched and drafted tentative decisions of motions, orders, and statements of reasons<br>• Assisted court in interviewing children in connection with custody disputes |
| *Jan. 2000 to Aug. 2002* | **Bloomberg LP · Princeton, NJ · Research Analyst**<br>Maintained pricing content from over fifty European banks; provided customer service to clients worldwide, including German-speaking clients; mentored new employees |
| *June to Aug.1997* | **Deutsche Bank AG · Cologne, Germany**<br>Assisted officials of bank's Foreign Department handling transactions between German exporters and buyers in developing economies |
| *June to Aug. 1997* | **Bayerische Versicherungsbank AG · Munich, Germany**<br>Worked as a consultant to the personnel department executive evaluating employees |
| *June to Aug.1994* | **Chicago Board of Trade · Chicago, IL**<br>Served as floor clerk to trader in open-outcry trading pit in which 30-year U.S. Treasury Bond Futures  contracts were traded; reviewed trades and confirmed trades with other parties |

### LEGAL INTERNSHIPS

| | |
|---|---|
| *Jan. to May 2005* | **Honorable William G. Bassler, United States District Court · Newark, NJ**<br>Prepared orders on habeas corpus petitions filed by New Jersey prisoners |
| *Aug. 2004 to May 2005* | **Rutgers Urban Legal Clinic · Newark, NJ**<br>• Successfully argued for dismissal of domestic violence restraining order used to evict tenant<br>• Represented apartment building tenants in dispute with landlord over conditions; inspected conditions; met with tenants to discuss strategy; held meeting with landlord and tenants to try to reach settlement |
| *May to Aug. 2004; Aug. to Dec. 2003* | **State of New Jersey, Office of the Attorney General · Newark, NJ**<br>*Researched New Jersey Board of Public Utilities' regulatory power over telecommunications; translated complaint into German for international service of process; digested deposition transcripts* |
| *June to Aug. 2003* | **Honorable Neil H. Shuster, New Jersey Superior Court · Trenton, NJ**<br>*Researched procedural issues and drafted bench memoranda in chancery court* |

continued. . .                    pg 3 of  4

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

L N B Y & G

### ADMISSIONS

*State Bar California, 2009*
*State Bar of New Jersey, 2005 (lapsed)*

### PUBLICATIONS

Michael G. D'Alba, *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions,*
34 CAL. BANKR. J. 77 (2017).

Brad D. Krasnoff, Michael G. D'Alba, *Based on What? Trustee Compensation Scenarios
Under Section 326 of the Bankruptcy Code,* 35 CAL. BANKR. J. 339 (2021).

*Third Circuit Addresses the Fiduciary Obligations of Future Representatives Under 11 U.S.C.
§ 524(g): In re Imerys Talc America, Inc., 38 F.4th 361 (3d Cir. 2022)* (October 5, 2022),
Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Ninth Circuit to Consider Whether Mechanic's Lien is Enforceable in Bankruptcy Case*
(Oct. 27, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Fraudulent Transfer Claim Defendant Obtains Insurance Coverage for Defending Claim*
(Dec. 16, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Chicago District Court Considered Non-Debtor's Attempt to Extend Protection of Automatic
Stay from the Los Angeles Bankruptcy Cases of Girardi and Girardi & Keese* (Jan. 20, 2023),
Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

### PROFESSIONAL ASSOCIATIONS

*Member, Financial Lawyers Conference*
*Member, Century City Bar Association*

**MICHAEL G. D'ALBA**  ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM  DIRECT: 310.229.3335

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**EVE H. KARASIK**
ehk@lnbyg.com

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .                                                          pg 1 of 4

**EVE H. KARASIK**



**PROFESSIONAL RÉSUMÉ**

continued from page 1

Settlement Trust, the <u>Thorpe Insulation Company Settlement Trust</u>, <u>Plant Insulation Settlement Trust</u>, and the <u>Western Asbestos Settlement Trust</u> (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM



**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .                                          pg 3 of 4

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**EVE H. KARASIK**
PROFESSIONAL RÉSUMÉ
continued from page 3



**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019, Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**CARMELA T. PAGAY**
ctp@lnbyg.com

**CARMELA T. PAGAY**, a partner at LNBY&G, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal*. Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.

**CARMELA T. PAGAY**  ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM  DIRECT: 310.229.3362

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016.  Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters.  Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food produc-tion, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program.  Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organi-zations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009.  Mr. Fritz gradu-ated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class.  Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ**  ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM  DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, whole-sale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.

**KRIKOR J. MESHEFEJIAN**
kjm@lnbyg.com

**KRIKOR J. MESHEFEJIAN**  ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM  DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.



**LINDSEY L. SMITH**
lls@lnbyg.com

pg 1 of 1

# LNBY&G
### LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwongrepresents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc., and Green Fleet Systems, LLC. Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal. He received his undergraduate degree, summa cum laude, from the University of California, San Diego.

**JEFFREY S. KWONG**
jsk@lnbyg.com

Mr. Kwong is a board member of the Asian Pacific CPA Association, a legal advisor to the Soo Yuen Fraternal Association of Southern California, a member of the executive committee of the bankruptcy section of the Beverly Hills Bar Association, a member of the Los Angeles Bankruptcy Forum, and a member of the Turnaround Management Association. He also is a member of the Board of Governors of the Southern California Chinese Lawyers Association (SCCLA), for which he serves on its Legal Clinic and Networking Committees.

