1  RON BENDER (State Bar No. 143364)
   JOHN-PATRICK M. FRITZ (State Bar No. 245240)
2  LINDSEY L. SMITH (State Bar No. 265401)
   ROBERT M. CARRASCO (State Bar No. 334642)
3  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone:  (310) 229-1234
5  Facsimile:  (310) 229-1244
   Email: RB@LNBYG.COM; JPF@LNBYG.COM; LLS@LNBYG.COM; RMC@LNBYG.COM
6
7  Attorneys for Chapter 11 Debtor and Debtor in Possession

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11

12
   In re                                   )  Case No.: 2:20-bk-13849-BR
13                                         )
   HOLOGENIX, LLC,                         )  Chapter 11 Case
14                                         )  Subchapter V
                                           )
15                       Debtor.           )
                                           )  **SECOND APPLICATION OF FISHER
16                                         )  & PHILLIPS LLP AS SPECIAL
                                           )  LABOR AND EMPLOYMENT
17                                         )  COUNSEL TO THE DEBTOR FOR
                                           )  APPROVAL OF FEES AND
18                                         )  REIMBURSEMENT OF EXPENSES;
                                           )  DECLARATION OF ASHTON RILEY
19                                         )  IN SUPPORT THEREOF**
                                           )
20                                         )
                                           )  Hearing:
21                                         )  Date:   October 14, 2025
                                           )  Time:   10:00 a.m.
22                                         )  Place:  Courtroom 1668
                                           )          255 East Temple Street
23                                         )          Los Angeles, CA 90012
                                           )
24                                         )
                                           )
25                                         )
                                           )
26                                         )
                                           )
27  _____ )

28

                                  1

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:

Fisher & Phillips LLP ("FP") as special labor and employment counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its *Second Application Of Fisher Phillips, As Special Labor and Employment Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses* (the "Application") for services rendered and expenses incurred during the period from October 1, 2024 through and including July 31, 2025 (the "Covered Period").

**I.**

**INTRODUCTORY STATEMENT**

**A.    Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.**

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date").   The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

**B.    Date Of Entry Of The Order Approving FP's Employment And Date Services Commenced.**

The Court entered an order approving FP's employment as labor and employment counsel to the Debtor on April 18, 2024 [Dkt. No. 953].  The Debtor's employment of FP as labor and employment counsel was effective as of December 25, 2023. On February 21, 2025, FP filed a supplement to its employment application [Dkt. No. 1049] and requested an additional $15,000 retainer to facilitate a mediation hearing. The Court granted the supplemental application on March 21, 2025 [Dkt. No. 1053].

**C.    Fees And Expenses Previously Requested By FP.**

On November 22, 2024, FP filed its first fee application [Dkt. No. 1016], covering the period from December 23, 2023 through and including September 30, 2024, during which FP spent a total of 36.6 hours and incurred fees in the sum of $9,849. On December 23, 2024, the Court

entered a written order approving the first interim fee application [Dkt. No. 1029], which authorized FP to apply the initial $10,000 retainer against the allowed fees.

**D.    Summary Of Payments Made To FP**

FP received post-petition retainers of $10,000 in April 2024 and an additional retainer of $15,000 in March 2025.

**E.    Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, FP incurred fees in the sum of $13,222.00, and expenses in the sum of $8,450, for total fees and expenses in the sum of $21,672.00.  Pursuant to Local Bankruptcy Rule 2016-1, by this Application, FP is seeking: (i) approval and allowance of its fees and expenses in the total sum of $21,672.00 incurred during the Covered Period, and (ii) authority to apply the $15,000 Retainer against FP's allowed fees and expenses.

**F.    Compliance With Local Bankruptcy Rule 2016-1(a).**

FP has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G.    Proper Notice.**

FP is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has served notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the Subchapter V Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

**II.**

**BACKGROUND OF DEBTOR'S CASE AND**

**DESCRIPTION OF SERVICES RENDERED BY FP**

**A.    Brief Narrative History And Report Concerning The Status Of Debtor's Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), FP respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case

furnished by LNBYG in its seventh fee application.

**B.    Brief Narrative Statement Of Services Rendered.**

During the Covered Period, FP served as labor and employment counsel to the Debtor and provided the following services: representation of debtor in the labor and employment dispute titled *Lyndsey White v. Hologenix, LLC* (the "White Dispute") where the petitioner, Ms. White filed a petition for reinstatement/reimbursement of lost wages, work benefits, and increased compensation under California Labor Code § 132(a). FP reviewed the 132(a) petition as well as her separate demand letter regarding various civil employment claims. To resolve this matter, FP has interviewed various Hologenix employees, drafted an initial case assessment brief, and engaged in settlement negotiations with opposing counsel. Following these initial efforts, FP prepared detailed mediation briefs, participated in mediation, and successfully negotiated a preliminary settlement of the White Dispute.

**C.    Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.**

FP respectfully submits that the fees and expenses incurred by FP during the Covered Period in the Debtor's case totaling $21,672.00 in the case are very reasonable.  Attached as **Exhibit "1"** to the Declaration of Ashton Riley annexed hereto (the "Riley Declaration") is a detailed listing of all time that FP spent during the Covered Period for which FP seeks compensation, including the date that FP rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service.  Also included in Exhibit "1" is a summary of the invoices that FP incurred during the Covered Period. Of the $21,672.00 amount sought, $8,450.00 is to cover the mediator's fee for overseeing the mediation. *See* Invoice Number 658435 attached to Exhibit 1.

**D.    Detailed Listing of Expenses by Category.**

FP does not seek approval for any expenses incurred during the Covered Period.

**E.    Description of Professional Education and Experience**

With more than 600 attorneys in 41 offices across the United States and Mexico, FP is an international labor and employment firm that provides practical business solutions for employers' workplace legal problems. More information regarding FP's expertise in labor and employment law can be found on its website at: https://www.fisherphillips.com.

The professionals at FP primarily responsible for the representation of the Debtor are Ashton Riley, Esq., and Piper Brockley, Esq., all of whom are well qualified to represent and assist the Debtor on its labor and employment dispute. Attached as **Exhibit "2"** to the Riley Declaration annexed hereto are the professional biographies of Mr. Riley and Ms. Brockley. Mr. Riley's hourly billing rate: $305; and Ms. Brockley's hourly billing rate:  $245.

**F.    Source and Amount of Cash Available to Pay FP's Allowed Fees and Expenses.**

It is FP's understanding and belief that the Debtor has sufficient unencumbered cash on hand from the Debtor's business operations to pay the allowed fees and expenses of the Debtor's professionals, including the allowed fees and expenses of FP.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982).  This is no longer the law.  The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field.  *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987).  Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters.  *Id.* at 346.

