RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>        Debtor and Debtor in Possession. | ) Case No.: 2:20-bk-13849-BR<br>)<br>) Chapter 11 Case, Subchapter V<br>)<br>) **NOTICE OF HEARING ON SEVENTH**<br>) **INTERIM APPLICATIONS FOR**<br>) **APPROVAL OF FEES AND**<br>) **REIMBURSEMENT OF EXPENSES**<br>) **OF PROFESSIONALS EMPLOYED IN**<br>) **THIS CHAPTER 11 CASE**<br>)<br>) <u>Hearing</u>:<br>) Date:  October 14, 2025<br>) Time:  10:00 a.m.<br>) Place:  Courtroom 1668<br>)       Roybal Federal Building<br>)       255 East Temple Street<br>)       Los Angeles, CA 90012<br>) |

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California, on October 14, 2025, at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255

East Temple Street, Los Angeles, California, for the Court to consider the applications for approval and allowance of the fees and expenses of the professionals employed in the case of Hologenix, LLC, the debtor herein (the "Debtor").  A total of six (6) professionals have filed fee applications in the Debtor's case (collectively, the "Fee Applications," and individually, a "Fee Application") that will be considered by the Court at the hearing on October 14, 2025, at 10:00 a.m.  The following is a summary of (i) the Fee Applications, (ii) the fees and expenses that the respective professionals are seeking Court approval and allowance of on an interim basis, and (iii) the amounts the respective professionals are requesting be paid:

| Name of Professional | Services Provided | Covered Fee Period | Amount of Fees and Expenses |
|---|---|---|---|
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | General Bankruptcy Counsel to the Debtor | October 1, 2024, through July 31, 2025 | Fees in the amount of $245,546.50 and expenses in the amount of $33,336.56, for total compensation of $278,883.06 |
| Buchalter | Special Patent Counsel to the Debtor | October 1, 2024, through July 31, 2025 | Fees in the amount of $38,405.00 and expenses in the amount of $13,716.21, for total compensation of $52,121.21 |
| Fisher & Phillips LLP | Special Labor & Employment Counsel to the Debtor | October 1, 2024, through July 31, 2025 | Fees in the amount of $13,222 and expenses in the amount of $8,450, for total compensation of $21,672.00 |
| Theodora Oringher PC | Special Litigation Counsel to the Debtor | December 1, 2024 through July 31, 2025 | Fees in the amount of $25,785 and expenses in the amount of $605, for total compensation of $26,390 |
| Troutman Pepper Hamilton Sanders LLP (f/k/a Troutman Sanders LLP) | Special Trademark and License Counsel to the Debtor | October 1, 2024 through July 31, 2025 | Fees in the amount of $17,505.00, and expenses in the amount of $18,649.09, for total compensation of $36,154.09 |
| Gregory K. Jones, Esq. | Subchapter V Trustee | October 1, 2024 through July 31, 2025 | Fees in the amount of $1,900.00, and expenses in the amount of $21.04, for total compensation of $1,921.04 |

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications are on file with the Court and are available for inspection and copying at the office of the Clerk of the Court. A copy of any of the Fee Applications may also be obtained by sending a written request to the respective professional or to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attn: John-Patrick M. Fritz, Facsimile: (310) 229-1244, Email: JPF@LNBYG.com.

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the Fee Applications must be filed with the Clerk of the Bankruptcy Court and be served on the respective applicant not later than **September 30, 2025**.

**PLEASE TAKE FURTHER NOTICE** that the Court may deem the failure of any creditor or party in interest to file and serve a timely objection to a Fee Application to constitute consent to the granting of, allowance, approval and payment of the fees and expenses requested in the Fee Application.

Dated: September 23, 2025

                                    LEVENE, NEALE, BENDER, YOO
                                        & GOLUBCHIK L.L.P.

