| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STRADLING YOCCA CARLSON & RAUTH LLP<br>Gregory K. Jones (SBN 181072)<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, California 90067<br>Telephone: (424) 214-7000<br>Facsimile: (424) 214-7010<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br>Hologenix, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11<br><br>**APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 10/14/2025<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Gregory K. Jones, Subchapter V Trustee

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter  11  of the Bankruptcy Code: 04/22/2020

4. Date of entry of Order Approving Applicant's Employment: _____

5. Date of filing of last Fee and/or Expense Application: 11/04/2024

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1                        **F 2016-1.2.APP.PAYMENT.FEES**

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 176,735.00

    a. Retainer received: $ 0.00

    b. Retainer remaining as of the date of this Application: $ 0.00

    c. Total amount requested in all prior applications: $ 176,735.00

    d. Total amount actually paid pursuant to prior approved applications: $ 150,249.00

    e. Total amount currently due but unpaid pursuant to prior approved applications: $ 26,486.00

    f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Gregory K. Jones | $ 500.00 | X | 3.8 | = | $ 1,900.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

    g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:    ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 1,900.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 2,128.55

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　Page 2　　　　　　　　　　　　**F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Federal Express | $ 21.04 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 21.04

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
    During the past year, the Trustee reviewed monthly operating reports, prepared an interim fee application, and reviewed pleadings filed by MET.  Time entries are attached hereto.

15. Total number of attached pages of supporting documentation:  __6__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/23/2025 | Gregory K. Jones | /s/ Gregory K. Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 3      **F 2016-1.2.APP.PAYMENT.FEES**



STRADLING YOCCA CARLSON & RAUTH LLP
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6441
TELEPHONE (949) 725-4000

| | |
|---|---|
| GREGORY JONES TRUSTEE<br>Gregory Jones, Trustee<br>Hologenix, Inc.<br>c/o Stradling Yocca Carlson & Rauth<br>10100 North Santa Monica Boulevard, Suite 1400<br>Los Angeles, CA 90067 | Invoice Date: September 23, 2025<br>Invoice Num.: 424084<br>Client Number: 106235<br>Billing Attorney: G. Jones |

Client:       GREGORY JONES TRUSTEE

For professional services rendered through August 31, 2025

Currency: USD

| | |
|---|---:|
| Fees | 1,900.00 |
| Costs | 21.04 |
| **Total Due This Invoice** | **$1,921.04** |
| Previous Balance Due | 5,731.18 |
| **Total Amount Due** | **$7,652.22** |

| | | | | |
|---|---|---|---|---|
| Client Name: GREGORY JONES TRUSTEE | | Invoice Date: | | September 23, 2025 |
| Client Number: 106235 | | Invoice Num.: | | 424084 |

## Group Bill Summary

| Matter | Description | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 106235-0004 | HOLOGENIX, INC. BANKRUPTCY | 1,900.00 | 21.04 | 1,921.04 |
| | | 1,900.00 | 21.04 | $1,921.04 |
| | | | | |
| | | Previous Balance Due | | 5,731.18 |
| | | **Total Amount Due** | | **$7,652.22** |

| | | |
|---|---|---|
| Matter Name: HOLOGENIX, INC. BANKRUPTCY | Invoice Date: | September 23, 2025 |
| Matter Number: 106235-0004 | Invoice Num.: | 424084 |

## Time Detail

**Task Code:** B110 - Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2024 | G. Jones | Review status report discussing appellate issues | 0.10 | 50.00 |
| 01/22/2025 | G. Jones | Review status report filed by debtor | 0.20 | 100.00 |
| 01/29/2025 | G. Jones | Review December 2024 MOR | 0.20 | 100.00 |
| 02/04/2025 | G. Jones | Prepare for and attend status conference | 0.80 | 400.00 |
| 03/27/2025 | G. Jones | Review district court order on appeal | 0.10 | 50.00 |
| 04/15/2025 | G. Jones | Review two status reports | 0.20 | 100.00 |
| 07/01/2025 | G. Jones | Review status conference report filed by debtor | 0.10 | 50.00 |
| **Task Total** | B110 - Case Administration | | **1.70** | **$850.00** |

**Task Code:** B140 - Relief from Stay/Adequate Protection Proceedings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/05/2024 | G. Jones | Review opposition to MET motion for relief from stay | 0.20 | 100.00 |
| 11/13/2024 | G. Jones | Review pleadings relating to MET injunction relief from stay motion | 0.20 | 100.00 |
| **Task Total** | B140 - Relief from Stay/Adequate Protection Proceedings | | **0.40** | **$200.00** |

**Task Code:** B150 - Meetings of and Communications with Creditors

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/2024 | G. Jones | Review invoices and prepare interim fee application | 0.70 | 350.00 |
| **Task Total** | B150 - Meetings of and Communications with Creditors | | **0.70** | **$350.00** |

