**Fill in this information to identify the case:**

Debtor Name Hologenix, LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:20-bk-13849-BR

☐ Check if this is an
amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:  August 2025

Date report filed:  10/02/2025
MM / DD / YYYY

Line of business:  Fiber, Yarn, Thread Mills

NAISC code:  3133

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Hologenix, LLC

Original signature of responsible party

Printed name of responsible party  Seth Casden

## █  1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __Hologenix, LLC__

Case number __2:20-bk-13849-BR__

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 441,193.38

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 107,421.58

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 311,237.79

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. -203,816.21

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 237,377.17

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 2,324,937.8

*(Exhibit E)*

Debtor Name Hologenix, LLC

Case number 2:20-bk-13849-BR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 656,692.71

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? — 4

27. What is the number of employees as of the date of this monthly report? — 6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? — $ 11,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? — $ 1,777,191.00

30. How much have you paid this month in other professional fees? — $ 5,000.00

31. How much have you paid in total other professional fees since filing the case? — $ 908,379.46

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 108,630.66 | − | $ 107,421.58 | = | $ 1,209.08 |
| 33. **Cash disbursements** | $ 294,861.00 | − | $ 311,237.79 | = | $ -16,376.79 |
| 34. **Net cash flow** | $ -186,230.30 | − | $ -203,816.20 | = | $ 17,585.87 |

35. Total projected cash receipts for the next month: $ 213,363.00

36. Total projected cash disbursements for the next month: − $ 258,380.00

37. Total projected net cash flow for the next month: = $ -45,017.00

Debtor Name  Hologenix, LLC                                        Case number 2:20-bk-13849-BR

---

| | **8. Additional Information** |

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.


14. Unusual or significant unanticipated expenses:


Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February 2021.  However, the Debtor filed an application to employ Theodora Oringher PC and disclosed this litigation in August 2021, and for the balance of 2021, these legal fees are more or less expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**

**August 2025**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 08/01/2025 | Customer name. Redacted as DTC Sales | | | 65.61 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/01/2025 | Customer name. Redacted as DTC Sales | | | 71.38 | Reconciled | Deposit | 1400.000 Amazon Sales Reserve Balance |
| 08/01/2025 | Customer name. Redacted as Royalty Licensing Fees | | 136.90 | 158.72 | Reconciled | Deposit | |
| 08/04/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 19,521.61 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/05/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 4,582.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/06/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 540.94 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/07/2025 | Customer name. Redacted as DTC Sales | | | 266.76 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/08/2025 | Customer name. Redacted as DTC Sales | | | 13.80 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/08/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 5,633.15 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/11/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 5,100.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/12/2025 | Customer name. Redacted as DTC Sales | | | 23.85 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/12/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 13,283.20 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/12/2025 | Customer name. Redacted as DTC Sales | | | 1,238.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/13/2025 | Customer name. Redacted as DTC Sales | | | 24.10 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/14/2025 | Customer name. Redacted as DTC Sales | | | 44.96 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/14/2025 | Customer name. Redacted as Royalty Licensing Fees | | 26,521.70 | 30,929.10 | Reconciled | Deposit | |
| 08/15/2025 | Customer name. Redacted as DTC Sales | | | 85.23 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/15/2025 | Customer name. Redacted as DTC Sales | | | 87.91 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 08/19/2025 | Customer name. Redacted as DTC Sales | | | 34.94 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/20/2025 | Customer name. Redacted as DTC Sales | | | 219.94 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/22/2025 | Customer name. Redacted as DTC Sales | | | 235.32 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/22/2025 | Customer name. Redacted as Royalty Licensing Fees | | 446.63 | 523.54 | Reconciled | Deposit | |
| 08/24/2025 | Customer name. Redacted as DTC Sales | | | 121.98 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/25/2025 | Customer name. Redacted as DTC Sales | | | 343.24 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/25/2025 | Customer name. Redacted as DTC Sales | | | 110.96 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/25/2025 | Customer name. Redacted as Royalty Licensing Fees | | 477.57 | 555.28 | Reconciled | Deposit | |
| 08/25/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 594.04 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/26/2025 | Customer name. Redacted as DTC Sales | | | 141.77 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/26/2025 | Customer name. Redacted as Royalty Licensing Fees | | 7,672.92 | 8,919.41 | Reconciled | Deposit | |
| 08/26/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 2,061.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/26/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 170.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/27/2025 | Customer name. Redacted as DTC Sales | | | 42.20 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/28/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 4,615.18 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/29/2025 | Customer name. Redacted as DTC Sales | | | 7.67 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 08/29/2025 | Customer name. Redacted as Royalty Licensing Fees | | 934.61 | 679.79 | Reconciled | Deposit | |
| 08/29/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 6,375.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |

