RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11 Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:20-bk-13849-BR |
| | ) |
| HOLOGENIX, LLC, | ) Chapter 11 Case |
| | ) Subchapter V |
| Debtor and Debtor in Possession. | ) |
| | ) **DECLARATION OF SETH CASDEN IN** |
| | ) **SUPPORT OF APPLICATIONS OF** |
| | ) **DEBTOR'S ESTATE PROFESSIONALS** |
| | ) **FOR APPROVAL OF FEES AND** |
| | ) **REIMBURSEMENT OF EXPENSES** |
| | ) |
| | ) Hearing: |
| | ) Date: October 14, 2025 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 1668 |
| | )        255 East Temple Street |
| | )        Los Angeles, CA 90012 |

1

I, Seth Casden, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the Chief Executive Officer of Hologenix, LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in this chapter 11 bankruptcy case.

3. I am a co-founder of Hologenix and have served as the Debtor's CEO from 2004-2006, 2008-2017 and again since May 2019. I have a Bachelor of Science in Business Administration from Pepperdine University and previously worked as a financial analyst in private equity.

4. I have reviewed and am familiar with and am knowledgeable about the books and records of the Debtor, which books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

5. I have reviewed the *Seventh Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees And Reimbursement of Expenses* (the "LNBYG Application") filed by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to the Debtor.

6. I believe that the fees and expenses requested by LNBYG in the LNBYG Application are reasonable and appropriate in light of the scope, quality and results of the services provided by LNBYG to the Debtor and should be approved by the Court.

7. I have reviewed the *Seventh Application Of Buchalter, As Special Patent Counsel To The Debtor, For Approval of Fees And Reimbursement of Expenses* (the "Buchalter Application") filed by Buchalter, special patent counsel to the Debtor.

8. I believe that the fees and expenses requested by Buchalter in the Buchalter Application are reasonable and appropriate in light of the scope, quality and results of the services provided by Buchalter to the Debtor and should be approved by the Court.

9. I have reviewed the *Third Application Of Theodora Oringher PC, Special Litigation Counsel To The Debtor, For Approval of Fees And Reimbursement of Expenses* (the "TO Application") filed by Theodora Oringher PC ("TO"), special litigation counsel to the Debtor.

10. I believe that the fees and expenses requested by TO in the TO Application are reasonable and appropriate in light of the scope, quality and results of the services provided by TO to the Debtor and should be approved by the Court.

11. I have reviewed the *Seventh Application Of Troutman Pepper Hamilton Sanders LLP, As Special Trademark And License Counsel To The Debtor, For Approval of Fees And Reimbursement of Expenses* (the "TPHS Application") filed by Troutman Pepper Hamilton Sanders LLP ("TPHS"), special trademark and license counsel to the Debtor.

12. I believe that the fees and expenses requested by TPHS in the TPHS Application are reasonable and appropriate in light of the scope, quality and results of the services provided by TPHS to the Debtor and should be approved by the Court.

13. I have reviewed the *Second Application Of Fisher & Phillips LLP As Special Labor And Employment Counsel To The Debtor For Approval Of Fees And Reimbursement Of Expenses* (the "F&P Application") filed by Fisher & Phillips LLP ("F&P"), special labor and employment counsel to the Debtor.

14. I believe that the fees and expenses requested by F&P in the F&P Application are reasonable and appropriate in light of the scope, quality and results of the services provided by F&P to the Debtor and should be approved by the Court.

///
///
///
///
///
///

15. As of the date of filing of this Declaration, the Debtor has cash on hand in a sum sufficient to make some of the professional fee and expense payments requested by the professionals described above, which total in sum $415,220.36, because various firms have agreed to accept payment over a reasonable period of time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September, 2025 at Los Angeles, California.

*Seth Casden*
_____
SETH CASDEN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Declaration Of Seth Casden In Support Of Applications Of Debtor's Estate Professionals For Approval Of Fees And Reimbursement Of Expenses** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 15, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 15, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the `document is filed.

☐  Service information continued on attached page

| **Honorable Barry Russell**<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660 / Courtroom 1668<br>Los Angeles, CA 90012 | *Debtor*<br>**Hologenix, LLC**<br>17383 Sunset Blvd., Suite A420<br>Pacific Palisades, CA 90272 |
|---|---|

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 15, 2025 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

- **Todd M Arnold**  tma@lnbyg.com
- **Ron Bender**  rb@lnbyg.com
- **Thomas E Butler**  butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Robert Carrasco**  rmc@lnbyg.com, rmc@lnbyg.com
- **Aaron E. De Leest**  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Theodore W Frank**  frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- **John-Patrick M Fritz**  jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Michael S Greger**  mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Brian T Harvey**  bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Gregory Kent Jones (TR)**  gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Alphamorlai Lamine Kebeh**  MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Raffi Khatchadourian**  raffi@hemar-rousso.com
- **Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Juliet Y. Oh**  jyo@lnbyg.com, jyo@lnbyb.com
- **Carmela Pagay**  ctp@lnbyg.com
- **Yvonne Ramirez-Browning**  yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- **Kurt Ramlo**  RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **James R Selth**  jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Randye B Soref**  rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Heidi J Sorvino**  sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- **Alan Stomel**  alan.stomel@gmail.com, astomel@yahoo.com
- **Annie Y Stoops**  annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- **Nicole Sullivan**  sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **Derrick Talerico**  dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **John N Tedford**  JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**  Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **David Wood**  dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
-