| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO<br>  && GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYG.com, JPF@LNBYG.com, CTP@LNBYG.com<br><br>☒ *Attorney for*: Debtor and Debtor-in-Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 16 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>HOLOGENIX, LLC,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: October 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>       Los Angeles, California |

1. Name of Applicant (*specify*): Troutman Pepper Hamilton Sanders LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): September 23, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $17,505.00
      (2) ☒ Amount or percentage authorized for payment at this time: $17,505.00 (100%)

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $18,649.09

   c. ☐ Application for Payment of Final Fees is approved in the amount of:

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed:

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* Debtor is authorized to pay the total amount of $36,154.09.

###

Date: October 16, 2025

*[signed]* Barry Russell
Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* — Page 2 — **F 2016-1.3.ORDER.PAYMENT.FEES**