| | |
|---|---|
| RON BENDER (State Bar No. 143364)<br>JOHN-PATRICK M. FRITZ (State Bar No. 245240)<br>KURT RAMLO (State Bar No. 166856)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: RB@LNBYG.COM; JPF@LNBYG.COM; KR@LNBYG.COM;<br><br>Attorneys for Chapter 11<br>Debtor and Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>      Debtor and Debtor in Possession. | CASE NUMBER:  2:20-bk-13849-BR<br>Chapter 11 Case<br>Subchapter V<br><br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>***Seventh Application Of Buchalter, As Special Patent Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses*** |

PLEASE TAKE NOTE that the order titled **Order on Application for Payment of Interim Fees and Expenses** was lodged on October 17, 2025, and is attached.  This order relates to the motion which is docket number 1081.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO<br>  & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234;<br>Facsimile:  (310) 229-1244<br>Email: RB@LNBYG.com, JPF@LNBYG.com, CTP@LNBYG.com<br><br>☒     *Attorney for*: Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>HOLOGENIX, LLC,<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE: October 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>       Los Angeles, California |

1.    Name of Applicant (*specify*): Buchalter

2.    This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.    Appearances were made as follows:

    a.    ☐  Applicant present in court

    b.    ☐  Attorney for Applicant present in court (name):

    c.    ☐  Attorney for United States trustee present in court

    d.    ☒  Other persons present as reflected in the court record

4.    Applicant gave the required notice of the Application on (*specify date*): September 23, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 1                           **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:

    a.  ☒  Application for Payment of Interim Fees is approved as follows:

        (1)  ☒  Total amount allowed:  $38,405.00

        (2)  ☒  Amount or percentage authorized for payment at this time:  $38,405.00 (100%)

    b.  ☒  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

        ☒  Total amount allowed:  $13,716.21

    c.  ☐  Application for Payment of Final Fees is approved in the amount of:

    d.  ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:

        ☐  Total amount allowed:

    e.  (1)  ☐  Application is denied

           ☐  in full

           ☐  in part

           ☐  without prejudice

           ☐  with prejudice

        (2)  Grounds for denial *(specify):*

    f.  ☒  The court further orders *(specify):* Debtor is authorized to pay the total amount of $52,121.21.

### 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1** .  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 17, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 17, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the `document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 17, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| |
|---|
| The Honorable Barry Russell<br>United States Bankruptcy Court<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street<br>Bin outside of Suite 1660<br>Los Angeles, CA 90012 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 17, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2              **F 9021-1.2.BK.NOTICE.LODGMENT**

**2:20-bk-13849-BR Notice will be electronically mailed to:**

**Todd M Arnold**    tma@lnbyg.com
**Ron Bender**    rb@lnbyg.com
**Thomas E Butler**    butlert@whiteandwilliams.com,
sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
**Robert Carrasco**    rmc@lnbyg.com, rmc@lnbyg.com
**Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
**Oscar Estrada**    oestrada@ttc.lacounty.gov
**Theodore W Frank**    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
**John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
**Michael S Greger**    mgreger@allenmatkins.com, kpreston@allenmatkins.com
**Brian T Harvey**    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
**Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
**Alphamorlai Lamine Kebeh**    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
**Raffi Khatchadourian**    raffi@hemar-rousso.com
**Tinho Mang**    tmang@marshackhays.com,
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
**Ron Maroko**    ron.maroko@usdoj.gov
**Juliet Y. Oh**    jyo@lnbyg.com, jyo@lnbyb.com
**Carmela Pagay**    ctp@lnbyg.com
**Yvonne Ramirez-Browning**    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
**Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
**James R Selth**    jselth@yahoo.com,
jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
**Zev Shechtman**    Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
**Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
**Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
**Heidi J Sorvino**    sorvinoh@whiteandwilliams.com,
millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
**Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
**Annie Y Stoops**    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
**Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
**Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
**John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 3                **F 9021-1.2.BK.NOTICE.LODGMENT**