| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO<br>  & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234;<br>Facsimile:  (310) 229-1244<br>Email: RB@LNBYG.com, JPF@LNBYG.com,<br>CTP@LNBYG.com<br><br>☒    *Attorney for*: Debtor and Debtor-in-Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 17 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY toliver    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>HOLOGENIX, LLC,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE: October 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>         Los Angeles, California |

1.   Name of Applicant (*specify*): Buchalter

2.   This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3.   Appearances were made as follows:

   a.  ☐ Applicant present in court

   b.  ☐ Attorney for Applicant present in court (name):

   c.  ☐ Attorney for United States trustee present in court

   d.  ☒ Other persons present as reflected in the court record

4.   Applicant gave the required notice of the Application on (*specify date*): September 23, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5.  The court orders as follows:

a.  ☒  Application for Payment of Interim Fees is approved as follows:

    (1)  ☒  Total amount allowed:  $38,405.00

    (2)  ☒  Amount or percentage authorized for payment at this time:  $38,405.00 (100%)

b.  ☒  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

    ☒  Total amount allowed:  $13,716.21

c.  ☐  Application for Payment of Final Fees is approved in the amount of:

d.  ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:

    ☐  Total amount allowed:

e.  (1)  ☐  Application is denied

        ☐  in full

        ☐  in part

        ☐  without prejudice

        ☐  with prejudice

    (2)  Grounds for denial *(specify):*

f.  ☒  The court further orders *(specify):* Debtor is authorized to pay the total amount of $52,121.21.

###

Date: October 17, 2025

Barry Russell
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    **F 2016-1.3.ORDER.PAYMENT.FEES**