United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13849-BR |
| Hologenix, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com  astomel@yahoo.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com  yvonne.li@afslaw.com;mia.ferguson@afslaw.com |
| Brian T Harvey | on behalf of Special Counsel BUCHALTER bharvey@buchalter.com  docket@buchalter.com;dbodkin@buchalter.com |
| Carmela Pagay | on behalf of Special Counsel Troutman Sanders LLP ctp@lnbyg.com |
| Carmela Pagay | on behalf of Debtor Hologenix  LLC ctp@lnbyg.com |
| David Wood | on behalf of Creditor Multiple Energy Technologies  LLC dwood@marshackhays.com, |

Case 2:20-bk-13849-BR    Doc 1107    Filed 10/18/25    Entered 10/18/25 21:20:40    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | |
| | on behalf of Defendant Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | |
| | on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | |
| | on behalf of Plaintiff Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Derrick Talerico | |
| | on behalf of Plaintiff Multiple Energy Technologies LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Gregory Kent Jones (TR) | |
| | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |
| Gregory M Salvato | |
| | on behalf of Creditor Seth Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Heidi J Sorvino | |
| | on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com |
| Heidi J Sorvino | |
| | on behalf of Creditor Multiple Energy Technologies LLC sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com |
| James R Selth | |
| | on behalf of Creditor Murali Sundar jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | |
| | on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | |
| | on behalf of Creditor Seth Casden jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | |
| | on behalf of Creditor Julien Born jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| John-Patrick M Fritz | |
| | on behalf of Plaintiff Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | |
| | on behalf of Defendant Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | |
| | on behalf of Debtor Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | |
| | on behalf of Plaintiff Multiple Energy Technologies LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | |
| | on behalf of Attorney Levene Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| Juliet Y. Oh | |
| | on behalf of Debtor Hologenix LLC jyo@lnbyg.com, jyo@lnbyb.com |
| Juliet Y. Oh | |
| | on behalf of Special Counsel BUCHALTER jyo@lnbyg.com  jyo@lnbyb.com |
| Kurt Ramlo | |
| | on behalf of Debtor Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | |
| | on behalf of Plaintiff Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Larry D Webb | |

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 16, 2025 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com  larry@webblaw.onmicrosoft.com |
| Lindsey L Smith | on behalf of Debtor Hologenix  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Michael S Greger | on behalf of Interested Party BRE Sunset Coast  LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com |
| Nicole Sullivan | on behalf of Creditor Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com |
| Nicole Sullivan | on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com |
| Nicole Sullivan | on behalf of Defendant Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Raffi Khatchadourian | on behalf of Creditor Wells Fargo Bank  National Association raffi@hemar-rousso.com |
| Randye B Soref | on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com  ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Robert Carrasco | on behalf of Accountant M & G Partners rmc@lnbyg.com  rmc@lnbyg.com |
| Robert Carrasco | on behalf of Debtor Hologenix  LLC rmc@lnbyg.com, rmc@lnbyg.com |
| Robert Carrasco | on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com  rmc@lnbyg.com |
| Ron Bender | on behalf of Plaintiff Hologenix  LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Hologenix  LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Theodore W Frank | on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com  knarfdet@gmail.com;navarro@parkermillsllp.com |
| Theodore W Frank | on behalf of Plaintiff Multiple Energy Technologies  LLC frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com |
| Thomas E Butler | on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com |
| Thomas E Butler | on behalf of Plaintiff Multiple Energy Technologies  LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com |
| Tinho Mang | on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Todd M Arnold | on behalf of Plaintiff Hologenix  LLC tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Yvonne Ramirez-Browning | on behalf of Creditor Wells Fargo Bank  National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com |
| Zev Shechtman | on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 52

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO<br>   & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: RB@LNBYG.com, JPF@LNBYG.com, CTP@LNBYG.com<br><br>☒    *Attorney for*: Debtor and Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 16 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>HOLOGENIX, LLC,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>                                                                                                   Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| | DATE: October 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>          Los Angeles, California |

1. Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
    a.  ☐ Applicant present in court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☐ Attorney for United States trustee present in court
    d.  ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): September 23, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*            Page 1            **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: $245,546.50

      (2) ☒ Amount or percentage authorized for payment at this time: $245,546.50 (100%)

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      ☒ Total amount allowed: $33,336.56

   c. ☐ Application for Payment of Final Fees is approved in the amount of:

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      ☐ Total amount allowed:

   e. (1) ☐ Application is denied
      - ☐ in full
      - ☐ in part
      - ☐ without prejudice
      - ☐ with prejudice

      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* Debtor is authorized to pay the total amount of $278,883.06.

###

Date: October 16, 2025

_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 2016-1.3.ORDER.PAYMENT.FEES