United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 20-13849-BR |
| Hologenix, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com  astomel@yahoo.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com  yvonne.li@afslaw.com;mia.ferguson@afslaw.com |
| Brian T Harvey | on behalf of Special Counsel BUCHALTER bharvey@buchalter.com  docket@buchalter.com;dbodkin@buchalter.com |
| Carmela Pagay | on behalf of Special Counsel Troutman Sanders LLP ctp@lnbyg.com |
| Carmela Pagay | on behalf of Debtor Hologenix  LLC ctp@lnbyg.com |
| David Wood | on behalf of Creditor Multiple Energy Technologies  LLC dwood@marshackhays.com, |

Case 2:20-bk-13849-BR    Doc 1109    Filed 10/19/25    Entered 10/19/25 21:18:25    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Defendant Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Plaintiff Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Derrick Talerico | on behalf of Plaintiff Multiple Energy Technologies LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Gregory Kent Jones (TR) | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |
| Gregory M Salvato | on behalf of Creditor Seth Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Heidi J Sorvino | on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com |
| Heidi J Sorvino | on behalf of Creditor Multiple Energy Technologies LLC sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com |
| James R Selth | on behalf of Creditor Murali Sundar jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | on behalf of Creditor Seth Casden jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| James R Selth | on behalf of Creditor Julien Born jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| John-Patrick M Fritz | on behalf of Plaintiff Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Defendant Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Debtor Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Plaintiff Multiple Energy Technologies LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| John-Patrick M Fritz | on behalf of Attorney Levene Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| Juliet Y. Oh | on behalf of Debtor Hologenix LLC jyo@lnbyg.com, jyo@lnbyb.com |
| Juliet Y. Oh | on behalf of Special Counsel BUCHALTER jyo@lnbyg.com  jyo@lnbyb.com |
| Kurt Ramlo | on behalf of Debtor Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Plaintiff Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Larry D Webb | |

| | |
|---|---|
| District/off: 0973-2 | User: admin    Page 3 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf042    Total Noticed: 1 |

on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com  larry@webblaw.onmicrosoft.com

Lindsey L Smith
on behalf of Debtor Hologenix  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Michael S Greger
on behalf of Interested Party BRE Sunset Coast  LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com

Nicole Sullivan
on behalf of Creditor Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Defendant Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Raffi Khatchadourian
on behalf of Creditor Wells Fargo Bank  National Association raffi@hemar-rousso.com

Randye B Soref
on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com  ccripe@polsinelli.com;ladocketing@polsinelli.com

Robert Carrasco
on behalf of Accountant M & G Partners rmc@lnbyg.com  rmc@lnbyg.com

Robert Carrasco
on behalf of Debtor Hologenix  LLC rmc@lnbyg.com, rmc@lnbyg.com

Robert Carrasco
on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com  rmc@lnbyg.com

Ron Bender
on behalf of Plaintiff Hologenix  LLC rb@lnbyg.com

Ron Bender
on behalf of Debtor Hologenix  LLC rb@lnbyg.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Theodore W Frank
on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com  knarfdet@gmail.com;navarro@parkermillsllp.com

Theodore W Frank
on behalf of Plaintiff Multiple Energy Technologies  LLC frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com

Thomas E Butler
on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Thomas E Butler
on behalf of Plaintiff Multiple Energy Technologies  LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Tinho Mang
on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
on behalf of Plaintiff Hologenix  LLC tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Yvonne Ramirez-Browning
on behalf of Creditor Wells Fargo Bank  National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com

Zev Shechtman
on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 52

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO<br>  & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234;<br>Facsimile:  (310) 229-1244<br>Email: RB@LNBYG.com, JPF@LNBYG.com, CTP@LNBYG.com<br><br>☒    *Attorney for*: Debtor and Debtor-in-Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 17 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |
|---|---|

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION ||
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 |
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE: October 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>            Los Angeles, California |

1.  Name of Applicant (*specify*): Buchalter

2.  This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows:

    a.  ☐ Applicant present in court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☐ Attorney for United States trustee present in court
    d.  ☒ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): September 23, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: $38,405.00

      (2) ☒ Amount or percentage authorized for payment at this time: $38,405.00 (100%)

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      ☒ Total amount allowed: $13,716.21

   c. ☐ Application for Payment of Final Fees is approved in the amount of:

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      ☐ Total amount allowed:

   e. (1) ☐ Application is denied
      ☐ in full
      ☐ in part
      ☐ without prejudice
      ☐ with prejudice

      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* Debtor is authorized to pay the total amount of $52,121.21.

                              ###

Date: October 17, 2025

_____
Barry Russell
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    F 2016-1.3.ORDER.PAYMENT.FEES