**Fill in this information to identify the case:**

Debtor Name __Hologenix, LLC__

United States Bankruptcy Court for the: Central District of California

Case number: __2:20-bk-13849-BR__

❏ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: ___September 2025___

Line of business: __Fiber, Yarn, Thread Mills__

Date report filed: 11/04/2025
MM / DD / YYYY

NAISC code: __3133__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Hologenix, LLC_

Original signature of responsible party _____

Printed name of responsible party _Seth Casden_

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name  Hologenix, LLC

Case number 2:20-bk-13849-BR

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 237,377.17

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 116,511.99

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 269,309.42

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

-152,797.43

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 84,579.74

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$2,385,658.9

   *(Exhibit E)*

Debtor Name Hologenix, LLC

Case number 2:20-bk-13849-BR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

   *(Exhibit F)*

$ 724,265.99

## 5. Employees

26. What was the number of employees when the case was filed? 　　　　4

27. What is the number of employees as of the date of this monthly report? 　　　　6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 1,777,191

30. How much have you paid this month in other professional fees? $ 0

31. How much have you paid in total other professional fees since filing the case? $ 908,379.46

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 213,363 | − | $ 116,511.99 | = | $ 96,851.01 |
| 33. **Cash disbursements** | $ 258,380 | − | $ 269,309.42 | = | $ -10,929.42 |
| 34. **Net cash flow** | $ -45,017 | − | $ -152,797.4 | = | $ 107,780.43 |

35. Total projected cash receipts for the next month: $ 355,196

36. Total projected cash disbursements for the next month: − $ 294,269

37. Total projected net cash flow for the next month: = $ 60,927

Debtor Name  Hologenix, LLC                                    Case number 2:20-bk-13849-BR

---

## ▮ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

| Print | Save As... | | Reset |

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.

14. Unusual or significant unanticipated expenses:

Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February 2021.  However, the Debtor filed an application to employ Theodora Oringher PC and disclosed this litigation in August 2021, and for the balance of 2021, these legal fees are more or less expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**
**September 2025**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|------|-------|------|------------------|---------------|----------------------|------|---------|
| 09/02/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 40.92 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/02/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 5,364.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 09/03/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 2,468.32 | 2,876.02 | Reconciled | Deposit | |
| 09/03/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 458.64 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 09/06/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 24.45 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/08/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 503.79 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/09/2025 | Customer name. Redacted as confidential business | Raw Materials Sales | | 1,593.90 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 09/10/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 26.71 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/11/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 101.94 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/12/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 418.42 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/12/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 150.84 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 09/13/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 44.82 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/15/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 692.05 | 815.23 | Reconciled | Deposit | |
| 09/17/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 24.89 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/19/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 133.46 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/19/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 3,067.47 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/21/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 104.60 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/23/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 32.00 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/24/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 421.46 | 495.36 | Reconciled | Deposit | |
| 09/26/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 114.79 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 09/26/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 98,084.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 09/29/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 28.59 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 09/29/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 916.70 | 658.79 | Reconciled | Deposit | |
| 09/30/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 661.31 | 776.29 | Reconciled | Deposit | |
| 09/30/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 8.69 | 10.20 | Reconciled | Deposit | |
| 09/30/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 253.69 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 09/30/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 308.18 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |

