RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: RB@LNBYG.com; JPF@LNBYG.com;

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | Subchapter V |
| | **Subchapter V Debtor's Status Report Dated November 18, 2025** |
| | <u>Status Conference Hearing</u>: |
| | Date:   December 2, 2025 |
| | Time:   10:00 a.m. |
| | Place:   Courtroom 1668 |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

1    Hologenix, LLC, Subchapter V debtor and debtor in possession herein (the "**Debtor**"),

2  provides this report for the status conference set for December 2, 2025, at 10:00 a.m.

3    Since the prior status conference on September 2, 2025, the three appeals before the

4  Ninth Circuit on the plan confirmation order, the order on the assumption of Seth Casden's

5  executory contract, and the summary judgment in the adversary proceeding of Hologenix LLC

6  v. Multiple Energy Technologies, Inc., remain pending.  Debtor's opening briefs were filed on

7  June 6, 2025, the appellee's answering briefs were filed on October 10, 2025, and Debtor's

8  reply briefs are due on December 1, 2025.  The Ninth Circuit has requested the parties'

9  availability for possible oral argument on the plan appeal in the months of February and March

10  2026. The Debtor respectfully suggests that the status conference in this chapter 11 case be

11  continued for 90 days so that the Debtor may provide a further meaningful update on the

12  progress of the appeals at that time.

13  Dated: November 18, 2025                    HOLOGENIX, LLC

14                                   By:  ___ */s/ John-Patrick M. Fritz* _____
                                         Ron Bender
15                                       John-Patrick M. Fritz
                                         LEVENE, NEALE, BENDER, YOO &
16                                       GOLUBCHIK L.L.P.
                                         Attorneys for Subchapter V Debtor and Debtor in
17                                       Possession

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Subchapter V Debtor's Status Report Dated November 18, 2025** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 18, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the `document is filed.
☐  Service information continued on attached page

| **Honorable Barry Russell** | *Debtor* |
|---|---|
| United States Bankruptcy Court | **Hologenix, LLC** |
| Central District of California | 17383 Sunset Blvd., Suite A420 |
| Edward R. Roybal Federal Building and Courthouse | Pacific Palisades, CA 90272 |
| 255 E. Temple Street, Suite 1660 / Courtroom 1668 | |
| Los Angeles, CA 90012 | |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 18, 2025  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 18, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

1

2

- **Todd M Arnold    tma@lnbyg.com**
- **Ron Bender    rb@lnbyg.com**
- **Thomas E Butler    butlert@whiteandwilliams.com,**
  **sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whit**
  **eandwilliams.com**

3

- **Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com**
- **Aaron E. De Leest    adeleest@marshackhays.com,**
  **adeleest@marshackhays.com,alinares@ecf.courtdrive.com**

4

5

- **Oscar Estrada    oestrada@ttc.lacounty.gov**
- **Theodore W Frank    frank@psmlawyers.com,**
  **knarfdet@gmail.com;navarro@parkermillsllp.com**

6

- **John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com**

7

- **Brian T Harvey    bharvey@buchalter.com,**
  **docket@buchalter.com;dbodkin@buchalter.com**

8

- **Gregory Kent Jones (TR)    gjones@sycr.com,**
  **smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com**

9

- **Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com**
- **Raffi Khatchadourian    raffi@hemar-rousso.com**

10

11

- **Tinho Mang    tmang@marshackhays.com,**
  **tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com**

12

- **Ron Maroko    ron.maroko@usdoj.gov**
- **Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com**

13

- **Carmela Pagay    ctp@lnbyg.com**
- **Yvonne Ramirez-Browning    yvonne@browninglawgroup.com,**
  **veronica@browninglawgroup.com**

14

- **Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email**

15

- **James R Selth    jselth@yahoo.com,**
  **jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com**

16

- **Zev Shechtman    Zev.Shechtman@saul.com,**
  **zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.**
  **com**

17

- **Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com**

18

- **Randye B Soref    rsoref@polsinelli.com,**
  **ccripe@polsinelli.com;ladocketing@polsinelli.com**

19

- **Heidi J Sorvino    sorvinoh@whiteandwilliams.com,**
  **millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whit**
  **eandwilliams.com;butlert@whiteandwilliams.com**

20

- **Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com**

21

- **Annie Y Stoops    annie.stoops@afslaw.com,**
  **yvonne.li@afslaw.com;mia.ferguson@afslaw.com**

22

- **Nicole Sullivan    sullivann@whiteandwilliams.com,**
  **vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com**

23

- **Derrick Talerico    dtalerico@wztslaw.com,**
  **maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com**

24

- **John N Tedford    JNT@LNBYG.com, jnt@ecf.courtdrive.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

25

- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**
- **David Wood    dwood@marshackhays.com,**
  **dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.co**
  **m;alinares@ecf.courtdrive.com**

26

27

- 

28

2