|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED** <br> NOV 24 2025 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Name of Debtor(s) listed on the bankruptcy case: <br><br> Hologenix, LLC | CASE NO.: 20-13849 <br> CHAPTER: 11, Subchapter V |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Fora Financial Advance, LLC
   Mailing Address: 12 Powder Springs Street, Suite 240
   City, State, Zip Code: Marietta, GA 30064

3. **New Address:**
   Mailing Address: 3050 Peachtree Road NW, Suite 240
   City, State, Zip Code: Atlanta, GA 30305

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 11/19/2025

Jason Khano
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

Representative of Fora Financial Advance, LLC
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                    F 1002-1.3.CHANGE.ADDRESS