1  RON BENDER (State Bar No. 143364)
   JOHN-PATRICK M. FRITZ (State Bar No. 245240)
2  ROBERT M. CARRASCO (State Bar No. 334642)
   LEVENE, NEALE, BENDER, YOO
3    & GOLUBCHIK L.L.P.
   2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone:  (310) 229-1234
5  Facsimile:   (310) 229-1244
   Email: RB@LNBYG.com; JPF@LNBYG.com; RMC@LNBYG.COM
6
   Attorneys for Chapter 11 Debtor
7  and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | Case No.: 2:20-bk-13849-BR |
|---|---|
| HOLOGENIX, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | Subchapter V |
| | **NOTICE OF DEBTOR'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019** |
| | [Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o)(1)] |
| | [No Hearing Required] |

**TO ALL INTERESTED PARTIES:**

Hologenix, LLC, Subchapter V debtor and debtor in possession herein (the "Debtor"), has filed a Motion to Approve Compromise Under Rule 9019 (the "Motion") before the Bankruptcy Court to approve that certain settlement agreement (the "Agreement") entered into by and among the Debtor and Lyndsey White ("Claimant") (collectively, the "Parties").

The Agreement is the result of arms-length negotiations between the Parties and is in the best interest of the estate. The Agreement resolves all claims among the Parties. For the reasons discussed below, the Agreement should be approved because it is fair, equitable, reasonable, and in the best interest of the bankruptcy estate.

The Debtor commenced its bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date"). The Debtor elected subchapter V on its bankruptcy petition and is a small business debtor as defined by 11 U.S.C. § 1182(1).

The United States Trustee (the "UST") appointed Gregory Jones as the Subchapter V trustee (the "Trustee") pursuant to 11 U.S.C. § 1183(a).

The Debtor continues to manage its financial affairs, operate its business, and administer its bankruptcy estate as a debtor in possession pursuant to sections 1182(2) and 1184 of the Bankruptcy Code.

Post-petition, in August 2023, the Debtor became involved in a labor and employment dispute titled *Lyndsey White v. Hologenix, LLC* where the petitioner, Ms. White filed a petition for reinstatement/reimbursement of lost wages, work benefits, and increased compensation under California Labor Code § 132(a) with the Workers' Compensation appeals Board, Case No. ADJ18086223 (the "132a Claim"). Ms. White also alleged via a demand letter that that she was wrongfully terminated from her employment with the Debtor (the "Threatened Action").

The Parties, having participated in mediation, have resolved all claims amongst them as detailed in the Agreement, which remains subject to approval of the Court.

2

**The Agreement**

In full and complete satisfaction of Claimant's claims in the Debtor's estate, the Parties agree that the following shall occur upon approval of the Agreement by the Court:[1]

    i.    The Debtor will pay a total of $210,000 to Claimant to resolve all claims against the estate.

    ii.    Of the $210,000, the Debtor will be responsible for paying approximately $34,661.50 and the Debtor's insurance provider is responsible for paying the balance of approximately $175,338.5.

    iii.    The settlement is divided into four separate checks:

        i.    $85,783.15 to Claimant's counsel, Payton Employment Law, P.C.

        ii.    $102,795.17 directly to Claimant.

        iii.    $11,421.68 directly to Claimant as wages.

        iv.    $10,000 to Law At Your Side Client Trust Account.

    iv.    The Agreement includes broad mutual releases by the Parties,[2] including the Debtor's insurance provider, of any and all claims against each other.

    v.    The Agreement also contains confidentiality and non-disclosure obligations applicable to the Claimant, as well as non-disparagement provisions, and provides for liquidated damages for any breach.

**PLEASE TAKE FURTHER NOTICE** that the Motion is made pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure on the grounds that the Debtor, in the exercise of its business judgment, has determined that it is in the best interests of the estate to fully resolve the Threatened Action and 132a Claim. The Agreement is the product of the Parties' negotiations, mediation, and ultimately a consensual resolution. Accordingly, the Debtor

---

[1] The following provisions below include only a summary of the material terms of the Agreement. The terms of the Agreement control.

