1  RON BENDER (State Bar No. 143364)
   JOHN-PATRICK M. FRITZ (State Bar No. 245240)
2  ROBERT M. CARRASCO (State Bar No. 334642)
   LEVENE, NEALE, BENDER, YOO
3    & GOLUBCHIK L.L.P.
   2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone:  (310) 229-1234
5  Facsimile:   (310) 229-1244
   Email: RB@LNBYG.com; JPF@LNBYG.com; RMC@LNBYG.COM

**FILED & ENTERED**

**JAN 06 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver     DEPUTY CLERK**

Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | Subchapter V |
| | **ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019** |
| | [Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o)(1)] |
| | [No Hearing Required] |

The Court, having considered the Debtor's Motion to Approve Compromise Under Rule 9019 (the "<u>Motion</u>") [Dkt. No. 1118], filed by Hologenix, LLC, Subchapter V debtor and debtor in possession herein, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), the memorandum of points and authorities and declaration filed therewith, and the declaration of Debtor's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Dkt. No. 1120], and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted and the Agreement attached as Exhibit 1 to the Motion is Approved.

2. The Debtor and Lyndsey White are authorized and directed to execute such other and further documents, and take such further actions, as may be necessary and/or appropriate to effectuate the Agreement.

3. The Bankruptcy Court shall retain exclusive jurisdiction to interpret, implement, and enforce the Agreement and the terms of this Order.

###

Date: January 6, 2026

*[Signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge