United States Bankruptcy Court

Central District of California

In re:  
Hologenix, LLC  
    Debtor

Case No. 20-13849-BR  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com astomel@yahoo.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com yvonne.li@afslaw.com;mia.ferguson@afslaw.com |
| Brian T Harvey | on behalf of Special Counsel BUCHALTER bharvey@buchalter.com docket@buchalter.com;dbodkin@buchalter.com |
| Carmela Pagay | on behalf of Special Counsel Troutman Sanders LLP ctp@lnbyg.com |
| Carmela Pagay | on behalf of Debtor Hologenix LLC ctp@lnbyg.com |
| David Wood | on behalf of Creditor Multiple Energy Technologies LLC dwood@marshackhays.com, |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf042 | Total Noticed: 1 |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
　on behalf of Defendant Multiple Energy Technologies  LLC dwood@marshackhays.com,
　dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
　on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com
　dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
　on behalf of Plaintiff Multiple Energy Technologies  LLC dwood@marshackhays.com,
　dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Derrick Talerico
　on behalf of Plaintiff Multiple Energy Technologies  LLC dtalerico@wztslaw.com,
　maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
　on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com
　maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Gregory Kent Jones (TR)
　gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Gregory M Salvato
　on behalf of Creditor Seth Casden gsalvato@salvatoboufadel.com
　calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Heidi J Sorvino
　on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com
　millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteand
　williams.com

Heidi J Sorvino
　on behalf of Creditor Multiple Energy Technologies  LLC sorvinoh@whiteandwilliams.com,
　millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteand
　williams.com

James R Selth
　on behalf of Creditor Murali Sundar jselth@yahoo.com
　jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
　on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com
　jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
　on behalf of Creditor Seth Casden jselth@yahoo.com
　jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
　on behalf of Creditor Julien Born jselth@yahoo.com
　jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

John-Patrick M Fritz
　on behalf of Plaintiff Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
　on behalf of Defendant Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
　on behalf of Debtor Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
　on behalf of Plaintiff Multiple Energy Technologies  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
　on behalf of Attorney Levene  Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Juliet Y. Oh
　on behalf of Debtor Hologenix  LLC jyo@lnbyg.com, jyo@lnbyb.com

Juliet Y. Oh
　on behalf of Special Counsel BUCHALTER jyo@lnbyg.com  jyo@lnbyb.com

Kurt Ramlo
　on behalf of Debtor Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
　on behalf of Plaintiff Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Larry D Webb

Case 2:20-bk-13849-BR    Doc 1122    Filed 01/08/26    Entered 01/08/26 21:21:22    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0973-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com  larry@webblaw.onmicrosoft.com

Lindsey L Smith
on behalf of Debtor Hologenix  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Michael S Greger
on behalf of Interested Party BRE Sunset Coast  LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com

Nicole Sullivan
on behalf of Creditor Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Defendant Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Raffi Khatchadourian
on behalf of Creditor Wells Fargo Bank  National Association raffi@hemar-rousso.com

Randye B Soref
on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com  ccripe@polsinelli.com;ladocketing@polsinelli.com

Robert Carrasco
on behalf of Accountant M & G Partners rmc@lnbyg.com  rmc@lnbyg.com

Robert Carrasco
on behalf of Debtor Hologenix  LLC rmc@lnbyg.com, rmc@lnbyg.com

Robert Carrasco
on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com  rmc@lnbyg.com

Ron Bender
on behalf of Plaintiff Hologenix  LLC rb@lnbyg.com

Ron Bender
on behalf of Debtor Hologenix  LLC rb@lnbyg.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Theodore W Frank
on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com  knarfdet@gmail.com;navarro@parkermillsllp.com

Theodore W Frank
on behalf of Plaintiff Multiple Energy Technologies  LLC frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com

Thomas E Butler
on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Thomas E Butler
on behalf of Plaintiff Multiple Energy Technologies  LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Tinho Mang
on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
on behalf of Plaintiff Hologenix  LLC tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Yvonne Ramirez-Browning
on behalf of Creditor Wells Fargo Bank  National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com

Zev Shechtman
on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 52

| | |
|---|---|
| RON BENDER (State Bar No. 143364)<br>JOHN-PATRICK M. FRITZ (State Bar No. 245240)<br>ROBERT M. CARRASCO (State Bar No. 334642)<br>LEVENE, NEALE, BENDER, YOO<br>  & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234<br>Facsimile:   (310) 229-1244<br>Email: RB@LNBYG.com; JPF@LNBYG.com; RMC@LNBYG.COM | **FILED & ENTERED**<br><br>**JAN 06 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY toliver    DEPUTY CLERK** |

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br><br>Subchapter V<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019**<br><br>[Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o)(1)]<br><br>[No Hearing Required] |

The Court, having considered the Debtor's Motion to Approve Compromise Under Rule 9019 (the "<u>Motion</u>") [Dkt. No. 1118], filed by Hologenix, LLC, Subchapter V debtor and debtor in possession herein, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), the memorandum of points and authorities and declaration filed therewith, and the declaration of Debtor's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Dkt. No. 1120], and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted and the Agreement attached as Exhibit 1 to the Motion is Approved.

2. The Debtor and Lyndsey White are authorized and directed to execute such other and further documents, and take such further actions, as may be necessary and/or appropriate to effectuate the Agreement.

3. The Bankruptcy Court shall retain exclusive jurisdiction to interpret, implement, and enforce the Agreement and the terms of this Order.

###

Date: January 6, 2026

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

2