**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____

Date report filed: _____  
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

| Debtor Name | Hologenix, LLC | Case number | 2:20-bk-13849-BR |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 201,125.05

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 520,048.20

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 282,768.24

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    237,279.96

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 438,405.01

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 2,465,529.0

    *(Exhibit E)*

Debtor Name  Hologenix, LLC

Case number  2:20-bk-13849-BR

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 269,096.67

(Exhibit F)

---

## 5. Employees

26. What was the number of employees when the case was filed?

4

27. What is the number of employees as of the date of this monthly report?

6

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?

$ 12,042.02

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?

$ 1,800,733.0

30. How much have you paid this month in other professional fees?

$ 5,000.00

31. How much have you paid in total other professional fees since filing the case?

$ 918,379.46

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 529,026.00 | − | $ 520,048.20 | = | $ 8,977.80 |
| 33. **Cash disbursements** | $ 307,600.00 | − | $ 282,768.24 | = | $ 24,831.76 |
| 34. **Net cash flow** | $ 221,426.00 | − | $ 237,279.96 | = | $ -15,853.96 |

35. Total projected cash receipts for the next month:

$ 265,581.00

36. Total projected cash disbursements for the next month:

- $ 239,124.00

37. Total projected net cash flow for the next month:

= $ 26,457.00

---

Official Form 425C        **Monthly Operating Report for Small Business Under Chapter 11**        page **3**

Debtor Name  Hologenix, LLC                                    Case number  2:20-bk-13849-BR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.


14. Unusual or significant unanticipated expenses:


Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February 2021.  However, the Debtor filed an application to employ Theodora Oringher PC and disclosed this litigation in August 2021, and for the balance of 2021, these legal fees are more or less expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**
**November 2025**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 11/03/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 2,540.88 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/04/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 32.82 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/04/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 1,514.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/06/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 377.16 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/07/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 49.71 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 11/09/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 23.34 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/10/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 10,156.29 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/12/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 116,400.63 | 2,754.97 | Reconciled | Deposit | |
| 11/12/2025 | Customer name. Redacted as confidential business information | Raw Matelrial Sales | | 6,633.90 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - USD |
| 11/12/2025 | Customer name. Redacted as confidential business information | Raw Matelrial Sales | | 6,633.90 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/13/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 110,679.53 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/13/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 196,681.21 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/13/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 121,060.11 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/14/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 230.84 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/17/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 656.68 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/18/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 246.56 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/18/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 404.42 | 468.45 | Reconciled | Deposit | |
| 11/21/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 46.67 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/21/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 633.16 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/21/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 0 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 11/24/2025 | Customer name. Redacted as confidential business information | DTC Sales | | 113.65 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 11/24/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 386.46 | 445.12 | Reconciled | Deposit | |
| 11/24/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 6,615.25 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/25/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 2,451.72 | 2,841.66 | Reconciled | Deposit | |
| 11/25/2025 | Customer name. Redacted as confidential business information | Raw Matelrial Sales | | 21,557.34 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/26/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 2,070.75 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 11/28/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 600.80 | 696.66 | Reconciled | Deposit | |
| 11/28/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 755.29 | 540.09 | Reconciled | Deposit | |
| 11/28/2025 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 23,747.50 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| | | | | **520,048.20** | | | |

