**Fill in this information to identify the case:**

Debtor Name __Hologenix, LLC__

United States Bankruptcy Court for the: Central District of California

Case number: __2:20-bk-13849-BR__

❑ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __December 2025__          Date report filed: 01/29/2026
                                                      MM / DD / YYYY

Line of business: __Fiber, Yarn, Thread Mills__          NAISC code: 3133

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Hologenix, LLC

Original signature of responsible party

Printed name of responsible party          Seth Casden

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |||||
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |||||
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Hologenix, LLC

Case number 2:20-bk-13849-BR

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 438,405.01

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 253,904.36

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 300,398.88

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

-46,494.52

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 391,910.49

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**

$2,553,942.9

(Exhibit E)

Debtor Name  Hologenix, LLC                                      Case number  2:20-bk-13849-BR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $    467,936.81

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             4

27. What is the number of employees as of the date of this monthly report?               6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $    10,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $  1,810,733.0

30. How much have you paid this month in other professional fees?     $    5,000

31. How much have you paid in total other professional fees since filing the case?     $   923,379.46

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* | |
|---|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** | |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. | |
| 32. **Cash receipts** | $ 265,581.00 | − | $ 253,904.36 | = | $ 11,676.64 | |
| 33. **Cash disbursements** | $ 239,124.00 | − | $ 300,398.88 | = | $ -61,274.88 | |
| 34. **Net cash flow** | $ 26,457.00 | − | $ -46,494.52 | = | $ 72,951.52 | |

35. Total projected cash receipts for the next month:                          $    352,524

36. Total projected cash disbursements for the next month:                   − $    302,732

37. Total projected net cash flow for the next month:                          = $    49,792

Debtor Name  Hologenix, LLC                                              Case number 2:20-bk-13849-BR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print      Save As...      Reset

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.


14. Unusual or significant unanticipated expenses:


Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth
Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and
confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February
2021.  However, the Debtor filed an application to employ Theodora Oringher PC and disclosed
this litigation in August 2021, and for the balance of 2021, these legal fees are more or less
expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**
**December 2025**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|------|-------|------|------------------|---------------|-----------------------|------|---------|
| 12/01/2025 | Customer name. Redacted as DTC Sales | | | 25.83 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/01/2025 | Customer name. Redacted as Miscellanuos income | | | 209.44 | Reconciled | Deposit | 6028.100 Office Expenses:Postage & Delivery |
| 12/01/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 4,011.17 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/04/2025 | Customer name. Redacted as Return from this vendor | | | 82.93 | Reconciled | Deposit | Channel Subscription Fees:Shopify Subscription Fees |
| 12/05/2025 | Customer name. Redacted as DTC Sales | | | 165.36 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/08/2025 | Customer name. Redacted as DTC Sales | | | 101.30 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/08/2025 | Customer name. Redacted as Return from this vendor | | | 300.00 | Reconciled | Deposit | 6038.011 Selling Expenses:Trade Shows & Sales Events:Apparel:Registration/Booth |
| 12/08/2025 | Customer name. Redacted as Raw Matelrial Sales | | | 2,267.50 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/09/2025 | Customer name. Redacted as DTC Sales | | | 10.05 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/09/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 777.06 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/10/2025 | Customer name. Redacted as Raw Matelrial Sales | | | 22,132.50 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/11/2025 | Customer name. Redacted as DTC Sales | | | 40.98 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/11/2025 | Customer name. Redacted as DTC Sales | | | 10.01 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/11/2025 | Customer name. Redacted as DTC Sales | | | 241.98 | Reconciled | Transfer | 1000.200 PayPal |
| 12/11/2025 | Customer name. Redacted as DTC Sales | | | 1,578.35 | Reconciled | Transfer | 1000.200 PayPal |
| 12/11/2025 | Customer name. Redacted as DTC Sales | | | 446.49 | Reconciled | Transfer | 1000.200 PayPal |
| 12/12/2025 | Customer name. Redacted as DTC Sales | | | 223.96 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/15/2025 | Customer name. Redacted as DTC Sales | | | 144.67 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/15/2025 | Customer name. Redacted as Miscellanuos income | | | 220.00 | Reconciled | Deposit | 4700.000 Other Revenues |
| 12/17/2025 | Customer name. Redacted as DTC Sales | | | 315.05 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/17/2025 | Customer name. Redacted as Royalty Licensing Fees | | 930.59 | 1,092.34 | Reconciled | Deposit | |
| 12/18/2025 | Customer name. Redacted as DTC Sales | | | 24.39 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/18/2025 | Customer name. Redacted as Royalty Licensing Fees | | 711.74 | 834.22 | Reconciled | Deposit | |
| 12/18/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 6,974.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/19/2025 | Customer name. Redacted as DTC Sales | | | 2,709.36 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/21/2025 | Customer name. Redacted as DTC Sales | | | 210.00 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/22/2025 | Customer name. Redacted as DTC Sales | | | 2,456.27 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/22/2025 | Customer name. Redacted as Royalty Licensing Fees | | 675.01 | 794.95 | Reconciled | Deposit | |
| 12/23/2025 | Customer name. Redacted as DTC Sales | | | 18.98 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/23/2025 | Customer name. Redacted as DTC Sales | | | 95.62 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/23/2025 | Customer name. Redacted as Royalty Licensing Fees | | 490.17 | 577.78 | Reconciled | Deposit | |
| 12/24/2025 | Customer name. Redacted as DTC Sales | | | 898.87 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/24/2025 | Customer name. Redacted as Raw Matelrial Sales | | | 59,537.41 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/24/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 10,933.56 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 12/24/2025 | Customer name. Redacted as Royalty Licensing Fees | | | 8,505.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |

| Date | Customer | | Amount | Status | Type | Account |
|---|---|---|---|---|---|---|
| 12/25/2025 | Customer name. Redacted as DTC Sales | | 113.17 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/26/2025 | Customer name. Redacted as DTC Sales | | 1,903.49 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/26/2025 | Customer name. Redacted as Royalty Licensing Fees | | 94,483.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 12/29/2025 | Customer name. Redacted as DTC Sales | | 360.64 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/30/2025 | Customer name. Redacted as DTC Sales | | 153.96 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 12/30/2025 | Customer name. Redacted as Royalty Licensing Fees | 647.16 | 760.02 | Reconciled | Deposit | |
| 12/30/2025 | Customer name. Redacted as Royalty Licensing Fees | 695.11 | 816.34 | Reconciled | Deposit | |
| 12/30/2025 | Customer name. Redacted as Royalty Licensing Fees | 793.57 | 579.36 | Reconciled | Deposit | |
| 12/31/2025 | Customer name. Redacted as Raw Material Sales | | 25,767.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| | | | **253,904.36** | | | |

