UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>HOLOGENIX, LLC,<br><br>　　　　Defendant - Appellant. | No. 24-2881<br><br>D.C. No. 2:22-cv-07510-FMO<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered February 02, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT