

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### **TRANSCRIPT ORDER FORM**

CHAPTER 11.00

APPEAL?  ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __Roye Zur__    Attorney Bar# 273875

Law Firm: __Elkins Kalt Weintraub Reuben Gartside LLP__

Mailing Address: __10345 W. Olympic Blvd.__

__Los Angeles, CA 9064__

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): __Lisa Masse__

Telephone: (__310__) 746-4400    E-mail: __lmasse@elkinskalt.com__

Bankruptcy Case #: __2:20-bk-13849-BR__    Adversary Proceeding #/MP #: ____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): __02/17/2026__  Time: __10:00 a.m.__

Debtor: __Hologenix, LLC__

Adversary Proceeding Name: _____  vs. _____

Hearing Judge: __B. Russell__    Courtroom #: __LA 1668__

**TRANSCRIBER:** __Briggs Reporting__    **ALTERNATE:** __Echo Reporting__

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)   ☐ 3 Days   ☒ Entire Hearing
☐ 14 Days   ☒ Next Day (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote <u>prior</u> to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*