

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: John-Patrick M. Fritz      Attorney Bar# 245240

Law Firm: Levene, Neale, Bender, Yoo & Golubchik LLP

Mailing Address: 2818 La Cienega Avenue, Los Angeles, CA  90034

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Damon Woo

Telephone: (310)229-1234      E-mail: Damon@LNBYG.com

Bankruptcy Case #: 2:20-bk-13849-BR      Adversary Proceeding #/MP #: n/a

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): May 26, 2026 Time: 10:00 a.m.

Debtor: HOLOGENIX, LLC

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: B. Russell      Courtroom #: LA 1668 .

**TRANSCRIBER:** Briggs Reporting      **ALTERNATE:** Ben Hyatt

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:**  The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**      **NOTE:**  The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:**  Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days         ☐ Entire Hearing
☐ 14 Days               ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☒ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____      (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:**  Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:_____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:_____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

## **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:**  email price quote & invoice to procurement@cacb.uscourts.gov.  Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*