**Fill in this information to identify the case:**

Debtor Name _Hologenix, LLC_

United States Bankruptcy Court for the: Central District of California

Case number: _2:20-bk-13849-BR_

☐ Check if this is an
amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: _April 2026_                                 Date report filed: 04/01/2026
                                                                        MM / DD / YYYY

Line of business: _Fiber, Yarn, Thread Mills_       NAISC code: 3133

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Hologenix, LLC

Original signature of responsible party  _____

Printed name of responsible party     Seth Casden

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Hologenix, LLC                         Case number 2:20-bk-13849-BR

17. Have you paid any bills you owed before you filed bankruptcy?   ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 358,305.26

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ 576,263.96

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   − $ 437,023.48

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.   139,240.48

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 497,545.74

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 2,552,393.7

    *(Exhibit E)*

Debtor Name Hologenix, LLC

Case number 2:20-bk-13849-BR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 167,618.70

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  4

27. What is the number of employees as of the date of this monthly report?  7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 20,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 1,850,733.0

30. How much have you paid this month in other professional fees?  $ 10,000

31. How much have you paid in total other professional fees since filing the case?  $ 943,379.46

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 488,443 | − | $ 576,263.96 | = | $ -87,820.96 |
| 33. **Cash disbursements** | $ 413,941 | − | $ 437,023.48 | = | $ -23,082.48 |
| 34. **Net cash flow** | $ 74,502 | − | $ 139,240.48 | = | $ -64,738.48 |

35. Total projected cash receipts for the next month:  $ 430,898

36. Total projected cash disbursements for the next month:  − $ 377,492

37. Total projected net cash flow for the next month:  = $ 53,406

Debtor Name  Hologenix, LLC                                    Case number 2:20-bk-13849-BR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.

14. Unusual or significant unanticipated expenses:

Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February 2021.  However, the Debtor filed an application to employ Theodora Oringher PC and disclosed this litigation in August 2021, and for the balance of 2021, these legal fees are more or less expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**
**April 2026**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 04/01/2026 | Customer name. Redacted a | DTC Sales | | 42.50 | Reconciled | Deposit | Channel Subscription Fees:Shopify Subscription Fees |
| 04/01/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 3568.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/02/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 72295.77 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/02/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 56761.43 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/02/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 74045.63 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/06/2026 | Customer name. Redacted a | DTC Sales | | 26.00 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/07/2026 | Customer name. Redacted a | DTC Sales | | 46.46 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/07/2026 | Customer name. Redacted a | Royalty Licensing Fees | 260.92 | 302.67 | Reconciled | Deposit | |
| 04/08/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 596.54 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/10/2026 | Customer name. Redacted a | DTC Sales | | 0.00 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 04/15/2026 | Customer name. Redacted a | Royalty Licensing Fees | 499.18 | 589.05 | Reconciled | Deposit | |
| 04/15/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 728.74 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/16/2026 | Customer name. Redacted a | DTC Sales | | 20.10 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/16/2026 | Customer name. Redacted a | Royalty Licensing Fees | 25,456.13 | 18229.39 | Reconciled | Deposit | |
| 04/17/2026 | Customer name. Redacted a | DTC Sales | | 88.49 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/17/2026 | Customer name. Redacted a | Royalty Licensing Fees | 965.68 | 1136.63 | Reconciled | Deposit | |
| 04/17/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 7957.33 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/22/2026 | Customer name. Redacted a | DTC Sales | | 21.07 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/22/2026 | Customer name. Redacted a | Royalty Licensing Fees | 746.32 | 873.60 | Reconciled | Deposit | |
| 04/23/2026 | Customer name. Redacted a | DTC Sales | | 21.03 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/23/2026 | Customer name. Redacted a | Royalty Licensing Fees | 17,457.52 | 20401.45 | Reconciled | Deposit | |
| 04/24/2026 | Customer name. Redacted a | DTC Sales | | 191.48 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/24/2026 | Customer name. Redacted a | DTC Sales | | 281.40 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 04/24/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 2860.06 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/27/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 240548.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/27/2026 | Customer name. Redacted a | Raw Material Sales | | 19360.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/27/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 1828.58 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/28/2026 | Customer name. Redacted a | DTC Sales | | 89.61 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 04/29/2026 | Customer name. Redacted a | Refund | 5,415.48 | 3957.31 | Reconciled | Deposit | 2000.004 Accounts Payable (A/P) - CAD |
| 04/29/2026 | Customer name. Redacted a | Royalty Licensing Fees | 4,608.83 | 5381.63 | Reconciled | Deposit | |
| 04/29/2026 | Customer name. Redacted a | Royalty Licensing Fees | 426.32 | 497.80 | Reconciled | Deposit | |
| 04/29/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 1268.39 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/29/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 2896.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| 04/30/2026 | Customer name. Redacted a | Royalty Licensing Fees | 616.00 | 453.51 | Reconciled | Deposit | |
| 04/30/2026 | Customer name. Redacted a | Royalty Licensing Fees | 263.60 | 309.43 | Reconciled | Deposit | |
| 04/30/2026 | Customer name. Redacted a | Raw Material Sales | | 38588.88 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) -  USD |
| | | | | **576,263.96** | | | |

