| | |
|---|---|
| RON BENDER (State Bar No. 143364)<br>JOHN-PATRICK M. FRITZ (State Bar No. 245240)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234<br>Facsimile:   (310) 229-1244<br>Email: RB@LNBYG.COM; JPF@LNBYG.COM; KR@LNBYG.COM;<br><br>Attorneys for Chapter 11<br>Debtor and Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>        Debtor and Debtor in Possession. | CASE NUMBER:  2:20-bk-13849-BR<br>Chapter 11 Case<br>Subchapter V<br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>Motion for Entry of an Order Authorizing Assumption of Executory Contract with Seth Casden |

PLEASE TAKE NOTE that the order titled **Amended Order, *Upon Remand*, Authorizing Assumption Of Executory Contract With Seth Casden** was lodged on June 23, 2026, and is attached.  This order relates to the motion which is docket number 609

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM
Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>    Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br>Subchapter V<br><br>**AMENDED ORDER, *UPON REMAND*, AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH SETH CASDEN**<br><br>Hearing:<br>Date:   May 26, 2026<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

On May 26, 2026, at 10:00 a.m., the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California (the "Court") held a hearing (the "Remand Hearing") live in-person in Courtroom 1668 on the 16th Floor of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, to consider the Debtor's "*Notice of Motion and Motion for Entry of an Order Authorizing Assumption of Executory Contract with Seth Casden*" (the "Contract Motion") [ECF 609], after the District Court's judgment (the

1

"Judgment") [ECF 947] and decision (the "Decision") [ECF 946] remanding this Court's *Order Authorizing Assumption of Executory Contract with Seth Casden* (the "Contract Order") [ECF 761], for further findings of fact and conclusions of law.

John-Patrick M. Fritz, Esq., appeared on behalf of the Debtor. Nicole Sullivan, Esq., and Roy Zur, Esq., appeared on behalf of Multiple Energy Technologies, LLC ("MET"). Gregory Salvato, Esq. appeared on behalf of Seth Casden ("Mr. Casden"). Gregory K. Jones, Esq. appeared on his own behalf via Zoom video-conference in his capacity as the Subchapter V Trustee (the "Subchapter V Trustee") appointed in the Case.

On June 7, 2022, and on August 9 and 10, 2022, the Court held hearings (each a "Hearing" and, collectively, the "Hearings") on the Contract Motion. On August 9, 2022, the Court heard MET's live witness cross-examination of the Debtor's witness, Mr. Casden, and on August 10, 2022, the Court heard MET's live witness cross-examination of the Debtor's expert witness, Howard Grobstein, CFE, CFF, CPA. On May 26, 2026, the Court held the Remand Hearing.

On August 9 and 10, 2022, and on May 26, 2026, in conjunction with the Hearings and Remand Hearing on the Contract Motion, the Court also held the Hearings and Remand Hearing on confirmation of the *Debtor's Chapter 11, Subchapter V Plan, Dated January 4, 2022, Modified June 21, 2022* [ECF 657] (the "Plan").

In support of, opposition to, or in connection with the Plan, the Contract Motion, the Hearings, and the Remand Hearing on the Plan and Contract Motion upon remand, the parties in interest filed the following, and the Court read and considered the same, in conjunction with plan confirmation pursuant to 11 U.S.C. § 1191 and assumption of the executory employment contract (the "Contract") between the Debtor and Seth Casden:

(i)     All the pleadings and documents already listed in the findings of facts and conclusions of law ("FFCL") [ECF 762], in support of confirmation of the Plan;

(ii)    All of the pleadings and documents already listed in the Court's *Order Confirming Debtor's Chapter 11, Subchapter V, Plan Dated January 4, 2022, Modified June 21, 2022* (the "Plan Order") [ECF 763], as amended [ECF 870];

(iii)   All of the pleadings and documents already listed in the Contract Order;

(iv)   The District Court's Judgment;

(v)   The District Court's Decision;

(vi)   The Ninth Circuit's order (the "Ninth Circuit Order") [ECF 1128];

(vii)   The Debtor's Brief in Support of Granting Motion to Assume Executory Employment Contract with Seth Casden after Remand from the District Court (the "Contract Remand Opening Brief") [ECF 1135];

(viii)   The Debtor's Brief in Support of Confirming Plan After Remand from the District Court (the "Plan Remand Opening Brief") [ECF 1136];

(ix)   Multiple Energy Technologies, LLC's Response to Debtor's Brief in Support of Confirming Plan After Remand from the District Court (the "Plan Remand Answering Brief") [ECF 1141];

(x)   The Notice of Unpublished Authorities Cited in Multiple Energy Technologies, LLC's Response to Debtor's Brief in Support of Confirming Plan After Remand from the District Court [ECF 1142];

(xi)   Multiple Energy Technologies, LLC's Response to Debtor's Brief in Support of Granting Motion to Assume Executory Employment Contract with Seth Casden after Remand from the District Court (the "Contract Remand Answering Brief") [ECF 1143];

