| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ROYE ZUR, State Bar No. 273875<br>  rzur@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Multiple Energy Technologies, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:20-bk-13849-BR |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): ORAL MOTION FOR STAY PENDING APPEAL OF AMENDED ORDER, UPON REMAND, AUTHORIZING ASSUMPTION |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order Granting Oral Motion of Multiple Energy Technologies, LLC, for Stay Pending Appeal of Amended Order, Upon Remand, Authorizing Assumption of Executory Contract with Seth Casden

was lodged on (*date*) __07/21/2026__ and is attached. This order relates to the motion which is docket number 1160 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
 *rzur@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Nicole A. Sullivan (pro hac vice)
sullivann@whiteandwilliams.com
Thomas E. Butler (pro hac vice)
butlert@whiteandwilliams.com
WHITE AND WILLIAMS LLP
810 Seventh Avenue, Suite 500
New York, New York 10019
(212) 631-4420

Attorneys for Creditor
Multiple Energy Technologies, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOLOGENIX, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:20-bk-13849-BR<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER GRANTING ORAL MOTION OF MULTIPLE ENERGY TECHNOLOGIES, LLC, FOR STAY PENDING APPEAL OF AMENDED ORDER, UPON REMAND, AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH SETH CASDEN**<br><br><u>**Hearing:**</u><br>Date:    May 26, 2026<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668<br>           255 E. Temple St.<br>           Los Angeles, CA 90012 |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

8186212

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

On May 26, 2026, this Court held a hearing (the "Hearing") on the *Notice of Motion and Motion for Entry of an Order Authorizing Assumption of Executory Contract with Seth Casden* [Docket No. 609] (the "Contract Motion") filed by Hologenix, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, after the District Court's judgment [Docket No. 947] and decision [Docket No. 946] remanding this Court's *Order Authorizing Assumption of Exxecutory Contract with Seth Casden* [Docket No. 761].

After the Court announced its intention to grant the Contract Motion, counsel for creditor Multiple Energy Technologies, LLC ("MET") made an oral motion (the "Motion") for a stay pending appeal of the impending order granting the Contract Motion.

The Court, having considered the Motion and the record of this chapter 11 case, for the reasons set forth orally on the record at the Hearing, and good cause appearing:

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Bankruptcy Procedure 8007(a), the *Amended Order, Upon Remand, Authorizing Assumption of Executory Contract with Seth Casden* shall be and hereby is stayed, subject to further order of the District Court in any subsequent appeal.

###

8186212

1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 W. Olympic Blvd., Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER GRANTING ORAL MOTION OF MULTIPLE ENERGY TECHNOLOGIES, LLC, FOR STAY PENDING APPEAL OF AMENDED ORDER, UPON REMAND, AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH SETH CASDEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 21, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 21, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 21, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2026 | Lauren B. Wageman | /s/ Lauren B. Wageman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Todd M Arnold**    tma@lnbyg.com
   - **Ron Bender**    rb@lnbyg.com
   - **Thomas E Butler**    butlert@whiteandwilliams.com,
     sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
   - **Robert Carrasco**    rmc@lnbyg.com, rmc@lnbyg.com
   - **Oscar Estrada**    oestrada@ttc.lacounty.gov
   - **Theodore W Frank**    frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
   - **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
   - **Michael S Greger**    mgreger@allenmatkins.com, kpreston@allenmatkins.com
   - **Brian T Harvey**    bharvey@buchalter.com,
     docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
   - **Gregory Kent Jones (TR)**    gjones@sycr.com,
     smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
   - **Raffi Khatchadourian**    raffi@hemar-rousso.com
   - **Tinho Mang**    tmang@marshackhays.com,
     tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
   - **Ron Maroko**    ron.maroko@usdoj.gov
   - **Juliet Y. Oh**    jyo@lnbyg.com, jyo@lnbyb.com
   - **Carmela Pagay**    ctp@lnbyg.com
   - **Yvonne Ramirez-Browning**    yvonne@browninglawgroup.com, veronica@browninglawgroup.com
   - **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
   - **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
     calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
   - **James R Selth**    jselth@yahoo.com,
     jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
   - **Zev Shechtman**    Zev.Shechtman@saul.com,
     Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
   - **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
   - **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
   - **Heidi J Sorvino**    sorvinoh@whiteandwilliams.com,
     millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
   - **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
   - **Annie Y Stoops**    annie.stoops@afslaw.com, yvonne.li@afslaw.com
   - **Nicole Sullivan**    sullivann@whiteandwilliams.com,
     vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
   - **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
   - **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
   - **David Wood**    dwood@marshackhays.com,
     dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
   - **Roye Zur**    rzur@elkinskalt.com,
     lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**