United States Bankruptcy Court

Central District of California

In re: Case No. 20-13849-BR

Hologenix, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 4

Date Rcvd: Aug 17, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com astomel@yahoo.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com yvonne.li@afslaw.com |
| Brian T Harvey | on behalf of Special Counsel BUCHALTER bharvey@buchalter.com docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com |
| Carmela Pagay | on behalf of Special Counsel Troutman Sanders LLP ctp@lnbyg.com |
| Carmela Pagay | on behalf of Debtor Hologenix LLC ctp@lnbyg.com |
| David Wood | |

on behalf of Defendant Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
on behalf of Plaintiff Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
on behalf of Creditor Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Derrick Talerico
on behalf of Plaintiff Multiple Energy Technologies LLC dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Gregory Kent Jones (TR)
gjones@sycr.com smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Gregory M Salvato
on behalf of Creditor Seth Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Heidi J Sorvino
on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com

Heidi J Sorvino
on behalf of Creditor Multiple Energy Technologies LLC sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com

James R Selth
on behalf of Creditor Seth Casden jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
on behalf of Creditor Julien Born jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
on behalf of Creditor Murali Sundar jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

John-Patrick M Fritz
on behalf of Attorney Levene Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Debtor Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Plaintiff Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Plaintiff Multiple Energy Technologies LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Defendant Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Juliet Y. Oh
on behalf of Debtor Hologenix LLC jyo@lnbyg.com, jyo@lnbyb.com

Juliet Y. Oh
on behalf of Special Counsel BUCHALTER jyo@lnbyg.com jyo@lnbyb.com

Kurt Ramlo
on behalf of Plaintiff Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Debtor Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Larry D Webb
on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com larry@webblaw.onmicrosoft.com

Lindsey L Smith
on behalf of Debtor Hologenix LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Michael S Greger
on behalf of Interested Party BRE Sunset Coast LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com

Nicole Sullivan
on behalf of Creditor Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Defendant Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Raffi Khatchadourian
on behalf of Creditor Wells Fargo Bank National Association raffi@hemar-rousso.com

Randye B Soref
on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com ccripe@polsinelli.com;ladocketing@polsinelli.com

Robert Carrasco
on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com rmc@lnbyg.com

Robert Carrasco
on behalf of Accountant M & G Partners rmc@lnbyg.com rmc@lnbyg.com

Robert Carrasco
on behalf of Debtor Hologenix LLC rmc@lnbyg.com, rmc@lnbyg.com

Ron Bender
on behalf of Plaintiff Hologenix LLC rb@lnbyg.com

Ron Bender
on behalf of Debtor Hologenix LLC rb@lnbyg.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
on behalf of Defendant Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Creditor Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Theodore W Frank
on behalf of Plaintiff Multiple Energy Technologies LLC frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com

Theodore W Frank
on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com knarfdet@gmail.com;navarro@parkermillsllp.com

Thomas E Butler
on behalf of Plaintiff Multiple Energy Technologies LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Thomas E Butler
on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Tinho Mang
on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
on behalf of Plaintiff Hologenix LLC tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Yvonne Ramirez-Browning
on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com,

| | |
|---|---|
| | veronica@browninglawgroup.com |
| Zev Shechtman | on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com |

TOTAL: 54

FILED & ENTERED

AUG 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

Hologenix, LLC,

Debtor in Possession.

Case No.: 2:20-bk-13849-BR

Chapter: 11

**ORDER SCHEDULING STATUS CONFERENCE REGARDING THE COURT'S CONSIDERATION OF DEBTOR'S (A) PROPOSED ORDER CONFIRMING CHAPTER 11 PLAN AND (B) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Hearing:
Date: August 25, 2026
Time: 10:00 a.m.
Place: Courtroom 1668
255 E. Temple Street
Los Angeles, CA 90012

//

Debtor and Multiple Energy Technologies, LLC are **HEREBY ORDERED** to appear **IN PERSON** for a hearing concerning the status of this Court's consideration of Debtor's (A) proposed order confirming chapter 11 Plan and (B) proposed findings of fact and conclusions of law.

**IT IS SO ORDERED.**

###

Date: August 17, 2026

Barry Russell
United States Bankruptcy Judge