**Fill in this information to identify the case:**

Debtor Name Hologenix, LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:20-bk-13849-BR

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: July 2026

Date report filed: 08/31/2026 MM / DD / YYYY

Line of business: Fiber, Yarn, Thread Mills

NAISC code: 3133

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hologenix, LLC

Original signature of responsible party

Printed name of responsible party Seth Casden

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Hologenix, LLC Case number 2:20-bk-13849-BR

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 262429.98

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 404694.12

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 340843.55

22. **Net cash flow** 63,850.57

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 326280.55

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 2672516.5

*(Exhibit E)*

Debtor Name Hologenix, LLC Case number 2:20-bk-13849-BR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 470688.77

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 4
27. What is the number of employees as of the date of this monthly report? 8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 10000
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 1870733.0
30. How much have you paid this month in other professional fees? $ 5000
31. How much have you paid in total other professional fees since filing the case? $ 953379.46

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 374813 | – | $ 404694.12 | = | $ -29881.12 |
| 33. **Cash disbursements** | $ 363881 | – | $ 340843.55 | = | $ 23037.45 |
| 34. **Net cash flow** | $ 10932 | – | $ 63850.57 | = | $ -52918.57 |

35. Total projected cash receipts for the next month: $ 576258
36. Total projected cash disbursements for the next month: - $ 543627
37. Total projected net cash flow for the next month: = $ 32631

Debtor Name Hologenix, LLC Case number 2:20-bk-13849-BR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.

14. Unusual or significant unanticipated expenses:

Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February 2021. However, the Debtor filed an application to employ Theodora Oringher PC and disclosed this litigation in August 2021, and for the balance of 2021, these legal fees are more or less expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**
**July 2026**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 07/01/2026 | Customer name. Redacted a | Royalty Licensing Fees | 573.37 | 652.44 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/02/2026 | Customer name. Redacted a | DTC Sales | | 164.91 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/03/2026 | Customer name. Redacted a | DTC Sales | | 108.64 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/06/2026 | Customer name. Redacted a | DTC Sales | | 249.64 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/06/2026 | Customer name. Redacted a | Raw Material Sales | | 51,757.26 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/06/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 875.92 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/07/2026 | Customer name. Redacted a | DTC Sales | | 29.71 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/07/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 476.16 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/09/2026 | Customer name. Redacted a | DTC Sales | | 26.43 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/13/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 4,787.71 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/15/2026 | Customer name. Redacted a | DTC Sales | | 378.54 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/15/2026 | Customer name. Redacted a | Royalty Licensing Fees | 23162.85 | 16,228.82 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - AUD |
| 07/17/2026 | Customer name. Redacted a | DTC Sales | | 186.35 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/17/2026 | Customer name. Redacted a | DTC Sales | | 458.94 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/18/2026 | Customer name. Redacted a | DTC Sales | | 15.06 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/20/2026 | Customer name. Redacted a | DTC Sales | | 179.46 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/20/2026 | Customer name. Redacted a | Royalty Licensing Fees | 388.37 | 443.29 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/20/2026 | Customer name. Redacted a | Royalty Licensing Fees | 379.74 | 433.44 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/22/2026 | Customer name. Redacted a | DTC Sales | | 35.75 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/22/2026 | Customer name. Redacted a | DTC Sales | | 98.05 | Reconciled | Deposit | 4900.410 DTC Sales:CELLIANT Store:Shopify Sales |
| 07/22/2026 | Customer name. Redacted a | Royalty Licensing Fees | 573.4 | 654.24 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/23/2026 | Customer name. Redacted a | DTC Sales | | 350.54 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/23/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 1,577.88 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/24/2026 | Customer name. Redacted a | DTC Sales | | 718.51 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/27/2026 | Customer name. Redacted a | DTC Sales | | 148.37 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/27/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 271,781.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/27/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 2,816.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/28/2026 | Customer name. Redacted a | DTC Sales | | 111.78 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/28/2026 | Customer name. Redacted a | Royalty Licensing Fees | 21505.33 | 24,496.33 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/29/2026 | Customer name. Redacted a | DTC Sales | | 150.25 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/30/2026 | Customer name. Redacted a | DTC Sales | | 248.31 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/30/2026 | Customer name. Redacted a | Royalty Licensing Fees | 652.11 | 465.68 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - CAD |
| 07/30/2026 | Customer name. Redacted a | Royalty Licensing Fees | 601.88 | 694.00 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/30/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 10,910.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 07/31/2026 | Customer name. Redacted a | DTC Sales | | 196.87 | Cleared | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/31/2026 | Customer name. Redacted a | DTC Sales | | 1,320.77 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 07/31/2026 | Customer name. Redacted a | DTC Sales | | 27.14 | Reconciled | Deposit | 1400.100 Amazon Sales Reserve Balance:Amazon Sales - US Clearing Account |
| 07/31/2026 | Customer name. Redacted a | Royalty Licensing Fees | 164.97 | 190.28 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - EUR |
| 07/31/2026 | Customer name. Redacted a | Royalty Licensing Fees | | 10,249.65 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| | | | | **404,694.12** | | | |

