| | |
|---|---|
| RON BENDER (State Bar No. 143364)<br>JOHN-PATRICK M. FRITZ (State Bar No. 245240)<br>KURT RAMLO (State Bar No. 166856)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYG.COM; JPF@LNBYG.COM; KR@LNBYG.COM;<br><br>Attorneys for Chapter 11<br>Debtor and Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | CASE NUMBER: 2:20-bk-13849-BR<br>Chapter 11 Case<br>Subchapter V<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**Chapter 11 Voluntary Petition** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING PLAN CONFIRMATION BRIEFING SCHEDULE** was lodged on October 20, 2026, and is attached. This order relates to the motion which is docket number 1.

RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER APPROVING PLAN CONFIRMATION BRIEFING SCHEDULE**<br><br>No Hearing |

The Court, having read and considered that certain "Joint Status Report and Proposed Plan Confirmation Briefing Schedule" filed by Hologenix, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, on the one hand, and Multiple Energy Technologies, LLC ("MET"), on the other hand, and having considered the record in this case, the docket in this case, and for good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. **October 20, 2026**, will be the deadline for the Debtor to file its chapter 11 plan (the "Plan"), motion to confirm the plan, declarations in support of plan confirmation, and notice of hearing on plan confirmation and briefing deadlines, and mailing of ballots to accept or reject the plan (the "**Plan Deadline**"). All documents upon which the Debtor's

expert witness relies shall be produced to MET within three (3) days following the Plan Deadline.

2. **December 1, 2026**, will be the deadline for voting on the plan and for filing objections to the plan, complete with evidence in support of any such objections (the "**Objection Deadline**"). Creditors and parties in interest filing an objection to the Plan shall complete their plan-related discovery prior to the Objection Deadline. To accommodate the foregoing, the Parties have agreed to an expedited discovery schedule, such that written discovery responses (including document production) shall be due within 14 days after such discovery is propounded.

3. **January 5, 2027**, will be the deadline for the Debtor to file its summary of ballots received, reply to objections, and all evidence in support of its reply on plan confirmation (the "**Reply Deadline**"). Debtor shall complete its plan-objection-related discovery prior to the Reply Deadline.

4. **January 12, 2027, at 10:00 a.m**. will be the hearing on the Plan, which may continue to January 13, 2027, if necessary and if convenient with the calendar of the Court.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 20, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the `document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 20, 2026 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| The Honorable Barry Russell<br>United States Bankruptcy Court<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street<br>Bin outside of Suite 1660<br>Los Angeles, CA 90012 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2026 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- **Todd M Arnold tma@lnbyg.com**
- **Ron Bender rb@lnbyg.com**
- **Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com**
- **Robert Carrasco rmc@lnbyg.com, rmc@lnbyg.com**
- **Oscar Estrada oestrada@ttc.lacounty.gov**
- **Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com**
- **John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com**
- **Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com**
- **Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com**
- **Raffi Khatchadourian raffi@hemar-rousso.com**
- **Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com**
- **Ron Maroko ron.maroko@usdoj.gov**
- **Juliet Y. Oh jyo@lnbyg.com, jyo@lnbyb.com**
- **Carmela Pagay ctp@lnbyg.com**
- **Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com**
- **Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email**
- **Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com**
- **James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com**
- **Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com**
- **Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com**
- **Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com**
- **Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com**
- **Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com**
- **Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com**
- **Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com**
- **Derrick Talerico dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
- **Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**
- **David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com**
- **Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com**