RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br>Chapter 11 Case<br>Subchapter V<br><br>**DECLARATION OF HOWARD GROBSTEIN IN CONNECTION WITH:**<br><br>**(I) DEBTOR'S MOTION TO CONFIRM DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN, DATED OCTOBER 20, 2026; AND (II) DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN, DATED OCTOBER 20, 2026**<br><br>Hearing:<br>Date: January 12, 2027<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

I, **HOWARD B. GROBSTEIN**, declarant and state as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am Certified in Financial Forensics ("CFF"), licensed by the American Institute of Certified Public Accountants (AICPA"). I am a member in good standing of the AICPA. I am a former member of the Panel of Chapter 7 Trustees in the Central District of California, Riverside Division. I am a partner of GROBSTEIN TEEPLE LLP ("GT"), expert witness for the Chapter 11 Debtor.

2. I prepared the expert report (attached hereto as Exhibit "A") in this matter on behalf of the Chapter 11 Debtor. The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office. If called as a witness, I could and would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 20, 2026, at Los Angeles County, California.

# EXHIBIT "A"

**Expert Report of Howard B. Grobstein, CPA|CFF, CFE**

# In Re: Hologenix, LLC

**United States Bankruptcy Court, Central District of California**
**Bankruptcy Case No. 2:20-bk-13849-BR**

**Howard B. Grobstein, CPA|CFF, CFE**
**October 20, 2026**

## I. ENGAGEMENT DESCRIPTION

I, Howard B. Grobstein, through my accounting firm Grobstein Teeple LLP (herein collectively referred to as "GT", "We", "Our"), was retained by Hologenix, LLC (herein referred to as "Hologenix", "Debtor") to provide an expert opinion on Hologenix's solvency as of certain dates, provide plan and best interest of creditors test consulting, and other consulting services as requested by Hologenix and its counsel. We were engaged by the Debtor after the issuance of the District Court's decision on creditor, Multiple Energy Technologies, LLC's ("MET") appeal to challenge the Bankruptcy Court's order confirming the Debtor's proposed Chapter 11 plan. The District Court vacated the Bankruptcy Court's Dismissal, Findings, and Confirmation Orders, and remanded the matter back to the Bankruptcy Court for further proceedings. The Debtor voluntarily withdrew its original plan and submitted an updated plan (the "Plan"). The Court confirmed Debtor's Plan in 2022, however, the District Court reversed and remanded, and the Court instructed the Debtor to file an updated Plan and liquidation analysis.

The opinions expressed herein are based on information produced by the Debtor and its counsel.

## II. LIMITING CONDITIONS

GT prepared this report and related exhibits solely for the purposes of the engagement described above and, thus, this report should not be relied upon for any other purpose. We have not performed an audit, review, or examination, as defined by the American Institute of Certified Public Accountants, of any of the foregoing information relied upon in this report. This report is not intended to be and is not an appraisal of the entity involved and/or of any of the related assets prepared in accordance with the Uniform Standards of Professional Appraisal Practice of the American Society of Appraisers. This report may not be used for any other purpose without the express written consent of Howard B. Grobstein or an authorized designee of Grobstein Teeple LLP. Should additional information be presented, we retain the right to amend this report and exhibits.

## III. SUMMARY OF FINDINGS

GT determined that the Debtor's Plan satisfies the "Best Interest of Creditors" test. GT prepared a liquidation analysis reflecting that the creditors would receive a higher return under Chapter 11 than under a Chapter 7 liquidation.

## IV. OVERALL APPROACH

GT evaluated information provided by the Debtor and its counsel and participated in telephonic discussions with the Debtor's representatives and its Counsel to obtain further financial information relevant to the Debtor.

## V. CASE BACKGROUND

MET and Hologenix both sell competing bioceramic products called Redwave and CELLIANT, respectively. In February 2019, MET sued Hologenix in this District, seeking damages and injunctive relief arising from Hologenix's allegedly false advertising of its CELLIANT product.

In March 2020, the parties executed a settlement agreement in which Hologenix agreed to entry of a Permanent Injunction and payment of $2.5 million to MET, in six installments, with the largest payment of $1.4 million scheduled for April 23, 2020 (the "Settlement").

On April 22, 2020, one day before the $1.4 million payment was due, Hologenix filed a voluntary petition for relief under Subchapter V2 of Title 11 of the United States Code. Hologenix's Bankruptcy Schedules listed MET as its largest unsecured creditor with a $2.4 million claim against the bankruptcy estate.

On June 2, 2020, Hologenix filed its Chapter 11, Subchapter V Plan ("Plan" or "Chapter 11 Plan"), and a Motion to Confirm the Plan. On June 30, 2020, MET filed its Objections to Hologenix's Chapter 11 Plan, followed by a Supplemental Objection on September 15, 2020.

On June 1, 2020, MET filed an Ex Parte Application to Dismiss Debtor's Bankruptcy Case or, in the Alternative for Relief from the Automatic Stay ("Ex Parte Application"), and the Declaration of Thomas E. Butler in support thereof ("Butler Decl.").

On June 9, 2020, Hologenix filed its Evidentiary Objections to Declaration of Thomas Butler in Opposition to "Ex Parte Application To Dismiss Debtors' Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay." ("Evidentiary Objections" or "Objections").

On June 16, 2020, MET filed regularly-noticed Motions to Dismiss Hologenix's Bankruptcy Case ("Motion to Dismiss"), and for Relief from the Automatic Stay ("Motion for Relief from Stay"), to pursue contempt proceedings against Hologenix for violations of the Permanent Injunction. The Butler Declaration filed in support of MET's Ex Parte Application, was re-filed in support of both of these Motions.

A hearing on MET's Motions to Dismiss and for Relief from Stay was held on July 7, 2020, ("July 7, 2020, Hearing" or "First Hearing"). The Bankruptcy Court sustained in part and overruled in part Hologenix's Evidentiary Objections. The Bankruptcy Court also granted MET's Motion for Relief from Stay, permitting MET to initiate contempt proceedings in the District Court against Hologenix for violations of the Permanent Injunction.

On October 6, 2020, the Bankruptcy Court held a hearing on Hologenix's Motion to Confirm Plan and MET's Motion to Dismiss. ("October 6, 2020, Hearing" or "Second Hearing"). At this hearing, the Bankruptcy Court denied the Motion to Dismiss and granted the Motion to Confirm Plan. On October 28, 2020, the Bankruptcy Court entered its Dismissal, Findings, and Confirmation Orders.

Prior to the Settlement, on December 12, 2019, the Class 1 creditors recorded their lien ("Class 1 Lien"), and on February 24, 2020, the Class 2 creditors recorded their lien ("Class 2 Lien") for the total amount of $2,066,333.00 (collectively, the "Liens"). Class 1 consists of claims by Northern Trust. Class 2 consists of claims by Seth Casden, Alvaro Pascotto Revocable Trust, Julien Born and Murali Sundar.

MET contended that Hologenix failed to show that its original confirmed plan satisfied the requirements of Section 1129(a)(7)(A)(ii) that unsecured creditors would receive more under the Plan than in a Chapter 7 liquidation. MET also contended that Hologenix was insolvent on the dates the Liens were recorded.

The Court confirmed Debtor's Plan in 2022, however, the District Court reversed and remanded, and the Court instructed the Debtor to file an updated Plan and liquidation analysis.

## VI. STATEMENT OF FINDINGS

**Best Interest of Creditors Test**

Under 11 U.S.C. 1129(a)(7),
*(a) The court shall confirm a plan only if all of the following requirements are met:*

*...(7) With respect to each impaired class of claims or interests--*

*(A) each holder of a claim or interest of such class--*

*(i) has accepted the plan; or*

*(ii) will receive or retain under the plan on account of such claim or interest*

*property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title on such date; or....*

Exhibit 1, the Liquidation Analysis (as of March 1, 2027) (the "Liquidation Analysis"), provides a summary of the book value of non-exempt assets with adjustments for treatment under the Plan and under a potential Chapter 7 liquidation, as of the projected effective date of the Plan.

GT prepared the Liquidation Analysis based on the 5-year projections prepared by the Debtor.

The Class 1B Lien would be paid $346,753.18. The amount for Class 1B is calculated as follows: Principal amount of $200,000.00 at 8% interest, compounded daily starting April 15, 2020, through February 28, 2027. Class 2 non-insider claims would be in the same pool as all general unsecured claims. Under a Chapter 7 liquidation, the general unsecured claims would receive nothing. Even if insider claims were subordinated, non-insider general unsecured claims would receive nothing.

Further, the Chapter 7 liquidation takes into consideration the Chapter 7 trustee's legal and accounting fees of approximately $125,000.00, and the Chapter 7 trustee's statutory fee of approximately $62,560.16.

Based on GT's analysis, the non-insider, general unsecured creditors in Class 2 would receive a dividend of 12.2% under the Plan and no dividend under a Chapter 7 liquidation due to the additional costs of litigation and the administration of the Chapter 7, including additional expenses related to a Chapter 7 trustee and her/his professionals.

**Net Present Value**

**Exhibit 1**, the Liquidation Analysis, provides for projected net disposable income ("Disposable Income") for life of plan in the amount of $500,000.00. Pursuant to the Debtor's calculations, if the

Debtor were to pay the non-insider, general unsecured creditors in full within 90-days of the Plan effective date, the creditors would receive $170,884.00 which is the Net Present Value (the NPV") of the Disposable Income discounted at a rate of 40%. GT consulted one of its valuation experts to determine whether the NPV discount rate was appropriate for the Debtor.

As the Debtor is coming out of restructuring, it is in essence a start-up enterprise. Exhibit 2 presents a range of discount rates reported by studies of the rates that venture capitalists typically demand at various stages of company development.

As shown in **Exhibit 2**, discount rates for start-up companies tend to range from 50%-70%. Early development companies – i.e. those with prototypes but still pre-revenue, are 40%-60%. Second stage or expansion enterprises – those that have some sales – are in the 30%-50% range. Finally, bridge/initial public offering stage funding tends to warrant rates from 20-35%.

