RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br>Subchapter V<br><br>**NOTICE OF: (I) MOTION AND HEARING ON MOTION FOR CONFIRMATION OF DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION, DATED OCTOBER 20, 2026; (II) DEADLINE FOR VOTING; AND (III) DEADLINES FOR FILING BRIEFS**<br><br><u>Hearing</u>:<br>Date: January 12, 2027<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO ALL CREDITORS, EQUITY HOLDERS, THE OFFICE OF THE UNITED STATES TRUSTEE, THE SUBCHAPTER V TRUSTEE, PARTIES IN INTEREST, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") will be held on **January 12, 2027, at 10:00 a.m.** before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California, Los Angeles Division (the "Court") to consider the confirmation of the Debtor's Chapter 11, Subchapter V Plan, Dated October 20, 2026 (the "Plan") filed by Hologenix, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, by way of the separately an concurrently filed *Debtor's Motion to Confirm Debtor's Chapter 11, Subchapter V Plan, Dated October 20, 2026* (the "Motion").

The Hearing will take place in person in Courtroom 1668 on the 16th Floor of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California. Direct evidence will be submitted by declaration. Cross-examination and redirect of witnesses will be taken in court.

**PLEASE TAKE FURTHER NOTICE** that in order to be counted for purposes of confirmation of the Plan, ballots accepting or rejecting the Plan must be returned to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: J.P. Fritz, Esq., email: JPF@LNBYG.COM. Your ballot must be **received by 5:00 p.m. PST on December 1, 2026**, or it will not be counted.

**PLEASE TAKE FURTHER NOTICE** that the Plan includes the cure and assumption of certain executory contracts and unexpired leases, with an exhibit attached to the Plan listing such contracts and leases and their cure amounts. The Debtor asserts that there are no defaults to cure or cure amounts to pay in relation to assumption of executory contracts and leases. A list of the executory contracts and leases for assumption are set forth on an Exhibit to this Notice. If contract and lease counter-parties would like to receive a copy of the Plan, the Motion, and other pleadings in support of the Plan, they may do so by sending written request to Debtor's counsel, Levene,

Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: J.P. Fritz, Esq., email: JPF@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that any objection to confirmation of the Plan or cure and assumption of a contract or lease, together with all direct evidence in support of such objections, must be in writing, filed with the Court and served upon (1) Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: J.P. Fritz, Esq., (2) the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, and (3) the Subchapter V Trustee, Gregory Jones, Esq., Stradling Yocca Carlson & Rauth, APC, 10100 Santa Monica Blvd., Suite 1400, Los Angeles, CA 90067, by no later than **December 1, 2026**.

"[F]or those creditors who object, it is up to that objecting party to 'produce evidence to establish the validity of the objection before the ultimate burden … is shifted to the plan proponent.'" *In re Art & Architecture Books of the 21st Century*, 2016 WL 118743 *7 (Bankr.C.D.Cal. Mar.18, 2016) (quoting *In re Future Energy Corp.*, 83 B.R. 470, 482 n.21 (Bankr.S.D. Ohio 1988) (collecting cases)). Opposition must be a complete written statement of all reasons in opposition with declarations and evidence. LBR 9013-1(f)(2). Direct testimony is taken by declaration. LBR 9013-1(i)(3).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(h), the Court may deem the failure of any party to file a timely objection to confirmation of the Plan to constitute consent to Court approval and confirmation of the Plan and a waiver of any objection to confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the bases for confirmation of the Plan is this Notice, the Plan, the separately and concurrently filed Motion, the memorandum of points and authorities annexed thereto, the separately filed *Declaration of Seth Casden in Support of Debtor's Motion to Confirm Debtor's Chapter 11, Subchapter V Plan, Dated October 20, 2026* (the "Casden Declaration"), the report and declaration of Howard Grobstein, CPA, the Debtor's reply papers to be filed on January 5, 2027, the oral argument and statements to be made on the

record of the Court at the Hearing, the record in this case, and the docket in this case. The Court may consider the cumulative record and evidence amassed throughout the case in confirming a plan. *In re Acequia, Inc*., 787 F.2d 1352, 1359 (9th Cir. 1986).

