RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

FILED & ENTERED
OCT 21 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 Case<br>Subchapter V |
| Debtor and Debtor in Possession. | **ORDER APPROVING PLAN CONFIRMATION BRIEFING SCHEDULE** |
| | No Hearing |

The Court, having read and considered that certain "Joint Status Report and Proposed Plan Confirmation Briefing Schedule" filed by Hologenix, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, on the one hand, and Multiple Energy Technologies, LLC ("MET"), on the other hand, and having considered the record in this case, the docket in this case, and for good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. **October 20, 2026**, will be the deadline for the Debtor to file its chapter 11 plan (the "Plan"), motion to confirm the plan, declarations in support of plan confirmation, and notice of hearing on plan confirmation and briefing deadlines, and mailing of ballots to accept or reject the plan (the "**Plan Deadline**"). All documents upon which the Debtor's

expert witness relies shall be produced to MET within three (3) days following the Plan Deadline.

2. **December 1, 2026**, will be the deadline for voting on the plan and for filing objections to the plan, complete with evidence in support of any such objections (the "**Objection Deadline**"). Creditors and parties in interest filing an objection to the Plan shall complete their plan-related discovery prior to the Objection Deadline. To accommodate the foregoing, the Parties have agreed to an expedited discovery schedule, such that written discovery responses (including document production) shall be due within 14 days after such discovery is propounded.

3. **January 5, 2027**, will be the deadline for the Debtor to file its summary of ballots received, reply to objections, and all evidence in support of its reply on plan confirmation (the "**Reply Deadline**"). Debtor shall complete its plan-objection-related discovery prior to the Reply Deadline.

4. **January 12, 2027, at 10:00 a.m**. will be the hearing on the Plan, which may continue to January 13, 2027, if necessary and if convenient with the calendar of the Court.

###

Date: October 21, 2026

Barry Russell
United States Bankruptcy Judge