RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br>Chapter 11 Case, Subchapter V<br><br>**Notice to Professionals of Hearing on Applications for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case**<br><br>Hearing:<br>Date: December 8, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO ALL PROFESSIONALS EMPLOYED IN THE CHAPTER 11 CASE OF HOLOGENIX, LLC:**

**PLEASE TAKE NOTICE** that a hearing will be held on December 8, 2026, at 10:00 a.m., before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California (the "Court"), for the Court to consider the applications for approval of fees and reimbursement of expenses of the professionals who have been employed in the bankruptcy case of Hologenix, LLC (the "Debtor") for the covered period (the "Covered Period") of August 1, 2025, through September 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(a)(2):

> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to the Debtor, will be serving a notice (the "Notice") of its application for approval of fees and reimbursement of expenses on November 17, 2026. If you wish for LNBYG to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to LNBYG, attention J.P. Fritz, no later than 12:00 p.m. (noon) on November 13, 2026. Otherwise, you will be required to file and serve your own notice.

Dated: October 23, 2026 HOLOGENIX, LLC

By: ___*/s/ John-Patrick M. Fritz*______
RON BENDER
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER,
YOO & GOLUBHIK L.L.P.
Attorneys for Hologenix, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice to Professionals of Hearing on Applications for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold tma@lnbyg.com
- Ron Bender rb@lnbyg.com
- Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Robert Carrasco rmc@lnbyg.com, rmc@lnbyg.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko ron.maroko@usdoj.gov
- Juliet Y. Oh jyo@lnbyg.com, jyo@lnbyb.com
- Carmela Pagay ctp@lnbyg.com
- Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com

- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY UNITED STATES MAIL**:
On October 23, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 23, 2026 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 23, 2026 | Rebecka Merritt | */s/ Rebecka Merritt* |
| *Date* | *Printed Name* | *Signature* |

Professionals and Chambers

*Trustee*
Gregory Kent Jones (TR)
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd.,
#1400 Los Angeles, CA 90067

M&G Partners L.L.P.
2045 Royal Ave, Suite #110
Simi Valley, CA 93065

Honorable Barry Russell
USBC - Central District of California
255 E. Temple Street
Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Theodora Oringher PC
1840 Century Park E #500
Los Angeles, CA 90067

Jeffrey D. Dermer, Esq.
Dermer Behrendt
13101 Washington Blvd., Suite 407
Los Angeles CA 90066

J. Rick Tache
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Grobstein Teeple LLP
6300 Canoga Ave #1500w
Woodland Hills, CA 91367

Susan Stabe, Esq.
Troutman Pepper Hamilton Sanders
LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

M&G Partners L.L.P.
5210 Lewis Road Suite 10
Agoura Hills CA 91301

RBHM Lawyers
Attn: Michael James Horton
Level 1, 66 Barry St.
North Sydney NSW 2060
AUSTRALIA

Fisher & Phillips LLP
Attn: Ashton Riley, Esq.
2050 Main Street, Suite 1000
Irvine, CA 92614

M&G Partners L.L.P.
10880 Wilshire Blvd.
Suite 1101, Los Angeles CA 90024

Windes
Attn: Douglas Beaver
2050 Mains Street
Suite 1300
Irvine, CA 92614