**Fill in this information to identify the case:**

Debtor Name Hologenix, LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:20-bk-13849-BR

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: August 2026

Date report filed: 10/01/2026 MM / DD / YYYY

Line of business: Fiber, Yarn, Thread Mills

NAISC code: 3133

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hologenix, LLC

Original signature of responsible party

Printed name of responsible party Seth Casden

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Hologenix, LLC Case number 2:20-bk-13849-BR

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❑ | ☑ | ❑ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❑ | ☑ | ❑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 326280.55

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 734904.05

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 480173.44

22. **Net cash flow** 254,730.61

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 581011.16

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 2717428.2

*(Exhibit E)*

Debtor Name Hologenix, LLC Case number 2:20-bk-13849-BR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 854920.62

## 5. Employees

26. What was the number of employees when the case was filed? 4
27. What is the number of employees as of the date of this monthly report? 8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 10000
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 1880733.0
30. How much have you paid this month in other professional fees? $ 5000
31. How much have you paid in total other professional fees since filing the case? $ 958379.46

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 576258 | – | $ 734904.05 | = | $ -158646.0 |
| 33. **Cash disbursements** | $ 543627 | – | $ 480173.44 | = | $ 63453.56 |
| 34. **Net cash flow** | $ 32631 | – | $ 254730.61 | = | $ -222099.6 |

35. Total projected cash receipts for the next month: $ 781806
36. Total projected cash disbursements for the next month: - $ 497779
37. Total projected net cash flow for the next month: = $ 284027

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

# EXHIBIT "A"

No quarterly fees in subchapter V cases

# EXHIBIT "B"

10. No activity for following Taiwan bank accounts:

- Megabank x2883 and x0087
- Yuanta Bank TWD x7002

Bank accounts are to remain open as it is a requirement of doing business in Taiwan.

14. Unusual or significant unanticipated expenses:

Some of these legal fees are for the defense of the lawsuit against the company's CEO Seth Casden. This was not expected or anticipated when Debtor's 2020 Chapter 11 plan was filed and confirmed, as this lawsuit by creditor Multiple Energy Technologies, LLC was filed in February 2021. However, the Debtor filed an application to employ Theodora Oringher PC and disclosed this litigation in August 2021, and for the balance of 2021, these legal fees are more or less expected and anticipated but disclosed here in relation to the 2020 plan.

# EXHIBIT "C"

**Checking - Wells Fargo 2016**
**August 2026**

| Date | Payee | Memo | Foreign Currency | Deposit (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 08/04/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 6,045.68 | 6,970.37 | Reconciled | Deposit | |
| 08/05/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 219.06 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/05/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 712.73 | 823.34 | Reconciled | Deposit | |
| 08/05/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 148.25 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/06/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 373.76 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/06/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 3,725.67 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/07/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 322.90 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/10/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 67.99 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/10/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 1,690.40 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/11/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 196.62 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/12/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 225.61 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/14/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 436.09 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/14/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 152,936.87 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/14/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 40,761.26 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/14/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 29,169.29 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/18/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 96.54 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/18/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 302.23 | 349.86 | Reconciled | Deposit | |
| 08/19/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 51.25 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/19/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 9,982.12 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/20/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 247.46 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/21/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 265.30 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/21/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 4,435.06 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/24/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 113.50 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/24/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 0.01 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - USD |
| 08/24/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 6,457.00 | Reconciled | Deposit | 1100.000 Accounts Receivable (A/R) - USD |
| 08/24/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 634.50 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/25/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 227.81 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/27/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 51.76 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/27/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 140,806.40 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/27/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 299,039.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/28/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 96.62 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/28/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 980.82 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/28/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | 1,023.46 | 736.25 | Reconciled | Deposit | |
| 08/31/2026 | Customer name. Redacted as confidential business information | DTC Sales | | 267.33 | Reconciled | Deposit | Channel Clearing Account:Shopify Clearing Account |
| 08/31/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 2,470.78 | Cleared | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/31/2026 | Customer name. Redacted as confidential business information | Royalty Licensing Fees | | 13,500.00 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| 08/31/2026 | Customer name. Redacted as confidential business information | Raw Material Sales | | 16,027.20 | Reconciled | Payment | 1100.000 Accounts Receivable (A/R) - USD |
| | | | | **734,904.05** | | | |

