United States Bankruptcy Court
Central District of California

In re:
Hologenix, LLC
Debtor

Case No. 20-13849-BR
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 4
Date Rcvd: Oct 31, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com astomel@yahoo.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com yvonne.li@afslaw.com |
| Brian T Harvey | on behalf of Special Counsel BUCHALTER bharvey@buchalter.com docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com |
| Carmela Pagay | on behalf of Special Counsel Troutman Sanders LLP ctp@lnbyg.com |
| Carmela Pagay | on behalf of Debtor Hologenix LLC ctp@lnbyg.com |
| David Wood | |

on behalf of Defendant Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
on behalf of Plaintiff Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
on behalf of Creditor Multiple Energy Technologies LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Derrick Talerico
on behalf of Plaintiff Multiple Energy Technologies LLC dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Courtesy NEF dtalerico@wztslaw.com maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Gregory Kent Jones (TR)
gjones@sycr.com smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Gregory M Salvato
on behalf of Creditor Seth Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Heidi J Sorvino
on behalf of Creditor Multiple Energy Technologies LLC sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com

Heidi J Sorvino
on behalf of Interested Party INTERESTED PARTY sorvinoh@whiteandwilliams.com millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com

James R Selth
on behalf of Creditor Alvaro Pascotto Revocable Trust jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
on behalf of Creditor Seth Casden jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
on behalf of Creditor Julien Born jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

James R Selth
on behalf of Creditor Murali Sundar jselth@yahoo.com jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

John-Patrick M Fritz
on behalf of Plaintiff Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Plaintiff Multiple Energy Technologies LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Attorney Levene Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Debtor Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz
on behalf of Defendant Hologenix LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Juliet Y. Oh
on behalf of Special Counsel BUCHALTER jyo@lnbyg.com jyo@lnbyb.com

Juliet Y. Oh
on behalf of Debtor Hologenix LLC jyo@lnbyg.com, jyo@lnbyb.com

Kurt Ramlo
on behalf of Plaintiff Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Debtor Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Larry D Webb
on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com larry@webblaw.onmicrosoft.com

Lindsey L Smith
on behalf of Debtor Hologenix LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Michael S Greger
on behalf of Interested Party BRE Sunset Coast LLC mgreger@allenmatkins.com, kpreston@allenmatkins.com

Nicole Sullivan
on behalf of Creditor Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Defendant Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Raffi Khatchadourian
on behalf of Creditor Wells Fargo Bank National Association raffi@hemar-rousso.com

Randye B Soref
on behalf of Creditor Polsinelli LLP rsoref@polsinelli.com ccripe@polsinelli.com;ladocketing@polsinelli.com

Robert Carrasco
on behalf of Special Counsel Fisher & Phillips LLP rmc@lnbyg.com rmc@lnbyg.com

Robert Carrasco
on behalf of Debtor Hologenix LLC rmc@lnbyg.com, rmc@lnbyg.com

Robert Carrasco
on behalf of Accountant M & G Partners rmc@lnbyg.com rmc@lnbyg.com

Ron Bender
on behalf of Debtor Hologenix LLC rb@lnbyg.com

Ron Bender
on behalf of Plaintiff Hologenix LLC rb@lnbyg.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
on behalf of Defendant Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Creditor Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Theodore W Frank
on behalf of Interested Party INTERESTED PARTY frank@psmlawyers.com knarfdet@gmail.com;navarro@parkermillsllp.com

Theodore W Frank
on behalf of Plaintiff Multiple Energy Technologies LLC frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com

Thomas E Butler
on behalf of Interested Party INTERESTED PARTY butlert@whiteandwilliams.com sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Thomas E Butler
on behalf of Plaintiff Multiple Energy Technologies LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Tinho Mang
on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
on behalf of Plaintiff Hologenix LLC tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Yvonne Ramirez-Browning
on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com,

| | |
|---|---|
| | veronica@browninglawgroup.com |
| Zev Shechtman | on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com |

TOTAL: 54

RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

FILED & ENTERED

OCT 21 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 Case |
| | Subchapter V |
| Debtor and Debtor in Possession. | |
| | **ORDER APPROVING PLAN CONFIRMATION BRIEFING SCHEDULE** |
| | No Hearing |

The Court, having read and considered that certain "Joint Status Report and Proposed Plan Confirmation Briefing Schedule" filed by Hologenix, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, on the one hand, and Multiple Energy Technologies, LLC ("MET"), on the other hand, and having considered the record in this case, the docket in this case, and for good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. **October 20, 2026**, will be the deadline for the Debtor to file its chapter 11 plan (the "Plan"), motion to confirm the plan, declarations in support of plan confirmation, and notice of hearing on plan confirmation and briefing deadlines, and mailing of ballots to accept or reject the plan (the "**Plan Deadline**"). All documents upon which the Debtor's

expert witness relies shall be produced to MET within three (3) days following the Plan Deadline.

2. **December 1, 2026**, will be the deadline for voting on the plan and for filing objections to the plan, complete with evidence in support of any such objections (the "**Objection Deadline**"). Creditors and parties in interest filing an objection to the Plan shall complete their plan-related discovery prior to the Objection Deadline. To accommodate the foregoing, the Parties have agreed to an expedited discovery schedule, such that written discovery responses (including document production) shall be due within 14 days after such discovery is propounded.

3. **January 5, 2027**, will be the deadline for the Debtor to file its summary of ballots received, reply to objections, and all evidence in support of its reply on plan confirmation (the "**Reply Deadline**"). Debtor shall complete its plan-objection-related discovery prior to the Reply Deadline.

4. **January 12, 2027, at 10:00 a.m**. will be the hearing on the Plan, which may continue to January 13, 2027, if necessary and if convenient with the calendar of the Court.

###

Date: October 21, 2026

Barry Russell
United States Bankruptcy Judge