| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STRADLING YOCCA CARLSON & RAUTH LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@stradlinglaw.com<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone: (424) 214-7000<br>Facsimile: (424) 214-7010<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | |
|---|---|
| Hologenix, LLC<br><br>Debtor(s). | CASE NO.: 2:20-bk-13849-BR<br>CHAPTER: 11 **[AMENDED]** |
| | **APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: 12/08/2026<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: 255 E. Temple Street<br>Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Gregory K. Jones, Subchapter V Trustee
2. Type of services rendered:
   a. ☐ Attorney for (*specify*): ____
   b. ☐ Accountant for (*specify*): ____
   c. ☐ Other professional (*specify*): ____
3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 04/22/2020
4. Date of entry of Order Approving Applicant's Employment: ____
5. Date of filing of last Fee and/or Expense Application: 09/23/2025

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ ____________________

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 178,635.00

   d. Total amount actually paid pursuant to prior approved applications: $ 152,049.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 26,586.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Gregory K. Jones | $ 500.00 | X | 13.4 | = | $ 6,700.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 6,700.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 2,149.59

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Federal Express | $ 28.37 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 28.37

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
In 2026, Applicant conferred with debtor on the district court remand of prior orders, researched issues relating to an updated confirmation brief, and prepared for and attended hearings on confirmation, assumption, and summary judgment

15. Total number of attached pages of supporting documentation: 6

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/02/2026 | Gregory K. Jones | /s/ Gregory K. Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

STRADLING YOCCA CARLSON & RAUTH LLP
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6441
TELEPHONE (949) 725-4000

GREGORY JONES TRUSTEE
Gregory Jones, Trustee
Hologenix, Inc.
c/o Stradling Yocca Carlson & Rauth
10100 North Santa Monica Boulevard, Suite 1400
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Date: | October 30, 2026 |
| Invoice Num.: | 436562 |
| Client Number: | 106235 |
| Billing Attorney: | G. Jones |

Client: GREGORY JONES TRUSTEE

For professional services rendered through September 30, 2026

| | Currency: USD |
|---|---|
| Fees | 6,700.00 |
| Costs | 28.37 |
| **Total Due This Invoice** | **$6,728.37** |
| Previous Balance Due | 5,731.18 |
| **Total Amount Due** | **$12,459.55** |

## Group Bill Summary

| Matter | Description | Fees | Costs | Total |
|---|---|---|---|---|
| 106235-0004 | HOLOGENIX, INC. BANKRUPTCY | 6,700.00 | 28.37 | 6,728.37 |
| | | 6,700.00 | 28.37 | $6,728.37 |

| | |
|---|---|
| Previous Balance Due | 5,731.18 |
| **Total Amount Due** | $12,459.55 |

**Time Detail**

**Task Code:** B110 - Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2026 | G. Jones | Review status report | 0.10 | 50.00 |
| 02/17/2026 | G. Jones | Phone conference with Mr. Fritz on status hearing | 0.20 | 100.00 |
| 02/17/2026 | G. Jones | Prepare for and attend hearing on various remand issues | 0.90 | 450.00 |
| 03/26/2026 | G. Jones | Confer with Mr. Fritz on district court remand pleadings | 0.80 | 400.00 |
| **Task Total** | B110 - Case Administration | | **2.00** | **$1,000.00** |

**Task Code:** B150 - Meetings of and Communications with Creditors

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/2026 | G. Jones | Emails to and from Mr. Zur on potential settlement options | 0.10 | 50.00 |
| **Task Total** | B150 - Meetings of and Communications with Creditors | | **0.10** | **$50.00** |

**Task Code:** B160 - Fee/Employment Applications

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/23/2025 | G. Jones | Emails relating to fee applications | 0.10 | 50.00 |
| 09/23/2025 | G. Jones | Prepare yearly interim fee application | 0.70 | 350.00 |
| 09/23/2025 | G. Jones | Review notice of fee hearing | 0.10 | 50.00 |
| 10/14/2025 | G. Jones | Prepare for and attend status hearing and fee application hearing | 0.10 | 50.00 |
| 10/20/2025 | G. Jones | Prepare fee order | 0.20 | 100.00 |
| **Task Total** | B160 - Fee/Employment Applications | | **1.20** | **$600.00** |

**Task Code:** B210 - Business Operations

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2025 | G. Jones | Review October 2025 MOR | 0.10 | 50.00 |
| **Task Total** | B210 - Business Operations | | **0.10** | **$50.00** |

