RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br><br>**EIGHTH APPLICATION OF TROUTMAN PEPPER LOCKE LLP, AS SPECIAL TRADEMARK AND LICENSE COUNSEL TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF AUSTIN PADGETT, ESQ. IN SUPPORT THEREOF**<br><br>Hearing:<br>Date: December 15, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Troutman Pepper Locke LLP[1] ("Troutman"), special trademark and license counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its *Eighth Application Of Troutman Pepper Locke LLP, As Special Trademark And License Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses* (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's bankruptcy case, from August 1, 2025 through September 30, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date"). The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

### B. Date Of Entry Of The Order Approving Troutman's Employment And Date Services Commenced.

The Court entered an order approving Troutman's employment as special trademark and license counsel to the Debtor on July 14, 2020. The Debtor's employment of Troutman as special trademark and license counsel was effective, and Troutman began providing services to the Debtor, on April 24, 2020.

[1] Troutman Sanders LLP ("TS") merged with the law firm of Pepper Hamilton LLP effective as of July 1, 2020, and became known as Troutman Pepper Hamilton Sanders LLP. Effective January 1, 2025, Troutman Pepper Hamilton Sanders LLP combined with Locke Lord LLP and is now known as Troutman Pepper Locke LLP. Pursuant to the Debtor's application to employ TS filed in this case, the Debtor and TS requested that the Debtor's authority to employ TS extend to include the employment of the successor firm after the merger. Accordingly, the Debtor was not required to file a new employment application to employ the successor firm [following either combination].

**C. Fees And Expenses Previously Requested By Troutman.**

On November 24, 2020, Troutman filed its first fee application, covering the period from April 24, 2020 through November 11, 2020, during which Troutman rendered 63.0 hours of service, resulting in fees totaling $29,321.50, plus expenses of $17,965.49, for total fees and expenses of $47,286.99. The first fee application was heard and approved on December 15, 2020, with a written order entered by the Court on December 17, 2020 (the "First Fee Order").

On August 2, 2021, Troutman filed its second fee application, covering the period from November 12, 2020 through June 30, 2021, during which Troutman rendered 54.3 hours of service, resulting in fees totaling $29,151.00, plus expenses of $22,273.41, for total fees and expenses of $50,558.86.[2] The second fee application was heard and approved on August 24, 2021, with a written order entered by the Court on August 26, 2021 (the "Second Fee Order").

On April 11, 2022, Troutman filed its third fee application, covering the period from July 1, 2021 through and including March 31, 2022, during which Troutman rendered 43.3 hours of service, resulting in fees totaling $25,819.50, plus expenses of $8,227.25, for total fees and expenses in the sum of $34,046.75. The third fee application was heard and approved on May 3, 2022, with a written order entered by the Court on May 19, 2022 (the "Third Fee Order").

On November 8, 2022, Troutman filed its fourth fee application, covering the period from April 1, 2021 through and including October 31, 2022, during which Troutman rendered 19.9 hours of service, resulting in fees totaling $13,425.00, plus expenses of $3,979.17, for total fees and expenses in the sum of $17,404.17. The fourth fee application was heard and approved on November 28, 2022, with a written order entered by the Court on December 2, 2022 (the "Fourth Fee Order").

On November 17, 2023, Troutman filed its fifth fee application, covering the period from November 1, 2022 through and including October 31, 2023, during which Troutman

[2] A credit of $865.55 was applied to the Debtor's account by Troutman.

rendered 29.5 hours and incurred fees in the sum of $17,807.00, and advanced expenses in the sum of $35,763.43, for total fees and expenses in the sum of $53,570.43. The fifth fee application was heard and approved on December 12, 2023, with a written order entered by the Court on January 2, 2024 (the "Fifth Fee Order").

On November 26, 2024, Troutman filed its sixth fee application, covering the period from October 31, 2023 through and including September 30, 2024, during which Troutman rendered 29.6 hours and incurred fees in the sum of $21,806.00, and advanced expenses in the sum of $7,666.07, for total fees and expenses in the sum of $29,472.07. The sixth fee application was heard and approved on December 17, 2024, with a written order entered by the Court on December 23, 2024 (the "Sixth Fee Order").

On September 19, 2025, Troutman filed its seventh fee application, covering the period from October 1, 2024 through and including July 31, 2025, during which Troutman rendered 34.4 hours and incurred fees in the sum of $17,505.00, and advanced expenses in the sum of $18,649.09, for total fees and expenses in the sum of $36,154.09. The seventh fee application was heard and approved on October 14, 2025, with a written order entered by the Court on October 16, 2025 (the "Seventh Fee Order").

**D. Summary Of Payments Made To Troutman.**

Troutman received post-petition retainer payments from the Debtor in the total sum of $9,000.00 (collectively, the "Retainer"). Following the entry of the First Fee Order, Troutman applied the entire amount of the Retainer against Troutman's allowed fees and expenses totaling $47,286.99, leaving a balance of $38,286.99, which has been paid by the Debtor.

Additionally, after the entry of the Second Fee Order, the Debtor paid Troutman its fees and expenses allowed pursuant to the Second Fee Order in the total amount of $50,558.86.

Following entry of the Third Fee Order, the Debtor paid Troutman its fees and expenses allowed pursuant to the Third Fee Order in the total amount of $34,046.75.

Following entry of the Fourth Fee Order, the Debtor paid Troutman its fees and expenses allowed pursuant to the Fourth Fee Order in the total amount of $17,404.17.

Following entry of the Fifth Fee Order, the Debtor has paid Troutman its fees and expenses allowed pursuant to the Fifth Fee Order in the total amount of $53,570.43.

Following entry of the Sixth Fee Order, the Debtor paid Troutman $29,472.07 towards its fees and expenses allowed pursuant to the Sixth Fee Order in the total amount of $29,472.07.

Following entry of the Seventh Fee Order, the Debtor has paid Troutman $18,027.93 t owards its fees and expenses allowed pursuant to the Seventh Fee Order in the total amount of $36,154.09. A balance in the amount of $18,126.16 remains owing.

**E. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, Troutman spent a total of 51.7 hours and incurred fees in the sum of $32,319.00, and advanced expenses in the sum of $18,912.83, for total fees and expenses in the sum of $51,231.83. Pursuant to Local Bankruptcy Rule 2016-1, by this Application, Troutman is seeking: (i) approval and allowance of its fees and expenses in the total sum of $51,231.83 incurred during the Covered Period, and (ii) payment of such allowed fees and expenses in the total sum of $51,231.83, from the Debtor.

**F. Compliance With Local Bankruptcy Rule 2016-1(a).**

Troutman has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G. Proper Notice.**

Troutman is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has served or will serve notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

///

///

## II.

## BACKGROUND OF DEBTOR'S CASE AND DESCRIPTION OF SERVICES RENDERED BY TROUTMAN

### A. Brief Narrative History And Report Concerning The Status Of Debtor's Case.

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Troutman respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYG in its fee application recently filed.

fee application to be filed shortly.

### B. Brief Narrative Statement Of Services Rendered.

During the Covered Period, Troutman billed a total of 51.7 hours and incurred $32,319.00 of fees providing legal services focused on trademark and license issues. During the Covered Period, Troutman aided the Debtor with foreign and domestic trademark prosecution, renewal and maintenance, portfolio management, and watch and enforcement matters, including evaluating and pursuing oppositions against third-party applications to register marks similar to the Debtor's CELLIANT mark in Argentina, Turkey, Morocco, Kurdistan, Kazakhstan, China, the European Union and the United Kingdom. Troutman separated its time entries into the following categories:

1. Acquisition of CELLIANT.CN: This category includes services related to the Debtor's CELLIANT.CN and CELLIANT.COM.CN domain names in China, including the renewal of those domain names.

2. CELLIANT & Design (New) - Cl. 5, 10, 18…: This category includes services related to the renewal of the Debtor's CELLIANT and Design registrations in multiple classes in Brazil.

3. CELLIANT & Design (Old) - Cl. 18 (BR-TM): This category includes services related to the renewal of the Debtor's CELLIANT and Design registration in Class 18 in Brazil.

4. CELLIANT & Design - Cl. 35 (JP-TM): This category includes services related to the Debtor's new application to register CELLIANT and Design in Class 35 in Japan.

5. CELLIANT (KH-TM): This category includes services related to the Debtor's CELLIANT registration in Cambodia, including local use requirements.

6. CELLIANT (MY-TM): This category includes services related to the Debtor's CELLIANT trademark in Malaysia, including the status of the application and a related assignment.

7. CELLIANT - Cl. 10 (BR-TM): This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 10 in Brazil.

8. CELLIANT - Cl. 18 (BR-TM): This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 18 in Brazil.

9. CELLIANT - Cl. 20 (MY-TM) (2016000433): This category includes services related to the assignment of the Debtor's CELLIANT trademark in Class 20 in Malaysia.

10. CELLIANT - Cl. 20, 24 & 25 (MM-TM)(NEW): This category includes services related to the Debtor's CELLIANT trademark application in Myanmar.

11. CELLIANT - Cl. 23 (BR-TM): This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 23 in Brazil.

12. CELLIANT - Cl. 25 (BR-TM): This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 25 in Brazil.

13. CELLIANT - Cl. 35 (JP-TM): This category includes services related to the Debtor's new application to register CELLIANT in Class 35 in Japan.

14. CELLIANT - Cl. 5 (BR-TM): This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 5 in Brazil.

15. Domain name dispute: celliant.jp: This category includes services related to the Debtor's domain name celliant.jp, including its renewal.

16. Opp. to CELLENTIA SALUD in AR by GIGLIOT: This category includes services related to the Debtor's opposition to a third-party application for the mark CELLENTIA SALUD in Argentina, including settlement discussions and ratification of the opposition.

17. Opp. to SELENTE in EU by Selente GmbH, S: This category includes services related to the evaluation of a potential opposition to a third-party application for the mark SELENTE in the European Union.

18. Poss. Opp. of CELIA CELIA in AR by VARAS: This category includes services related to the evaluation of a potential opposition to a third-party application for the mark CELIA CELIA in Argentina.

19. Poss. Opp. of CELIA in KD by Somalac: This category includes services related to the evaluation of a potential opposition to a third-party application for the mark CELIA in Kurdistan.

20. Poss. Opp. of R CELIA in MA by RICHBOND: This category includes services related to the evaluation of a potential opposition to a third-party application for the mark R CELIA in Morocco and a related cease-and-desist letter.

21. Poss. Opp. to CELIA in TR by AYSEL HAJIY: This category includes services related to the Debtor's opposition to a third-party application for the mark CELIA in Turkey, including the gathering of evidence of use and the filing of the opposition.

22. Poss. Opp. to CELLENTIA in Argentina: This category includes services related to the Debtor's opposition to a third-party application for the mark CELLENTIA in Argentina, including investigation, strategy, settlement discussions and ratification of the opposition.

23. Poss. Opp. to CN CELIAN in Kazakhstan: This category includes services related to the evaluation of a potential opposition to a third-party application for the mark CN CELIAN and Design in Kazakhstan.

24. Potential Opp. of SALIENT APPAREL (UK): This category includes services related to a potential opposition to a third-party application for the mark SALIENT APPAREL in the United Kingdom.

25. Potential Opp. of Salient in China: This category includes services related to the evaluation of a potential opposition to a third-party application for the mark SALIENT in China.

26. Routine IP Matters: This category includes trademark watching and monitoring services related to the Debtor's trademarks, portfolio status reporting, and other routine trademark and license services not specifically related to one particular trademark.

27. TM App - CELLIANT (CN) Cl. 18: This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 18 in China.

28. TM App - CELLIANT (CN) Cl. 23: This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 23 in China.

29. TM App - CELLIANT (CN) Cl. 24: This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 24 in China.

30. TM App - CELLIANT (CN) Cl. 25: This category includes services related to the renewal of the Debtor's CELLIANT registration in Class 25 in China.

31. TM App - CELLIANT (Logo) (BR): This category includes services related to the renewal of the Debtor's CELLIANT logo registrations in multiple classes in Brazil.

32. TM App – CELLIANT & Des (US) Cl. 10, 25: This category includes services related to the Declaration of Use for the Debtor's CELLIANT and Design registration in Classes 10 and 25 in the United States.

33. Trademark Watch Notice Review: This category includes services related to the review and analysis of trademark watch service results for the CELLIANT mark.

## C. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.

Troutman respectfully submits that the fees incurred by Troutman during the Covered Period (totaling $32,319.00) and Troutman's hourly rates in the case are very reasonable. Attached as **Exhibit "1"** to the Declaration of Austin Padgett, Esq. annexed hereto (the "Padgett Declaration") is a detailed listing of all time that Troutman spent during the Covered Period for which Troutman seeks compensation, including the date that Troutman rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in **Exhibit "1"** are (i) a summary of

Troutman's total time by category and (ii) individual monthly summaries of Troutman's time by category.

**D. Detailed Listing of Expenses by Category.**

During the Covered Period, Troutman advanced expenses totaling $18,912.83, consisting of patent/trademark fees related to the Debtor's trademark applications, renewals and maintenance filings as well as the fees and expenses of foreign counsel who facilitated the filing of the Debtor's trademark applications, renewals, oppositions and other related documents in foreign countries. All expenses advanced by Troutman were invoiced to the Debtor without any markup or additional charge, were necessarily incurred, and are properly charged as administrative expenses of the Debtor's chapter 11 estate. Listings of the expenses advanced by Troutman during the Covered Period and a summary of all such expenses are included in Exhibit "1" to the Padgett Declaration.

**E. Description of Professional Education and Experience**

Troutman provides legal services in a wide range of legal fields. With respect to Troutman's trademark department, Troutman currently maintains more than 10,000 trademark applications and registrations for a broad range of clients. Troutman's attorneys take a proactive approach to assisting and counseling its clients, providing innovative and creative solutions to several intellectual-property issues, including, but not limited to: trademark selection, clearance, prosecution, licensing, litigation and valuation; domain name registration and dispute resolution; branding guidelines and programs; and trade-dress protection of nontraditional marks.

The attorneys at Troutman who were primarily responsible for the representation of the Debtor during the Covered Period are Brooke Watson and Giovanni Visintini. Austin Padgett, a partner at Troutman, has overseen the matter since the departure from the firm of Susan Stabe, the attorney who was previously primarily in charge of this matter.

Ms. Watson is an associate at Troutman and focuses her practice on intellectual property matters related to trademarks, copyrights, and trade secrets. She works with clients to

protect their intellectual property, including clearance, registration, domestic and international portfolio management, licensing, and enforcement. In addition, Ms. Watson has litigated intellectual property matters in federal court, as well as proceedings before the Trademark Trial and Appeal Board. Ms. Watson also has experience handling intellectual property aspects of corporate transactions, including due diligence for mergers and acquisitions.

Mr. Visintini is Counsel at Troutman and focuses his practice on managing, protecting, and enforcing intellectual property rights across various business sectors. During the Covered Period, Mr. Visintini advised on a potential opposition to a third-party application, including comparison of the marks and goods and the likelihood of success.

Attached as Exhibit "2" to the Padgett Declaration annexed hereto are the professional biographies of Ms. Watson and Mr. Visintini.

During the Covered Period, Ms. Watson's hourly billing rate was $660, and Mr. Visintini's hourly billing rate was $930. The time of paralegal Shannon Falloon was billed at $440 per hour. The hourly billing rates for the other attorneys at Troutman range from $640-$1,800.

**F. Source and Amount of Cash Available to Pay Troutman's Allowed Fees and Expenses.**

It is Troutman's understanding and belief that the Debtor has sufficient unencumbered cash on hand from the Debtor's business operations to pay the allowed fees and expenses of the Debtor's professionals, including the allowed fees and expenses of Troutman requested herein.

## III.

## STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982). This is no longer the law. The

legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n.11.

The trademark and license issues which arose during the Covered Period required the expertise of a firm like Troutman. All of the legal services provided by Troutman were performed in an efficient and cost-effective manner. Troutman respectfully submits that the hourly rates of its professionals are reasonable and appropriate in the relevant community, and that the fees incurred by Troutman in the Debtor's case during the Covered Period are fair and reasonable.

**IV.**

**CONCLUSION**

Based on all of the foregoing, Troutman respectfully requests that the Court enter an order:

1. approving and allowing fees in the amount of $32,319.00, and advanced expenses in the sum of $18,912.83 for total fees and expenses in the amount of $51,231.83, incurred by Troutman during the Covered Period of August 1, 2025 through September 30, 2026 (the "Allowed Fees");

2. authorizing and directing the Debtor to pay Troutman the Allowed Fees, in the sum of $51,231.83; and

///

///

///

///

3. granting such other and further relief as the Court deems just and proper.

Dated: November 23, 2026

HOLOGENIX, LLC

By: */s/ Carmela T. Pagay*
RON BENDER
JOHN-PATRICK M. FRITZ
CARMELA T. PAGAY
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11 Debtor and Debtor in Possession

## DECLARATION OF AUSTIN PADGETT, ESQ.

I, AUSTIN PADGETT, ESQ., hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this declaration is attached (the "Application").

2. I am a partner of Troutman Pepper Locke LLP ("Troutman"), which is employed by Hologenix, LLC, the debtor and debtor-in-possession herein (the "Debtor") as its special trademark and license counsel in connection with the Debtor's chapter 11 bankruptcy case. I am an attorney licensed to practice in the State of Ohio. I am the partner overseeing the file since the attorney who was previously primarily in charge of this matter (Susan Stabe) departed the firm.

3. I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

4. During the period covered by the Application, i.e., August 1, 2025 through September 30, 2026 (the "Covered Period"), Troutman spent a total of 51.7 hours and incurred fees in the sum of $32,319.00, and advanced expenses in the sum of $18,912.83, for total fees and expenses in the sum of $51,231.83.

5. Pursuant to the Application, Troutman is seeking: (i) approval and allowance of its fees and expenses in the total sum of $51,231.83 incurred during the Covered Period; and (ii) payment of the allowed fees and expenses, in the sum of $51,231.83, from the Debtor. The amounts requested in the Application for fees and expenses incurred by Troutman are based on Troutman's business records which are kept in the ordinary course of Troutman's business.