Recognitions

- 2022 Recipient of the Hon. Cornelius Blackshear Presidential Fellowship presented by the National Conference of Bankruptcy Judges program
- Recognized in 2021 by the American Bankruptcy Institute as one of the "40 Under 40," Emerging Leaders in Insolvency Practice
- Selected in 2020 as one of 40 "up-and-coming bankruptcy practitioners" to attend the National Conference of Bankruptcy Judges' NextGen program

Speaking Engagements

- "Recent Ethics Developments In Bankruptcy And Litigation," Asian American Bar Association and Asian American Bar Association of New York Program (2023)
- "End Of A Corporate Cycle: Difficult Decisions And Options For Businesses In Financial Distress," Asian Pacific CPA Association, Annual Symposium (2021)
- "Bankruptcy And Alternatives For Businesses During The COVID-19 Era," Asian Pacific CPA Association, Annual Symposium (2020)

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

- "Bumps on the Yellow Brick Road: Entertainment and Intellectual Property Issues in Bankruptcy," Beverly Hills Bar Association, Luncheon Program (2015)
- "Transitioning to Private Practice," U.S. Bankruptcy Court, Law Clerk Training (2015)
- "Chambers Survival Tips," U.S. Bankruptcy Court, Law Clerk Training (2013-2014)

Publications

- Jeffrey S. Kwong, Cortlandt May Signal Acceptance of the "Time Approach" on Landlord Future Rent Claims, Am. Bank. L.J. (June 2023)

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.

**JOSEPH M. ROTHBERG**  ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM  DIRECT: 310.229.3373

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



## PROFESSIONAL RESUME



ROBERT M. CARRASCO joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California-Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court.

Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach.

Memberships: American Bankruptcy Institute; Mexican American Bar Association; Los Angeles Bankruptcy Forum.

## PARAPROFESSIONALS

JASON KLASSI received his Bachelors of Arts degree from the University of California at Los Angeles graduating Magna Cum Laude in 1979.  He has over 20 years of paralegal experience within the State of California currently working at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. since its inception in 1995.  Mr. Klassi maintains compliance for paralegal qualification under Business & Professions Code 6450(c)(3) and (d).  He also is an active member of the Los Angeles Paralegal Association.

CONNIE RAY is a Trustee Administrator/Paralegal who received her Paralegal Certificate from the UCR Extension Paralegal Training Program. She received her bachelor's degree from the University of California, Santa Barbara in 1997. Prior to joining the Firm, she worked for the U.S. Bankruptcy Court, Central District of California, for 12 years, including working as Judicial Assistant to the Honorable Peter H. Carroll from 2002 to 2010.

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association.  Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999.  Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

REBECKA MERRITT received her Bachelor of Science Degree in Integrative Studies at Kennesaw State University. Ms. Merritt has been working with law firms for the past six years. She was employed by The Zagoria Law Firm, a Personal Injury firm in Atlanta, Georgia, as a legal assistant/paralegal from January 2018 until February 2022. Ms. Merritt was also employed as a legal secretary at Moray & Agnew Law Firm in Newcastle, Australia, in Property Law, from July 2022 until January 2023. In January 2023, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P.  Ms. Merritt continues her paralegal education by maintaining MCLE compliance.

VANINA IVANOVA is a paralegal with a strong academic foundation in political science and legal studies. She holds a Bachelor's degree in Political Science with a concentration in Law and Society from California State University, Northridge, where she focused on the structure and function of the United States government and the development of its laws and regulations. Vanina went on to earn her Master's degree in Studies of Law from the University of Southern California. During her time at USC, she gained broad exposure to foundational areas of the legal field, including business law , and corporate litigation. In May 2025, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P.  Ms. Ivanova continues her paralegal education by maintaining MCLE compliance.

ALAYZA ROBERSON is a paralegal/legal assistant who received her Bachelors of Science in English Education at California State University, Long Beach as well as her Paralegal Certification. Ms. Roberson was previously employed as a personal injury case manager at two local firms in Los Angeles before joining the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P in 2025. Ms. Roberson continues her paralegal education by maintaining MCLE compliance as well as frequently studying the ever-changing climate of Law.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Seventh Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses; Declaration Of John-Patrick M. Fritz, Esq. In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 22, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 22, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the `document is filed.

☐  Service information continued on attached page

| | |
|---|---|
| Honorable Barry Russell<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660 / Courtroom 1668<br>Los Angeles, CA 90012 | *Debtor*<br>Hologenix, LLC<br>17383 Sunset Blvd., Suite A420<br>Pacific Palisades, CA 90272 |

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 22, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 22, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

- Todd M Arnold     tma@lnbyg.com
- Ron Bender     rb@lnbyg.com
- Thomas E Butler     butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco     rmc@lnbyg.com, rmc@lnbyg.com
- Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Theodore W Frank     frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey     bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Alphamorlai Lamine Kebeh     MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko     ron.maroko@usdoj.gov
- Juliet Y. Oh     jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay     ctp@lnbyg.com
- Yvonne Ramirez-Browning     yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth     jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref     rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino     sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops     annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan     sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico     dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- John N Tedford     JNT@LNBYG.com, jnt@ecf.courtdrive.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Larry D Webb     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
-