1    Under the lodestar approach, the Court is to determine the number of hours reasonably

2  expended in an attorney's representation of a debtor and multiply such number by a reasonable

3  hourly rate for the services performed.  *See Delaware Valley Citizens' Council for Clear Air*, 478

4  U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770.  A reasonable hourly rate is presumptively

5  the rate the marketplace pays for the services rendered.  *Missouri v. Jenkins by Agyei*, 491 U.S.

6  274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d

7  687, 691 (9th Cir.1988).  Recognizing that the determination of an appropriate "market rate" for

8  the services of a lawyer is inherently difficult, the Supreme Court stated:

9           Market prices of commodities and most services are determined by

10          supply and demand.  In this traditional sense there is no such thing

11          as a prevailing market rate for the service of lawyers in a particular

12          community.  The type of services rendered by lawyers, as well as

13          its experience, skill, and reputation, varies extensively -- even

14          within a law firm.  Accordingly, the hourly rates of lawyers in

15          private practice also vary widely.  The fees charged often are

16          based on the product of hours devoted to the representation

17          multiplied by the lawyer's customary rate.

18  *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable

19  attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs

20  by its own attorneys."  *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside*

21  *v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a reasonable hourly

22  rate is the hourly amount to which attorneys in the area with comparable skill, experience and

23  reputation typically would be entitled as compensation.  *Blum v. Stenson*, 465 U.S. at 895 n.11.

24    The services that were provided to the Debtor by FP during the Covered Period were

25  provided in a highly skillful, efficient and cost-effective manner.  FP respectfully submits that the

26  hourly rates of its professionals are reasonable and appropriate in the relevant community, and

27

28

that the fees incurred by FP in the Debtor's case during the Covered Period are fair and reasonable.

///

## IV.

## CONCLUSION

Based on all of the foregoing, FP respectfully requests that the Court enter an order:

1.      approving and allowing fees in the amount of $13,222.00 and expenses in the amount of $8,450, for total fees and expenses in the amount of $21,672.00, incurred by FP during the Covered Period from October 1, 2024 through and including July 31, 2025 (the "Allowed Fees");

2.      authorizing FP to apply the Retainer received by FP (in the sum of $15,000) against the Allowed Fees.

3.      granting such other and further relief as the Court deems just and proper.


Dated: September 23, 2025          HOLOGENIX, LLC

                                   By:    /s/ Robert M. Carrasco
                                          RON BENDER
                                          JOHN-PATRICK M. FRITZ
                                          LINDSEY L. SMITH
                                          ROBERT M. CARRASCO
                                          LEVENE, NEALE, BENDER, YOO
                                              & GOLUBCHIK L.L.P.
                                          Attorneys for Chapter 11 Debtor and
                                          Debtor in Possession

## DECLARATION ASHTON RILEY, ESQ.

I, Ashton Riley., hereby declare as follows:

1.    I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this Declaration is attached (the "Application").

2.    I am a partner of FP.  I am an attorney licensed to practice in the State of California.

3.    With more than 600 attorneys in 41 offices across the United States and Mexico, FP is an international labor and employment firm that provides practical business solutions for employers' workplace legal problems. More information regarding FP's expertise in labor and employment law can be found on its website at: https://www.fisherphillips.com.

4.    The primary professionals from FP that are expected to be responsible for this engagement are: Ashton Riley: $305/hr and Piper Brockley: $245/hr. The professional biographies for the foregoing attorneys are collectively attached as **Exhibit 1** to this Declaration and are incorporated herein by reference.

5.    I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached.  To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

6.    FP received post-petition retainers of $10,000 in April 2024 and an additional retainer of $15,000 in March 2025.

7.    FP filed its first fee application on November 22, 2024 [Dkt. No. 1016], covering the period from December 23, 2023 through and including September 30, 2024, during which FP spent a total of 36.6 hours and incurred fees in the sum of $9,849. On December 23, 2024, the Court entered a written order approving the first interim fee application [Dkt. No. 1029] and authorized FP to apply the initial $10,000 retainer against the allowed fees.

8.    Pursuant to the Application, FP is seeking: (i) approval and allowance of its fees and expenses in the total sum of $21,672.00 incurred during the period from October 1, 2024 through

and including July 31, 2025 (the "<u>Covered Period</u>"); and (ii) authority to apply the $15,000 Retainer against FP's allowed fees and expenses.

9.    The amounts requested in the Application for fees and expenses incurred by FP are based on FP's business records which are kept in the ordinary course of FP's business.

10.    Attached as **<u>Exhibit "1"</u>** hereto is a detailed listing of all time that FP spent during the Covered Period for which FP seeks compensation, including the date that FP rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service.  Also included in Exhibit "1" is a summary of all time that FP spent during the Covered Period. Of the $21,672.00 amount sought, $8,450.00 is to cover the mediator's fee for overseeing the mediation. *See* Invoice Number 658435 attached to Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 23rd day of September 2025, at Los Angeles, California.


By: _____

Ashton Riley, Esq.

**EXHIBIT  1**

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| 2046519 | 11/10/2024 | $3,488.50 |
| 2065426 | 12/12/2024 | $1,579.00 |
| 2076437 | 1/10/2025 | $226.50 |
| 2088282 | 2/8/2025 | $287.00 |
| 2106400 | 3/11/2025 | $324.50 |
| 658435 | 3/21/2025 | $8,450.00 |
| 2124729 | 4/13/2025 | $196.00 |
| 2132882 | 5/4/2025 | $73.50 |
| 2170404 | 7/9/2025 | $3,983.00 |
| 2182746 | 8/4/2025 | 3,064.00 |
| Total | | $21,672.00 |

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2046519 |
| Date of Invoice: | 11/10/2024 |
| Billing Period: | 10/01/2024 - 10/31/2024 |
| Date Posted: | 11/10/2024 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$3,488.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 11/25/2024 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $3,488.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $3,488.50 |
| Comments to AP: | Customer Pays |

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $3,488.50 | 100% | Customer Pays |

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

*Remittance Address*
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## Other Invoice and Firm Information

Regulatory Statements: --

## Amount Billed

| | |
|---|---|
| **Billed Total** | **$3,488.50** |
| Invoice Currency: | USD |
| Billed Fees | $3,488.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $3,488.50 |

## Approval History

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 11/10/2024 | $3,488.50 | |
| Emeraude Lerebours | Approved | 11/25/2024 | $3,488.50 | |
| Serengeti Administrator | AP Batch Run | 12/02/2024 | $3,488.50 | Batch ID: 050000271 (Sent to AP: 12/02/2024 9:01:53 AM) |