                                    By:    */s/ Carmela T. Pagay*
                                        RON BENDER
                                        JOHN-PATRICK M. FRITZ
                                        CARMELA T. PAGAY
                                        LEVENE, NEALE, BENDER, YOO
                                            & GOLUBCHIK L.L.P.
                                        Attorneys for Hologenix, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON SEVENTH INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THIS CHAPTER 11 CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:    Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko    ron.maroko@usdoj.gov
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:  On September 23, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 23, 2025. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| Date | Printed Name | Signature |

Label Matrix for local noticing
0973-2
Case 2:20-bk-13849-BR
Central District of California
Los Angeles
Tue Sep 23 11:35:51 PDT 2025

AIG Property Casualty, Inc.
80 Pine Street, 13th Floor
New York, NY 10005-1734

Alvaro Pascotto Revocable Trust
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

BRE Sunset Coast, LLC
c/o Allen Matkins, et al.
2010 Main Street
Suite 800
Irvine, CA 92614-7214

BUCHALTER
A Professional Corporation
18400 Von Karman Ave Ste 800
Irvine, CA 92612-0514

Danning, Gill, Israel & Krasnoff, LLP
907 Westwood Blvd., Suite 1078
Los Angeles, CA 90024-2904

Fisher & Phillips LLP
2050 Main St Ste 1000
Irvine, CA 92614-8240

Grobstein Teeple CPA
6300 Canoga Avenue, Ste 1500W
Woodland Hills, CA 91367-2555

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367-2555

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272-4181

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067-6253

Polsinelli LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067-3221

Troutman Sanders LLP
11682 El Camino Real Ste 400
San Diego, CA 92130-2092

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank, National Association
Hemar, Rousso & Heald, LLP
Raffi Khatchadourian
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2829

Wells Fargo Bank, National Association
Office of the General Counsel
Wells Fargo & Company
Yvonne Ramirez-Browning
21680 Gateway Center Dr, Ste 280
Diamond Bar, CA 91765-2456

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representati
80 Pine Street, 13th Floor
New York, NY 10005-1734

AQ Textiles LLC
214 Staunton Drive
Greensboro NC 27410-6065

Allegro Systems SRL
Via Del Garda 46/Q Rovereto
Trento 368068
ITALY

AllergoSystem
Vi del Garda 46/Q
Rovereto, TN 38068
Italy

Allied Home LLC
6905 W Acco St Ste A
Montebello, CA 90640-5448

Alvaro Pascotto Rev. Tr. 5/17/2012
11111 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90025-3399

Amber Bezahler
2300 Manning Ave.
Los Angeles, CA 90064-2208

BRE Sunset Coast, LLC
c/o Brickman Associates
712 5th Ave., 6th Fl.
New York, NY 10019-4108

Barry W. Lee
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119

Bear Mattress LLC
720 Monroe St Ste C508
Hoboken NJ 07030-6339

BeiDa/Kuseng
No. 3, Gong 8 Rd., LinKou Dist.,
New Taipei City, 244,
Taiwan

Best Pacific
Xinsha Port Industrial Zone, Machong Tow
523147, Dongguan City, Guangdong Provinc
China

Burleigh Point Ltd
117 Waterworks Way
Irvine, CA 92618-3110

Gelatica LLC
294 Cherry Ave
Long Beach CA 90802-3946

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Chin Yarn Chainlon
I9F, NO. 386, Shizheng RD.,
Xitun Dist., Taichung City 407,
Taiwan

Cobe SRL
Via Rafaello, snc 06081
Assisi PG
ITALY

Cooley LLP
1333 2nd St., Suite 400
Santa Monica, CA 90401-4100

Cornerstone Research
555 W. 5th St., 38th Fl.
Los Angeles, CA 90013-1010

Courtney OKeefe
2620 Highland Ave.
Santa Monica, CA 90405-4402

Draper
28 Draper Lane
Canton, MA 02021-1598

Eclat
No. 28, Wu Chuan Road
Wu Ku District, New Taipei City
Taiwan 24886

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Equiribbon Creations
21 Lyndon Rd
Sharon, NMA 02067-2323

Experien Group, LLC
224 Airport Parkway, Suite 250
San Jose, CA 95110-3732

FENC
35F, No. 207, Tun Hwa South Rd
Sec 2, Taipei 1060 2, Taiwan
Republic of China

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fabrictech 2000, LLC dba Purecare
1402 S 40th Ave
Phoenix, AZ 85009-6113