**Task Code:** B160 - Fee/Employment Applications

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/2024 | G. Jones | Prepare interim fee order | 0.20 | 100.00 |
| 02/21/2025 | G. Jones | Review notices of employment pleadings | 0.20 | 100.00 |
| **Task Total** | B160 - Fee/Employment Applications | | **0.40** | **$200.00** |

**Task Code:** B210 - Business Operations

| Matter Name: HOLOGENIX, INC. BANKRUPTCY | Invoice Date: September 23, 2025 |
|---|---|
| Matter Number: 106235-0004 | Invoice Num.: 424084 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/17/2025 | G. Jones | Review three MORs | 0.30 | 150.00 |
| 04/25/2025 | G. Jones | Review two monthly operating reports | 0.20 | 100.00 |
| 04/28/2025 | G. Jones | Review March 2025 MOR | 0.10 | 50.00 |
| **Task Total** | **B210 - Business Operations** | | **0.60** | **$300.00** |

| | | Hours | Amount |
|---|---|---|---|
| **Total** | | **3.80** | **$1,900.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| G. Jones | Partner | 3.80 | 500.00 | 1,900.00 |
| **Total** | | **3.80** | | **$1,900.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/04/2024 | FEDERAL EXPRESS CORPORATION - FedEx/HCOST-INV# 8-676-19949, 11/04/24, DELIVERY TO THE HON. BARRY RUSSELL U.S. BANKRUPTCY COURT-LA DIV IN LOS ANGELES CA. | 1.00 | 21.04 |
| **Total** | | | **$21.04** |

**Cost Summary**

| Description | Amount |
|---|---|
| FedEx/HCOST | 21.04 |
| **Total** | **$21.04** |

| | | | | |
|---|---|---|---|---|
| Client Name: GREGORY JONES TRUSTEE | | | Invoice Date: | September 23, 2025 |
| Client Number: 106235 | | | Invoice Num.: | 424084 |

**Aged A/R**

| **0-30** | **31-60** | **61-90** | **91-120** | **Over 120** |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5,731.18 |

**Total** — **$5,731.18**



STRADLING YOCCA CARLSON & RAUTH LLP
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6441
TELEPHONE (949) 725-4000

| | |
|---|---|
| GREGORY JONES TRUSTEE | Invoice Date: September 23, 2025 |
| Gregory Jones, Trustee | Invoice Num.: 424084 |
| Hologenix, Inc. | Client Number: 106235 |
| c/o Stradling Yocca Carlson & Rauth | |
| 10100 North Santa Monica Boulevard, Suite 1400 | |
| Los Angeles, CA 90067 | |

**REMITTANCE COPY**

**GREGORY JONES TRUSTEE**

| **Invoice Date** | **Invoice Number** | **Invoice Total** | **Payments** | **Balance Due** |
|---|---|---|---|---|
| Outstanding Invoice(s) | | | | |
| 11/14/2023 | 401946 | 5,613.98 | -3,000.00 | $2,613.98 |
| 10/31/2024 | 412110 | 4,617.20 | -1,500.00 | $3,117.20 |
| **Prior Balance Due** | | | | $5,731.18 |
| Current Invoice | | | | |
| 09/23/2025 | 424084 | | | $1,921.04 |
| **Balance Due** | | | | $7,652.22 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 N. Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/23/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/23/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

And See Attached Mailing List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/23/2025 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 2016-1.2.APP.PAYMENT.FEES**

## SERVICE LIST

**2:20-bk-13849-BR Notice will be electronically mailed to:**

*Todd M Arnold on behalf of Plaintiff Hologenix, LLC*
*tma@lnbyg.com*

*Ron Bender on behalf of Debtor Hologenix, LLC*
*rb@lnbyg.com*

*Ron Bender on behalf of Plaintiff Hologenix, LLC*
*rb@lnbyg.com*

*Thomas E Butler on behalf of Interested Party INTERESTED PARTY*
*butlert@whiteandwilliams.com,*
*sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com*

*Thomas E Butler on behalf of Plaintiff Multiple Energy Technologies, LLC*
*butlert@whiteandwilliams.com,*
*sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com*

*Robert Carrasco on behalf of Accountant M & G Partners*
*rmc@lnbyg.com, rmc@lnbyg.com*

*Robert Carrasco on behalf of Debtor Hologenix, LLC*
*rmc@lnbyg.com, rmc@lnbyg.com*

*Robert Carrasco on behalf of Special Counsel Fisher & Phillips LLP*
*rmc@lnbyg.com, rmc@lnbyg.com*

*Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR*
*oestrada@ttc.lacounty.gov*

*Theodore W Frank on behalf of Interested Party INTERESTED PARTY*
*frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com*