**107,421.58**

# EXHIBIT "D"

**Checking - Wells Fargo 2016**
**August 2025**

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|------|-------|------|-----------------|---------------|----------------------|------|---------|
| 08/01/2025 | Seth Casden | February 2025 Salary - Set amount per court approval | | 5,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 08/01/2025 | Seth Casden | July 2025 Salary - Set amount per court approval | | 25,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 08/01/2025 | Vendor name. Redacted as confidential b Eastern European Sales Representative | | -2,900.00 | 3,421.13 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 08/01/2025 | Vendor name. Redacted as confidential b California Sales Tax - Shopify Store | | | 214.00 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| 08/01/2025 | Vendor name. Redacted as confidential b Patent Costs | | | 100.81 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b OOP Expenses Reimbursement | | | 97.37 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b OOP Expenses Reimbursement and Consulting Fees | | | 2,935.19 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Business Development Consultant | | | 3,995.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Shipping Fees | | | 1,702.32 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Office Rent | | | 12,672.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Tradeshow Cost | | -6,211.65 | 7,334.72 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 08/01/2025 | Wells Fargo Bus. MasterCard/Visa-2711  Credit Card Payment | | | 2,085.34 | Reconciled | Credit Card Pmt | 2050.005 Corporate WFB Mastercard 2711 |
| 08/01/2025 | Vendor name. Redacted as confidential b Indian Sales Representative | | | 500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Oceania Sales & Regulatory Support Representative | | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b CIO/CTO Consultant | | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Asian Liaison Office - Taiwan Sales Representative | | | 4,100.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Tradeshow Cost | | | 5,010.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b Patent Costs | | | 245.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Vendor name. Redacted as confidential b IT Consultant | | | 650.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/01/2025 | Wells Fargo Bus. MasterCard/Visa-9938  Credit Card Payment | | | 17,147.09 | Reconciled | Credit Card Pmt | 2050.102 WFB Visa 9938 |
| 08/01/2025 | Wells Fargo Bus. MasterCard/Visa-1195  Credit Card Payment | | | 1,900.15 | Reconciled | Credit Card Pmt | 2050.006 Corporate WFB Mastercard 1195 |
| 08/01/2025 | Wells Fargo Bus. MasterCard/Visa-3243  Credit Card Payment | | | 49.00 | Reconciled | Credit Card Pmt | 2050.007 Corporate WFB Mastercard 3243 |
| 08/04/2025 | Vendor name. Redacted as confidential b Printing Cost | | | 238.44 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2025 | Vendor name. Redacted as confidential b Administration Support | | | 8,250.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2025 | Vendor name. Redacted as confidential b Tradeshow Cost | | | 8,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2025 | Vendor name. Redacted as confidential b Marketing & PR Consultant | | | 9,087.94 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/07/2025 | Vendor name. Redacted as confidential b Tradeshow Cost | | -1,805.00 | 2,477.18 | Reconciled | Bill Payment | 2000.002 Accounts Payable (A/P) - GBP |
| 08/07/2025 | Vendor name. Redacted as confidential b DRIVER FOR LAX 5 HOURS | ZELLE TO  NAVID UBER ON 08/07 REF #PP0Z4Y993M | | 275.00 | Reconciled | Expense | 6070.001 Travel & Entertainment:Airfare & Transportation |
| 08/08/2025 | Vendor name. Redacted as confidential b Printing Cost | | | 2.52 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/08/2025 | Vendor name. Redacted as confidential b OOP Expenses Reimbursement | | | 1,311.59 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/08/2025 | Vendor name. Redacted as confidential b OOP Expenses Reimbursement | | | 2,395.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/08/2025 | Vendor name. Redacted as confidential b OOP Expenses Reimbursement | | | 755.86 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/13/2025 | TriNet HR Corporation | Payroll Cost | | 49,474.31 | Reconciled | Bill Payment | 2000.003 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b Regulatory & QMS Costs | | -1,500.00 | 997.50 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - AUD |
| 08/15/2025 | Seth Casden | August 2025 Salary - Set amount per court approval | | 5,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 08/15/2025 | Seth Casden | February 2025 Salary - Set amount per court approval | | 5,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 08/15/2025 | Howard Grobstein | Chapter 11 Legal - BK Expert Witness | | 1,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Buchalter | Chapter 11 Professionals - Patent Services | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b P/T European Business Development Consultant | | -1,500.00 | 1,794.00 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 08/15/2025 | Vendor name. Redacted as confidential b Taiwan Office Expenses | | -11,165.00 | 380.07 | Reconciled | Bill Payment | 2000.006 Accounts Payable (A/P) - TWD |
| 08/15/2025 | Vendor name. Redacted as confidential b Testing Manager Consultant | | | 6,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b P/T Supply Chain Consultant | | | 5,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b Marketing Consultant | | | 1,640.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b CFO Salary | | | 4,138.75 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b Patent Costs | | | 268.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Vendor name. Redacted as confidential b OOP Expenses Reimbursement | | | 334.13 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Wells Fargo Bus. MasterCard/Visa-9938  Credit Card Payment | | | 11,285.70 | Reconciled | Credit Card Pmt | 2050.102 WFB Visa 9938 |
| 08/15/2025 | Wells Fargo Bus. MasterCard/Visa-1195  Credit Card Payment | | | 4,736.36 | Reconciled | Credit Card Pmt | Mastercard 1195 |