**116,511.99**

# EXHIBIT "D"

Checking - Wells Fargo 2016
September 2025

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 09/02/2025 | Seth Casden | August 2025 Salary - Set amount per court approval | | 20,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 09/02/2025 | Vendor name: Redacted as confidential b:CIO/CTO Consultant | | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Administration Support | | | 8,250.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | ERSTE | Transfer funds to ERSTE account for travel expenses | -3000 | 3,568.50 | Reconciled | Transfer | 1000.110 ERSTE Funds |
| 09/02/2025 | Vendor name: Redacted as confidential b:Eastern European Sales Representative | | -2900 | 3,449.55 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 09/02/2025 | Vendor name: Redacted as confidential b:CFO Salary | | | 5,871.25 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Regulatory & QMS Costs | | | 727.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Asian Liaison Office - Taiwan Sales Representative | | | 4,100.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:IT Consultant | | | 650.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Indian Sales Representative | | | 500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Patent Costs | | | 923.40 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:IT Supply Chain Consultant | | | 5,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Translation Cost | | | 1,200.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/02/2025 | Vendor name: Redacted as confidential b:Shipping Cost | | | 75.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/03/2025 | Vendor name: Redacted as confidential b:Business Development Consultant | | | 3,985.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/03/2025 | Vendor name: Redacted as confidential b:Printing Cost | | | 238.44 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/03/2025 | Vendor name: Redacted as confidential b:Marketing & PR Consultant | | | 8,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/04/2025 | Vendor name: Redacted as confidential b:Seth's flight tickets in September 2025 Reimbursement | | | 8,739.41 | Reconciled | Expense | 6070.001 Travel & Entertainment:Airfare & Transportation |
| 09/05/2025 | Vendor name: Redacted as confidential b:Business Applications & Software Expenses | | | 475.44 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/08/2025 | Vendor name: Redacted as confidential b:A Deposit for a Tradeshow in January 2026 | | | 1,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/09/2025 | Vendor name: Redacted as confidential b:Professional Services | | | 5,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/10/2025 | Vendor name: Redacted as confidential b:Tradeshow Cost | | -7500 | 10,365.75 | Reconciled | Bill Payment | 2000.002 Accounts Payable (A/P) - GBP |
| 09/11/2025 | TriNet HR Corporation | Payroll Cost | | 49,482.79 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/11/2025 | Vendor name: Redacted as confidential b:Professional Services | | | 5,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/11/2025 | Vendor name: Redacted as confidential b:Printing Cost | | | 2.40 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/15/2025 | Vendor name: Redacted as confidential b:Regulatory & QMS Costs | | -1500 | 1,022.40 | Reconciled | Bill Payment | 2000.003 Accounts Payable (A/P) - AUD |
| 09/15/2025 | Vendor name: Redacted as confidential b:Shipping Cost | | | 123.50 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/15/2025 | Vendor name: Redacted as confidential b:Supply Chain Warehouse Storage Unit | | | 372.52 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/15/2025 | Vendor name: Redacted as confidential b:Supply Chain Warehouse Storage Unit | | | 372.39 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/15/2025 | Vendor name: Redacted as confidential b:Japan Sales Representative + Japan Office Expenses | | | 1,030.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/16/2025 | Vendor name: Redacted as confidential b:Marketing Consultant | | | 1,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/16/2025 | Vendor name: Redacted as confidential b:Marketing Consultant | | | 4,680.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/17/2025 | Vendor name: Redacted as confidential b:2025 CA PTE Voucher | | | 1,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/19/2025 | Vendor name: Redacted as confidential b:ZELLE TO GERACI CHRISTINA ON 09/19 REF # WFCT0Z9D5MXL HUSTLE AN | | | 1,809.78 | Reconciled | Expense | 6070.009 Travel & Entertainment:Promotional Meals & Events |
| 09/25/2025 | Vendor name: Redacted as confidential b:Annual Renewal of Foreign Policy Package | | | 775.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/25/2025 | Vendor name: Redacted as confidential b:Bank Fees | | | 3.50 | Reconciled | Expense | Channel Clearing Account:Shopify Clearing Account |
| 09/26/2025 | Vendor name: Redacted as confidential b:1329654664/7 | | | 84.14 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/26/2025 | TriNet HR Corporation | Payroll Cost | | 49,797.82 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 09/30/2025 | Vendor name: Redacted as confidential b:Bank Fees | | | 10.00 | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 09/30/2025 | Vendor name: Redacted as confidential b:Texas Sales Tax - Shopify Store | | | 53.13 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| 09/30/2025 | Vendor name: Redacted as confidential b:Texas Sales Tax - Shopify Store | | | 61.42 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| 09/30/2025 | Vendor name: Redacted as confidential b:Texas Sales Tax - Shopify Store | | | 283.33 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| 09/30/2025 | Vendor name: Redacted as confidential b:Texas Sales Tax - Shopify Store | | | 67.71 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| | | | | **$ 269,309.42** | | | |
| 09/30/2025 | Kresimir Hernaus (ERSTE Bank Account|Eastern European Office OOP Expenses Reimbursement | | 3159.39 | 3,708.68 | Reconciled | | Bill Payment Accounts Payable (A/P) - EUR |