[2] Including the Debtor's past and present officers, directors, shareholders, members, partners, managers, predecessors and assigns.

submits that the compromise is fair and reasonable and should, therefore, be approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of Motion filed concurrently herewith, the Motion, the Memorandum of Points and Authorities and the Declaration of Ashton Riley, Esq. and Seth Casden attached thereto, the entire record in this case, and such further evidence as may be made.

**PLEASE TAKE FURTHER NOTICE** that should you wish to obtain a copy of the Motion and the papers filed in support thereof, you may do so by contacting counsel for the Debtor, whose name and contact information appears on the top left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(o)(1) any response and request for a hearing must be filed with the Court and served on the Debtor and its counsel and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice, plus three (3) additional days if you were served by mail or pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h) failure to timely file and serve a response may be deemed by the Court as consent to the granting of the Motion.

Dated: December 11, 2025      LEVENE, NEALE, BENDER, YOO &
                                             GOLUBCHIK L.L.P.


                              By:    */s/ Robert M. Carrasco*
                                     RON BENDER
                                     JOHN PATRICK M. FRITZ
                                     ROBERT M. CARRASCO
                              Counsel for Chapter 11 Debtor and
                              Debtor in Possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Notice Of Debtor's Motion To Approve Compromise Under Rule 9019** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 11, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☒  Service information continued on attached page

**Honorable Barry Russell**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 11, 2025 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 11, 2025 | Kayleen Chang | /s/ Kayleen Chang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