# EXHIBIT "D"

**Checking - Wells Fargo 2016**
**November 2025**

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|------|-------|------|-----------------|---------------|----------------------|------|---------|
| 11/03/2025 | Seth Casden | CEO Salary per BK Court Approval | | 25000 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Clinical Studies Consultant | | 3573 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Foreign Corporate GC Services | -877.5 | 1032.73 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 1801.96 | Reconciled | Credit Card | F 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 7528.92 | Reconciled | Credit Card | F 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Oceania Sales & Regulatory Support Representative | | 2500 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 16652.85 | Reconciled | Credit Card | F 2050.102 Roberto Gordon's WFB Visa 9938 |
| 11/03/2025 | Vendor name. Redacted as confidential bu | CA Sales Taxes | | 194 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Administration Support | | 8250 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Marketing Consultant | | 5000 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 3776.3 | Reconciled | Credit Card | F 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Taiwan Office Service Fees | -44582 | 1475.26 | Reconciled | Bill Payment | 2000.006 Accounts Payable (A/P) - TWD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Japan Sales Representative + Japan Office Expenses | | 1030 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Japan Sales Representative Travel Reimbursement | | 299.43 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Shipping Cost | | 275 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Patent Costs | | 457.9 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Patent Costs | | 1547.34 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Eastern European Sales Representative | -4400 | 5178.36 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 11/03/2025 | Vendor name. Redacted as confidential bu | IT Consultant | | 650 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Asian Liaison Office - Taiwan Sales Representative | | 4100 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Indian Sales Representative | | 500 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | OOP Expensive Reimburseent | | 175 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | CIO/CTO Consultant | | 2500 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/03/2025 | Vendor name. Redacted as confidential bu | Consulting Cost | | 600 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/04/2025 | Vendor name. Redacted as confidential bu | Tradeshow Cost | | 1800 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/04/2025 | Vendor name. Redacted as confidential bu | Printing Cost | | 238.44 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/04/2025 | Vendor name. Redacted as confidential bu | Business Applications & Software Expenses | | 480.6 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/04/2025 | Vendor name. Redacted as confidential bu | Marketing & PR Consultant | | 8915 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/05/2025 | Vendor name. Redacted as confidential bu | Bank Fees | | 3.5 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/05/2025 | Vendor name. Redacted as confidential bu | Renewal of Commercial General Liability Annual Premium | | 5916.95 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/05/2025 | Vendor name. Redacted as confidential bu | Regulatory & QMS Costs | | 1678.75 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/09/2025 | Vendor name. Redacted as confidential bu | Business Applications & Software Expenses | | 190.79 | Reconciled | Expense | Channel Clearing Account:Shopify Clearing Account |
| 11/12/2025 | TriNet HR Corporation | Payroll Cost | | 49277.14 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/12/2025 | Vendor name. Redacted as confidential bu | Business Applications & Software Expenses | | 59.99 | Reconciled | Expense | 6018.001 Dues & Subscriptions:Business Applications & Software |
| 11/17/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 4638.49 | Reconciled | Credit Card | F 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 11/17/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 965.88 | Reconciled | Credit Card | F 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 11/17/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 7061.8 | Reconciled | Credit Card | F 2050.102 Roberto Gordon's WFB Visa 9938 |
| 11/17/2025 | Vendor name. Redacted as confidential bu | Credit Card Payment | | 3167.02 | Reconciled | Credit Card | F 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 11/17/2025 | Seth Casden | OOP Expense Reimbursement | | 140.3 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Regulatory & QMS Costs | -1500 | 993.75 | Reconciled | Bill Payment | 2000.003 Accounts Payable (A/P) - AUD |
| 11/18/2025 | Howard Grobstein | Chapter 11 Legal Rep - BK Expert Witness | | 2042.02 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10000 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Buchalter | Chapter 11 Professionals - Patent Services | | 2500 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2500 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | P/T European Business Development Consultant | -500 | 592.2 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Shipping Cost | | 147 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Shipping Cost | | 146.8 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Business Applications & Software Expenses | | 13736.82 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Tradeshow Cost | | 300 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | RM - Warehousing Services | | 1500 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Printing Cost | | 2.12 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | CFO Salary | | 3657 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Marketing Cost | | 4680 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Patent Costs | | 513 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/18/2025 | Vendor name. Redacted as confidential bu | Marketing Consultant | | 2560 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/19/2025 | Vendor name. Redacted as confidential bu | Professional Services | | 3817.5 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/19/2025 | Vendor name. Redacted as confidential bu | Business Applications & Software Expenses | | 478.02 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/24/2025 | Vendor name. Redacted as confidential bu | Printing Cost | | 1343 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/24/2025 | Vendor name. Redacted as confidential bu | Bank Fees | | 25 | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 11/25/2025 | TriNet HR Corporation | Payroll Cost | | 48792.1 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 11/26/2025 | Vendor name. Redacted as confidential bu | Transfer funds to ERSTE account for travel expenses | -1911.8 | 2265.1 | Reconciled | Transfer | 1000.110 ERSTE Funds |
| 11/27/2025 | Vendor name. Redacted as confidential bu | Bank Fees | | 10 | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| | | | | **$ 282,768.24** | | | |
| 11/30/2025 | Kresimir Hernaus (ERSTE Bank Account) | Eastern European Office OOP Expenses Reimbursement | -1322.92 | 1,534.11 | Reconciled | Bill Payment | Accounts Payable (A/P) - EUR |