# EXHIBIT "D"

**Checking - Wells Fargo 2016**
**December 2025**

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|------|-------|------|------------------|---------------|----------------------|------|---------|
| 12/01/2025 | Seth Casden | CEO Salary per BK Court Approval | | 25,000.00 | Reconciled | Expense | Payable |
| 12/01/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 783.83 | Reconciled | Pmt | WFB Mastercard 1195 |
| 12/01/2025 | Vendor name. Redacted as confidential b | CIO/CTO Consultant | | 2,500.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Printing Cost | | 5.08 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Administration Support | | 500.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 88.54 | Reconciled | Pmt | WFB Mastercard 2711 |
| 12/01/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 15,000.00 | Reconciled | Pmt | Visa 9938 |
| 12/01/2025 | Vendor name. Redacted as confidential b | Indian Sales Representative | | 500.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Eastern European Sales Representative | -3200 | 3,795.52 | Reconciled | Bill Payment EUR | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Regulatory & QMS Costs | | 1,382.50 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 49.00 | Reconciled | Pmt | WFB Mastercard 3243 |
| 12/01/2025 | Vendor name. Redacted as confidential b | OOP Expense Reimbursement | | 145.72 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | OOP Expense Reimbursement | | 360.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Oceania Sales & Regulatory Support Representative | | 2,500.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | IT Consultant | | 650.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Asian Liaison Office - Taiwan Sales Representative | | 4,100.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Japan Sales Representative + Japan Office Expenses | | 1,030.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Clinical Studies Consultant | | 5,015.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 925.02 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 300.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 300.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 2,197.34 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 300.00 | Reconciled | Bill Payment USD | |
| 12/01/2025 | Vendor name. Redacted as confidential b | Marketing Consultant | | 6,500.00 | Reconciled | Bill Payment USD | |
| 12/02/2025 | Vendor name. Redacted as confidential b | Administration Support | | 8,250.00 | Reconciled | Bill Payment USD | |
| 12/02/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 275.28 | Reconciled | Bill Payment USD | |
| 12/02/2025 | Vendor name. Redacted as confidential b | Tradeshow Cost | | 9,000.00 | Reconciled | Bill Payment USD | |
| 12/05/2025 | Vendor name. Redacted as confidential b | Marketing & PR Consultant | | 8,000.00 | Reconciled | Bill Payment USD | |
| 12/09/2025 | Vendor name. Redacted as confidential b | Bank Fees | | 25.00 | Reconciled | Expense | Finance Charges:Processing / Service |
| 12/09/2025 | Vendor name. Redacted as confidential b | OOP Expense Reimbursement | | 2,577.23 | Reconciled | Bill Payment USD | |
| 12/09/2025 | Vendor name. Redacted as confidential b | OOP Expense Reimbursement | | 1,500.00 | Reconciled | Bill Payment USD | |
| 12/11/2025 | TriNet HR Corporation | Payroll Cost | | 48,741.91 | Reconciled | Bill Payment USD | |
| 12/15/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 4,969.06 | Reconciled | Pmt | WFB Mastercard 1195 |
| 12/16/2025 | Vendor name. Redacted as confidential b | Regulatory & QMS Costs | -1500 | 1,017.60 | Reconciled | Bill Payment AUD | |
| 12/16/2025 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10,000.00 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Buchalter | Chapter 11 Professionals - Patent Services | | 2,500.00 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2,500.00 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 3,947.00 | Reconciled | Pmt | WFB Mastercard 3243 |
| 12/16/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 3,560.91 | Reconciled | Pmt | WFB Mastercard 1195 |
| 12/16/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 16,735.09 | Reconciled | Pmt | Visa 9938 |
| 12/16/2025 | Vendor name. Redacted as confidential b | Japan Sales Representative + Japan Office Expenses | | 1,030.00 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 79.99 | Reconciled | Pmt | WFB Mastercard 2711 |
| 12/16/2025 | Vendor name. Redacted as confidential b | Printing Cost | | 4,272.25 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | CFO Salary | | 2,021.25 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | CFO Salary | | 0.50 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Clinical Studies Consultant | | 4,957.00 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Shipping Cost | | 2,632.50 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Patent Cost | | 509.88 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Patent Cost | | 5,356.33 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Patent Cost | | 1,156.41 | Reconciled | Bill Payment USD | |
| 12/16/2025 | Vendor name. Redacted as confidential b | Marketing Consultant | | 5,200.00 | Reconciled | Bill Payment USD | |
| 12/17/2025 | Vendor name. Redacted as confidential b | Consulting Fees | | 800.00 | Reconciled | Bill Payment USD | |
| 12/17/2025 | Vendor name. Redacted as confidential b | Administration Support | | 500.00 | Reconciled | Bill Payment USD | |
| 12/17/2025 | Vendor name. Redacted as confidential b | Business Applications & Software Expenses | | 478.02 | Reconciled | Bill Payment USD | |
| 12/17/2025 | Vendor name. Redacted as confidential b | Marketing Cost | | 1,680.00 | Reconciled | Bill Payment USD | |
| 12/23/2025 | Vendor name. Redacted as confidential b | Bank Fees | | 18.00 | Reconciled | Expense | Finance Charges:Processing / Service |
| 12/25/2025 | Vendor name. Redacted as confidential b | Bank Fees | | 10.00 | Reconciled | Expense | Finance Charges:Processing / Service |
| 12/29/2025 | TriNet HR Corporation | Payroll Cost | | 8,901.09 | Reconciled | Bill Payment USD | |
| 12/29/2025 | TriNet HR Corporation | Payroll Cost | | 48,711.91 | Reconciled | Bill Payment USD | |
| 12/29/2025 | Vendor name. Redacted as confidential b | Team Builing | | 581.77 | Reconciled | Expense | & Team Building |
| 12/29/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 3,349.24 | Reconciled | Pmt | WFB Mastercard 2711 |
| 12/29/2025 | Vendor name. Redacted as confidential b | Credit Card Payment | | 3,109.63 | Reconciled | Pmt | WFB Mastercard 1195 |
| 12/31/2025 | Vendor name. Redacted as confidential b | Professional Services | | 6,591.94 | Reconciled | Bill Payment USD | |
| | | | | **300,398.88** | | | |
| | | | | | | | |
| 12/31/2025 | Kresimir Hernaus (ERSTE Bank Account) | Eastern European Office OOP Expenses Reimbursement | -788 | 924.54 | Reconciled | Bill Payment | Accounts Payable (A/P) - EUR |