# EXHIBIT "D"

**Checking - Wells Fargo 2016**
**April 2026**

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 04/01/2026 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10,000.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Buchalter | Chapter 11 Professionals - Patent Services | | 2,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Seth Casden | March 2026 - Set Amount per court approval | | 25,000.00 | | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Eastern European Sales Representative | -7,282.29 | 8,623.56 | | Reconciled | Bill Payment | |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Office Rent | | 12,085.76 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 71.76 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 115.04 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | | 2,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Patent Costs | | 3,956.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Patent Costs | | 755.50 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 4,732.22 | | Reconciled | Credit Card Pmt | 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Regulatory & QMS Costs | -5,441.00 | 4,005.15 | | Reconciled | Bill Payment | 2000.004 Accounts Payable (A/P) - CAD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Consulting Fees | | 400.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 432.59 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | CIO/CTO Consultant | | 5,200.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 2,485.99 | | Reconciled | Credit Card Pmt | 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Asian Liaison Office - Taiwan Sales Representative | | 1,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Storage Cost | | 147.43 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 3,671.69 | | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Marketing Consultant | | 4,800.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | | 2,060.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 15,000.00 | | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 1,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | Indian Sales Representative | | 500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 145.76 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | CFO Salary | | 11,742.50 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/01/2026 | Vendor name. Redacted as confidential business information. | IT Consultant | | 650.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/02/2026 | Vendor name. Redacted as confidential business information. | Professional Fees | | 5,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/02/2026 | Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | | 478.02 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/02/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 8,250.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/06/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 24,000.00 | | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 04/10/2026 | Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | | 171.61 | | Reconciled | Expense | Channel Clearing Account:Shopify Clearing Account |
| 04/13/2026 | TriNet HR Corporation | Payroll Costs | | 66,077.41 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10,000.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Buchalter | Chapter 11 Professionals - Patent Services | | 2,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Regulatory & QMS Costs | | 3,546.89 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 17,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 160.09 | | Reconciled | Credit Card Pmt | 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 4,146.37 | | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 3,527.00 | | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 1,956.29 | | Reconciled | Credit Card Pmt | 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Patent Costs | -1,370.10 | 1,104.92 | | Reconciled | Bill Payment | 2000.004 Accounts Payable (A/P) - CAD |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Office Rent | | 12,672.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Marketing Consultant | | 3,600.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/16/2026 | Vendor name. Redacted as confidential business information. | Consultant Costs | | 25,000.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/17/2026 | Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | | 478.02 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/17/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 2,500.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/26/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 10.00 | | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 04/26/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 25.00 | | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 04/27/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 7,000.00 | | Reconciled | Expense | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 04/28/2026 | TriNet HR Corporation | Payroll Costs | | 278.86 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/28/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 15,000.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/28/2026 | TriNet HR Corporation | Payroll Costs | | 62,487.00 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 04/28/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 4,163.48 | | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 04/28/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 5,000.00 | | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 04/29/2026 | Vendor name. Redacted as confidential business information. | RETREAT | | 740.48 | | Reconciled | Expense | 6070.009 Travel & Entertainment:Promotional Meals & Events |
| 04/30/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 18.00 | | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 04/30/2026 | Vendor name. Redacted as confidential business information. | Discount | | 571.03 | | Reconciled | Expense | 4400.302 Supply Chain Sales:Sales Discounts |
| 04/30/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 5,000.00 | | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 04/30/2026 | Vendor name. Redacted as confidential business information. | Office Rent | | 13,980.06 | | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |

**437,023.48**

# EXHIBIT "E"

**Hologenix LLC**
**A/P Aging Summary**
As of April 30, 2026

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| LNBYG | Chapter 11 Legal Rep - LNBYG | 48,723.99 | | | 987,414.67 | 1,036,138.66 |
| Theodora Oringher PC | Chapter 11 MET Legal Fees - MET vs. Seth Casden | | | | 239,832.21 | 239,832.21 |
| Buchalter | Chapter 11 Professionals - Patent Services | 512.00 | | 5,322.00 | 100,900.10 | 106,734.10 |
| Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | 13,935.51 | 898.00 | | 37,945.16 | 52,778.67 |
| Vendor name. Redacted as confidential business information. | Inventory Purchase | | 21,732.76 | | | 21,732.76 |
| Windes | Chapter 11 Accountant & Tax Consultant | | | 6,300.00 | 14,500.00 | 20,800.00 |
| Vendor name. Redacted as confidential business information. | Samples/ Inventory Purchase | | | 14,994.00 | | 14,994.00 |
| Vendor name. Redacted as confidential business information. | | 13,000.00 | | | | 13,000.00 |
| Vendor name. Redacted as confidential business information. | Marketing Cost | 12,985.00 | | | | 12,985.00 |
| Vendor name. Redacted as confidential business information. | CIO/CTO Consultant + Research & Experimental Expenses | | | | 10,000.00 | 10,000.00 |
| Vendor name. Redacted as confidential business information. | Samples/ Inventory Purchase | | | | 9,896.25 | 9,896.25 |
| Vendor name. Redacted as confidential business information. | CFO Cost | 6,930.00 | | | | 6,930.00 |
| Fisher & Phillips, LLP | Chapter 11 Professionals - Corporate GC Services | | | | 6,391.50 | 6,391.50 |
| Vendor name. Redacted as confidential business information. | | | | | 5,000.00 | 5,000.00 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | 4,433.00 | | | | 4,433.00 |
| Vendor name. Redacted as confidential business information. | Regulatory & QMS Consultant | 3,957.31 | | | | 3,957.31 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | 3,670.00 | | | | 3,670.00 |
| Vendor name. Redacted as confidential business information. | Patent Cost | 2,025.00 | | | | 2,025.00 |
| Vendor name. Redacted as confidential business information. | Marketing Cost | 1,500.00 | | | | 1,500.00 |
| Vendor name. Redacted as confidential business information. | P/T Asian Liaison Office - Taiwan Sales Representative | 1,500.00 | | | | 1,500.00 |
| Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | 1,030.00 | | | | 1,030.00 |
| Vendor name. Redacted as confidential business information. | Supply Chain Inventory Storage Warehouse | 848.00 | | | | 848.00 |
| Vendor name. Redacted as confidential business information. | IT Consultant | 650.00 | | | | 650.00 |
| Vendor name. Redacted as confidential business information. | OOP Reimburesment | 615.79 | | | | 615.79 |
| Vendor name. Redacted as confidential business information. | Supply Chain Inventory Storage Warehouse | 314.12 | | | | 314.12 |
| Gregory Jones | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| Vendor name. Redacted as confidential business information. | Tradeshow Cost | | | | 115.87 | 115.87 |
| Vendor name. Redacted as confidential business information. | Filing Fees | | | | 90.00 | 90.00 |
| Vendor name. Redacted as confidential business information. | Filing Fees | | | | 25.00 | 25.00 |
| Vendor name. Redacted as confidential business information. | Clinical Studies Cost | | | | 20.00 | 20.00 |
| | | | | | | |
| Wells Fargo CCs | Outstanding Credit Cards Balance | | | | | 9,398.51 |
| Chapter 11 Payroll | 2024-2025 Employee Bonuses & Sales Commission | | | | | 1,395.83 |
| Insider Compensation Payable - BOM | Unpaid Guaranteed Payments & Service Fees to BOM | | | | | 210,000.00 |
| Insider Compensation Payable - Seth | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | | | | 593,284.56 |
| Due to Members - Seth | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | | | | 105,000.00 |
| Accrued Payables | Accrual for expenses incurred in 2024-2025 | | | | | 55,190.39 |
| | | | | | $ | 2,552,393.73 |