(xii)   The Request for Judicial Notice in Support of Multiple Energy Technologies, LLC's Responses to Debtor's Briefs Filed After Remand from the District Court (the "RJN") [ECF 1144];

(xiii)   Debtor's Reply in Support of Confirming Plan After Remand from the District Court (the "Plan Remand Reply") [ECF 1146];

(xiv)   Debtor's Reply Brief in Support of Granting Motion to Assume Executory Employment Contract with Seth Casden Ater Remand from the District Court (the "Contract Remand Reply") [EC 1147];

(xv)   Debtor's Request for Judicial Notice in Support of Debtor's Reply Briefs After Remand Filed on April 21, 2026 (the "2nd RJN") [ECF 1148]; and

(xvi)   The Subchapter V Trustee's Statement Regarding Confirmation of Plan After Remand (the "Subchapter V Trustee Remand Statement") [ECF 1151].

Unless otherwise stated with specificity or implied by context, initial capitalized defined terms used in this amended order upon remand have the same meanings as ascribed to them in the FFCL, Plan Order, and Contract Order.

In addition to the foregoing pleadings, documents, and evidence, the Court considered the record in the Case, the docket in the Case, and the oral arguments of counsel made on the record at the Remand Hearing [ECF 1154] (5/26/2026 Hg Tr.). Without limitation, the Court has also considered the evidence and oral argument from the hearings on August 9 and 10, 2022. As set forth in the FFCL, a copy of the August 9, 2022, hearing transcript (the "8/9/22 Hr Tr") is available on the docket. ECF 736; ECF 738. As set forth in the FFCL, a copy of the August 10, 2022, hearing transcript (the "8/10/22 Hr Tr") is available on the docket. ECF 735; ECF 739. The Court may consider the cumulative record and evidence amassed throughout the case in confirming a plan. *In re Acequia, Inc.*, 787 F.2d 1352, 1359 (9th Cir. 1986).

Upon consideration of the foregoing, the Court has made the Court's amended and supplemental findings of facts and conclusions of law (the "ASFFCL") in support of confirmation of the Plan and granting of the Contract Motion authorizing the Debtor's assumption of the Contract.

Based on the foregoing, and for the reasons stated in the FFCL, as amended and supplemented by the ASFFCL, and for good cause appearing, therefor,

**THE COURT HEREBY FINDS** that notice of the Contract Motion, Hearings, and Remand Hearing were good and proper under the applicable Local Bankruptcy Rules and Federal Rules of Bankruptcy Procedure and under the circumstances of this Case, and

**THE COURT HEREBY ORDER AS FOLLOWS:**

1. The Contract Motion is granted.

2. All oppositions to the Contract Motion are overruled.

4

3. The Debtor's assumption of the Contract between the Debtor and Seth Casden satisfies the inherent fairness standard as required by the District Court's Judgment and Decision.

4. *Multiple Energy Technologies, LLC's Objection to Second Declarations of Kevin Blaney, Julien Born, Scott Carlin and Leslie Margolin and Request to Strike the Second Declarations* (the "Request to Strike") [ECF 637] is granted, and the Court strikes the declarations of Julien Born [ECF 625], Kevin Blaney [ECF 626], Michael Haynes [ECF 627], Leslie Margolin [ECF 631], Scott Carlin [ECF 632], Julien Born [ECF 633], and Kevin Blaney [ECF 634].

5. The Debtor is authorized to cure and assume the Contract with Mr. Casden.

6. The cure amount for the executory contract with Mr. Casden is $434,536.50, calculated through September 30, 2022, as calculated in paragraph 37 of the "*Declaration of Seth Casden in Support of Debtor's Reply in Support of Debtor's Motion to Confirm Debtor's Chapter 11, Subchapter V Plan, Dated January 4, 2022, Modified June 21, 2022*" [ECF 721].

**SO ORDERED.**

### 

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **NOTICE OF LODGMENT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 23, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the `document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 23, 2026  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| The Honorable Barry Russell<br>United States Bankruptcy Court<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street<br>Bin outside of Suite 1660<br>Los Angeles, CA 90012 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2026 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2            **F 9021-1.2.BK.NOTICE.LODGMENT**

- **2:20-bk-13849-BR Notice will be electronically mailed to:**

  Todd M Arnold     tma@lnbyg.com
- Ron Bender     rb@lnbyg.com
- Thomas E Butler     butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco     rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Theodore W Frank     frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey     bharvey@buchalter.com,
  docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR)     gjones@sycr.com,
  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Tinho Mang     tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko     ron.maroko@usdoj.gov
- Juliet Y. Oh     jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay     ctp@lnbyg.com
- Yvonne Ramirez-Browning     yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato     gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth     jselth@yahoo.com,
  jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman     Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref     rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino     sorvinoh@whiteandwilliams.com,
  millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops     annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan     sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico     dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Larry D Webb     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood     dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur     rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                   Page 3                    **F 9021-1.2.BK.NOTICE.LODGMENT**