# EXHIBIT "D"

**Checking - Wells Fargo 2016**
**July 2026**

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Tradeshow Costs | -120.00 | 139.50 | Reconciled | Bill Payment | |
| 07/01/2026 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Buchalter | Chapter 11 Professionals - Patent Services | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Seth Casden | June 2026 - Seth Amount per court approval | | 25,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 467.02 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Inventory Storage Costs | | 567.54 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Clinical Studies Consultant | | 4,605.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Inventory Storage Costs | -156.50 | 181.95 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Inventory Purchase | | 3,182.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Indian Sales Representative | | 500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Regulatory & QMS Costs | | 5,375.18 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 621.45 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Inventory Purchase | | 903.92 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 1,971.57 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Clinical Studies Consultant | | 5,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 1,970.21 | Reconciled | Credit Card Pmt | 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | | 3,465.07 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Marketing Consultant | | 7,155.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Consulting Fees | | 603.40 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | CIO/CTO Consultant | | 5,232.50 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | CFO Salary | | 3,946.25 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | IT Consultant | | 650.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 125.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 6,000.00 | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 2,085.00 | Reconciled | Credit Card Pmt | 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 2,600.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/01/2026 | Vendor name. Redacted as confidential business information. | Patent Costs | | 4,285.87 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/02/2026 | Vendor name. Redacted as confidential business information. | Business Consultant | | 9,620.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/02/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 8,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/02/2026 | Vendor name. Redacted as confidential business information. | Tradeshow Costs | | 4,525.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/02/2026 | Vendor name. Redacted as confidential business information. | Business Applications & Software Expenses | | 485.04 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/03/2026 | Vendor name. Redacted as confidential business information. | Clinical Studies Consultant | | 10,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/03/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 10,000.00 | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 07/05/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 18.00 | Reconciled | Expense | 6020.514 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 07/13/2026 | TriNet HR Corporation | Payroll Costs | | 64,106.91 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/21/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 15,000.00 | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 07/21/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 3,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/21/2026 | Vendor name. Redacted as confidential business information. | Consultant Costs | | 26,914.74 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/22/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/26/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 10.00 | Reconciled | Expense | 6020.514 Office Expenses:Bank & Finance Charges:Processing / Service Fees |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/27/2026 | Vendor name. Redacted as confidential business information. | Payroll Costs | 6,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/27/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | 6,001.10 | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 07/29/2026 | TriNet HR Corporation | Payroll Costs | 4,962.39 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 07/29/2026 | TriNet HR Corporation | Payroll Costs | 64,066.94 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| | | | 340,843.55 | | | |