The American Institute of Certified Public Accountants ("AICPA") identifies six stages of development of an enterprise which are described as follows:[1]

> Stage 1 - Enterprise has no product revenue to date and limited expense history and, typically, an incomplete management team with an idea, plan, and possibly some initial product development. Typically, seed capital or first-round financing is provided during this stage by friends and family, angels, or venture capital firms focusing on early-stage enterprises, and the securities issued to those investors are occasionally in the form of common stock but are more commonly in the form of preferred stock.
>
> Stage 2 - Enterprise has no product revenue but substantive expense history, because product development is under way and business challenges are thought to be understood. Typically, a second or third round of financing occurs during this stage. Typical investors are venture capital firms, which may provide additional management or board of directors' expertise. The typical securities issued to those investors are in the form of preferred stock.
>
> Stage 3 - Enterprise has made significant progress in product development; key development milestones have been met (for example, hiring of a management team); and development is near completion (for example, alpha and beta testing), but generally there is no product revenue. Typically, later rounds of financing occur during this stage. Typical investors are venture capital firms and strategic business partners. The typical securities issued to those investors are in the form of preferred stock.
>
> Stage 4 - Enterprise has met additional key development milestones (for example, first customer orders or first revenue shipments) and has some product revenue, but it is still operating at a loss. Typically, mezzanine rounds of financing occur during this stage. Also, it is frequently in this stage that discussions would start with investment banks for an initial public offering ("IPO").
>
> Stage 5 - Enterprise has product revenue and has recently achieved breakthrough measures of financial success such as operating profitability or breakeven or positive cash flows. A liquidity event of some sort, such as an IPO or a sale of the enterprise, could occur in this stage. The form of securities issued is typically all common stock, with any outstanding preferred converting to common upon an IPO (and perhaps also upon other liquidity events).

[1] Source: Table 2.1 in "Valuation of Privately Held Company Equity Securities Issued as Compensation" published by the AICPA in 2013.

Stage 6 - Enterprise has an established financial history of profitable operations or generation of positive cash flows. Some enterprises may remain private for a substantial period in this stage. An IPO could also occur during this stage.

Hologenix has a history of revenues and historical profitability pre-restructuring, and as a result would be considered in a lower risk category than start-up or early development companies. Considering the above guidance on enterprise stages as detailed above and characteristics of Hologenix, a discount rate of 40% -- between the second stage or expansion and bridge/IPO categories – is considered reasonable.

## VII. PROFESSIONAL QUALIFICATIONS

Howard B. Grobstein, CPA/CFF, CFE

Howard Grobstein is a partner with Grobstein Teeple LLP, a consulting and accounting firm located in Woodland Hills, California. Mr. Grobstein is a certified public accountant licensed in the State of California and is certified in financial forensics by the AICPA. Mr. Grobstein is a former member of the panel of chapter 7 trustees in the Central District of California. He has been involved in small and large forensic examinations and fraud related cases, working on behalf of governmental agencies, corporations, individuals, receivers, special masters, bankruptcy trustees, and law firms. He has testified at depositions, arbitrations and at trials both in federal and state courts.

Mr. Grobstein co-authored a chapter in the *Fraud Casebook: Lessons from the Bad Side of Business*.

Attached as **Exhibit 3** is the *curriculum vitae* of Howard B. Grobstein.

## VIII. DATA OR INFORMATION RELIED UPON

In preparation of this expert report, we relied upon the following data or information:

(a) Debtor's Chapter 11 Subchapter V Plan, Dated June 2, 2020 – Bankruptcy Docket No. 83;

(b) Order Re: Bankruptcy Appeal, entered September 27, 2021 – District Court Docket No. 62;

(c) Plan projections as prepared by the Debtor;

(d) Table 2.1 in "Valuation of Privately Held Company Equity Securities Issued as Compensation" published by the AICPA in 2013.

## IX. TESTIMONY EXPERIENCE

The following is the testimony experience of Howard B. Grobstein for the four previous calendar years:

A. Third Street Treatment Partners LLC – United States Bankruptcy Court, Los Angeles – June 2016.

B. Dorothy H. Hamilburg – United States Bankruptcy Court, Santa Barbara – April 2016 Deposition; July 2016 Trial.

C. Tony Pham and Lindsie Kim Pham – United States Bankruptcy Court, Santa Ana – June 2016.

D. L. Scott Apparel Liquidating Trust - United States Bankruptcy Court, Los Angeles, – August 2016.

E. Richard Irvin v. Kelley Control et al – Superior Court of California, Los Angeles, – November 2016 deposition, May 2017 trial

F. Brittani Newman v. Knit Creations, Inc., Superior Court of California, Los Angeles – February 2018 trial.

G. [Confidential] Superior Court of California, Los Angeles – August 2018 trial.

H. Oren Cohen vs. Avraham Hassid, et al., Superior Court of California, Los Angeles – August 2018 Deposition, September 2018 Deposition, September - October 2018 trial.

I. Alona Hassid v. Eyal Cohen-Bashi, Superior Court of California, Los Angeles – January 2019 deposition.

J. Tal Hassid v. Eyal Cohen-Bashi, Superior Court of California, Los Angeles – March 2019 trial and February 2020 trial.

K. Seror v. Muennichow, United States Bankruptcy Court, San Fernando Valley Division – August 2019 trial.

L. Rho v. Bank of Hope, Superior Court of California, Los Angeles – August 2019 trial.

M. Millennium Park Partners v. Avalon Bay Communities, Superior Court of California, San Jose – November 2020 deposition.

N. BGM Pasadena LLC v. Pasadena Apts-7, LLC, Superior Court of California, Los Angeles – deposition.

O. Riverside Christian School, US Bankruptcy Court, Riverside Division - January 2021 deposition.

P. Morovati v. Morovati, Superior Court of California, Los Angeles - August 2021 deposition.

Q. Schecter v. Schecter, Superior Court of California, Los Angeles - December 2021 deposition.

R. Sara DeRosa v. Viacomcbs Inc. et al., US District Court – Central District of California - June 2022 deposition.

S. In re Hologenix, LLC, United States Bankruptcy Court, Los Angeles Division - August 2022 = deposition and trial.

T. Vitality Health Plans, Inc. v. Sanjay Patil et. al. Superior Court of California, Orange County - April 2023 – Arbitration.

U. New Icon Inc. v. Daniel Kang et. al. – Superior Court of California, Riverside County - deposition and trial.

V. In re ThunderRoad Motorcycle Trust 2016-1 et. al. v. Vervent, Inc. et. al., Superior Court of California, Los Angeles - January 2024 – deposition.

W. Providence Industries, LLC v. LuLaRoe, LLC et. al. Superior Court of California, Riverside County - August and October 2024 – deposition and trial.

X. Santa Anita Convalescent Hospital Center, Inc. et. al. v. Mildred DeCastro, Inc. et. al., Superior Court of California, Los Angeles - August 2025 and November 2025 – rebuttal testimony.

Y. CS Bio Co. et. al. v. Comerica Bank, US District Court, California - October 2025 – trial.

Z. Nice Wave International Limited v. SF Prosperity 2, LLC, and Michael Tzu-Wen Wang, Superior Court of California, San Mateo County - November 2025.

AA. M&N Luxury AV, LLC v. Bang & Olufsen America Inc. et al., US District Court, California – May 2026 – deposition.

## X. COMPENSATION

Grobstein Teeple LLP is being compensated for fees and costs based on its normal hourly rates.

# Exhibit 1

**Debtor:** ***In re Hologenix, LLC***
**Case number: 2:20-bk-13849-BR**

**Exhibit 1: Liquidation Analysis (as of March 1, 2027)**

**Estimated Liquidation Value of Assets**

| Non-Exempt Assets | | Book Value | Chapter 11 | Liquidation Discount | Chapter 7 | |
|---|---|---|---|---|---|---|
| Cash on hand | [1] | $571,666.54 | $571,666.54 | 0% | $571,666.54 | |
| Cash Reserved for Operations | [2] | N/A | ($269,307.39) | N/A | $0.00 | |
| Net Projected Disposable Income from Operations | [3] | N/A | $1,617,911.21 | N/A | $0.00 | |
| Accounts Receivable | [4] | $604,332.42 | $0.00 | 40% | $362,599.45 | |
| Investment in Agriculture Research | [5] | $87,461.43 | $0.00 | 100% | $0.00 | |
| Inventory | [6] | $1,085,021.45 | $0.00 | 85% | $162,753.22 | |
| Fixed Assets | [7] | $81,813.65 | $0.00 | 90% | $8,181.36 | |
| Intellectual Property | [8] | $1,218,046.56 | $0.00 | 90% | $121,804.66 | |
| Lease Deposits | [9] | $108,015.93 | $0.00 | 100% | $0.00 | |
| **Total** | | $3,756,357.98 | $1,920,270.36 | | $1,227,005.23 | |
| Less: Chapter 7 trustee fees and expenses | – | | $0.00 | | $62,560.16 | |
| Less: Chapter 7 trustee legal and accounting fees | | | $0.00 | | $125,000.00 | [10] |
| Less: Chapter 11 Estimated Professional Fees (legal and accounting) | – | [11] | $1,405,270.36 | | $1,405,270.36 | |
| Less: SubChapter V trustee fees and expenses | – | | $15,000.00 | | $15,000.00 | |
| Less: Class 1A | – | [12] | $0.00 | | $0.00 | |
| Less: Class 1B (Murali Sundar) | | | $0.00 | | $346,753.18 | [13] |
| Less: Priority claims (excluding administrative expense claims) | – | [14] | $0.00 | | $0.00 | |
| **(1) Estimated amount available to pay allowed general unsecured claims** | | | **$500,000.00** | | **($727,578.47)** | |
| **(2) Total dollar amount of non-insider unsecured claims** | | [15] | **$4,088,217.61** | | **$4,088,217.61** | |
| **(3) Total dollar amount of insider and non-insider unsecured claims** | | | | | **$7,637,050.61** | [16] |
| **Estimated Minimum Percentage Dividend (non-insider claims only):** | | | 12.2% | | -17.8% | |
| **Estimated Minimum Percentage Dividend (insider and non-insider unsecured claims):** | | | | | -9.5% | |
| **Class 2 NPV Payment** | | [17] | $ 170,884.00 | | | |

**The Liquidation Analysis takes into account the following:**

[1] Cash on hand consists of the anticipated funds held in the Debtor-in-Possession accounts on the effective date of the Plan.