**PLEASE TAKE FURTHER NOTICE** that by no later than January 5, 2027, the Debtor shall file a summary of the outcome of the voting by all timely received ballots and copies of all timely received ballots, along with a brief in support of confirmation of the Plan and a response to objections (if any).

**PLEASE TAKE FURTHER NOTICE** that any party wishing to receive a copy of the Plan, the Debtor's plan confirmation brief, or other pleadings filed in support of confirmation of the Plan may do so by making written request to counsel for the Debtor: Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: J.P. Fritz, Esq., email: JPF@LNBYG.COM..

**PLEASE TAKE FURTHER NOTICE** that this Hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed Hearing or any adjournment thereof, and the Court may approve modifications at the Hearing or any continued hearing.

Dated: October 20, 2026

HOLOGENIX, LLC

By: *___/s/ John-Patrick M. Fritz______*
RON BENDER
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11
Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Notice Of: (I) Motion And Hearing On Motion For Confirmation Of Debtor's Chapter 11, Subchapter V Plan Of Reorganization, Dated October 20, 2026; (Ii) Deadline For Voting; And (Iii) Deadlines For Filing Briefs** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.** **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **<u>SERVED BY UNITED STATES MAIL</u>**:
On October 20, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the `document is filed.
☒ Service information continued on attached page

**Honorable Barry Russell**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

**3.** **<u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 20, 2026 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2026 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- .
- **Todd M Arnold tma@lnbyg.com**
- **Ron Bender rb@lnbyg.com**
- **Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com**
- **Robert Carrasco rmc@lnbyg.com, rmc@lnbyg.com**
- **Oscar Estrada oestrada@ttc.lacounty.gov**
- **Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com**
- **John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com**
- **Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com**
- **Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com**
- **Raffi Khatchadourian raffi@hemar-rousso.com**
- **Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com**
- **Ron Maroko ron.maroko@usdoj.gov**
- **Juliet Y. Oh jyo@lnbyg.com, jyo@lnbyb.com**
- **Carmela Pagay ctp@lnbyg.com**
- **Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com**
- **Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email**
- **Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com**
- **James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com**
- **Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com**
- **Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com**
- **Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com**
- **Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com**
- **Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com**
- **Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com**
- **Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com**
- **Derrick Talerico dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
- **Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**
- **David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com**
- **Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com**

Hologenix
MML 10-19-2026

*Debtor*
Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

*Trustee*
Gregory Kent Jones (TR)
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067

*U.S. Trustee*
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representative
80 Pine Street, 13th Floor
New York, NY 10005

Allegro Systems SRL
Via Del Garda 46/Q
Rovereto, Trento 368068
ITALY

AllergoSystem
Vi del Garda 46/Q
Rovereto, TN 38068
Italy

Allied Home LLC
6905 W Acco St Ste A
Montebello, CA 90640

Alvaro Pascotto Rev. Tr. 5/17/2012
11111 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90025

Amber Bezahler
2300 Manning Ave.
Los Angeles, CA 90064

AQ Textiles LLC
214 Staunton Drive
Greensboro NC 27410

Barry W. Lee
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Bear Mattress LLC
720 Monroe St Ste C508
Hoboken NJ 07030-6399

BeiDa/Kuseng
No. 3, Gong 8 Rd., LinKou Dist.
New Taipei City, 244
Taiwan

Best Pacific
Xinsha Port Industrial Zone, Machong Town
523147, Dongguan City, Guangdong Province
China

Bio San D.O.O.
J Huttlera 7a
310 Osijek
CROATIA

BRE Sunset Coast, LLC
c/o Brickman Associates
712 5th Ave., 6th Fl.
New York, NY 10019