# EXHIBIT "D"

**Checking - Wells Fargo 2016**
**August 2026**

| Date | Payee | Memo | Foreign Currency | Payment (USD) | Reconciliation Status | Type | Account |
|---|---|---|---|---|---|---|---|
| 08/02/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 25.00 | Reconciled | Expense | Charges:Processing / Service Fees |
| 08/03/2026 | Vendor name. Redacted as confidential business information. | Tradeshow Cost | | 9,600.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/03/2026 | Vendor name. Redacted as confidential business information. | Tradeshow Cost | | 4,080.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/03/2026 | Vendor name. Redacted as confidential business information. | California Sales Tax - Shopify Store - Q2 2026 | | 353.00 | Reconciled | Expense | Channel Sales Tax Payable:Shopify Sales Tax |
| 08/03/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 8,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/03/2026 | Seth Casden | July 2026 - Seth Amount per court approval | | 25,000.00 | Reconciled | Expense | 2250.000 Insider Compensation Payable |
| 08/03/2026 | Vendor name. Redacted as confidential business information. | Tradeshow Cost | | 5,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/03/2026 | Vendor name. Redacted as confidential business information. | Tradeshow Cost | | 3,090.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | LNBYG | Chapter 11 Legal Rep - LNBYG | | 10,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Buchalter | Chapter 11 Professionals - Patent Services | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Troutman Pepper LLP | Chapter 11 Professionals - Trademark Services | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Patent Cost | | 2,752.80 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Inventory Purchase | | 12,459.11 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Clinical Studies Consultant | | 442.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Consulting Fees | | 3,024.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Office Rent | | 1,798.52 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Inventory Shipping Cost | | 170.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 2,589.38 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Japan Sales Representative + Japan Office Expenses | | 1,535.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Service fee for filing Business Income Tax 2025 | -22,124.00 | 697.97 | Reconciled | Bill Payment | 2000.006 Accounts Payable (A/P) - TWD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 1,370.91 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | CIO/CTO Consultant | | 5,408.80 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 121.05 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 80.00 | Reconciled | Credit Card Pmt | 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 12,000.00 | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 2,119.14 | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | CFO Salary | | 6,718.25 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 4,126.65 | Reconciled | Credit Card Pmt | 2050.007 Stephen Kelly's Corporate WFB Mastercard 3243 |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 4,258.16 | Reconciled | Credit Card Pmt | 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | IT Consultant | | 650.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Indian Sales Representative | | 500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Marketing Consultant | | 2,835.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Oceania Sales & Regulatory Support Representative | | 4,000.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Inventory Storage Cost | | 358.04 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/04/2026 | Vendor name. Redacted as confidential business information. | Regulatory & QMS Costs | | 636.12 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/05/2026 | Vendor name. Redacted as confidential business information. | Inventory Storage Cost | -313.00 | 368.75 | Reconciled | Bill Payment | 2000.001 Accounts Payable (A/P) - EUR |
| 08/05/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 485.04 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/05/2026 | Vendor name. Redacted as confidential business information. | DTC Storage | | 2,021.41 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/06/2026 | Vendor name. Redacted as confidential business information. | DTC - Shipping | | 4,727.51 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/06/2026 | Vendor name. Redacted as confidential business information. | Inventory Purchase | | 4,080.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/10/2026 | Vendor name. Redacted as confidential business information. | Payroll Cost | -46,182.07 | 33,872.70 | Reconciled | Bill Payment | 2000.004 Accounts Payable (A/P) - CAD |
| 08/10/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 22,000.00 | Reconciled | Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 08/12/2026 | TriNet HR Corporation | Payroll Cost | | 52,405.61 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/17/2026 | Vendor name. Redacted as confidential business information. | DTC - Shipping | | 2,247.51 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/17/2026 | Vendor name. Redacted as confidential business information. | Monthly Rent for Satellite | | 6,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/17/2026 | Vendor name. Redacted as confidential business information. | OOP Reimbursement | | 1,963.54 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/18/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 2,033.33 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/19/2026 | TriNet HR Corporation | Payroll Cost - Severance Payment | | 41,170.20 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | TriNet HR Corporation | Payroll Cost - Cobra Payment | | 2,782.86 | Reconciled | Expense | Expenses:Payroll Employer Paid Benefits |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Sample Purchases | | 550.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Texas Sales Tax - Shopify Store | | 8.19 | Reconciled | Expense | Tax |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Taiwan Office Rent | | 1,471.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 3,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Marketing Costs | | 2,005.20 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Inventory Storage Cost | | 362.04 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Consulting Fees | | 4,740.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 254.54 | Reconciled | Credit Card Pmt | 2050.005 Lucas Tyson's Corporate WFB Mastercard 2711 |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 2,940.04 | Reconciled | Credit Card Pmt | 2050.006 Seth Casden's Corporate WFB Mastercard 1195 |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Credit Card Payment | | 18,000.00 | Reconciled | Credit Card Pmt | 2050.102 Roberto Gordon's WFB Visa 9938 |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | Regulatory & QMS Costs | | 187.50 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/20/2026 | Vendor name. Redacted as confidential business information. | CFO Salary | | 4,908.75 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/21/2026 | Vendor name. Redacted as confidential business information. | Regulatory & QMS Costs | | 2,155.46 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/21/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 2,500.00 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/21/2026 | Vendor name. Redacted as confidential business information. | Consulting Fees | | 27,133.78 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/24/2026 | Vendor name. Redacted as confidential business information. | Administration Support | | 537.84 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/24/2026 | Vendor name. Redacted as confidential business information. | Payroll Cost | -18,502.76 | 13,706.77 | Reconciled | Bill Payment | 2000.004 Accounts Payable (A/P) - CAD |
| 08/26/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 30.00 | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 08/26/2026 | Vendor name. Redacted as confidential business information. | Bank Fees | | 10.00 | Reconciled | Expense | 6028.014 Office Expenses:Bank & Finance Charges:Processing / Service Fees |
| 08/27/2026 | TriNet HR Corporation | Payroll Cost | | 54,088.21 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/28/2026 | TriNet HR Corporation | Payroll Cost - Severance Payment | | 20,413.01 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| 08/31/2026 | Vendor name. Redacted as confidential business information. | Moving Costs | | 2,713.75 | Reconciled | Bill Payment | 2000.000 Accounts Payable (A/P) - USD |
| | | | | **480,173.44** | | | |