**Task Code:** B320 - Plan and Disclosure Statement (including Business Plan)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/2026 | G. Jones | Review confirmation brief in support of Plan | 0.30 | 150.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | post remand | | |
| 04/29/2026 | G. Jones | Confer with debtor's counsel on remanded plan confirmation briefs | 0.20 | 100.00 |
| 05/05/2026 | G. Jones | Research numerous issues relating to confirmation brief in the post-appeal, remand process | 1.00 | 500.00 |
| 05/19/2026 | G. Jones | Review prior pleadings relating to confirmation and district court and Ninth Circuit orders | 0.70 | 350.00 |
| 05/19/2026 | G. Jones | Prepare statement on confirmation post-remand | 2.20 | 1,100.00 |
| 05/26/2026 | G. Jones | Prepare for and attend hearing on confirmation, assumption, and summary judgment | 2.00 | 1,000.00 |
| 07/22/2026 | G. Jones | Review proposed amended plan of reorganization order and findings of fact and objections thereto | 0.30 | 150.00 |
| 08/25/2026 | G. Jones | Prepare for and attend hearing on modified confirmation order | 1.90 | 950.00 |
| 09/29/2026 | G. Jones | Prepare for and attend continued hearing on case and plan | 1.40 | 700.00 |
| **Task Total** | B320 - Plan and Disclosure Statement (including Business Plan) | | **10.00** | **$5,000.00** |
| **Total** | | | **13.40** | **$6,700.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| G. Jones | Partner | 13.40 | 500.00 | 6,700.00 |
| **Total** | | **13.40** | | **$6,700.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| FedEx/HCOST | 28.37 |
| **Total** | **$28.37** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5,731.18 |

**Total** **$5,731.18**

Stradling

STRADLING YOCCA CARLSON & RAUTH LLP
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6441
TELEPHONE (949) 725-4000

GREGORY JONES TRUSTEE
Gregory Jones, Trustee
Hologenix, Inc.
c/o Stradling Yocca Carlson & Rauth
10100 North Santa Monica Boulevard, Suite 1400
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Date: | October 30, 2026 |
| Invoice Num.: | 436562 |
| Client Number: | 106235 |

**REMITTANCE COPY**

**GREGORY JONES TRUSTEE**

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|
| Outstanding Invoice(s) | | | | |
| 11/14/2023 | 401946 | 5,613.98 | -3,000.00 | $2,613.98 |
| 10/31/2024 | 412110 | 4,617.20 | -1,500.00 | $3,117.20 |
| **Prior Balance Due** | | | | $5,731.18 |
| Current Invoice | | | | |
| 10/30/2026 | 436562 | | | $6,728.37 |
| **Balance Due** | | | | $12,459.55 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Blvd., Suite 150, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **[AMENDED] APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/02/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/02/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Mailing List

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/02/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Barry Russell
United States Bankruptcy Court Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/02/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

***SERVICE LIST***

**2:20-bk-13849-BR Notice will be electronically mailed to:**

*Todd M Arnold on behalf of Plaintiff Hologenix, LLC*
*tma@lnbyg.com*

*Ron Bender on behalf of Debtor Hologenix, LLC*
*rb@lnbyg.com*

*Ron Bender on behalf of Plaintiff Hologenix, LLC*
*rb@lnbyg.com*

*Thomas E Butler on behalf of Interested Party INTERESTED PARTY*
*butlert@whiteandwilliams.com,*
*sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;*
*panchavatis@whiteandwilliams.com*

*Thomas E Butler on behalf of Plaintiff Multiple Energy Technologies, LLC*
*butlert@whiteandwilliams.com,*
*sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@w*
*hiteandwilliams.com*

*Robert Carrasco on behalf of Accountant M & G Partners*
*rmc@lnbyg.com, rmc@lnbyg.com*

*Robert Carrasco on behalf of Debtor Hologenix, LLC*
*rmc@lnbyg.com, rmc@lnbyg.com*

*Robert Carrasco on behalf of Special Counsel Fisher & Phillips LLP*
*rmc@lnbyg.com, rmc@lnbyg.com*

*Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR*
*oestrada@ttc.lacounty.gov*

*Theodore W Frank on behalf of Interested Party INTERESTED PARTY*
*frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com*

*Theodore W Frank on behalf of Plaintiff Multiple Energy Technologies, LLC*
*frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com*

*John-Patrick M Fritz on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Debtor Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Debtor Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Defendant Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Plaintiff Hologenix, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*John-Patrick M Fritz on behalf of Plaintiff Multiple Energy Technologies, LLC*
*jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*

*Michael S Greger on behalf of Interested Party BRE Sunset Coast, LLC*
*mgreger@allenmatkins.com, kpreston@allenmatkins.com*