6. Attached as **Exhibit "1"** hereto is a detailed listing of all time that Troutman spent during the Covered Period for which Troutman seeks compensation, including the date that Troutman rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in Exhibit "1" are (i) a summary of Troutman's total time by category and (ii) individual monthly summaries of Troutman's time by category.

7. During the Covered Period, Troutman advanced expenses totaling $18,912.83, consisting of patent/trademark fees related to the Debtor's trademark applications, renewals and maintenance filings as well as the fees and expenses of foreign counsel who facilitated the filing of the Debtor's trademark applications, renewals, oppositions and other related documents in foreign countries. All expenses advanced by Troutman were invoiced to the Debtor without any markup or additional charge and were necessarily incurred. Listings of the expenses advanced by Troutman during the Covered Period and a summary of all such expenses are included in Exhibit "1" hereto.

8. The attorneys at Troutman who were primarily responsible for the representation of the Debtor during the Covered Period are Brooke Watson and Giovanni Visintini. The professional biographies of Ms. Watson and Mr. Visintini are attached as **Exhibit "2"** hereto.

9. During the Covered Period, Ms. Watson's hourly billing rate was $660, and Mr. Visintini's hourly billing rate was $930. The time of paralegal Shannon Falloon was billed at $440 per hour. The hourly billing rates for the other attorneys at Troutman range from $640-$1,800.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 17th day of November 2026, at Free Home, Georgia.

AUSTIN PADGETT, ESQ.

# EXHIBIT "1"

**Exhibit 1 — Detailed Listing of Time (Troutman Pepper Locke LLP)**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 202(*