## Additional Financial Information

Name of Invoice File in .Zip: Fisher & Phillips - 2046519.html

## Matter Information

Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person: Lerebours, Emeraude

## Invoice Line Items:

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2024 - | | Videoconference with S. Casden regarding strategy for further handling of case. | Riley, Ashton | 0.5 | $305.00 | | | | | $152.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2024 - | Discuss case status updates and potential settlement strategies with G. Gasden. | Brockley, Piper | 0.5 | $245.00 | $122.50 |
| 10/03/2024 - | Teleconference with Chubb and TriNet contacts regarding next steps in case and potential resolution of same. | Riley, Ashton | 0.3 | $305.00 | $91.50 |
| 10/03/2024 - | Teleconference with bankruptcy counsel regarding procedure for approval of settlement in instance of same in case. | Riley, Ashton | 0.3 | $305.00 | $91.50 |
| 10/03/2024 - | Teleconference with opposing counsel regarding potential early settlement discussions prior to litigation. | Riley, Ashton | 0.2 | $305.00 | $61.00 |
| 10/03/2024 - | Teleconference with opposing counsel regarding the parties' agreement to mediate L. White's allegation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 10/03/2024 - | Teleconference with E. Lerebours and R. Carlson regarding the status of L. White's demand. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 10/16/2024 - | Draft the procedural history section of the initial case assessment. | Brockley, Piper | 0.5 | $245.00 | $122.50 |
| 10/16/2024 - | Draft "the Parties" section of the initial case assessment. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 10/16/2024 - | Draft the "summary of L. White's claims" section of the initial case assessment. | Brockley, Piper | 0.8 | $245.00 | $196.00 |
| 10/16/2024 - | Edit and revise the damages section of the carrier assessment. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 10/16/2024 - | Draft the damages section of the initial case assessment. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 10/16/2024 - | Draft the failure to prevent discrimination and harassment section of the initial case assessment. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 10/16/2024 - | Draft the wrongful discharge section of the initial case assessment. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 10/17/2024 - | Draft the harassment legal analysis section of the carrier assessment. | Brockley, Piper | 1.5 | $245.00 | $367.50 |
| 10/17/2024 - | Draft the factual background section of the carrier assessment. | Brockley, Piper | 1.3 | $245.00 | $318.50 |
| 10/17/2024 - | Edit and revise the legal analysis section of the carrier assessment. | Brockley, Piper | 1.9 | $245.00 | $465.50 |
| 10/18/2024 - | Edit and revise the factual background section of the carrier assessment. | Brockley, Piper | 1.1 | $245.00 | $269.50 |
| 10/22/2024 - | Begin revising initial liability analysis to TriNet/Chubb. | Riley, Ashton | 0.3 | $305.00 | $91.50 |
| 10/23/2024 - | Complete revising initial liability analysis to TriNet/Chubb. | Riley, Ashton | 0.4 | $305.00 | $122.00 |
| 10/23/2024 - | Edit and revise the legal assessment section of the carrier assessment. | Brockley, Piper | 1 | $245.00 | $245.00 |
| 10/24/2024 - | Edit and revise the factual background section of the carrier assessment. | Brockley, Piper | 0.6 | $245.00 | $147.00 |

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/30/2024 - | Outline action plan to address issues including ... and threatened lawsuit and address issues with pending bankruptcy. | Bernard, Christopher | 0.2 | $305.00 | $61.00 |
| 10/30/2024 - | Review the court's notice regarding the December 2024 hearing regarding the applications for approval of fees and reimbursement. | Brockley, Piper | 0.2 | $245.00 | $49.00 |

## INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2065426 |
| Date of Invoice: | 12/12/2024 |
| Billing Period: | 11/01/2024 - 11/30/2024 |
| Date Posted: | 12/12/2024 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

---

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$1,579.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 01/02/2025 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $1,579.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $1,579.00 |
| Comments to AP: | Customer Pays |

---

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $1,579.00 | 100% | Customer Pays |

---

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

*Remittance Address*
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## Other Invoice and Firm Information
Regulatory Statements: --

## Amount Billed

| | |
|---|---|
| **Billed Total** | **$1,579.00** |
| Invoice Currency: | USD |
| Billed Fees | $1,579.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $1,579.00 |

## Approval History

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 12/12/2024 | $1,579.00 | |
| Emeraude Lerebours | Approved | 01/02/2025 | $1,579.00 | |
| Serengeti Administrator | AP Batch Run | 01/06/2025 | $1,579.00 | Batch ID: 050000276 (Sent to AP: 01/06/2025 9:02:12 AM) |

## Additional Financial Information
Name of Invoice File in .Zip: Fisher & Phillips - 2065426.html

## Matter Information
Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person:  Lerebours, Emeraude

## Invoice Line Items:

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/2024 - | | Review the bankruptcy hearing notices in preparation for the upcoming bankruptcy hearing. | Brockley, Piper | 0.4 | $245.00 | | | | | $98.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/2024 - | Draft correspondence to workers' compensation defense counsel regarding the status of the mandatory settlement conference. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/08/2024 - | Draft a correspondence to Applicant's counsel regarding the status of the mandatory settlement conference. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/08/2024 - | Review notice of MSC in WC case and communicate with L. Thurgood (Hologenix) regarding same. | Riley, Ashton | 0.3 | $305.00 | $91.50 |
| 11/11/2024 - | Follow up with workers' compensation defense counsel regarding the status of the mandatory settlement conference. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 11/11/2024 - | Teleconference with workers' compensation counsel regarding the upcoming mandatory settlement conference. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/12/2024 - | Attend the mandatory settlement conference on behalf of Hologenix. | Brockley, Piper | 1 | $245.00 | $245.00 |
| 11/12/2024 - | Draft a summary of the judge's ruling following the mandatory settlement conference. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/13/2024 - | Review initial report and teleconference with R. Carlson (Chubb) and E. Lerebours (TriNet) regarding further handling of case. | Riley, Ashton | 0.4 | $305.00 | $122.00 |
| 11/13/2024 - | Teleconference with E. Lerebours, R. Carlson, and A. Riley regarding the status of mediation and Claimant's initial settlement demand. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 11/13/2024 - | Draft a correspondence to opposing counsel regarding the early resolution settlement negotiations. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/13/2024 - | Prepare for the upcoming mandatory settlement conference by reviewing Applicant's petition and Applicant's workers' compensation file. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/14/2024 - | Email communication with BK counsel regarding fee application and confidentiality issues with settlement in relation to BK approval process. | Riley, Ashton | 0.1 | $305.00 | $30.50 |
| 11/15/2024 - | Teleconference with opposing counsel regarding potential mediation in lieu of direct settlement discussions. | Riley, Ashton | 0.2 | $305.00 | $61.00 |
| 11/15/2024 - | Draft a correspondence to E. Lerebours regarding our settlement offer recommendations. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 11/15/2024 - | Correspond with bankruptcy counsel regarding the upcoming bankruptcy filing. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 11/15/2024 - | Teleconference with opposing counsel regarding settlement negotiations and potential mediators. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 11/15/2024 - | Attempt to correspond with Hologenix' bankruptcy counsel regarding the upcoming bankruptcy hearing. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 11/15/2024 - | Draft a correspondence to S. Casden regarding our settlement offer recommendations. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/18/2024 - | Draft correspondence to E. Lerebours requesting authority to offer $20,000 as the initial settlement offer. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 11/19/2024 - | Draft correspondence to R. Carrasco in preparation for the upcoming bankruptcy hearing. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 11/21/2024 - | Draft correspondence to Hologenix' bankruptcy counsel regarding the data for the upcoming bankruptcy hearing. | Brockley, Piper | 0.2 | $245.00 | $49.00 |