Fiber Innovation Technology, Inc.
398 Innovation Dr.
Johnson City, TN 37604-7468

Fora Financial Advance, LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

Fora Financial West LLC
519 8th Ave.., 11th Fl.
New York, NY 10018-4581

Fownes Brothers 7 Co
1201 Broadway 8th Floor
New York, NY 10001-5967

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0001

Graham Casden
5097 Flagstaff
Boulder, CO 80302-9512

Hangzhou Chuangyuan feather
NO. 5 Xinda Road, Suoqian Town,
Xiaoshan District Hangzhou Zhejian G 311
China

Hangzhou Hengyi Textile
Xishan Yiqiao Town Xiaoshan
Hangzhou Zheijang Province
China

Hangzhou Shuangjin Textile
NO 302 Fuxing Village
Yiqiao Town Xiaoshan Dist. Hangzhou
China

Heidi J. Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6516

Hilltop Holdings
325 North St. Paul, Suite 700
Dallas, TX 75201-3874

Hilovica
S.A. Carretera de Roda
6608500 Vic
Spain

IMM Group Inc.
7301 Washington Ave S
Edina, MN 55439-2407

Image Square Inc.
1627 Stanford Street
Santa Monica, CA 90404-4113

Imbotex
Via Molini 26
I-35013 Cittadella
Italia

Influence Co.
1431 Cinnamon Hill Lane, Suite 104
Columbia, MO 65201-8191

Innocor, Inc.
200 Schulz Drive 2nd Floor
Red Bank, NJ 07701-6745

Inter Textile Innovation Co. Ltd
6F, Sakurahonmachibashi Bldg, 8-6
Honmachibashi Chuoku Osaka 5400029
JAPAN

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Iron Holdings, LTD
5123 Dunn Place
Nanaimo B.C., V9t-0J2
CANADA

John Hancock
197 Clarendon Street
Boston, MA 02116-5010

John Hancock
Corp. Real Estate Attn: JM Laverdur
200 Berkeley St. C-01-05
Boston, MA 02116-5022

John Hancock Life Insurance Company, et al.
c/o Peter D. Bilowz
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3331

Jowett
Wintan Inc. 10359 Rush Street
S. El Monte, CA 91733-3341

Julien Born
208 N. 21st Street
Philadelphia, PA 19103-1001

Juno Sleep Pty/LTD
313 N Road
Caufield South 3162, Victoria
AUSTRALIA

Kent Imaging
804B 16th Avenue S
W Calgary, Alberta, T2R 0S9
CANADA

Labtex
14th Floor, No. 202, Sec. 2,
Yan-Ping N. Road, Taipei,
Taiwan

Luther
2F, 43 lane, Fu-Ying Rd,
Sinhuang District, New Taipei City, 2425
Taiwan

Maelor Group, Inc.
7 Village Woods Dr.
Amherst, NH 03031-1941

Manifattura Crespi-Healthy Textile Innovatio
Corso Italia 11-
22020 Vanzaghello Milan
Italy

Men Chuen
1 OFI., No. 392, Sec I
Nei Hu Road, Taipei,
Taiwan

Michael Haynes
7817 Chadamy Way
San Diego, CA 92130-5680

Microtrace LLC
790 Fletcher Dr., Suite 106
Elgin, IL 60123-4757

Multiple Energy Technologies, LLC
480 Johnson Rd., Suite 220
Washington, PA 15301-8936

Multiple Energy Technologies, LLC
c/o Heidi J. Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6516

Murali Sundar
438 Richond Street West, Suit 1508
Toronto, Ontariao, M5V 3S6 CANADA
CANADA

Nfinity Athletic LLC
53 Permalume Place
Atlanta, GA 30318

Northern Trust Company of Delaware
1313 N. Market St., Suite 5300
Wilmington, DE 19801-6103

PrimeLending Corp.
18111 Preston Rd. Suite 900
Dallas, TX 75252-6601

PrimeLending, a PlainsCapital Company
18111 Preston Rd.
#900
Dallas, TX 75252-6601

R.V. Winkle LLC
600 Franklin Ave
Garden City, NY 11530-8600

Real Innerspring Technologies Pvt. LTD
B-7, Sector 3
Noida - 201301 U.P.
INDIA

Seth Casden
25406 1/2 Malibu Rd.
Malibu, CA 90265-4622

Shinetex
3F, No. 276, Sec. 3, Chongqing N. Rd.
Datong Dist., Taipei City 10371, Taiwan
Republic of China