*Theodore W Frank on behalf of Plaintiff Multiple Energy Technologies, LLC*
*frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com*

*John-Patrick M Fritz on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Debtor Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Debtor Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Defendant Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Plaintiff Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Plaintiff Multiple Energy Technologies, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*Michael S Greger on behalf of Interested Party BRE Sunset Coast, LLC*
*mgreger@allenmatkins.com, kpreston@allenmatkins.com*

*Brian T Harvey on behalf of Special Counsel BUCHALTER*
*bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com*

*Gregory Kent Jones (TR)*
*gjones@sycr.com,*
*smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Wells Fargo Bank, National Association*
*raffi@hemar-rousso.com*

*Tinho Mang on behalf of Interested Party INTERESTED PARTY*
*tmang@marshackhays.com,*
*tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com*

*Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)*
*ron.maroko@usdoj.gov*

*Juliet Y. Oh on behalf of Debtor Hologenix, LLC*
*jyo@lnbyg.com, jyo@lnbyb.com*

*Juliet Y. Oh on behalf of Special Counsel BUCHALTER*
*jyo@lnbyg.com, jyo@lnbyb.com*

*Carmela Pagay on behalf of Debtor Hologenix, LLC*
*ctp@lnbyg.com*

*Carmela Pagay on behalf of Special Counsel Troutman Sanders LLP*
*ctp@lnbyg.com*

*Yvonne Ramirez-Browning on behalf of Creditor Wells Fargo Bank, National Association*
*yvonne@browninglawgroup.com, veronica@browninglawgroup.com*

*Kurt Ramlo on behalf of Debtor Hologenix, LLC*
*RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email*

*Kurt Ramlo on behalf of Plaintiff Hologenix, LLC*
*RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email*

*Gregory M Salvato on behalf of Creditor Seth Casden*
*gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com*

*James R Selth on behalf of Creditor Alvaro Pascotto Revocable Trust*
*jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*James R Selth on behalf of Creditor Julien Born*
*jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*James R Selth on behalf of Creditor Murali Sundar*
*jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*James R Selth on behalf of Creditor Seth Casden*
*jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*Zev Shechtman on behalf of Interested Party INTERESTED PARTY*
*Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com*

*Lindsey L Smith on behalf of Debtor Hologenix, LLC*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Randye B Soref on behalf of Creditor Polsinelli LLP*
*rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com*

*Heidi J Sorvino on behalf of Creditor Multiple Energy Technologies, LLC*
*sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com*

*Heidi J Sorvino on behalf of Interested Party INTERESTED PARTY*
*sorvinoh@whiteandwilliams.com,*
*millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com*

*Alan Stomel on behalf of Interested Party Courtesy NEF*
*alan.stomel@gmail.com, astomel@yahoo.com*

*Annie Y Stoops on behalf of Interested Party Courtesy NEF*
*annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com*

*Annie Y Stoops on behalf of Interested Party Courtesy NEF*
*annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com*

*Nicole Sullivan on behalf of Creditor Multiple Energy Technologies, LLC*
*sullivann@whiteandwilliams.com,*
*vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com*

*Nicole Sullivan on behalf of Defendant Multiple Energy Technologies, LLC*
*sullivann@whiteandwilliams.com,*
*vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com*

*Nicole Sullivan on behalf of Plaintiff Multiple Energy Technologies, LLC*
*sullivann@whiteandwilliams.com,*
*vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com*

*Derrick Talerico on behalf of Interested Party Courtesy NEF*
*dtalerico@wztslaw.com,*
*maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*Derrick Talerico on behalf of Plaintiff Multiple Energy Technologies, LLC*
*dtalerico@wztslaw.com,*
*maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Larry D Webb on behalf of Interested Party INTERESTED PARTY*
*Webblaw@gmail.com, larry@webblaw.onmicrosoft.com*

*David Wood on behalf of Creditor Multiple Energy Technologies, LLC*
*dwood@marshackhays.com,*
*dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*David Wood on behalf of Defendant Multiple Energy Technologies, LLC*
*dwood@marshackhays.com,*
*dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*David Wood on behalf of Interested Party INTERESTED PARTY*
*dwood@marshackhays.com,*
*dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*David Wood on behalf of Plaintiff Multiple Energy Technologies, LLC*
*dwood@marshackhays.com,*
*dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

***Mailing List***

*AIG Property Casualty, Inc.*
*80 Pine Street, 13th Floor*
*New York, NY 10005*

*Danning, Gill, Israel & Krasnoff, LLP*
*907 Westwood Blvd., Suite 1078*
*Los Angeles, CA 90024*

*Grobstein Teeple CPA*
*6300 Canoga Avenue, Ste 1500W*
*Woodland Hills, CA 91367*

*Theodora Oringher, PC*
*535 Anton Blvd, Ninth Floor*
*Costa Mesa, CA 92626*