| Date | Vendor | Memo | Amount | | Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 08/15/2025 | Wells Fargo Bus. MasterCard/Visa-2711 | Credit Card Payment | 2,119.09 | | Reconciled | Credit Card Pmt | 2050.005 Corporate WFB Mastercard 2711 |
| 08/15/2025 | Vendor name. Redacted as confidential b | Japan Sales Representative + Japan Office Expenses | 1,030.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/15/2025 | Wells Fargo Bus. MasterCard/Visa-3243 | Credit Card Payment | 3,656.34 | | Reconciled | Credit Card Pmt | 2050.007 Corporate WFB Mastercard 3243 |
| 08/18/2025 | Vendor name. Redacted as confidential b | Warehouse Cost | 1,408.85 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/18/2025 | Vendor name. Redacted as confidential b | Marketing Cost | 4,680.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/21/2025 | Vendor name. Redacted as confidential b | Shipping Fees | 1,866.82 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/21/2025 | Vendor name. Redacted as confidential b | Shipping Fees | 1,710.75 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/27/2025 | TriNet HR Corporation | Payroll Cost | 49,454.34 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| | | | **$ 311,237.79** | | | | |
| 08/31/2025 | Kresimir Hernaus (ERSTE Bank Account) | Eastern European Office OOP Expenses Reimbursement | 264.89 | 310.13 | Reconciled | Bill Payment | Accounts Payable (A/P) - EUR |

# EXHIBIT "E"

**Hologenix LLC**
**A/P Aging Summary**
As of August 31, 2025

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| LNBYG | Chapter 11 Legal Rep - LNBYG | 86,758.78 | 65,157.84 | | 759,634.51 | 911,551.13 |
| Theodora Oringher PC | Chapter 11 MET Legal Fees - MET vs. Seth Casden | 4,185.00 | 8,075.00 | | 226,357.21 | 238,617.21 |
| Buchalter | Chapter 11 Professionals - Patent Services | | 24,173.14 | | 79,997.61 | 104,170.75 |
| Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | 5,446.73 | | 16,265.36 | 26,414.07 | 48,126.16 |
| Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | 12,985.00 | | | | 12,985.00 |
| Vendor name. Redacted as confidential business information. | CIO/CTO Consultant + Research & Experimental Expenses | 2,500.00 | | | 10,000.00 | 12,500.00 |
| Vendor name. Redacted as confidential business information. | Marketing Samples | | | | 9,896.25 | 9,896.25 |
| Vendor name. Redacted as confidential business information. | Marketing & PR Consultant | 8,000.00 | | | | 8,000.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 6,618.52 | | | | 6,618.52 |
| Fisher & Phillips LLP | Chapter 11 Professionals - Corporate GC Services | | | 73.50 | 6,318.00 | 6,391.50 |
| Vendor name. Redacted as confidential business information. | CFO Salary | 5,871.25 | | | | 5,871.25 |
| Vendor name. Redacted as confidential business information. | Office Rent | | | 5,541.18 | | 5,541.18 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | | | | 5,497.62 | 5,497.62 |
| Vendor name. Redacted as confidential business information. | P/T Supply Chain Consultant | 5,000.00 | | | | 5,000.00 |
| Vendor name. Redacted as confidential business information. | P/T Asian Liaison Office - Taiwan Sales Representative | 4,100.00 | | | | 4,100.00 |
| Vendor name. Redacted as confidential business information. | Business Development | 3,995.00 | | | | 3,995.00 |
| Howard Grobstein | Chapter 11 Legal - BK Expert Witness | | | | 3,542.02 | 3,542.02 |
| Vendor name. Redacted as confidential business information. | Eastern European Sales Representative | 3,395.27 | | | | 3,395.27 |
| Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | 2,500.00 | | | | 2,500.00 |
| Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | 1,252.03 | | | | 1,252.03 |
| Vendor name. Redacted as confidential business information. | Translation Cost | 1,200.00 | | | | 1,200.00 |
| Vendor name. Redacted as confidential business information. | Australian Office Expenses | 1,044.89 | | | | 1,044.89 |
| Vendor name. Redacted as confidential business information. | Marketing Consultant | 1,000.00 | | | | 1,000.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 923.4 | | | | 923.40 |
| Vendor name. Redacted as confidential business information. | Parking Cost | | | | 761.95 | 761.95 |
| Vendor name. Redacted as confidential business information. | Storage Cost | 744.91 | | | | 744.91 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | 727.00 | | | | 727.00 |
| Vendor name. Redacted as confidential business information. | IT Consultant | 650.00 | | | | 650.00 |
| Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | 500.00 | | | | 500.00 |
| Vendor name. Redacted as confidential business information. | Video Package Costs | | 488.07 | | | 488.07 |
| Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | 475.44 | | | | 475.44 |
| Vendor name. Redacted as confidential business information. | OOP Expenses Reimbursement | 145.85 | | | | 145.85 |
| Gregory Jones | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| Vendor name. Redacted as confidential business information. | Inventory Shipping Costs | 75.00 | | | | 75.00 |
| | | $ 160,094.07 | $ 97,894.05 | $ 21,880.04 | $ 1,128,536.44 | $ 1,408,404.60 |

| | | | |
|---|---|---|---|
| Wells Fargo CCs | Outstanding Credit Cards Balance | | 19,609.16 |
| Chapter 11 Payroll | 2024-2025 Employee Bonuses & Sales Commission | | 1,395.83 |
| Insider Compensation Payable - BOM | Unpaid Guaranteed Payments & Service Fees to BOM | | 210,000.00 |
| Insider Compensation Payable - Seth | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | 556,429.76 |
| Due to Members - Seth | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | 105,000.00 |
| Accrued Payables | Accrual for expenses incurred in 2024-2025 | | 24,098.45 |
| | | | $ 2,324,937.80 |