# EXHIBIT "E"

**Hologenix LLC**
**A/P Aging Summary**
As of September 30, 2025

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| LNBYG | Chapter 11 Legal Rep - LNBYG | 12,836.33 | 73,976.65 | 65,157.84 | 759,634.51 | 911,605.33 |
| Theodora Oringher PC | Chapter 11 MET Legal Fees - MET vs. Seth Casden | 5,265.00 | | 8,075.00 | 226,357.21 | 239,697.21 |
| Buchalter | Chapter 11 Professionals - Patent Services | 8,979.35 | | 24,173.14 | 79,997.61 | 113,150.10 |
| Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | 5,446.73 | | | 42,679.43 | 48,126.16 |
| Vendor name. Redacted as confidential business information. | Office Rent | 25,344.00 | | | 5,541.18 | 30,885.18 |
| Windes | Chapter 11 Accountant & Tax Consultant | 14,500.00 | | | | 14,500.00 |
| Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | 12,985.00 | | | | 12,985.00 |
| Vendor name. Redacted as confidential business information. | CIO/CTO Consultant + Research & Experimental Expenses | 2,500.00 | | | 10,000.00 | 12,500.00 |
| Vendor name. Redacted as confidential business information. | Marketing Samples | | | | 9,896.25 | 9,896.25 |
| Vendor name. Redacted as confidential business information. | Marketing & PR Consultant | 8,987.00 | | | | 8,987.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 6,618.52 | | | | 6,618.52 |
| Fisher & Phillips LLP | Chapter 11 Professionals - Corporate GC Services | | | | 6,391.50 | 6,391.50 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | 5,827.86 | | | | 5,827.86 |
| Vendor name. Redacted as confidential business information. | | 5,000.00 | | | | 5,000.00 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | | | | 4,510.84 | 4,510.84 |
| Vendor name. Redacted as confidential business information. | P/T Asian Liaison Office - Taiwan Sales Representative | 4,100.00 | | | | 4,100.00 |
| Vendor name. Redacted as confidential business information. | Eastern European Sales Representative | 3,966.05 | | | | 3,966.05 |
| Howard Grobstein | Chapter 11 Legal - BK Expert Witness | | | | 3,542.02 | 3,542.02 |
| Vendor name. Redacted as confidential business information. | Clinical Studies Cost | 3,466.00 | | | | 3,466.00 |
| Vendor name. Redacted as confidential business information. | CFO Salary | 2,887.50 | | | | 2,887.50 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | 2,600.00 | | | | 2,600.00 |
| Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | 2,500.00 | | | | 2,500.00 |
| Vendor name. Redacted as confidential business information. | Depost for Renewal of Foreign Policy Package | 2,128.50 | | | | 2,128.50 |
| Vendor name. Redacted as confidential business information. | Regulatory Support Cost | 1,580.00 | | | | 1,580.00 |
| Vendor name. Redacted as confidential business information. | Taiwan Office Rent | 1,470.00 | | | | 1,470.00 |
| Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | 1,030.00 | | | | 1,030.00 |
| Vendor name. Redacted as confidential business information. | OOP Expenses Reimbursement | 1,049.26 | | | | 1,049.26 |
| Vendor name. Redacted as confidential business information. | Parking Cost | | | | 761.95 | 761.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vendor name. Redacted as confidential business information. | IT Consultant | 650.00 | | | | 650.00 |
| Vendor name. Redacted as confidential business information. | India Sales Representative | 500.00 | | | | 500.00 |
| Vendor name. Redacted as confidential business information. | Video Package Costs | | | 488.07 | | 488.07 |
| Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | 480.60 | | | | 480.60 |
| Vendor name. Redacted as confidential business information. | Storage Cost | 436.52 | | | | 436.52 |
| Vendor name. Redacted as confidential business information. | OOP Expenses Reimbursement | 125.00 | | | | 125.00 |
| Gregory Jones | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| Vendor name. Redacted as confidential business information. | Filing Fees | 90.00 | | | | 90.00 |
| Vendor name. Redacted as confidential business information. | Filing Fees | 25.00 | | | | 25.00 |
| | | $ 143,374.22 | $ 73,976.65 | $ 97,894.05 | $ 1,149,429.70 | $ 1,464,674.62 |
| Wells Fargo CCs | Outstanding Credit Cards Balance | | | | | 21,526.43 |
| Chapter 11 Payroll | 2024-2025 Employee Bonuses & Sales Commission | | | | | 1,395.83 |
| Insider Compensation Payable - BOM | Unpaid Guaranteed Payments & Service Fees to BOM | | | | | 210,000.00 |
| Insider Compensation Payable - Seth | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | | | | 565,411.61 |
| Due to Members - Seth | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | | | | 105,000.00 |
| Accrued Payables | Accrual for expenses incurred in 2024-2025 | | | | | 17,650.45 |
| | | | | | | $ 2,385,658.94 |

# EXHIBIT "F"

## A/R Aging Summary

**As of September 30,2025**

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 196,681.21 | 121,060.11 | | | 317,741.32 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 156,145.60 | | | | 156,145.60 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 58,271.00 | | | | 58,271.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 50,289.61 | | | 50,289.61 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 43,255.07 | | | | 43,255.07 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 19,348.05 | | | | 19,348.05 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 17,769.20 | | | | 17,769.20 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 11,922.99 | | | | 11,922.99 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 7,379.26 | | | | 7,379.26 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 6,975.00 | | | | 6,975.00 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 6,633.90 | | | | 6,633.90 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 6,291.39 | | | | 6,291.39 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 3,605.00 | 3,605.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 3,403.08 | | | | 3,403.08 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 3,333.50 | | | | 3,333.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 2,540.88 | | | 0.01 | 2,540.89 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 2,267.50 | | | | 2,267.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 411.27 | 89.54 | 131.56 | 1,031.02 | 1,663.39 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,568.27 | | | | 1,568.27 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,536.18 | | | | 1,536.18 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 590.88 | | 115.45 | 350.35 | 1,056.68 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 942.48 | | | | 942.48 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 925.59 | | | | 925.59 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 654.99 | | | | 654.99 |

| | | | | | |
|---|---|---:|---:|---:|---:|---:|
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | 576.59 | | | | 576.59 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 535.94 | 535.94 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | 394.12 | 77.75 | | | 471.87 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | 250.68 | | -9.00 | 241.68 |
| **Customer name. Redacted as confidential business information.** Raw Material Sales | | | | 207.86 | 207.86 |
| **confidential business information.** Royalty Licensing Fees | 162.38 | | | | 162.38 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | 161.95 | | | | 161.95 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | 139.62 | | 139.62 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 84.03 | 84.03 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | 6.09 | | | 3.29 | 9.38 |
| **Customer name. Redacted as confidential business information.** Miscellaneous | | | | -6.62 | (6.62) |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | -5,041.75 | (5,041.75) |
| | **550,148.42** | **171,767.69** | **386.63** | **1,963.25** | **724,265.99** |

# IZVOD PROMETA PO RAČUNU

Datum i vrijeme izdavanja:  01.10.2025. 15:43
Za razdoblje (po datumu obrade):  01.09.2025. do 30.09.2025.