- Todd M Arnold    tma@lnbyg.com
- Ron Bender    rb@lnbyg.com
- Thomas E Butler    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com Aaron E.
- De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Theodore W Frank    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Ron Maroko    ron.maroko@usdoj.gov
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay    ctp@lnbyg.com
- Yvonne Ramirez-Browning    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino    sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Nicole Sullivan    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- John N Tedford    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:20-bk-13849-BR<br>Central District of California<br>Los Angeles<br>Thu Dec 11 13:47:08 PST 2025 | AIG Property Casualty, Inc.<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 | Alvaro Pascotto Revocable Trust<br>c/o Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025-6553 |
| BRE Sunset Coast, LLC<br>c/o Allen Matkins, et al.<br>2010 Main Street<br>Suite 800<br>Irvine, CA 92614-7214 | BUCHALTER<br>A Professional Corporation<br>18400 Von Karman Ave Ste 800<br>Irvine, CA 92612-0514 | Danning, Gill, Israel & Krasnoff, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, CA 90024-2904 |
| Fisher & Phillips LLP<br>2050 Main St Ste 1000<br>Irvine, CA 92614-8240 | Grobstein Teeple CPA<br>6300 Canoga Avenue, Ste 1500W<br>Woodland Hills, CA 91367-2555 | Grobstein Teeple LLP<br>6300 Canoga Avenue Suite 1500W<br>Woodland Hills, CA 91367-2555 |
| Hologenix, LLC<br>17383 Sunset Blvd., Suite A420<br>Pacific Palisades, CA 90272-4181 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067-6253 |
| Polsinelli LLP<br>2049 Century Park East<br>Suite 2900<br>Los Angeles, CA 90067-3221 | Theodora Oringher PC<br>55 Anton Blvd 9th Flr<br>Costa Mesa, CA 92626 | Troutman Sanders LLP<br>11682 El Camino Real Ste 400<br>San Diego, CA 92130-2092 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wells Fargo Bank, National Association<br>Hemar, Rousso & Heald, LLP<br>Raffi Khatchadourian<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 | Wells Fargo Bank, National Association<br>Office of the General Counsel<br>Wells Fargo & Company<br>Yvonne Ramirez-Browning<br>21680 Gateway Center Dr, Ste 280<br>Diamond Bar, CA 91765-2456 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | AIG Property Casualty, Inc.<br>Kevin J. Larner, Authorized Representati<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 | AQ Textiles LLC<br>214 Staunton Drive<br>Greensboro NC 27410-6065 |
| Allegro Systems SRL<br>Via Del Garda 46/Q Rovereto<br>Trento 368068<br>ITALY | AllergoSystem<br>Vi del Garda 46/Q<br>Rovereto, TN 38068<br>Italy | Allied Home LLC<br>6905 W Acco St Ste A<br>Montebello, CA 90640-5448 |
| Alvaro Pascotto Rev. Tr. 5/17/2012<br>11111 Santa Monica Blvd, Suite 2200<br>Los Angeles, CA 90025-3399 | Amber Bezahler<br>2300 Manning Ave.<br>Los Angeles, CA 90064-2208 | BRE Sunset Coast, LLC<br>c/o Brickman Associates<br>712 5th Ave., 6th Fl.<br>New York, NY 10019-4108 |
| Barry W. Lee<br>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067-3119 | Bear Mattress LLC<br>720 Monroe St Ste C508<br>Hoboken NJ 07030-6339 | BeiDa/Kuseng<br>No. 3, Gong 8 Rd., LinKou Dist.,<br>New Taipei City, 244,<br>Taiwan |

```
Best Pacific                          Burleigh Point Ltd                  Celatica LLC
Xinsha Port Industrial Zone, Machong Tow  117 Waterworks Way              294 Cherry Ave
523147, Dongguan City, Guangdong Provinc  Irvine, CA 92618-3110           Long Beach CA 90802-3946
China


(p)DE LAGE LANDEN FINANCIAL           Chin Yarn Chainlon                  Cobe SRL
ATTN LITIGATION & RECOVERY            I9F, NO. 386, Shizheng RD.,         Via Rafaello, snc 06081
1111 OLD EAGLE SCHOOL ROAD            Xitun Dist., Taichung City 407,     Assisi PG
WAYNE PA 19087-1453                   Taiwan                              ITALY


Cooley LLP                            Cornerstone Research                Courtney OKeefe
1333 2nd St., Suite 400               555 W. 5th St., 38th Fl.            2620 Highland Ave.
Santa Monica, CA 90401-4100           Los Angeles, CA 90013-1010          Santa Monica, CA 90405-4402


Draper                                Eclat                               Employment Development Department
28 Draper Lane                        No. 28, Wu Chuan Road               Bankruptcy Group MIC 92E
Canton, MA 02021-1598                 Wu Ku District, New Taipei City     P.O. Box 826880
                                      Taiwan 24886                        Sacramento, CA 94280-0001


Equiribbon Creations                  Experien Group, LLC                 FENC
21 Lyndon Rd                          224 Airport Parkway, Suite 250      35F, No. 207, Tun Hwa South Rd
Sharon, NMA 02067-2323                San Jose, CA 95110-3732             Sec 2, Taipei 1060 2, Taiwan
                                                                          Republic of China


FRANCHISE TAX BOARD                   Fabrictech 2000, LLC dba Purecare   Fiber Innovation Technology, Inc.
BANKRUPTCY SECTION MS A340            1402 S 40th Ave                     398 Innovation Dr.
PO BOX 2952                           Phoenix, AZ 85009-6113              Johnson City, TN 37604-7468
SACRAMENTO CA 95812-2952


Fora Financial Advance, LLC           Fora Financial West LLC             Fownes Brothers 7 Co
3050 Peachtree Road NW Suite 240      519 8th Ave.., 11th Fl.             1201 Broadway 8th Floor
Atlanta GA 30305-2212                 New York, NY 10018-4581             New York, NY 10001-5967


Franchise Tax Board                   Graham Casden                       Hangzhou Chuangyuan feather
PO Box 942857                         5097 Flagstaff                      NO. 5 Xinda Road, Suoqian Town,
Sacramento, CA 94257-0001             Boulder, CO 80302-9512              Xiaoshan District Hangzhou Zhejian G 311
                                                                          China


Hangzhou Hengyi Textile               Hangzhou Shuangjin Textile          Heidi J. Sorvino, Esq.
Xishan Yiqiao Town Xiaoshan           NO 302 Fuxing Village               White and Williams LLP
Hangzhou Zhejiang Province            Yiqiao Town Xiaoshan Dist. Hangzhou 7 Times Square, Suite 2900
China                                 China                               New York, NY 10036-6516


Hilltop Holdings                      Hilovica                            IMM Group Inc.
325 North St. Paul, Suite 700         S.A. Carretera de Roda              7301 Washington Ave S
Dallas, TX 75201-3874                 6608500 Vic                         Edina, MN 55439-2407
                                      Spain
```