# EXHIBIT "E"

**Hologenix LLC**
**A/P Aging Summary**
As of November 30, 2025

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| LNBYG | Chapter 11 Legal Rep - LNBYG | 47,864.58 | 54.20 | 12,782.13 | 878,769.00 | 939,469.91 |
| Theodora Oringher PC | Chapter 11 MET Legal Fees - MET vs. Seth Casden | 135.00 | 1,080.00 | 4,185.00 | 234,432.21 | 239,832.21 |
| Buchalter | Chapter 11 Professionals - Patent Services | 5,250.00 | | 8,979.35 | 99,170.75 | 113,400.10 |
| Vendor name. Redacted as confidential business information. | Office Rent | 12,672.00 | 12,672.00 | 25,344.00 | 5,541.18 | 56,229.18 |
| Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | 7,319.00 | 5,446.73 | | 37,679.43 | 50,445.16 |
| Vendor name. Redacted as confidential business information. | Chapter 11 Accountant & Tax Consultant | | 14,500.00 | | | 14,500.00 |
| Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | 12,985.00 | | | | 12,985.00 |
| Vendor name. Redacted as confidential business information. | Consulting Cost | 10,000.00 | | | | 10,000.00 |
| Vendor name. Redacted as confidential business information. | CIO/CTO Consultant + Research & Experimental Expenses | | | | 10,000.00 | 10,000.00 |
| Vendor name. Redacted as confidential business information. | Clinical Studies Consultant | 9,972.00 | | | | 9,972.00 |
| Vendor name. Redacted as confidential business information. | Marketing Samples | | | | 9,896.25 | 9,896.25 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | 9,000.00 | | | | 9,000.00 |
| Vendor name. Redacted as confidential business information. | Marketing & PR Consultant | 8,000.00 | | | | 8,000.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 7,022.62 | | | | 7,022.62 |
| Vendor name. Redacted as confidential business information. | Marketing Consultant | 6,500.00 | | | | 6,500.00 |
| Vendor name. Redacted as confidential business information. | Chapter 11 Professionals - Corporate GC Services | | | | 6,391.50 | 6,391.50 |
| Vendor name. Redacted as confidential business information. | Marketing Consultant | 5,200.00 | | | | 5,200.00 |
| Vendor name. Redacted as confidential business information. | | | | 5,000.00 | | 5,000.00 |
| Vendor name. Redacted as confidential business information. | P/T Asian Liaison Office - Taiwan Sales Representative | 4,100.00 | | | | 4,100.00 |
| Vendor name. Redacted as confidential business information. | Shipping Cost | 2,797.34 | | | | 2,797.34 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | | | | 2,537.29 | 2,537.29 |
| Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | 2,500.00 | | | | 2,500.00 |
| Vendor name. Redacted as confidential business information. | CFO Salary | 2,021.75 | | | | 2,021.75 |
| Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | 1,030.00 | | | | 1,030.00 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | | | 800.00 | | 800.00 |
| Vendor name. Redacted as confidential business information. | Parking Cost | | | | 761.95 | 761.95 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 755.50 | | | 0.00 | 755.50 |
| Vendor name. Redacted as confidential business information. | Eastern European Sales Representative Travel Expenses | 477.54 | | | | 477.54 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 335.88 | | | | 335.88 |
| Vendor name. Redacted as confidential business information. | Shipping Cost | 275.28 | | | | 275.28 |
| Vendor name. Redacted as confidential business information. | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | 167.73 | | | -51.86 | 115.87 |
| Vendor name. Redacted as confidential business information. | Filing Fees | | 90.00 | | | 90.00 |
| Vendor name. Redacted as confidential business information. | Filing Fees | | 25.00 | | | 25.00 |
| Vendor name. Redacted as confidential business information. | Clinical Studies Cost | | 20.00 | | | 20.00 |
| | | | | | | |
| **Wells Fargo CCs** | Outstanding Credit Cards Balance | | | | | 23,601.37 |
| **Chapter 11 Payroll** | 2024-2025 Employee Bonuses & Sales Commission | | | | | 1,395.83 |
| **Insider Compensation Payable - BOM** | Unpaid Guaranteed Payments & Service Fees to BOM | | | | | 210,000.00 |
| **Insider Compensation Payable - Seth** | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | | | | 573,375.31 |
| **Due to Members - Seth** | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | | | | 105,000.00 |
| **Accrued Payables** | Accrual for expenses incurred in 2024-2025 | | | | | 19,552.05 |
| | | | | | $ | 2,465,529.09 |