# EXHIBIT "E"

**Hologenix LLC**
**A/P Aging Summary**
As of December 31, 2025

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| LNBYG | Chapter 11 Legal Rep - LNBYG | 145,809.34 | | 54.20 | 881,551.13 | 1,027,414.67 |
| Theodora Oringher PC | Chapter 11 MET Legal Fees - MET vs. Seth Casden | | 135.00 | 1,080.00 | 238,617.21 | 239,832.21 |
| Buchalter | Chapter 11 Professionals - Patent Services | | 5,250.00 | | 105,650.10 | 110,900.10 |
| Vendor name. Redacted as confidential business information. | Office Rent | | 12,672.00 | | 43,557.18 | 56,229.18 |
| Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | 7,319.00 | | 5,446.73 | 35,179.43 | 47,945.16 |
| Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | 25,970.00 | | | | 25,970.00 |
| Vendor name. Redacted as confidential business information. | Consulting Cost | 5,000.00 | 5,000.00 | 5,000.00 | | 15,000.00 |
| Vendor name. Redacted as confidential business information. | Chapter 11 Accountant & Tax Consultant | | | 14,500.00 | | 14,500.00 |
| Vendor name. Redacted as confidential business information. | CIO/CTO Consultant + Research & Experimental Expenses | 2,500.00 | | | 10,000.00 | 12,500.00 |
| Vendor name. Redacted as confidential business information. | Marketing Samples | | | | 9,896.25 | 9,896.25 |
| Vendor name. Redacted as confidential business information. | Marketing & PR Consultant | 8,220.00 | | | | 8,220.00 |
| Vendor name. Redacted as confidential business information. | Marketing Consultant | 6,500.00 | | | | 6,500.00 |
| Fisher & Phillips, LLP | Chapter 11 Professionals - Corporate GC Services | | | | 6,391.50 | 6,391.50 |
| Vendor name. Redacted as confidential business information. | | | | | 5,000.00 | 5,000.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 4,395.93 | | | | 4,395.93 |
| Vendor name. Redacted as confidential business information. | OOP Expense Reimbursement | 2,695.00 | | | | 2,695.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 2,536.90 | | | | 2,536.90 |
| Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | 2,500.00 | | | | 2,500.00 |
| Vendor name. Redacted as confidential business information. | Shippung Cost | 2,393.07 | | | | 2,393.07 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | | | | 1,550.52 | 1,550.52 |
| Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | 1,532.32 | | | | 1,532.32 |
| Vendor name. Redacted as confidential business information. | Marketing Consultant | 1,040.00 | | | | 1,040.00 |
| Vendor name. Redacted as confidential business information. | Shipping Cost | 975.00 | | | | 975.00 |
| Vendor name. Redacted as confidential business information. | Foreign Corporate GC Services | 916.14 | | | | 916.14 |
| Vendor name. Redacted as confidential business information. | Shipping Cost | 857.99 | | | | 857.99 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | | | | 800.00 | 800.00 |
| Vendor name. Redacted as confidential business information. | OOP Expense Reimbursement | 810.67 | | | -19.82 | 790.85 |
| Vendor name. Redacted as confidential business information. | OOP Expense Reimbursement | 778.97 | | | | 778.97 |
| Vendor name. Redacted as confidential business information. | Parking Cost | | | | 761.95 | 761.95 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 755.50 | | | 0.00 | 755.50 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 700.00 | | | | 700.00 |
| Vendor name. Redacted as confidential business information. | IT Consulting | 650.00 | | | | 650.00 |
| Vendor name. Redacted as confidential business information. | India Sales Representative | 500.00 | | | | 500.00 |
| Vendor name. Redacted as confidential business information. | Inventory Storage | 471.59 | | | | 471.59 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 335.88 | | | | 335.88 |
| Vendor name. Redacted as confidential business information. | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | | 167.73 | | -51.86 | 115.87 |
| Vendor name. Redacted as confidential business information. | OOP Expense Reimbursement | 98.14 | | | | 98.14 |
| Vendor name. Redacted as confidential business information. | Filing Fees | | | 90.00 | | 90.00 |
| Vendor name. Redacted as confidential business information. | Filing Fess | | | 25.00 | | 25.00 |
| Vendor name. Redacted as confidential business information. | Clinical Studies Cost | | | 20.00 | | 20.00 |
| | | | | | | |
| Wells Fargo CCs | Outstanding Credit Cards Balance | | | | | 11,943.02 |
| Chapter 11 Payroll | 2024-2025 Employee Bonuses & Sales Commission | | | | | 1,395.83 |
| Insider Compensation Payable - BOM | Unpaid Guaranteed Payments & Service Fees to BOM | | | | | 210,000.00 |
| Insider Compensation Payable - Seth | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | | | | 577,357.16 |
| Due to Members - Seth | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | | | | 105,000.00 |
| Accrued Payables | Accrual for expenses incurred in 2024-2025 | | | | | 33,544.05 |
| | | | | | $ | 2,553,942.95 |