# EXHIBIT "F"

# A/R Aging Summary
### As of April 30, 2026

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 40,761.26 | 29,169.29 | | | 69,930.55 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 16,020.00 | | | | 16,020.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | 2,152.50 | 12,020.00 | 942.50 | 15,115.00 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 13,348.56 | | | | 13,348.56 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 11,211.47 | | | | 11,211.47 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 6,553.24 | | | 3,371.29 | 9,924.52 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | | 8,471.67 | | | 8,471.67 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 4,984.40 | -50.00 | | | 4,934.40 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 3,331.37 | | | 0.01 | 3,331.38 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | 9,734.01 | | | -6,633.90 | 3,100.11 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 1,807.72 | 1,278.66 | | | 3,086.38 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | 625.59 | | 564.76 | 1,190.35 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 1,123.03 | | | | 1,123.03 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 1,085.04 | | | | 1,085.04 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 530.43 | | | 465.80 | 996.22 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 725.57 | | | | 725.57 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 725.46 | | | | 725.46 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 685.46 | | | | 685.46 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | | | 535.94 | 535.94 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 392.00 | | | | 392.00 |
| Customer name. Redacted as confidential business information. | Raw Material Sales | | | | 207.86 | 207.86 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | 187.28 | | | | 187.28 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | | | 84.03 | 84.03 |
| Customer name. Redacted as confidential business information. | Royalty Licensing Fees | | | | 3.29 | 3.29 |
| | | 113,206.30 | 41,647.71 | 12,020.00 | 744.69 | 167,618.70 |

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 | € | 107.18 | As 04/30/2025 |
| | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 | $ | 142.33 | |
| | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 | | | |
| | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 | | | |
| | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 | | | |
| | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 | | | |
| | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 | | | |
| | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 | | | |
| | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 | | | |
| | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 | | | |
| | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 | | | |
| | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 | | | |
| | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 | | | |
| | | | | | | | | | |
| | | | Account balance on 12/31/2023 | 456.54 | EUR | | | | |



## Statement for April 2026

Hologenix, LLC
1113 Montana Ave #13
Suite 13
90403 Santa Monica

### Balance Summary (4/1/26 - 4/30/26)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 0.00 | 0.00 | 0.00 | 0.00 |
| EUR | 1,361.35 | 1,361.35 | 0.00 | 0.00 |
| GBP | 0.00 | 0.00 | 0.00 | 0.00 |



*-- There are no transactions for this month --*

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠

April 30, 2026 ■ Page 1 of 7



HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
         P.O. Box 6995
         Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Spot the latest tax scam**

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $371,471.61 |
| Deposits/Credits | 575,639.93 |
| Withdrawals/Debits | - 436,399.45 |
| **Ending balance on 4/30** | **$510,712.09** |