# EXHIBIT "E"

# Hologenix LLC
## A/P Aging Summary
### As of July 31, 2026

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **LNBYG** | Chapter 11 Legal Rep - LNBYG | 69,410.10 | | 24,074.06 | 992,064.60 | 1,085,548.76 |
| **Theodora Oringher PC** | Chapter 11 MET Legal Fees - MET vs. Seth Casden | 315 | | | 239,832.21 | 240,147.21 |
| **Buchalter** | Chapter 11 Professionals - Patent Services | 6,694.00 | | | 101,734.10 | 108,428.10 |
| **Troutman Pepper LLP** | Chapter 11 Professionals - Trademark Services | 16,997.32 | 2,874.00 | 3,861.47 | 41,043.20 | 64,775.99 |
| **Vendor name. Redacted as confidential business information.** | Consultant and OOP Reimbursement | 27,133.78 | | | | 27,133.78 |
| **Vendor name. Redacted as confidential business information.** | Marketing Costs | 25,970.00 | | | | 25,970.00 |
| **Vendor name. Redacted as confidential business information.** | Chapter 11 Accountant & Tax Consultant | 3,800.00 | | | 20,800.00 | 24,600.00 |
| **Vendor name. Redacted as confidential business information.** | Clinical Studies Consultant | 15,000.00 | | | | 15,000.00 |
| **Vendor name. Redacted as confidential business information.** | Inventory Purchase | | | | 14,994.00 | 14,994.00 |
| **Vendor name. Redacted as confidential business information.** | CFO Salary | 11,627.00 | | | | 11,627.00 |
| **Vendor name. Redacted as confidential business information.** | Inventory Purchase | 11,370.00 | | | | 11,370.00 |
| **Vendor name. Redacted as confidential business information.** | Inventory Purchase | | | | 10,000.00 | 10,000.00 |
| **Fisher & Phillips, LLP** | Chapter 11 Professionals - Corporate GC Services | | | | 6,391.50 | 6,391.50 |
| **Vendor name. Redacted as confidential business information.** | Oceania Sales & Regulatory Support Representative | 5,500.00 | | | | 5,500.00 |
| **Vendor name. Redacted as confidential business information.** | Tradeshow Cost | 5,000.00 | | | | 5,000.00 |
| **Vendor name. Redacted as confidential business information.** | | | | | 5,000.00 | 5,000.00 |
| **Vendor name. Redacted as confidential business information.** | Marketing Consultant | 2,835.00 | | | | 2,835.00 |
| **Vendor name. Redacted as confidential business information.** | Administration Support | 2,500.00 | | | | 2,500.00 |
| **Vendor name. Redacted as confidential business information.** | Inventory Storage Cost | 720.08 | | | | 720.08 |
| **Vendor name. Redacted as confidential business information.** | IT Consultant | 650.00 | | | | 650.00 |
| **Vendor name. Redacted as confidential business information.** | Regulatory & QMS Consultant | 636.12 | | | | 636.12 |
| **Vendor name. Redacted as confidential business information.** | Indian Sales Representative | 500.00 | | | | 500.00 |
| **Vendor name. Redacted as confidential business information.** | Regulatory & QMS Consultant | 187.50 | | | | 187.50 |
| **Vendor name. Redacted as confidential business information.** | Inventory Storage Cost | 180.51 | | | | 180.51 |
| **Vendor name. Redacted as confidential business information.** | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| **Vendor name. Redacted as confidential business information.** | Filing Fees | | | | 90.00 | 90.00 |
| **Vendor name. Redacted as confidential business information.** | Filing Fees | | | | 25.00 | 25.00 |

| | | | |
|---|---|---|---|
| **Vendor name. Redacted as confidential business information.** | Clinical Studies Cost | 20.00 | 20.00 |
| **Wells Fargo CCs** | Outstanding Credit Cards Balance | | 20,991.83 |
| **Chapter 11 Payroll** | 2024-2025 Employee Bonuses & Sales Commission | | 1,395.83 |
| **Insider Compensation Payable - BOM** | Unpaid Guaranteed Payments & Service Fees to BOM | | 210,000.00 |
| **Insider Compensation Payable - Seth** | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | 605,230.11 |
| **Due to Members - Seth** | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | 105,000.00 |
| **Accrued Payables** | Accrual for expenses incurred in 2024-2025 | | 59,951.06 |
| | | | **$ 2,672,516.58** |