[2] The Debtor projects this amount is needed for continued operations.

[3] Per Debtor, the Debtor anticipates that the Net Projected Disposable Income from Operations will be approximately $1,617,911.21.

[4] Debtor's anticipated accounts receivable as of March 1, 2027 is estimated at $604,332.42. GT estimates that in an immediate liquidation of accounts receivable under Chapter 7, it would recover approximately 60% of the amount it would collect under its Chapter 11 plan of reorganization.

[5] Per Seth Casden, the Debtor's books and records inadvertently identified the Investment in Agriculture Research as "FDA - Patents & Other." The other three categories "FDA - Clinical Studies," "FDA - Legal & Professional," and "Patents & Trademarks" are liabilities that should have been included in the category of "Intellectual Property." Debtor has now corrected this in its books and records. GT was initally provided this information by Seth Casden on February 18, 2022 via a Zoom meeting. The amount listed is the updated Book Value provided by the Debtor as of March 1, 2027. Debtor's investment in agriculture research in not an asset that can be liquidated or used for repayment under a Chapter 11 plan, therefore, it has been adjusted to zero. Book Value used as of March 1, 2027.

[6] The current value of the inventory is $1,085,021.45. GT estimates that the liquidation value in a Chapter 7 bankruptcy it would recover approximately 15% of the book value. Book Value used as of March 1, 2027.

[7] GT estimates the Chapter 7 liquidation value of Fixed Assets is estimated to be approximately 10% of the book value. It is assumed the FF&E would not be liquidated in a Chapter 11, therefore, the value would be $0.00. Book Value used as of March 1, 2027.

[8] Per information provided by Seth Casden as described in FN 5, the liability has been increased to include the categories of "FDA - Clinical Studies," "FDA - Legal & Professional," and "Patents & Trademarks." GT estimates the Chapter 7 liquidation value of its Intellectual Property is estimated to be approximately 10% of the book value. It is assumed the Intellectual Property would not be liquidated in a Chapter 11, therefore, the value would be $0.00. Book Value used as of March 1, 2027.

[9] GT estimates the Chapter 7 liquidation value of Lease Deposits is estimated to be approximately 0% of the book value as it would very likely not be collectible. It is assumed the Lease Deposits would not be liquidated in a Chapter 11, therefore, the value would be $0.00. Book Value used as of March 1, 2027.

[10] Estimated legal and accounting fees incurred by a Chapter 7 Trustee would be reduced significantly to $125,000 from the $350,000 originally set forth in January 2022.

[11] Chapter 11 Professional Fees are estimated as follows: (1) Levene, Neale, Bender, Yoo & Golubchik, L.L.P.; (2) Gregory Jones - Subchapter V Trustee (shown on separate line); Grobstein Teeple, LLP; Buchalter; Troutman Pepper Hamilton Sanders LLP; Dermer Behrendt; Theodora Oringher PC; and M&G Partners.

[12] Per Counsel, Class 1A settled and will released its liens.
[13] Per Counsel, under a Chapter 7 liqudation Class 1B - Murali Sunder's claim for $200,000.00 principal plus interest in the amount of $346,753.18 would be allowed. Interest is calculated at 8%, compounded daily, starting April 15, 2020.

[14] Debtor paid the Priority Claims in the post-confirmation period of November 12, 2020 - December 21, 2020.

[15] Per Counsel, the amount is for non-insider unsecured claims.
[16] Per Counsel, the amount is for insider and non-insider unsecured claims.
[17] Net Present Value (NPV) reflects the estimated payments to Class 2 creditors, discounted at 40% over 5 years.



Prepared by Grobstein Teeple LLP
Source: Debtors' Schedules and Records

# Exhibit 2

**EXHIBIT 2**
**RANGE OF VENTURE CAPITAL RATES BASED ON VENTURE CAPITAL STUDIES**
*SOURCE: AICPA VALUATION OF PRIVATELY HELD COMPANY EQUITY APPENDIX B - COPYRIGHT 2013*

| | Study | | |
|---|---|---|---|
| Stage of Development | Plumber [5] | Scherlis & Sahlman [6] | Sahlman & Others [7] |
| Start-up [1] | 50%-70% | 50%-70% | 50%-100% |
| First stage or early development [2] | 40%-60% | 40%-60% | 40%-60% |
| Second stage or expansion [3] | 35%-50% | 30%-50% | 30%-40% |
| Bridge/initial public offering (IPO) [4] | 25%-35% | 20%-35% | 20%-30% |

NOTES:

[1] Enterprise that is typically less than one-year old. Funding required for product development, prototype testing and test marketing.

[2] Enterprise that has developed protypes that appear to be viable and for which future technical risk is deemed minimal although commercial risk may be significant.

[3] Enterprise that has already sold some product, including beta versions, to consumers.

[4] Bridge/IPO stage funding is for items such as pilot plant construction, production design and testing and bridge financing in anticipation of an IPO.

[5] James L. Plummer QED Report on Venture Capital Financial Analysis (Palo Alto: QED Research, Inc. 1987)

[6] Daniel R. Scherlis and William A. Sahlman "A Method for Valuing High-Risk Long Term, Investments: 'The Venture Capital Method,'" Harvard Business School Teaching Note 9-288-006 (Boston: Harvard School Publishing, 1989).

[7] William A. Sahlman and others, Financing Entrepreneurial Ventures, Business Fundamentals (Boston: Harvard Business School Publishing, 1998).

[8] Assessment of stage development per "Building a Discount Rate for Early-Stage Companies" by Rajesh Khairajani December 2020:
*https://knavcpa.com/wp-content/uploads/2021/01/Building-a-Discount-Rate-for-Early-Stage-Companies.pdf*

| *Criteria* | *Start-Up* | *First Stage* | *Second Stage* | *Third/Fourth Stage* |
|---|---|---|---|---|
| *Management* | *X* | *X* | *X* | *X* |
| *Business Plan* | *X* | *X* | *X* | *X* |
| *Prototype* | | *X* | *X* | *X* |
| *Expense History* | | *X* | *X* | *X* |
| *Financing* | | *X* | *X* | *X* |
| *Established* | | | *X* | *X* |
| *Revenue Growth* | | | | *X* |
| *Profitable* | | | | *X* |

# Exhibit 3

GROBSTEIN TEEPLE

# HOWARD B. GROBSTEIN

**Partner | CPA/CFF, CFE**

## Areas of Expertise

Practice focuses on the following key areas:

- **Fraud Investigations** – Representation of fiduciaries and private parties in numerous and complex fraud cases with alleged losses ranging from $25,000 to approximately $1 billion. Representations include court-appointed receivers, monitors, special masters, and private parties in regulatory, equity, and international matters.
- **Forensic Reconstructions** – Acts as forensic accountant in litigation and insolvency matters, reconstructing records related to disputes, litigation, fraudulent conveyances, solvency analyses, and other situations.
- **Litigation Consulting/Expert Witness** – Court-Appointed/Stipulated Position consulting and/or expert witness in litigation cases and has testified at arbitration, deposition, and in federal and state courts.
- **Insolvency Matters** – Acted as a Chapter 7 and Chapter 11 bankruptcy trustee and frequently serves as a post-confirmation liquidating trustee and has served as a Chapter 11 examiner and receiver in several cases; represents bankruptcy trustees, debtors, creditors, creditor committees, receivers, special masters, assignees, and attorneys in insolvency cases. Involved in numerous cases, most of which involved complex forensic or fraud related issues.
- **Neutral Accountant and Court's Own Expert** – Acts as the court-appointed neutral accountant to resolve complicated accounting and financial disputes in state court actions. Has been appointed as the court's own expert as directed by federal bankruptcy judges in bankruptcy matters.
- **Fiduciary Positions** – Acted as provisional director, interim board member, liquidating trustee, receiver, partition referee, independent board member, chief restructuring officer (CRO), fractional/interim CFO, assignee for the benefit of creditors, Chapter 7 and Chapter 11 bankruptcy trustee, and responsible officer.
- **Fractional CFO/Controller** – Frequently acts as a fractional/interim CFO and controller for companies and organizations in need of temporary or long-term, part time assistance with financial and strategic oversight.

## Certifications and Licenses

- Certified Public Accountant
- Certified Fraud Examiner
- Certified Financial Forensics (AICPA)

## Education

- Bachelor of Science, Business Administration – Emphasis in Accounting
  California State University, Northridge, 1994

## Professional Affiliations

- California Receivers Forum (Los Angeles & Orange County), Current Member and Past Co-Chairperson
- Los Angeles Bankruptcy Forum, Past President
- AICPA Task Force for drafting questions for the Certified in Financial Forensics Designation, Past Member
- Association of Certified Fraud Examiners, Member
- Board of Directors and Past Treasurer of Turnaround Management Association, Past Member
- California Society of CPA's, Member
- American Institute of CPA's, Member

## Speaking Engagements

- Participated in seminar for Association of Certified Fraud Examiners on the topic of Fraud Related to COVID 19
- Participated in seminar at California Receivers Forum on the topic The Accountant for the Court-Appointed Receiver.
- Presented a seminar to the Trustee Administrator's Group on searching for hidden assets in Chapter 7 proceedings.
- Participated in a seminar at California Receivers Forum on SEC Receiverships.
- Participated in a seminar at California Receivers Forum on Complex Receiverships.

## Publications

- *Fraud Casebook: Lessons* from *the Bad Side of Business*, July 2007. Co-authored chapter.
- *Reviving the Financially Distressed Business*, February 2019. Authored chapter.

## Civic and Community Activities

- Former member of the Board of Directors, former Treasurer, and Chairman of the Finance Committee of Heart of Los Angeles (HOLA), a non-profit organization providing after school programs and tutoring to inner-city youth.

- Founder and President of Cory Fights Back, a non-profit organization dedicated to raising funds for providing financial assistance to families dealing with ovarian cancer and funding research for early detection research related to ovarian cancer.