Burleigh Point Ltd
117 Waterworks Way
Irvine, CA 92618

Celatica LLC
294 Cherry Ave
Long Beach CA 90802

Cell Business Equipment
1111 Old Eagle School Rd
Wayne, PA 19087-1453

Chin Yarn Chainlon
I9F, NO. 386, Shizheng RD.
Xitun Dist., Taichung City 407
Taiwan

Cobe SRL
Via Rafaello, snc 06081
Assisi PG
ITALY

Cooley LLP
1333 2nd St., Suite 400
Santa Monica, CA 90401

Cornerstone Research
555 W. 5th St., 38th Fl.
Los Angeles, CA 90013

Courtney O'Keefe
2620 Highland Ave.
Santa Monica, CA 90405

De Lage Landen
1111 Old Eagle School Rd
Wayne, PA 19087

Draper
28 Draper Lane
Canton, MA 02021

Eclat
No. 28, Wu Chuan Road
Wu Ku District, New Taipei City
Taiwan 24886

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Equiribbon Creations
21 Lyndon Rd
Sharon, MA 02067

Experien Group, LLC
224 Airport Parkway, Suite 250
San Jose, CA 95110

Fabrictech 2000, LLC dba Purecare
1402 S 40th Ave
Phoenix, AZ 85009

FENC
35F, No. 207, Tun Hwa South Rd
Sec 2, Taipei 10602
Taiwan

Fiber Innovation Technology, Inc.
398 Innovation Dr.
Johnson City, TN 37604

Fora Financial Advance, LLC
3050 Peachtree Road NW Suite 240
Atlanta GA 30305

Fora Financial West LLC
519 8th Ave., 11th Fl.
New York, NY 10018

Fownes Brothers & Co
1201 Broadway 8th Floor
New York, NY 10001

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Graham Casden
5097 Flagstaff
Boulder, CO 80302

Hangzhou Chuangyuan Feather
NO. 5 Xinda Road, Suoqian Town
Xiaoshan District Hangzhou Zhejiang
China

Hangzhou Hengyi Textile
Xishan Yiqiao Town Xiaoshan
Hangzhou Zhejiang Province
China

Hangzhou Shuangjin Textile
NO 302 Fuxing Village
Yiqiao Town Xiaoshan Dist. Hangzhou
China

Heidi J. Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036

Hilltop Holdings
325 North St. Paul, Suite 700
Dallas, TX 75201

Hilovica
S.A. Carretera de Roda
6608500 Vic
Spain

Image Square Inc.
1627 Stanford Street
Santa Monica, CA 90404

Imbotex
Via Molini 26
I-35013 Cittadella
Italia

IMM Group Inc.
7301 Washington Ave S
Edina, MN 55410

Influence & Co.
1431 Cinnamon Hill Lane, Suite 104
Columbia, MO 65201

Innocor, Inc.
200 Schulz Drive 2nd Floor
Red Bank, NJ 07701

Inter Textile Innovation Co. Ltd
6F, Sakurahonmachibashi Bldg, 8-6
Honmachibashi Chuoku Osaka 5400029
JAPAN

Internal Revenue
P. O. Box 21126
Philadelphia, PA 19114

Iron Holdings, LTD
5123 Dunn Place
Nanaimo B.C., V9t-0J2
CANADA

John Hancock
197 Clarendon Street
Boston, MA 02116

John Hancock
Corp. Real Estate Attn: JM Laverdure
200 Berkeley St. C-01-05
Boston, MA 02110

John Hancock Life Insurance Company
c/o Peter D. Bilowz
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