# EXHIBIT "E"

## Hologenix LLC
## A/P Aging Summary
### As of August 31, 2026

| Vendor | Expense Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **LNBYG** | Chapter 11 Legal Rep - LNBYG | 69410.2 | | | 1,006,138.66 | 1,075,548.86 |
| **Theodora Oringher PC** | Chapter 11 MET Legal Fees - MET vs. Seth Casden | 5,760.00 | 315.00 | | 239,832.21 | 245,907.21 |
| **Buchalter** | Chapter 11 Professionals - Patent Services | | 6,694.00 | | 99,234.10 | 105,928.10 |
| **Troutman Pepper LLP** | Chapter 11 Professionals - Trademark Services | 4,321.00 | 14,018.32 | 2,874.00 | 42,404.67 | 63,617.99 |
| **Vendor name. Redacted as confidential business information.** | Inventory Purchase | 29,071.25 | 11,370.00 | | | 40,441.25 |
| **Vendor name. Redacted as confidential business information.** | Consulting Fees | 25,640.00 | | | | 25,640.00 |
| **Windes** | Chapter 11 Accountant & Tax Consultant | 3,800.00 | | | 20,800.00 | 24,600.00 |
| **Vendor name. Redacted as confidential business information.** | CIO/CTO Consultant + Research & Experimental Expenses | 5,384.00 | | | 10,000.00 | 15,384.00 |
| **Vendor name. Redacted as confidential business information.** | Clinical Studies Consultant | | 15,000.00 | | | 15,000.00 |
| **Vendor name. Redacted as confidential business information.** | Inventory Purchase | | | | 14,994.00 | 14,994.00 |
| **Vendor name. Redacted as confidential business information.** | Marketing Costs | 12,985.00 | | | | 12,985.00 |
| **Vendor name. Redacted as confidential business information.** | Chapter 11 Professionals - Corporate GC Services | | | | 6,391.50 | 6,391.50 |
| **Vendor name. Redacted as confidential business information.** | CFO Salary | 5,967.50 | | | | 5,967.50 |
| **Vendor name. Redacted as confidential business information.** | Marketing Consultant | 5,850.00 | | | | 5,850.00 |
| **Vendor name. Redacted as confidential business information.** | | | | | 5,000.00 | 5,000.00 |
| **Vendor name. Redacted as confidential business information.** | Professional Fees | 5,000.00 | | | | 5,000.00 |
| **Vendor name. Redacted as confidential business information.** | Marketing Costs | 2,500.00 | | | | 2,500.00 |
| **Vendor name. Redacted as confidential business information.** | Administration Support | | 2,500.00 | | | 2,500.00 |
| **Vendor name. Redacted as confidential business information.** | Japan Sales Representative + Japan Office Expenses | 1,535.00 | | | | 1,535.00 |
| **Vendor name. Redacted as confidential business information.** | Oceania Sales & Regulatory Support Representative | 1,500.00 | | | | 1,500.00 |
| **Vendor name. Redacted as confidential business information.** | DTC Storage | 1,112.06 | | | | 1,112.06 |
| **Vendor name. Redacted as confidential business information.** | IT Consultant | 650.00 | | | | 650.00 |
| **Vendor name. Redacted as confidential business information.** | DTC - Leather Patch | 279.42 | | | | 279.42 |
| **Vendor name. Redacted as confidential business information.** | OOP Reimbursement | 146.35 | | | | 146.35 |
| **Gregory Jones** | Chapter 11 Legal Rep - Sub-V Trustee | | | | 117.20 | 117.20 |
| **Vendor name. Redacted as confidential business information.** | Filing Fees | | | | 90.00 | 90.00 |
| **Vendor name. Redacted as confidential business information.** | Filing Fees | | | | 25.00 | 25.00 |
| **Vendor name. Redacted as confidential business information.** | Clinical Studies Cost | | | | 20.00 | 20.00 |
| | | | | | | |
| **Wells Fargo CCs** | Outstanding Credit Cards Balance | | | | | 21,668.97 |
| **Chapter 11 Payroll** | 2024-2025 Employee Bonuses & Sales Commission | | | | | 1,395.83 |
| **Insider Compensation Payable - BOM** | Unpaid Guaranteed Payments & Service Fees to BOM | | | | | 210,000.00 |
| **Insider Compensation Payable - Seth** | Unpaid Guaranteed Payments to Seth Casden - Pending BK Court's Approval Post-BK | | | | | 609,211.96 |
| **Due to Members - Seth** | Chapter 11 MET Legal Fees - MET vs. Seth Casden Reimbursable to Seth Casden | | | | | 105,000.00 |
| **Accrued Payables** | Accrual for expenses incurred in 2024-2025 | | | | | 91,421.06 |
| | | | | | | **$ 2,717,428.26** |