*Brian T Harvey on behalf of Special Counsel BUCHALTER*
*bharvey@buchalter.com,*
*docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com*

*Gregory Kent Jones (TR)*
*gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Wells Fargo Bank, National Association*
*raffi@hemar-rousso.com*

*Tinho Mang on behalf of Interested Party INTERESTED PARTY*
*tmang@marshackhays.com,*
*tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.co*
*m;cmendoza@marshackhays.com*

*Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)*
*ron.maroko@usdoj.gov*

*Juliet Y. Oh on behalf of Debtor Hologenix, LLC*
*jyo@lnbyg.com, jyo@lnbyb.com*

*Juliet Y. Oh on behalf of Special Counsel BUCHALTER*
*jyo@lnbyg.com, jyo@lnbyb.com*

*Carmela Pagay on behalf of Debtor Hologenix, LLC*
*ctp@lnbyg.com*

*Carmela Pagay on behalf of Special Counsel Troutman Sanders LLP*
*ctp@lnbyg.com*

*Yvonne Ramirez-Browning on behalf of Creditor Wells Fargo Bank, National Association*
*yvonne@browninglawgroup.com, veronica@browninglawgroup.com*

*Kurt Ramlo on behalf of Debtor Hologenix, LLC*
*RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email*

*Kurt Ramlo on behalf of Plaintiff Hologenix, LLC*
*RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email*

*Gregory M Salvato on behalf of Creditor Seth Casden*
*gsalvato@salvatoboufadel.com,*
*calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;*
*gsalvato@ecf.inforuptcy.com*

*James R Selth on behalf of Creditor Alvaro Pascotto Revocable Trust*
*jselth@yahoo.com,*
*jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*James R Selth on behalf of Creditor Julien Born*
*jselth@yahoo.com,*
*jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*James R Selth on behalf of Creditor Murali Sundar*
*jselth@yahoo.com,*
*jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*James R Selth on behalf of Creditor Seth Casden*
*jselth@yahoo.com,*
*jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com*

*Zev Shechtman on behalf of Interested Party INTERESTED PARTY*
*Zev.Shechtman@saul.com,*
*Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com*

*Lindsey L Smith on behalf of Debtor Hologenix, LLC*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Randye B Soref on behalf of Creditor Polsinelli LLP*
*rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com*

*Heidi J Sorvino on behalf of Creditor Multiple Energy Technologies, LLC*
*sorvinoh@whiteandwilliams.com,*
*millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com*

*Heidi J Sorvino on behalf of Interested Party INTERESTED PARTY*
*sorvinoh@whiteandwilliams.com,*
*millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com*

*Alan Stomel on behalf of Interested Party Courtesy NEF*
*alan.stomel@gmail.com, astomel@yahoo.com*

*Annie Y Stoops on behalf of Interested Party Courtesy NEF*
*annie.stoops@afslaw.com, yvonne.li@afslaw.com*

*Annie Y Stoops on behalf of Interested Party Courtesy NEF*
*annie.stoops@afslaw.com, yvonne.li@afslaw.com*

*Nicole Sullivan on behalf of Creditor Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com*

*Nicole Sullivan on behalf of Defendant Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com*

*Nicole Sullivan on behalf of Plaintiff Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com*

*Derrick Talerico on behalf of Interested Party Courtesy NEF
dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com*

*Derrick Talerico on behalf of Plaintiff Multiple Energy Technologies, LLC
dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com*

*United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov*

*Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com*

*David Wood on behalf of Creditor Multiple Energy Technologies, LLC
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;
spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*David Wood on behalf of Defendant Multiple Energy Technologies, LLC
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;
spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*David Wood on behalf of Interested Party INTERESTED PARTY
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;
spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*David Wood on behalf of Plaintiff Multiple Energy Technologies, LLC
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;
spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com*

*Roye Zur on behalf of Creditor Multiple Energy Technologies, LLC
rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;
rzur@ecf.courtdrive.com;lmasse@elkinskalt.com*

*Roye Zur on behalf of Defendant Multiple Energy Technologies, LLC
rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;
rzur@ecf.courtdrive.com;lmasse@elkinskalt.com*

# ***MAILING LIST***

AIG Property Casualty, Inc.
80 Pine Street, 13th Floor
New York, NY 10005

Danning, Gill, Israel & Krasnoff, LLP
907 Westwood Blvd., Suite 1078
Los Angeles, CA 90024

Grobstein Teeple CPA
6300 Canoga Avenue, Ste 1500W
Woodland Hills, CA 91367

Theodora Oringher, PC
535 Anton Blvd, Ninth Floor
Costa Mesa, CA 92626