| Date | Timekeeper | Title | Matter No. | Category | Hours | Rate ($) | Amount ($) | Invoice No. | Invoice Date | Description of Services | Entry ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88423784 |
| 08/08/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88475567 |
| 08/12/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132115184 | 11/18/2025 | Review correspondence from Chinese counsel re opposition of SELLIA mark in China and confirm no action necessary at presen | 88499431 |
| 08/15/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88517794 |
| 08/22/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88575520 |
| 09/01/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88706957 |
| 09/05/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88725154 |
| 09/11/2025 | Falloon, Shannon | Paralegal | 95 | CELLIANT - Cl. 20, 24 & 25 (MM-TM)(NEW) | 0.1 | 440 | 44.00 | 132115184 | 11/18/2025 | Receive and review communication from counsel in Myanmar providing an update on the application to register CELLIANT | 88762126 |
| 09/12/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88781219 |
| 09/26/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 88900954 |
| 10/03/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark and correspond with A. Padgett re potential concerns related to SALIENT application by Baye | 89007996 |
| 10/06/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Correspondence to client re WIPO application for SALIENT and potential opposition of same | 89018168 |
| 10/09/2025 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.2 | 440 | 88.00 | 132115184 | 11/18/2025 | Prepare and send updated status report of CELLIANT matters in Class 10 to B. Watson in connection with potential dispute with Baye | 89038307 |
| 10/09/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132115184 | 11/18/2025 | Review correspondence from client re registrations in Class 10 in China, the EU, UK, Korea, and Singapore, review registrations in these jurisdictions, and correspond with client re recommendations related to same | 89044415 |
| 10/10/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark (0.2), Correspondence to client re SALIENT APPAREL application in UK (0.2 | 89064950 |
| 10/13/2025 | Falloon, Shannon | Paralegal | 114 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.3 | 440 | 132.00 | 132135509 | 12/08/2025 | Receive and review reminder from counsel in Brazil regarding approaching renewal deadlines for CELLIANT and email to Seth Casden reporting and requesting instructions regarding the same | 89079162 |
| 10/17/2025 | Falloon, Shannon | Paralegal | 114 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.2 | 440 | 88.00 | 132135509 | 12/08/2025 | Receive instructions from Seth Casden to attend to the renewals of the Braziiian Trademark Registrations for CELLIANT in January 2026 and email instructions to counsel regarding the same | 89106934 |
| 10/17/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.9 | 660 | 594.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to foreign associates in the UK, EU, South Korea, China, and Singapore re potential opposition of SALIENT Mark, Follow-up correspondence to client re potential opposition of SALIENT APPAREL mark | 89111288 |
| 10/20/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132115184 | 11/18/2025 | Review correspondence from EU and Chinese counsel re potential cancellation of SALIENT registrati in EU and China and correspond with EU and Chinese counsel re san | 89120799 |
| 10/22/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.8 | 660 | 528.00 | 132115184 | 11/18/2025 | Review correspondence from foreign associates in China, the UK, EU, South Korea, and Singapore re potential challenge to SALIENT mark and prepare correspondence to client re recommendations related to same | 89142824 |
| 10/24/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark, Review correspondence from Chinese counsel re potenital opposition of SALIENT and correspond with Chinese counsel re same | 89161522 |
| 10/27/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.5 | 660 | 330.00 | 132115184 | 11/18/2025 | Review correspondence from client re decision not to take action against SALIENT applications/registrations in the EU, UK, Singapore, China, and South Korea and correspond with client and foreign associates in EU, UK, Singapore, China, and South Korea re same, Follow-up correspondence to client re potential opposition of SALIENT APPAREL in UK, Correspondence to UK counsel re potential opposition to SALIENT APPAREL in Ul | 89180782 |
| 10/30/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review correspondence from UK counsel re potential opposition of SALIENT APPAREL in the UK and correspond with UK counsel and client re sam | 89209828 |
| 10/31/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132115184 | 11/18/2025 | Review and analyze trademark watch service results for CELLIANT mark | 89228015 |
| 11/05/2025 | Watson, Brooke R. | Associate | 118 | Potential Opp. of SALIENT APPAREL (UK) | 0.1 | 660 | 66.00 | 132135542 | 12/08/2025 | Review correspondence from client requesting no action against SALIENT APPAREL application and correspond with client and UK counsel re sam | 89337480 |
| 11/07/2025 | Watson, Brooke R. | Associate | 119 | Trademark Watch Notice Review | 0.2 | 660 | 132.00 | 132135542 | 12/08/2025 | Review and analyze trademark watch service results for CELLIANT mark | 89336756 |
| 11/13/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132135509 | 12/08/2025 | Review correspondence from client re clearance search for SLUMBIR and correspond with A. Padgett and client re same | 89491527 |
| 11/14/2025 | Watson, Brooke R. | Associate | 119 | Trademark Watch Notice Review | 0.1 | 660 | 66.00 | 132135542 | 12/08/2025 | Review and analyze trademark watch service results for CELLIANT mark | 89388790 |
| 11/16/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 1.3 | 660 | 858.00 | 132135509 | 12/08/2025 | Conduct trademark clearance search for use of SLUMBIR mark and prepare analysis to client re same | 89391321 |
| 11/17/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132135509 | 12/08/2025 | Correspondence to client re results of clearance search for SLUMBIR | 89404660 |
| 11/19/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132135509 | 12/08/2025 | Review correspondence from client re results of knockout clearance search for SLUMBIR and correspond with client re additional knockout clearance searche | 89440502 |
| 11/21/2025 | Watson, Brooke R. | Associate | 119 | Trademark Watch Notice Review | 0.2 | 660 | 132.00 | 132135542 | 12/08/2025 | Review and analyze trademark watch service results for CELLIANT mark | 89450443 |
| 11/24/2025 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.3 | 440 | 132.00 | 132135509 | 12/08/2025 | Receive and review inquiry from Richard Braham regarding registrations owned by Hologenix, prepare and send updated status report and provide details regarding European Trademark coverage | 89465193 |
| 11/28/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132135509 | 12/08/2025 | Review and analyze trademark watch service results for CELLIANT mark | 89491996 |
| 12/05/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132162704 | 01/26/2026 | Review and analyze trademark watch service results for CELLIANT mark | 89592070 |
| 12/11/2025 | Falloon, Shannon | Paralegal | 73 | CELLIANT (KH-TM) | 0.2 | 420 | 84.00 | 132162704 | 01/26/2026 | Communication to Seth Casden regarding the approaching vulnerability date for the Cambodian Trademark Registration for CELLIANT and providing details on use requirements and recommendations for the same | 89637569 |
| 12/12/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132162704 | 01/26/2026 | Review and analyze trademark watch service results for CELLIANT mark | 89646758 |
| 12/19/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132162704 | 01/26/2026 | Review and analyze trademark watch service results for CELLIANT mark | 89705377 |
| 12/22/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132162704 | 01/26/2026 | Correspondence to client re CELLIANTS applications in South Korea and considerations related to same | 89737129 |
| 12/26/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132162704 | 01/26/2026 | Review and analyze trademark watch service results for CELLIANT mark | 89748602 |
| 12/30/2025 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132162704 | 01/26/2026 | Review correspondence from client re CELLIANTS applications in South Korea and correspond with client re distinctions in services between CELLIANTS marks and CELLIANT mark | 89770010 |
| 12/31/2025 | Falloon, Shannon | Paralegal | 93 | Acquisition of CELLIANT.CN | 0.2 | 440 | 88.00 | 132162704 | 01/26/2026 | Receive and review communication from counsel in China reporting the renewal of the CELLIANT.CN and CELLIANT.COM.CN domains until 2035 and email to Seth Casden reporting the same | 89777187 |
| 01/02/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132182008 | 02/23/2026 | Review and analyze trademark watch service results for CELLIANT mark, Review correspondence from client re use of CELLIANT mark in commerce and correspond with client re CELLIANTS marks identified in watch notice and general trademark prosecution considerations | 89827785 |
| 01/19/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132182008 | 02/23/2026 | Review and analyze trademark watch service results for CELLIANT mark | 89948162 |
| 01/19/2026 | Falloon, Shannon | Paralegal | 15 | TM App - CELLIANT (Logo) (BR) | 0.3 | 440 | 132.00 | 132182008 | 02/23/2026 | Receive and review communications from counsel in Brazil reporting the filing of the 7 renewal applications for the CELLIANT Logo and email to Seth Casden reporting and providing copies of the same | 89950709 |
| 01/23/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132182008 | 02/23/2026 | Review and analyze trademark watch service results for CELLIANT mark | 89974224 |
| 02/01/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132195327 | 03/11/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90124645 |
| 02/02/2026 | Falloon, Shannon | Paralegal | 15 | TM App - CELLIANT (Logo) (BR) | 0.2 | 440 | 88.00 | 132195327 | 03/11/2026 | Receive and review communication from counsel in Brazil requesting authorization to proceed with the renewal of the CELLIANT Logo in Class 18, responsive email providing authorization to proceed with the same | 90119769 |
| 02/06/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132195327 | 03/11/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90143331 |
| 02/13/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132195327 | 03/11/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90196490 |
| 02/18/2026 | Falloon, Shannon | Paralegal | 25 | TM App - CELLIANT (CN) Cl. 25 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 25 and email to Seth Casden reporting and requesting instructions regarding the same | 90235440 |
| 02/18/2026 | Falloon, Shannon | Paralegal | 26 | TM App - CELLIANT (CN) Cl. 23 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 23 and email to Seth Casden reporting and requesting instructions regarding the same | 90235453 |
| 02/18/2026 | Falloon, Shannon | Paralegal | 28 | TM App - CELLIANT (CN) Cl. 24 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 24 and email to Seth Casden reporting and requesting instructions regarding the same | 90235461 |
| 02/18/2026 | Falloon, Shannon | Paralegal | 29 | TM App - CELLIANT (CN) Cl. 18 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 18 and email to Seth Casden reporting and requesting instructions regarding the same | 90235466 |
| 02/20/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132195327 | 03/11/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90250098 |
| 02/20/2026 | Falloon, Shannon | Paralegal | 25 | TM App - CELLIANT (CN) Cl. 25 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive instructions from client to proceed with the renewal for CELLIANT in Class 25 and email to counsel in China providing instructions regarding the sar | 90251721 |
| 02/20/2026 | Falloon, Shannon | Paralegal | 26 | TM App - CELLIANT (CN) Cl. 23 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive instructions from client to proceed with the renewal for CELLIANT in Class 23 and email to counsel in China providing instructions regarding the sar | 90251723 |
| 02/20/2026 | Falloon, Shannon | Paralegal | 29 | TM App - CELLIANT (CN) Cl. 18 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive instructions from client to proceed with the renewal for CELLIANT in Class 18 and email to counsel in China providing instructions regarding the sar | 90251724 |
| 02/20/2026 | Falloon, Shannon | Paralegal | 28 | TM App - CELLIANT (CN) Cl. 24 | 0.2 | 530 | 106.00 | 132195327 | 03/11/2026 | Receive instructions from client to proceed with the renewal for CELLIANT in Class 24 and email to counsel in China providing instructions regarding the sar | 90251726 |
| 02/20/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.2 | 440 | 88.00 | 132195327 | 03/11/2026 | Receive and review communication from counsel in Brazil reporting the filing of the renewal application for the CELLIANT Logo in Class 18 and email to client reporting and providing a copy of the same | 90251903 |
| 02/24/2026 | Falloon, Shannon | Paralegal | 25 | TM App - CELLIANT (CN) Cl. 25 | 0.4 | 530 | 212.00 | 132195327 | 03/11/2026 | Receive request from counsel in China to provide an updated Certificate of Good Standing for Hologenix LLC, place order for the same from the Delaware Secretary of State, receive and send same to counsel in Chin | 90274877 |
| 02/25/2026 | Falloon, Shannon | Paralegal | 25 | TM App - CELLIANT (CN) Cl. 25 | 0.3 | 530 | 159.00 | 132195327 | 03/11/2026 | Receive and review communication from counsel in China reporting the renewal applications for CELLIANT in Class 18, 23, 24 and 25 and email to Ismar Cutipa reporting and providing a copy of the same | 90288795 |
| 02/27/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132195327 | 03/11/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90315455 |
| 03/06/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132223622 | 04/16/2026 | Review and analyze trademark watch service results for CELLIANT mark and correspond with client re trademark application for CALIENT in Sri Lank | 90417816 |
| 03/09/2026 | Falloon, Shannon | Paralegal | 72 | CELLIANT (MY-TM) | 0.2 | 440 | 88.00 | 132223622 | 04/16/2026 | Review file history and email to counsel in Malaysia requesting an update on the application to register CELLIANT in Class 20 and 2 | 90427594 |
| 03/12/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132223622 | 04/16/2026 | Correspondence to Sri Lankan counsel re potential opposition to CALIENT mark | 90462233 |
| 03/13/2026 | Falloon, Shannon | Paralegal | 85 | Domain name dispute: celliant.jp | 0.3 | 440 | 132.00 | 132223622 | 04/16/2026 | Receive reminder from counsel in Japan regarding the approaching renewal deadline for the CELLIANT.JP domain and email to client reporting and requesting instructions regarding the same, receive instructions to renew domain and email to counsel providing instructions regarding the same | 90470221 |
| 03/14/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132223622 | 04/16/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90470963 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.3 | 440 | 132.00 | 132223622 | 04/16/2026 | Receive request from Richard Braham regarding an updated status report for Hologenix; prepare and send same to clien | 90511620 |
| 03/18/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132223622 | 04/16/2026 | Review correspondence from Sri Lankan counsel re potential opposition to CALIENT and correspond with Sri Lankan counsel and client re recommendations related to san | 90512227 |
| 03/23/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132223622 | 04/16/2026 | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re potential opposition of SELENTE mark in the EU | 90550158 |
| 03/24/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132223622 | 04/16/2026 | Review correspondence from client confirming non-opposition to CALIENT and correspond with client and Sri Lankan counsel re same | 90557081 |
| 03/25/2026 | Watson, Brooke R. | Associate | 120 | Opp. to SELENTE in EU by Selente GmbH, S | 0.3 | 660 | 198.00 | 132223622 | 04/16/2026 | Review correspondence from client re potential opposition of SELENTE in EU and correspond with G. Visintini re options for opposition and likelihood of succes | 90569425 |
| 03/26/2026 | Falloon, Shannon | Paralegal | 15 | TM App - CELLIANT (Logo) (BR) | 0.3 | 440 | 132.00 | 132223622 | 04/16/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificates for the CELLIANT Logo in Class 5, 10, 20, 22, 23, 24 + 25 and email to client reporting and providing copies of the same | 90583009 |
| 03/27/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132223622 | 04/16/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90591621 |
| 04/01/2026 | Falloon, Shannon | Paralegal | 25 | TM App - CELLIANT (CN) Cl. 25 | 0.3 | 530 | 159.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in China reporting the issuance of the Renewal Certificates for CELLIANT in Class 25, 23, 24 and 18 and email to Ismar Cutipa reporting and providing a copy of the same | 90690654 |
| 04/02/2026 | Visintini, Giovanni | Counsel | 1 | Routine IP Matters | 1.5 | 930 | 1,395.00 | 132248834 | 05/19/2026 | Email from B. Watson in relation to potential opposition. Reviewing information in relation to applicant and finding more information on Applicant activities and business. Reviewing information in relation to client and client's business. Comparing marks and goods. Assessing chances of success in an opposition and providing advice in relation to best course of action. | 90915506 |
| 04/03/2026 | Watson, Brooke R. | Associate | 120 | Opp. to SELENTE in EU by Selente GmbH, S | 0.4 | 660 | 264.00 | 132248835 | 05/19/2026 | Review correspondence from EU counsel re potential opposition of SELENTE and correspond with client re recommendation re opposition of SELENTE in EU | 90702767 |
| 04/03/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132248834 | 05/19/2026 | Review and analyze trademark watch service results for CELLIANT mark, Report CN CELIAN application in Kazakhstan to clien | 90702779 |
| 04/03/2026 | Falloon, Shannon | Paralegal | 114 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.3 | 440 | 132.00 | 132248834 | 05/19/2026 | Receive and review communications from counsel in Brazil reporting the issuance of the Renewal Certificates for CELLIANT in Class 22, 23 and 25 and email to Ismar Cutipa reporting and providing a copy of the same | 90705364 |
| 04/03/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.3 | 440 | 132.00 | 132248834 | 05/19/2026 | Receive and review communications from counsel in Brazil reporting the filing of the renewal applications for CELLIANT in Class 5, 10, 18, 22, 23 and 25 and email to Ismar Cutipa reporting and providing copies of the same | 90705393 |
| 04/06/2026 | Watson, Brooke R. | Associate | 120 | Opp. to SELENTE in EU by Selente GmbH, S | 0.1 | 660 | 66.00 | 132248835 | 05/19/2026 | Review correspondence from client confirming no opposition of SELENTE in EU and correspond with client and EU counsel re same | 90720271 |
| 04/08/2026 | Watson, Brooke R. | Associate | 128 | Poss. Opp. to CN CELIAN in Kazakhstan | 0.3 | 660 | 198.00 | 132248835 | 05/19/2026 | Review correspondence from client re obtaining potential options to oppose CN CELIAN and Design in Morocco and correspond with client and Moroccan counsel re sam | 90752491 |
| 04/10/2026 | Watson, Brooke R. | Associate | 128 | Poss. Opp. to CN CELIAN in Kazakhstan | 0.1 | 660 | 66.00 | 132248835 | 05/19/2026 | Correspondence to counsel in Kazakhstan re review, analysis, and recommendation related to matter | 90752464 |
| 04/10/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132248834 | 05/19/2026 | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re potential opposition of CELLENTIA mark in Argentin | 90752469 |
| 04/13/2026 | Watson, Brooke R. | Associate | 128 | Poss. Opp. to CN CELIAN in Kazakhstan | 0.4 | 660 | 264.00 | 132248835 | 05/19/2026 | Review correspondence from counsel in Kazakhstan re potential opposition to CN CELIAN and correspond with counsel in Kazakhstan and client re potential oppositi | 90795677 |
| 04/13/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.5 | 660 | 330.00 | 132248835 | 05/19/2026 | Review correspondence from client requesting options to oppose CELLENTIA mark and likelihood of success and correspond with client and Argentinian counsel re same, Review correspondence from Argentinian counsel re likelihood of success and correspond with client and Argentinian counsel re same | 90795706 |
| 04/16/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 660 | 132.00 | 132248835 | 05/19/2026 | Review correspondence from client authorizing search and investigation of CELLENTIA in Argentina and correspond with client and Argentinian counsel re sam | 90796310 |
| 04/16/2026 | Watson, Brooke R. | Associate | 128 | Poss. Opp. to CN CELIAN in Kazakhstan | 0.1 | 660 | 66.00 | 132248835 | 05/19/2026 | Review correspondence from client re opposition of CN CELIAN in Kazakhstan and correspond with client and foreign counsel re same | 90796385 |
| 04/17/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132248834 | 05/19/2026 | Review and analyze trademark watch service results for CELLIANT mark | 90809146 |
| 04/17/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.4 | 660 | 264.00 | 132248835 | 05/19/2026 | Review correspondence from Argentinian counsel with recommendations related to opposition of CELLENTIA mark and correspond with Argentinian counsel and client re recommendations related to same | 90809151 |
| 04/20/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.3 | 660 | 198.00 | 132248835 | 05/19/2026 | Review correspondence from client re opposition strategy and correspond with client and Argentinian counsel re same, Review correspondence from Argentinian counsel re proposed opposition strategy and correspond with Argentinian counsel and client re sam | 90833359 |
| 04/21/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.3 | 660 | 198.00 | 132248835 | 05/19/2026 | Review correspondence from client re proceeding with oppositions against CELLENTIA and CELLENTIA SALUD in Class 5 and correspond with client and Argentinian counsel re same, Review correspondence from Argentinian counsel re execution, notarization, and apostille of Power of Attorney and correspond with Argentinian counsel re sam | 90833382 |
| 04/21/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Argentina requesting a Power of Attorney legalized by Apostille for use in the oppositions against CELLENTIA and CELLENTIA SALUD and email to Richard Braham reporting and requesting the sam | 90847064 |
| 04/27/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Argentina reporting the filing of the oppositions against CELLENTIA and CELLENTIA SALUD and email to client reporting and providing copies of the same | 90891863 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 107 | CELLIANT & Design (Old) - Cl. 18 (BR-TM) | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the Renewal Certificate for the CELLIANT logo in Class 18 and email to client reporting and providing a copy of the same | 90916526 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 108 | CELLIANT - Cl. 5 (BR-TM) | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 5 and email to client reporting and providing a copy of the same | 90916703 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 110 | CELLIANT - Cl. 10 (BR-TM) | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 10 and email to client reporting and providing a copy of the same | 90916711 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 112 | CELLIANT - Cl. 18 (BR-TM) | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 18 and email to client reporting and providing a copy of the same | 90916714 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.2 | 440 | 88.00 | 132248834 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 22 and email to client reporting and providing a copy of the same | 90916718 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 111 | CELLIANT - Cl. 23 (BR-TM) | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 23 and email to client reporting and providing a copy of the same | 90916725 |
| 04/29/2026 | Falloon, Shannon | Paralegal | 109 | CELLIANT - Cl. 25 (BR-TM) | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 25 and email to client reporting and providing a copy of the same | 90916736 |
| 04/30/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132248835 | 05/19/2026 | Receive and review communication from Richard Braham regarding executed Power of Attorney, responsive email requesting the legalization happen locally in Australia in view of time constraints | 90952203 |
| 05/01/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.4 | 440 | 176.00 | 132272610 | 06/18/2026 | Prepare status report and communication to client regarding the approaching vulnerability dates for Hologenix, LLC and providing details regarding the same | 90972778 |
| 05/01/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132272604 | 06/18/2026 | Receive and review photographs of executed and notarized Power of Attorney and email to counsel in Argentina providing a copy of the same with an update on the estimated legalization time | 91005893 |
| 05/08/2026 | Falloon, Shannon | Paralegal | 85 | Domain name dispute: celliant.jp | 0.2 | 440 | 88.00 | 132272604 | 06/18/2026 | Receive and review communication from counsel in Japan reporting the renewal of the CELLIANT.JP domain and email to client reporting and providing a copy of the sam | 91035781 |
| 05/10/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132272610 | 06/18/2026 | Review and analyze trademark watch service results for CELLIANT mark from May 8, 2026 | 91038897 |
| 05/11/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132272610 | 06/18/2026 | Review and analyze trademark watch service results for CELLIANT mark from April 24, 2026 and May 1, 2026 | 91052419 |
| 05/15/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132272610 | 06/18/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91096066 |
| 05/19/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132272604 | 06/18/2026 | Receive and review original Power of Attorney for use in Argentina and coordinate the mailing of the document to counsel in Argentin | 91130823 |
| 05/22/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132272610 | 06/18/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91157876 |
| 06/05/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132293797 | 07/17/2026 | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client reporting CELION and Design application in Colombi | 91311489 |
| 06/08/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review correspondence from client authorizing correspondence to counsel in Colombia re potential opposition of CELION mark and correspond with client and Colombian counsel re same | 91324579 |
| 06/09/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review correspondence from Colombian counsel re international registrations for CELLIANT for potential opposition of CELION mark and correspond with Colombian counsel re san | 91344314 |
| 06/12/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91365277 |
| 06/15/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132293797 | 07/17/2026 | Correspondence to Colombian counsel re recommendations related to potential CELION opposition proceeding in Colombia | 91382323 |
| 06/16/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review correspondence from Colombian counsel re potential opposition of CELION in Colombia and correspond with Colombian counsel and client re sam | 91410533 |
| 06/17/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review correspondence from client and Colombian counsel re potential opposition of CELION and correspond with client and Colombian counsel re registrations for CELION and CELION POWER owned by CELION COLOMBIA S.A.S | 91410562 |
| 06/20/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91477032 |
| 06/26/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132293797 | 07/17/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91484625 |
| 06/29/2026 | Falloon, Shannon | Paralegal | 15 | TM App - CELLIANT (Logo) (BR) | 0.2 | 440 | 88.00 | 132293798 | 07/17/2026 | Email to client regarding the approaching renewal deadline for the Brazilian Trademark Registration for CELLIANT in Class 20 and requesting instructions regarding the sam | 91508768 |
| 06/29/2026 | Falloon, Shannon | Paralegal | 15 | TM App - CELLIANT (Logo) (BR) | 0.2 | 440 | 88.00 | 132293798 | 07/17/2026 | Email to client regarding the approaching renewal deadline for the Brazilian Trademark Registration for CELLIANT in Class 24 and requesting instructions regarding the sam | 91508778 |
| 07/05/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132319947 | 08/19/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91604800 |
| 07/10/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132319956 | 08/19/2026 | Review file history and email to local counsel requesting an update on the opposition prosecution | 91634578 |
| 07/10/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132319947 | 08/19/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91634799 |
| 07/17/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132319947 | 08/19/2026 | Review and analyze trademark watch service results for CELLIANT mark | 91693242 |
| 07/24/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132319947 | 08/19/2026 | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re potential opposition of CELIA | 91754851 |
| 07/26/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 660 | 132.00 | 132319956 | 08/19/2026 | Review draft correspondence to client re potential settlement of CELLENTIA in Argentina and correspond with S. Falloon re same | 91754900 |
| 07/27/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132319947 | 08/19/2026 | Correspondence to Turkish counsel re potential opposition of CELIA | 91766857 |
| 07/27/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.3 | 440 | 132.00 | 132319956 | 08/19/2026 | Receive and review communication from counsel in Argentina regarding the next steps in the oppositions against CELLENTIA and CELLENTIA SALUD, prepare and send email to client reporting and requesting instructions regarding the sam | 91781263 |
| 07/28/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 660 | 132.00 | 132319956 | 08/19/2026 | Correspondence to Argentinian counsel re estimated fees for settlement negotiations and proposed next steps | 91783240 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2026 | Falloon, Shannon | Paralegal | 54 | TM App – CELLIANT & Des (US) Cl. 10, 25 | 0.2 | 390 | 78.00 | 132340069 | 09/15/2026 | Review Courtesy Reminder issued by USPTO in connection with the approaching deadline to file a Declaration of Use for the applicable mark and class, communication to client reporting same and providing requirements and deadlines | 91891572 |
| 08/03/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.6 | 660 | 396.00 | 132340069 | 09/15/2026 | Review correspondence from Turkish counsel re potential opposition of CELIA in Turkey and correspond with Turkish counsel and client re sam | 91969372 |
| 08/04/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Correspondence to client re instructions re settlement discussions with CELLENTIA SALUD and correspond with Argentinian counsel re instructions to proceed with san | 91915812 |
| 08/05/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from Argentinian counsel re settlement discussions with CELLENTIA SALUD and correspond with Argentinian counsel re sam | 91915837 |
| 08/06/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.5 | 660 | 330.00 | 132340069 | 09/15/2026 | Review correspondence from Turkish counsel re proposed opposition and likelihood of success and correspond with Turkish counsel re same, Correspondence to client re proposed opposition and likelihood of success and fees necessary to move forward with same | 91915834 |
| 08/07/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from client approving opposition and correspond with client and Turkish counsel re same | 91915855 |
| 08/09/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132340069 | 09/15/2026 | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re CELI application in U.S. and R CELIA application in Morocc | 91969390 |
| 08/09/2026 | Watson, Brooke R. | Associate | 54 | TM App – CELLIANT & Des (US) Cl. 10, 25 | 0.1 | 600 | 60.00 | 132340069 | 09/15/2026 | Review draft correspondence to client re Declaration of Use for CELLIANT and Design in Classes 10 and 25 and correspond with S. Falloon re sam | 91969399 |
| 08/10/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132340069 | 09/15/2026 | Review correspondence from client re potential use of CELLIANT mark by partner in Japanese stores and correspond with client re proposed trademark applications and licensing agreement for same | 91969381 |
| 08/10/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132340069 | 09/15/2026 | Correspondence to Moroccan counsel re potential opposition of R CELIA mark, Review correspondence from Moroccan counsel re potential opposition of R CELIA in Morocco and correspond with client re same | 91969446 |
| 08/11/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from Turkish counsel re notice of opposition and requested documents and correspond with Turkish counsel re sam | 91969430 |
| 08/11/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132340069 | 09/15/2026 | Review correspondence from client re use of CELLIANT mark in Morocco and correspond with client and Moroccan counsel re same | 91969444 |
| 08/12/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from Moroccan counsel re evidence of use of CELLIANT mark in Morocco to establish notoriety and correspond with Moroccan counsel and client re sar | 91969458 |
| 08/13/2026 | Falloon, Shannon | Paralegal | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.6 | 440 | 264.00 | 132340069 | 09/15/2026 | Prepare status report of worldwide registrations and applications in Class 25 for CELLIANT, review and obtain Certificates of Registration for the same, send same to B. Watsc | 91967464 |
| 08/13/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from client re potential opposition of R CELIA in Morocco and correspond with client re same | 91969420 |
| 08/17/2026 | Falloon, Shannon | Paralegal | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 440 | 88.00 | 132340069 | 09/15/2026 | Review file history and email to counsel in Argentina requesting an update on settlement discussions | 91994274 |
| 08/17/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.6 | 660 | 396.00 | 132340069 | 09/15/2026 | Review correspondence from client re evidence of sales in Turkey for opposition proceeding and correspond with client re same, Correspondence with Turkish counsel re registrations and registration certificates and evidence of sales in support of opposition proceedin | 92030769 |
| 08/19/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.3 | 440 | 132.00 | 132340069 | 09/15/2026 | Receive request from Richard Braham to provide an updated status report for Hologenix, prepare and send same to clien | 92012630 |
| 08/19/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Correspondence to Argentinian counsel re status of settlement negotiations and deadline to withdraw oppositions | 92032726 |
| 08/21/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.3 | 660 | 198.00 | 132340069 | 09/15/2026 | Review correspondence from Turkish counsel re opposition and evidence of use in Turkey and correspond with Turkish counsel re sam | 92032188 |
| 08/21/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.3 | 660 | 198.00 | 132340069 | 09/15/2026 | Review and analyze trademark watch service results for CELLIANT mark, Report CELIA CELIA in Argentina and CELIA in Kurdistan to Hologeni | 92032784 |
| 08/21/2026 | Watson, Brooke R. | Associate | 135 | CELLIANT - Cl. 35 (JP-TM) | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from client re proposed CELLIANT standard character and logo applications for Class 35 in Japan and correspond with client and S. Falloon re sam | 92122025 |
| 08/24/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.2 | 440 | 88.00 | 132340069 | 09/15/2026 | Email to counsel in Japan requesting costs estimates for filing a new application in Class 35 for CELLIANT and CELLIANT & Desigr | 92051474 |
| 08/24/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.5 | 660 | 330.00 | 132340069 | 09/15/2026 | Review correspondence from Turkish counsel re opposition proceeding against CELIA and correspond with Turkish counsel and client re sam | 92057762 |
| 08/24/2026 | Watson, Brooke R. | Associate | 134 | Poss. Opp. of CELIA in KD by Somalac | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from client re potential opposition of CELIA in Kurdistan and correspond with client and Kurdistan counsel re sam | 92057818 |
| 08/24/2026 | Watson, Brooke R. | Associate | 133 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from client re potential opposition of CELIA CELIA in Argentina and correspond with client and Argentinian counsel re sam | 92057820 |
| 08/25/2026 | Watson, Brooke R. | Associate | 133 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from client re opinion related to CELIA CELIA application in Argentina and correspond with client and Argentinian counsel re sam | 92057808 |
| 08/25/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from client re Turkish opposition and correspond with client and Turkish counsel re same | 92057809 |
| 08/26/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.2 | 440 | 88.00 | 132340069 | 09/15/2026 | Receive and review communication from counsel in Japan providing cost estimates for filing a new application in one class and email to Seth Casden reporting and requesting instructions regarding the same | 92071105 |
| 08/30/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Correspondence to Turkish counsel re confirmation of filing opposition | 92123975 |
| 08/30/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132340069 | 09/15/2026 | Review and analyze trademark watch service results for CELLIANT mark, Reported CELLATI and SELLIA applications in South Korea to clien | 92124474 |
| 08/30/2026 | Watson, Brooke R. | Associate | 133 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from Argentinian counsel re potential opposition of CELIA CELIA application and correspond with Argentinian counsel re sam | 92124552 |
| 08/31/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Correspondence to South Korean counsel re potential opposition of SELLIA and CELLATTI in South Korea and correspond with client re same | 92125097 |
| 08/31/2026 | Watson, Brooke R. | Associate | 134 | Poss. Opp. of CELIA in KD by Somalac | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from Kurdistan counsel re potential opposition of CELIA and correspond with client and Kurdistan counsel re sam | 92126365 |
| 08/31/2026 | Watson, Brooke R. | Associate | 133 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from Argentinian counsel re potential opposition of CELIA CELIA and correspond with client and Argentinian counsel re sam | 92126504 |
| 08/31/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.2 | 660 | 132.00 | 132340069 | 09/15/2026 | Review correspondence from Argentinian counsel re deadline to ratify CELLENTIA SALUD opposition and correspond with Argentinian counsel and client re sam | 92126632 |
| 08/31/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review correspondence from Argentinian counsel re deadline to ratify CELLENTIA opposition and correspond with Argentinian counsel and client re sam | 92126636 |
| 08/31/2026 | Watson, Brooke R. | Associate | 135 | CELLIANT - Cl. 35 (JP-TM) | 0.1 | 660 | 66.00 | 132340069 | 09/15/2026 | Review and revise proposed trademark application for CELLIANT mark in Japan | 92126725 |
| 09/01/2026 | Watson, Brooke R. | Associate | 134 | Poss. Opp. of CELIA in KD by Somalac | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re instructions to not proceed with opposition of CELIA in Kurdistan and correspond with client and Kurdistan counsel re sam | 92167328 |
| 09/01/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re CELLENTIA SALUD opposition and next steps related to same and correspond with client re same | 92167429 |
| 09/01/2026 | Watson, Brooke R. | Associate | 133 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re potential opposition of CELIA CELIA in Argentina and correspond with client and Argentinian counsel re sam | 92167449 |
| 09/01/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Correspondence to client re instructions related to potential opposition of R CELIA and Morocco | 92167608 |
| 09/02/2026 | Falloon, Shannon | Paralegal | 135 | CELLIANT - Cl. 35 (JP-TM) | 0.7 | 440 | 308.00 | 132367774 | 10/20/2026 | Receive instructions from client to proceed with a new application to register CELLIANT in Class 35 in Japan, prepare and send instructions to counsel in Japan regarding the san | 92178977 |
| 09/02/2026 | Falloon, Shannon | Paralegal | 136 | CELLIANT & Design - Cl. 35 (JP-TM) | 0.4 | 440 | 176.00 | 132367774 | 10/20/2026 | Receive instructions from client to proceed with a new application to register CELLIANT & Design in Class 35 in Japan, prepare and send instructions to counsel in Japan regarding the same | 92179000 |
| 09/03/2026 | Falloon, Shannon | Paralegal | 135 | CELLIANT - Cl. 35 (JP-TM) | 0.2 | 440 | 88.00 | 132367774 | 10/20/2026 | Receive and review communication from counsel in Japan requesting clarification on new application instructions, responsive email providing the sam | 92192454 |
| 09/03/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from South Korean counsel re potential oppositions of CELLATTI and SELLIA in South Korea and correspond with South Korean counsel and client re sar | 92194876 |
| 09/04/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re potential oppositions of CELLATTI and SELLIA and Design and correspond with client and South Korean counsel re sam | 92194844 |
| 09/07/2026 | Watson, Brooke R. | Associate | 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review correspondence from Turkish counsel re official filing receipt for opposition against CELIA and correspond with Turkish counsel and client re sam | 92195208 |
| 09/07/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review and analyze trademark watch service results for CELLIANT mark | 92195211 |
| 09/08/2026 | Falloon, Shannon | Paralegal | 135 | CELLIANT - Cl. 35 (JP-TM) | 0.2 | 440 | 88.00 | 132367774 | 10/20/2026 | Review correspondence from associate reporting the filing receipt for a new application to register the applicable mark and class in Japan and communication to client reporting sam | 92212302 |
| 09/08/2026 | Falloon, Shannon | Paralegal | 136 | CELLIANT & Design - Cl. 35 (JP-TM) | 0.2 | 440 | 88.00 | 132367774 | 10/20/2026 | Review correspondence from associate reporting the filing receipt for a new application to register the applicable mark and class in Japan and communication to client reporting sam | 92212409 |
| 09/08/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Argentinian counsel re potential opposition of CELLENTIA SALUD and correspond with Argentinian counsel re sam | 92220244 |
| 09/09/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Argentinian counsel re timing of filing ratification brief in CELLENTIA opposition and correspond with Argentinian counsel re sam | 92220342 |
| 09/11/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review correspondence from client re potential opposition of CELLENTIA SALUD and correspondence re effects of abandoning oppositions and correspond with client and Argentinian counsel re same | 92232105 |
| 09/11/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Correspondence to client re potential opposition of R CELIA in Morocco | 92232119 |
| 09/11/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review correspondence from client re potential opposition of CELLENTIA SALUD and correspondence re effects of abandoning oppositions and correspond with client and Argentinian counsel re same | 92232135 |
| 09/11/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review and analyze trademark watch service results for CELLIANT mark | 92232136 |
| 09/13/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re basis of opposition of CELLENTIA SALUD in Argentina and correspond with client re same | 92235967 |
| 09/14/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Rveiew correspondence from client re potential opposition of R CELIA in Morocco and correspond with client re opposition and potential cease and desist lette | 92272797 |
| 09/14/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Correspondence with client and Argentinian counsel re ratification of opposition of CELLENTIA in Argentina, potential new CELLIANT applications in Argentina, and strategy related to same | 92272808 |
| 09/14/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Correspondence with client and Argentinian counsel re ratification of opposition of CELLENTIA SALUD in Argentina, potential new CELLIANT applications in Argentina, and strategy related to same | 92272818 |
| 09/14/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re proposed application for CELLIANT365 and correspond with client re services description for same | 92338380 |
| 09/15/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Argentinian counsel regarding ratification of opposition of CELLENTIA and correspond with client and Argentinian counsel re sam | 92272871 |
| 09/15/2026 | Watson, Brooke R. | Associate | 130 | Opp. to CELLENTIA SALUD in AR by GIGLI( | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Argentinian counsel regarding ratification of opposition of CELLENTIA SALUD and correspond with client and Argentinian counsel re sam | 92272889 |
| 09/15/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from client re potential opposition and cease and desist letter re R CELIA mark in Morocco and correspond with client and Moroccan counsel re san | 92272906 |
| 09/16/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Moroccan counsel re potential opposition of R CELIA and cease and desist letter to owner of R CELIA and correspond with Moroccan counsel and client re same | 92272823 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/17/2026 | Watson, Brooke R. | Associate | 72 | CELLIANT (MY-TM) | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from S. Falloon re deed of assignment for CELLIANT in Malaysia, review Malaysian assignment, and correspond with S. Falloon re sam | 92297052 |
| 09/17/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review correspondence from client re cease and desist letter to R CELIA in Morocco and correspond with client and Moroccan counsel re sam | 92297066 |
| 09/17/2026 | Falloon, Shannon | Paralegal | 1 | Routine IP Matters | 0.4 | 440 | 176.00 | 132367774 | 10/20/2026 | Receive and review communication from Richard Braham regarding CELLIANT in Malaysia, review file history and discuss same with B. Watson, email to counsel in Malaysia regarding the same | 92300843 |
| 09/18/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.4 | 660 | 264.00 | 132367774 | 10/20/2026 | Review and analyze trademark watch service results for CELLIANT mark, Report SALIENT application in China to clien | 92297036 |
| 09/18/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Correspondence to Argentinian counsel re filing confirmation for CELLENTIA trademark opposition | 92297045 |
| 09/21/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Moroccan counsel re cease and desist letter to Richbond re R CELIA mark and correspond with Moroccan counsel and client re sam | 92311525 |
| 09/21/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Correspondence to Korean counsel re status of publication of SALIENT mark in Korea for potential opposition of same | 92311566 |
| 09/22/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Korean counsel re status of SALIENT application in relation to potential opposition and correspond with Korean counsel re same | 92333452 |
| 09/22/2026 | Watson, Brooke R. | Associate | 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 0.4 | 660 | 264.00 | 132367774 | 10/20/2026 | Review correspondence from client re evidence to support opposition proceeding and correspond with client and Moroccan counsel re sam | 92333457 |
| 09/22/2026 | Watson, Brooke R. | Associate | 137 | Potential Opp. of Salient in China | 0.2 | 1,060 | 212.00 | 132367774 | 10/20/2026 | Correspondence to Chinese counsel re potential opposition of SALIENT in China and likelihood of success | 92338179 |
| 09/23/2026 | Watson, Brooke R. | Associate | 137 | Potential Opp. of Salient in China | 0.3 | 1,060 | 318.00 | 132367774 | 10/20/2026 | Review correspondence from Chinese counsel re potential opposition of SALIENT in China and correspond with Chinese counsel and client re sam | 92338237 |
| 09/24/2026 | Watson, Brooke R. | Associate | 129 | Poss. Opp. to CELLENTIA in Argentina | 0.1 | 660 | 66.00 | 132367774 | 10/20/2026 | Review correspondence from Argentinian counsel re ratification brief for CELLENTIA in Argentina and correspond with Argentinian counsel and client re sam | 92344010 |
| 09/25/2026 | Watson, Brooke R. | Associate | 1 | Routine IP Matters | 0.2 | 660 | 132.00 | 132367774 | 10/20/2026 | Review and analyze trademark watch service results for CELLIANT mark | 92352992 |
| 09/29/2026 | Falloon, Shannon | Paralegal | 72 | CELLIANT (MY-TM) | 0.3 | 440 | 132.00 | 132367774 | 10/20/2026 | Receive and review communication from counsel in Malaysia regarding the registration for CELLIANT by Morpheus World, and providing an update on the assignment, email to Richard Braham reporting and providing a copy of the same | 92404366 |
| 09/29/2026 | Watson, Brooke R. | Associate | 138 | CELLIANT - Cl. 20 (MY-TM) (2016000433) | 0.1 | 1,060 | 106.00 | 132367774 | 10/20/2026 | Review correspondence to client re Malaysian trademark assignment and correspond with S. Falloon re same | 92409805 |
| | | | | **TOTAL** | **51.7** | | **$31,791.00** | | | | |