11/21/2024 - Draft correspondence to opposing counsel regarding biological material and requesting that Claimant agree to mediation.    Broad by 0.2    $245.00    Piper    $49.00

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2076437 |
| Date of Invoice: | 01/10/2025 |
| Billing Period: | 12/01/2024 - 12/31/2024 |
| Date Posted: | 01/12/2025 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$226.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 02/19/2025 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $226.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $226.50 |
| Comments to AP: | Customer Pays |

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $226.50 | 100% | Customer Pays |

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

Remittance Address
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: --

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$226.50** |
| Invoice Currency: | USD |
| Billed Fees | $226.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $226.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 01/12/2025 | $226.50 | |
| Emeraude Lerebours | Approved | 02/19/2025 | $226.50 | |
| Serengeti Administrator | AP Batch Run | 02/24/2025 | $226.50 | Batch ID: 050000283 (Sent to AP: 02/24/2025 9:02:09 AM) |

## *Additional Financial Information*

Name of Invoice File in .Zip: Fisher & Phillips - 2076437.html

## *Matter Information*

Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person: Lerebours, Emeraude

## *Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % |
|---|---|---|---|---|---|---|---|---|---|
| 12/04/2024 | - | Review the bankruptcy court's notice of hearing on sixth interim applications for approval of fees and reimbursement of expenses. | Brockley, Piper | 0.3 | $245.00 | | | | $73.50 |

| 12/12/2024 | - | Confer with workers' compensation counsel regarding the upcoming 364 deadlines. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 12/13/2024 | - | Email communication with opposing counsel regarding proposed mediation and potential mediators. | Riley, Ashton | 0.1 | $305.00 | $30.50 |
| 12/17/2024 | - | Attend the bankruptcy hearing regarding applications for approval of fees and reimbursement of expenses. | Brockley, Piper | 0.4 | $245.00 | $98.00 |

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2088282 |
| Date of Invoice: | 02/08/2025 |
| Billing Period: | 01/01/2025 - 01/31/2025 |
| Date Posted: | 02/08/2025 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$287.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 02/19/2025 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $287.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $287.00 |
| Comments to AP: | Customer Pays |

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $287.00 | 100% | Customer Pays |

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

Remittance Address
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

### Other Invoice and Firm Information
Regulatory Statements: --

### Amount Billed

| | |
|---|---|
| **Billed Total** | **$287.00** |
| Invoice Currency: | USD |
| Billed Fees | $287.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $287.00 |

### Approval History

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 02/08/2025 | $287.00 | |
| Emeraude Lerebours | Approved | 02/19/2025 | $287.00 | |
| Serengeti Administrator | AP Batch Run | 02/24/2025 | $287.00 | Batch ID: 050000283 (Sent to AP: 02/24/2025 9:02:09 AM) |

### Additional Financial Information
Name of Invoice File in .Zip: Fisher & Phillips - 2088282.html

### Matter Information
Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person: Lerebours, Emeraude

### Invoice Line Items:

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % |
|---|---|---|---|---|---|---|---|---|---|
| 01/07/2025 - | | Draft a correspondence to bankruptcy counsel requesting a status update on Hologenix and the pending lawsuit. | Brockley, Piper | 0.1 | $245.00 | | | | $24.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/2025 - | Email communication with S. Carlson regarding status of mediation discussions and potential mediation. | Riley, Ashton | 0.1 | $305.00 | $30.50 |
| 01/10/2025 - | Teleconference with BK counsel regarding attending mediation and process/approval of same. | Riley, Ashton | 0.1 | $305.00 | $30.50 |
| 01/14/2025 - | Draft a correspondence to bankruptcy counsel regarding mediation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 01/16/2025 - | Email communication with S. Casden regarding petition to BK court regarding fees and costs through mediation. | Riley, Ashton | 0.2 | $305.00 | $61.00 |
| 01/31/2025 - | Email communications with S. Casden and BK counsel regarding estimated costs and fees for mediation. | Riley, Ashton | 0.2 | $305.00 | $61.00 |
| 01/31/2025 - | Email communications regarding mediator selection and sharing of cost for same. | Riley, Ashton | 0.1 | $305.00 | $30.50 |

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2106400 |
| Date of Invoice: | 03/11/2025 |
| Billing Period: | 02/01/2025 - 02/28/2025 |
| Date Posted: | 03/12/2025 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$324.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 03/14/2025 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $324.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $324.50 |
| Comments to AP: | Customer Pays |

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $324.50 | 100% | Customer Pays |

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

Remittance Address
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: --

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$324.50** |
| Invoice Currency: | USD |
| Billed Fees | $324.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $324.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 03/12/2025 | $324.50 | |
| Emeraude Lerebours | Approved | 03/14/2025 | $324.50 | |
| Serengeti Administrator | AP Batch Run | 03/17/2025 | $324.50 | Batch ID: 050000286 (Sent to AP: 03/17/2025 9:02:27 AM) |

## *Additional Financial Information*

Name of Invoice File in .Zip: Fisher & Phillips - 2106400.html

## *Matter Information*

Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person: Lerebours, Emeraude

## *Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/13/2025 - | | Draft a correspondence to S. Casden regarding mediation updates. | Brockley, Piper | 0.2 | $245.00 | | | | | $49.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 02/13/2025 - | Draft a correspondence to S. Casden and DOJ investors regarding the status of mediation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 02/13/2025 - | Draft a correspondence to opposing counsel regarding the status of mediation. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 02/13/2025 - | Draft a correspondence to bankruptcy counsel regarding the status of mediation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 02/21/2025 - | Draft a correspondence to S. Casden regarding the status of mediation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 02/21/2025 - | Review BK application for mediation expenses/fees and communicate with BK counsel regarding same. | Riley, Ashton | 0.1 | $305.00 | $30.50 |
| 02/24/2025 - | Draft a correspondence to opposing counsel regarding Respondent's willingness to mediate. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 02/28/2025 - | Draft a correspondence to opposing counsel regarding Claimant's agreement to mediate in July 2025. | Brockley, Piper | 0.1 | $245.00 | $24.50 |

# JUDICATE WEST
## Alternative Dispute Resolution
*Results Beyond Dispute℠*

**Santa Ana**
1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

## INVOICE
**Due Upon Receipt**

A. Piper Brockley, Esq.
Fisher & Phillips, LLP

**Invoice Number: 658435**
Invoice Date: 3/21/2025
JW Case: A327220
Case Manager: Jenna Schumacher

**Lyndsey M. D. White vs. Hologenix, LLC**
**Neutral: Michael D. Young, Esq.**

| Description | Hours | Rate | Fee | Share | Total |
|---|---|---|---|---|---|
| Case Management Fee | - | $450.00 | $450.00 | - | $450.00 |
| Full Day Rate - 7/8/2025 | - | $1,600.00 | $16,000.00 | 1/2 | $8,000.00 |

| **Please Note:** | | | | **Total Due Now:** | **$8,450.00** |

FULL DAY RATE: Covers a maximum 10 hours of time inclusive of review/preparation.
Any additional time will be billed at the mediator's hourly rate of $1,600.