Shinkong
14FL., No. 123, Sec. 2
Nanking E. Rd., Tapiei
Taiwan

Socks for Horses, Inc
304 W 9th Ave #15
Havana, FL 32333-1600


Square One Distribution
35214 SE Center St
Snoqualmie, WA 98065-9279

Sunvim North America
11 Erb St. East #200
Waterloo, Ontario, N2T IL4

Tai Yuen Textile (Vietnam)
Dong Van II Industrial Park, Back Thuong
Duy Tien Town, Ha Nam Province,
Vietnam


The Design Tex Group Inc.
200 Varick St
8th Floor
New York NY 10014-4810

The Weinberg Group LLC
1129 Twentieth Street NW, Suite 600
Washington, DC 20036-3455

Thomas E. Butler
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6516


Toong Loung
Toung Loong Textile, 1
19 F, No. 31 Sec 2
San Ming Rd, Panchiao Dist. New Taipei C
Taiwan 220

Triclinic Labs
2660 Schuyler Ave., Suite A
Lafayette, IN 47905-4110

Troutman Sanders LLP
600 Peachtree Street, NE, Suite 300
Atlanta, GA 30308-2219


Truecar
1401 Ocean Ave.
Suite 300
Santa Monica, CA 90401-2163

Tula Consulting LLC
227 BROADWAY STE 302
SANTA MONICA CA 90401-3441

(p)UNDER ARMOUR  INC
1020 HULL STREET
BALTIMORE MD 21230-5356


Under Armour, Inc.
c/o Annie Y. Stoops
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Wellman
Mullagh, Kells,
Co. Meath, A82 NN93,
Republic of Ireland

Wellmei
No. 698 Chenduan Road,
Xiaoshan District. Hangzhou 311201
China


Wells Fargo
5340 Kietzke Lane Ste 200
Reno, NV 89511-2067

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Yaasa Studios Inc.
511 Olive Street
Santa Barbara, CA 93101-1609


Yak Sleep GmbH
Ottensteinstrabe 41
2344 Maria Enzersdorf
AUSTRIA

Carmela Pagay
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Gregory Kent Jones (TR)
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067-4140


John-Patrick M Fritz
Levene Neale Bender Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Julien Born
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

Juliet Y. Oh
Levene Neale Bender Yoo & Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034-2618


Kurt Ramlo
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Lindsey L Smith
Levene Neale Bender Yoo & Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Murali Sundar
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

Robert Carrasco
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Ron Bender
Levene Neale Bender Yoo & Golubchik, LLP
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Seth Casden
c/o Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

Theodora Oringher PC
535 Anton Blvd, Ninth Floor
Costa Mesa, CA 92626-7109

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES, CA 90054-0110

Cell Business Equipment
1111 Old Eagle School Rd
Wayne, PA 19087-1453

(d)De Lage Landen
1111 Old Eagle School Rd
Wayne, PA 19087

Internal Revenue
P. O. Box 21126
Philadelphia, PA 19114

(d)LOS ANGELES COUNTY TREASURER AND TAX COLLE
PO BOX 54110
LOS ANGELES CA 90054-0110

Under Armour Inc
1020 Hull Street
Baltimore, MD 21230

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alvaro Pascotto as Trustee of the Alvaro P

(u)Colony Group LLC

(u)Courtesy NEF

(u)INTERESTED PARTY

(u)M & G Partners

(u)Multiple Energy Technologies, LLC

(u)RBHM Commercial

(u)The Northern Trust Company of Delaware as

(u)The Northern Trust of Delaware as Trustee

(u)Tucker Ellis LLP

(u)Windes, Inc.

(u)Bio San D.O.O.
J Huttlera 7a
310 Osijekm. Hrvatska
CROATIA

(d)Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067-3221

(u)Barraprom D.O.O.
J.J. Strossmayera 314.
31000 Osijek
CROSATIA

(u)Dermer Behrendt

(u)Theodora Oringher

End of Label Matrix
Mailable recipients    123
Bypassed recipients     16
Total                  139