# EXHIBIT "F"

### A/R Aging Summary
**As of August 31,2025**

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 317,741.32 | | | | 317,741.32 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 156,145.60 | | | | 156,145.60 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 98,084.00 | | | | 98,084.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 50,289.61 | | | | 50,289.61 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 7,183.50 | | | | 7,183.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 6,975.00 | | | | 6,975.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 4,998.25 | | | | 4,998.25 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | 3,605.00 | | 3,605.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 2,900.21 | | | | 2,900.21 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 2,267.50 | | | | 2,267.50 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 1,593.90 | | | | 1,593.90 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,536.18 | | | | 1,536.18 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 201.66 | 131.56 | 196.38 | 834.64 | 1,364.24 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 866.51 | 115.45 | 350.35 | | 1,332.31 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 942.48 | | | | 942.48 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 681.43 | | | | 681.43 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 561.87 | | | | 561.87 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 535.94 | 535.94 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 501.66 | | | | 501.66 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 279.95 | | | | 279.95 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 263.77 | | | 263.77 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 250.68 | | | -9.00 | 241.68 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 207.86 | 207.86 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 139.62 | | | 139.62 |

| | | | | | |
|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 84.03 | 84.03 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | 77.75 | | | | 77.75 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 3.29 | 3.29 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 0.01 | 0.01 |
| **Customer name. Redacted as confidential business information.** Miscellaneous | | | | -6.62 | (6.62) |
| **confidential business information.** Royalty Licensing Fees | | | | -5,041.75 | (5,041.75) |
| | $ 654,079.06 | $      650.40 | $ 4,151.73 | $ (2,188.48) | $      656,692.71 |

# EXHIBIT "7"

Negative net cash flow projected for July 2025 due to the majority of our cash receipts being received on a quarterly basis.

# IZVOD PROMETA PO RAČUNU

Datum i vrijeme izdavanja:  01.09.2025. 12:36
Za razdoblje (po datumu obrade):  01.08.2025. do 31.08.2025.

**ERSTE&STEIERMÄRKISCHEBANK D.D.**                    **KREŠIMIR HERNAUS**
OIB:          ████9320                                KARLOVAČKA CESTA 65 D/1
SWIFT/BIC: ESBCHR22                                   10000 ZAGREB
SAVJETODAVNI CENTAR ZAGREB - VUKOVARSKA               REPUBLIKA HRVATSKA
10000 ZAGREB, IVANA LUČIĆA 2
Tel.: (072) 37 2580 Faks: (072) 37 1956

Naziv klijenta:          KREŠIMIR HERNAUS
OIB:                     45925046683

IBAN:                    HR2224020063212234851
Naziv računa:            TEKUĆI RAČUN
Oznaka valute:           EUR

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| **Početno stanje** | | | | | **407,66** |
| 01.08.2025 01.08.2025 | ██████████ | 1 - ████████ | HR99 HR99 10267796817 | | |
| | | | | 2,00 | |
| 20.08.2025 20.08.2025 | ██████████ | 2 - ██████ | HR99 HR99 10336838184 | | |
| | | | | 19,28 | |
| 20.08.2025 20.08.2025 | ██████████ | 3 - ████ | HR99 HR99 10337276901 | | |
| | | | | 236,62 | |
| 01.09.2025 31.08.2025 | █████████ | 4 ████ | HR99 HR99 10368577175 | | |
| | | | | 6,99 | |
| **Konačno stanje** | | | | | **142,77** |

| REKAPITULACIJA | | | | | |
|---|---|---|---|---|---|
| Naloga na teret | 4 | Prethodno stanje Dugovni promet | 407,66 264,89 | **Konačno stanje** Rezervirano za naplatu | **142,77** 0,00 |
| Naloga u korist | 0 | Potražni promet | 0,00 | Prekoračenje | 0,00 |
| Naloga ukupno | 4 | Ukupno promet | -264,89 | Rezervirano po nalogu FINA-e | 0,00 |
| | | | | Raspoloživo stanje | 142,77 |

**Vaš međunarodni broj bankovnog računa (IBAN) je HR2224020063212234851, a identifikacijska šifra banke je ESBCHR22.**

**Dospjelo nepodmireno dugovanje**

| | Iznos na dan 31.07.2025. | Iznos za obračunsko razdoblje | Iznos na dan 31.08.2025. |
|---|---|---|---|
| Dospjela nepodmirena kamata | 0,00 | 0,00 | 0,00 |
| Dospjela nepodmirena naknada | 2,00 | 0,00 | 2,00 |
| Ukupno dospjelo dugovanje za naplatu | 2,00 | 0,00 | 2,00 |

U slučaju postojanja dospjelih nepodmirenih dugovanja za naplatu po
gore navedenoj osnovi molimo Vas da se obratite u najbližu poslovnicu
Banke.
Prema članku 40. stavak 1. Zakona o PDV-u naknade za usluge Banke
oslobođene su plaćanja PDV-a.