**ERSTE&STEIERMÄRKISCHEBANK D.D.**
OIB: ████████9320
SWIFT/BIC: ESBCHR22
SAVJETODAVNI CENTAR ZAGREB - VUKOVARSKA
10000 ZAGREB, IVANA LUČIĆA 2
Tel.: (072) 37 2580 Faks: (072) 37 1956

**KREŠIMIR HERNAUS**
KARLOVAČKA CESTA 65 D/1
10000 ZAGREB
REPUBLIKA HRVATSKA

Naziv klijenta:        KREŠIMIR HERNAUS
OIB:                   45925046683

IBAN:                  HR2224020063212234851
Naziv računa:          TEKUĆI RAČUN
Oznaka valute:         EUR

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| **Početno stanje** | | | | | **142,77** |
| 01.09.2025 01.09.2025 | ERSTE&STEIERMÄRKISCHE BANK d.d. Jadranski trg 3a RIJEKA HR9524020061031262160 | 1 - Naplata naknade za vođenje računa | HR99 HR99 10370371860 | 2,00 | |
| 04.09.2025 04.09.2025 | HOLOGENIX, LLC 17383 W SUNSET BLVD SUITE A420 000005875172016 | 2 - HOLOGENIX LLC PREPAYMENT FOR TRAVELEXPENSES IN SEP 2025PREPAYMENT FORTRAVEL EXPENSES IN SEP 2025 | HRH0 1509046155051 HR99 3550091884-498956343 | | 2.990,00 |
| 07.09.2025 07.09.2025 | ██████████ | ██████████ | HR99 HR99 10396549058 | 49,62 | |
| 09.09.2025 09.09.2025 | ██████████ | ██████████ | HR99 HR99 10403232240 | 398,86 | |
| 11.09.2025 11.09.2025 | ██████████ | ██████████ | HR99 HR99 10409889808 | 36,50 | |
| 11.09.2025 11.09.2025 | ██████████ | ██████████ | HR99 HR99 10410208166 | 14,90 | |
| 11.09.2025 11.09.2025 | ██████████ | ██████████ | HR99 HR99 10410530625 | 25,27 | |
| 11.09.2025 11.09.2025 | ██████████ | ██████████ | HR99 HR99 10410531247 | 12,59 | |
| 11.09.2025 11.09.2025 | ██████████ | ██████████ | HR99 HR99 10410533484 | 42,45 | |
| 11.09.2025 11.09.2025 | ██████████ | ██████████ | HR99 HR99 10410535397 | 9,87 | |
| | 1 EUR=0,8409 GBP | 18.13 | | | |

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| 11.09.2025 11.09.2025 | | | HR99 HR99 10410552894 | 61,60 | |
| 12.09.2025 12.09.2025 | | | HR99 HR99 10413791713 | 2,00 | |
| 12.09.2025 12.09.2025 | | | HR99 HR99 10413791737 | 25,76 | |
| 12.09.2025 12.09.2025 | | | HR99 HR99 10413791764 | 31,67 | |
| 12.09.2025 12.09.2025 | | | HR99 HR99 10413791823 | 2,00 | |
| 12.09.2025 12.09.2025 | | | HR99 HR99 10414254737 | 23,99 | |
| 12.09.2025 12.09.2025 | 1 EUR=0,8396 GBP | | HR99 HR99 10414255909 | 3,45 | |
| 12.09.2025 12.09.2025 | | | HR99 HR99 10414256536 | 932,68 | |
| 13.09.2025 13.09.2025 | | | HR99 HR99 10416480256 | 66,45 | |
| 13.09.2025 13.09.2025 | | | HR99 HR99 10416480278 | 3,30 | |
| 13.09.2025 13.09.2025 | | | HR99 HR99 10417090657 | 4,77 | |
| 13.09.2025 13.09.2025 | | | HR99 HR99 10417095902 | 11,26 | |
| 14.09.2025 14.09.2025 | | | HR99 HR99 10419049750 | 4,41 | |
| 14.09.2025 14.09.2025 | | | HR99 HR99 10419050719 | 32,50 | |
| 14.09.2025 14.09.2025 | | | HR99 HR99 10419053874 | 8,93 | |
| 15.09.2025 15.09.2025 | | | HR99 HR99 10423088248 | 207,30 | |

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| 15.09.2025 15.09.2025 | | | HR99 HR99 10423380327 | 6,67 | |
| 15.09.2025 15.09.2025 | | | HR99 HR99 10423381123 | 418,98 | |
| 15.09.2025 15.09.2025 | | | HR99 HR99 10423384916 | 29,65 | |
| 15.09.2025 15.09.2025 | | | HR99 HR99 10423386990 | 16,43 | |
| 15.09.2025 15.09.2025 | | | HR99 HR99 10423387020 | 3,57 | |
| 15.09.2025 15.09.2025 | 1 EUR=0,8399 GBP | | HR99 HR99 10423387157 | 6,67 | |
| 16.09.2025 16.09.2025 | | | HR99 HR99 10426450398 | 50,50 | |
| 16.09.2025 16.09.2025 | | | HR99 HR99 10427033498 | 1,79 | |
| 17.09.2025 17.09.2025 | | | HR99 HR99 10430395255 | 8,75 | |
| 17.09.2025 17.09.2025 | | | HR99 HR99 10430404370 | 41,73 | |
| 18.09.2025 18.09.2025 | | | HR99 HR99 10433203572 | 22,10 | |
| 18.09.2025 18.09.2025 | | | HR99 HR99 10433259148 | 14,02 | |
| 18.09.2025 18.09.2025 | | | HR99 HR99 10433267331 | 24,50 | |
| 18.09.2025 18.09.2025 | | | HR99 HR99 10433771331 | 3,80 | |
| 18.09.2025 18.09.2025 | 1 EUR=0,8402 GBP | | HR99 HR99 10433774765 | 4,11 | |
| 18.09.2025 18.09.2025 | | | HR99 HR99 10433774791 | 3,75 | |