| | | |
|---|---|---|
| Image Square Inc.<br>1627 Stanford Street<br>Santa Monica, CA 90404-4113 | Imbotex<br>Via Molini 26<br>I-35013 Cittadella<br>Italia | Influence & Co.<br>1431 Cinnamon Hill Lane, Suite 104<br>Columbia, MO 65201-8191 |
| Innocor, Inc.<br>200 Schulz Drive 2nd Floor<br>Red Bank, NJ 07701-6745 | Inter Textile Innovation Co. Ltd<br>6F, Sakurahonmachibashi Bldg, 8-6<br>Honmachibashi Chuoku Osaka 5400029<br>JAPAN | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Iron Holdings, LTD<br>5123 Dunn Place<br>Nanaimo B.C., V9t-0J2<br>CANADA | John Hancock<br>197 Clarendon Street<br>Boston, MA 02116-5010 | John Hancock<br>Corp. Real Estate Attn: JM Laverdur<br>200 Berkeley St. C-01-05<br>Boston, MA 02116-5022 |
| John Hancock Life Insurance Company, et al.<br>c/o Peter D. Bilowz<br>Goulston & Storrs PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3331 | Jowett<br>Wintan Inc. 10359 Rush Street<br>S. El Monte, CA 91733-3341 | Julien Born<br>208 N. 21st Street<br>Philadelphia, PA 19103-1001 |
| Juno Sleep Pty/LTD<br>313 N Road<br>Caufield South 3162, Victoria<br>AUSTRALIA | Kent Imaging<br>804B 16th Avenue S<br>W Calgary, Alberta, T2R 0S9<br>CANADA | Labtex<br>14th Floor, No. 202, Sec. 2,<br>Yan-Ping N. Road, Taipei,<br>Taiwan |
| Luther<br>2F, 43 lane, Fu-Ying Rd,<br>Sinhuang District, New Taipei City, 2425<br>Taiwan | Maelor Group, Inc.<br>7 Village Woods Dr.<br>Amherst, NH 03031-1941 | Manifattura Crespi-Healthy Textile Innovatio<br>Corso Italia 11-<br>22020 Vanzaghello Milan<br>Italy |
| Men Chuen<br>1 0FI., No. 392, Sec I<br>Nei Hu Road, Taipei,<br>Taiwan | Michael Haynes<br>7817 Chadamy Way<br>San Diego, CA 92130-5680 | Microtrace LLC<br>790 Fletcher Dr., Suite 106<br>Elgin, IL 60123-4757 |
| Multiple Energy Technologies, LLC<br>480 Johnson Rd., Suite 220<br>Washington, PA 15301-8936 | Multiple Energy Technologies, LLC<br>c/o Heidi J. Sorvino, Esq.<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, NY 10036-6516 | Murali Sundar<br>438 Richond Street West, Suit 1508<br>Toronto, Ontariao, M5V 3S6 CANADA<br>CANADA |
| Nfinity Athletic LLC<br>53 Permalume Place<br>Atlanta, GA 30318 | Northern Trust Company of Delaware<br>1313 N. Market St., Suite 5300<br>Wilmington, DE 19801-6103 | PrimeLending Corp.<br>18111 Preston Rd. Suite 900<br>Dallas, TX 75252-6601 |
| PrimeLending, a PlainsCapital Company<br>18111 Preston Rd.<br>#900<br>Dallas, TX 75252-6601 | R.V. Winkle LLC<br>600 Franklin Ave<br>Garden City, NY 11530-8600 | Real Innerspring Technologies Pvt. LTD<br>B-7, Sector 3<br>Noida - 201301 U.P.<br>INDIA |