# EXHIBIT "F"

## A/R Aging Summary
### As of November 30, 2025

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 94,483.00 | | | | 94,483.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 74,045.63 | | | | 74,045.63 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 42,976.00 | | | | 42,976.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 14,944.73 | 0.01 | | | 14,944.74 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 8,505.00 | | | | 8,505.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 6,974.00 | | | | 6,974.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 4,235.64 | | | | 4,235.64 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 3,629.02 | | | | 3,629.02 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | | | 3,605.00 | 3,605.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 3,231.67 | | | 139.62 | 3,371.29 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | 2,267.50 | | | | 2,267.50 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 875.75 | | | 465.80 | 1,341.55 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 1,121.73 | | | | 1,121.73 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 942.50 | | | | 942.50 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 840.74 | | | | 840.74 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 801.13 | | | | 801.13 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 774.85 | | | | 774.85 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 576.41 | | | | 576.41 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 323.08 | | | 241.68 | 564.76 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 564.57 | | | | 564.57 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | | | 535.94 | 535.94 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 419.61 | | | | 419.61 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | | | | 207.86 | 207.86 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | | | 84.03 | 84.03 |

| | | | | | |
|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 77.75 | 77.75 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 3.29 | 3.29 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 0.01 | 0.01 |
| | **262,532.56** | **0.01** | **0.00** | **6,564.10** | **269,096.67** |

# IZVOD PROMETA PO RAČUNU

Datum i vrijeme izdavanja:  01.12.2025. 15:08
Za razdoblje (po datumu obrade):  01.11.2025. do 30.11.2025.

ERSTE&STEIERMÄRKISCHEBANK D.D.
OIB: ███████9320
SWIFT/BIC: ESBCHR22
SAVJETODAVNI CENTAR ZAGREB - VUKOVARSKA
10000 ZAGREB, IVANA LUČIĆA 2
Tel.: (072) 37 2580 Faks (072) 37 1956

KREŠIMIR HERNAUS
KARLOVAČKA CESTA 65 D/1
10000 ZAGREB
REPUBLIKA HRVATSKA

| | |
|---|---|
| Naziv klijenta: | KREŠIMIR HERNAUS |
| OIB: | 45925046683 |

| | |
|---|---|
| IBAN: | HR2224020063212234851 |
| Naziv računa: | TEKUĆI RAČUN |
| Oznaka valute: | EUR |

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| **Početno stanje** | | | | | **931,46** |
| 01.11.2025 01.11.2025 | ████████ | | HR99 HR99 10563760759 | 2,00 | |
| 02.11.2025 02.11.2025 | ████████ | | HR99 HR99 10569636840 | 67,30 | |
| 02.11.2025 02.11.2025 | ████████ | | HR99 HR99 10569714421 | 19,70 | |
| 02.11.2025 02.11.2025 | ████████ | | HR99 HR99 10569841822 | 180,88 | |
| 02.11.2025 02.11.2025 | ████████ | | HR99 HR99 10569845375 | 185,09 | |
| 03.11.2025 03.11.2025 | ████████ | | HR99 HR99 10572841166 | 261,74 | |
| 04.11.2025 04.11.2025 | ████████ | | HR99 HR99 10577855344 | 18,90 | |
| 05.11.2025 05.11.2025 | ████████ | | HR99 HR99 10580746162 | 8,00 | |
| 05.11.2025 05.11.2025 | ████████ | | HR99 HR99 10580930789 | 7,70 | |
| 05.11.2025 05.11.2025 | ████████ | | HR99 HR99 10581116920 | 30,63 | |

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| 05.11.2025 05.11.2025 | | | HR99 HR99 10581118739 | 33,97 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10583983907 | 6,90 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10584014451 | 0,99 | |
| 06.11.2025 06.11.2025 | 1 EUR=0,8537 GBP | | HR99 HR99 10584292972 | 7,03 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10584293808 | 4,51 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10584297273 | 29,28 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10584299648 | 25,36 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10584302941 | 5,27 | |
| 06.11.2025 06.11.2025 | | | HR99 HR99 10584302969 | 4,69 | |
| 07.11.2025 07.11.2025 | | | HR99 HR99 10587079944 | 5,91 | |
| 08.11.2025 08.11.2025 | 1 EUR=0,8592 GBP | | HR99 HR99 10589868393 | 3,27 | |
| 30.11.2025 30.11.2025 | | | HR99 HR99 10651640794 | 2,00 | |

| Konačno stanje | | | | | 20,34 |
|---|---|---|---|---|---|

| REKAPITULACIJA | | Prethodno stanje | 931,46 | Konačno stanje | 20,34 |
|---|---|---|---|---|---|
| Naloga na teret | 22 | Dugovni promet | 911,12 | Rezervirano za naplatu | 6,99 |
| Naloga u korist | 0 | Potražni promet | 0,00 | Prekoračenje | 0,00 |
| Naloga ukupno | 22 | Ukupno promet | -911,12 | Rezervirano po nalogu FINA-e | 0,00 |
| | | | | Raspoloživo stanje | 13,35 |