# EXHIBIT "F"

## A/R Aging Summary
**As of December 31,2025**

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 203,102.83 | | | | 203,102.83 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 122,442.58 | | | | 122,442.58 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 38,275.00 | | | | 38,275.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 23,575.19 | | | | 23,575.19 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 20,055.00 | | | | 20,055.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 17,422.67 | | | | 17,422.67 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 8,046.50 | | | | 8,046.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 6,862.50 | 942.50 | | | 7,805.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,537.50 | | | 3,605.00 | 5,142.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 4,583.28 | | | | 4,583.28 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 3,231.67 | | 139.62 | 3,371.29 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 2,025.79 | | | | 2,025.79 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,670.52 | | | | 1,670.52 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,544.19 | | | 0.01 | 1,544.20 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,473.28 | | | | 1,473.28 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 887.99 | | | 465.80 | 1,353.79 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,011.92 | | | | 1,011.92 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 774.85 | | | 774.85 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 728.74 | | | | 728.74 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 323.08 | | 241.68 | 564.76 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 535.94 | 535.94 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 372.95 | | | 77.75 | 450.70 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 395.58 | | | | 395.58 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 207.86 | 207.86 |

| | | | | | |
|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | 86.60 | | | | 86.60 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 84.03 | 84.03 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | | 3.29 | 3.29 |
| **Customer name. Redacted as confidential business information.** Royalty Licensing Fees | | | 0.01 | | |
| | **456,100.61** | **5,272.10** | **0.01** | **6,564.10** | **467,936.81** |

# IZVOD PROMETA PO RAČUNU

Datum i vrijeme izdavanja:  01.01.2026. 14:12
Za razdoblje (po datumu obrade):  01.12.2025. do 31.12.2025.

**ERSTE&STEIERMÄRKISCHEBANK D.D.**
OIB:  ▓▓▓▓▓9320
SWIFT/BIC: ESBCHR22
SAVJETODAVNI CENTAR ZAGREB - VUKOVARSKA
10000 ZAGREB, IVANA LUČIĆA 2
Tel.: (072) 37 2580 Faks: (072) 37 1956

**KREŠIMIR HERNAUS**
KARLOVAČKA CESTA 65 D/1
10000 ZAGREB
REPUBLIKA HRVATSKA

Naziv klijenta:      KREŠIMIR HERNAUS
OIB:                 45925046683

IBAN:                HR2224020063212234851
Naziv računa:        TEKUĆI RAČUN
Oznaka valute:       EUR

| Datum valute / Datum obrade | Platitelj/Primatelj / Broj računa/IBAN / Tečaj | Redni broj / Opis plaćanja / Šifra namjene | Poziv na broj zaduženja / Poziv na broj odobrenja / Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| **Početno stanje** | | | | | **20,34** |
| 01.12.2025 01.12.2025 | ▓▓▓▓▓ | | HR99 HR99 3550122880-504291496 | | |
| | | | | | 1.901,80 |
| 01.12.2025 01.12.2025 | ▓▓▓▓▓ | | HR05 245139206-173 HR99 2025-111641764-10654824310 | 411,80 | |
| 01.12.2025 01.12.2025 | ▓▓▓▓▓ ADE | | HR99 HR99 2025-111641764-10654824312 | | 0,35 |
| 01.12.2025 01.12.2025 | ▓▓▓▓▓ | | HR05 245139206-173 HR99 2025-111645510-10654831071 | 700,00 | |
| 01.12.2025 01.12.2025 | ▓▓▓▓▓ E | | HR99 HR99 2025-111645510-10654831074 | | 0,35 |
| 01.12.2025 02.12.2025 | ▓▓▓▓▓ | | HR99 HR99 10657040090 | | 6,99 |
| 03.12.2025 03.12.2025 | ▓▓▓▓▓ | | HR99 HR99 2025-112530183-10664200276 | | 700,00 |
| 05.12.2025 05.12.2025 | ▓▓▓▓▓ | | HR99 HR99 10672104908 | 505,74 | |
| 05.12.2025 05.12.2025 | ▓▓▓▓▓ 3 | | HR99 HR99 10672564235 | 279,56 | |
| 09.12.2025 09.12.2025 | ▓▓▓▓▓ | | HR99 HR99 10681877236 | 50,00 | |

| Datum valute Datum obrade | Platitelj/Primatelj Broj računa/IBAN Tečaj | Redni broj Opis plaćanja Šifra namjene | Poziv na broj zaduženja Poziv na broj odobrenja Referenca plaćanja | Isplata | Uplata |
|---|---|---|---|---|---|
| | | ZAGREB Jarušćica bb, 09.12.2025 09:31 | | | |
| 16.12.2025 16.12.2025 | | | HR99 HR99 10705496571 | | 22,00 |
| 16.12.2025 16.12.2025 | | | HR99 HR99 10705503574 | | 7,80 |
| 24.12.2025 24.12.2025 | | | HR99 HR99 10730653015 | | 100,00 |
| 24.12.2025 24.12.2025 | | | HR99 HR99 10730653040 | | 3,69 |
| 31.12.2025 31.12.2025 | | | HR99 HR99 2025-122614639-10743368559 | 190,48 | |
| 31.12.2025 31.12.2025 | | | HR99 HR99 10746821964 | | 2,00 |
| **Konačno stanje** | | | | | **722,34** |

| REKAPITULACIJA | | Prethodno stanje | 20,34 | **Konačno stanje** | **722,34** |
|---|---|---|---|---|---|
| Naloga na teret | 13 | Dugovni promet | 2.090,28 | Rezervirano za naplatu | 0,00 |
| Naloga u korist | 3 | Potražni promet | 2.792,28 | Prekoračenje | 0,00 |
| Naloga ukupno | 16 | Ukupno promet | 702,00 | Rezervirano po nalogu FINA-e | 0,00 |
| | | | | Raspoloživo stanje | 722,34 |