Account number: ████████2016  **(primary account)**

**HOLOGENIX LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | | 42.50 | | |
| 4/1 | | | 3,568.00 | | |
| 4/1 | | | | 12,085.76 | |
| 4/1 | | | | 4,005.15 | |
| 4/1 | | | | 5,200.00 | |
| 4/1 | | | | 4,711.50 | |
| 4/1 | | | | 4,800.00 | |
| 4/1 | | | | 1,500.00 | |
| 4/1 | | | | 11,742.50 | |
| 4/1 | | | | 2,060.00 | |
| 4/1 | | | | 8,623.56 | |
| 4/1 | | | | 1,500.00 | |
| 4/1 | | | | 147.43 | |
| 4/1 | | | | 500.00 | |
| 4/1 | | Ow00006794319846 WT Fed#03R02 Zions Bancorporati /Ftr/Bnf=Buchalter Srf# Ow00006794337096 Trn#260401239508 Rfb# Ow00006794337096 | | 2,500.00 | |
| 4/1 | | WT Seq240238 Troutman Pepper Locke L /Bnf=Troutman Pepper Hamilton Sanders L Srf# Ow00006794346660 Trn#260401240238 Rfb# Ow00006794346660 | | 2,500.00 | |
| 4/1 | | Online Transfer to Casden S Ref #Ib0Xhgys3Q Premier Checking Hologenix LLC March 2026 Services | | 25,000.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | WT Fed#03R02 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00006794341341 Trn#260401239827 Rfb# Ow00006794341341 | | 10,000.00 | |
| 4/1 | | | | 400.00 | |
| 4/1 | | | | 650.00 | |
| 4/1 | | | | 432.59 | |
| 4/1 | | | | 145.76 | |
| 4/1 | | | | 15,000.00 | |
| 4/1 | | | | 2,485.99 | |
| 4/1 | | | | 3,671.69 | |
| 4/1 | | | | 4,732.22 | |
| 4/1 | | | | 2,686.80 | 248,001.16 |
| 4/2 | | | 203,102.83 | | |
| 4/2 | | | | 478.02 | |
| 4/2 | | | | 8,250.00 | |
| 4/2 | < | | | 5,500.00 | 436,875.97 |
| 4/6 | | | 26.00 | | |
| 4/6 | | | | 24,000.00 | 412,901.97 |
| 4/7 | | | 302.67 | | 413,204.64 |
| 4/8 | | | 46.46 | | |
| 4/8 | | | 596.54 | | 413,847.64 |
| 4/10 | < | | | 171.61 | 413,676.03 |
| 4/13 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri1030004.8+ Trn#260413056916 Rfb# Q+50509991 838 | | 66,077.41 | 347,598.62 |
| 4/15 | | | 728.74 | | |
| 4/15 | | | 589.05 | | 348,916.41 |
| 4/16 | | | 20.10 | | |
| 4/16 | | | 18,229.39 | | |
| 4/16 | | | | 17,500.00 | |
| 4/16 | | | | 25,000.00 | |
| 4/16 | | | | 3,600.00 | |
| 4/16 | | | | 3,546.89 | |
| 4/16 | | | | 12,672.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/16 | | WT Fed#02R01 Zions Bancorporati /Ftr/Bnf=Buchalter Srf# Ow00006852687055 Trn#260416183456 Rfb# Ow00006852687055 | | 2,500.00 | |
| 4/16 | | WT Seq183925 Troutman Pepper Locke L /Bnf=Troutman Pepper Hamilton Sanders L Srf# Ow00006852693363 Trn#260416183925 Rfb# Ow00006852693363 | | 2,500.00 | |
| 4/16 | | | | 1,956.29 | |
| 4/16 | | | | 4,146.37 | |
| 4/16 | | | | 160.09 | |
| 4/16 | | | | 3,527.00 | |
| 4/16 | | WT Fed#01R01 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00006852690086 Trn#260416183632 Rfb# Ow00006852690086 | | 10,000.00 | |
| 4/16 | | | | 1,104.92 | 278,952.34 |
| 4/17 | | | 88.49 | | |
| 4/17 | | | 7,957.33 | | |
| 4/17 | | | 1,136.63 | | |
| 4/17 | | | | 478.02 | |
| 4/17 | < | | | 2,500.00 | 285,156.77 |
| 4/22 | | | 21.07 | | |
| 4/22 | | | 873.60 | | 286,051.44 |
| 4/23 | | | 21.03 | | |
| 4/23 | | | 20,401.45 | | 306,473.92 |
| 4/24 | | | 191.48 | | |
| 4/24 | | | 281.40 | | |
| 4/24 | | | 2,860.06 | | 309,806.86 |
| 4/27 | | | 1,828.58 | | |
| 4/27 | | | 240,538.00 | | |
| 4/27 | | | 19,335.00 | | 571,508.44 |
| 4/28 | | | | 22,000.00 | |
| 4/28 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri1180003.2+ Trn#260428040768 Rfb# Q+50524706 405 | | 62,487.00 | |
| 4/28 | | | | 4,163.48 | |
| 4/28 | | | | 5,000.00 | |
| 4/28 | | WT Fed#01R01 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exttri1180074.56 Trn#260428180444 Rfb# Q+50531415 463 | | 278.86 | 477,579.10 |
| 4/29 | | | 89.61 | | |
| 4/29 | | | 1,268.39 | | |
| 4/29 | | | 2,896.00 | | |
| 4/29 | | | 5,381.63 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|---------------------|---------------------|
| 4/29 | | | 497.80 | | |
| 4/29 | | | 3,957.31 | | |
| 4/29 | | | | 740.48 | 490,929.36 |
| 4/30 | | | 37,999.85 | | |
| 4/30 | | | 309.43 | | |
| 4/30 | | | 453.51 | | |
| 4/30 | | | | 13,980.06 | |
| 4/30 | | | | 5,000.00 | 510,712.09 |
| **Totals** | | | **$575,639.93** | **$436,399.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**  *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $248,001.16  □√ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 54 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.          **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/11/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| Summary | EUR |
| --- | --- |
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 04/30/2026 | 0.00 |