# EXHIBIT "F"

## A/R Aging Summary
**As of July 31, 2026**

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 152,936.87 | 40,761.26 | 29,169.29 | 222,867.42 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 140,806.40 | | | | 140,806.40 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 4,178.50 | 7,572.50 | | 15,115.00 | 26,866.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 13,500.00 | | | | 13,500.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | 11,211.47 | | 11,211.47 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 16,027.20 | 11.62 | | -6,633.90 | 9,404.92 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 8,471.67 | 8,471.67 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 8,160.73 | | | 0.01 | 8,160.74 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 7,073.53 | | | | 7,073.53 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 4,382.19 | | | | 4,382.19 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 3,471.66 | | | | 3,471.66 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 2478.67 | | | 139.62 | 2,618.29 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1690.4 | | | 0.01 | 1,690.41 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,542.41 | | | | 1,542.41 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 258.69 | | 1,190.35 | 1,449.04 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1383.97 | | | | 1,383.97 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 753.99 | | | | 753.99 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 671.13 | | | | 671.13 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 634.50 | | | | 634.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 535.94 | 535.94 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 465.80 | 465.80 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 463.12 | | | | 463.12 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 354.15 | | | | 354.15 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 263.47 | | | 263.47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 207.86 | 207.86 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 148.25 | | | | 148.25 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 84.03 | 84.03 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 3.29 | 3.29 |
| | | **207,720.80** | **161,043.15** | **51,972.73** | **49,952.09** | **470,688.77** |

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance | | |
|---|---|---|---|---|---|---|---|---|
| | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 | **€ 107.18** | **As 07/31/2026** |
| | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 | $ 142.33 | |
| | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 | | |
| | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 | | |
| | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 | | |
| | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 | | |
| | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 | | |
| | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 | | |
| | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 | | |
| | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 | | |
| | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 | | |
| | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 | | |
| | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 | | |
| | | | | | | | | |
| | | | **Account balance on 12/31/2023** | 456.54 | EUR | | | |

## Statement for July 2026

Hologenix, LLC
1113 Montana Ave #13
Suite 13
90403 Santa Monica

## Balance Summary (7/1/26 - 7/31/26)

| | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 0.00 | 0.00 | 0.00 | 0.00 |
| EUR | 0.00 | 0.00 | 0.00 | 0.00 |
| GBP | 0.00 | 0.00 | 0.00 | 0.00 |

***-- There are no transactions for this month --***

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠



WELLS FARGO

HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Vet travel sites and agents to help avoid vacation scams**

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- **Use official sites and apps.** Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- **Don't click links in unexpected or urgent emails.** Scammers may hack real reservation emails to request extra fees.
- **Be careful with sponsored customer service search results.** Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- **Think twice about unusually cheap deals.** Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

**Slow down and verify before you click, call, or pay.** Report suspicious messages or charges right away.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $275,596.33 |
| Deposits/Credits | 404,469.25 |
| Withdrawals/Debits | - 340,815.55 |
| **Ending balance on 7/31** | **$339,250.03** |

Account number [redacted] **2016 (primary account)**
**HOLOGENIX LLC**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 7/1 | | [redacted] | 652.44 | | |
| 7/1 | | [redacted] | | 4,605.00 | |
| 7/1 | | WT Fed#03R02 Zions Bancorporati /Ftr/Bnf=Buchalter LLP Srf# Ow00007147066157 Trn#260701260705 Rfb# Ow00007147066157 | | 2,500.00 | |
| 7/1 | | [redacted] | | 5,375.18 | |
| 7/1 | | [redacted] | | 4,285.87 | |
| 7/1 | | [redacted] | | 5,232.50 | |
| 7/1 | | [redacted] | | 2,600.00 | |
| 7/1 | | [redacted] | | 3,946.25 | |
| 7/1 | | [redacted] | | 3,465.07 | |
| 7/1 | | [redacted] | | 2,500.00 | |
| 7/1 | | [redacted] | | 903.92 | |
| 7/1 | | [redacted] | | 500.00 | |
| 7/1 | | [redacted] | | 567.54 | |
| 7/1 | | [redacted] | | 3,182.00 | |
| 7/1 | | WT Seq467216 Troutman Pepper Locke L /Bnf=Troutman Pepper Locke LLP Srf# Ow00007147176744 Trn#260701467216 Rfb# Ow00007147176744 | | 2,500.00 | |
| 7/1 | | WT Fed#03R02 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00007147184113 Trn#260701268329 Rfb# Ow00007147184113 | | 10,000.00 | |