## Community Awards

- 2023, 2024, 2025 and 2026 named one of the Top 100 Accountants in Los Angeles by the Los Angeles Business Journal
- Finalist for Best Executive Director of an emerging non-profit by the Los Angeles Business Journal
- 40 Under 40 Award; San Fernando Valley Business Journal

# EXAMPLES OF EXPERIENCE

## Fiduciary Services

*(Chief Restructuring Officer, Receiver, Partition Referee, Bankruptcy Trustee / Liquidating Trustee, Assignee for the Benefit of Creditors, Examiner, etc.)*

- **Independent President, CEO and Liquidating Trustee** to Verity Health System (VHS Liquidating Trust) – Appointed as the Liquidating Trustee for VHS Liquidating Trust. Verity Health System owned and operated several hospitals in California and is the second largest hospital bankruptcy ever filed in the United States. Acting as President and Trustee to transition hospitals from Debtor to purchasers and to wind down all aspects of the operations and activities. Currently prosecuting 9-figure litigation against Blue Shield/ Blue Cross. Prosecuted and settled litigation claims against failed buyer for breach of contract. Prosecuting anti-trust lawsuit against Blue Shield/BlueCross. Negotiated and sold captive insurance company. Resolving avoidance actions with gross of over $500 million. Addressed litigation related to hospitals including over 150 medical malpractice, employee, and general liability claims. Worked closely with trust advisory board, hospital board, and other constituents to effectively manage the terms of the plan of reorganization. Addressing dissolution of hospital entities, related foundations, and benefit plans. Evaluating and preparing final tax returns for the entities and benefit plans.
- **Chief Restructuring Officer** to William Jordan Investments, Inc. et. al. – Retained as Chief Restructuring Officer ("CRO") to run, oversee operations of, and wind down 26 entities in Chapter 11. Businesses involved significant real estate holdings in numerous states throughout the country, deeds of trust, investments in operating businesses, and entitlement of raw land. Reconstructed books and records to determine amounts invested or loaned by creditors and members, monetized numerous assets in various states and stages including REO properties, commercial properties, notes receivable, and others. Worked with developers to entitle a high-end luxury assisted living facility for sale to third parties.
- **Chief Restructuring Officer** to Namco Capital Group, Inc. – Acted as Chief Restructuring Officer at the direction of the Official Committee of Unsecured Creditors. Analyzed and liquidated a portion of $2 billion in real estate holdings through approximately 100 different entities. Prepared bankruptcy schedules and Statement of Financial Affairs. Prepared monthly operating reports and met other court reporting requirements. Analyzed numerous real property assets to determine whether to liquidate, return to lender, or hold. Performed forensic investigation and financial activity of entities.
- **Chief Restructuring Officer** to Nationwide Beverage Bottling, Inc. – Acted as Chief Restructuring Officer for a water bottling plant in a Chapter 11 proceeding. Increased production and sales by 300%, reduced costs and renegotiated certain expenses, restructured employee composition, and related salaries, negotiated sale of substantially all assets; investigated financial activity of debtor and insiders.
- **Independent Board Member** of a Movie and Experiential Production Company (subject to NDA) – Acted as independent board member to assist disputing partners with operational, financial and tax matters related to the company. Participated in regular board meetings, oversaw financial and operational matters by working with accounting and operational staff. Resolved disputes between two board members/owners.

- **Chief Restructuring Officer** to Tarzana Plaza Community Association – Acted as the Chief Restructuring Officer of the homeowners Association for a 100-unit condominium complex. Addressed litigation against prior board members for potential defalcations and breach of fiduciary duty. Managed necessary repairs, maintenance, and budgeting.
- **Receiver** in the matter of MUFG Union Bank v. NMA, et al. – Appointed by the Superior Court of California as the Receiver of National Merchants Association, a significant credit card processing company, and other related entities (approximately $800,000 in processed transactions per day). Operated business for approximately one year. Negotiated agreements with boarding bank, negotiated settlement between Plaintiff, Defendant, and receivership to resolve disputed issues and provide payment to the bank. Prepared forensic accounting regarding improper transactions alleged by Plaintiff MUFG Union Bank asserted against Defendant NMA.
- **Receiver** in the matter of MBMJ Capital LLC v. Sabemos Beverages, LLC, et al. – Appointed by the Superior Court of California as the Receiver of Sabemos Beverages, LLC, a liquor distributor. Wound down operations, negotiated transactions with warehouses regarding unpaid rent. Prepared forensic accounting related to alleged improper transactions by officers and directors.
- **Chapter 11 Trustee and Liquidating Trustee** to Kendall Frozen Fruits – Appointed as Chapter 11 Trustee to operate frozen berry distributor. Managed complete operations for approximately one year and a half. Negotiated exit of one shareholder; oversaw ordering, sales, employees, and all operations. Prepared monthly operating reports to report to the OUST, prepared corporate tax returns, negotiated terms of plan and disclosure statement, successfully reorganized case with projected 100% payout to unsecured creditors. (Bond Posted)
- **Chapter 11 & 7 Trustee** for Irontrac – Appointed as Chapter 7 Trustee to wind down and liquidate heavy equipment owner/lessor. Took possession of inventory of heavy equipment and conducted auction through Ritchie Brothers. Prepared forensic reconstruction of transactions between the Debtor and related entities/individuals. Reconstructed accounts receivable and commenced litigation, as necessary. Performed avoidance action analysis and commenced litigation against appropriate parties. Prepared necessary tax filings.
- **Liquidating Trustee** to New Meatco Liquidating Trust – Appointed as Liquidating Trustee. Entity was a mass wholesale distributor of meat and seafood products. Prosecuted D&O claims and recovered in excess of $7 million. Prosecuted preference and insider claims in excess of $1 million.
- **Liquidating Trustee** to Gospel Light Liquidating Trust – Appointed as Liquidating Trustee. Entity was a publisher of religious books. Case involved analysis of financial records to determine potential actions against insiders and potential preference recipients.
- **Liquidating Trust**ee – Appointed as Liquidating Trustee of LFI liquidating Trust. Prior to the trust being formed, the entities were the subject of a regulatory receivership entitled SEC v. Carver. The trust was created to preserve potential value in highly speculative investments in biotech firms. As trustee, liquidated millions in stock for the benefit of creditors.
- **Chapter 7 trustee** – Appointed as Chapter 7 Trustee for Meteor Games. Entity developed video game applications for use on smartphones and other devices. Reconstructed financial records in order to identify and trace the fraudulent use of company capital and assets for the benefit of principles and insiders. Commenced litigation against insiders and ultimately settled claims for the benefit of creditors.

- **Chapter 11 Trustee** for Diamond Decisions, Inc. –An apparel manufacturing and distribution company. Discovered potential fraudulent investment scheme involving approximately $40 million. Performed forensic reconstruction of financial records for purposes of analyzing potential fraudulent conveyances, potential preferential transfers, and other causes of action. Made criminal referral to the Department of Justice resulting in incarceration of the company's owner.
- **Chapter 11 Trustee** for Welded Fixtures – Appointed as Chapter 11 trustee for welding manufacturing and fabrication company. Operated business for several months, prepared projections and budget to actual analyses on regular basis in order to maintain operations. Negotiated settlement with principal which resulted in payment in full to all creditors. Case was subsequently dismissed.
- **Chapter 11 Trustee** for DIVA Systems Corporation – Appointed as Chapter 11 trustee of company which held a significant library of intellectual property related to video on demand and interactive program guide. Prosecuted litigation against proposed purchaser of assets who backed out of transaction immediately prior to plan confirmation. Negotiated a settlement with the defendant wherein the estate received $39.5 million (approximately 1.5 million more than lawsuit). Sold intellectual property and other assets. Successfully confirmed a plan of liquidation and was appointed as Liquidating Agent.
- **Chapter 11 Trustee** for EonXchange, LLC – Appointed as Chapter 11 trustee for an emissions credits brokerage and optimal transaction software creator. The case involved an entity, its three wholly owned subsidiaries and their managing member. Successfully substantively consolidated three related subsidiaries into the bankruptcy estate and succeeded by stipulation to entirely substantively consolidate the managing member (an individual) into the Debtor's estate. Negotiated the liquidation of two multi-million-dollar pieces of real estate. Performed extensive fraud and forensic investigation used for litigation and prosecution by U.S. Attorney. Referred fraudulent activity to US Attorney resulting in indictment and guilty plea of managing member.
- **Chapter 11 Examiner** of optometry business– Appointed as Examiner for medical practice. Evaluated operations of the debtor including a review of the assets, liabilities, revenues, and expenses for several year period of activity. Evaluated transactions between the debtor and related parties and provided a report to the United States Trustee and the Bankruptcy Court.
- **Chapter 11 Examiner** – Appointed as Examiner in a case involving a garbage disposal company. Conducted forensic analysis in an extremely short period of time and provided report to United States Trustee recommending appointment of a trustee.
- **Chapter 11 Examiner** – Appointed as Examiner in the matter of ChineseInvestors.com. The case involved a company that raised funds from investors and lenders to build an investment website requiring subscriptions. The Debtor maintained operations in the US and China. Investigated transactions related to loans, investments, disbursements, and transfers. Drafted report and recommended the appointment of a trustee. The Court concurred and a trustee was appointed.

## Court-Appointed/Stipulated Positions

- **Partition Referee** – Acted as court-appointed partition referee in dispute involving family members who commonly owned a commercial property. Negotiated a settlement among the parties involving the liquidation of the asset and allocation of proceeds.
- **Partition Referee** – Sheldon F. Bergen, et. al., v. Bernard P. Richman – Acted as court-appointed partition referee in dispute involving a family residence. Sold family residence and distributed proceeds pursuant to Court's order.