Jowett
Wintan Inc. 10359 Rush Street
S. El Monte, CA 91733

Julien Born
208 N. 21st Street
Philadelphia, PA 19103

Juno Sleep Pty/LTD
313 N Road
Caufield South 3162, Victoria
AUSTRALIA

Kent Imaging
804B 16th Avenue S
Calgary, Alberta, T2R 0S9
CANADA

Labtex
14th Floor, No. 202, Sec. 2,
Yan-Ping N. Road, Taipei,
Taiwan

LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054-0110

Luther
2F, 43 lane, Fu-Ying Rd,
Sinhuang District, New Taipei City, 2425
Taiwan

Maelor Group, Inc.
7 Village Woods Dr.
Amherst, NH 03031

Manifattura Crespi-Healthy Textile
Innovations
Corso Italia 11
22020 Vanzaghello Milan
Italy

Men Chuen
10F, No. 392, Sec I
Nei Hu Road, Taipei,
Taiwan

Michael Haynes
7817 Chadamy Way
San Diego, CA 92130

Microtrace LLC
790 Fletcher Dr., Suite 106
Elgin, IL 60123-4755

Multiple Energy Technologies, LLC
c/o Heidi J. Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036

Multiple Energy Technologies, LLC
480 Johnson Rd., Suite 220
Washington, PA 15301

Murali Sundar
438 Richmond Street West, Suite 1508
Toronto, Ontario, M5V 3S6
CANADA

Nfinity Athletic LLC
53 Permalume Place
Atlanta, GA 30318

Northern Trust Company of Delaware
1313 N. Market St., Suite 5300
Wilmington, DE 19801

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067

PrimeLending Corp.
18111 Preston Rd. Suite 900
Dallas, TX 75252

PrimeLending, a PlainsCapital Company
18111 Preston Rd.
#900
Dallas, TX 75252

R.V. Winkle LLC
600 Franklin Ave
Garden City, NY 11530

Real Innerspring Technologies Pvt. LTD
B-7, Sector 3
Noida - 201301 U.P.
INDIA

Seth Casden
25406 1/2 Malibu Rd.
Malibu, CA 90265

Shinetex
3F, No. 276, Sec. 3, Chongqing N. Rd.
Datong Dist., Taipei City 10371, Taiwan

Shinkong
14FL., No. 123, Sec. 2
Nanking E. Rd., Taipei
Taiwan

Socks for Horses, Inc
304 W 9th Ave #15
Havana, FL 32333

Square One Distribution
35214 SE Center St
Snoqualmie, WA 98065

Sunvim North America
11 Erb St. East #200
Waterloo, Ontario, N2T IL4

Tai Yuen Textile (Vietnam)
Dong Van II Industrial Park, Back Thuong
Duy Tien Town, Ha Nam Province,
Vietnam

Terrapromo D.O.O.
J.J. Strossmayera 314.
31000 Osijek
CROATIA

The Design Tex Group Inc.
200 Varick St
8th Floor
New York NY 10014

The Weinberg Group LLC
1129 Twentieth Street NW, Suite 600
Washington, DC 20036

Thomas E. Butler
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6524

Toong Loung
Toung Loong Textile, 1
19 F, No. 31 Sec 2
San Ming Rd, Panchiao Dist. New Taipei City
Taiwan 220

Triclinic Labs
2660 Schuyler Ave., Suite A
Lafayette, IN 47905

Troutman Sanders LLP
600 Peachtree Street, NE, Suite 300
Atlanta, GA 30308

Truecar
1401 Ocean Ave.
Suite 300
Santa Monica, CA 90401

Tula Consulting LLC
227 BROADWAY STE 302
SANTA MONICA CA 90401-3441

Under Armour Inc
1020 Hull Street
Baltimore, MD 21230

Under Armour, Inc.
c/o Annie Y. Stoops
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Wellman
Mullagh, Kells,
Co. Meath, A82 NN93,
Republic of Ireland

Wellmei
No. 698 Chenduan Road,
Xiaoshan District Hangzhou 311201
China

Wells Fargo
5340 Kietzke Lane Ste 200
Reno, NV 89511

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-8650

Yaasa Studios Inc.
511 Olive Street
Santa Barbara, CA 93101

Yak Sleep GmbH
Ottensteinstrabe 41
2344 Maria Enzersdorf
AUSTRIA