# EXHIBIT "F"

## A/R Aging Summary

**As of August 31, 2026**

| Customer | Revenue Type | Current | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 502,683.50 | | | | 502,683.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 248,762.14 | | | | 248,762.14 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 22,687.50 | 22,687.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 15,750.00 | | | | 15,750.00 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 11,211.47 | 11,211.47 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 10,619.80 | | | -50.00 | 10,569.80 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | 15,827.60 | | | -6,622.28 | 9,205.32 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 8,471.67 | 8,471.67 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 4,382.19 | | | 4,382.19 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,362.65 | | 1,383.97 | | 2,746.62 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | 2,478.67 | 139.62 | 2,618.29 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 2,457.50 | | | | 2,457.50 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,990.49 | | | | 1,990.49 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 1,852.86 | | | | 1,852.86 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | 1,542.41 | | | 1,542.41 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 1,449.04 | 1,449.04 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 811.99 | | | 465.80 | 1,277.79 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 1,203.12 | 1,203.12 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 550.76 | | 463.12 | | 1,013.88 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 536.02 | | | | 536.02 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 535.94 | 535.94 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 457.05 | | | | 457.05 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 337.74 | | | | 337.74 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 330.66 | | | | 330.66 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | 288.97 | | | | 288.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 263.47 | 263.47 |
| **Customer name. Redacted as confidential business information.** | Raw Material Sales | | | | 207.86 | 207.86 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 84.03 | 84.03 |
| **Customer name. Redacted as confidential business information.** | Royalty Licensing Fees | | | | 3.29 | 3.29 |
| | | 804,619.73 | 5,924.60 | 4,325.76 | 40,050.53 | 854,920.62 |

| Credit date | Debit Date | Booking Text | Recipient | Amount | Currency | 2024 Balance | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6/23/24 | Decathlon Shirts and Shorts - Samples | Alexander Kühlmann | (109.96) | EUR | 107.18 | € | **107.18** | **As 08/30/2026** |
| | 6/23/24 | Cost account June 2024 | NASPA Bank Account | (20.00) | EUR | 217.14 | $ | 142.33 | |
| | 6/23/24 | Cost account March 2024 | NASPA Bank Account | (15.00) | EUR | 237.14 | | | |
| | 6/23/24 | Cost account February 2024 | NASPA Bank Account | (6.00) | EUR | 252.14 | | | |
| | 6/23/24 | Hologenix telephone November 2023 | Alexander Kühlmann | (18.00) | EUR | 258.14 | | | |
| | 5/31/24 | Hologenix telephone April 2024 | Alexander Kühlmann | (21.38) | EUR | 276.14 | | | |
| | 4/30/24 | Hologenix telephone March 2024 | Alexander Kühlmann | (29.66) | EUR | 297.52 | | | |
| | 3/31/24 | Hologenix telephone February 2024 | Alexander Kühlmann | (20.42) | EUR | 327.18 | | | |
| | 2/29/24 | Hologenix telephone January 2024 | Alexander Kühlmann | (18.44) | EUR | 347.60 | | | |
| | 1/31/24 | Heimtextil - Last Day Ticket ohne Info-Service | Alexander Kühlmann | (43.00) | EUR | 366.04 | | | |
| | 1/31/24 | Heimtextil - Lunch on 01/12/2024 | Alexander Kühlmann | (11.50) | EUR | 409.04 | | | |
| | 1/31/24 | Heimtextil - Roundtrip to Frankfurt - 60km | Alexander Kühlmann | (18.00) | EUR | 420.54 | | | |
| | 1/31/24 | Hologenix telephone December 2023 | Alexander Kühlmann | (18.00) | EUR | 438.54 | | | |
| | | | | | | | | | |
| | | | **Account balance on 12/31/2023** | 456.54 | EUR | | | | |

PayPal

Merchant Account ID: [redacted]QAWQ PayPal ID: ap@celliant.com 8/1/26 - 8/31/26

## Statement for August 2026

Hologenix, LLC
1113 Montana Ave #13
Suite 13
90403 Santa Monica

## Balance Summary (8/1/26 - 8/31/26)

| | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 0.00 | 0.00 | 0.00 | 0.00 |
| EUR | 0.00 | 0.00 | 0.00 | 0.00 |
| GBP | 0.00 | 0.00 | 0.00 | 0.00 |

PayPal

Merchant Account ID: N[redacted]QAWQ PayPal ID: ap@celliant.com 8/1/26 - 8/31/26

## Activity Summary (8/1/26 - 8/31/26)

| | USD |
|---|---|
| **Beginning Available Balance** | **0.00** |
| Payments received | 0.00 |
| Payments sent | 0.00 |
| Withdrawals and Debits | -3,090.00 |
| Deposits and Credits | 3,090.00 |
| Fees | 0.00 |
| **Ending Available Balance** | **0.00** |

PayPal

Merchant Account ID: [redacted]QAWQ PayPal ID: ap@celliant.com 8/1/26 - 8/31/26

## Withdrawals and Debits

| Description | USD |
| --- | --- |
| BillPay transaction | -3,090.00 |
| **Total** | **-3,090.00** |

## Deposits and Credits

| Description | USD |
| --- | --- |
| Transfer Deposit | 3,090.00 |
| **Total** | **3,090.00** |

PayPal

Merchant Account ID: [redacted]QAWQ PayPal ID: ap@celliant.com 8/1/26 - 8/31/26

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 8/2/26 | BillPay transaction<br>ID: 2M928304FJ138450R | Heart Mind Institute LLC<br>info@heartmind.co | -3,090.00 | 0.00 | -3,090.00 |
| 8/2/26 | Bank Deposit to PP Account<br>ID: 1AG277029L525564E | | 3,090.00 | 0.00 | 3,090.00 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

# Initiate Business Checking℠



HOLOGENIX LLC
17383 W SUNSET BLVD
SUITE A420
PACIFIC PALISADES CA 90272-4181

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Check your security settings**

Now is a great time to make sure your security settings are up to date before the busy fall, back-to-school, and holiday seasons arrive.