*Highlighted rate/amount cells: entries billed at a rate other than the timekeeper's standard rate for this matter (see Review Flags*

**Summary of Time by Timekeeper**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 2026*

| Timekeeper | Title | Hours | Amount ($) | Blended Rate ($) |
|---|---|---|---|---|
| Watson, Brooke R. | Associate | 35.7 | 23,796.00 | 666.55 |
| Visintini, Giovanni | Counsel | 1.5 | 1,395.00 | 930.00 |
| Falloon, Shannon | Paralegal | 14.5 | 6,600.00 | 455.17 |
| **TOTAL** | | 51.7 | $31,791.00 | 614.91 |

**Summary of Total Time by Category**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 2026*

| Matter No. | Category | Hours | Amount ($) |
|---|---|---|---|
| 93 | Acquisition of CELLIANT.CN | 0.2 | 88.00 |
| 114 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.8 | 352.00 |
| 107 | CELLIANT & Design (Old) - Cl. 18 (BR-TM) | 0.2 | 88.00 |
| 136 | CELLIANT & Design - Cl. 35 (JP-TM) | 0.6 | 264.00 |
| 73 | CELLIANT (KH-TM) | 0.2 | 84.00 |
| 72 | CELLIANT (MY-TM) | 0.6 | 286.00 |
| 110 | CELLIANT - Cl. 10 (BR-TM) | 0.2 | 88.00 |
| 112 | CELLIANT - Cl. 18 (BR-TM) | 0.2 | 88.00 |
| 138 | CELLIANT - Cl. 20 (MY-TM) (2016000433) | 0.1 | 106.00 |
| 95 | CELLIANT - Cl. 20, 24 & 25 (MM-TM)(NEW) | 0.1 | 44.00 |
| 111 | CELLIANT - Cl. 23 (BR-TM) | 0.2 | 88.00 |
| 109 | CELLIANT - Cl. 25 (BR-TM) | 0.2 | 88.00 |
| 135 | CELLIANT - Cl. 35 (JP-TM) | 1.3 | 616.00 |
| 108 | CELLIANT - Cl. 5 (BR-TM) | 0.2 | 88.00 |
| 85 | Domain name dispute: celliant.jp | 0.5 | 220.00 |
| 130 | Opp. to CELLENTIA SALUD in AR by GIGLIOT | 1.3 | 858.00 |
| 120 | Opp. to SELENTE in EU by Selente GmbH, S | 0.8 | 528.00 |
| 133 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.8 | 528.00 |
| 134 | Poss. Opp. of CELIA in KD by Somalac | 0.5 | 330.00 |
| 132 | Poss. Opp. of R CELIA in MA by RICHBOND | 1.3 | 858.00 |
| 131 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 3.8 | 2,376.00 |
| 129 | Poss. Opp. to CELLENTIA in Argentina | 4.8 | 2,794.00 |
| 128 | Poss. Opp. to CN CELIAN in Kazakhstan | 0.9 | 594.00 |
| 118 | Potential Opp. of SALIENT APPAREL (UK) | 0.1 | 66.00 |
| 137 | Potential Opp. of Salient in China | 0.5 | 530.00 |
| 1 | Routine IP Matters | 26.7 | 17,367.00 |
| 29 | TM App - CELLIANT (CN) Cl. 18 | 0.4 | 212.00 |
| 26 | TM App - CELLIANT (CN) Cl. 23 | 0.4 | 212.00 |
| 28 | TM App - CELLIANT (CN) Cl. 24 | 0.4 | 212.00 |
| 25 | TM App - CELLIANT (CN) Cl. 25 | 1.4 | 742.00 |
| 15 | TM App - CELLIANT (Logo) (BR) | 1.2 | 528.00 |
| 54 | TM App – CELLIANT & Des (US) Cl. 10, 25 | 0.3 | 138.00 |
| 119 | Trademark Watch Notice Review | 0.5 | 330.00 |
| | **TOTAL** | **51.7** | **$31,791.00** |

**Monthly Summaries of Time by Category**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 2026*

| Month | Category | Hours | Amount ($) |
|---|---|---|---|
| August 2025 | Routine IP Matters | 0.9 | 594.00 |
| | **Subtotal — August 2025** | **0.9** | **594.00** |
| | | | |
| September 2025 | CELLIANT - Cl. 20, 24 & 25 (MM-TM)(NEW) | 0.1 | 44.00 |
| September 2025 | Routine IP Matters | 0.9 | 594.00 |
| | **Subtotal — September 2025** | **1.0** | **638.00** |
| | | | |
| October 2025 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.5 | 220.00 |
| October 2025 | Routine IP Matters | 4.9 | 3,190.00 |
| | **Subtotal — October 2025** | **5.4** | **3,410.00** |
| | | | |
| November 2025 | Potential Opp. of SALIENT APPAREL (UK) | 0.1 | 66.00 |
| November 2025 | Routine IP Matters | 2.2 | 1,386.00 |
| November 2025 | Trademark Watch Notice Review | 0.5 | 330.00 |
| | **Subtotal — November 2025** | **2.8** | **1,782.00** |
| | | | |
| December 2025 | Acquisition of CELLIANT.CN | 0.2 | 88.00 |
| December 2025 | CELLIANT (KH-TM) | 0.2 | 84.00 |
| December 2025 | Routine IP Matters | 1.1 | 726.00 |
| | **Subtotal — December 2025** | **1.5** | **898.00** |
| | | | |
| January 2026 | Routine IP Matters | 0.7 | 462.00 |
| January 2026 | TM App - CELLIANT (Logo) (BR) | 0.3 | 132.00 |
| | **Subtotal — January 2026** | **1.0** | **594.00** |
| | | | |
| February 2026 | Routine IP Matters | 1.1 | 682.00 |
| February 2026 | TM App - CELLIANT (CN) Cl. 18 | 0.4 | 212.00 |
| February 2026 | TM App - CELLIANT (CN) Cl. 23 | 0.4 | 212.00 |
| February 2026 | TM App - CELLIANT (CN) Cl. 24 | 0.4 | 212.00 |
| February 2026 | TM App - CELLIANT (CN) Cl. 25 | 1.1 | 583.00 |
| February 2026 | TM App - CELLIANT (Logo) (BR) | 0.2 | 88.00 |
| | **Subtotal — February 2026** | **3.6** | **1,989.00** |
| | | | |
| March 2026 | CELLIANT (MY-TM) | 0.2 | 88.00 |
| March 2026 | Domain name dispute: celliant.jp | 0.3 | 132.00 |
| March 2026 | Opp. to SELENTE in EU by Selente GmbH, S | 0.3 | 198.00 |
| March 2026 | Routine IP Matters | 2.0 | 1,254.00 |
| March 2026 | TM App - CELLIANT (Logo) (BR) | 0.3 | 132.00 |
| | **Subtotal — March 2026** | **3.1** | **1,804.00** |
| | | | |
| April 2026 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.3 | 132.00 |
| April 2026 | CELLIANT & Design (Old) - Cl. 18 (BR-TM) | 0.2 | 88.00 |
| April 2026 | CELLIANT - Cl. 10 (BR-TM) | 0.2 | 88.00 |
| April 2026 | CELLIANT - Cl. 18 (BR-TM) | 0.2 | 88.00 |
| April 2026 | CELLIANT - Cl. 23 (BR-TM) | 0.2 | 88.00 |
| April 2026 | CELLIANT - Cl. 25 (BR-TM) | 0.2 | 88.00 |
| April 2026 | CELLIANT - Cl. 5 (BR-TM) | 0.2 | 88.00 |
| April 2026 | Opp. to SELENTE in EU by Selente GmbH, S | 0.5 | 330.00 |
| April 2026 | Poss. Opp. to CELLENTIA in Argentina | 2.3 | 1,386.00 |
| April 2026 | Poss. Opp. to CN CELIAN in Kazakhstan | 0.9 | 594.00 |
| April 2026 | Routine IP Matters | 3.0 | 2,275.00 |
| April 2026 | TM App - CELLIANT (CN) Cl. 25 | 0.3 | 159.00 |
| | **Subtotal — April 2026** | **8.5** | **5,404.00** |
| | | | |
| May 2026 | Domain name dispute: celliant.jp | 0.2 | 88.00 |
| May 2026 | Poss. Opp. to CELLENTIA in Argentina | 0.4 | 176.00 |
| May 2026 | Routine IP Matters | 1.3 | 770.00 |
| | **Subtotal — May 2026** | **1.9** | **1,034.00** |
| | | | |
| June 2026 | Routine IP Matters | 2.1 | 1,386.00 |
| June 2026 | TM App - CELLIANT (Logo) (BR) | 0.4 | 176.00 |

| | | | |
|---|---|---|---|
| | **Subtotal — June 2026** | **2.5** | **1,562.00** |
| July 2026 | Poss. Opp. to CELLENTIA in Argentina | 0.9 | 484.00 |
| July 2026 | Routine IP Matters | 1.3 | 858.00 |
| | **Subtotal — July 2026** | **2.2** | **1,342.00** |
| August 2026 | CELLIANT - Cl. 35 (JP-TM) | 0.2 | 132.00 |
| August 2026 | Opp. to CELLENTIA SALUD in AR by GIGLIOT | 0.6 | 396.00 |
| August 2026 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.7 | 462.00 |
| August 2026 | Poss. Opp. of CELIA in KD by Somalac | 0.4 | 264.00 |
| August 2026 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 3.6 | 2,244.00 |
| August 2026 | Poss. Opp. to CELLENTIA in Argentina | 0.3 | 154.00 |
| August 2026 | Routine IP Matters | 3.2 | 1,958.00 |
| August 2026 | TM App – CELLIANT & Des (US) Cl. 10, 25 | 0.3 | 138.00 |
| | **Subtotal — August 2026** | **9.3** | **5,748.00** |
| September 2026 | CELLIANT & Design - Cl. 35 (JP-TM) | 0.6 | 264.00 |
| September 2026 | CELLIANT (MY-TM) | 0.4 | 198.00 |
| September 2026 | CELLIANT - Cl. 20 (MY-TM) (2016000433) | 0.1 | 106.00 |
| September 2026 | CELLIANT - Cl. 35 (JP-TM) | 1.1 | 484.00 |
| September 2026 | Opp. to CELLENTIA SALUD in AR by GIGLIOT | 0.7 | 462.00 |
| September 2026 | Poss. Opp. of CELIA CELIA in AR by VARAS | 0.1 | 66.00 |
| September 2026 | Poss. Opp. of CELIA in KD by Somalac | 0.1 | 66.00 |
| September 2026 | Poss. Opp. of R CELIA in MA by RICHBOND | 1.3 | 858.00 |
| September 2026 | Poss. Opp. to CELIA in TR by AYSEL HAJIY | 0.2 | 132.00 |
| September 2026 | Poss. Opp. to CELLENTIA in Argentina | 0.9 | 594.00 |
| September 2026 | Potential Opp. of Salient in China | 0.5 | 530.00 |
| September 2026 | Routine IP Matters | 2.0 | 1,232.00 |
| | **Subtotal — September 2026** | **8.0** | **4,992.00** |
| | **TOTAL (all months)** | 51.7 | $31,791.00 |