**Remittance Instructions:**
Please reference invoice 658435 on your check made payable to Judicate West and mail to
1851 East First Street, Suite 1600, Santa Ana, CA 92705.

To pay online via ACH or credit card please visit: www.judicatewest.com/Resource/Payment

**JW's Tax ID: 33-0626684. JW's W-9 is available online under "Resources" at www.JudicateWest.com**

**Invoices are due upon receipt to secure your reserved date(s).**

Any retainers billed are for additional time required including, but not limited to, review, preparation, and/or post session neutral services. Any unused retainer will be
refunded. Please refer to your Services Agreement or Neutral Fee Schedule for information regarding cancelation/continuance deadlines.
All filing fees and the initial case management fee are non-refundable.
For arbitration matters, indigent consumers as defined by Cal. Code Civ. Proc. § 1284.3(b)(1) may obtain a waiver of JW's filing fees and case management fees.
Please contact a JW Case Manager for more information.

**Thank you for choosing Judicate West**

**CENTURY CITY | DOWNTOWN LOS ANGELES | OAKLAND | SACRAMENTO | SAN DIEGO | SANTA ANA**

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2124729 |
| Date of Invoice: | 04/13/2025 |
| Billing Period: | 03/01/2025 - 03/31/2025 |
| Date Posted: | 04/13/2025 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$196.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 04/15/2025 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $196.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $196.00 |
| Comments to AP: | Customer Pays |

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $196.00 | 100% | Customer Pays |

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

Remittance Address
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

***Other Invoice and Firm Information***

Regulatory Statements: --

***Amount Billed***

| | |
|---|---|
| **Billed Total** | **$196.00** |
| Invoice Currency: | USD |
| Billed Fees | $196.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $196.00 |

***Approval History***

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 04/13/2025 | $196.00 | |
| Emeraude Lerebours | Approved | 04/15/2025 | $196.00 | |
| Serengeti Administrator | AP Batch Run | 04/21/2025 | $196.00 | Batch ID: 050000291 (Sent to AP: 04/21/2025 9:01:50 AM) |

***Additional Financial Information***

Name of Invoice File in .Zip: Fisher & Phillips - 2124729.html

***Matter Information***

Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel: Boman, Christopher
Lead Company Person: Lerebours, Emeraude

***Invoice Line Items:***

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/2025 - | | Draft correspondence to opposing counsel regarding the status of mediation. | Brockley, Piper | 0.1 | $245.00 | | | | $24.50 |

| 03/10/2025 - | Draft follow-up correspondence to opposing counsel regarding the mediation. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 03/10/2025 - | Leave a voice message for workers' compensation defense counsel regarding the status of the underlying workers' compensation matter. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 03/12/2025 - | Draft correspondence to workers' compensation defense counsel, J. Tavaf, regarding the status of Applicant's upcoming Qualified Medical Examination. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 03/12/2025 - | Draft correspondence to bankruptcy counsel regarding the status of the supplemental "application of debtor and debtor in possession to employ Fisher Phillips as special labor and employment counsel." | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 03/13/2025 - | Draft correspondence to J. Owens and R. Carlson regarding the status of mediation. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 03/13/2025 - | Draft correspondence to S. Casden and R. Gordon regarding the upcoming mediation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Fisher & Phillips |
| Office: | Atlanta |
| Invoice Number: | 2132882 |
| Date of Invoice: | 05/04/2025 |
| Billing Period: | 04/01/2025 - 04/30/2025 |
| Date Posted: | 05/04/2025 |

Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

---

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$73.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 05/14/2025 |
| Final Approver: | Emeraude Lerebours |
| Approved Fees | $73.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $73.50 |
| Comments to AP: | Customer Pays |

---

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 00 | 0000 | 00 | 2023-01351 | | EPLI-CILIT | 214 | $73.50 | 100% | Customer Pays |

---

### Vendor Address & Tax Information in Legal Tracker

Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

Remittance Address
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

### *Other Invoice and Firm Information*

Regulatory Statements: --

### *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$73.50** |
| Invoice Currency: | USD |
| Billed Fees | $73.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $73.50 |

### *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 05/04/2025 | $73.50 | |
| Emeraude Lerebours | Approved | 05/14/2025 | $73.50 | |
| Serengeti Administrator | AP Batch Run | 05/19/2025 | $73.50 | Batch ID: 050000295 (Sent to AP: 05/19/2025 9:02:05 AM) |

### *Additional Financial Information*

Name of Invoice File in .Zip: Fisher & Phillips - 2132882.html

### *Matter Information*

Matter Name (Short):   White, Lyndsey v. Hologenix, Inc (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person: Lerebours, Emeraude

### *Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % |
|---|---|---|---|---|---|---|---|---|---|
| 04/09/2025 | - | Draft correspondence to S. Casden regarding the bankruptcy court's mediation approval and the status of the mediation invoice. | Brockley, Piper | 0.2 | $245.00 | | | | $49.00 |

Draft Correspondence to R. Carson Regarding the Status of Resolution

B. Axelrod 0.1 $245.00 $24.50

Piper

# INVOICE

### Invoice Information
Firm/Vendor:                  Fisher & Phillips
Office:                       Atlanta, GA
Invoice Number:               2170404
Date of Invoice:              07/09/2025
Billing Period:               06/01/2025 - 06/30/2025
Date Posted:                  07/11/2025
Invoice Description/Comment: Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

---

### Amount Approved
**Approved Total**            **$3,983.00**
**Invoice Currency:**         **USD**
Date Approved:               08/18/2025
Final Approver:              Emeraude Lerebours
Approved Fees                $3,983.00
Approved Expenses            $0.00
Approved Total (excl. Tax)   $3,983.00
Comments to AP:              TriNet Pays

---

### Accounting Code Allocations

| Cost Center | GL Account | Company Code | Matter ID | Resp. for Payment | Assign. Code | Business Unit | Amount | Percentage | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 19027 | 601211 | 00 | 2023-01351 | AP PAYS | EPLI-CILIT | 214 | $3,983.00 | 100% | TriNet Pays |

---

### Vendor Address & Tax Information in Legal Tracker
Fisher & Phillips
1200 Abernathy Road
Suite 950
Atlanta, Georgia  30328

Tel: 404-231-1400
Fax:

*Remittance Address*
PO Box 931195
Atlanta, Georgia  31193-1195

Vendor Tax ID: 58-0619559
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: --

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$3,983.00** |
| Invoice Currency: | USD |
| Billed Fees | $3,983.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $3,983.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| FisherBB Billing | Posted | 07/11/2025 | $3,983.00 | |
| Emeraude Lerebours | Approved | 08/18/2025 | $3,983.00 | |
| Serengeti Administrator | AP Batch Run | 08/25/2025 | $3,983.00 | Batch ID: 050000310 (Sent to AP: 08/25/2025 9:02:21 AM) |

## *Additional Financial Information*

Name of Invoice File in .Zip: Fisher & Phillips - 2170404.html

## *Matter Information*

Matter Name (Short):   White, Lyndsey v. Hologenix, LLC (75)
Lead Outside Counsel:  Boman, Christopher
Lead Company Person:  Lerebours, Emeraude

## *Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType | Amount % | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2025 | - | Draft a correspondence to workers' compensation defense counsel regarding the status of the underlying workers' compensation claim. | Brockley, Piper | 0.1 | $245.00 | | | | | $24.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/2025 - | Draft the introduction section of the pre-mediation case assessment. | Brockley, Piper | 0.6 | $245.00 | $147.00 |
| 06/13/2025 - | Draft the factual background section of the pre-mediation case assessment. | Brockley, Piper | 0.7 | $245.00 | $171.50 |
| 06/13/2025 - | Draft the "retaliation" legal analysis section of the pre-mediation case assessment. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/13/2025 - | Review Claimant's most recent report from the workers' compensation qualified medical examination. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 06/13/2025 - | Draft the "gender and race discrimination" legal analysis section of the pre-mediation case assessment. | Brockley, Piper | 0.8 | $245.00 | $196.00 |
| 06/13/2025 - | Draft the "wrongful termination" legal analysis section of the pre-mediation case assessment. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/14/2025 - | Review and revise pre-mediation report to client, carrier, and TriNet. | Riley, Ashton | 1.1 | $305.00 | $335.50 |
| 06/14/2025 - | Continue to edit and revise the "wrongful termination" legal analysis section of the pre-mediation case assessment. | Brockley, Piper | 0.6 | $245.00 | $147.00 |
| 06/16/2025 - | Final revisions to pre-mediation assessment for client, carrier, and TriNet review. | Riley, Ashton | 0.3 | $305.00 | $91.50 |
| 06/18/2025 - | Analysis of pre-mediation report in preparation for teleconference with TriNet and Chubb regarding mediation strategy. | Riley, Ashton | 0.2 | $305.00 | $61.00 |
| 06/18/2025 - | Videoconference with J. Owens, E. Lerebours, and R. Carlson regarding the upcoming mediation. | Brockley, Piper | 0.6 | $245.00 | $147.00 |
| 06/18/2025 - | Videoconference with Chubb and TriNet representatives regarding strategy for mediation. | Riley, Ashton | 0.6 | $305.00 | $183.00 |
| 06/23/2025 - | Draft the conclusion of the mediation brief. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 06/23/2025 - | Draft the damages section of the mediation brief. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/23/2025 - | Draft the "wrongful discharge" legal analysis section of the mediation brief. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/23/2025 - | Draft the "failure to prevent discrimination and harassment" legal analysis section of the mediation brief. | Brockley, Piper | 0.1 | $245.00 | $24.50 |
| 06/23/2025 - | Draft the "factual background" section of the mediation brief. | Brockley, Piper | 0.5 | $245.00 | $122.50 |
| 06/23/2025 - | Draft the "summary of Dr. White's Claims" section of the mediation brief. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/23/2025 - | Draft the "parties" section of the mediation brief. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/23/2025 - | Draft the introduction of the mediation brief. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/23/2025 - | Draft the "disability discrimination" legal analysis section of the mediation brief. | Brockley, Piper | 0.3 | $245.00 | $73.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 06/26/2025 - | Draft the "harassment" legal analysis section of the mediation brief. | Brockley, Piper | 0.5 | $245.00 | $122.50 |
| 06/26/2025 - | Review and revise mediation brief. | Riley, Ashton | 1 | $305.00 | $305.00 |
| 06/26/2025 - | Draft the "retaliation" legal analysis section of the mediation brief. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/26/2025 - | Draft the "race and gender discrimination" legal analysis section of the mediation brief. | Brockley, Piper | 0.6 | $245.00 | $147.00 |
| 06/26/2025 - | Correspondence to opposing counsel regarding the upcoming mediation. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/26/2025 - | Continue to edit and revise the "factual background" section of the mediation brief. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/27/2025 - | Implement Hologenix's FDA certifications into the mediation brief. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 06/27/2025 - | Review Hologenix's FDA certification paperwork in preparation to implement the same into the mediation brief. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/27/2025 - | Continue to edit and revise the "race discrimination" legal analysis section of the mediation brief. | Brockley, Piper | 0.6 | $245.00 | $147.00 |
| 06/27/2025 - | Teleconference with opposing counsel to discuss Claimant's mitigation efforts in advance of the upcoming mediation. | Brockley, Piper | 0.4 | $245.00 | $98.00 |
| 06/27/2025 - | Continue to edit and revise the "disability discrimination" legal analysis section of the mediation brief. | Brockley, Piper | 0.9 | $245.00 | $220.50 |
| 06/27/2025 - | Draft a correspondence to S. Casden regarding Hologenix's FDA determination certifications. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/27/2025 - | Teleconference with workers' compensation defense counsel regarding the upcoming mediation and the status of the underlying workers' compensation claim. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/30/2025 - | Continue to edit and revise the legal analysis section of the mediation brief. | Brockley, Piper | 0.3 | $245.00 | $73.50 |
| 06/30/2025 - | Teleconference with opposing counsel regarding L. White's workers' compensation counsel and their involvement with the potential mediation settlement. | Brockley, Piper | 0.2 | $245.00 | $49.00 |
| 06/30/2025 - | Final revisions to mediation brief prior to submission. | Riley, Ashton | 0.3 | $305.00 | $91.50 |



**Fisher & Phillips LLP**
Post Office Box 840703
Los Angeles, CA 90084-0703

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

August 4, 2025
Invoice Number: 2182746
Client Matter Number: 15241.9143

**Total Fees and Costs This Invoice:**          **$3,064.00**

Amount Remitted:    $ _____

**Payment Due Upon Receipt**

Payment Options

| | |
|---|---|
| **Secure Payment Portal:** | **https://www.fisherphillips.com/fp-payment-portal.html** |
| **Wire/ACH Instructions:** | Account Name: Fisher & Phillips LLP Depository Account<br>Bank Name: Wells Fargo Bank, Atlanta, GA<br>Account Number: 9321573678<br>Routing Number: 061000227 (ACH)<br>Routing Number: 121000248 (WIRE)<br>Swift Code: WFBIUS6S (for wires in US Dollars) and WFBIUS6WFFX (for wires in foreign currency)<br>Send Remittance Info to<br>accountsreceivable@fisherphillips.com |
| **Mailing Address:** | Fisher & Phillips LLP – LA<br>Post Office Box 840703<br>Los Angeles, CA 90084-0703 |