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 | € | **107.18** | As 08/31/2025 |
| | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 | $ | 142.33 | |
| | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 | | | |
| | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 | | | |
| | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 | | | |
| | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 | | | |
| | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 | | | |
| | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 | | | |
| | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 | | | |
| | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 | | | |
| | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 | | | |
| | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 | | | |
| | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 | | | |
| | | | | | | | | | |
| | | **Account balance on 12/31/2023** | | 456.54 | EUR | | | | |



| Merchant Account ID: ██████QAWQ | PayPal ID: ap@celliant.com | 8/1/25 - 8/31/25 |
| --- | --- | --- |

## Statement for August 2025

Hologenix, LLC
1113 Montana Ave #13
90403 Santa Monica

### Balance Summary (8/1/25 - 8/31/25)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
| --- | --- | --- | --- | --- |
| USD | 129.84 | 309.85 | 0.00 | 0.00 |
| EUR | 1,400.30 | 1,400.30 | 0.00 | 0.00 |



| Merchant Account ID: ⬛⬛⬛⬛⬛QAWQ | PayPal ID: ap@celliant.com | 8/1/25 - 8/31/25 |
|---|---|---|

## Activity Summary (8/1/25 - 8/31/25)

|  | USD |
|---|---|
| **Beginning Available Balance** | **129.84** |
| Payments received | 187.53 |
| Payments sent | 0.00 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 0.00 |
| Fees | -7.52 |
| **Ending Available Balance** | **309.85** |



| Merchant Account ID: ███████QAWQ | PayPal ID: ap@celliant.com | 8/1/25 - 8/31/25 |
| --- | --- | --- |

## Payments received

| Description | USD |
| --- | --- |
| Express Checkout Payment | 187.53 |
| **Total** | **187.53** |

## Fees

| Description | USD |
| --- | --- |
| Payment Fee | -7.52 |
| **Total** | **-7.52** |



| Merchant Account ID: ████████QAWQ | PayPal ID: ap@celliant.com | 8/1/25 - 8/31/25 |
| --- | --- | --- |

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
| --- | --- | --- | --- | --- | --- |
| 8/24/25 | Express Checkout Payment<br>ID: 0AH19670VH304344G | ████████ | 44.51 | -2.04 | 42.47 |
| 8/28/25 | Express Checkout Payment<br>ID: 04825141RH645851P | ████████ | 143.02 | -5.48 | 137.54 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠

August 31, 2025 ■ Page 1 of 7



HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

**Other Wells Fargo Benefits**

**You control your information - Be aware what you share**

It could be something as innocent as your email address or where you bank or live. Be careful what you share and who you share it with.

Fraudsters can use your personal information to steal your identity. They'll get into your accounts or even open new accounts in your name. This costs you money, time to close unauthorized accounts and an emotional toll as you try to repair your good name.

Scammers use all kinds of ways to get you to give up your information:
- Scammers can pose as your bank claiming there is a "problem" with your account.
- Tech imposters will convince you there is "an issue" with your device and get you to give them access to it.
- They'll have you scan QR codes or get you to fill in personal information on fake websites or online surveys.

**Don't give them that chance. Protect your information on- and offline!**

What to do:

**WELLS FARGO**

- Use strong, complex passwords on all your accounts. Use two-factor authentication whenever it's available.
- Avoid clicking links in emails or texts. Instead, go directly to the official website or app.
- Be mindful of what you share on social media and who with.
- Use secure Wi-Fi. Avoid public Wi-Fi if possible.
- Install and maintain antivirus and antimalware software on your devices.
- Don't share personal information unless you initiated the contact. Slow down and always verify who you're giving the information to and why to ensure it makes sense.

**Remember, it's your information. Share it wisely.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $442,440.05 |
| Deposits/Credits | 107,421.58 |
| Withdrawals/Debits | - 310,927.66 |
| **Ending balance on 8/31** | **$238,933.97** |

Account number: ███████**2016  (primary account)**

**HOLOGENIX LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | | 71.38 | | |
| 8/1 | | | 158.72 | | |
| 8/1 | | Online Transfer to Casden S Ref #Ib0Tcqvcq6 Premier Checking Hologenix LLC July 2025 Services | | 25,000.00 | |
| 8/1 | | Online Transfer to Casden S Ref #Ib0Tcqvx7L Premier Checking Hologenix LLC February 2025 Services 4of5 | | 5,000.00 | |
| 8/1 | | | | 2,085.34 | |
| 8/1 | | | | 245.00 | |
| 8/1 | | Online Transfer Ref #Ib0Tcqwps2 to Signify Business Essential Card Hologenix LLC Pay IN Full Bal CC 3243 | | 49.00 | |
| 8/1 | | Online Transfer Ref #Ib0Tcqwycr to Signify Business Essential Card Hologenix LLC Pay IN Full Bal CC 1195 | | 1,900.15 | |
| 8/1 | | | | 2,500.00 | |
| 8/1 | | | | 100.81 | |
| 8/1 | | Ref #Pp0Z4979Hl Hologenix LLC Pay IN Full Bal CC 9938 | | 17,147.09 | |
| 8/1 | | | | 97.37 | |
| 8/1 | | | | 2,935.19 | |
| 8/1 | | | | 3,995.00 | |