| Datum valute<br>Datum obrade | Platitelj/Primatelj<br>Broj računa/IBAN<br>Tečaj | Redni broj<br>Opis plaćanja<br>Šifra namjene | Poziv na broj zaduženja<br>Poziv na broj odobrenja<br>Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| 30.09.2025<br>30.09.2025 | ERSTE&STEIERMÄRKISCH<br>E BANK d.d. Jadranski trg<br>3a RIJEKA<br>HR9524020061031262160 | 43 - Naplata naknade za<br>vođenje računa | HR99<br>HR99<br>10468176984 | 2,00 | |

| **Konačno stanje** | | | | | **459,62** |
|---|---|---|---|---|---|

| REKAPITULACIJA | | Prethodno stanje | 142,77 | **Konačno stanje** | **459,62** |
|---|---|---|---|---|---|
| Naloga na teret | 42 | Dugovni promet | 2.673,15 | Rezervirano za naplatu | 6,99 |
| Naloga u korist | 1 | Potražni promet | 2.990,00 | Prekoračenje | 0,00 |
| Naloga ukupno | 43 | Ukupno promet | 316,85 | Rezervirano po nalogu FINA-e | 0,00 |
| | | | | Raspoloživo stanje | 452,63 |

**Vaš međunarodni broj bankovnog računa (IBAN) je HR2224020063212234851, a identifikacijska šifra banke je ESBCHR22.**

**Dospjelo nepodmireno dugovanje**

| | Iznos na dan<br>31.08.2025. | Iznos za<br>obračunsko<br>razdoblje | Iznos na dan<br>30.09.2025. |
|---|---|---|---|
| Dospjela nepodmirena kamata | 0,00 | 0,00 | 0,00 |
| Dospjela nepodmirena naknada | 2,00 | 0,00 | 0,00 |
| Ukupno dospjelo dugovanje za naplatu | 2,00 | 0,00 | 0,00 |

U slučaju postojanja dospjelih nepodmirenih dugovanja za naplatu po
gore navedenoj osnovi molimo Vas da se obratite u najbližu poslovnicu
Banke.
Prema članku 40. stavak 1. Zakona o PDV-u naknade za usluge Banke
oslobođene su plaćanja PDV-a.

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance | | | As 09/30/2025 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | € | 107.18 | |
| | | | | | | | $ | 142.33 | |
| | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 | | | |
| | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 | | | |
| | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 | | | |
| | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 | | | |
| | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 | | | |
| | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 | | | |
| | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 | | | |
| | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 | | | |
| | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 | | | |
| | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 | | | |
| | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 | | | |
| | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 | | | |
| | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 | | | |
| | | | **Account balance on 12/31/2023** | 456.54 | EUR | | | | |



| Merchant Account ID: ████████QAWQ | PayPal ID: ap@celliant.com | 9/1/25 - 9/30/25 |

## Statement for September 2025

Hologenix, LLC
1113 Montana Ave #13
Suite 13
90403 Santa Monica

## Balance Summary (9/1/25 - 9/30/25)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 309.85 | 446.49 | 0.00 | 0.00 |
| EUR | 1,400.30 | 1,400.30 | 0.00 | 0.00 |
| GBP | 0.00 | 187.73 | 0.00 | 0.00 |



| Merchant Account ID: ▓▓▓▓QAWQ | PayPal ID: ap@celliant.com | 9/1/25 - 9/30/25 |
| --- | --- | --- |

## Activity Summary (9/1/25 - 9/30/25)

|  | USD | GBP |
| --- | ---: | ---: |
| **Beginning Available Balance** | **309.85** | **0.00** |
| Payments received | 142.60 | 198.00 |
| Payments sent | 0.00 | 0.00 |
| Withdrawals and Debits | 0.00 | 0.00 |
| Deposits and Credits | 0.00 | 0.00 |
| Fees | -5.96 | -10.27 |
| **Ending Available Balance** | **446.49** | **187.73** |



| Merchant Account ID: ▮▮▮▮QAWQ | PayPal ID: ap@celliant.com | 9/1/25 - 9/30/25 |
|---|---|---|

## Payments received

| Description | USD | GBP |
|---|---|---|
| Express Checkout Payment | 142.60 | 198.00 |
| Total | **142.60** | **198.00** |

## Fees

| Description | USD | GBP |
|---|---|---|
| Payment Fee | -5.96 | -10.27 |
| Total | **-5.96** | **-10.27** |



| Merchant Account ID: ███QAWQ | PayPal ID: ap@celliant.com | 9/1/25 - 9/30/25 |
|---|---|---|

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 9/9/25 | Express Checkout Payment<br>ID: 2JW48018RD0030040 | ██████ | 118.08 | -4.61 | 113.47 |
| 9/19/25 | Express Checkout Payment<br>ID: 2SC80738A0309231D | ██████ | 24.52 | -1.35 | 23.17 |

## Transaction History - GBP

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 9/14/25 | Express Checkout Payment<br>ID: 0RS47520B7048101H | ██████ | 198.00 | -10.27 | 187.73 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠

September 30, 2025 ■ Page 1 of 6



HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

**Other Wells Fargo Benefits**

**Watch for debit card scams so you can avoid them**

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $238,933.97 |
| Deposits/Credits | 116,501.99 |
| Withdrawals/Debits | - 262,491.74 |
| **Ending balance on 9/30** | **$92,944.22** |