| | | |
|---|---|---|
| Seth Casden<br>25406 1/2 Malibu Rd.<br>Malibu, CA 90265-4622 | Shinester<br>3F, No. 276, Sec. 3, Chongqing N. Rd.<br>Datong Dist., Taipei City 10371, Taiwan<br>Republic of China | Shinkong<br>14FL., No. 123, Sec. 2<br>Nanking E. Rd., Tapiei<br>Taiwan |
| Socks for Horses, Inc<br>304 W 9th Ave #15<br>Havana, FL 32333-1600 | Square One Distribution<br>35214 SE Center St<br>Snoqualmie, WA 98065-9279 | Sunvim North America<br>11 Erb St. East #200<br>Waterloo, Ontario, N2T IL4 |
| Tai Yuen Textile (Vietnam)<br>Dong Van II Industrial Park, Back Thuong<br>Duy Tien Town, Ha Nam Province,<br>Vietnam | The Design Tex Group Inc.<br>200 Varick St<br>8th Floor<br>New York NY 10014-4810 | The Weinberg Group LLC<br>1129 Twentieth Street NW, Suite 600<br>Washington, DC 20036-3455 |
| Thomas E. Butler<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, NY 10036-6516 | Toong Loung<br>Toung Loong Textile, 1<br>19 F, No. 31 Sec 2<br>San Ming Rd, Panchiao Dist. New Taipei C<br>Taiwan 220 | Triclinic Labs<br>2660 Schuyler Ave., Suite A<br>Lafayette, IN 47905-4110 |
| Troutman Sanders LLP<br>600 Peachtree Street, NE, Suite 300<br>Atlanta, GA 30308-2216 | Truecar<br>1401 Ocean Ave.<br>Suite 300<br>Santa Monica, CA 90401-2163 | Tula Consulting LLC<br>227 BROADWAY STE 302<br>SANTA MONICA CA 90401-3441 |
| (p)UNDER ARMOUR  INC<br>1020 HULL STREET<br>BALTIMORE MD 21230-5356 | Under Armour, Inc.<br>c/o Annie Y. Stoops<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 | Wellman<br>Mullagh, Kells,<br>Co. Meath, A82 NN93,<br>Republic of Ireland |
| Wellmei<br>No. 698 Chenduan Road,<br>Xiaoshan District. Hangzhou 311201<br>China | Wells Fargo<br>5340 Kietzke Lane Ste 200<br>Reno, NV 89511-2067 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Yaasa Studios Inc.<br>511 Olive Street<br>Santa Barbara, CA 93101-1609 | Yak Sleep GmbH<br>Ottensteinstrabe 41<br>2344 Maria Enzersdorf<br>AUSTRIA | Carmela Pagay<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 |
| Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | John-Patrick M Fritz<br>Levene Neale Bender Yoo & Golubchik<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 | Julien Born<br>c/o Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025-6553 |
| Juliet Y. Oh<br>Levene Neale Bender Yoo & Golubchik, LLP<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 | Kurt Ramlo<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Lindsey L Smith<br>Levene Neale Bender Yoo & Golubchik, LLP<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 |

| | | |
|---|---|---|
| Murali Sundar<br>c/o Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025-6553 | Robert Carrasco<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Ron Bender<br>Levene Neale Bender Yoo & Golubchik, LLP<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 |
| Seth Casden<br>c/o Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025-6553 | Theodora Oringher PC<br>535 Anton Blvd, Ninth Floor<br>Costa Mesa, CA 92626-7109 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Cell Business Equipment<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 | (d)De Lage Landen<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 |
| Internal Revenue<br>P. O. Box 21126<br>Philadelphia, PA 19114 | (d)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Under Armour Inc<br>1020 Hull Street<br>Baltimore, MD 21230 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alvaro Pascotto as Trustee of the Alvaro P | (u)Colony Group LLC | (u)Courtesy NEF |
| (u)INTERESTED PARTY | (u)M & G Partners | (u)Multiple Energy Technologies, LLC |
| (u)RBHM Commercial | (u)The Northern Trust Company of Delaware as | (u)The Northern Trust of Delaware as Trustee |
| (u)Tucker Ellis LLP | (u)Windes, Inc. | (u)Bio San D.O.O.<br>J Huttlera 7a<br>310 Osijekm. Hrvatska<br>CROATIA |

(d)Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067-3221

(u)Texpromo D.O.O
J.J. Strossmayera 314.
31000 Osijek
CROSATIA

(u)Dermer Behrendt

(u)Theodora Oringher

End of Label Matrix
Mailable recipients   124
Bypassed recipients    16
Total                 140