**Vaš međunarodni broj bankovnog računa (IBAN) je HR2224020063212234851, a identifikacijska šifra banke je ESBCHR22.**

**Dospjelo nepodmireno dugovanje**

| | Iznos na dan 31.10.2025. | Iznos za obračunsko razdoblje | Iznos na dan 30.11.2025. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Dospjela nepodmirena kamata | 0,00 | 0,00 | 0,00 |
| Dospjela nepodmirena naknada | 2,00 | 0,00 | 0,00 |
| Ukupno dospjelo dugovanje za naplatu | 2,00 | 0,00 | 0,00 |

U slučaju postojanja dospjelih nepodmirenih dugovanja za naplatu po
gore navedenoj osnovi molimo Vas da se obratite u najbližu poslovnicu
Banke.
Prema članku 40. stavak 1. Zakona o PDV-u naknade za usluge Banke
oslobođene su plaćanja PDV-a.

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 | € | 107.18 | As 11/30/2025 |
| | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 | $ | 142.33 | |
| | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 | | | |
| | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 | | | |
| | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 | | | |
| | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 | | | |
| | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 | | | |
| | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 | | | |
| | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 | | | |
| | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 | | | |
| | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 | | | |
| | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 | | | |
| | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 | | | |
| | | | | | | | | | |
| | | | Account balance on 12/31/2023 | 456.54 | EUR | | | | |



| Merchant Account ID: N███████QAWQ | PayPal ID: ap@celliant.com | 11/1/25 - 11/30/25 |
| --- | --- | --- |

## Statement for November 2025

Hologenix, LLC
1113 Montana Ave #13
Suite 13
90403 Santa Monica

## Balance Summary (11/1/25 - 11/30/25)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
| --- | ---: | ---: | ---: | ---: |
| USD | 446.49 | 446.49 | 0.00 | 0.00 |
| EUR | 1,400.30 | 1,400.30 | 0.00 | 0.00 |
| GBP | 187.73 | 187.73 | 0.00 | 0.00 |



| Merchant Account ID: ████QAWQ | PayPal ID: ap@celliant.com | 11/1/25 - 11/30/25 |
| --- | --- | --- |

*-- There are no transactions for this month --*

---

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠

November 30, 2025 ■ Page 1 of 7



HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
 P.O. Box 6995
 Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Tips to help avoid AI powered scams**

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online.

Learn more at wellsfargo.com/securitybrochure.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $210,976.50 |
| Deposits/Credits | 520,013.19 |
| Withdrawals/Debits | - 281,199.13 |
| **Ending balance on 11/30** | **$449,790.56** |

Account number: ████████2016  (primary account)

**HOLOGENIX LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 11/3 | | | 2,540.88 | | |
| 11/3 | | █████████████ | | 1,475.26 | |
| 11/3 | | █████████████ | | 2,005.24 | |
| 11/3 | | █████████████ | | 3,573.00 | |
| 11/3 | | █████████████ | | 2,500.00 | |
| 11/3 | | █████████████ | | 1,032.73 | |
| 11/3 | | █████████████ | | 1,329.43 | |
| 11/3 | | █████████████ | | 5,178.36 | |
| 11/3 | | █████████████ | | 4,100.00 | |
| 11/3 | | █████████████ | | 2,500.00 | |
| 11/3 | | █████████████ | | 275.00 | |
| 11/3 | | █████████████ | | 600.00 | |
| 11/3 | | █████████████ | | 650.00 | |
| 11/3 | | █████████████ | | 175.00 | |
| 11/3 | | WT 251103 226644 Bank of Banada /Rbf Drodeon Bonnote Srfin █████████ | | 500.00 | |
| 11/3 | | Online Transfer to Casden S Ref #Ib0Vkbwffg Premier Checking Hologenix LLC Inv October 2025 Services | | 25,000.00 | |
| 11/3 | | █████████████ | | 1,801.96 | |
| 11/3 | | █████████████ | | 7,528.92 | |