**Vaš međunarodni broj bankovnog računa (IBAN) je HR2224020063212234851, a identifikacijska šifra banke je ESBCHR22.**

|  |  |  |  | € | **107.18** | As 12/31/2025 |
|  |  |  |  | $ | 142.33 |  |

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance |
|---|---|---|---|---|---|---|
|  | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 |
|  | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 |
|  | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 |
|  | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 |
|  | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 |
|  | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 |
|  | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 |
|  | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 |
|  | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 |
|  | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 |
|  | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 |
|  | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 |
|  | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 |
|  |  |  |  |  |  |  |
|  |  | **Account balance on 12/31/2023** |  | 456.54 | EUR |  |



| Merchant Account ID: ████████QAWQ | PayPal ID: ap@celliant.com | 12/1/25 - 12/31/25 |

## Statement for December 2025

Hologenix, LLC
1113 Montana Ave #13
Suite 13
90403 Santa Monica

## Balance Summary (12/1/25 - 12/31/25)

|     | Available beginning | Available ending | Withheld beginning | Withheld ending |
|-----|--------------------:|-----------------:|-------------------:|----------------:|
| USD | 446.49              | 0.00             | 0.00               | 0.00            |
| EUR | 1,400.30            | 0.00             | 0.00               | 0.00            |
| GBP | 187.73              | 0.00             | 0.00               | 0.00            |



| Merchant Account ID: ████████QAWQ | PayPal ID: ap@celliant.com | 12/1/25 - 12/31/25 |
|---|---|---|

## Activity Summary (12/1/25 - 12/31/25)

|  | USD | EUR | GBP |
|---|---|---|---|
| **Beginning Available Balance** | **446.49** | **1,400.30** | **187.73** |
| Payments received | 0.00 | 0.00 | 0.00 |
| Payments sent | 0.00 | 0.00 | 0.00 |
| Withdrawals and Debits | -2,266.82 | 0.00 | 0.00 |
| Deposits and Credits | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 |
| Transfers | 1,820.33 | -1,400.30 | -187.73 |
| **Ending Available Balance** | **0.00** | **0.00** | **0.00** |



Merchant Account ID: N6TPDFYPZQAWQ          PayPal ID: ap@celliant.com                    12/1/25 - 12/31/25

## Withdrawals and Debits

| Description | USD | EUR | GBP |
|---|---|---|---|
| Transfer Withdrawal | -2,266.82 | 0.00 | 0.00 |
| Total | **-2,266.82** | **0.00** | **0.00** |

## Transfers

| Description | USD | EUR | GBP |
|---|---|---|---|
| Currency Conversion | 1,820.33 | -1,400.30 | -187.73 |
| Total | **1,820.33** | **-1,400.30** | **-187.73** |



| Merchant Account ID: N6TPDFYPZQAWQ | PayPal ID: ap@celliant.com | 12/1/25 - 12/31/25 |
|---|---|---|

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 12/11/25 | User Initiated Withdrawal<br>ID: 53216103SL2354503 | | -446.49 | 0.00 | -446.49 |
| 12/11/25 | User Initiated Withdrawal<br>ID: 18K023055S185415B | | -1,578.35 | 0.00 | -1,578.35 |
| 12/11/25 | General Currency Conversion<br>ID: 55378852SE164734J | | 1,578.35 | 0.00 | 1,578.35 |
| 12/11/25 | User Initiated Withdrawal<br>ID: 9VF4828892633994P | | -241.98 | 0.00 | -241.98 |
| 12/11/25 | General Currency Conversion<br>ID: 3WA23634YU853703D | | 241.98 | 0.00 | 241.98 |

## Transaction History - EUR

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 12/11/25 | General Currency Conversion<br>ID: 8LV50672FA404980K | | -1,400.30 | 0.00 | -1,400.30 |

## Transaction History - GBP

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 12/11/25 | General Currency Conversion<br>ID: 9S592189NF6541819 | | -187.73 | 0.00 | -187.73 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠

December 31, 2025 ■ Page 1 of 7



HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**3 Things to watch out for when shopping online for the holidays**

**1. Fake fraud alerts.** If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant, your bank, or card provider directly to verify.
**2. Bogus shipping notifications.** Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open attachments without verifying first.
**Tip:** If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
**3. AI-created scam websites.** Avoid advertised links from search results. Double check the URL for misspellings or extra characters before clicking "Buy".
**Tip:** Use a credit card to make online purchases if you can - it has additional protection.

**Donate safely and avoid charity scams**

Before donating, research new charities using a resource like Better Business Bureau® or give.org.



## Statement period activity summary

| | | |
|---|---|---:|
| Beginning balance on 12/1 | | $449,790.56 |
| Deposits/Credits | | 253,851.36 |
| Withdrawals/Debits | | - 299,421.34 |
| **Ending balance on 12/31** | | **$404,220.58** |

Account number: ⬛2016  (primary account)