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/11/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **EUR** |
|---|---|
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 04/30/2026 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/11/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 1,577.24 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,577.24 |
| | |
| Register balance as of 04/30/2026 | 1,577.24 |

Hologenix LLC

**1000.300 Petty Cash, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/11/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 58.13 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 58.13 |
| | |
| Register balance as of 04/30/2026 | 58.13 |

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/11/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 04/30/2026 | 1,597.78 |

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 04/30/2026**

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 371,471.62 |
| Checks and payments cleared (62) | -437,023.48 |
| Deposits and other credits cleared (35) | 576,263.96 |
| Statement ending balance | 510,712.10 |
| | |
| Uncleared transactions as of 04/30/2026 | -3,099.00 |
| Register balance as of 04/30/2026 | 507,613.10 |
| Cleared transactions after 04/30/2026 | 0.00 |
| Uncleared transactions after 04/30/2026 | 19,467.74 |
| Register balance as of 05/11/2026 | 527,080.84 |

## Details

### Checks and payments cleared (62)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2026 | Bill Payment | | | -4,800.00 |
| 04/01/2026 | Bill Payment | Fee App 6-Payment 13 | Troutman Pepper LLP | -2,500.00 |
| 04/01/2026 | Bill Payment | | | -147.43 |
| 04/01/2026 | Bill Payment | | | -1,500.00 |
| 04/01/2026 | Expense | March2026(BK) | Seth Casden | -25,000.00 |
| 04/01/2026 | Credit Card Payment | | | -2,485.99 |
| 04/01/2026 | Bill Payment | | | -5,200.00 |
| 04/01/2026 | Bill Payment | | | -432.59 |
| 04/01/2026 | Bill Payment | | | -400.00 |
| 04/01/2026 | Bill Payment | | | -4,005.15 |
| 04/01/2026 | Credit Card Payment | | | -4,732.22 |
| 04/01/2026 | Bill Payment | | | -755.50 |
| 04/01/2026 | Bill Payment | | | -3,956.00 |
| 04/01/2026 | Bill Payment | | | -2,500.00 |
| 04/01/2026 | Bill Payment | | | -115.04 |
| 04/01/2026 | Bill Payment | | | -71.76 |
| 04/01/2026 | Bill Payment | Fee App 5-Payment 26 | Buchalter | -2,500.00 |
| 04/01/2026 | Bill Payment | | | -12,085.76 |
| 04/01/2026 | Bill Payment | Fee App 4-Payment 38 | LNBYG | -10,000.00 |
| 04/01/2026 | Bill Payment | | | -8,623.56 |
| 04/01/2026 | Bill Payment | | | -650.00 |
| 04/01/2026 | Bill Payment | | | -11,742.50 |
| 04/01/2026 | Bill Payment | | | -145.76 |
| 04/01/2026 | Bill Payment | | | -500.00 |
| 04/01/2026 | Bill Payment | | | -1,500.00 |
| 04/01/2026 | Credit Card Payment | | | -15,000.00 |
| 04/01/2026 | Bill Payment | | | -2,060.00 |
| 04/01/2026 | Credit Card Payment | | | -3,671.69 |
| 04/02/2026 | Bill Payment | | | -8,250.00 |
| 04/02/2026 | Bill Payment | | | -5,500.00 |
| 04/02/2026 | Credit Card Payment | | | -24,000.00 |
| 04/10/2026 | Expense | 136247869805 | | -171.61 |
| 04/13/2026 | Bill Payment | | TriNet HR Corporation | -66,077.41 |
| 04/16/2026 | Bill Payment | | | -25,000.00 |
| 04/16/2026 | Bill Payment | | | -12,672.00 |
| 04/16/2026 | Bill Payment | Fee App 5-Payment 27 | Buchalter | -2,500.00 |
| 04/16/2026 | Bill Payment | | Alex Champion Design Ltd | -3,600.00 |
| 04/16/2026 | Bill Payment | | Doodleblue Innovations Private | -17,500.00 |
| 04/16/2026 | Credit Card Payment | | Wells Fargo Bus. MasterCard/Visa-Lucas | -160.09 |
| 04/16/2026 | Bill Payment | | BioReg Services | -3,546.89 |
| 04/16/2026 | Credit Card Payment | | Wells Fargo Bus. MasterCard/Visa-Seth | -4,146.37 |
| 04/16/2026 | Bill Payment | Fee App 4-Payment 39 | LNBYG | -10,000.00 |
| 04/16/2026 | Bill Payment | Fee App 6-Payment 14 | Troutman Pepper LLP | -2,500.00 |
| 04/16/2026 | Credit Card Payment | | | -3,527.00 |
| 04/16/2026 | Credit Card Payment | | | -1,956.29 |
| 04/16/2026 | Bill Payment | | | -1,104.92 |
| 04/17/2026 | Bill Payment | | | -478.02 |
| 04/17/2026 | Bill Payment | | | -2,500.00 |
| 04/26/2026 | Expense | | | -10.00 |
| 04/26/2026 | Expense | | | -25.00 |
| 04/27/2026 | Expense | | | -7,000.00 |
| 04/28/2026 | Credit Card Payment | | | -5,000.00 |
| 04/28/2026 | Credit Card Payment | | Wells Fargo Bus. MasterCard/Visa-Seth | -4,163.48 |
| 04/28/2026 | Bill Payment | | TriNet HR Corporation | -62,487.00 |
| 04/28/2026 | Bill Payment | | TriNet HR Corporation | -278.86 |
| 04/28/2026 | Bill Payment | | | -15,000.00 |
| 04/29/2026 | Expense | | | -740.48 |
| 04/30/2026 | Expense | | | -571.03 |
| 04/30/2026 | Expense | | | -18.00 |
| 04/30/2026 | Bill Payment | | | -13,980.06 |
| 04/30/2026 | Credit Card Payment | | | -5,000.00 |
| **Total** | | | | **-437,023.48** |