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | [redacted] | | 603.40 | |
| 7/1 | | [redacted] | | 7,155.00 | |
| 7/1 | | [redacted] | | 1,971.57 | |
| 7/1 | | [redacted] | | 467.02 | |
| 7/1 | | [redacted] | | 650.00 | |
| 7/1 | | [redacted] | | 621.45 | |
| 7/1 | | [redacted] | | 125.00 | |
| 7/1 | | Online Transfer to Casden S Ref #Ib0Yr4W27W Premier Checking Hologenix LLC 062026 Per Court Approval | | 25,000.00 | |
| 7/1 | | [redacted] | | 2,085.00 | |
| 7/1 | | [redacted] | | 1,970.21 | |
| 7/1 | | [redacted] | | 5,000.00 | |
| 7/1 | | [redacted] | | 181.95 | |
| 7/1 | | [redacted] | | 6,000.00 | |
| 7/1 | | [redacted] | | 139.50 | 172,115.34 |
| 7/2 | | [redacted] | 164.91 | | |
| 7/2 | | [redacted] | | 485.04 | |
| 7/2 | < | [redacted] | | 4,525.00 | |
| 7/2 | | [redacted] | | 8,500.00 | |
| 7/2 | < | [redacted] | | 9,620.00 | 149,150.21 |
| 7/3 | | [redacted] | | 10,000.00 | |
| 7/3 | | [redacted] | | 10,000.00 | 129,150.21 |
| 7/6 | | [redacted] | 108.64 | | |
| 7/6 | | [redacted] | 51,739.26 | | |
| 7/6 | | [redacted] | 249.64 | | |
| 7/6 | | [redacted] | 875.92 | | 182,123.67 |
| 7/7 | | [redacted] | 29.71 | | |
| 7/7 | | [redacted] | 476.16 | | 182,629.54 |
| 7/9 | | [redacted] | 26.43 | | 182,655.97 |
| 7/13 | | [redacted] | 4,787.71 | | |
| 7/13 | | WT Fed#01R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exte845E8D1Bc2B+ Trn#260713051413 Rfb# Q+50598060 496 | | 64,106.91 | 123,336.77 |
| 7/15 | | [redacted] | 378.54 | | |
| 7/15 | | [redacted] | 16,228.82 | | 139,944.13 |
| 7/17 | | [redacted] | 458.94 | | 140,403.07 |
| 7/20 | | [redacted] | 186.35 | | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/20 | | [redacted] | 15.06 | | |
| 7/20 | | [redacted] | 179.46 | | |
| 7/20 | | [redacted] | 433.44 | | |
| 7/20 | | [redacted] | 443.29 | | 141,660.67 |
| 7/21 | | [redacted] | | 26,914.74 | |
| 7/21 | | [redacted] | | 15,000.00 | |
| 7/21 | | [redacted] | | 3,500.00 | 96,245.93 |
| 7/22 | | [redacted] | 35.75 | | |
| 7/22 | | [redacted] | 98.05 | | |
| 7/22 | | [redacted] | 654.24 | | |
| 7/22 | | [redacted] | | 2,500.00 | 94,533.97 |
| 7/23 | | [redacted] | 350.54 | | |
| 7/23 | | [redacted] | 1,577.88 | | 96,462.39 |
| 7/24 | | [redacted] | 718.51 | | 97,180.90 |
| 7/27 | | [redacted] | 2,816.00 | | |
| 7/27 | | [redacted] | 271,771.00 | | |
| 7/27 | | [redacted] | 148.37 | | |
| 7/27 | | [redacted] | | 6,500.00 | |
| 7/27 | | [redacted] | | 6,001.10 | 359,415.17 |
| 7/28 | | [redacted] | 111.78 | | |
| 7/28 | | [redacted] | 24,496.33 | | 384,023.28 |
| 7/29 | | [redacted] | 150.25 | | |
| 7/29 | | WT Fed#03R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Exta556391Faabd+ Trn#260729042665 Rfb# Q+50614758 241 | | 64,066.94 | |
| 7/29 | | WT Fed#01R01 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Ext47178CC5E7C3+ Trn#260729189091 Rfb# Q+50618266 686 | | 4,962.39 | 315,144.20 |
| 7/30 | | [redacted] | 248.31 | | |
| 7/30 | | [redacted] | 10,910.00 | | |
| 7/30 | | [redacted] | 694.00 | | |
| 7/30 | | [redacted] | 465.68 | | 327,462.19 |
| 7/31 | | [redacted] | 27.14 | | |
| 7/31 | | [redacted] | 1,320.77 | | |
| 7/31 | | [redacted] | 190.28 | | |
| 7/31 | | [redacted] | 10,249.65 | | 339,250.03 |
| **Totals** | | | **$404,469.25** | **$340,815.55** | |