- **Partition Referee** – FB Ventura Blvd., LLC – Currently acting as partition referee in dispute between partners. Recently sold commercial bank building owned by the partnership for approximately $12 million.
- **Neutral Accountant** in State Court Dispute – Appointed by Superior Court judge as neutral accountant to resolve post-closing working capital dispute related to an entertainment company.
- **Neutral Accountant** in State Court Dispute – Appointed by Superior Court Judge as neutral accountant to resolve business dispute between two shareholders of computer component company. Issues included alleged diversion of corporate assets, diversion of corporate opportunity, reconstruction of allegedly destroyed accounting records, analysis of tax implications of transactions, and analysis of business operations. Neutral accountant prepared an extensive report on findings and testified at multi-day trial.
- **Neutral Accountant** in State Court Dispute – Selected and Appointed by State Court Judge to act as neutral accountant to resolve business dispute between a medical practitioner and management company. Reconstructed financial records for several years. Analyzed alleged embezzlement of funds for personal use by a management company. Analyzed transactions and related them to management contract to identify potential improprieties. Traced financial activities through accounting records and banking information. Prepared extensive and detailed report on findings.
- **Neutral Accountant** in State Court Dispute – Stipulated neutral accountant to resolve dispute between partners involving several real estate companies holding numerous commercial real estate properties. Reconstructed and evaluated receipts, disbursements, distributions, tax implications, and other matters related to approximately 13 properties covering a 13-year period.
- **Assignee for the Benefit of Creditors** – Acted as the assignee for the benefit for creditors for a meat distribution company. Obtained valuation of assets, conducted auction of all personal property, negotiated settlements with insiders, litigated receivables and other actions with third parties, prepared tax returns.
- **Assignee for the Benefit of Creditors** – Acting as assignee for the benefit of creditors for an advertising company. Obtained valuation of assets, negotiated settlement of insider claims, conducted claims process, liquidating real property out of state, addressing tax issues related to assignment, collecting receivables.
- **Successor Trustee** – Designated as successor trustee in estate by three feuding siblings. Marketed and sold large commercial retail property in Texas. Prepared required court and tax documents for trust and distributed funds.
- **Disbursing Agent** for E-Styles –Retained jointly by Debtor and Creditor Committee of a company that sold baby and child development toys and products. Worked with administrator to reconcile bifurcation of pre- and post- petition accounts payable. Reconciled true-up amounts related to sale of assets pursuant to bankruptcy order. Reconstructed financial activity to prepare income, sales, and payroll tax returns. Preparation of avoidance action analyses. Appointed as post-confirmation disbursing agent.

## Fractional CFO/Controller Positions

- **Fractional CFO** for California State University, Dominguez Hills **–** Retained and acted as the fractional CFO for the California State University, Dominguez Hills for approximately one year. Acted as the entire accounting function for the university's foundation which is responsible for almost all financial aspects of the university including, but not limited to, the Dignity Health Center (former home to the Galaxy and Chargers), student union, bookstores, parking, Philanthropic Foundation, and food services. Prepared departmental budgets, budget-to-actual analyses, maintained general ledgers and monthly reporting, analyzed specific contemplated development projects, reconstructed, and analyzed philanthropic activities going back 10 years, participated in university board meetings to provide updates on activities, assisted with retention of permanent accounting department, prepared, and presented closing report.
- **Fractional controller** for Infinity Capital – Retained for hard money lender for approximately one year. Analyzed all existing loans, managed day-to-day operations, oversaw management of firm, collections, accounts payable, bank reconciliations, new loan transactions and assisted with negotiations of disposition of business.
- **Fractional CFO** for Youth Policy Institute – Provided services to non-profit organization to assist with wind down of operations. Managed daily operations, general ledger, communications with lenders and ultimate filing of bankruptcy.
- **Fractional CFO** for Confidential Non-Profit – Acted as fractional CFO for legal services non-profit firm due to sudden departure of CFO with no notice. Maintained daily operations including, donations, accounts payable, general ledger, fundraising, and payroll. Met daily with executive director to provide operational updates. Participated in board meetings to provide financial reports and updates. Assisted with retention of permanent CFO.
- **Fractional CFO** for Confidential Non-Profit – Acted as fractional CFO to youth services non-profit organization. Assisting with high- level strategic planning issues. Participate in finance committee meetings and board meetings to assist with financial reporting.

## Services Provided to Fiduciaries

*(Receivers, Trustees, Special Masters, Monitors, and Provisional Directors)*

- **Forensic accountant to equity receiver** in Lehman Brothers Bank FSB v. Beverly Hills Estates Funding et al. – to reconstruct books and records related to fraud against lenders in mortgage borrowing scheme wherein defendants provided inflated values of home sales/purchases to obtain inflated loans. Created databases and custom reports containing thousands of data lines to reflect incoming and outgoing sources of funds. Traced flow of funds in convoluted scheme involving over 40 entities and individuals and over 350 different bank accounts covering a four-year period. Prepared detailed flow charts and narrative analyses tracing flow of funds. Successfully traced lender's funds to the fraudulent acquisition of numerous assets including homes, vehicles, aircraft, artwork, and wine.
- **Forensic Accountant to court-appointed Monitor** in Mattel v. MGA – Retained to assist the monitor with analyzing monthly net income reporting and inventory balances on a global basis. Analyzed stand-alone accounting offices in numerous locations worldwide including throughout Europe and parts of Asia. Analyzed internal controls and reliability of financial reporting and provided reports on findings to court-appointed Monitor. Evaluated monthly reporting and conducted testing for accuracy. Provided consulting to court-appointed Monitor on disputed accounting issues.

- **Accountant and Operational Manager to court-appointed receiver** in Schrage v. Schrage – Shareholder Dispute. Dispute involving the operation, wind down and sale of four large car dealerships with annual revenues in excess of $300 million per year. Evaluated operations, closed unprofitable business centers, operated the daily operations until sales took place, negotiated with auto manufacturers, secured and unsecured creditors, auto finance companies, evaluated flooring issues, prepared monthly financial reports, addressed customer purchase issues, and evaluated insurance matters. Additionally, determined tax implications of sales of dealerships and real property, managed numerous tax audits, and negotiated settlements with taxing authorities. Worked with Department of Labor on 401(k) wind down and resolutions.
- **Accountant to court-appointed receiver** in SEC Regulatory Case – Reconstructed financial records for approximately 70 bank accounts covering an eight-year period of time to identify assets for liquidation by the receiver, potential fraudulent activity, sources of funds and investor identities, determine uses of funds and potential fraudulent transfers, and analyze tax implications of potential fraud scheme. Assisting various federal agencies with investigation into activities of defendants.
- **Accountant to court-appointed receiver** in SEC Regulatory Case – Reconstructed financial books and records to demonstrate existence of a fraud scheme committed against unsuspecting investors. Created relational database to report financial activities of investors including approximately 35,000 banking transactions. Prepared reports reflecting funds traced in and out of bank accounts for Receiver and counsel to pursue claims. Resolved complex tax issues and assisted with negotiation of resolution to tax claims filed against receivership estate.
- **Accountant to court-appointed receiver** in SEC Regulatory Case –Reconstructed financial records related to potential fraudulent investment scheme with multiple locations throughout the United States. Traced funds through numerous bank accounts and prepared relational database to generate custom reports reflecting sources and uses of funds and analyzing potential domestic and international fraudulent transfers.
- **Accountant to court-appointed equity receiver** for Wickes Furniture & Master Design, Inc. –of the parent company of a large, nationwide furniture retailer and sister company. Reconstructed significant international transactions involving related party companies in Taiwan, Cayman Islands and China, including inter-company loans and transfers of funds in excess of $46 million. Assisted with operations of affiliated entities. Negotiations of forbearance agreements for secured creditors involved. Provided extensive accounting and tax consultation to the receiver, attorneys, and investment bankers with regard to the sales of two large companies with total transaction values exceeding $200 million. Coordinated financial statement audit of affiliates and consolidated US Parent Corporation. Prepared consolidated group tax returns for federal and multi-state filings for several years. Identified and recovered tax refunds previously unidentified by big 4 accounting firm exceeding $11 million.
- **Forensic accountant retained by receiver** In Re: State of California v. Daniel Gossai –Regulatory action to recover and reconstruct books and records related to an alleged fraud against the People of the State of California involving a false high school diploma program preying on foreign immigrants. Reviewed financial records, traced sources and uses of funds, and provided relevant information to receiver and the Office of the Attorney General. A database was created to maintain all transactions and generate information-specific custom reports.

- **Accountant to Chapter 7 Trustee** for Indymac Bancorp –Conducted forensic analysis and manage tax issues. Reconstructed financial activity between debtor and FDIC seized subsidiary – Indymac Bank N.A. Compiled financial information on potential insider and preferential payment transactions. Managed preparation of complex tax returns including carryback claims. Managed tax issues including analysis of worthless stock deduction, IRS audits, and dispute with FDIC regarding substantial refunds.
- **Accountant to Chapter 11 trustee** for Marion "Suge" Knight / Death Row Records –in the Knight case and special accountant to the Chapter 11 Trustee in the Death Row Records case. Conducted royalty audits to determine whether amounts were due to bankruptcy estates for both cases. Reviewed initial recording and other contracts and prepared damage analyses. Assisted with complex tax issues and negotiations of settlement of IRS claims. Assisted with preparation of avoidance action analysis.
- **Accountant to Chapter 11 trustee** in Smith & Sons, Inc. (APT Ambulance & APT Medical) – Operating ambulance companies. Successfully testified as expert witness on behalf of trustee on the issue of substantively consolidating non-debtor corporations into bankruptcy estate. Created accounting system to accurately report results of operations. Prepared cash flow projections with continuous updates for purpose of assisting trustee with preparation of plan of reorganization. Analyzed tax effects of plan of reorganization.
- **Accountant to Chapter 11 trustee and then Chapter 11 liquidating trustee as forensic accountant** for Powerlift Corporation –Bankruptcy proceeding involving large commercial equipment leasing company. Engagement involved preparing cash flow projections, evaluating operations, analyzing leasing agreements with customers, negotiating settlements of outstanding leases, preparing tax returns, and analyzing unusual transactions between company and insiders.
- **Accountant and Financial Advisor to Chapter 7 Trustee** for Brea Community Hospital – Reconstructed incomplete accounting records to provide accounting, tax and litigation support services to trustee and counsel. Analyzed fraudulent conveyance of multi-million-dollar real property and assisted counsel with solvency and litigation support issues.
- **Accountant and Financial Advisor to Chapter 7 Trustee** for Century City Doctors Hospital –for liquidating hospital. Removed, managed, and maintained four server towers containing commingled financial and patient medical records for two years. Established protocol for security and privacy of medical information. Responded to subpoenas and requests for medical records. Conducted investigation into potential insider and preferential payments. Prepared solvency and fraudulent conveyance analyses. Prepared officer compensation study. Completed tax returns on an annual basis and issued K-1s to approximately 400 members.
- **Accountant to Chapter 11 and Chapter 7 Trustee** for Granada Hills Community Hospital – Prepared cash flow projections to determine viability of operation. Prepared financial wind down plan to cease operations. Prepared analysis of use of loan proceeds as part of fraud investigation. Prepared analysis related to factored receivables involving dispute with secured creditor. Prepared weekly budget to actual analysis for use of cash collateral.
- **Accountant and Financial Advisor to Chapter 7 Trustee** for APX Holdings, LLC et al. –Logistics and shipping company. Prepared potential preference analysis involving gross preferences totaling approximately $165 million. Prepared tax returns involving approximately 15 related companies filing tax returns in 20 different states.