Sign on now and complete a few simple steps in less than 10 minutes:

1. Update and strengthen your password, or better yet get Passkey (it takes just a minute).
2. Ensure we have your current contact information (current mobile number and email).
3. Set up account alerts*, which you can customize for your needs.

Learn more at www.wellsfargo.com/securitytools

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $339,250.03 |
| Deposits/Credits | 735,060.92 |
| Withdrawals/Debits | - 480,133.44 |
| **Ending balance on 8/31** | **$594,177.51** |

Account number: [redacted]2016 **(primary account)**

**HOLOGENIX LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | [redacted] | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 8/3 | | [redacted] | 196.87 | | |
| 8/3 | | Online Transfer to Casden S Ref #Ib0Z7Hvbcb Premier Checking August Payment | | 25,000.00 | |
| 8/3 | | [redacted] | | 3,090.00 | |
| 8/3 | < | [redacted] | | 4,080.00 | |
| 8/3 | < | [redacted] | | 5,025.00 | |
| 8/3 | | [redacted] | | 8,500.00 | |
| 8/3 | < | [redacted] | | 9,600.00 | |
| 8/3 | < | [redacted] | | 353.00 | 283,798.90 |
| 8/4 | | [redacted] | 6,970.37 | | |
| 8/4 | | [redacted] | | 1,370.91 | |
| 8/4 | | [redacted] | | 170.00 | |
| 8/4 | | [redacted] | | 5,408.80 | |
| 8/4 | | [redacted] | | 442.00 | |
| 8/4 | | [redacted] | | 697.97 | |
| 8/4 | | [redacted] | | 1,798.52 | |
| 8/4 | | [redacted] | | 636.12 | |
| 8/4 | | [redacted] | | 2,752.80 | |
| 8/4 | | [redacted] | | 2,835.00 | |
| 8/4 | | [redacted] | | 2,589.38 | |
| 8/4 | | [redacted] | | 6,718.25 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/4 | | [redacted] | | 1,535.00 | |
| 8/4 | | [redacted] | | 4,000.00 | |
| 8/4 | | [redacted] | | 358.04 | |
| 8/4 | | [redacted] | | 12,459.11 | |
| 8/4 | | WT Fed#03R01 Zions Bancorporati /Ftr/Bnf=Buchalter LLP Srf# Ow00007279537684 Trn#260804182801 Rfb# Ow00007279537684 | | 2,500.00 | |
| 8/4 | | [redacted] | | 500.00 | |
| 8/4 | | WT Seq463338 Troutman Pepper Locke L /Bnf=Troutman Pepper Locke LLP Srf# Ow00007279540759 Trn#260804463338 Rfb# Ow00007279540759 | | 2,500.00 | |
| 8/4 | | WT Fed#01R01 Zions Bancorporati /Ftr/Bnf=Levene Neale Bender Yoo and Golubch Srf# Ow00007279544243 Trn#260804182919 Rfb# Ow00007279544243 | | 10,000.00 | |
| 8/4 | | [redacted] | | 4,126.65 | |
| 8/4 | | [redacted] | | 2,119.14 | |
| 8/4 | | [redacted] | | 80.00 | |
| 8/4 | | [redacted] | | 4,258.16 | |
| 8/4 | | [redacted] | | 3,024.00 | |
| 8/4 | | [redacted] | | 650.00 | |
| 8/4 | | [redacted] | | 121.05 | |
| 8/4 | | [redacted] | | 12,000.00 | 205,118.37 |
| 8/5 | | [redacted] | 219.06 | | |
| 8/5 | | [redacted] | 823.34 | | |
| 8/5 | | [redacted] | 148.25 | | |
| 8/5 | | [redacted] | | 485.04 | |
| 8/5 | | [redacted] | | 368.75 | |
| 8/5 | < | [redacted] | | 2,021.41 | 203,433.82 |
| 8/6 | | [redacted] | 373.76 | | |
| 8/6 | | [redacted] | 3,725.67 | | |
| 8/6 | | [redacted] | | 4,727.51 | |
| 8/6 | | [redacted] | | 4,080.00 | 198,725.74 |
| 8/7 | | [redacted] | 322.90 | | 199,048.64 |
| 8/10 | | [redacted] | 1,690.40 | | |
| 8/10 | | [redacted] | 67.99 | | |