**Entries Recorded but Not Billed (Excluded from Applicatio**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 2026*

| Date | Timekeeper | Matter No. | Category | Hours | Value at Std. Rate ($) | Billed ($) | Description |
|---|---|---|---|---|---|---|---|
| 10/13/2025 | Falloon, Shannon | 72 | CELLIANT (MY-TM) | 0.2 | 88 | 0 | Review file history and email to counsel in Malaysia requesting an update on the application to registe CELLIANT in Class 20 and 24 |
| 10/13/2025 | Falloon, Shannon | 15 | TM App - CELLIANT (Logo) (BR) | 0.3 | 132 | 0 | Receive and review reminder from counsel in Brazil regarding approaching renewal deadlines for the CELLIANT Logo and email to Seth Casden reporting and requesting instructions regarding the same |
| 10/13/2025 | Falloon, Shannon | 93 | Acquisition of CELLIANT.CN | 0.2 | 88 | 0 | Receive and review domain renewal reminder from counsel in China and email to Seth Casde reporting and requesting instructions regarding the same |
| 10/16/2025 | Falloon, Shannon | 93 | Acquisition of CELLIANT.CN | 0.2 | 88 | 0 | Receive instructions from client to attend to the renewal of the CELLIANT.CN anc CELLIANT.COM.CN domain names and email to counsel in China providing instructions regarding the same |
| 10/17/2025 | Falloon, Shannon | 15 | TM App - CELLIANT (Logo) (BR) | 0.2 | 88 | 0 | Receive instructions from Seth Casden to attend to the renewals of the Brazilian Trademark Registrations for the CELLIANT logo in January 2026 and email instructions to counsel regarding the same |
| 10/23/2025 | Falloon, Shannon | 93 | Acquisition of CELLIANT.CN | 0.2 | 88 | 0 | Receive and review confirmation from counsel in China regarding the renewal of the two domains celliant.cn and celliant.com.cn |
| 03/03/2026 | Falloon, Shannon | 114 | CELLIANT & Design (New) - Cl. 5, 10, 18… | 0.3 | 132 | 0 | Email to counsel in Brazil requesting an update on the renewal for CELLIANT in Class 18 and 22 receive and review communication from counsel providing copies of the renewal applications as filed and email to Ismar Cutipa reporting and providing a copy of the same |
| 03/11/2026 | Watson, Brooke R. | 1 | Routine IP Matters | 0 | 66 | 0 | Review correspondence from client regarding CALIENT application in Sri Lanka and correspond with client re same, Correspondence to S. Falloon re recommended Sri Lankan associate |
| 03/20/2026 | Falloon, Shannon | 1 | Routine IP Matters | 0 | 704 | 0 | **OK TO WRITE OFF/DOWN** Conduct audit of Hologenix portfolio to verify identification of goods and provide updated status report to Richard Branham |
| 07/25/2026 | Falloon, Shannon | 129 | Poss. Opp. to CELLENTIA in Argentina | 0 | 88 | 0 | *************************DOCKET ERROR - WRITE OFF*************************Review docket entries for the FIVEBELOWDUMPING UDRP complaint and email to docketing requesting corrections for the same Review docket entries for subject application and email to docketing requesting corrections for the same |
| 08/26/2026 | Falloon, Shannon | 72 | CELLIANT (MY-TM) | 0.2 | 88 | 0 | ***OK TO WRITE OFF*** Review application status and communication to counsel in Malaysia requesting an update on the subject application. |
| 09/01/2026 | Falloon, Shannon | 35 | CELLIANT & Design - Cl. 20 (NG-TM) | 0.2 | 88 | 0 | ***OK TO WRITE OFF*** Review application status and communication to counsel in Nigeria requesting an update on the subject application. |
| | | | **TOTAL** | 2.0 | $1,738.00 | | |

**Items to Resolve Before Filing**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 2026*

| # | Issue | Detail | Recommendation |
|---|---|---|---|
| 1 | Expenses now included from invoices | Costs billed on the 17 invoices issued 11/18/2025-10/20/2026 total $18,912.83 (see Expenses sheet). Invoice 132025879 (7/30/2025; costs through 6/30/2025, $2,586.73) is excluded as prior-period. Invoice 132248834 shows $7,524.32 under Routine IP Matters as two lump sums (Foreign Counsel Fees & Expenses $4,966.32; Professional Services $2,558.00) with no vendor detail | Obtain the vendor invoices behind the $7,524.32 on invoice 132248834 before filing; the U.S. Trustee may ask for backup. |
| 2 | July 2025 time billed on 11/18/2025 invoice | Invoice 132115184 bills $4,950.00 in fees, $528.00 more than the export. The difference is five Watson watch-review entries dated 7/3-7/25/2025 (0.8 hrs). They fall in the Seventh Application period but showed $0 in its export, so they have never been requested. | Default: exclude (outside Covered Period). Alternatively, ask Carmela whether to include them as previously unrequested time with an explanatory sentence. |
| 3 | Associate entries billed at standard rate | Three Watson entries (9/22/2026, 9/23/2026, 9/29/2026; matters 137 and 138; 0.6 hrs) billed at $1,060/hr ($636) rather than $660/hr ($396). Difference: $240.0 | Confirm with Billing whether intended; consider voluntary reduction to $660/hr (fees would fall to $31,551.00) |
| 4 | One associate entry billed below rate | Watson 8/9/2026 (matter 54; 0.1 hr) billed $60 ($600/hr) rather than $66. | Immaterial; no change needed, but be ready to explain if asked. |
| 5 | Paralegal entries billed above usual rate | Eleven Falloon entries 2/18/2026–4/1/2026 (Chinese CELLIANT applications, matters 25, 26, 28, 29; 2.6 hrs) billed at $530/hr ($1,378) versus $440/hr ($1,144) elsewhere. Difference: $234.00. One entry at $420 (12/11/2025) and one at $390 (8/3/2026). | Confirm with Billing; if a discount was missed, consider voluntary reduction (with item 2, fees would be $31,317.00). Application rate disclosure should match what is filed. |
| 6 | Overlap with Seventh Application export | Five Watson entries dated 8/1–8/22/2025 (IDs 88423784, 88475567, 88499431, 88517794, 88575520) appeared in the Seventh Application data at 0.0 hrs/$0 but were later billed on Invoice 132115184 (11/18/2025) for 0.9 hrs/$594. The Seventh covered only through 7/31/2025, so no double claim | Keep in Eighth Application; be prepared to explain if the U.S. Trustee compares exports. |
| 7 | No-charge entries excluded | 12 entries (2.0 billed hours at $0 plus write-offs) are excluded; see Excluded - No Charge sheet. Value at standard rate: $1,738 | Exclude from request (application seeks billed amounts only). |
| 8 | New timekeeper | Giovanni Visintini (Counsel), 1.5 hrs on 4/2/2026 at $930/hr (opposition assessment, Routine IP Matters). | Confirm role and office; add to professionals section and rate disclosure; add bio to Exhibit 2 if required |
| 9 | Seventh Application hour count | The Seventh Application stated 34.4 hours; the time export attached to it totals 25.4 billed hours (27.1 base hours) for $17,505.00. | Confirm the 34.4 figure with Carmela before restating prior-application history; do not repeat it in the Eighth without checking. |
| 10 | Seventh fee order and payments | Hearing on the Seventh Application was set for 10/14/2025. Order date and amounts paid on the Sixth balance ($11,972.07 outstanding as of the Seventh) and the Seventh award a not in the file. | Obtain from Accounting/Carmela and complete Application §§ I.B and I.C. |

**Listing of Expenses Advanced**

*In re Hologenix, LLC, Case No. 2:20-bk-13849-BR (Bankr. C.D. Cal.) — Covered Period: August 1, 2025 through September 30, 2026*

| Invoice No. | Invoice Date | Cost Date | Firm File No. | Description | Amount ($) |
|---|---|---|---|---|---|
| 132115184 | 11/18/25 | 10/24/25 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Y.S. Chang & Associates Invoice#: 250370 Date: 10/24/2025 - Opp. SALIENT in South Korea; local counsel invoic | 367.00 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143537-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143525-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143533-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143534-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143552-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143549-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 01/05/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143521-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 132182008 | 02/23/26 | 10/23/25 | 242806.000093 | Foreign Counsel Fees & Expenses - Vendor: Chofn International Intellectual Propert Invoice#: XB1251000621XB1 Date: 10/23/2025 - Renewing and managing the subject two domain names for the next term; renewal for the subject two domain names for 10 years; disbursements | 812.00 |
| 132195327 | 03/11/26 | 02/02/26 | 242806.000001 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143729-MRC Date: 2/2/2026 - Renewal in due course of device trademark for products or services per class; disbursements | 847.72 |
| 132195327 | 03/11/26 | 02/24/26 | 242806.000001 | Professional Services - Vendor: CSC Invoice#: 86120072858 Date: 2/24/2026 - DOCUMENT RETRIEVAL WORI IN DELAWARE DISBURSEMENT/COST; SERVICE FEE - CERTIFICATE OF STATUS; SPECIAL ARRANGEMENT DISCOUNT; DELAWARE STATE ACCESS FEE; ELECTRONIC DELIVERY | 295.95 |
| 132195327 | 03/11/26 | 02/25/26 | 242806.000025 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641245 Date: 2/25/202€ Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| 132195327 | 03/11/26 | 02/25/26 | 242806.000026 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641246 Date: 2/25/202€ Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| 132195327 | 03/11/26 | 02/25/26 | 242806.000028 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641247 Date: 2/25/202€ Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| 132195327 | 03/11/26 | 02/25/26 | 242806.000029 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641248 Date: 2/25/202€ Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143494-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 150.00 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143487-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 150.00 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143310-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 170.00 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143200-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 150.00 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143493-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 150.00 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143356-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 150.00 |
| 132223622 | 04/16/26 | 03/24/26 | 242806.000015 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143488-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewa | 150.00 |
| 132248834 | 05/19/26 | (not itemize | 242806.000001 | Foreign Counsel Fees & Expenses | 4,966.32 |
| 132248834 | 05/19/26 | (not itemize | 242806.000001 | Professional Services | 2,558.00 |
| 132248835 | 05/19/26 | (not itemize | 242806.000015 | Foreign Counsel Fees & Expenses | 450.00 |
| 132248835 | 05/19/26 | (not itemize | 242806.000107 | Foreign Counsel Fees & Expenses | 170.00 |
| 132248835 | 05/19/26 | (not itemize | 242806.000108 | Foreign Counsel Fees & Expenses | 170.00 |
| 132248835 | 05/19/26 | (not itemize | 242806.000110 | Foreign Counsel Fees & Expenses | 150.00 |
| 132248835 | 05/19/26 | (not itemize | 242806.000112 | Foreign Counsel Fees & Expenses | 150.00 |
| 132272604 | 06/18/26 | 05/15/26 | 242806.000129 | Foreign Counsel Fees & Expenses - Vendor: Marval & O'Farrell Mairal Invoice#: 002100187681 Date: 5/15/2026 - To ratifying opposition on the basis of Power of Attorney; Official Fee | 383.00 |
| | | | | **TOTAL** | **$18,912.83** |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA 92618-4984

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 11/18/25 |
| Submitted by | S Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 132115184 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/25 | $4,950.00 |
| Costs and Expenses Through 10/31/25 | $367.00 |
| **Total Amount of This Invoice** | **$5,317.00** |

Invoice Date 11/18/25
Invoice Number 132115184
File No. 242806.000001
Page 2

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 07/03/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 07/06/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 07/11/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 07/18/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 07/25/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 08/01/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 08/08/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 08/12/25 | B Watson | Review correspondence from Chinese counsel re opposition of SELLIA mark in China and confirm no action necessary at present | 0.1 | 66.00 |
| 08/15/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 08/22/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 09/01/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 09/05/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 09/12/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 09/26/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.3 | 198.00 |
| 10/03/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark and correspond with A. Padgett re potential concerns related to SALIENT application by Bayer | 0.4 | 264.00 |
| 10/06/25 | B Watson | Correspondence to client re WIPO application for SALIENT and potential opposition of same | 0.2 | 132.00 |

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/09/25 | S Falloon | Prepare and send updated status report of CELLIANT matters in Class 10 to B. Watson in connection with potential dispute with Bayer | 0.2 | 88.00 |
| 10/09/25 | B Watson | Review correspondence from client re registrations in Class 10 in China, the EU, UK, Korea, and Singapore, review registrations in these jurisdictions, and correspond with client re recommendations related to same | 0.4 | 264.00 |
| 10/10/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark (0.2), Correspondence to client re SALIENT APPAREL application in UK (0.2) | 0.4 | 264.00 |
| 10/17/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to foreign associates in the UK, EU, South Korea, China, and Singapore re potential opposition of SALIENT Mark, Follow-up correspondence to client re potential opposition of SALIENT APPAREL mark | 0.9 | 594.00 |
| 10/20/25 | B Watson | Review correspondence from EU and Chinese counsel re potential cancellation of SALIENT registration in EU and China and correspond with EU and Chinese counsel re same | 0.3 | 198.00 |
| 10/22/25 | B Watson | Review correspondence from foreign associates in China, the UK, EU, South Korea, and Singapore re potential challenge to SALIENT mark and prepare correspondence to client re recommendations related to same | 0.8 | 528.00 |
| 10/24/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Review correspondence from Chinese counsel re potenital opposition of SALIENT and correspond with Chinese counsel re same | 0.4 | 264.00 |
| 10/27/25 | B Watson | Review correspondence from client re decision not to take action against SALIENT applications/registrations in the EU, UK, Singapore, China, and South Korea and correspond with client and foreign associates in EU, UK, Singapore, China, and South Korea re same, Follow-up correspondence to client re potential opposition of SALIENT APPAREL in UK, Correspondence to UK counsel re potential opposition to SALIENT APPAREL in UK | 0.5 | 330.00 |
| 10/30/25 | B Watson | Review correspondence from UK counsel re potential opposition of SALIENT APPAREL in the UK and correspond with UK counsel and client re same | 0.2 | 132.00 |
| 10/31/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/25**

| Date | Tkpr | Description of Work Performed | | Hours | Amount |
|---|---|---|---|---|---|
| | | | Total: | 7.5 | 4,906.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |
| Watson, Brooke R. | 660.00 | 7.3 | 4,818.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/25**

| Date | Description | Amount |
|---|---|---|
| 10/24/25 | Foreign Counsel Fees & Expenses - Vendor: Y.S. Chang & Associates Invoice#: 250370 Date: 10/24/2025 - Opp. SALIENT in South Korea; local counsel invoice | 367.00 |
| | Total: | 367.00 |

Total Fees & Costs: $5,273.00

Hologenix, LLC

CELLIANT - Cl. 20, 24 & 25 (MM-TM)(NEW)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/11/25 | S Falloon | Receive and review communication from counsel in Myanmar providing an update on the application to register CELLIANT | 0.1 | 44.00 |
| | | Total: | 0.1 | 44.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.1 | 44.00 |

Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA 92618-4984

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 11/18/25 |
| Submitted by | S Stabe |
| Direct Dial | 949-622-2736 |
| Invoice No. | 132115184 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $5,317.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Susan Stabe**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Susan Stabe**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Susan Stabe**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 12/08/25 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132135509 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/25 | $1,606.00 |
| **Total Amount of This Invoice** | **$1,606.00** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/13/25 | B Watson | Review correspondence from client re clearance search for SLUMBIR and correspond with A. Padgett and client re same | 0.1 | 66.00 |
| 11/16/25 | B Watson | Conduct trademark clearance search for use of SLUMBIR mark and prepare analysis to client re same | 1.3 | 858.00 |
| 11/17/25 | B Watson | Correspondence to client re results of clearance search for SLUMBIR | 0.1 | 66.00 |
| 11/19/25 | B Watson | Review correspondence from client re results of knockout clearance search for SLUMBIR and correspond with client re additional knockout clearance searches | 0.2 | 132.00 |
| 11/24/25 | S Falloon | Receive and review inquiry from Richard Braham regarding registrations owned by Hologenix, prepare and send updated status report and provide details regarding European Trademark coverage | 0.3 | 132.00 |
| 11/28/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 2.2 | 1,386.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |
| Watson, Brooke R. | 660.00 | 1.9 | 1,254.00 |

Invoice Date 12/08/25
Invoice Number 132135509
File No. 242806.000114
Claim/Client File No. T21038CN06
Page 3

troutman pepper locke

Hologenix, LLC

CELLIANT & Design (New) - Cl. 5, 10, 18… (CN/WO-TM) Ref.: T21038CN06

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/13/25 | S Falloon | Receive and review reminder from counsel in Brazil regarding approaching renewal deadlines for CELLIANT and email to Seth Casden reporting and requesting instructions regarding the same | 0.3 | 132.00 |
| 10/17/25 | S Falloon | Receive instructions from Seth Casden to attend to the renewals of the Braziiian Trademark Registrations for CELLIANT in January 2026 and email instructions to counsel regarding the same | 0.2 | 88.00 |
| | | Total: | 0.5 | 220.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.5 | 220.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 12/08/25 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132135509 |
| Firm Ref. No. | 242806 |