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION



**Fisher & Phillips LLP**
2050 Main Street
Suite 1000
Irvine, CA 92614
(949) 851-2424 Tel

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

August 4, 2025
Invoice Number: 2182746
Client Matter Number: 15241.9143

Attention:    Accounts Payable - Hologenix
ap@celliant.com

RE: **Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]**

For Services Rendered Through July 31, 2025

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 07/01/25 | PAB | Review the mediation brief exhibits in preparation to submit the same to the mediator. | 0.30 | $73.50 |
| 07/02/25 | AMIR | Begin review of pre-mediation assessment/brief to develop outline for argument at mediation. | 0.40 | $122.00 |
| 07/02/25 | PAB | Draft correspondence to opposing counsel regarding Claimant's workers' compensation attorney. | 0.10 | $24.50 |
| 07/02/25 | PAB | Draft correspondence to Applicant's Attorney outlining the status of the upcoming mediation and Claimant's willingness to include the 132(a) claim in the anticipated mediation settlement agreement. | 0.30 | $73.50 |
| 07/07/25 | AMIR | Analysis of timeline, attorney witness interview notes, in preparation for mediation. | 0.60 | $183.00 |
| 07/07/25 | PAB | Draft a correspondence to opposing counsel following up on the status of the 132(a) Petition. | 0.10 | $24.50 |
| 07/07/25 | PAB | Draft correspondence to workers' compensation Applicant's Attorney regarding the status of the upcoming mediation. | 0.20 | $49.00 |
| 07/08/25 | AMIR | Complete preparation and arguments for mediation in preparation for same. | 0.80 | $244.00 |
| 07/08/25 | AMIR | Attend mediation of case. | 5.00 | $1,525.00 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION

Invoice: 2182746                                                                                 Page: 3
Client Matter Number: 15241.9143

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 07/08/25 | PAB | Draft the proposed settlement agreement. | 0.80 | $196.00 |
| 07/09/25 | AMIR | Email communications with S. Casden, E. Lerebours, R. Carlson, regarding mediator's proposal and questions pertaining to same. | 0.40 | $122.00 |
| 07/10/25 | AMIR | Email communications with S. Casden, E. Lerebours, and mediator regarding proposal and acceptance of same by employer side. | 0.30 | $91.50 |
| 07/10/25 | AMIR | Email communications with mediator regarding terms of proposal, acceptance of same, and acceptance by both sides. | 0.20 | $61.00 |
| 07/10/25 | AMIR | Email communications with S. Casden, TriNet/Chubb, regarding acceptance of proposal and next steps in process. | 0.10 | $30.50 |
| 07/10/25 | AMIR | Review and revise draft settlement agreement for opposing counsel's review. | 0.40 | $122.00 |
| 07/11/25 | AMIR | Minor edit to settlement agreement and communicate with E. Lerebours regarding same. | 0.10 | $30.50 |
| 07/14/25 | AMIR | Revisions to settlement agreement. | 0.10 | $30.50 |
| 07/15/25 | AMIR | Email communication with TriNet contact and opposing counsel regarding initial draft settlement agreement. | 0.10 | $30.50 |
| 07/30/25 | AMIR | Email communication with opposing counsel regarding review of draft settlement agreement. | 0.10 | $30.50 |

**Sub-Total Fees:**                    **$3,064.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ashton Riley | Partner | 8.60 | $305.00 | $2,623.00 |
| Piper A. Brockley | Associate | 1.80 | $245.00 | $441.00 |
| | | 10.40 | | $3,064.00 |

**TOTAL CURRENT BILLING:**          $   3,064.00



**Fisher & Phillips LLP**
1200 Abernathy Road
Suite 950
Atlanta, GA 30328

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix                                    August 4, 2025
Hologenix, LLC                                    Client Matter Number: 15241.
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

Please confirm all invoices have been received. For invoice copies or questions, please reach out to your Billing
Specialist, Teresa Oldenburg, at toldenburg@fisherphillips.com.

---

Outstanding Accounts Receivable for Lyndsey White v. Hologenix, LLC [SLA
1/132a/Hourly/110123]

---

| Date | Invoice | Balance Due |
|------|---------|-------------|
| 07/09/25 | 2170404 | $3,983.00 |

**Total AR This Matter**                                                  **$3,983.00**

**EXHIBIT  2**





# Ashton M. Riley

### *Partner*

Irvine

t: 949.798.2186

f: 949.851.0152

Email

## *Service Focus*

- Class and Collective Actions
- Employment Discrimination and Harassment
- Litigation and Trials

## *Overview*

Ashton Riley is a partner in the firm's Irvine office. Ashton represents employers across a variety of industries including temporary staffing, aerospace and engineering, technology, medical facilities, retail sales, manufacturing, and hospitality. He has a wide range of litigation experience with a focus on both class action litigation and single-plaintiff employment cases.

Since joining Fisher Phillips, Ashton has participated in all phases of litigation, including a complete defense verdict after a 3-week jury trial in 2023. Ashton has successfully drafted and argued numerous motions in court and arbitration, including a complete dismissal in arbitration after submitting a motion for summary judgment in which the claimant was seeking over 7-figures in damages and had rejected 6-figure settlement offers. In situations where it is more advantageous to mediate, he has mediated many cases, achieving great results for his clients.

Prior to joining Fisher Phillips, Ashton worked as a law clerk for a Los Angeles-based trial firm. He represented manufacturers and corporations defending product liability and general negligence actions. He completed extensive work in all phases of litigation including discovery, law and motion work, deposition preparation, and trial preparation.

While in law school, Ashton was the Editor-in-Chief of the *Loyola of Los Angeles Entertainment Law Review*, Volume 35, covering a wide range of topics including intellectual property rights related to street art, unionization of college athletes, and employer use of social media in the hiring process.

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

He also served as Vice-Chair of the Public Interest Law Foundation at Loyola Law School for two years. In this role, he worked with different Los Angeles public service organizations to promote public service events for his law school community and organized fundraising events for scholarships for students working in public interest externships.

In his free time, Ashton enjoys traveling to remote destinations around the world, spending time with family, or fine tuning his cooking skills.