**WELLS FARGO**

---

## Transaction History (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | | | 12,672.00 | |
| 8/1 | | | | 7,334.72 | |
| 8/1 | | | | 650.00 | |
| 8/1 | | | | 3,421.13 | |
| 8/1 | | | | 4,100.00 | |
| 8/1 | | | | 2,500.00 | |
| 8/1 | | | | 5,010.00 | |
| 8/1 | | | | 500.00 | |
| 8/1 | | | | 1,702.32 | |
| 8/1 | < | | | 214.00 | 343,511.03 |
| 8/4 | | | 65.61 | | |
| 8/4 | | | 19,521.61 | | |
| 8/4 | < | | | 238.44 | |
| 8/4 | < | | | 8,000.00 | |
| 8/4 | | | | 8,250.00 | |
| 8/4 | < | | | 9,087.94 | 337,521.87 |
| 8/5 | | | 4,582.00 | | 342,103.87 |
| 8/6 | | | 540.94 | | 342,644.81 |
| 8/7 | | | 266.76 | | |
| 8/7 | | | | 2,477.18 | |
| 8/7 | | | | 275.00 | 340,159.39 |
| 8/8 | | | 13.80 | | |
| 8/8 | | | 5,633.15 | | |
| 8/8 | | | | 4,462.45 | |
| 8/8 | < | | | 2.52 | 341,341.37 |
| 8/11 | | | 5,100.00 | | 346,441.37 |
| 8/12 | | | 23.85 | | |
| 8/12 | | | 1,238.00 | | |
| 8/12 | | | 13,283.20 | | 360,986.42 |
| 8/13 | | | 24.10 | | |
| 8/13 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri2250004.0 Trn#250813047921 Rfb# Q+50267819 947 | | 49,474.31 | 311,536.21 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 8/14 | | | 44.96 | | |
| 8/14 | | | 30,929.10 | | 342,510.27 |
| 8/15 | | | 85.23 | | |
| 8/15 | | | 87.91 | | |
| 8/15 | | | | 268.00 | |
| 8/15 | | | | 997.50 | |
| 8/15 | | | | 1,640.00 | |
| 8/15 | | | | 4,138.75 | |
| 8/15 | | | | 5,000.00 | |
| 8/15 | | WT Fed#02R01 Zions Bancorporati /Ftr/Bnf=Buchalter Srf# Ow00005991378387 Trn#250815192436 Rfb# Ow00005991378387 | | 2,500.00 | |
| 8/15 | | WT 250815-192827 Jpmorgan Chase Bank /Bnf=Grobstein Teeple LLP Srf# Ow00005991383470 Trn#250815192827 Rfb# Ow00005991383470 | | 1,500.00 | |
| 8/15 | | WT Fed#03R01 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00005991391355 Trn#250815193377 Rfb# Ow00005991391355 | | 10,000.00 | |
| 8/15 | | WT Seq193591 Troutman Pepper Locke L /Bnf=Troutman Pepper Hamilton Sanders L Srf# Ow00005991395005 Trn#250815193591 Rfb# Ow00005991395005 | | 2,500.00 | |
| 8/15 | | | | 1,030.00 | |
| 8/15 | | | | 1,794.00 | |
| 8/15 | | | | 334.13 | |
| 8/15 | | | | 6,500.00 | |
| 8/15 | | Ref #Pp0Z5Rf4Fp Hologenix LLC Pay IN Full Bal 9938 | | 11,285.70 | |
| 8/15 | | Online Transfer Ref #Ib0Tjyczkx to Signify Business Essential Card Hologenix LLC Pay IN Full Bal 3243 | | 3,656.34 | |
| 8/15 | | Online Transfer Ref #Ib0Tjyd7Qj to Signify Business Essential Card Hologenix LLC Pay IN Full Bal CC 1195 | | 4,736.36 | |
| 8/15 | | Online Transfer Ref #Ib0Tjydgsr to Signify Business Essential Card Hologenix LLC Pay IN Full Bal CC 2711 | | 2,119.09 | |
| 8/15 | | | | 380.07 | |
| 8/15 | | Online Transfer to Casden S Ref #Ib0Tk2Vhvv Premier Checking Payment for Deferred Salary | | 5,000.00 | |
| 8/15 | | Online Transfer to Casden S Ref #Ib0Tk3Fyrx Premier Checking Salary Advance | | 5,000.00 | 272,303.47 |
| 8/18 | < | | | 1,408.85 | |
| 8/18 | < | B | | 4,680.00 | 266,214.62 |
| 8/19 | | | 34.94 | | 266,249.56 |
| 8/20 | | | 219.94 | | 266,469.50 |