Account number: ░░░░░2016  (primary account)

**HOLOGENIX LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | ████████████ 026Ovpodk1K797A Bridges Consumer Bill Com Inv Jul | 5,364.00 | | |
| 9/2 | | ████████████ | 40.92 | | |
| 9/2 | | Z███████████████████ | | 19,771.51 | |
| 9/2 | | Hologenix LLC Wi Fallbr Ow9905 ██████████ Management Ltd Srr# Ow0000692012321 Trn#250902275346 Rfb# Ow00006052012321 | | 923.40 | |
| 9/2 | | W███████████ Ow0000692025001 Trn#250902276341 Rfb# Ow00006052025001 | | 2,500.00 | |
| 9/2 | | ███████████ Ow00006052022058 | | 727.00 | |
| 9/2 | | ███████████ Ow00006052029488 | | 3,995.00 | |
| 9/2 | | ███████████ Ow00006052035022 | | 3,449.55 | |
| 9/2 | | ███████████ Ow00006052044789 | | 3,568.50 | |
| 9/2 | | ███████████ Ow00006052048606 | | 4,100.00 | |
| 9/2 | | ███████████ Ow00006052054888 | | 2,651.64 | |
| 9/2 | | W███████████ Ow████████████ Rfb# Ow00006052061150 | | 500.00 | |
| 9/2 | | DBN Velociryens Srr# Ow0000692061909 Trn#250902279826 Rfb# Ow00006052064563 | | 1,200.00 | |
| 9/2 | | W███████████ Ow00006052067270 Trn#250902286341 Rfb# Ow00006052067270 | | 5,000.00 | |
| 9/2 | | W███████████ S███████████ Ow00006052079012 | | 5,871.25 | |
| 9/2 | | W███████████ Logistical Connections Srr# Ow0000692115657 Trn#250902284166 Rfb# Ow00006052115657 | | 75.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/2 | | Online Transfer to Casden S Ref #Ib0Trf24Ty Premier Checking Hologenix LLC August 2025 Services | | 20,000.00 | |
| 9/2 | | | | 49.00 | |
| 9/2 | | Card Hologenix LLC Pay IN Full Bar CC 5243 | | 236.65 | |
| 9/2 | | Card Hologenix LLC Pay IN Full Bar CC 5247 | | 145.85 | |
| 9/2 | | Lecoin Services | | 650.00 | |
| 9/2 | | A | | 8,250.00 | 160,674.54 |
| 9/3 | | Shopify | 458.64 | | |
| 9/3 | | Invoice Refer Q2 25 Tr | 2,876.02 | | |
| 9/3 | < | B 1 | | 238.44 | |
| 9/3 | < | B | | 8,000.00 | 155,770.76 |
| 9/4 | | W L O | | 8,738.41 | 147,032.35 |
| 9/5 | | A Online Hologeni | | 475.44 | 146,556.91 |
| 9/8 | | S | 24.45 | | |
| 9/8 | | Shopify | 503.79 | | |
| 9/8 | < | B Hologenix Liv | | 1,000.00 | 146,085.15 |
| 9/9 | | E | 1,593.90 | | |
| 9/9 | < | Business to Business ACH Debit - Mindfix NM/Chkin 250909 Bezs Hologenix LLC | | 5,000.00 | 142,679.05 |
| 9/10 | | C | | 10,365.75 | 132,313.30 |
| 9/11 | | Shopify Transfer 250910 Shopify Hologenix LLC | 26.71 | | |
| 9/11 | | WT Fed#03R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri2540012.1+ Trn#250911044990 Rfb# Q+50299086 904 | | 49,482.79 | |
| 9/11 | < | ID58Febits Hologenix LLC | | 2.40 | |
| 9/11 | < | B Shvw Hologenix LLC | | 5,000.00 | 77,854.82 |
| 9/12 | | A Casden | 101.94 | | |
| 9/12 | | | 150.84 | | |
| 9/12 | | Shopify Shopify S #500000IFb4 Chi Hologenix LLC | 418.42 | | 78,526.02 |
| 9/15 | | Shopify Transfer 250911 Shopify Hologenix LLC | 44.82 | | |
| 9/15 | | Bezs Bezs LLC - Trn#250915091907 Rbf# 0147011097 | 815.23 | | |
| 9/15 | | A Card Payment IN Full | | 3,804.81 | |
| 9/15 | | WT Trn#250915210829 Rfb# Ow00006097541814 | | 1,022.40 | |
| 9/15 | | W L Ow00006097348480 | | 1,000.00 | |
| 9/15 | | C L Trn#250915217368 Rfb# Ow00006097359425 | | 125.00 | |
| 9/15 | | C Card Hologenix LLC Pay IN Full Bar CC 1195 | | 205.71 | |
| 9/15 | | Online Transfer Ref #Ib0TX31567 to Sigrijc Business Essential Card Hologenix LLC Pay IN Full Bar CC 5243 | | 3,623.98 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|------------------|---------------------|---------------------|
| 9/15 | | ████████████ Hologenix LLC Pay IN Full Bal CC 9938 | | 6,503.74 | |
| 9/15 | | ████████████ Ow00006097392701 | | 744.91 | |
| 9/15 | | ████████████ Ow00006097353032 | | 1,252.03 | 61,103.49 |
| 9/16 | < | ████████████ Hologenix LLC | | 4,680.00 | 56,423.49 |
| 9/17 | | ████████████ | 24.89 | | |
| 9/17 | < | Business to Business ACH Debit - Franchise Tax Bo Payments 250917 122001592 PM Hologeni | | 1,000.00 | 55,448.38 |
| 9/19 | | ████████████ | 3,067.47 | | |
| 9/19 | | Zelle To Geract Christina on 09/19 Ref # Wfc1029Dsmxt Hustle a | | 1,809.78 | 56,706.07 |
| 9/22 | | ████████████ | 133.46 | | |
| 9/22 | | ████████████ | 104.60 | | 56,944.13 |
| 9/23 | | Shopify Shopify St Rfw18919/SEY Hologenix LLC | 32.00 | | |
| 9/23 | | ████████████ | | 5,640.63 | 51,335.50 |
| 9/24 | | //████████████ Invoice 9/7/2025 | 495.36 | | 51,830.86 |
| 9/25 | | A████████████ | | 3.50 | |
| 9/25 | | Gu████████████ Web,pj,mcm 2005217 Hologenix LLC | | 775.00 | 51,052.36 |
| 9/26 | | A████████████ | 114.79 | | |
| 9/26 | | WT ████████████ Hrsbw Bank Intl /Org ID= T████████████ Trn#250925246889 Rfb# Not Provided | 98,074.00 | | |
| 9/26 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr Ill, Inc Srf# Exttri2690015.1+ Trn#250926046549 Rfb# Q+50314415 940 | | 49,797.82 | |
| 9/26 | | Online Transfer Ref #Ib0M9898Xit Shopify Business Essential Card Payment IN Full GM9898Xit Shopify Business Essential S████████████ | | 4,149.62 | |
| 9/26 | < | B████████████ S████████████ | | 84.14 | 95,209.57 |
| 9/29 | | Shopify Shopify St GM9885W660612 Hologenix LLC | 28.59 | | |
| 9/29 | | /████████████ Company Ltd | 658.79 | | |
| 9/29 | | O████████████ Card Payment IN Full | | 3,846.10 | 92,050.85 |
| 9/30 | | Online Orders Payment Business Design Bill Orders 4220 Billi F████████████ | 253.69 | | |
| 9/30 | | C████████████ Ramp | 308.18 | | |
| 9/30 | | //████████████ Invoice | 776.29 | | |
| 9/30 | | W████████████ S00327397Jb601 Trn25093029302 Hrbf 99199 42909 | 10.20 | | |
| 9/30 | < | ████████████ | | 53.13 | |
| 9/30 | < | ████████████ | | 57.11 | |
| 9/30 | < | ████████████ | | 61.42 | |
| 9/30 | < | ████████████ | | 283.33 | 92,944.22 |
| **Totals** | | | **$116,501.99** | **$262,491.74** | |