WELLS
FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/3 | | ███████████████████████████ | | 3,776.30 | |
| 11/3 | | ███████████████████████████ | | 5,000.00 | |
| 11/3 | | ███████████████████████████ | | 16,652.85 | |
| 11/3 | | ███████████████████████████ | | 8,250.00 | |
| 11/3 | < | ███████████████████████████ | | 194.00 | 119,419.33 |
| 11/4 | | ███████████████████████████ | 32.82 | | |
| 11/4 | | ███████████████████████████ | 1,514.00 | | |
| 11/4 | | ███████████████████████████ | | 480.60 | |
| 11/4 | < | ███████████████████████████ | | 238.44 | |
| 11/4 | | ███████████████████████████ | | 8,915.00 | |
| 11/4 | < | ███████████████████████████ | | 1,800.00 | 109,532.11 |
| 11/5 | | ███████████████████████████ | | 1,678.75 | |
| 11/5 | | ███████████████████████████ | | 3.50 | |
| 11/5 | | ███████████████████████████ | | 5,916.95 | 101,932.91 |
| 11/6 | | ███████████████████████████ | 377.16 | | 102,310.07 |
| 11/7 | | ███████████████████████████ | 49.71 | | 102,359.78 |
| 11/10 | | ███████████████████████████ | 23.34 | | |
| 11/10 | | Mobile Deposit : Ref Number :████████ | 10,156.29 | | |
| 11/10 | | Shopify ████████ 251100 Shop Cellie Hologenix LLC | | 190.79 | 112,348.62 |
| 11/12 | | ███████████████████████████ | 6,633.90 | | |
| 11/12 | | ███████████████████████████ | 6,633.90 | | |
| 11/12 | | ███████████████████████████ Trn#251112117081 Rfb# | 2,754.97 | | |
| 11/12 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri3160003.1+ Trn#251112092740 Rfb# Q+50358770 545 | | 49,277.14 | |
| 11/12 | | ███████████████████████████ | | 59.99 | 79,034.26 |
| 11/13 | | ███████████████████████████ | 428,420.85 | | 507,455.11 |
| 11/14 | | ███████████████████████████ | 230.84 | | 507,685.95 |
| 11/17 | | Shopify Shopify 2██████████ Hologenix LLC | 656.68 | | |
| 11/17 | | ███████████████████████████ | | 7,061.80 | |
| 11/17 | | Online Transfer Ref #Ib0Vql4L███ to Signif Business Essential | | 3,167.02 | |
| 11/17 | | ███████████████████████████ | | 965.88 | |
| 11/17 | | Online Transfer ████████ to Signif Business Essential | | 4,638.49 | |
| 11/17 | | Online Transfer to Casden S Ref #Ib0Vql4Ztm Premier Checking Hologenix LLC Inv 202511Scexp | | 140.30 | 492,369.14 |
| 11/18 | | ███████████████████████████ | 468.45 | | |
| 11/18 | | ███████████████████████████ | | 513.00 | |
| 11/18 | | ███████████████████████████ | | 1,500.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/18 | | | | 3,657.00 | |
| 11/18 | | WT Seq#21564 Troutman Pepper Locke L /Bnf=Troutman Pepper Hamilton Sanders L Srf# Ow00006317636947 Trn#251118021564 Rfb# Ow00006317636947 | | 2,500.00 | |
| 11/18 | | | | 2,560.00 | |
| 11/18 | | WT 251118-022802 Jpmorgan Chase Bank /Bnf=Balaban Srf# | | 300.00 | |
| 11/18 | | WT Fed#01R00 Zions Bancorporati /Ftr/Bnf=Buchalter Srf# Ow00006317630330 Trn#251118022643 Rfb# Ow00006317630330 | | 2,500.00 | |
| 11/18 | | | | 13,736.82 | |
| 11/18 | | WT 251118-022100 Jpmorgan Chase Bank /Bnf=Grobstein Teeple LLP Srf# Ow00006317633178 Trn#251118022100 Rfb# Ow00006317633178 | | 2,042.02 | |
| 11/18 | | WT 251118-021909 Bank NA /Bnf=Jameson Srf# | | 592.20 | |
| 11/18 | | WT 251118-021920 Comerica Bank Ca /Bnf= | | 993.75 | |
| 11/18 | | WT Fed#02R00 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00006317635535 Trn#251118022072 Rfb# Ow00006317635535 | | 10,000.00 | |
| 11/18 | | | | 293.80 | |
| 11/18 | < | Business Payments ACH Debit Corp H Sho Off Gen H | | 2.12 | |
| 11/18 | < | Shopify Transfer 251118 Shopify Hologenix LLC | | 4,680.00 | 446,966.88 |
| 11/19 | | Hologenix LLC | 246.56 | | |
| 11/19 | | Celliant / Hologenix | | 478.02 | |
| 11/19 | < | | | 3,817.50 | 442,917.92 |
| 11/21 | | | 633.16 | | 443,551.08 |
| 11/24 | | Shopify Transfer 251121 Shopify Hologenix LLC | 46.67 | | |
| 11/24 | | | 445.12 | | |
| 11/24 | | | 113.65 | | |
| 11/24 | | | 6,615.25 | | |
| 11/24 | | LLC | | 1,343.00 | 449,428.77 |
| 11/25 | | WT 6066000000601 Citibank Tek /Org=Apient Tek /SRF# | 21,532.34 | | |
| 11/25 | | | 2,841.65 | | |
| 11/25 | | WT Fed#03R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri3290009.94 Trn#251125042425 Rfb# Q+50375090 263 | | 48,792.10 | 425,010.66 |