**HOLOGENIX LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 12/1 | | ███████████ | 4,011.17 | | |
| 12/1 | | ███████████ | 25.83 | | |
| 12/1 | | ███████████ | 209.44 | | |
| 12/1 | | ███████████ | | 2,500.00 | |
| 12/1 | | WT Fed#█████ ██████ ██ Sher..Ban /Ftr/Bnf Kotin Regiment.. GW██████████████ | | 5,015.00 | |
| 12/1 | | ███████████ | | 1,030.00 | |
| 12/1 | | ███████████ | | 3,795.52 | |
| 12/1 | | ███████████ | | 4,100.00 | |
| 12/1 | | ███████████ | | 2,860.00 | |
| 12/1 | | ███████████ | | 500.00 | |
| 12/1 | | ███████████ | | 4,022.36 | |
| 12/1 | | ███████████ 12/01 Ref.. | | 1,382.50 | |
| 12/1 | | ███████████ | | 500.00 | |
| 12/1 | | ███████████ | | 6,500.00 | |
| 12/1 | | Z███████████ | | 650.00 | |
| 12/1 | | ███████████ | | 145.72 | |
| 12/1 | | Hologenix LLC Partial Payment CC 9998 | | 15,000.00 | |
| 12/1 | | Online Transfer to Casden S Ref #Ib0Vwlp756 Premier Checking Hologenix LLC November 2025 Services | | 25,000.00 | |
| 12/1 | | ███████████ | | 49.00 | |
| 12/1 | | ███████████ | | 88.54 | |
| 12/1 | | ███████████ Card Hologenix LLC Pay In Full Bar CC 1195 | | 783.83 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 12/1 | < | Iübqjpghxne Hologenix LLC | | 5.08 | 380,109.45 |
| 12/2 | | Online Transfer to Casden S Ref #Ib0Vx5Qqb2 Premier Checking Chs Payment Reimbursement | | 9,000.00 | |
| 12/2 | | | | 275.28 | |
| 12/2 | | | | 8,250.00 | 362,584.17 |
| 12/4 | | | 82.93 | | 362,667.10 |
| 12/5 | | | 165.36 | | |
| 12/5 | < | 251209 Hologenix LLC | | 8,000.00 | 354,832.46 |
| 12/8 | | | 101.30 | | |
| 12/8 | | | 2,267.50 | | |
| 12/8 | | | 300.00 | | 357,501.26 |
| 12/9 | | | 10.05 | | |
| 12/9 | | | 777.06 | | |
| 12/9 | | | | 1,500.00 | |
| 12/9 | | | | 2,577.23 | 354,211.14 |
| 12/10 | | Ltd. Srf# S0653440787801 Trn#251210016920 Rfb# | 22,107.50 | | 376,318.64 |
| 12/11 | | | 10.01 | | |
| 12/11 | | | 241.98 | | |
| 12/11 | | | 446.49 | | |
| 12/11 | | | 1,578.35 | | |
| 12/11 | | WT Fed#03R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri3450006.14 Trn#251211042597 Rfb# Q+50389936 015 | | 48,741.91 | |
| 12/11 | | Online Transfer Ref #Ib0W2RT02Q to Signif; Business Essential | | 4,969.06 | 324,884.50 |
| 12/12 | | | 40.98 | | |
| 12/12 | | | 223.96 | | 325,149.44 |
| 12/15 | | Shopify Shopify St 36Y3J3K9A4N8 Hologenix LLC | 144.67 | | |
| 12/15 | | | 220.00 | | 325,514.11 |
| 12/16 | | | | 4,272.25 | |
| 12/16 | | WT 251216 404570 Umpqua Bank Olm /Bnf=Commercial LP Srf# | | 7,022.62 | |
| 12/16 | | Ow00006417343417 | | 4,957.00 | |
| 12/16 | | WT 251216 108960 Commonwealth Bank O /Bnf=Purpose | | 1,017.60 | |
| 12/16 | | | | 5,200.00 | |
| 12/16 | | Ow00006417343417 | | 2,021.75 | |
| 12/16 | | | | 1,030.00 | |
| 12/16 | | Trn#251216109126 Rfb# Ow00006417343417 | | 2,632.50 | |
| 12/16 | | WT Fed#01R00 Zions Bancorporati /Ftr/Bnf=Buchalter Srf# Ow00006417343417 Trn#251216109881 Rfb# Ow00006417343417 | | 2,500.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/16 | | WT Fed#03R00 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00006417346806 Trn#251216110146 Rfb# Ow00006417346806 | | 10,000.00 | |
| 12/16 | | WT Seq110418 Troutman Pepper Locke L /Bnf=Troutman Pepper Hamilton Sanders L Srf# Ow00006417349843 Trn#251216110418 Rfb# Ow00006417349843 | | 2,500.00 | |
| 12/16 | | | | 16,735.09 | |
| 12/16 | | | | 79.99 | |
| 12/16 | | | | 3,560.91 | |
| 12/16 | | | | 3,947.00 | 258,037.40 |
| 12/17 | | | 1,092.34 | | |
| 12/17 | | | | 478.02 | |
| 12/17 | | | | 800.00 | |
| 12/17 | < | | 1,680.00 | | |
| 12/17 | < | | 500.00 | | 255,671.72 |
| 12/18 | | | 24.39 | | |
| 12/18 | | | 315.05 | | |
| 12/18 | | | 6,974.00 | | |
| 12/18 | | | 834.22 | | 263,819.38 |
| 12/19 | | | 2,709.36 | | 266,528.74 |
| 12/22 | | | 210.00 | | |
| 12/22 | | | 2,456.27 | | |
| 12/22 | | Shopify Shopify St-x8w6A751W9M4 Hologenix LLC | 794.95 | | 269,989.96 |
| 12/23 | | | 95.62 | | |
| 12/23 | | | 577.78 | | 270,663.36 |
| 12/24 | | Shopify Transfer 251223 Shopify Hologenix LLC | 18.98 | | |
| 12/24 | | | 898.87 | | |
| 12/24 | | | 8,505.00 | | |
| 12/24 | | | 10,933.56 | | |
| 12/24 | | | 59,519.41 | | 350,539.18 |
| 12/26 | | | 94,473.00 | | |
| 12/26 | | | 113.17 | | |
| 12/26 | | | 1,903.49 | | 447,028.84 |
| 12/29 | | | 360.64 | | |
| 12/29 | | | | 3,109.63 | |
| 12/29 | | | | 3,349.24 | |
| 12/29 | | WT Fed#03R00 Keybank National A /Drw/Bnf=1/Trinet Hr Ill, Inc Srf# Exttri3630005.1+ Trn#251229061520 Rfb# Q+50401295 332 | | 48,711.91 | |
| 12/29 | | WT Fed#01R00 Keybank National A /Drw/Bnf=1/Trinet Hr Ill, Inc Srf# Exttri3630005.1+ Trn#251229062289 Rfb# Q+50405520 332 | | 8,901.09 | |