### Deposits and other credits cleared (35)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2026 | Deposit | | | 42.50 |
| 04/01/2026 | Receive Payment | | | 3,568.00 |
| 04/02/2026 | Receive Payment | | | 56,761.43 |
| 04/02/2026 | Receive Payment | | | 72,295.77 |
| 04/02/2026 | Receive Payment | | | 74,045.63 |
| 04/06/2026 | Deposit | 136147763565 | | 26.00 |
| 04/07/2026 | Deposit | | | 302.67 |
| 04/07/2026 | Deposit | 136137802093 | | 46.46 |
| 04/08/2026 | Receive Payment | | | 596.54 |
| 04/15/2026 | Deposit | | | 589.05 |
| 04/15/2026 | Receive Payment | | | 728.74 |
| 04/16/2026 | Deposit | 136345289069 | | 20.10 |
| 04/16/2026 | Deposit | | | 18,229.39 |
| 04/17/2026 | Deposit | 136372322669 | | 88.49 |
| 04/17/2026 | Deposit | | | 1,136.63 |
| 04/17/2026 | Receive Payment | | | 7,957.33 |
| 04/22/2026 | Deposit | 136459616621 | | 21.07 |
| 04/22/2026 | Deposit | | | 873.60 |
| 04/23/2026 | Deposit | 136486551917 | | 21.03 |
| 04/23/2026 | Deposit | | | 20,401.45 |
| 04/24/2026 | Deposit | 26111861391 | | 281.40 |
| 04/24/2026 | Deposit | 136512242029 | | 191.48 |
| 04/24/2026 | Receive Payment | | | 2,860.00 |
| 04/27/2026 | Receive Payment | | | 1,828.58 |
| 04/27/2026 | Receive Payment | | | 19,360.00 |
| 04/27/2026 | Receive Payment | | | 240,548.00 |
| 04/28/2026 | Deposit | 136539472237 | | 89.61 |
| 04/29/2026 | Deposit | | | 3,957.31 |
| 04/29/2026 | Deposit | | | 497.80 |
| 04/29/2026 | Receive Payment | | | 1,298.39 |
| 04/29/2026 | Receive Payment | | | 2,898.00 |
| 04/29/2026 | Deposit | | | 5,381.63 |
| 04/30/2026 | Receive Payment | | | 38,588.88 |
| 04/30/2026 | Deposit | | | 309.43 |
| 04/30/2026 | Deposit | | | 453.51 |
| **Total** | | | | **576,263.96** |