WELLS FARGO

***Transaction History (continued)***

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2026 - 07/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $94,533.97 √ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 46 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

TIP **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**

Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/12/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | EUR |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| Register balance as of 07/31/2026 | 0.00 |

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/12/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | EUR |
|---|---|
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 07/31/2026 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/12/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 07/31/2026 | 0.00 |

Hologenix LLC

**1000.300 Petty Cash, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/12/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 58.13 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 58.13 |
| | |
| Register balance as of 07/31/2026 | 58.13 |

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/12/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 07/31/2026 | 1,597.78 |

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 275,596.34 |
| Checks and payments cleared (46) | -340,843.55 |
| Deposits and other credits cleared (38) | 404,497.25 |
| Statement ending balance | 339,250.04 |
| Uncleared transactions as of 07/31/2026 | -2,902.13 |
| Register balance as of 07/31/2026 | 336,347.91 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | -19,587.81 |
| Register balance as of 08/14/2026 | 316,760.10 |

**Details**

Checks and payments cleared (46)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Bill Payment | | [redacted] | -467.02 |
| 07/01/2026 | Bill Payment | | [redacted] | -3,182.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -181.95 |
| 07/01/2026 | Bill Payment | | [redacted] | -4,605.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -567.54 |
| 07/01/2026 | Bill Payment | | [redacted] | -4,285.87 |
| 07/01/2026 | Bill Payment | | [redacted] | -2,600.00 |
| 07/01/2026 | Credit Card Payment | | [redacted] | -2,085.00 |
| 07/01/2026 | Credit Card Payment | | [redacted] | -6,000.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -125.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -650.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -3,946.25 |
| 07/01/2026 | Bill Payment | | [redacted] | -5,232.50 |
| 07/01/2026 | Bill Payment | | [redacted] | -2,500.00 |
| 07/01/2026 | Bill Payment | Fee App 5-Payment 29 | Buchalter | -2,500.00 |
| 07/01/2026 | Bill Payment | Fee App 6-Payment 16 | Troutman Pepper LLP | -2,500.00 |
| 07/01/2026 | Bill Payment | Fee App 4-Payment 41 | LNBYG | -10,000.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -603.40 |
| 07/01/2026 | Bill Payment | | [redacted] | -7,155.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -3,465.07 |
| 07/01/2026 | Credit Card Payment | | [redacted] | -1,970.21 |
| 07/01/2026 | Bill Payment | | [redacted] | -5,000.00 |
| 07/01/2026 | Bill Payment | | [redacted] | -1,971.57 |
| 07/01/2026 | Bill Payment | | [redacted] | -903.92 |
| 07/01/2026 | Bill Payment | | [redacted] | -621.45 |
| 07/01/2026 | Bill Payment | | [redacted] | -5,375.18 |
| 07/01/2026 | Expense | June2026(BK) | Seth Casden | -25,000.00 |
| 07/01/2026 | Bill Payment | To print | [redacted] | -139.50 |
| 07/01/2026 | Bill Payment | | [redacted] | -500.00 |
| 07/02/2026 | Bill Payment | | [redacted] | -9,620.00 |