## Forensic, Litigation Consulting, & Expert Witness Matters

- **Forensic Accountant** to Educational Software Company – Retained to investigate potential embezzlement and alleged fraudulent activity by former CFO. Worked closely with the CEO, new CFO and counsel to determine whether the former CFO entered into transactions that were for his personal benefit at the expense of the company. GT obtained electronic ledgers and extracted relevant data which was then analyzed to determine the nature and purpose of thousands of transactions. GT prepared a report on its findings.
- **Forensic Accountant** for Non-Profit Organization (Confidential) – Engaged to identify and quantify embezzlement of approximately $1.7 million by accounts receivable clerk. Conducted a fraud investigation. Prepared a custom database and analyzed daily transactions to quantify defalcation. Prepared detailed report on findings for insurance purposes, which resulted in maximum recovery of insurance proceeds on policy. Suspect was sentenced to ten years in prison and deportation.
- **Forensic Accountant** in SunCal Management – Retained by bankruptcy trustee in large real estate company to analyze alter-ego and insolvency issues. Debtor was a substantial land and property developer. The trustee alleges that millions of dollars passed between the management company and related single purpose entities. Reconstructed financial records, traced funds between entities and prepared expert report. Depositions and trial are pending.
- **Forensic Accountant** in Divorce Proceeding – Retained to conduct forensic accounting and valuations of businesses (mortgage and lending businesses) owned by community and separately. Prepared forensic tracing. Valued several businesses. Determined monthly income, expenses and prepared declarations regarding spousal and child support.
- **Forensic Accountant** in Divorce Proceeding – Retained to conduct forensic accounting and valuations of businesses (Coffee manufacturing, wholesale, and retail businesses) owned by community and separately. Prepared forensic tracing. Valued several businesses. Determined monthly income, expenses and prepared declarations regarding spousal and child support.
- **Forensic Accountant** for Private university to investigate diversion of grant funds for unauthorized purposes and administration of same. Traced receipts and disbursements, reviewed administrative roles related to management of funds, calculated damages as a result of the misappropriations, prepared report on findings regarding source and use of funds and mismanagement pursuant to terms of contracts.
- **Forensic Accountant** retained by a major film and television studio to investigate alleged improper diversion of funds by retained management company. Reconstructed multiple years of financial activity and calculated damages due to management company's embezzlements. Testified at deposition on findings.
- **Forensic Accountant** engaged by apparel company to determine damages related to a breach of contract by foreign supplier. Reviewed contractual agreements between supplier and client, identified time of breach of contract and prepared damage calculations based on a determination of sales that likely would have occurred had the contract not been breached. Case settled.
- **Forensic Accountant** engaged by multi-billion-dollar real estate fund to evaluate terms of contract with venture partner. Evaluated transactions related to approximately seven commercial rental buildings. Project included identifying improper transactions and preparing a report on damages resulting from improper reporting of certain expenses.

- **Forensic Accountant** engaged by bank to investigate alleged improper inter-account transfers and embezzled transactions involving 80 different bank accounts under numerous different account names controlled by one person. Reconstructed the activity using source documentation including banking records. Created a tracing analysis and reports identifying particular transactions as requested by counsel. Testified at deposition.
- **Forensic Accountant** engaged by escrow insurer to analyze activity involving the alleged illicit activity taking place in escrow accounts. Prepared a reconstruction and generated reports identifying the disposition of funds.
- **Forensic Accountant** to Secured Creditor Regarding Lender/Borrower Dispute – Retained by secured creditor to analyze rent rolls and expenses for a shopping mall to determine whether the borrower was misappropriating funds or mismanaging the property which resulted in a default on the loan.
- **Forensic Accountant** to Secured Creditor Regarding Lender/Borrower Dispute – Retained by secured creditors with loan in excess of $500 million to trace proceeds of loan to determine whether borrower properly utilized cash collateral for property. Traced funds for numerous multi-million-dollar advances from lender through ledgers and banking information to determine disposition of funds. Reported findings to lender.
- **Forensic Accountant** in Re: Zengen, Inc. v. Comerica Bank – Provided forensic consulting on behalf of bank related to monies that were allegedly fraudulently withdrawn or transferred by an officer of the plaintiff's corporation. Analyzed source documents including bank statements, canceled checks, wire notices and other transactions. Traced receipts and disbursements and ultimate disposition of alleged misappropriated funds and reported findings to counsel.
- **Forensic Accountant** in Re: I-Haeng Huh v. California Bank & Trust – Retained by counsel for the bank to reconstruct financial activity in 35 bank accounts held at the Defendant to determine whether such funds were misappropriated. Traced deposits from foreign accounts to the local bank accounts, reconstructed disbursement activity utilizing source documentation, and prepared detailed reports summarizing findings.
- **Forensic Accountant** for AT&T Wireless Services, Inc. – Employed for the purpose of conducting agreed-upon procedures to determine violation of dealer contract terms. Services involved evaluation of contracts entered into between AT&T and major distributors and identifying breaches of the agreement and quantify damages. Determined inventory sold by client to dealers who allegedly disposed of inventory in a manner inconsistent with contract terms. Prepared damage calculations and reports on findings. Testified at Deposition.
- **Forensic Accountant** for Ameriquest Financial, Inc. – Engaged by counsel for lender to analyze financial effects of loan made to borrower and foreclosure on property. Analyzed loan history of borrower consisting of nine different loans. Prepared expert report and exhibits.
- **Forensic Accountant** in Re: Easy Riders, Inc. – Engaged by liquidating trustee to analyze potential preference and fraudulent conveyance transactions. Utilized tracing techniques related to transfers of funds from related entities. Analyzed ordinary course of business between debtor and creditor. Analyzed accounting and tax treatment of debt as it related to issues pertaining to the potential fraudulent conveyance. Prepared expert report and testified in U.S. Bankruptcy Court.

- **Forensic Accountant** in Re: Markley v. Stearns – Engaged by Court-Appointed Special Master in a dispute involving several members of related LLCs with worldwide real estate holdings. Evaluated the relationship of the accountant to the LLCs for alleged improper activity and prepared report on findings. Testified at deposition.
- **Special Litigation Accountant** to White Collar Criminal Attorney – Reconstructed financial books and records for individual and related corporations for eight years in order for defendant to properly report financial activities to taxing authorities. Involved the analysis and reconstruction of thousands of transactions. Worked closely with criminal counsel to determine reporting requirements of authorities.
- **Forensic Accountant** for Warner-Chappel Music – Employed by creditor as expert witness to evaluate and adjust balance sheet provided by debtor to creditor in order to obtain credit of almost $4 million. Analyzed balance sheet, prepared adjustments based on analysis of documents. Testified in U.S. Bankruptcy Court regarding material misstatements identified.
- **Chapter 7 and Chapter 11 Trustee representations** – As the accountant to numerous trustees (chapter 7 and chapter 11), prepared dozens of insolvency analyses, and corresponding expert reports. Reconstructed records and prepared book to market value adjustments.

## Creditor & Debtor Representations

- **Accountant and Financial Advisor to Debtor** First Federal Financial Corp., the parent company of a community bank seized by the FDIC. Managing preparation of complex tax returns including carryback claims. Managed tax issues including analysis of worthless stock deduction, IRS audits and dispute with FDIC regarding substantial refunds.
- **Accountant and Financial Advisor to Debtor** Harrington West Financial Group, Inc. –, the parent company of a community bank seized by the FDIC. Managing preparation of complex tax returns including carryback claims. Managed tax issues including analysis of worthless stock deduction, IRS audits and dispute with FDIC regarding substantial refunds.
- **Accountant and Financial advisor** to Creditors Committee for PPA Holdings, LLC – Performed financial advisory services for the Official Committee of Unsecured Creditors. Prepared cash flow projections for numerous entities holding income generating real estate, working closely with committee and counsel to analyze Debtor expenses on a monthly basis.
- **Accountant and Financial Advisory to Creditor Committee** in Re: Fatburger – Retained by the Official Committee of Unsecured Creditors to perform forensic analyses pertaining to the Debtor's pre- and post-petition operations of the owner of numerous fast food burger outlets.
- **Accountant and Financial Advisory to Creditor Committee** Custom Food Products, Inc. – Engaged by the Unsecured Creditors Committee and Bondholders Committee to analyze officer compensation, debt and equity restructuring and preferential payments. Provided in-depth industry study on comparable officer compensation. Worked with debtor-in-possession and financial advisors to evaluate proposals for debt and equity restructuring totaling in excess of $100 million. Performed potential preference analysis with total payments exceeding $26 million.
- **Accountant & Financial Advisor jointly retained by Debtor and Creditor Committee** for Franchise Pictures, Inc. – Accountant to Debtor-in-Possession & Unsecured Creditor Committee for Film Production Company. Engaged as forensic accountant to evaluate transactions between numerous related parties. Extracted data from computer system and analyzed transactions. Evaluated film and production related costs as part of film library valuation.