WELLS FARGO

***Transaction History (continued)***

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 8/10 | | [redacted] | | 33,872.70 | |
| 8/10 | | [redacted] | | 22,000.00 | 144,934.33 |
| 8/12 | | [redacted] | 196.62 | | |
| 8/12 | | [redacted] | 225.61 | | |
| 8/12 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Ext2B75521180F2+ Trn#260812037173 Rfb# Q+50625973 741 | | 52,405.61 | 92,950.95 |
| 8/14 | | [redacted] | 436.09 | | |
| 8/14 | | [redacted] | 222,867.42 | | 316,254.46 |
| 8/17 | | [redacted] | | 6,500.00 | |
| 8/17 | | [redacted] | | 2,247.51 | |
| 8/17 | < | [redacted] | | 1,963.54 | 305,543.41 |
| 8/18 | | [redacted] | 349.86 | | |
| 8/18 | | [redacted] | | 2,033.33 | 303,859.94 |
| 8/19 | | [redacted] | 96.54 | | |
| 8/19 | | [redacted] | 9,982.12 | | |
| 8/19 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Ext83Db946Dcade+ Trn#260819096359 Rfb# Q+50636327 617 | | 41,170.20 | 272,768.40 |
| 8/20 | | Shopify Transfer 260819 Shopify Hologenix LLC | 51.25 | | |
| 8/20 | | [redacted] | 247.46 | | |
| 8/20 | | [redacted] | | 550.00 | |
| 8/20 | | [redacted] | | 2,005.20 | |
| 8/20 | | [redacted] | | 1,471.00 | |
| 8/20 | | [redacted] | | 4,908.75 | |
| 8/20 | | [redacted] | | 362.04 | |
| 8/20 | | [redacted] | | 3,500.00 | |
| 8/20 | | [redacted] | | 2,940.04 | |
| 8/20 | | [redacted] | | 254.54 | |
| 8/20 | | [redacted] | | 187.50 | |
| 8/20 | | [redacted] | | 4,740.00 | |
| 8/20 | | [redacted] | | 18,000.00 | |
| 8/20 | < | [redacted] | | 8.19 | |
| 8/20 | | Trinet3 Pymnt 0885 1355878092 Kellystephen George | | 2,782.86 | 231,356.99 |
| 8/21 | | [redacted] | 265.30 | | |
| 8/21 | | [redacted] | 4,435.06 | | |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/21 | | [redacted] | | 27,133.78 | |
| 8/21 | | [redacted] | | 2,155.46 | |
| 8/21 | < | [redacted] | | 2,500.00 | 204,268.11 |
| 8/24 | | [redacted] | 634.50 | | |
| 8/24 | | [redacted] | 6,457.00 | | |
| 8/24 | | [redacted] | 113.50 | | |
| 8/24 | | [redacted] | 0.01 | | |
| 8/24 | | [redacted] | | 13,706.77 | |
| 8/24 | | [redacted] | | 537.84 | 197,228.51 |
| 8/25 | | [redacted] | 227.81 | | 197,456.32 |
| 8/27 | | [redacted] | 51.76 | | |
| 8/27 | | [redacted] | 299,029.00 | | |
| 8/27 | | [redacted] | 140,776.40 | | |
| 8/27 | | WT Fed#02R00 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Ext425B6E041Ce9+ Trn#260827050595 Rfb# Q+50641241 311 | | 54,088.21 | 583,225.27 |
| 8/28 | | [redacted] | 980.82 | | |
| 8/28 | | [redacted] | 736.25 | | |
| 8/28 | | WT Fed#02R01 Keybank National A /Drw/Bnf=1/Trinet Hr III, Inc Srf# Extae519579F416+ Trn#260828122832 Rfb# Q+50646914 338 | | 20,413.01 | 564,529.33 |
| 8/31 | | [redacted] | 96.62 | | |
| 8/31 | | [redacted] | 13,500.00 | | |
| 8/31 | | [redacted] | 16,027.20 | | |
| 8/31 | | [redacted] | 267.33 | | |
| 8/31 | | [redacted] | 2,470.78 | | |
| 8/31 | | [redacted] | | 2,713.75 | 594,177.51 |
| **Totals** | | | **$735,060.92** | **$480,133.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2026 - 08/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

*Monthly service fee summary (continued)*

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $92,950.95 √ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 70 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

TIP

**Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Earn unlimited 2% cash rewards* on your business purchases with the Signify Business Cash® Credit Card**

Start earning rewards on your everyday business expenses and easily redeem them to your account**, invest them back into your business, or use them to jump start your next big idea. With no caps or categories to track, the Signify Business Cash credit card is designed to be deliberately simple.

- Earn a **$500 cash rewards bonus** when you **spend $5,000** in purchases for your business in the **first 3 months.*****
- Earn unlimited 2% cash rewards on purchases for your business - without caps or spending categories.*
- $0 Annual Fee****

To learn more about Signify Business Cash and how to apply, **visit wellsfargo.com/signifycard**

***Important Disclosures***
* 2% cash rewards are earned for every $1 spent in qualifying purchases, made on Business Card account(s), rounded to the nearest one cent. "Qualifying purchases" are net purchases (purchases minus returns/credits) and exclude cash advances and cash equivalents of any kind (such as ATM charges, overdraft protection advance, traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); balance transfers including the use of SUPERCHECKS; disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and

interest of any kind (such as late fees, returned payment fees, monthly or annual fees); and gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for further details.

** Redeem for Purchases allows you to redeem your Wells Fargo Business Rewards online for a statement credit to your eligible Wells Fargo business credit card account. To be eligible for Redeem for Purchases, each transaction must be $1 or more and you must have enough rewards to redeem for the entire amount of the transaction. Statement credits are applied to your outstanding balance and you are still required to make any payment due on your account. Rewards redeemed for purchases will be deducted from your rewards account balance immediately and all rewards redemptions are final. Statement credits will post to your account in 5 - 7 business days. Redeem for Purchases is offered subject to the Wells Fargo Business Rewards Program Terms and Conditions applicable to your card. For additional details visit Wells Fargo: Business Rewards Terms at **wellsfargo.com/bizrewards** and navigate to the Redeem for Purchases section.

*** To qualify for the $500 cash rewards bonus, a total of at least $5,000 in qualifying net purchases (purchases minus returns/credits) must post to your account within 3 months from the date your account is opened. The bonus cash rewards will show as redeemable within 60 days after they are earned. "Purchases" that do not apply to this offer and do not earn cash rewards include: cash advances and cash equivalents of any kind (such as ATM charges, cash advances (including overdraft protection advance), traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Cash advances may affect the credit line available for this offer. Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for more information about the rewards program.