Total Amount of This Invoice $1,606.00

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 12/08/25 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132135542 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/25 | $396.00 |
| **Total Amount of This Invoice** | **$396.00** |

troutman pepper locke

Hologenix, LLC

Potential Opp. of SALIENT APPAREL (UK)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/05/25 | B Watson | Review correspondence from client requesting no action against SALIENT APPAREL application and correspond with client and UK counsel re same | 0.1 | 66.00 |
| | | Total: | 0.1 | 66.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.1 | 66.00 |

troutman pepper locke

Hologenix, LLC

Trademark Watch Notice Review

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/07/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 11/14/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 11/21/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 0.5 | 330.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.5 | 330.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 12/08/25 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132135542 |
| Firm Ref. No. | 242806 |

Total Amount of This Invoice $396.00

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 01/26/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132162704 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/25 | $898.00 |
| **Total Amount of This Invoice** | **$898.00** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/05/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 12/12/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 12/19/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 12/22/25 | B Watson | Correspondence to client re CELLIANTS applications in South Korea and considerations related to same | 0.2 | 132.00 |
| 12/26/25 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 12/30/25 | B Watson | Review correspondence from client re CELLIANTS applications in South Korea and correspond with client re distinctions in services between CELLIANTS marks and CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 1.1 | 726.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 1.1 | 726.00 |

troutman pepper locke

Hologenix, LLC

CELLIANT (KH-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/11/25 | S Falloon | Communication to Seth Casden regarding the approaching vulnerability date for the Cambodian Trademark Registration for CELLIANT and providing details on use requirements and recommendations for the same | 0.2 | 84.00 |
| | | Total: | 0.2 | 84.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 420.00 | 0.2 | 84.00 |

troutman pepper locke

Hologenix, LLC

Acquisition of CELLIANT.CN

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/25**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/31/25 | S Falloon | Receive and review communication from counsel in China reporting the renewal of the CELLIANT.CN and CELLIANT.COM.CN domains until 2035 and email to Seth Casden reporting the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/25**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 01/26/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132162704 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $898.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 02/23/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132182008 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/26 | $594.00 |
| Costs and Expenses Through 01/31/26 | $6,606.04 |
| **Total Amount of This Invoice** | **$7,200.04** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/02/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Review correspondence from client re use of CELLIANT mark in commerce and correspond with client re CELLIANTS marks identified in watch notice and general trademark prosecution considerations | 0.3 | 198.00 |
| 01/19/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 01/23/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 0.7 | 462.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.7 | 462.00 |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/26**

| Date | Description | Amount |
|---|---|---|
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143537-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143525-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143533-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143534-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143552-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143549-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| 01/05/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143521-MRC Date: 1/5/2026 - Renewal in due course of device trademark for products or services per class | 827.72 |
| | Total: | 5,794.04 |

Total Fees & Costs: $6,256.04

troutman pepper locke

Hologenix, LLC

Celliant Logo (BR) - Trademark Application

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/19/26 | S Falloon | Receive and review communications from counsel in Brazil reporting the filing of the 7 renewal applications for the CELLIANT Logo and email to Seth Casden reporting and providing copies of the same | 0.3 | 132.00 |
| | | Total: | 0.3 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |

troutman pepper locke

Hologenix, LLC

Acquisition of CELLIANT.CN

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/26**

| Date | Description | Amount |
|---|---|---|
| 10/23/25 | Foreign Counsel Fees & Expenses - Vendor: Chofn International Intellectual Propert Invoice#: XB1251000621XB1 Date: 10/23/2025 - Renewing and managing the subject two domain names for the next term; renewal for the subject two domain names for 10 years; disbursements | 812.00 |
| | Total: | 812.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 02/23/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132182008 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $7,200.04 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 03/11/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132195327 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/26 | $1,989.00 |
| Costs and Expenses Through 02/28/26 | $1,872.47 |
| **Total Amount of This Invoice** | **$3,861.47** |

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/01/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.1 | 66.00 |
| 02/06/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 02/13/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 02/20/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the filing of the renewal application for the CELLIANT Logo in Class 18 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| 02/20/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 02/27/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 1.1 | 682.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |
| Watson, Brooke R. | 660.00 | 0.9 | 594.00 |

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/26**

| Date | Description | Amount |
|---|---|---|
| 02/02/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143729-MRC Date: 2/2/2026 - Renewal in due course of device trademark for products or services per class; disbursements | 847.72 |
| 02/24/26 | Professional Services - Vendor: CSC Invoice#: 86120072858 Date: 2/24/2026 - DOCUMENT RETRIEVAL WORK IN DELAWARE DISBURSEMENT/COST; SERVICE FEE - CERTIFICATE OF STATUS; SPECIAL ARRANGEMENT DISCOUNT; DELAWARE STATE ACCESS FEE; ELECTRONIC DELIVERY | 295.95 |
| | Total: | 1,143.67 |

Total Fees & Costs: $1,825.67

troutman pepper locke

Hologenix, LLC

TM App - CELLIANT (Logo) (BR)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/02/26 | S Falloon | Receive and review communication from counsel in Brazil requesting authorization to proceed with the renewal of the CELLIANT Logo in Class 18, responsive email providing authorization to proceed with the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

troutman pepper locke

Hologenix, LLC

TM App - CELLIANT (CN) Cl. 25

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/18/26 | S Falloon | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 25 and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 106.00 |
| 02/20/26 | S Falloon | Receive instructions from client to proceed with the renewal for CELLIANT in Class 25 and email to counsel in China providing instructions regarding the same | 0.2 | 106.00 |
| 02/24/26 | S Falloon | Receive request from counsel in China to provide an updated Certificate of Good Standing for Hologenix LLC, place order for the same from the Delaware Secretary of State, receive and send same to counsel in China | 0.4 | 212.00 |
| 02/25/26 | S Falloon | Receive and review communication from counsel in China reporting the renewal applications for CELLIANT in Class 18, 23, 24 and 25 and email to Ismar Cutipa reporting and providing a copy of the same | 0.3 | 159.00 |
| | | Total: | 1.1 | 583.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 530.00 | 1.1 | 583.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/26**

| Date | Description | Amount |
|---|---|---|
| 02/25/26 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641245 Date: 2/25/2026 - Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| | Total: | 182.20 |

Total Fees & Costs: $765.20

troutman pepper locke

Hologenix, LLC

TM App - CELLIANT (CN) Cl. 23

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/18/26 | S Falloon | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 23 and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 106.00 |
| 02/20/26 | S Falloon | Receive instructions from client to proceed with the renewal for CELLIANT in Class 23 and email to counsel in China providing instructions regarding the same | 0.2 | 106.00 |
| | | Total: | 0.4 | 212.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 530.00 | 0.4 | 212.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/26**

| Date | Description | Amount |
|---|---|---|
| 02/25/26 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641246 Date: 2/25/2026 - Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| | Total: | 182.20 |

Total Fees & Costs: $394.20

troutman pepper locke

Hologenix, LLC

TM App - CELLIANT (CN) Cl. 24

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/18/26 | S Falloon | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 24 and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 106.00 |
| 02/20/26 | S Falloon | Receive instructions from client to proceed with the renewal for CELLIANT in Class 24 and email to counsel in China providing instructions regarding the same | 0.2 | 106.00 |
| | | Total: | 0.4 | 212.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 530.00 | 0.4 | 212.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/26**

| Date | Description | Amount |
|---|---|---|
| 02/25/26 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641247 Date: 2/25/2026 - Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| | Total: | 182.20 |

| | |
|---|---|
| Total Fees & Costs: | $394.20 |

troutman pepper locke

Hologenix, LLC

TM App - CELLIANT (CN) Cl. 18

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/18/26 | S Falloon | Receive and review reminder from counsel in China regarding the approaching renewal deadline for CELLIANT in Class 18 and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 106.00 |
| 02/20/26 | S Falloon | Receive instructions from client to proceed with the renewal for CELLIANT in Class 18 and email to counsel in China providing instructions regarding the same | 0.2 | 106.00 |
| | | Total: | 0.4 | 212.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 530.00 | 0.4 | 212.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/26**

| Date | Description | Amount |
|---|---|---|
| 02/25/26 | Foreign Counsel Fees & Expenses - Vendor: China Patent Agent (H.K.) LTD. Invoice#: 2641248 Date: 2/25/2026 - Filing the renewal application for the subject mark in one class; disbursements | 182.20 |
| | Total: | 182.20 |

Total Fees & Costs: $394.20

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 03/11/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132195327 |
| Firm Ref. No. | 242806 |

Total Amount of This Invoice $3,861.47

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 04/16/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132223622 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/26 | $1,804.00 |
| Costs and Expenses Through 03/31/26 | $1,070.00 |
| **Total Amount of This Invoice** | **$2,874.00** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/06/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark and correspond with client re trademark application for CALIENT in Sri Lanka | 0.3 | 198.00 |
| 03/12/26 | B Watson | Correspondence to Sri Lankan counsel re potential opposition to CALIENT mark | 0.3 | 198.00 |
| 03/14/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 03/18/26 | S Falloon | Receive request from Richard Braham regarding an updated status report for Hologenix; prepare and send same to client | 0.3 | 132.00 |
| 03/18/26 | B Watson | Review correspondence from Sri Lankan counsel re potential opposition to CALIENT and correspond with Sri Lankan counsel and client re recommendations related to same | 0.2 | 132.00 |
| 03/23/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re potential opposition of SELENTE mark in the EU | 0.4 | 264.00 |
| 03/24/26 | B Watson | Review correspondence from client confirming non-opposition to CALIENT and correspond with client and Sri Lankan counsel re same | 0.1 | 66.00 |
| 03/27/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 2.0 | 1,254.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |
| Watson, Brooke R. | 660.00 | 1.7 | 1,122.00 |

troutman pepper locke

Hologenix, LLC

Celliant Logo (BR) - Trademark Application

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/26/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificates for the CELLIANT Logo in Class 5, 10, 20, 22, 23, 24 + 25 and email to client reporting and providing copies of the same | 0.3 | 132.00 |
| | | Total: | 0.3 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |

troutman pepper locke

Hologenix, LLC

Celliant Logo (BR) - Trademark Application

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/26**

| Date | Description | Amount |
|---|---|---|
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143494-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 150.00 |
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143487-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 150.00 |
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143310-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 170.00 |
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143200-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 150.00 |
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143493-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 150.00 |
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143356-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 150.00 |
| 03/24/26 | Foreign Counsel Fees & Expenses - Vendor: Cruzeiro/Newmarc Invoice#: 143488-MRC Date: 3/24/2026 - Withdrawing, docketing, revising and transmitting the certificate of renewal | 150.00 |
| | Total: | 1,070.00 |

Total Fees & Costs: $1,202.00

troutman pepper locke

Hologenix, LLC

CELLIANT (MY-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/09/26 | S Falloon | Review file history and email to counsel in Malaysia requesting an update on the application to register CELLIANT in Class 20 and 24 | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

troutman pepper locke

Hologenix, LLC

Domain name dispute: celliant.jp

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/13/26 | S Falloon | Receive reminder from counsel in Japan regarding the approaching renewal deadline for the CELLIANT.JP domain and email to client reporting and requesting instructions regarding the same, receive instructions to renew domain and email to counsel providing instructions regarding the same | 0.3 | 132.00 |
| | | Total: | 0.3 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |

troutman pepper locke

Hologenix, LLC

Opp. to SELENTE in EU by Selente GmbH, Schlesierstr

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/25/26 | B Watson | Review correspondence from client re potential opposition of SELENTE in EU and correspond with G. Visintini re options for opposition and likelihood of success | 0.3 | 198.00 |
| | | Total: | 0.3 | 198.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.3 | 198.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 04/16/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132223622 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $2,874.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 05/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132248834 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/26 | $2,407.00 |
| Costs and Expenses Through 04/30/26 | $7,524.32 |
| **Total Amount of This Invoice** | **$9,931.32** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/02/26 | G Visintini | Email from B. Watson in relation to potential opposition. Reviewing information in relation to applicant and finding more information on Applicant activities and business. Reviewing information in relation to client and client's business. Comparing marks and goods. Assessing chances of success in an opposition and providing advice in relation to best course of action. | 1.5 | 1,395.00 |
| 04/03/26 | S Falloon | Receive and review communications from counsel in Brazil reporting the filing of the renewal applications for CELLIANT in Class 5, 10, 18, 22, 23 and 25 and email to Ismar Cutipa reporting and providing copies of the same | 0.3 | 132.00 |
| 04/03/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Report CN CELIAN application in Kazakhstan to client | 0.4 | 264.00 |
| 04/10/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re potential opposition of CELLENTIA mark in Argentina | 0.4 | 264.00 |
| 04/17/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 22 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 3.0 | 2,275.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.5 | 220.00 |
| Visintini, Giovanni | 930.00 | 1.5 | 1,395.00 |
| Watson, Brooke R. | 660.00 | 1.0 | 660.00 |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/26**

| **Description** | | **Amount** |
|---|---|---|
| Foreign Counsel Fees & Expenses | | 4,966.32 |
| Professional Services | | 2,558.00 |
| | Total: | 7,524.32 |
| | Total Fees & Costs: | $9,799.32 |

Invoice Date 05/19/26
Invoice Number 132248834
File No. 242806.000114
Claim/Client File No. T21038CN06
Page 4

Hologenix, LLC

CELLIANT & Design (New) - Cl. 5, 10, 18… (CN/WO-TM) Ref.: T21038CN06

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/03/26 | S Falloon | Receive and review communications from counsel in Brazil reporting the issuance of the Renewal Certificates for CELLIANT in Class 22, 23 and 25 and email to Ismar Cutipa reporting and providing a copy of the same | 0.3 | 132.00 |
| | | Total: | 0.3 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 05/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132248834 |
| Firm Ref. No. | 242806 |

Total Amount of This Invoice $9,931.32

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 05/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132248835 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/26 | $2,997.00 |
| Costs and Expenses Through 04/30/26 | $1,090.00 |
| **Total Amount of This Invoice** | **$4,087.00** |

Invoice Date 05/19/26
Invoice Number 132248835
File No. 242806.000015
Page 2

Hologenix, LLC

Celliant Logo (BR) - Trademark Application

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/26**

| Description | | Amount |
|---|---|---|
| Foreign Counsel Fees & Expenses | | 450.00 |
| | Total: | 450.00 |

Invoice Date 05/19/26
Invoice Number 132248835
File No. 242806.000025
Page 3

Hologenix, LLC

CELLIANT (CN) (Class 25) - Trademark Application

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/26 | S Falloon | Receive and review communication from counsel in China reporting the issuance of the Renewal Certificates for CELLIANT in Class 25, 23, 24 and 18 and email to Ismar Cutipa reporting and providing a copy of the same | | 0.3 | 159.00 |
| | | | Total: | 0.3 | 159.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 530.00 | 0.3 | 159.00 |

troutman pepper locke

Hologenix, LLC

CELLIANT & Design (Old) - Cl. 18 (BR-TM) App No. 840466765

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the Renewal Certifciate for the CELLIANT logo in Class 18 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/26**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 170.00 |
| Total: | 170.00 |

Total Fees & Costs: $258.00

Invoice Date 05/19/26
Invoice Number 132248835
File No. 242806.000108
Page 5

Hologenix, LLC

CELLIANT - Cl. 5 (BR-TM) App No. 840466986

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 5 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/26**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 170.00 |
| Total: | 170.00 |

Total Fees & Costs: $258.00

Hologenix, LLC

CELLIANT - Cl. 25 (BR-TM) App No. 840466960

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 25 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

troutman pepper locke

Hologenix, LLC

CELLIANT - Cl. 10 (BR-TM) App No. 840466978

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 10 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/26**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 150.00 |
| Total: | 150.00 |
| Total Fees & Costs: | $238.00 |

troutman pepper locke

Hologenix, LLC

CELLIANT - Cl. 23 (BR-TM) App No. 840466951

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 23 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

troutman pepper locke

Hologenix, LLC

CELLIANT - Cl. 18 (BR-TM) App No. 840467133

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/29/26 | S Falloon | Receive and review communication from counsel in Brazil reporting the issuance of the renewal certificate for CELLIANT in Class 18 and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/26**

| Description | Amount |
|---|---|
| Foreign Counsel Fees & Expenses | 150.00 |
| Total: | 150.00 |
| Total Fees & Costs: | $238.00 |

troutman pepper locke

Hologenix, LLC

Opp. to SELENTE in EU by Selente GmbH, Schlesierstr

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/03/26 | B Watson | Review correspondence from EU counsel re potential opposition of SELENTE and correspond with client re recommendation re opposition of SELENTE in EU | 0.4 | 264.00 |
| 04/06/26 | B Watson | Review correspondence from client confirming no opposition of SELENTE in EU and correspond with client and EU counsel re same | 0.1 | 66.00 |
| | | Total: | 0.5 | 330.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.5 | 330.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CN CELIAN in Kazakhstan

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/08/26 | B Watson | Review correspondence from client re obtaining potential options to oppose CN CELIAN and Design in Morocco and correspond with client and Moroccan counsel re same | 0.3 | 198.00 |
| 04/10/26 | B Watson | Correspondence to counsel in Kazakhstan re review, analysis, and recommendation related to matter | 0.1 | 66.00 |
| 04/13/26 | B Watson | Review correspondence from counsel in Kazakhstan re potential opposition to CN CELIAN and correspond with counsel in Kazakshtan and client re potential opposition | 0.4 | 264.00 |
| 04/16/26 | B Watson | Review correspondence from client re opposition of CN CELIAN in Kazakhstan and correspond with client and foreign counsel re same | 0.1 | 66.00 |
| | | Total: | 0.9 | 594.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.9 | 594.00 |