## *Credentials*

### Education

- J.D., 2015, Loyola Marymount University, Loyola Law School

- B.A., cum laude, University of California, Irvine

### Bar Admissions

- California

### Court Admissions

- U.S. District Court for the Central District of California

- U.S. District Court for the Eastern District of California

- U.S. District Court for the Northern District of California

- U.S. District Court for the Southern District of California

## *Recognitions*

- Recognized in *The Best Lawyers in America*, Ones to Watch (2021 - 2025)

## *Affiliations*

### Professional Activities

- Loyola Law School Orange County Alumni Council Founding Member

- Member, Orange County Bar Association, Labor and Employment Section

- Project Youth OCBF Associate Board Member, 2017 - present

## *Insights*

---

NEWS                                                                 07/23/24

### Attorneys Quoted By McKnight's Senior Living for Their Post-Chevron Era Insight

Terri R. Stewart**,** Ashton M. Riley**,** Jeffrey D. Smith

Read more →

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

INSIGHTS                                                                                    07/19/24

## Is the Post-Chevron Era All It's Cracked Up to Be? 4 Reasons Businesses Might Not Celebrate the New Normal

Terri R. Stewart, Ashton M. Riley, Jeffrey D. Smith

Read more →

---

INSIGHTS                                                                                    01/02/24

## Workplace Law Update: 10 Essential Items on Your New Year To-Do List

Raeann Burgo, Melissa (Osipoff) Camire, Benjamin M. Ebbink, Lonnie D. Giamela, Jang Hyuk Im, Anthony Isola, Corina Johnson, Joshua Klein, Sean Kingston, Alexandra LaCombe, David Lerner, Courtney Leyes, Emily N. Litzinger, Richard R. Meneghello, Kate Mize, Samantha J. Monsees, Joshua D. Nadreau, Monica Snyder Perl, Lisa Nagele-Piazza, John M. Polson, Ashton M. Riley, Katie Reynolds, Jennifer B. Sandberg, Andrew J. Sommer, Spencer W. Waldron, Sarah Wieselthier

Read more →

---

EVENT                                                                                       12/12/23

## Fisher Phillips 2024 California Legislative & Case Law Update: Irvine

Philip J. Azzara, Sheldon J. Blumling, Jang Hyuk Im, Lisa Peterson, Tyler T. Rasmussen, Ashton M. Riley

Read more →

---

EVENT                                                                                       11/07/23

## Clearing the Smoke: How Employers Can Prepare for California's New Cannabis Laws

Ashton M. Riley, Spencer W. Waldron

Read more →

---

INSIGHTS                                                                                    11/03/23

## Workplace Law Update: 10 Essential Items on Your November To-Do List

Alba V. Aviles, Steven M. Bernstein, J. Randall Coffey, Patrick J. Collopy, Tami Essis Culkar, Benjamin M. Ebbink, Scott Fanning, Chantell C. Foley, Edward F. Harold, Ralph Hua, Wendy Hughes, Jang Hyuk Im, David S. Jones, Jennifer S. Kiesewetter, Joshua Klein, Alexandra LaCombe, Richard R. Meneghello, Steve A. Miller, Joshua D. Nadreau, Lisa Nagele-Piazza, Ashton M. Riley, Shanon R. Stevenson, David J. Walton, Sarah Wieselthier, Spencer W. Waldron

Read more →

---

INSIGHTS                                                                                    11/01/23

## How Can Employers Prepare for California's New Cannabis Laws? Answers to Your Top 5 Compliance Questions

Joshua Klein, Ashton M. Riley, Spencer W. Waldron

Read more →

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

NEWS                                                                                    12/14/22

## Fisher Phillips Elects 22 New Partners Amid Growth for Labor and Employment Counsel

Arit Dilip Butani, Jeffrey M. Csercsevits, Chantell C. Foley, Jamie Gross, Linda J. Gulledge, Rebecca Hause-Schultz, R. Bryan Holbrook, Megan L. Janes, Garrett S. Kamen, Matthew J. Macario, Bret Martin, Radhika Mehta, Samantha J. Monsees, Brett P. Owens, Lisa Peterson, Deniz Uzel Reilly, Ashton M. Riley, Kristin L. Smith, Monica Snyder Perl, Lauren M. Sobaski, Franklin Z. Wolf, Victor Xu

Read more →

INSIGHTS                                                                                06/01/22

## The Top 17 Workplace Law Stories from May 2022

Phillip C. Bauknight, Steven M. Bernstein, Raeann Burgo, Kathleen McLeod Caminiti, Tatiana S. Chiu, Brian J. Coughlin, Myra K. Creighton, Jeffrey M. Csercsevits, Patrick M. Dalin, Benjamin M. Ebbink, Scott Fanning, Jeffrey A. Fritz, Michael R. Greco, Marty Heller, Richard A. Millisor, Joshua D. Nadreau, Lisa Nagele-Piazza, Angelica M. Ochoa, Ashton M. Riley, David C. Roth, Hannah Sweiss, Boris Sorsher, Shanon R. Stevenson, Travis Vance, David J. Walton, Sarah Wieselthier

Read more →

INSIGHTS                                                                                05/24/22

## California Supreme Court Says Payments for Missed Breaks are "Wages": A 3-Step Action Plan for Employers

Ashton M. Riley, Boris Sorsher

Read more →

## View All →

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.



# Piper Brockley

## *Associate*

Irvine

t:  949.798.2150

f:  949.851.0152

Email

## *Service Focus*

- Counseling and Advice
- Litigation and Trials

## *Overview*

Piper Brockley received her J.D. from Chapman University, Fowler School of Law. During law school, Piper was a three-year, full-tuition merit scholarship recipient, a member of Moot Court, the Golden Gavel Moot Competition Champion, and an Academic Fellow for Torts I, Torts II, Evidence, and Professional Responsibility. She earned CALI Excellence for the Future Awards (Highest Class Grade) in Contracts, Professional Responsibility, Constitutional Law, Criminal Procedure, and Antitrust. Prior to working at Fisher Phillips, Piper was a law clerk for a sports media company and a legal research assistant for Chapman Dean Matt Parlow.

Piper graduated as a four-year Division I student-athlete from the University of Southern California. While at USC, she received a Bachelor's in Human Biology with PAC-12 All-Academic Honors. In addition to college athletics, Piper was a USA Swimming Olympic Trials qualifier, biology lab assistant, finalist in the USC Undergraduate Writing Competition, and loyal Trojan Football Fan.

## *Credentials*

### Education

- J.D., 2023, *cum laude*, Chapman University School of Law

- Bachelor's, 2020, University of Southern California

### Bar Admissions

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

- California

**Court Admissions**

- U.S. District Court for the Central District of California

## *Affiliations*

**Professional Activities**

- Beverly Hills Bar Association

- Orange County Bar Association

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Second Application Of Fisher & Phillips LLP As Special Labor And Employment Counsel To The Debtor For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Ashton Riley In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com

- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:
On September 23, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell                                  *Debtor*
USBC - Central District of California                Hologenix, LLC
255 E. Temple Street, Suite 1660 / Courtroom 1668    17383 Sunset Blvd., Suite A420
Los Angeles, CA 90012                                Pacific Palisades, CA 90272

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 23, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2025 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2