**WELLS FARGO**

---

### *Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|------------------:|--------------------:|---------------------:|
| 8/21 | | ████████████████████ | | 3,577.57 | 262,891.93 |
| 8/22 | | ██████████████ | 235.32 | | |
| 8/22 | | █████████████████████ | 523.54 | | 263,650.79 |
| 8/25 | | ███████████████ | 110.96 | | |
| 8/25 | | ██████████████████ | 121.98 | | |
| 8/25 | | █████████████████ | 343.24 | | |
| 8/25 | | ██████████████████ | 555.28 | | |
| 8/25 | | ███████████████████████ | 594.04 | | 265,376.29 |
| 8/26 | | ████████████ | 141.77 | | |
| 8/26 | | ████████████ | 2,231.00 | | |
| 8/26 | | ████████████████████ | 8,919.41 | | 276,668.47 |
| 8/27 | | | 42.20 | | |
| 8/27 | | WT Fed#03R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri2390003.1+ Trn#250827062336 Rfb# Q+50285590 239 | | 49,454.34 | 227,256.33 |
| 8/28 | | ████████████████████ | 4,615.18 | | 231,871.51 |
| 8/29 | | ██████████████████ | 7.67 | | |
| 8/29 | | ██████████████████ | 6,375.00 | | |
| 8/29 | | ████████████████████ | 679.79 | | 238,933.97 |
| **Totals** | | | **$107,421.58** | **$310,927.66** | |



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2025 - 08/31/2025 | | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $295,681.00 | ☑ |
| • Minimum daily balance | $500.00 | $227,256.33 | ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1



**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 59 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



---

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                            $ _____
your account which are not                            $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                  **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/17/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
|---|---|
| Statement beginning balance | 407.66 |
| Checks and payments cleared (1) | -264.89 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 142.77 |
| Register balance as of 08/31/2025 | 142.77 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 08/31/2025 | Bill Payment | ██████████ | ██████████ | -264.89 |
| Total | | | | -264.89 |

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/16/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
|---|---|
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 08/31/2025 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/16/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,711.45 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (2) | 180.01 |
| Statement ending balance | 1,891.46 |
| | |
| Register balance as of 08/31/2025 | 1,891.46 |

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/23/2025 | Deposit | | ▬▬▬ | 42.47 |
| 08/27/2025 | Deposit | | ▬▬▬ | 137.54 |
| Total | | | | 180.01 |

10/2/25, 5:38 AM

Hologenix LLC

**1000.300 Petty Cash, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/16/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 08/31/2025 | 0.00 |

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/16/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 08/31/2025 | 1,597.78 |

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/16/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 442,440.05 |
| Checks and payments cleared (58) | -310,927.66 |
| Deposits and other credits cleared (36) | 107,421.58 |
| Statement ending balance | 238,933.97 |
| | |
| Register balance as of 08/31/2025 | 238,933.97 |
| Cleared transactions after 08/31/2025 | 0.00 |
| Uncleared transactions after 08/31/2025 | -43,603.55 |
| Register balance as of 09/16/2025 | 195,330.42 |

**Details**

Checks and payments cleared (58)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2025 | Expense | | ▇ | -214.00 |
| 08/01/2025 | Bill Payment | | ▇ | -3,421.13 |
| 08/01/2025 | Credit Card Payment | | | -1,900.15 |
| 08/01/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -17,147.09 |
| 08/01/2025 | Bill Payment | | ▇ | -650.00 |
| 08/01/2025 | Bill Payment | | ▇ | -245.00 |
| 08/01/2025 | Bill Payment | | ▇ | -5,010.00 |
| 08/01/2025 | Bill Payment | | ▇ | -4,100.00 |
| 08/01/2025 | Bill Payment | | ▇ | -2,500.00 |
| 08/01/2025 | Bill Payment | | ▇ | -2,500.00 |
| 08/01/2025 | Bill Payment | | ▇ | -500.00 |
| 08/01/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -2,085.34 |
| 08/01/2025 | Bill Payment | | ▇ | -7,334.72 |
| 08/01/2025 | Bill Payment | | ▇ | -12,672.00 |
| 08/01/2025 | Bill Payment | | ▇ | -1,702.32 |
| 08/01/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -49.00 |
| 08/01/2025 | Expense | July2025(BK) | Seth Casden | -25,000.00 |
| 08/01/2025 | Expense | February2025(BK)(4/5) | Seth Casden | -5,000.00 |
| 08/01/2025 | Bill Payment | | ▇ | -3,995.00 |
| 08/01/2025 | Bill Payment | | ▇ | -2,935.19 |
| 08/01/2025 | Bill Payment | | ▇ | -97.37 |
| 08/01/2025 | Bill Payment | | ▇ | -100.81 |
| 08/04/2025 | Bill Payment | | ▇ | -9,087.94 |
| 08/04/2025 | Bill Payment | | ▇ | -8,250.00 |
| 08/04/2025 | Bill Payment | | ▇ | -238.44 |
| 08/04/2025 | Bill Payment | | ▇ | -8,000.00 |
| 08/07/2025 | Expense | | ▇ | -275.00 |
| 08/07/2025 | Bill Payment | | ▇ | -2,477.18 |
| 08/08/2025 | Bill Payment | | ▇ | -755.86 |
| 08/08/2025 | Bill Payment | | ▇ | -2.52 |
| 08/08/2025 | Bill Payment | | ▇ | -1,311.59 |