**WELLS FARGO**

---

### *Transaction History (continued)*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2025 - 09/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $98,564.00  √ |
| • Minimum daily balance | $500.00 | $51,052.36  √ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 53 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 IMPORTANT ACCOUNT INFORMATION

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                        $ _____
register or transfers into                               $ _____
your account which are not                               $ _____
shown on your statement.                               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                      **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
|---|---|
| Statement beginning balance | 142.77 |
| Checks and payments cleared (2) | -2,683.15 |
| Deposits and other credits cleared (1) | 3,000.00 |
| Statement ending balance | 459.62 |
| | |
| Register balance as of 09/30/2025 | 459.62 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 09/02/2025 | Expense | | | -10.00 |
| 09/30/2025 | Bill Payment | | | -2,673.15 |
| Total | | | | -2,683.15 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 09/02/2025 | Transfer | | | 3,000.00 |
| Total | | | | 3,000.00 |

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
|---|---|
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 09/30/2025 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,891.46 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (3) | 391.30 |
| Statement ending balance | 2,282.76 |
| | |
| Register balance as of 09/30/2025 | 2,282.76 |

**Details**

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/09/2025 | Deposit | | █ | 113.47 |
| 09/14/2025 | Deposit | | | 254.66 |
| 09/18/2025 | Deposit | | | 23.17 |
| Total | | | | 391.30 |

Hologenix LLC

**1000.300 Petty Cash, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 09/30/2025 | 0.00 |

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 09/30/2025 | 1,597.78 |

11/4/25, 2:31 PM

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 238,933.97 |
| Checks and payments cleared (57) | -262,501.74 |
| Deposits and other credits cleared (27) | 116,511.99 |
| Statement ending balance | 92,944.22 |
| | |
| Register balance as of 09/30/2025 | 92,944.22 |
| Cleared transactions after 09/30/2025 | 0.00 |
| Uncleared transactions after 09/30/2025 | 309.70 |
| Register balance as of 10/13/2025 | 93,253.92 |