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 11/26 | | | 2,070.75 | | |
| 11/26 | | | | 2,265.10 | 424,816.31 |
| 11/28 | | WT 20251128009573823 Misuhara Bank Ltd (Osaka) | 23,737.50 | | |
| 11/28 | | | 696.66 | | |
| 11/28 | | Company Ltd | 540.09 | | 449,790.56 |
| **Totals** | | | **$520,013.19** | **$281,199.13** | |



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $324,191.00 ☑ |
| • Minimum daily balance | $500.00 | $79,034.26 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 58 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                            $ _____
your account which are not                            $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                  **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

4/26, 1:44 PM

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/15/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | EUR |
|---|---|
| Statement beginning balance | 931.46 |
| Checks and payments cleared (1) | -911.12 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 20.34 |
| | |
| Uncleared transactions as of 11/30/2025 | 1,911.80 |
| Register balance as of 11/30/2025 | 1,932.14 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 11/30/2025 | Bill Payment | | | -911.12 |
| Total | | | | -911.12 |

**Additional Information**

Uncleared deposits and other credits as of 11/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 11/26/2025 | Transfer | | | 1,911.80 |
| Total | | | | 1,911.80 |

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
| --- | --- |
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 11/30/2025 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 2,282.76 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,282.76 |
| | |
| Register balance as of 11/30/2025 | 2,282.76 |

Hologenix LLC

**1000.300 Petty Cash, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 58.13 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 58.13 |
| | |
| Register balance as of 11/30/2025 | 58.13 |

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 11/30/2025 | 1,597.78 |

4/4/26, 1:49 PM

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| | |
| Statement beginning balance | 210,976.50 |
| Checks and payments cleared (62) | -281,234.13 |
| Deposits and other credits cleared (29) | 520,048.20 |
| Statement ending balance | 449,790.57 |
| | |
| Uncleared transactions as of 11/30/2025 | -3,099.00 |
| Register balance as of 11/30/2025 | 446,691.57 |
| Cleared transactions after 11/30/2025 | 0.00 |
| Uncleared transactions after 11/30/2025 | -8,697.79 |
| Register balance as of 12/13/2025 | 437,993.78 |

**Details**

Checks and payments cleared (62)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/03/2025 | Bill Payment | | ... | -1,032.73 |
| 11/03/2025 | Bill Payment | | | -3,573.00 |
| 11/03/2025 | Bill Payment | | | -600.00 |
| 11/03/2025 | Bill Payment | | | -2,500.00 |
| 11/03/2025 | Bill Payment | | | -175.00 |
| 11/03/2025 | Bill Payment | | | -500.00 |
| 11/03/2025 | Bill Payment | | | -4,100.00 |
| 11/03/2025 | Bill Payment | | | -650.00 |
| 11/03/2025 | Bill Payment | | | -5,178.36 |
| 11/03/2025 | Bill Payment | | | -1,547.34 |
| 11/03/2025 | Bill Payment | | | -457.90 |
| 11/03/2025 | Bill Payment | | | -275.00 |
| 11/03/2025 | Bill Payment | | | -299.43 |
| 11/03/2025 | Bill Payment | | | -1,030.00 |
| 11/03/2025 | Bill Payment | | | -1,475.26 |
| 11/03/2025 | Credit Card Payment | | | -3,776.30 |
| 11/03/2025 | Bill Payment | | | -5,000.00 |
| 11/03/2025 | Bill Payment | | | -8,250.00 |
| 11/03/2025 | Expense | | | -194.00 |
| 11/03/2025 | Credit Card Payment | | | -16,652.85 |
| 11/03/2025 | Bill Payment | | | -2,500.00 |
| 11/03/2025 | Credit Card Payment | | | -7,528.92 |
| 11/03/2025 | Credit Card Payment | | | -1,801.96 |
| 11/03/2025 | Expense | October2025(BK) | Seth Casden | -25,000.00 |
| 11/04/2025 | Bill Payment | | | -8,915.00 |
| 11/04/2025 | Bill Payment | | | -1,800.00 |
| 11/04/2025 | Bill Payment | | | -238.44 |
| 11/04/2025 | Bill Payment | | ut... | -480.60 |
| 11/05/2025 | Bill Payment | | s,... | -5,916.95 |
| 11/05/2025 | Bill Payment | | | -1,678.75 |