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 12/29 | | | | 581.77 | 382,735.84 |
| 12/30 | | | 153.96 | | |
| 12/30 | | | 816.34 | | |
| 12/30 | | | 760.02 | | |
| 12/30 | | | 579.36 | | 385,045.52 |
| 12/31 | | Company Ltd | 25,767.00 | | |
| 12/31 | < | arije Hologenix LLC | | 6,591.94 | 404,220.58 |



| **Totals** | | | **$253,851.36** | **$299,421.34** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2025 - 12/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| **How to avoid the monthly service fee** | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $341,234.00 | √ |
| • Minimum daily balance | $500.00 | $255,671.72 | √ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 55 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 IMPORTANT ACCOUNT INFORMATION



**Important updates to your Initiate Business Checking Account**

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective **March 1, 2026.**

**What's changing?**
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after **March 1, 2026:**
- Monthly Service Fee: Increasing from **$10** to **$15.**
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from **$500** to **$2,000.**
2. New option: **Maintain a combined business deposit balance of $5,000** or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

**How to avoid the monthly service fee** (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any **one** of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

**Need help?**
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

———————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ...................... $ _____

**ADD**

**B.** Any deposits listed in your             $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.             + $ _____

...................................... **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

......................................
. **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ........................... $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

1/28/26, 11:53 PM

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
|---|---|
| Statement beginning balance | 20.34 |
| Checks and payments cleared (3) | -1,209.80 |
| Deposits and other credits cleared (1) | 1,911.80 |
| Statement ending balance | 722.34 |
| | |
| Register balance as of 12/31/2025 | 722.34 |

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 12/01/2025 | Expense | | | -10.00 |
| 12/01/2025 | Bill Payment | ERSTE November26 | | -411.80 |
| 12/31/2025 | Bill Payment | ERSTE December25 | | -788.00 |
| Total | | | | -1,209.80 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (EUR) |
|---|---|---|---|---|
| 11/26/2025 | Transfer | | | 1,911.80 |
| Total | | | | 1,911.80 |

2/28/26, 11:54 PM

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
|---|---|
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 12/31/2025 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 2,282.76 |
| Checks and payments cleared (4) | -2,282.76 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 12/31/2025 | 0.00 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/11/2025 | Transfer | | | -446.49 |
| 12/11/2025 | Transfer | | | -1,578.35 |
| 12/11/2025 | Transfer | | | -241.98 |
| 12/11/2025 | Expense | | Paypal | -15.94 |
| Total | | | | -2,282.76 |

Hologenix LLC

**1000.300 Petty Cash, Period Ending 11/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 12/13/2025

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 58.13 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 58.13 |
| | |
| Register balance as of 11/30/2025 | 58.13 |

1/28/26, 11:55 PM

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 12/31/2025 | 1,597.78 |

2/28/26, 11:56 PM

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 449,790.57 |
| Checks and payments cleared (63) | -299,474.34 |
| Deposits and other credits cleared (44) | 253,904.36 |
| Statement ending balance | 404,220.59 |
| | |
| Uncleared transactions as of 12/31/2025 | -3,099.00 |
| Register balance as of 12/31/2025 | 401,121.59 |
| Cleared transactions after 12/31/2025 | 0.00 |
| Uncleared transactions after 12/31/2025 | 2,283.06 |
| Register balance as of 01/14/2026 | 403,404.65 |

## Details

Checks and payments cleared (63)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2025 | Bill Payment | | Anna Kaladka | -500.00 |
| 12/01/2025 | Bill Payment | | | -2,197.34 |
| 12/01/2025 | Bill Payment | | | -300.00 |
| 12/01/2025 | Bill Payment | | | -6,500.00 |
| 12/01/2025 | Credit Card Payment | | | -783.83 |
| 12/01/2025 | Bill Payment | | | -300.00 |
| 12/01/2025 | Bill Payment | | | -300.00 |
| 12/01/2025 | Bill Payment | | | -925.02 |
| 12/01/2025 | Bill Payment | | | -5,015.00 |
| 12/01/2025 | Bill Payment | | | -1,030.00 |
| 12/01/2025 | Bill Payment | | | -4,100.00 |
| 12/01/2025 | Bill Payment | | | -2,500.00 |
| 12/01/2025 | Bill Payment | | | -5.08 |
| 12/01/2025 | Expense | November2025(BK) | Seth Casden | -25,000.00 |
| 12/01/2025 | Bill Payment | | | -650.00 |
| 12/01/2025 | Bill Payment | | | -2,500.00 |
| 12/01/2025 | Bill Payment | | | -360.00 |
| 12/01/2025 | Bill Payment | | | -145.72 |
| 12/01/2025 | Credit Card Payment | | | -49.00 |
| 12/01/2025 | Bill Payment | | | -1,382.50 |
| 12/01/2025 | Bill Payment | | | -3,795.52 |
| 12/01/2025 | Bill Payment | | | -500.00 |
| 12/01/2025 | Credit Card Payment | | | -15,000.00 |
| 12/01/2025 | Credit Card Payment | | | -88.54 |
| 12/02/2025 | Bill Payment | | | -9,000.00 |
| 12/02/2025 | Bill Payment | | | -275.28 |
| 12/02/2025 | Bill Payment | | | -8,250.00 |
| 12/05/2025 | Bill Payment | | | -8,000.00 |
| 12/09/2025 | Expense | | | -25.00 |
| 12/09/2025 | Bill Payment | | | -1,500.00 |