| | | | | |
|---|---|---|---|---|
| 07/02/2026 | Bill Payment | | [redacted] | -8,500.00 |
| 07/02/2026 | Bill Payment | | [redacted] | -4,525.00 |
| 07/02/2026 | Bill Payment | | [redacted] | -485.04 |
| 07/03/2026 | Credit Card Payment | | [redacted] | -10,000.00 |
| 07/03/2026 | Bill Payment | | [redacted] | -10,000.00 |
| 07/05/2026 | Expense | | [redacted] | -18.00 |
| 07/13/2026 | Bill Payment | | TriNet HR Corporation | -64,106.91 |
| 07/21/2026 | Bill Payment | | [redacted] | -26,914.74 |
| 07/21/2026 | Bill Payment | | [redacted] | -3,500.00 |
| 07/21/2026 | Credit Card Payment | | [redacted] | -15,000.00 |
| 07/22/2026 | Bill Payment | | [redacted] | -2,500.00 |
| 07/26/2026 | Expense | | [redacted] | -10.00 |
| 07/27/2026 | Credit Card Payment | | [redacted] | -6,001.10 |
| 07/27/2026 | Bill Payment | | [redacted] | -6,500.00 |
| 07/29/2026 | Bill Payment | | TriNet HR Corporation | -64,066.94 |
| 07/29/2026 | Bill Payment | | TriNet HR Corporation | -4,962.39 |

Total -340,843.55

Deposits and other credits cleared (38)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Deposit | | [redacted] | 652.44 |
| 07/02/2026 | Deposit | 137940533613 | [redacted] | 164.91 |
| 07/03/2026 | Deposit | 137901277549 | [redacted] | 108.64 |
| 07/06/2026 | Receive Payment | | [redacted] | 51,757.26 |
| 07/06/2026 | Receive Payment | | [redacted] | 875.92 |
| 07/06/2026 | Deposit | 138012000621 | [redacted] | 249.64 |
| 07/07/2026 | Deposit | 138038837613 | [redacted] | 29.71 |
| 07/07/2026 | Receive Payment | | [redacted] | 476.16 |
| 07/09/2026 | Deposit | 138091659629 | [redacted] | 26.43 |
| 07/13/2026 | Receive Payment | | [redacted] | 4,787.71 |
| 07/15/2026 | Deposit | | [redacted] | 16,228.82 |
| 07/15/2026 | Deposit | 138215424365 | [redacted] | 378.54 |
| 07/17/2026 | Deposit | 138208346477 | [redacted] | 186.35 |
| 07/17/2026 | Deposit | 138271359341 | [redacted] | 458.94 |
| 07/18/2026 | Deposit | 138236035437 | [redacted] | 15.06 |
| 07/20/2026 | Deposit | | [redacted] | 433.44 |
| 07/20/2026 | Deposit | | [redacted] | 443.29 |
| 07/20/2026 | Deposit | 138325131629 | [redacted] | 179.46 |
| 07/22/2026 | Deposit | | [redacted] | 98.05 |
| 07/22/2026 | Deposit | 138375790957 | [redacted] | 35.75 |
| 07/22/2026 | Deposit | | [redacted] | 654.24 |
| 07/23/2026 | Receive Payment | | [redacted] | 1,577.88 |
| 07/23/2026 | Deposit | 138407412077 | [redacted] | 350.54 |
| 07/24/2026 | Deposit | 138434937197 | [redacted] | 718.51 |
| 07/27/2026 | Deposit | 138476290413 | [redacted] | 148.37 |
| 07/27/2026 | Receive Payment | | [redacted] | 2,816.00 |
| 07/27/2026 | Receive Payment | | [redacted] | 271,781.00 |
| 07/28/2026 | Deposit | | [redacted] | 24,496.33 |
| 07/28/2026 | Deposit | 138500505965 | [redacted] | 111.78 |
| 07/29/2026 | Deposit | 138526228845 | [redacted] | 150.25 |
| 07/30/2026 | Deposit | 138557620589 | [redacted] | 248.31 |
| 07/30/2026 | Deposit | | [redacted] | 465.68 |
| 07/30/2026 | Deposit | | [redacted] | 694.00 |
| 07/30/2026 | Receive Payment | | [redacted] | 10,910.00 |
| 07/31/2026 | Deposit | 138594287981 | [redacted] | 1,320.77 |

| | | | | |
|---|---|---|---|---|
| 07/31/2026 | Deposit | 27004596211 | [redacted] | 27.14 |
| 07/31/2026 | Receive Payment | | | 10,249.65 |
| 07/31/2026 | Deposit | | | 190.28 |
| Total | | | | 404,497.25 |