## Summary of Testifying Experience

- Smith & Sons, Inc. – United States Bankruptcy Court – Testified as expert witness in the Central District of California on behalf of a Chapter 11 trustee on the issue of substantively consolidating non-debtor corporations into the bankruptcy estate. Prepared analyses indicating that the finances of the Debtor and those of the two non-Debtor entities were so entangled that to untangle them would have been impossible or cost prohibitive.
- Warner-Chappel Music v. Stephen Call – United States Bankruptcy Court – Engaged by creditor to prepare expert report on evaluation of a balance sheet prepared by Debtor, which was used to obtain credit of approximately $4 million. Reconstructed balance sheet of individual and prepared all required adjustments. Testified in the Northern Division of the Central District of California on findings.
- Markley v. Stearns – Superior Court of California, Los Angeles – Engaged by Special Master to evaluate transactions between a group of related LLCs and their accountant. Testified at deposition regarding multi-million-dollar loan transactions and the related interest charges between the accountant and his clients.
- AT&T Wireless Services, Inc. v. Worldwide Wireless, Inc. – Superior Court of California, San Diego – Engaged by corporation to identify fraudulent use and transfer of inventory in order to benefit from incentive program. Testified at arbitration on findings.
- Easy Riders, Inc. – United States Bankruptcy Court – Engaged by liquidating trustee to analyze certain aspects of potential preference and fraudulent conveyance transactions. Employed tracing techniques related to transfers of funds from related entities. Analyzed ordinary course of business between debtor and creditor. Analyzed accounting and tax treatment of debt as it related to issues pertaining to the potential fraudulent conveyance. Prepared expert report and testified at deposition in U.S. Bankruptcy Court.
- Federal Grand Jury Testimony (July 2006) – Engaged by Office of the United States Attorney as summary witness in real estate fraud action. Reconstructed financial records, traced use of funds, and identified assets and specific transactions associated with illegal activity.
- Federal Grand Jury Testimony (March 2007) – Engaged by Office of the United States Attorney as summary witness in real estate fraud action. Reconstructed financial records, traced use of funds, and identified assets and specific transactions associated with illegal activity.
- United States of America v. Joseph Babajian et al. (July 2009) – Testified at Federal trial as summary witness on behalf of the United States of America. Reconstructed financial records, traced use of funds, and identified assets and specific transactions associated with illegal activity.
- Lavian v. Boodaie – Superior Court of California, Los Angeles (June 2010) – Testified as percipient witness regarding the existence of a potential Ponzi scheme in a large real estate investment company.
- Conrad Asher v. Rhinox – Superior Court of California, Los Angeles (February 2012) – Testified as arbitration hearing regarding damages related to contractual dispute and corporate opportunity involving licensing of products.
- Chalant II, LLC v. The Restful Group LP et al. – United States Bankruptcy Court (May 2013) – Testified as an expert witness for Creditors regarding reconstruction of financial activity and tracing of funds related to investments made, transfers between related parties, and disposition of funds.

- James H. Donell as Permanent Receiver for NewPoint Financial Services, Inc. v. Nixon Peabody LLP – Testified as percipient witness regarding reconstruction of financial records previously prepared.
- United States Bankruptcy Court, San Jose (May 2014) – Testified as an expert witness in the Northern District of California on behalf of a Debtor in a fraudulent transfer dispute with the Trustee. Reviewed documents provided and prepared analysis of the transfers. Testified at trial on the findings of the analysis.
- Superior Court of California, Los Angeles, (June 2014) – Engaged by financial institution as expert witness in embezzlement action. Reconstructed financial records, traced use of funds, and identified assets and specific transactions associated with illegal activity. Testified at deposition.
- LA Micro v. Frankel, Superior Court of California, Los Angeles, (November 2014 and December 2014) – Engaged at direction of Court as Neutral Accountant to resolve issues between parties involved in dispute associated with dissolution of business. Testified as Neutral Accountant over multiple days based on report on findings.
- Shim v. Min, Superior Court of California, Los Angeles, (June 2015) – Engaged by a court-appointed Receiver to evaluate the records of several entities to determine ownership percentages which were subject of dispute in a divorce proceeding. Testified as to the gross cash flows available for spousal support based upon outside valuations and cash flows of the various entities.
- Chanaz v. Chanaz, Superior Court of California, Los Angeles, (January 2016) – Engaged by Defendant as an expert witness in a partnership dispute involving multiple commercial buildings. Involved reconstructing income, expenses, contributions, and distributions to partners. Traced funds between business and personal bank accounts. Prepared expert report and testified at deposition.
- Third Street Partners, United States Bankruptcy Court, Los Angeles, (June 2016) – Acting as Chapter 7 Bankruptcy Trustee and testified as a percipient witness in a case brought by a creditor against the Debtor's principal.
- Dorothy Hamilburg, United States Bankruptcy Court, Santa Barbara, (April 2016 Deposition; July 2016 Trial) – Engaged as expert witness for Debtor-in-possession to testify on matters related to remainder estate valuation and life estate issues as they relate to alleged damages asserted by a creditor. Testified at deposition.
- United States Bankruptcy Court, Santa Ana, (June 2016) – Engaged by Chapter 7 Trustee and subpoenaed by the Office of the United States Trustee to testify on issues related to the OUST objection to discharge of Debtor. Reconstructed shipping and receiving information, inventory balances and wire transfers between the Debtor and alleged overseas vendors. Testified at deposition.
- L. Scott Apparel, United States Bankruptcy Court, Los Angeles, (August 2016) – Acting as Liquidating Trustee and testified at trial as a percipient witness in action against former member of Debtor for fraudulent transfer.
- Irvin v. Kelley, Superior Court of California, Los Angeles, (November 2016) – Engaged as expert witness by Plaintiff in shareholder dispute and corporate dissolution action. Reconstructed financial records related to embezzlement and theft of corporate opportunity by shareholders. Testified at deposition.

- Brittani Newman v. Knit Creations, Inc., Superior Court of California, Los Angeles (February 2018) – Engaged as expert witness by Plaintiff in dispute regarding alleged unpaid commissions by wholesale apparel manufacturer. Testified as to damages which included unpaid commissions, bonuses, travel and show expenses.
- [Confidential] Superior Court of California, Los Angeles (August 2018) – Engaged as expert witness by Defendant to opine on the net worth of an insurance company and its parent company.
- Oren Cohen vs. Avraham Hassid, et al., Superior Court of California, Los Angeles (August 2018 Deposition, September 2018 Deposition, September - October 2018 trial) – Engaged as expert witness by Defendant/Cross Complainant to analyze accounting records, trace funds, evaluate potential embezzlement, quantify potential theft of corporate opportunity, and calculate damages related to a partnership dispute involving real estate.
- Alona Hassid v. Eyal Cohen-Bashi, Superior Court of California, Los Angeles (January 2019 deposition) – Engaged as expert witness by Defendant/Cross Complainant to analyze accounting records, trace funds, evaluate potential embezzlement, quantify potential theft of corporate opportunity, and calculate damages related to a partnership dispute related to real estate.
- Tal Hassid v. Eyal Cohen-Bashi, Superior Court of California, Los Angeles (March 2019 and February 2020) – Engaged as expert witness by Defendant/Cross Complainant to analyze accounting records, trace funds, evaluate potential embezzlement, and quantify potential theft of corporate opportunity, and calculate damages related to partnership dispute involving garage door company.
- Seror v. Muennichow, United States Bankruptcy Court, San Fernando Valley Division (August 2019 trial) – Engaged as an expert witness for Chapter 7 trustee to analyze potential fraudulent transfers by Debtor. Testified at trial.
- Rho v. Bank of Hope, Superior Court of California, Los Angeles (August 2019) – Engaged as an expert witness by Defendant to testify on bank's obligations pursuant to trust agreement related to a visa scam perpetrated by a third party.
- Millennium Park Partners v, AvalonBay Communities, Superior Court of California, San Jose (November 2020) – Retained by Defendant to determine fund flow through waterfall calculation related to a development of apartments, condominiums, office building, infrastructure, and backbone. Testified at deposition. Case settled.
- BGM Pasadena LLC v. Pasadena Apts-7, LLC Superior Court of California, Los Angeles) – Testified at deposition and arbitration hearing on breach of agreement related to promissory notes.
- Riverside Christian School, US Bankruptcy Court, Riverside (January 2021) – Testified at deposition for the plaintiff on issues related to fraudulent transfer, breach of fiduciary duties and deepening insolvency. The Debtor was a Christian private school. The Chapter 7 trustee commenced litigation against several insiders related to loans made and payments received by members of the board of directors.
- Morovati v. Morovati, Superior Court of California, Los Angeles (August 2021) – Testified at deposition and arbitration trial for plaintiff in a shareholder dispute regarding distributions, alleged conversion of assets, alleged false tax reporting and corresponding damages.
- Schecter v. Schecter, Superior Court of California, Los Angeles (December 2021) – Testified at deposition for defendants in an owner dispute regarding use of business funds for personal purposes.

- Sara DeRosa v. Viacomcbs Inc. et al., US District Court – Central District of California (June 2022) – Testified at deposition for plaintiff in a wage claim action.
- In re Hologenix, LLC, United States Bankruptcy Court, Los Angeles Division (August 2022 deposition and trial) – Engaged as an expert witness for Chapter 7 debtor to provide an expert opinion on Debtor's solvency as of certain dates and provide plan and best interest of creditors test consulting. Testified at deposition and trial.
- Vitality Health Plans, Inc. v. Sanjay Patil et. al. Superior Court of California, Orange County (April 2023) – Retained as an expert witness and testified at Arbitration hearing regarding alleged damages to a healthcare plan due to actions by a potential buyer of the plan.
- New Icon Inc. v. Daniel Kang et. al. – Superior Court of California, Riverside County. Retained as an expert witness in a dispute involving the solvency of a producer of apparel. GT determined the solvency at several points in time when multi-million-dollar distributions were made to members of the company. Testified at Deposition and trial.
- In re ThunderRoad Motorcycle Trust 2016-1 et. al. v. Vervent, Inc. et. al., Superior Court of California, Los Angeles (January 2024) – Engaged as expert witness to provide testimony on damages related to alleged mismanagement of loan portfolio by loan servicer. Testified at deposition.
- Providence Industries, LLC v. LuLaRoe, LLC et. al. Superior Court of California, Riverside County (August and October 2024) – Retained as expert witness and testified at deposition and trial regarding fraudulent transfers.
- Santa Anita Convalescent Hospital Center, Inc. et. al. v. Mildred DeCastro, Inc. et. al., Superior Court of California, Los Angeles (August 2025 and November 2025) – Engaged as an expert witness to provide rebuttal testimony regarding a billing dispute between two companies. Client prevailed.
- CS Bio Co. et. al. v. Comerica Bank, US District Court, California (October 2025) – Retained as an expert witness by defendant to testify on plaintiff's allegations of fraud, negligent misrepresentation, and promissory estoppel regarding a failed $13.6 million loan for construction.
- Nice Wave International Limited v. SF Prosperity 2, LLC, and Michael Tzu-Wen Wang, Superior Court of California, San Mateo County (November 2025) – Engaged as an expert witness to provide testimony regarding a dispute between entities involving the alleged improper use of investment proceeds and misappropriation of funds.
- M&N Luxury AV, LLC v. Bang & Olufsen America Inc. et al., US District Court, California (May 2026) – Engaged as an expert witness to provide testimony regarding damages stemming from contract termination.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Declaration of Howard Grobstein in Connection with (1) Debtor's Motion To Confirm Debtor's Chapter 11, Subchapter V Plan, Dated October 20, 2026 (2) Debtor's Chapter 11, Subchapter V Plan, Dated October 20, 2026** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On October 20, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the `document is filed.
☒ Service information continued on attached page