**** The introductory APR for purchases is 0% for 12 months from account opening. After that, a variable APR of 16.74% to 24.74% based on your creditworthiness and that of your business will apply. The variable APR for cash advances is 29.49%. These APRs will vary with the market based on the U.S. Prime Rate and are subject to a maximum APR of 29.99%. Minimum interest charge will be no less than $1.00. There is no annual fee. A cash advance fee of either $10 or 5% of the amount of each advance, whichever is greater, applies. A foreign currency conversion/foreign transaction fee of 3% of each transaction applies. A late payment fee of up to $40 will apply. This information about the cost of the credit card account described here is accurate as of 12/31/2025. To find out what may have changed, call 1-833-441-0793. The Signify Business Cash® Card is issued by Wells Fargo Bank, N.A.

---

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Hologenix LLC

**1000.110 ERSTE Funds, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | EUR |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 08/31/2026 | 0.00 |

Hologenix LLC

**1000.120 NASPA Funds, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | EUR |
|---|---|
| Statement beginning balance | 107.18 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 107.18 |
| | |
| Register balance as of 08/31/2026 | 107.18 |

Hologenix LLC

**1000.200 PayPal, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| Register balance as of 08/31/2026 | 0.00 |

Hologenix LLC

**1000.300 Petty Cash, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 58.13 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 58.13 |
| Register balance as of 08/31/2026 | 58.13 |

Hologenix LLC

**1000.400 Taiwan Bank Accounts, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 1,597.78 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,597.78 |
| | |
| Register balance as of 08/31/2026 | 1,597.78 |

Hologenix LLC

**1000.000 Checking - Wells Fargo 2016, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Mimi Nguyen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 339,250.04 |
| Checks and payments cleared (71) | -480,173.44 |
| Deposits and other credits cleared (38) | 735,100.92 |
| Statement ending balance | 594,177.52 |
| | |
| Uncleared transactions as of 08/31/2026 | -3,099.00 |
| Register balance as of 08/31/2026 | 591,078.52 |
| Cleared transactions after 08/31/2026 | 0.00 |
| Uncleared transactions after 08/31/2026 | -24,958.19 |
| Register balance as of 09/14/2026 | 566,120.33 |

**Details**

Checks and payments cleared (71)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/02/2026 | Expense | | [redacted] | -25.00 |
| 08/03/2026 | Bill Payment | | [redacted] | -3,090.00 |
| 08/03/2026 | Bill Payment | | [redacted] | -5,000.00 |
| 08/03/2026 | Expense | | Seth Casden | -25,000.00 |
| 08/03/2026 | Bill Payment | | [redacted] | -8,500.00 |
| 08/03/2026 | Expense | | [redacted] | -353.00 |
| 08/03/2026 | Bill Payment | | [redacted] | -9,600.00 |
| 08/03/2026 | Bill Payment | | [redacted] | -4,080.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -500.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -650.00 |
| 08/04/2026 | Credit Card Payment | | [redacted] | -4,258.16 |
| 08/04/2026 | Credit Card Payment | | [redacted] | -4,126.65 |
| 08/04/2026 | Bill Payment | | [redacted] | -6,718.25 |
| 08/04/2026 | Credit Card Payment | | [redacted] | -2,119.14 |
| 08/04/2026 | Credit Card Payment | | [redacted] | -12,000.00 |
| 08/04/2026 | Credit Card Payment | | [redacted] | -80.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -3,024.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -121.05 |
| 08/04/2026 | Bill Payment | Fee App 6-Payment 17 | Troutman Pepper LLP | -2,500.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -5,408.80 |
| 08/04/2026 | Bill Payment | Fee App 5-Payment 30 | Buchalter | -2,500.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -1,370.91 |
| 08/04/2026 | Bill Payment | | [redacted] | -697.97 |
| 08/04/2026 | Bill Payment | | [redacted] | -1,535.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -2,589.38 |
| 08/04/2026 | Bill Payment | Fee App 4-Payment 42 | LNBYG | -10,000.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -1,798.52 |
| 08/04/2026 | Bill Payment | | [redacted] | -170.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -2,752.80 |
| 08/04/2026 | Bill Payment | | [redacted] | -12,459.11 |