Invoice Date 05/19/26
Invoice Number 132248835
File No. 242806.000129
Page 12

Hologenix, LLC

Poss. Opp. to CELLENTIA in Argentina

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 04/13/26 | B Watson | Review correspondence from client requesting options to oppose CELLENTIA mark and likelihood of success and correspond with client and Argentinian counsel re same, Review correspondence from Argentinian counsel re likelihood of success and correspond with client and Argentinian counsel re same | 0.5 | 330.00 |
| 04/16/26 | B Watson | Review correspondence from client authorizing search and investigation of CELLENTIA in Argentina and correspond with client and Argentinian counsel re same | 0.2 | 132.00 |
| 04/17/26 | B Watson | Review correspondence from Argentinian counsel with recommendations related to opposition of CELLENTIA mark and correspond with Argentinian counsel and client re recommendations related to same | 0.4 | 264.00 |
| 04/20/26 | B Watson | Review correspondence from client re opposition strategy and correspond with client and Argentinian counsel re same, Review correspondence from Argentinian counsel re proposed opposition strategy and correspond with Argentinian counsel and client re same | 0.3 | 198.00 |
| 04/21/26 | S Falloon | Receive and review communication from counsel in Argentina requesting a Power of Attorney legalized by Apostille for use in the oppositions against CELLENTIA and CELLENTIA SALUD and email to Richard Braham reporting and requesting the same | 0.2 | 88.00 |
| 04/21/26 | B Watson | Review correspondence from client re proceeding with oppositions against CELLENTIA and CELLENTIA SALUD in Class 5 and correspond with client and Argentinian counsel re same, Review correspondence from Argentinian counsel re execution, notarization, and apostille of Power of Attorney and correspond with Argentinian counsel re same | 0.3 | 198.00 |
| 04/27/26 | S Falloon | Receive and review communication from counsel in Argentina reporting the filing of the oppositions against CELLENTIA and CELLENTIA SALUD and email to client reporting and providing copies of the same | 0.2 | 88.00 |
| 04/30/26 | S Falloon | Receive and review communication from Richard Braham regarding executed Power of Attorney, responsive email requesting the legalization happen locally in Australia in view of time constraints | 0.2 | 88.00 |
| | | Total: | 2.3 | 1,386.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELLENTIA in Argentina

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.6 | 264.00 |
| Watson, Brooke R. | 660.00 | 1.7 | 1,122.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 05/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132248835 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $4,087.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 06/18/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132272604 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/26 | $264.00 |
| Costs and Expenses Through 05/31/26 | $383.00 |
| **Total Amount of This Invoice** | **$647.00** |

troutman pepper locke

Hologenix, LLC

Domain name dispute: celliant.jp

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/08/26 | S Falloon | Receive and review communication from counsel in Japan reporting the renewal of the CELLIANT.JP domain and email to client reporting and providing a copy of the same | 0.2 | 88.00 |
| | | Total: | 0.2 | 88.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |

Invoice Date 06/18/26
Invoice Number 132272604
File No. 242806.000129
Page 3

Hologenix, LLC

Poss. Opp. to CELLENTIA in Argentina

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/01/26 | S Falloon | Receive and review photographs of executed and notarized Power of Attorney and email to counsel in Argentina providing a copy of the same with an update on the estimated legalization time | 0.2 | 88.00 |
| 05/19/26 | S Falloon | Receive and review original Power of Attorney for use in Argentina and coordinate the mailing of the document to counsel in Argentina | 0.2 | 88.00 |
| | | Total: | 0.4 | 176.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/26**

| Date | Description | Amount |
|---|---|---|
| 05/15/26 | Foreign Counsel Fees & Expenses - Vendor: Marval & O'Farrell Mairal Invoice#: 002100187681 Date: 5/15/2026 - To ratifying opposition on the basis of Power of Attorney; Official Fees | 383.00 |
| | Total: | 383.00 |

Total Fees & Costs: $559.00

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 06/18/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132272604 |
| Firm Ref. No. | 242806 |

REMITTANCE

| | |
|---|---|
| Total Amount of This Invoice | $647.00 |

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 06/18/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132272610 |
| Firm Ref. No. | 242806.000001 |

**RE: Routine IP Matters**

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/26 | $770.00 |
| **Total Amount of This Invoice** | **$770.00** |

Invoice Date 06/18/26
Invoice Number 132272610
File No. 242806.000001
Page 2

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 05/01/26 | S Falloon | Prepare status report and communication to client regarding the approaching vulnerability dates for Hologenix, LLC and providing details regarding the same | 0.4 | 176.00 |
| 05/10/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark from May 8, 2026 | 0.2 | 132.00 |
| 05/11/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark from April 24, 2026 and May 1, 2026 | 0.3 | 198.00 |
| 05/15/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 05/22/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 1.3 | 770.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |
| Watson, Brooke R. | 660.00 | 0.9 | 594.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 06/18/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132272610 |
| Firm Ref. No. | 242806 |

REMITTANCE

| | |
|---|---|
| Total Amount of This Invoice | $770.00 |

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 07/17/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132293797 |
| Firm Ref. No. | 242806.000001 |

**RE: Routine IP Matters**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/26 | $1,386.00 |
| **Total Amount of This Invoice** | **$1,386.00** |

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 06/05/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client reporting CELION and Design application in Colombia | 0.4 | 264.00 |
| 06/08/26 | B Watson | Review correspondence from client authorizing correspondence to counsel in Colombia re potential opposition of CELION mark and correspond with client and Colombian counsel re same | 0.2 | 132.00 |
| 06/09/26 | B Watson | Review correspondence from Colombian counsel re international registrations for CELLIANT for potential opposition of CELION mark and correspond with Colombian counsel re same | 0.2 | 132.00 |
| 06/12/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 06/15/26 | B Watson | Correspondence to Colombian counsel re recommendations related to potential CELION opposition proceeding in Colombia | 0.3 | 198.00 |
| 06/16/26 | B Watson | Review correspondence from Colombian counsel re potential opposition of CELION in Colombia and correspond with Colombian counsel and client re same | 0.2 | 132.00 |
| 06/17/26 | B Watson | Review correspondence from client and Colombian counsel re potential opposition of CELION and correspond with client and Colombian counsel re registrations for CELION and CELION POWER owned by CELION COLOMBIA S.A.S. | 0.2 | 132.00 |
| 06/20/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 06/26/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 2.1 | 1,386.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 2.1 | 1,386.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 07/17/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132293797 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $1,386.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 07/17/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132293798 |
| Firm Ref. No. | 242806.000015 |

**RE: TM App - CELLIANT (Logo) (BR)**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/26 | $176.00 |
| **Total Amount of This Invoice** | **$176.00** |

troutman pepper locke

Hologenix, LLC

TM App - CELLIANT (Logo) (BR)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 06/29/26 | S Falloon | Email to client regarding the approaching renewal deadline for the Brazilian Trademark Registration for CELLIANT in Class 20 and requesting instructions regarding the same | 0.2 | 88.00 |
| 06/29/26 | S Falloon | Email to client regarding the approaching renewal deadline for the Brazilian Trademark Registration for CELLIANT in Class 24 and requesting instructions regarding the same | 0.2 | 88.00 |
| | | Total: | 0.4 | 176.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 07/17/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132293798 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $176.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 08/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132319947 |
| Firm Ref. No. | 242806.000001 |

**RE: Routine IP Matters**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/26 | $858.00 |
| **Total Amount of This Invoice** | **$858.00** |

Invoice Date 08/19/26
Invoice Number 132319947
File No. 242806.000001
Page 2

troutman pepper locke

Hologenix, LLC

Routine IP Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 07/05/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 07/10/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.3 | 198.00 |
| 07/17/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 07/24/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re potential opposition of CELIA | 0.4 | 264.00 |
| 07/27/26 | B Watson | Correspondence to Turkish counsel re potential opposition of CELIA | 0.2 | 132.00 |
| | | Total: | 1.3 | 858.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 1.3 | 858.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 08/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132319947 |
| Firm Ref. No. | 242806 |

Total Amount of This Invoice $858.00

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 08/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132319956 |
| Firm Ref. No. | 242806.000129 |

**RE: Poss. Opp. to CELLENTIA in Argentina**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/26 | $484.00 |
| **Total Amount of This Invoice** | **$484.00** |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELLENTIA in Argentina

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 07/10/26 | S Falloon | Review file history and email to local counsel requesting an update on the opposition prosecution | 0.2 | 88.00 |
| 07/26/26 | B Watson | Review draft correspondence to client re potential settlement of CELLENTIA in Argentina and correspond with S. Falloon re same | 0.2 | 132.00 |
| 07/27/26 | S Falloon | Receive and review communication from counsel in Argentina regarding the next steps in the oppositions against CELLENTIA and CELLENTIA SALUD, prepare and send email to client reporting and requesting instructions regarding the same | 0.3 | 132.00 |
| 07/28/26 | B Watson | Correspondence to Argentinian counsel re estimated fees for settlement negotiations and proposed next steps | 0.2 | 132.00 |
| | | Total: | 0.9 | 484.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.5 | 220.00 |
| Watson, Brooke R. | 660.00 | 0.4 | 264.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 08/19/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132319956 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $484.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 09/15/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132340069 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/26 | $5,748.00 |
| **Total Amount of This Invoice** | **$5,748.00** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/09/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Correspondence to client re CELI application in U.S. and R CELIA application in Morocco | 0.4 | 264.00 |
| 08/10/26 | B Watson | Review correspondence from client re potential use of CELLIANT mark by partner in Japanese stores and correspond with client re proposed trademark applications and licensing agreement for same | 0.3 | 198.00 |
| 08/10/26 | B Watson | Correspondence to Moroccan counsel re potential opposition of R CELIA mark, Review correspondence from Moroccan counsel re potential opposition of R CELIA in Morocco and correspond with client re same | 0.3 | 198.00 |
| 08/11/26 | B Watson | Review correspondence from client re use of CELLIANT mark in Morocco and correspond with client and Moroccan counsel re same | 0.3 | 198.00 |
| 08/12/26 | B Watson | Review correspondence from Moroccan counsel re evidence of use of CELLIANT mark in Morocco to establish notoriety and correspond with Moroccan counsel and client re same | 0.2 | 132.00 |
| 08/13/26 | B Watson | Review correspondence from client re potential opposition of R CELIA in Morocco and correspond with client re same | 0.1 | 66.00 |
| 08/19/26 | S Falloon | Receive request from Richard Braham to provide an updated status report for Hologenix, prepare and send same to client | 0.3 | 132.00 |
| 08/21/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Report CELIA CELIA in Argentina and CELIA in Kurdistan to Hologenix | 0.3 | 198.00 |
| 08/24/26 | S Falloon | Email to counsel in Japan requesting costs estimates for filing a new application in Class 35 for CELLIANT and CELLIANT & Design | 0.2 | 88.00 |
| 08/26/26 | S Falloon | Receive and review communication from counsel in Japan providing cost estimates for filing a new application in one class and email to Seth Casden reporting and requesting instructions regarding the same | 0.2 | 88.00 |
| 08/30/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Reported CELLATI and SELLIA applications in South Korea to client | 0.4 | 264.00 |
| 08/31/26 | B Watson | Correspondence to South Korean counsel re potential opposition of SELLIA and CELLATTI in South Korea and correspond with client re same | 0.2 | 132.00 |

Invoice Date 09/15/26
Invoice Number 132340069
File No. 242806.000001
Page 3

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | Total: | 3.2 | 1,958.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.7 | 308.00 |
| Watson, Brooke R. | 660.00 | 2.5 | 1,650.00 |

troutman pepper locke

Hologenix, LLC

TM App – CELLIANT & Design (US) Cl. 10, 25 – NEW

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/03/26 | S Falloon | Review Courtesy Reminder issued by USPTO in connection with the approaching deadline to file a Declaration of Use for the applicable mark and class, communication to client reporting same and providing requirements and deadlines. | 0.2 | 78.00 |
| 08/09/26 | B Watson | Review draft correspondence to client re Declaration of Use for CELLIANT and Design in Classes 10 and 25 and correspond with S. Falloon re same | 0.1 | 60.00 |
| | | Total: | 0.3 | 138.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 390.00 | 0.2 | 78.00 |
| Watson, Brooke R. | 600.00 | 0.1 | 60.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELLENTIA in Argentina

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/17/26 | S Falloon | Review file history and email to counsel in Argentina requesting an update on settlement discussions | 0.2 | 88.00 |
| 08/31/26 | B Watson | Review correspondence from Argentinian counsel re deadline to ratify CELLENTIA opposition and correspond with Argentinian counsel and client re same | 0.1 | 66.00 |
| | | Total: | 0.3 | 154.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.2 | 88.00 |
| Watson, Brooke R. | 660.00 | 0.1 | 66.00 |

troutman pepper locke

Hologenix, LLC

Opp. to CELLENTIA SALUD in AR by GIGLIOTTI, ROMINA FERNANDA

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/04/26 | B Watson | Correspondence to client re instructions re settlement discussions with CELLENTIA SALUD and correspond with Argentinian counsel re instructions to proceed with same | 0.2 | 132.00 |
| 08/05/26 | B Watson | Review correspondence from Argentinian counsel re settlement discussions with CELLENTIA SALUD and correspond with Argentinian counsel re same | 0.1 | 66.00 |
| 08/19/26 | B Watson | Correspondence to Argentinian counsel re status of settlement negotiations and deadline to withdraw oppositions | 0.1 | 66.00 |
| 08/31/26 | B Watson | Review correspondence from Argentinian counsel re deadline to ratify CELLENTIA SALUD opposition and correspond with Argentinian counsel and client re same | 0.2 | 132.00 |
| | | Total: | 0.6 | 396.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.6 | 396.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELIA in TR by AYSEL HAJIYEVA, Turkey

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/03/26 | B Watson | Review correspondence from Turkish counsel re potential opposition of CELIA in Turkey and correspond with Turkish counsel and client re same | 0.6 | 396.00 |
| 08/06/26 | B Watson | Review correspondence from Turkish counsel re proposed opposition and likelihood of success and correspond with Turkish counsel re same, Correspondence to client re proposed opposition and likelihood of success and fees necessary to move forward with same | 0.5 | 330.00 |
| 08/07/26 | B Watson | Review correspondence from client approving opposition and correspond with client and Turkish counsel re same | 0.2 | 132.00 |
| 08/11/26 | B Watson | Review correspondence from Turkish counsel re notice of opposition and requested documents and correspond with Turkish counsel re same | 0.1 | 66.00 |
| 08/13/26 | S Falloon | Prepare status report of worldwide registrations and applications in Class 25 for CELLIANT, review and obtain Certificates of Registration for the same, send same to B. Watson | 0.6 | 264.00 |
| 08/17/26 | B Watson | Review correspondence from client re evidence of sales in Turkey for opposition proceeding and correspond with client re same, Correspondence with Turkish counsel re registrations and registration certificates and evidence of sales in support of opposition proceeding | 0.6 | 396.00 |
| 08/21/26 | B Watson | Review correspondence from Turkish counsel re opposition and evidence of use in Turkey and correspond with Turkish counsel re same | 0.3 | 198.00 |
| 08/24/26 | B Watson | Review correspondence from Turkish counsel re opposition proceeding against CELIA and correspond with Turkish counsel and client re same | 0.5 | 330.00 |
| 08/25/26 | B Watson | Review correspondence from client re Turkish opposition and correspond with client and Turkish counsel re same | 0.1 | 66.00 |
| 08/30/26 | B Watson | Correspondence to Turkish counsel re confirmation of filing opposition | 0.1 | 66.00 |
| | | Total: | 3.6 | 2,244.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELIA in TR by AYSEL HAJIYEVA, Turkey

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.6 | 264.00 |
| Watson, Brooke R. | 660.00 | 3.0 | 1,980.00 |

Hologenix, LLC

Poss. Opp. of CELIA CELIA in AR by VARAS VALENTINA

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/24/26 | B Watson | Review correspondence from client re potential opposition of CELIA CELIA in Argentina and correspond with client and Argentinian counsel re same | 0.2 | 132.00 |
| 08/25/26 | B Watson | Review correspondence from client re opinion related to CELIA CELIA application in Argentina and correspond with client and Argentinian counsel re same | 0.1 | 66.00 |
| 08/30/26 | B Watson | Review correspondence from Argentinian counsel re potential opposition of CELIA CELIA application and correspond with Argentinian counsel re same | 0.2 | 132.00 |
| 08/31/26 | B Watson | Review correspondence from Argentinian counsel re potential opposition of CELIA CELIA and correspond with client and Argentinian counsel re same | 0.2 | 132.00 |
| | | Total: | 0.7 | 462.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.7 | 462.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. of CELIA in KD by Somalac

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/24/26 | B Watson | Review correspondence from client re potential opposition of CELIA in Kurdistan and correspond with client and Kurdistan counsel re same | 0.2 | 132.00 |
| 08/31/26 | B Watson | Review correspondence from Kurdistan counsel re potential opposition of CELIA and correspond with client and Kurdistan counsel re same | 0.2 | 132.00 |
| | | Total: | 0.4 | 264.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.4 | 264.00 |

Invoice Date 09/15/26
Invoice Number 132340069
File No. 242806.000135
Page 11

Hologenix, LLC

CELLIANT - Cl. 35 (JP-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 08/21/26 | B Watson | Review correspondence from client re proposed CELLIANT standard character and logo applications for Class 35 in Japan and correspond with client and S. Falloon re same | 0.1 | 66.00 |
| 08/31/26 | B Watson | Review and revise proposed trademark application for CELLIANT mark in Japan | 0.1 | 66.00 |
| | | Total: | 0.2 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.2 | 132.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

troutman pepper locke

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
17383 Sunset Boulevard
Suite A420
Pacific Palisades, CA 90272

| | |
|---|---|
| Invoice Date | 09/15/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132340069 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of This Invoice | $5,748.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A., Atlanta, Georgia**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations please add**
**Swift Address/Code: WFBI US 6S**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