| 08/08/2025 | Bill Payment | | | -2,395.00 |
| 08/13/2025 | Bill Payment | | TriNet HR Corporation | -49,474.31 |
| 08/15/2025 | Bill Payment | | | -268.00 |
| 08/15/2025 | Bill Payment | | | -1,640.00 |
| 08/15/2025 | Bill Payment | | | -5,000.00 |
| 08/15/2025 | Bill Payment | | | -1,794.00 |
| 08/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar... | -4,736.36 |
| 08/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar... | -11,285.70 |
| 08/15/2025 | Bill Payment | | | -334.31 |
| 08/15/2025 | Bill Payment | Fee App 4-Payment 32 | LNBYG | -10,000.00 |
| 08/15/2025 | Bill Payment | | | -4,138.75 |
| 08/15/2025 | Bill Payment | | | -380.07 |
| 08/15/2025 | Expense | August2025(BK)-PREPAY | Seth Casden | -5,000.00 |
| 08/15/2025 | Expense | February2025(BK)(5/5) | Seth Casden | -5,000.00 |
| 08/15/2025 | Bill Payment | | | -6,500.00 |
| 08/15/2025 | Bill Payment | Fee App 6-Payment 7 | Troutman Pepper LLP | -2,500.00 |
| 08/15/2025 | Bill Payment | Fee App 5-Paycment 20 | Buchalter | -2,500.00 |
| 08/15/2025 | Bill Payment | Payment 29 | | -997.50 |
| 08/15/2025 | Bill Payment | Fee App 4-Payment 30 | Howard Grobstein | -1,500.00 |
| 08/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar... | -3,656.34 |
| 08/15/2025 | Bill Payment | | | -1,030.00 |
| 08/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar... | -2,119.09 |
| 08/18/2025 | Bill Payment | | | -4,680.00 |
| 08/18/2025 | Bill Payment | | | -1,408.85 |
| 08/21/2025 | Bill Payment | | | -1,710.75 |
| 08/21/2025 | Bill Payment | | | -1,866.82 |
| 08/27/2025 | Bill Payment | | TriNet HR Corporation | -49,454.34 |

| Total | | | | -310,927.66 |

### Deposits and other credits cleared (36)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/01/2025 | Deposit | 131978297709 | | 65.61 |
| 08/01/2025 | Deposit | | | 158.72 |
| 08/01/2025 | Deposit | | | 71.38 |
| 08/04/2025 | Receive Payment | | | 19,521.61 |
| 08/05/2025 | Receive Payment | | | 4,582.00 |
| 08/06/2025 | Receive Payment | | | 540.94 |
| 08/07/2025 | Deposit | 132134404461 | | 266.76 |
| 08/08/2025 | Deposit | 132152689005 | | 13.80 |
| 08/08/2025 | Receive Payment | | | 5,633.15 |
| 08/11/2025 | Receive Payment | | | 5,100.00 |
| 08/12/2025 | Receive Payment | | | 1,238.00 |
| 08/12/2025 | Deposit | | | 23.85 |
| 08/12/2025 | Receive Payment | | | 13,283.20 |
| 08/13/2025 | Deposit | | | 24.10 |
| 08/14/2025 | Deposit | | | 30,929.10 |
| 08/14/2025 | Deposit | 132255842669 | | 44.96 |
| 08/15/2025 | Deposit | 132277305709 | | 85.23 |
| 08/15/2025 | Deposit | | | 87.91 |
| 08/19/2025 | Deposit | 132329734509 | | 34.94 |
| 08/20/2025 | Deposit | | | 219.94 |
| 08/22/2025 | Deposit | | | 235.32 |
| 08/22/2025 | Deposit | | | 523.54 |
| 08/24/2025 | Deposit | 132395401581 | | 121.98 |
| 08/25/2025 | Receive Payment | | | 594.04 |

| 08/25/2025 | Deposit | | 555.28 |
|---|---|---|---|
| 08/25/2025 | Deposit | | 110.96 |
| 08/25/2025 | Deposit | 132439310701 | 343.24 |
| 08/26/2025 | Receive Payment | | 170.00 |
| 08/26/2025 | Receive Payment | | 2,061.00 |
| 08/26/2025 | Deposit | | 8,919.41 |
| 08/26/2025 | Deposit | 132451434861 | 141.77 |
| 08/27/2025 | Deposit | 132478435693 | 42.20 |
| 08/28/2025 | Receive Payment | | 4,615.18 |
| 08/29/2025 | Deposit | 24279643161 | 7.67 |
| 08/29/2025 | Deposit | | 679.79 |
| 08/29/2025 | Receive Payment | | 6,375.00 |

Total                                                                107,421.58