**Details**

Checks and payments cleared (57)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Bill Payment | | | -2,500.00 |
| 09/02/2025 | Bill Payment | | | -151.64 |
| 09/02/2025 | Bill Payment | | … | -75.00 |
| 09/02/2025 | Bill Payment | | | -1,200.00 |
| 09/02/2025 | Bill Payment | | | -5,000.00 |
| 09/02/2025 | Bill Payment | | | -923.40 |
| 09/02/2025 | Bill Payment | | | -145.85 |
| 09/02/2025 | Bill Payment | | | -500.00 |
| 09/02/2025 | Bill Payment | | | -650.00 |
| 09/02/2025 | Bill Payment | | | -4,100.00 |
| 09/02/2025 | Bill Payment | | | -727.00 |
| 09/02/2025 | Bill Payment | | | -3,995.00 |
| 09/02/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -49.00 |
| 09/02/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -19,771.51 |
| 09/02/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -236.65 |
| 09/02/2025 | Bill Payment | | | -5,871.25 |
| 09/02/2025 | Expense | August2025(BK) | Seth Casden | -20,000.00 |
| 09/02/2025 | Bill Payment | | | -3,449.55 |
| 09/02/2025 | Transfer | | | -3,568.50 |
| 09/02/2025 | Bill Payment | | | -8,250.00 |
| 09/02/2025 | Bill Payment | | | -2,500.00 |
| 09/03/2025 | Bill Payment | | | -8,000.00 |
| 09/03/2025 | Bill Payment | | | -238.44 |
| 09/04/2025 | Expense | SC-HOS | | -8,738.41 |
| 09/05/2025 | Bill Payment | | | -475.44 |
| 09/08/2025 | Bill Payment | | | -1,000.00 |
| 09/09/2025 | Bill Payment | | | -5,000.00 |
| 09/10/2025 | Bill Payment | | | -10,365.75 |
| 09/11/2025 | Bill Payment | | TriNet HR Corporation | -49,482.79 |
| 09/11/2025 | Bill Payment | | | -5,000.00 |
| 09/11/2025 | Bill Payment | | | -2.40 |

| 09/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -3,623.98 |
| 09/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -3,804.81 |
| 09/15/2025 | Bill Payment | | ███████████████████ | -372.39 |
| 09/15/2025 | Bill Payment | | ███████████████████ | -372.52 |
| 09/15/2025 | Bill Payment | | | -125.00 |
| 09/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -205.71 |
| 09/15/2025 | Bill Payment | Payment 30 | ███████████████████ | -1,022.40 |
| 09/15/2025 | Bill Payment | | ███████████████████ | -1,000.00 |
| 09/15/2025 | Bill Payment | | | -222.03 |
| 09/15/2025 | Bill Payment | | ███████████████████ | -1,030.00 |
| 09/15/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -6,503.74 |
| 09/16/2025 | Bill Payment | | ███████████████████ | -4,680.00 |
| 09/17/2025 | Bill Payment | | ███████████████████ | -1,000.00 |
| 09/19/2025 | Expense | | ███ | -1,809.78 |
| 09/23/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -5,640.63 |
| 09/25/2025 | Bill Payment | | ███████████████████ | -775.00 |
| 09/25/2025 | Bill Payment | | ███████████████████ | -3.50 |
| 09/26/2025 | Expense | 132965466477 | | -84.14 |
| 09/26/2025 | Bill Payment | | TriNet HR Corporation | -49,797.82 |
| 09/26/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -4,149.62 |
| 09/26/2025 | Expense | | ██ | -10.00 |
| 09/29/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -3,846.10 |
| 09/30/2025 | Expense | | ███████████████████ | -61.42 |
| 09/30/2025 | Expense | | ███████████████████ | -57.11 |
| 09/30/2025 | Expense | | ███████████████████ | -283.33 |
| 09/30/2025 | Expense | | ███████████████████ | -53.13 |

| Total | | | | -262,501.74 |

**Deposits and other credits cleared (27)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Receive Payment | | ███████ | 5,364.00 |
| 09/02/2025 | Deposit | | | 40.92 |
| 09/03/2025 | Receive Payment | | ████████ | 458.64 |
| 09/03/2025 | Deposit | | ████████ | 2,876.02 |
| 09/06/2025 | Deposit | 132593647981 | | 24.45 |
| 09/08/2025 | Deposit | 132657348973 | | 503.79 |
| 09/09/2025 | Receive Payment | | ████████████ | 1,593.90 |
| 09/10/2025 | Deposit | 132650664301 | | 26.71 |
| 09/11/2025 | Deposit | 132667801965 | | 101.94 |
| 09/12/2025 | Deposit | 132734517613 | | 418.42 |
| 09/12/2025 | Deposit | | | 150.84 |
| 09/13/2025 | Deposit | 132709548397 | | 44.82 |
| 09/15/2025 | Deposit | | ████████ | 815.23 |
| 09/17/2025 | Deposit | 132810506605 | | 24.89 |
| 09/19/2025 | Deposit | 132802281837 | | 133.46 |
| 09/19/2025 | Deposit | 132852515181 | | 3,067.47 |
| 09/21/2025 | Deposit | 132842652013 | | 104.60 |
| 09/23/2025 | Deposit | 132902551917 | | 32.00 |
| 09/24/2025 | Deposit | | ██████████ | 495.36 |
| 09/26/2025 | Deposit | 24486556831 | | 114.79 |
| 09/26/2025 | Receive Payment | | ██ | 98,084.00 |
| 09/29/2025 | Deposit | | ████████ | 658.79 |
| 09/29/2025 | Deposit | 132999348589 | | 28.59 |
| 09/30/2025 | Receive Payment | | ██████ | 308.18 |
| 09/30/2025 | Receive Payment | | ██████ | 253.69 |

11/4/25, 2:31 PM

| 09/30/2025 | Deposit | | 10.20 |
|---|---|---|---|
| 09/30/2025 | Deposit | | 776.29 |
| Total | | | 116,511.99 |