| 11/05/2025 | Bill Payment | | … | -3.50 |
| 11/09/2025 | Expense | 133679415661 | | -190.79 |
| 11/12/2025 | Bill Payment | | TriNet HR Corporation | -49,277.14 |
| 11/12/2025 | Expense | | | -59.99 |
| 11/17/2025 | Bill Payment | | Seth Casden | -140.30 |
| 11/17/2025 | Credit Card Payment | | Wells Fargo Bus. MasterCar… | -3,167.02 |
| 11/17/2025 | Credit Card Payment | | | -7,061.80 |
| 11/17/2025 | Credit Card Payment | | …r… | -965.88 |
| 11/17/2025 | Credit Card Payment | | …r… | -4,638.49 |
| 11/18/2025 | Bill Payment | | CDB Office Solutions | -2.12 |
| 11/18/2025 | Bill Payment | Fee App 5-Payment 22 | Buchalter | -2,500.00 |
| 11/18/2025 | Bill Payment | | | -13,736.82 |
| 11/18/2025 | Bill Payment | | | -2,560.00 |
| 11/18/2025 | Bill Payment | | | -513.00 |
| 11/18/2025 | Bill Payment | | | -4,680.00 |
| 11/18/2025 | Bill Payment | | | -300.00 |
| 11/18/2025 | Bill Payment | Fee App 6-Payment 9 | Troutman Pepper LLP | -2,500.00 |
| 11/18/2025 | Bill Payment | | | -3,657.00 |
| 11/18/2025 | Bill Payment | | | -1,500.00 |
| 11/18/2025 | Bill Payment | | | -592.20 |
| 11/18/2025 | Bill Payment | Fee App 4-Payment 32 | Howard Grobstein | -2,042.02 |
| 11/18/2025 | Bill Payment | | Global Logistical Connection | -147.00 |
| 11/18/2025 | Bill Payment | | | -146.80 |
| 11/18/2025 | Bill Payment | Payment 32 | | -993.75 |
| 11/18/2025 | Bill Payment | Fee App 4-Payment 34 | LNBYG | -10,000.00 |
| 11/19/2025 | Bill Payment | | | -3,817.50 |
| 11/19/2025 | Bill Payment | | | -478.02 |
| 11/24/2025 | Bill Payment | | | -1,343.00 |
| 11/24/2025 | Expense | | | -25.00 |
| 11/25/2025 | Bill Payment | | TriNet HR Corporation | -48,792.10 |
| 11/26/2025 | Transfer | | | -2,265.10 |
| 11/27/2025 | Expense | | | -10.00 |

Total                                                                                                    -281,234.13

Deposits and other credits cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 11/03/2025 | Receive Payment | | | 2,540.88 |
| 11/04/2025 | Receive Payment | | | 1,514.00 |
| 11/04/2025 | Deposit | 133568954733 | | 32.82 |
| 11/06/2025 | Deposit | 133613879661 | | 377.16 |
| 11/07/2025 | Deposit | 24788363481 | | 49.71 |
| 11/09/2025 | Deposit | 133625577837 | | 23.34 |
| 11/10/2025 | Receive Payment | | | 10,156.29 |
| 11/12/2025 | Deposit | | | 2,754.97 |
| 11/12/2025 | Receive Payment | | | 6,633.90 |
| 11/12/2025 | Deposit | | | 6,633.90 |
| 11/13/2025 | Receive Payment | | | 110,679.53 |
| 11/13/2025 | Receive Payment | | | 196,681.21 |
| 11/13/2025 | Receive Payment | | | 121,060.11 |
| 11/14/2025 | Deposit | 133732204909 | | 230.84 |
| 11/17/2025 | Deposit | 133768348013 | | 656.68 |
| 11/18/2025 | Deposit | | | 468.45 |
| 11/18/2025 | Deposit | 133757796717 | | 246.56 |
| 11/21/2025 | Deposit | 133852299629 | | 633.16 |
| 11/21/2025 | Deposit | 24896750991 | | 0.00 |

1/4/26, 1:49 PM

| Date | Type | Num | | Amount |
|------|------|-----|---|-------|
| 11/21/2025 | Deposit | 133800001901 | | 46.67 |
| 11/24/2025 | Deposit | | | 445.12 |
| 11/24/2025 | Deposit | 133886738797 | | 113.65 |
| 11/24/2025 | Receive Payment | | | 6,615.25 |
| 11/25/2025 | Deposit | | | 2,841.66 |
| 11/25/2025 | Receive Payment | | | 21,557.34 |
| 11/26/2025 | Receive Payment | | | 2,070.75 |
| 11/28/2025 | Deposit | | | 696.66 |
| 11/28/2025 | Deposit | | | 540.09 |
| 11/28/2025 | Receive Payment | | | 23,747.50 |

| Total | | | | 520,048.20 |