| 12/09/2025 | Bill Payment | | | -2,577.23 |
| 12/11/2025 | Bill Payment | | TriNet HR Corporation | -48,741.91 |
| 12/11/2025 | Credit Card Payment | | | -4,969.06 |
| 12/16/2025 | Bill Payment | Fee App 6-Payment 10 | Troutman Pepper LLP | -2,500.00 |
| 12/16/2025 | Credit Card Payment | | | -3,560.91 |
| 12/16/2025 | Credit Card Payment | | | -16,735.09 |
| 12/16/2025 | Bill Payment | | | -1,030.00 |
| 12/16/2025 | Credit Card Payment | | | -79.99 |
| 12/16/2025 | Bill Payment | Fee App 4-Payment 35 | LNBYG | -10,000.00 |
| 12/16/2025 | Bill Payment | | | -4,272.25 |
| 12/16/2025 | Bill Payment | | | -2,021.25 |
| 12/16/2025 | Bill Payment | | | -509.88 |
| 12/16/2025 | Bill Payment | | | -4,957.00 |
| 12/16/2025 | Bill Payment | Payment 33 | | -1,017.60 |
| 12/16/2025 | Bill Payment | | | -0.50 |
| 12/16/2025 | Credit Card Payment | | | -3,947.00 |
| 12/16/2025 | Bill Payment | Fee App 5-Payment 23 | Buchalter | -2,500.00 |
| 12/16/2025 | Bill Payment | | | -5,200.00 |
| 12/16/2025 | Bill Payment | | | -1,156.41 |
| 12/16/2025 | Bill Payment | | | -5,356.33 |
| 12/16/2025 | Bill Payment | | | -2,632.50 |
| 12/17/2025 | Bill Payment | | | -1,680.00 |
| 12/17/2025 | Bill Payment | | | -478.02 |
| 12/17/2025 | Bill Payment | | | -500.00 |
| 12/17/2025 | Bill Payment | | | -800.00 |
| 12/23/2025 | Expense | | | -18.00 |
| 12/25/2025 | Expense | | | -10.00 |
| 12/29/2025 | Bill Payment | | TriNet HR Corporation | -8,901.09 |
| 12/29/2025 | Credit Card Payment | | | -3,109.63 |
| 12/29/2025 | Bill Payment | | TriNet HR Corporation | -48,711.91 |
| 12/29/2025 | Expense | | | -581.77 |
| 12/29/2025 | Credit Card Payment | | | -3,349.24 |
| 12/31/2025 | Bill Payment | | | -6,591.94 |

| Total | | | | -299,474.34 |

Deposits and other credits cleared (44)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 12/01/2025 | Deposit | 133998084461 | | 25.83 |
| 12/01/2025 | Receive Payment | | | 4,011.17 |
| 12/01/2025 | Deposit | | | 209.44 |
| 12/04/2025 | Deposit | | | 82.93 |
| 12/05/2025 | Deposit | 134092357997 | | 165.36 |
| 12/08/2025 | Deposit | 134122144109 | | 101.30 |
| 12/08/2025 | Deposit | | iti… | 300.00 |
| 12/08/2025 | Receive Payment | | | 2,267.50 |
| 12/09/2025 | Receive Payment | | | 777.06 |
| 12/09/2025 | Deposit | 134147146093 | | 10.05 |
| 12/10/2025 | Receive Payment | | | 22,132.50 |
| 12/11/2025 | Transfer | | | 446.49 |
| 12/11/2025 | Deposit | 134190661997 | | 10.01 |
| 12/11/2025 | Deposit | 134135054701 | | 40.98 |
| 12/11/2025 | Transfer | | | 1,578.35 |
| 12/11/2025 | Transfer | | | 241.98 |
| 12/12/2025 | Deposit | 134214713709 | | 223.96 |
| 12/15/2025 | Deposit | 134248857965 | | 144.67 |

1/28/26, 11:56 PM

| Date | Type | | | Amount |
|---|---|---|---|---|
| 12/15/2025 | Deposit | | | 220.00 |
| 12/17/2025 | Deposit | | | 1,092.34 |
| 12/17/2025 | Deposit | 134243484013 | | 315.05 |
| 12/18/2025 | Deposit | | | 834.22 |
| 12/18/2025 | Receive Payment | | | 6,974.00 |
| 12/18/2025 | Deposit | | | 24.39 |
| 12/18/2025 | Deposit | 134312264045 | | |
| 12/19/2025 | Deposit | 134336840045 | | 2,709.36 |
| 12/21/2025 | Deposit | 134328418669 | | 210.00 |
| 12/22/2025 | Deposit | | | 794.95 |
| 12/22/2025 | Deposit | 134372655469 | | 2,456.27 |
| 12/23/2025 | Deposit | 134364004717 | | 18.98 |
| 12/23/2025 | Deposit | | | 577.78 |
| 12/23/2025 | Deposit | 134390317421 | | 95.62 |
| 12/24/2025 | Receive Payment | | | 8,505.00 |
| 12/24/2025 | Deposit | 134413451629 | | 898.87 |
| 12/24/2025 | Receive Payment | | | 59,537.41 |
| 12/24/2025 | Receive Payment | | | 10,933.56 |
| 12/25/2025 | Deposit | 134385795437 | | 113.17 |
| 12/26/2025 | Receive Payment | | | 94,483.00 |
| 12/26/2025 | Deposit | 134444122477 | | 1,903.49 |
| 12/29/2025 | Deposit | 134472204653 | | 360.64 |
| 12/30/2025 | Deposit | 134491865453 | | 153.96 |
| 12/30/2025 | Deposit | | | 579.36 |
| 12/30/2025 | Deposit | | | 816.34 |
| 12/30/2025 | Deposit | | | 760.02 |
| 12/31/2025 | Receive Payment | | | 25,767.00 |
| **Total** | | | | **253,904.36** |