**Honorable Barry Russell**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 20, 2026 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2026 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- .
- Todd M Arnold tma@lnbyg.com
- Ron Bender rb@lnbyg.com
- Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko ron.maroko@usdoj.gov
- Juliet Y. Oh jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay ctp@lnbyg.com
- Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Hologenix
MML 10-19-2026

*Debtor*
Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

*Trustee*
Gregory Kent Jones (TR)
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067

*U.S. Trustee*
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representative
80 Pine Street, 13th Floor
New York, NY 10005

Allegro Systems SRL
Via Del Garda 46/Q
Rovereto, Trento 368068
ITALY

AllergoSystem
Vi del Garda 46/Q
Rovereto, TN 38068
Italy

Allied Home LLC
6905 W Acco St Ste A
Montebello, CA 90640

Alvaro Pascotto Rev. Tr. 5/17/2012
11111 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90025

Amber Bezahler
2300 Manning Ave.
Los Angeles, CA 90064

AQ Textiles LLC
214 Staunton Drive
Greensboro NC 27410

Barry W. Lee
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Bear Mattress LLC
720 Monroe St Ste C508
Hoboken NJ 07030-6399

BeiDa/Kuseng
No. 3, Gong 8 Rd., LinKou Dist.
New Taipei City, 244
Taiwan

Best Pacific
Xinsha Port Industrial Zone, Machong Town
523147, Dongguan City, Guangdong Province
China

Bio San D.O.O.
J Huttlera 7a
310 Osijek
CROATIA

BRE Sunset Coast, LLC
c/o Brickman Associates
712 5th Ave., 6th Fl.
New York, NY 10019

Burleigh Point Ltd
117 Waterworks Way
Irvine, CA 92618

Celatica LLC
294 Cherry Ave
Long Beach CA 90802

Cell Business Equipment
1111 Old Eagle School Rd
Wayne, PA 19087-1453

Chin Yarn Chainlon
I9F, NO. 386, Shizheng RD.
Xitun Dist., Taichung City 407
Taiwan

Cobe SRL
Via Rafaello, snc 06081
Assisi PG
ITALY

Cooley LLP
1333 2nd St., Suite 400
Santa Monica, CA 90401

Cornerstone Research
555 W. 5th St., 38th Fl.
Los Angeles, CA 90013

Courtney O'Keefe
2620 Highland Ave.
Santa Monica, CA 90405

De Lage Landen
1111 Old Eagle School Rd
Wayne, PA 19087

Draper
28 Draper Lane
Canton, MA 02021

Eclat
No. 28, Wu Chuan Road
Wu Ku District, New Taipei City
Taiwan 24886

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Equiribbon Creations
21 Lyndon Rd
Sharon, MA 02067

Experien Group, LLC
224 Airport Parkway, Suite 250
San Jose, CA 95110

Fabrictech 2000, LLC dba Purecare
1402 S 40th Ave
Phoenix, AZ 85009

FENC
35F, No. 207, Tun Hwa South Rd
Sec 2, Taipei 10602
Taiwan

Fiber Innovation Technology, Inc.
398 Innovation Dr.
Johnson City, TN 37604

Fora Financial Advance, LLC
3050 Peachtree Road NW Suite 240
Atlanta GA 30305

Fora Financial West LLC
519 8th Ave., 11th Fl.
New York, NY 10018

Fownes Brothers & Co
1201 Broadway 8th Floor
New York, NY 10001

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Graham Casden
5097 Flagstaff
Boulder, CO 80302

Hangzhou Chuangyuan Feather
NO. 5 Xinda Road, Suoqian Town
Xiaoshan District Hangzhou Zhejiang
China

Hangzhou Hengyi Textile
Xishan Yiqiao Town Xiaoshan
Hangzhou Zhejiang Province
China

Hangzhou Shuangjin Textile
NO 302 Fuxing Village
Yiqiao Town Xiaoshan Dist. Hangzhou
China

Heidi J. Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036

Hilltop Holdings
325 North St. Paul, Suite 700
Dallas, TX 75201

Hilovica
S.A. Carretera de Roda
6608500 Vic
Spain

Image Square Inc.
1627 Stanford Street
Santa Monica, CA 90404

Imbotex
Via Molini 26
I-35013 Cittadella
Italia

IMM Group Inc.
7301 Washington Ave S
Edina, MN 55410

Influence & Co.
1431 Cinnamon Hill Lane, Suite 104
Columbia, MO 65201

Innocor, Inc.
200 Schulz Drive 2nd Floor
Red Bank, NJ 07701

Inter Textile Innovation Co. Ltd
6F, Sakurahonmachibashi Bldg, 8-6
Honmachibashi Chuoku Osaka 5400029
JAPAN

Internal Revenue
P. O. Box 21126
Philadelphia, PA 19114

Iron Holdings, LTD
5123 Dunn Place
Nanaimo B.C., V9t-0J2
CANADA

John Hancock
197 Clarendon Street
Boston, MA 02116

John Hancock
Corp. Real Estate Attn: JM Laverdure
200 Berkeley St. C-01-05
Boston, MA 02110

John Hancock Life Insurance Company
c/o Peter D. Bilowz
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

Jowett
Wintan Inc. 10359 Rush Street
S. El Monte, CA 91733

Julien Born
208 N. 21st Street
Philadelphia, PA 19103

Juno Sleep Pty/LTD
313 N Road
Caufield South 3162, Victoria
AUSTRALIA

Kent Imaging
804B 16th Avenue S
Calgary, Alberta, T2R 0S9
CANADA

Labtex
14th Floor, No. 202, Sec. 2,
Yan-Ping N. Road, Taipei,
Taiwan

LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054-0110

Luther
2F, 43 lane, Fu-Ying Rd,
Sinhuang District, New Taipei City, 2425
Taiwan

Maelor Group, Inc.
7 Village Woods Dr.
Amherst, NH 03031

Manifattura Crespi-Healthy Textile
Innovations
Corso Italia 11
22020 Vanzaghello Milan
Italy

Men Chuen
10F, No. 392, Sec I
Nei Hu Road, Taipei,
Taiwan

Michael Haynes
7817 Chadamy Way
San Diego, CA 92130

Microtrace LLC
790 Fletcher Dr., Suite 106
Elgin, IL 60123-4755

Multiple Energy Technologies, LLC
c/o Heidi J. Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036

Multiple Energy Technologies, LLC
480 Johnson Rd., Suite 220
Washington, PA 15301

Murali Sundar
438 Richmond Street West, Suite 1508
Toronto, Ontario, M5V 3S6
CANADA

Nfinity Athletic LLC
53 Permalume Place
Atlanta, GA 30318

Northern Trust Company of Delaware
1313 N. Market St., Suite 5300
Wilmington, DE 19801

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067

PrimeLending Corp.
18111 Preston Rd. Suite 900
Dallas, TX 75252

PrimeLending, a PlainsCapital Company
18111 Preston Rd.
#900
Dallas, TX 75252

R.V. Winkle LLC
600 Franklin Ave
Garden City, NY 11530

Real Innerspring Technologies Pvt. LTD
B-7, Sector 3
Noida - 201301 U.P.
INDIA

Seth Casden
25406 1/2 Malibu Rd.
Malibu, CA 90265

Shinetex
3F, No. 276, Sec. 3, Chongqing N. Rd.
Datong Dist., Taipei City 10371, Taiwan

Shinkong
14FL., No. 123, Sec. 2
Nanking E. Rd., Taipei
Taiwan

Socks for Horses, Inc
304 W 9th Ave #15
Havana, FL 32333

Square One Distribution
35214 SE Center St
Snoqualmie, WA 98065

Sunvim North America
11 Erb St. East #200
Waterloo, Ontario, N2T IL4

Tai Yuen Textile (Vietnam)
Dong Van II Industrial Park, Back Thuong
Duy Tien Town, Ha Nam Province,
Vietnam

Terrapromo D.O.O.
J.J. Strossmayera 314.
31000 Osijek
CROATIA

The Design Tex Group Inc.
200 Varick St
8th Floor
New York NY 10014

The Weinberg Group LLC
1129 Twentieth Street NW, Suite 600
Washington, DC 20036

Thomas E. Butler
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6524

Toong Loung
Toung Loong Textile, 1
19 F, No. 31 Sec 2
San Ming Rd, Panchiao Dist. New Taipei City
Taiwan 220

Triclinic Labs
2660 Schuyler Ave., Suite A
Lafayette, IN 47905

Troutman Sanders LLP
600 Peachtree Street, NE, Suite 300
Atlanta, GA 30308

Truecar
1401 Ocean Ave.
Suite 300
Santa Monica, CA 90401

Tula Consulting LLC
227 BROADWAY STE 302
SANTA MONICA CA 90401-3441

Under Armour Inc
1020 Hull Street
Baltimore, MD 21230

Under Armour, Inc.
c/o Annie Y. Stoops
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Wellman
Mullagh, Kells,
Co. Meath, A82 NN93,
Republic of Ireland

Wellmei
No. 698 Chenduan Road,
Xiaoshan District Hangzhou 311201
China

Wells Fargo
5340 Kietzke Lane Ste 200
Reno, NV 89511

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-8650

Yaasa Studios Inc.
511 Olive Street
Santa Barbara, CA 93101

Yak Sleep GmbH
Ottensteinstrabe 41
2344 Maria Enzersdorf
AUSTRIA