| | | | | |
|---|---|---|---|---|
| 08/04/2026 | Bill Payment | | [redacted] | -442.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -636.12 |
| 08/04/2026 | Bill Payment | | [redacted] | -358.04 |
| 08/04/2026 | Bill Payment | | [redacted] | -4,000.00 |
| 08/04/2026 | Bill Payment | | [redacted] | -2,835.00 |
| 08/05/2026 | Bill Payment | | [redacted] | -2,021.41 |
| 08/05/2026 | Bill Payment | To print | [redacted] | -368.75 |
| 08/05/2026 | Bill Payment | | [redacted] | -485.04 |
| 08/06/2026 | Bill Payment | | [redacted] | -4,080.00 |
| 08/06/2026 | Bill Payment | | [redacted] | -4,727.51 |
| 08/10/2026 | Credit Card Payment | | [redacted] | -22,000.00 |
| 08/10/2026 | Bill Payment | | [redacted] | -33,872.70 |
| 08/12/2026 | Bill Payment | | TriNet HR Corporation | -52,405.61 |
| 08/17/2026 | Bill Payment | | [redacted] | -2,247.51 |
| 08/17/2026 | Bill Payment | | [redacted] | -6,500.00 |
| 08/17/2026 | Bill Payment | | [redacted] | -1,963.54 |
| 08/18/2026 | Bill Payment | | [redacted] | -2,033.33 |
| 08/19/2026 | Bill Payment | | TriNet HR Corporation | -41,170.20 |
| 08/20/2026 | Credit Card Payment | | [redacted] | -254.54 |
| 08/20/2026 | Bill Payment | | [redacted] | -4,908.75 |
| 08/20/2026 | Bill Payment | | [redacted] | -187.50 |
| 08/20/2026 | Credit Card Payment | | [redacted] | -18,000.00 |
| 08/20/2026 | Credit Card Payment | | [redacted] | -2,940.04 |
| 08/20/2026 | Bill Payment | | [redacted] | -4,740.00 |
| 08/20/2026 | Bill Payment | | [redacted] | -362.04 |
| 08/20/2026 | Bill Payment | | [redacted] | -2,005.20 |
| 08/20/2026 | Bill Payment | | [redacted] | -3,500.00 |
| 08/20/2026 | Bill Payment | | [redacted] | -1,471.00 |
| 08/20/2026 | Expense | | [redacted] | -8.19 |
| 08/20/2026 | Bill Payment | | [redacted] | -550.00 |
| 08/20/2026 | Expense | | TriNet HR Corporation | -2,782.86 |
| 08/21/2026 | Bill Payment | | [redacted] | -27,133.78 |
| 08/21/2026 | Bill Payment | | [redacted] | -2,500.00 |
| 08/21/2026 | Bill Payment | | [redacted] | -2,155.46 |
| 08/24/2026 | Bill Payment | | [redacted] | -13,706.77 |
| 08/24/2026 | Bill Payment | | [redacted] | -537.84 |
| 08/26/2026 | Expense | | [redacted] | -10.00 |
| 08/26/2026 | Expense | | [redacted] | -30.00 |
| 08/27/2026 | Bill Payment | | TriNet HR Corporation | -54,088.21 |
| 08/28/2026 | Bill Payment | | [redacted] | -20,413.01 |
| 08/31/2026 | Bill Payment | | [redacted] | -2,713.75 |

**Total** **-480,173.44**

Deposits and other credits cleared (38)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/31/2026 | Deposit | 138518954349 | [redacted] | 196.87 |
| 08/04/2026 | Deposit | | [redacted] | 6,970.37 |
| 08/05/2026 | Deposit | 138687283565 | [redacted] | 219.06 |
| 08/05/2026 | Receive Payment | | [redacted] | 148.25 |
| 08/05/2026 | Deposit | | [redacted] | 823.34 |
| 08/06/2026 | Receive Payment | | [redacted] | 3,725.67 |
| 08/06/2026 | Deposit | 138722312557 | [redacted] | 373.76 |
| 08/07/2026 | Deposit | 138743677293 | [redacted] | 322.90 |
| 08/10/2026 | Deposit | 138794434925 | [redacted] | 67.99 |
| 08/10/2026 | Receive Payment | | [redacted] | 1,690.40 |

| | | | | |
|---|---|---|---|---|
| 08/11/2026 | Deposit | 138783850861 | [redacted] | 196.62 |
| 08/12/2026 | Deposit | 138845782381 | | 225.61 |
| 08/14/2026 | Receive Payment | | | 40,761.26 |
| 08/14/2026 | Receive Payment | | | 29,169.29 |
| 08/14/2026 | Receive Payment | | | 152,936.87 |
| 08/14/2026 | Deposit | 138905157997 | | 436.09 |
| 08/18/2026 | Deposit | | | 349.86 |
| 08/18/2026 | Deposit | 138943627629 | | 96.54 |
| 08/19/2026 | Deposit | 138950803821 | | 51.25 |
| 08/19/2026 | Receive Payment | | | 9,982.12 |
| 08/20/2026 | Deposit | 139049271661 | | 247.46 |
| 08/21/2026 | Receive Payment | | | 4,435.06 |
| 08/21/2026 | Deposit | 139072602477 | | 265.30 |
| 08/24/2026 | Receive Payment | | | 634.50 |
| 08/24/2026 | Deposit | 139124932973 | | 113.50 |
| 08/24/2026 | Deposit | | | 6,457.00 |
| 08/24/2026 | Deposit | | | 0.01 |
| 08/25/2026 | Deposit | 139147247981 | | 227.81 |
| 08/27/2026 | Deposit | 139215503725 | | 51.76 |
| 08/27/2026 | Receive Payment | | | 299,039.00 |
| 08/27/2026 | Receive Payment | | | 140,806.40 |
| 08/28/2026 | Deposit | 139170414957 | | 96.62 |
| 08/28/2026 | Deposit | 139251384685 | | 980.82 |
| 08/28/2026 | Deposit | | | 736.25 |
| 08/31/2026 | Receive Payment | | | 13,500.00 |
| 08/31/2026 | Receive Payment | | | 2,470.78 |
| 08/31/2026 | Deposit | 139300241773 | | 267.33 |
| 08/31/2026 | Receive Payment | | | 16,027.20 |
| **Total** | | | | **735,100.92** |