Federal ID No.:
**58-0946915**

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 10/20/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132367774 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/26 | $4,992.00 |
| **Total Amount of Invoice No. 132367774** | **$4,992.00** |

troutman pepper locke

Hologenix, LLC

Routine Intellectual Property Matters

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/03/26 | B Watson | Review correspondence from South Korean counsel re potential oppositions of CELLATTI and SELLIA in South Korea and correspond with South Korean counsel and client re same | 0.1 | 66.00 |
| 09/04/26 | B Watson | Review correspondence from client re potential oppositions of CELLATTI and SELLIA and Design and correspond with client and South Korean counsel re same | 0.1 | 66.00 |
| 09/07/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 09/11/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| 09/14/26 | B Watson | Review correspondence from client re proposed application for CELLIANT365 and correspond with client re services description for same | 0.1 | 66.00 |
| 09/17/26 | S Falloon | Receive and review communication from Richard Braham regarding CELLIANT in Malaysia, review file history and discuss same with B. Watson, email to counsel in Malaysia regarding the same | 0.4 | 176.00 |
| 09/18/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark, Report SALIENT application in China to client | 0.4 | 264.00 |
| 09/21/26 | B Watson | Correspondence to Korean counsel re status of publication of SALIENT mark in Korea for potential opposition of same | 0.2 | 132.00 |
| 09/22/26 | B Watson | Review correspondence from Korean counsel re status of SALIENT application in relation to potential opposition and correspond with Korean counsel re same | 0.1 | 66.00 |
| 09/25/26 | B Watson | Review and analyze trademark watch service results for CELLIANT mark | 0.2 | 132.00 |
| | | Total: | 2.0 | 1,232.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.4 | 176.00 |
| Watson, Brooke R. | 660.00 | 1.6 | 1,056.00 |

Hologenix, LLC

Routine Intellectual Property Matters

troutman pepper locke

Hologenix, LLC

CELLIANT (MY-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/17/26 | B Watson | Review correspondence from S. Falloon re deed of assignment for CELLIANT in Malaysia, review Malaysian assignment, and correspond with S. Falloon re same | 0.1 | 66.00 |
| 09/29/26 | S Falloon | Receive and review communication from counsel in Malaysia regarding the registration for CELLIANT by Morpheus World, and providing an update on the assignment, email to Richard Braham reporting and providing a copy of the same | 0.3 | 132.00 |
| | | Total: | 0.4 | 198.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.3 | 132.00 |
| Watson, Brooke R. | 660.00 | 0.1 | 66.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELLENTIA in Argentina

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/08/26 | B Watson | Review correspondence from Argentinian counsel re potential opposition of CELLENTIA SALUD and correspond with Argentinian counsel and client re same | 0.1 | 66.00 |
| 09/09/26 | B Watson | Review correspondence from Argentinian counsel re timing of filing ratification brief in CELLENTIA opposition and correspond with Argentinian counsel re same | 0.1 | 66.00 |
| 09/11/26 | B Watson | Review correspondence from client re potential opposition of CELLENTIA SALUD and correspondence re effects of abandoning oppositions and correspond with client and Argentinian counsel re same | 0.2 | 132.00 |
| 09/14/26 | B Watson | Correspondence with client and Argentinian counsel re ratification of opposition of CELLENTIA in Argentina, potential new CELLIANT applications in Argentina, and strategy related to same | 0.2 | 132.00 |
| 09/15/26 | B Watson | Review correspondence from Argentinian counsel regarding ratification of opposition of CELLENTIA and correspond with client and Argentinian counsel re same | 0.1 | 66.00 |
| 09/18/26 | B Watson | Correspondence to Argentinian counsel re filing confirmation for CELLENTIA trademark opposition | 0.1 | 66.00 |
| 09/24/26 | B Watson | Review correspondence from Argentinian counsel re ratification brief for CELLENTIA in Argentina and correspond with Argentinian counsel and client re same | 0.1 | 66.00 |
| | | Total: | 0.9 | 594.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.9 | 594.00 |

troutman pepper locke

Hologenix, LLC

Opp. to CELLENTIA SALUD in AR by GIGLIOTTI, ROMINA FERNANDA

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/01/26 | B Watson | Review correspondence from client re CELLENTIA SALUD opposition and next steps related to same and correspond with client re same | 0.1 | 66.00 |
| 09/11/26 | B Watson | Review correspondence from client re potential opposition of CELLENTIA SALUD and correspondence re effects of abandoning oppositions and correspond with client and Argentinian counsel re same | 0.2 | 132.00 |
| 09/13/26 | B Watson | Review correspondence from client re basis of opposition of CELLENTIA SALUD in Argentina and correspond with client re same | 0.1 | 66.00 |
| 09/14/26 | B Watson | Correspondence with client and Argentinian counsel re ratification of opposition of CELLENTIA SALUD in Argentina, potential new CELLIANT applications in Argentina, and strategy related to same | 0.2 | 132.00 |
| 09/15/26 | B Watson | Review correspondence from Argentinian counsel regarding ratification of opposition of CELLENTIA SALUD and correspond with client and Argentinian counsel re same | 0.1 | 66.00 |
| | | Total: | 0.7 | 462.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.7 | 462.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. to CELIA in TR by AYSEL HAJIYEVA, Turkey

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/07/26 | B Watson | Review correspondence from Turkish counsel re official filing receipt for opposition against CELIA and correspond with Turkish counsel and client re same | 0.2 | 132.00 |
| | | Total: | 0.2 | 132.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.2 | 132.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. of R CELIA in MA by RICHBOND

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/01/26 | B Watson | Correspondence to client re instructions related to potential opposition of R CELIA and Morocco | 0.1 | 66.00 |
| 09/11/26 | B Watson | Correspondence to client re potential opposition of R CELIA in Morocco | 0.1 | 66.00 |
| 09/14/26 | B Watson | Rveiew correspondence from client re potential opposition of R CELIA in Morocco and correspond with client re opposition and potential cease and desist letter | 0.2 | 132.00 |
| 09/15/26 | B Watson | Review correspondence from client re potential opposition and cease and desist letter re R CELIA mark in Morocco and correspond with client and Moroccan counsel re same | 0.1 | 66.00 |
| 09/16/26 | B Watson | Review correspondence from Moroccan counsel re potential opposition of R CELIA and cease and desist letter to owner of R CELIA and correspond with Moroccan counsel and client re same | 0.1 | 66.00 |
| 09/17/26 | B Watson | Review correspondence from client re cease and desist letter to R CELIA in Morocco and correspond with client and Moroccan counsel re same | 0.2 | 132.00 |
| 09/21/26 | B Watson | Review correspondence from Moroccan counsel re cease and desist letter to Richbond re R CELIA mark and correspond with Moroccan counsel and client re same | 0.1 | 66.00 |
| 09/22/26 | B Watson | Review correspondence from client re evidence to support opposition proceeding and correspond with client and Moroccan counsel re same | 0.4 | 264.00 |
| | | Total: | 1.3 | 858.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 1.3 | 858.00 |

troutman pepper locke

Hologenix, LLC

Poss. Opp. of CELIA CELIA in AR by VARAS VALENTINA

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/01/26 | B Watson | Review correspondence from client re potential opposition of CELIA CELIA in Argentina and correspond with client and Argentinian counsel re same | 0.1 | 66.00 |
| | | Total: | 0.1 | 66.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.1 | 66.00 |

Invoice Date 10/20/26
Invoice Number 132367774
File No. 242806.000134
Page 10

troutman pepper locke

Hologenix, LLC

Poss. Opp. of CELIA in KD by Somalac

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/01/26 | B Watson | Review correspondence from client re instructions to not proceed with opposition of CELIA in Kurdistan and correspond with client and Kurdistan counsel re same | 0.1 | 66.00 |
| | | Total: | 0.1 | 66.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 660.00 | 0.1 | 66.00 |

Invoice Date 10/20/26
Invoice Number 132367774
File No. 242806.000135
Page 11

troutman pepper locke

Hologenix, LLC

CELLIANT - Cl. 35 (JP-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/02/26 | S Falloon | Receive instructions from client to proceed with a new application to register CELLIANT in Class 35 in Japan, prepare and send instructions to counsel in Japan regarding the same | 0.7 | 308.00 |
| 09/03/26 | S Falloon | Receive and review communication from counsel in Japan requesting clarification on new application instructions, responsive email providing the same | 0.2 | 88.00 |
| 09/08/26 | S Falloon | Review correspondence from associate reporting the filing receipt for a new application to register the applicable mark and class in Japan and communication to client reporting same. | 0.2 | 88.00 |
| | | Total: | 1.1 | 484.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 1.1 | 484.00 |

troutman pepper locke

Hologenix, LLC

CELLIANT & Design - Cl. 35 (JP-TM)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/02/26 | S Falloon | Receive instructions from client to proceed with a new application to register CELLIANT & Design in Class 35 in Japan, prepare and send instructions to counsel in Japan regarding the same | 0.4 | 176.00 |
| 09/08/26 | S Falloon | Review correspondence from associate reporting the filing receipt for a new application to register the applicable mark and class in Japan and communication to client reporting same. | 0.2 | 88.00 |
| | | Total: | 0.6 | 264.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Falloon, Shannon | 440.00 | 0.6 | 264.00 |

troutman pepper locke

Hologenix, LLC

Potential Opp. of Salient in China by Shapeng Technology Development (Beijing) Co., Ltd.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/22/26 | B Watson | Correspondence to Chinese counsel re potential opposition of SALIENT in China and likelihood of success | 0.2 | 212.00 |
| 09/23/26 | B Watson | Review correspondence from Chinese counsel re potential opposition of SALIENT in China and correspond with Chinese counsel and client re same | 0.3 | 318.00 |
| | | Total: | 0.5 | 530.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 1060.00 | 0.5 | 530.00 |

Hologenix, LLC

CELLIANT - Cl. 20 (MY-TM) (2016000433)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/26**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 09/29/26 | B Watson | Review correspondence to client re Malaysian trademark assignment and correspond with S. Falloon re same | 0.1 | 106.00 |
| | | Total: | 0.1 | 106.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/26**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Watson, Brooke R. | 1060.00 | 0.1 | 106.00 |

Troutman Pepper Locke LLP
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308-2216

troutman.com

troutman pepper locke

**Federal ID No.:**
**58-0946915**

**Billing Inquiries:**
**404-885-2508**

Hologenix, LLC
Attn: Seth Casden
1112 Montana Avenue
Suite 13
Santa Monica, CA 90403

| | |
|---|---|
| Invoice Date | 10/20/26 |
| Submitted by | A Padgett |
| Direct Dial | 404-885-3155 |
| Invoice No. | 132367774 |
| Firm Ref. No. | 242806 |

| | |
|---|---|
| Total Amount of Invoice No. 132367774 | $4,992.00 |

REMITTANCE

**ACH Payments**
**Wells Fargo Bank, N.A.**
**333 Market Street**
**San Francisco, CA 94105 USA**
**ACH/ABA #061000227**
**To Credit Troutman Pepper Locke LLP**
**600 Peachtree St. NE, Ste 3000**
**Atlanta, GA 30308 USA**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Lockbox Address**
**Troutman Pepper Locke LLP**
**P.O. Box 933652**
**Atlanta, Georgia 31193-3652**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**

**Wire Payments**
**Wells Fargo Bank, N.A.**
**333 Market Street**
**San Francisco, CA 94105 USA**
**WIRE/ABA #121000248**
**To Credit Troutman Pepper Locke LLP**
**600 Peachtree St. NE, Ste 3000**
**Atlanta, GA 30308 USA**
**Operating Account #2052700305792**
**Reference Attorney: Austin Padgett**
**Reference Client: 242806**
**From International Locations Use:**
**Swift Code (USD): WFBI US 6S**
**Swift Code (non USD): WFBIUS6WFFX**

Please email all remittance advice to Cash.Receipts@troutman.com

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!

# EXHIBIT "2"

# Brooke R. Watson

Associate

**Charlotte**

brooke.watson@troutman.com

704.998.4079



## OVERVIEW

Brooke focuses her practice on intellectual property matters, concentrating on trademarks and copyrights. From startups to multinational companies, she represents clients across a variety of industries, including manufacturing, insurance, alcoholic beverages, apparel, hospitality, and software products and services.

As part of her counseling and prosecution practice, Brooke works with clients on trademark and copyright clearance, registration, and management of domestic and international portfolios. In addition, she assists clients with drafting and negotiating trademark licenses. Brooke also has experience handling intellectual property aspects of corporate and financial transactions.

Brooke also helps clients with enforcing their trademark rights. She has litigated intellectual property matters in federal court, as well as proceedings before the Trademark Trial and Appeal Board..

During law school, Brooke served as a member of the *North Carolina Law Review*'s Executive Board as the publication editor. She was also a Dean's fellow and a recipient of the Eugene Gressman and Daniel H. Pollitt Oral Advocacy Award. Prior to attending law school, Brooke worked as a paralegal at boutique intellectual property and civil litigation firms.

## REPRESENTATIVE MATTERS

- Represented a restaurant group in a TTAB opposition proceeding to obtain decision refusing registration of U.S. trademark application at issue.
- Served as defense counsel to a TTAB cancellation proceeding to negotiate a favorable settlement for an apparel and consumer goods client.
- Successfully represented client in an UDRP domain name proceeding to obtain decision transferring abusive domain name registration to client.
- Counsel to a national agricultural company in the acquisition of a lawn company.
- Negotiated settlement agreement with copyright troll, significantly decreasing monetary compensation below initial demand.

# AWARDS

- *Best Lawyers: Ones to Watch*: Litigation – Intellectual Property (2022-2026), Privacy and Data Security Law (2026)

# TOP AREAS OF FOCUS

- Domain Name Litigation + UDRPs
- Intellectual Property
- Litigation + Trial
- Trademark + Copyright

# ALL AREAS OF FOCUS

- Cannabis
- Domain Name Litigation + UDRPs
- Food + Beverage
- Intellectual Property
- Litigation + Trial
- Marketing + Advertising
- Trademark + Copyright

# PROFESSIONAL/COMMUNITY INVOLVEMENT

- South Asian Bar Association of North America (2020-present)
- UNC Law Young Alumni Leadership Council, co-chair (2020-2025)
- Duke Admissions Advisory Committee – Birmingham, chairperson (2019-2024); prospective student interviewer (2016-present)

# EDUCATION AND CERTIFICATIONS

### Education

- University of North Carolina School of Law, J.D., 2019, *North Carolina Law Review*
- Duke University, B.A., 2014

### Bar Admissions

- Alabama
- North Carolina
- South Carolina

**Court Admissions**

- U.S. District Court, Northern District of Alabama
- U.S. District Court, Eastern District of North Carolina
- U.S. District Court, Western District of North Carolina
- U.S. Court of Appeals, Fourth Circuit

# PUBLICATIONS

- Co-author, "I Found An "I-Dentical" (or Similar) Trademark! What Now?" *Troutman Pepper Locke*, August 25, 2025.
- Author, "Keep Adequate Distance Between Former Employees and Company Data," *Business Alabama*, April 16, 2021.



# Giovanni Visintini

Counsel

**London**

giovanni.visintini@troutman.com

+44.20.7861.9029

## OVERVIEW

Giovanni manages, protects, and enforces IP rights across various business sectors. His clients range from major energy companies to organizations involved in international sporting events and cultural sponsorships. Giovanni provides global strategic advice on complex IP asset management, protection, exploitation, and enforcement issues.

Giovanni leads negotiations and provides counsel on IP assets in joint ventures, mergers and acquisitions, distribution, licensing, and procurement agreements across multiple jurisdictions. He also spearheads groundbreaking cases to enforce colour trade marks in the UK, Poland, and Russia. Giovanni's role often involves managing worldwide trade mark portfolios and advising on sponsorship agreements and marketing campaigns.

## REPRESENTATIVE MATTERS

- Provided global strategic advice to senior management of a major energy company in relation to complex IP asset management, protection, exploitation, and enforcement issues.
- Lead negotiations and provide advice on IP assets of a major energy company in JV, M&A, distribution, licence, procurement, and other agreements covering multiple jurisdictions.
- Lead the project to enforce colour trade marks in groundbreaking cases in various jurisdictions, in particular UK, Poland, and Russia.

- Managed the worldwide trade mark portfolio of a leading energy company.
- Advised on sponsorship agreements and exploitation of sponsorship rights in marketing campaigns, including international sporting events and cultural sponsorships.

## AWARDS

- *Managing Intellectual Property*, Notable Practitioner, IP Stars (2025-2026)
- *World Intellectual Property Review*, Notable Practitioner, Non-Contentious Category (2024); Highly Recommended Practitioner (2025)

## TOP AREAS OF FOCUS

- IP International
- Intellectual Property
- Trademark + Copyright

# PROFESSIONAL/COMMUNITY INVOLVEMENT

- Non-Traditional Marks Committee, International Trademark Association (2026-2027)

# PROFESSIONAL EXPERIENCE

- Counsel, brands, BP plc (2006-2020)
- Legal counsel, IBML (2005)

# EDUCATION AND CERTIFICATIONS

### Education

- Università degli Studi di Parma, Italy, Law Degree, Thesis: Revocation of Trade Marks

### Bar Admissions

- England and Wales
- Italian Bar Association

### Languages

- Italian

# PUBLICATIONS

- Co-author, "Rights of Publicity vs. Personality Rights: A Comparative Analysis of the US and UK Legal Frameworks," *The Trademark Laywer – INTA Special Edition*, May 2026.
- Author, "Survey Evidence: A Gold Mine or a Minefield?," *The Trade Mark Lawyer – INTA Special Edition*, May 2025.

# CERTIFICATIONS AND MEMBERSHIPS

- Qualified, Institute of Trade Mark Attorneys Professional Examinations (2013)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **EIGHTH APPLICATION OF TROUTMAN PEPPER LOCKE LLP, AS SPECIAL TRADEMARK AND LICENSE COUNSEL TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF AUSTIN PADGETT, ESQ. IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko ron.maroko@usdoj.gov
- Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY UNITED STATES MAIL**: On November 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 24, 2026. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |