RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case, Subchapter V<br><br>**FOURTH APPLICATION OF THEODORA ORINGHER PC, SPECIAL LITIGATION COUNSEL TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SCOTT K. BEHRENDT, ESQ. IN SUPPORT THEREOF**<br><br>Hearing:<br>Date: December 15, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Theodora Oringher PC ("TO") as special litigation counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its fourth application for approval of fees and reimbursement of expenses (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's bankruptcy case, from August 1, 2025 through September 18, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date"). The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

### B. Date Of Entry Of The Order Approving TO's Employment And Date Services Commenced.

The Court entered an order approving TO's employment as special litigation counsel to the Debtor on August 27, 2021. The Debtor's employment of TO as special litigation counsel was effective, and TO began providing services to the Debtor, on July 23, 2021.

The Court entered an additional order approving TO's employment as special litigation counsel to the Debtor and its CEO, Seth Casden, on December 23, 2024 (the "2024 Employment Order") concerning certain actions involving Multiple Energy Technologies LLC ("MET").[1]

---

[1] Specifically, TO was employed as special counsel for the Debtor in the matter of *Multiple Energy Technologies LLC v. Seth Casden* (the "MET-Hologenix Action"), pending in the United States District Court for the Central District of California (the "District Court"), Case No. 2:19-cv-01483-PA (RAOx). The 2024 Employment Order also authorized the Debtor to pay a $30,000 retainer to TO, for: (1) representation of the Debtor in the MET-Hologenix Action and

The Debtor's employment of TO as special litigation counsel for such matters was effective on December 1, 2024, and TO has been providing services to the Debtor.

**C. Fees And Expenses Previously Requested By TO.**

On April 11, 2022, TO filed its first fee application, covering the period from July 23, 2021 through March 31, 2022, during which TO rendered 54.6 hours of service, resulting in fees totaling $10,452.50, plus expenses of $4,145.40, for total fees and expenses of $14,597.50. The first fee application was heard and approved on May 3, 2022, with a written order entered by the Court on May 18, 2022 (the "First Fee Order").

On November 7, 2022, TO filed its second fee application, covering the period from April 1, 2022 through October 31, 2022, during which TO rendered 61.5 hours of service, resulting in fees totaling $26,390.00. The second fee application was heard and approved on November 29, 2022, with a written order entered by the Court on November 30, 2022 (the "Second Fee Order").

On September 18, 2025, TO filed its third fee application, covering the period from December 1, 2024 through July 31, 2025, during which TO rendered 58.8 hours of service, resulting in fees totaling $12,375, plus expenses of $605, for total fees and expenses of $26,390. The third fee application was heard and approved on October 14, 2025, with a written order entered by the Court on October 16, 2026 (the "Third Fee Order").

**D. Summary Of Payments Made To TO.**

TO received a post-petition retainer from the Debtor in the sum of $1,912.50 (the "Retainer").[2] Following the entry of the First Fee Order, TO applied the entire amount of the Retainer against TO's allowed fees and expenses totaling $14,597.50, leaving a balance of $12,685.00, which has been paid by the Debtor.

---

(2) continued representation of Mr. Casden, in the matter of *Multiple Energy Technologies LLC v. Seth Casden*, also pending in the District Court, Case No. 2:21-cv-01149-ODW (RAOx).

[2] Pursuant to TO's approved employment application, the Debtor was authorized to pay TO a retainer in the amount of $10,000; however, the Debtor only ended up paying a retainer in the amount of $1,912.50, which was being maintained in TO's client trust account.

Following the entry of the Second Fee Order, the sum of $24,030 was paid to TO by the Debtor.

Following the entry of the Third Fee Order, the sum of $26,390.00 was paid to TO by the Debtor.[3]

Additionally, as set forth in the fee applications that were filed in this case, Dermer Behrendt ("DB"), special corporate counsel for the Debtor, has hired TO to aid DB in connection with advising DB on insurance legal issues involving the Debtor. DB directly pays TO's invoices as DB is the client in that matter.

**E. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, TO spent a total of 27.5 hours and incurred fees in the sum of $12,375. Pursuant to this Application, TO is seeking: (i) approval and allowance of its fees in the sum of $12,375 incurred during the Covered Period, (ii) authority to apply the balance of the Additional Retainer in the amount of $3,610 to pay its allowed fees in the sum of $12,375, and (iii) payment by the Debtor of the balance in the sum of $8,765.

**F. Compliance With Local Bankruptcy Rule 2016-1(a).**

TO has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G. Proper Notice.**

TO is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P., has or will serve notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the

///

---

[3] In connection with the 2024 Employment Order, TO received a post-petition payment from the Debtor in the sum of $30,000 (the "Additional Retainer"). TO applied $26,390 of the $30,000 Additional Retainer to its allowed fees and expenses pursuant to the Third Fee Order, and the remaining $3,610 remains in TO's trust account

Subchapter V Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

**II.**

**BACKGROUND OF DEBTOR'S CASE AND DESCRIPTION OF SERVICES RENDERED BY TO**

**A. Brief Narrative History And Report Concerning The Status Of Debtor's Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), TO respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYB in its fee application recently filed.

**B. Brief Narrative Statement Of Services Rendered.**

Given the limited nature of the legal services provided by TO in connection with the Debtor's bankruptcy case, TO did not separate its time entries into different billing categories.

During the Covered Period, TO billed a total of 27.5 hours and incurred $12,375 of fees in connection with the following:

- Representation of Mr. Casden in connection with the District Court's contempt order in the MET-Casden Matter (as defined in Dkt 305), including potential appeal of same;
- Assistance of Mr. Casden's appellate court counsel in connection with appeals of District Court Orders/Judgment in the MET-Casden Matter, including the opening brief, mediation with MET, the Ninth Circuit's administrative closure order, remand, and attorney's fees award issues;
- Representation of Mr. Casden in connection with proceedings on remand in the MET-Casden Matter, including the District Court's order vacating the Judgment and lifting stay, court-ordered meet and confer with MET, preparation of joint status report, and analysis re potential retrial and motions;

- Transition of Mr. Casden's representation in the MET-Casden Matter to new counsel, including preparation of substitution of counsel application;
- Preparation of TO's prior fee application and related hearing, and declaration in support of interim fee application; and
- Other post-trial matters in the MET-Casden Matter, including review of case and appellate status.

**C. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.**

TO respectfully submits that the fees incurred by TO in the Debtor's case (totaling $12,375) in the case are very reasonable. Attached as **Exhibit "1"** to the Declaration of Scott K. Behrendt, Esq. annexed hereto (the "Behrendt Declaration") is a detailed listing of all time that TO spent during the Covered Period for which TO seeks compensation, including the date that TO rendered the service, a description of the service, the amount of time spent, and the identification of the person who rendered the service.

**D. Detailed Listing of Expenses by Category.**

During the Covered Period, TO did not advance any expenses.

**E. Description of Professional Education and Experience**

TO provides legal services in a wide-range of legal fields, including in sophisticated, high stakes litigation, and also provides counsel to businesses on transactions and operations issues. TO has offices in Los Angeles and Orange County, California, and more than fifty attorneys.

The attorney at TO who was primarily responsible for the representation of the Debtor during the Covered Period is Scott K. Behrendt (27.5 hours). Mr. Behrendt has been practicing law for over 25 years and specializes in complex commercial litigation and business disputes.

Attached as **Exhibit "2"** to the Behrendt Declaration annexed hereto is the professional biography of Mr. Behrendt.

During the Covered Period, Mr. Behrendt charged for this matter a discounted billing rate of $450. The standard hourly billing rate for Mr. Behrendt is currently $885.

**F. Source and Amount of Cash Available to Pay TO's Allowed Fees and Expenses.**

It is TO's understanding and belief that the Debtor has unencumbered cash on hand from the Debtor's business operations in an amount sufficient to pay the allowed fees and expenses of the Debtor's professionals. Additionally, TO is holding the Additional Retainer.

## III.

## STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n.11.

The tasks handled by TO in the MET-Casden matter were done in a skillful, efficient and cost-effective manner. TO respectfully submits that the hourly rates of its professionals are reasonable and appropriate in the relevant community, and that the fees and expenses incurred by TO in the Debtor's case during the Covered Period are fair and reasonable.

## IV.

## CONCLUSION

Based on all of the foregoing, TO respectfully requests that the Court enter an order:

1. approving and allowing, on an interim basis, fees in the sum of $12,375, incurred by TO during the Covered Period;

2. authorizing TO to apply the balance of the Additional Retainer in the amount of $3,610 to pay its allowed fees in the sum of $12,375;

3. directing the Debtor to pay the balance of the sum of $8,765; and

4. granting such other and further relief as the Court deems just and proper.

Dated: November 17, 2026 HOLOGENIX, LLC

By: */s/ Carmela T. Pagay*
RON BENDER
JOHN-PATRICK M. FRITZ
CARMELA T. PAGAY
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11 Debtor and Debtor in Possession

**DECLARATION SCOTT K. BEHRENDT ESQ.**

I, Scott K. Behrendt, Esq., hereby declare as follows:

1. If called as a witness, I would and could competently testify to all facts within my personal knowledge except where stated upon information or belief. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this Declaration is attached (the "Application").

2. I am a senior attorney at Theodora Oringher PC ("TO"). I am an attorney licensed to practice in the State of California.

3. I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

4. TO provides legal services in a wide-range of legal fields, including in sophisticated, high stakes litigation, and also provides counsel to businesses on transactions and operations issues. TO has offices in Los Angeles and Orange County, California, and approximately fifty attorneys.

5. During the period covered by the Application, *i.e.*, August 1, 2025 through September 18, 2026 (the "Covered Period"), TO spent a total of 27.5 hours and incurred fees in the sum of $12,375.

6. Pursuant to the Application, TO is seeking: (i) approval and allowance of its fees in the sum of $12,375 incurred during the Covered Period; (ii) authority to apply the balance of the Additional Retainer in the amount of $3,610 to pay its allowed fees in the sum of $12,375, and (iii) payment by the Debtor of the balance in the sum of $8,765.

7. The amounts requested in the Application for fees incurred by TO are based on TO's business records which are kept in the ordinary course of TO's business.

8. Attached as **Exhibit "1"** hereto is a detailed listing of all time that TO spent during the Covered Period for which TO seeks compensation, including the date that TO

rendered the service, a description of the service, the amount of time spent, and the identification of the person who rendered the service.

9. I was the attorney at TO who was primarily responsible for the representation of the Debtor during the Covered Period. I have been practicing law for over 25 years and specialize in complex commercial litigation and business disputes.

10. Attached hereto as **<u>Exhibit "2"</u>** is my professional biography.

11. During the Covered Period, my billing rate was discounted to $450 from my Current standard hourly rate of $885.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 17 day of November, 2026, at Los Angeles, California.

Scott K. Behrendt

______________________________
SCOTT K. BEHRENDT, ESQ., Declarant

# EXHIBIT "1"

THEODORA ORINGHER
COUNSELORS AT LAW
1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

INVOICE NUMBER: 126556 INVOICE DATE: 9/10/2025

MATTER NAME: MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER: 22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $239,432.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $239,432.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH 8/31/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $4,185.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $4,185.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $243,617.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA ORINGHER
COUNSELORS AT LAW

9/10/2025
INVOICE NO.: 126556

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/25 | SKB | PREPARATION OF FEE APPLICATION, AND REVIEW PERTINENT MATERIALS, REGARDING SAME. | 1.00 | $450.00 |
| 08/01/25 | SKB | FURTHER REVIEW / ANALYSIS / PREPARATIONS REGARDING OPENING APPELLATE COURT BRIEF REGARDING DISTRICT COURT ISSUES, AND CORRESPONDENCE REGARDING SAME | 2.00 | $900.00 |
| 08/03/25 | SKB | PREPARATIONS / ASSISTANCE REGARDING APPELLATE ISSUES CONCERNING DISTRICT COURT ORDER AND JUDGMENT, AND CORRESPONDENCE REGARDING SAME. | 1.10 | $495.00 |
| 08/04/25 | SKB | REVIEW / ANALYSIS REGARDING APPELLATE ISSUES AND ASSISTANCE REGARDING RIEFING, AND REVIEW PERTINENT MATERIALS, AND CONFER WITH CLIENT, REGARDING AME. | 1.70 | $765.00 |
| 08/05/25 | SKB | FURTHER ASSISTANCE / PREPARATIONS / REVIEW REGARDING APPELLATE COUNSEL'S APPELLATE BRIEFING REGARDING DISTRICT COURT TRIAL ISSUES, AND REVIEW PERTINENT MATERIALS REGARDING SAME | 1.30 | $585.00 |
| 08/06/25 | SKB | REVIEW REGARDING OPENING APPELLATE BRIEF REGARDING DISTRICT COURT TRIAL ISSUES AND JUDGMENT, AND CONSIDERATIONS REGARDING POTENTIAL REMAND REGARDING SAME. | 0.80 | $360.00 |
| 08/12/25 | SKB | CONFER WITH CLIENT REGARDING CONTEMPT ORDER, POTENTIAL APPEAL, AND RELATED ISSUES. | 0.50 | $225.00 |
| 08/12/25 | SKB | PREPARATIONS REGARDING FEE APPLICATION FOR BK COURT HEARING. | 0.20 | $90.00 |
| 08/13/25 | SKB | CONFER WITH CLIENT REGARDING CONTEMPT ORDER, POTENTIAL APPEAL, AND RELATED ISSUES. | 0.50 | $225.00 |
| 08/13/25 | SKB | PREPARATIONS REGARDING FEE APPLICATION FOR BK COURT HEARING. | 0.20 | $90.00 |

| | | |
|---|---|---|
| TOTAL HOURS: | 9.30 | |
| TOTAL FEES: | | $4,185.00 |

**TOTAL AMOUNT DUE THIS INVOICE** $4,185.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Scott K. Behrendt | | 9.30 | 450.00 | $4,185.00 |
| | TOTALS: | 9.30 | | $4,185.00 |

THEODORA ORINGHER
COUNSELORS AT LAW
1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

INVOICE NUMBER: 127067 INVOICE DATE: 10/9/2025

MATTER NAME: MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER: 22906.05002

| | | |
|---|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | | $243,617.21 |
| PAYMENTS RECEIVED: | | $0.00 |
| BALANCE FORWARD: | | $243,617.21 |
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 9/30/2025: | | |
| PROFESSIONAL FEES THIS INVOICE: | $1,080.00 | |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 | |
| TOTAL AMOUNT DUE THIS INVOICE: | $1,080.00 | |
| TOTAL DUE THIS MATTER: | | $244,697.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA ORINGHER
COUNSELORS AT LAW

10/9/2025
INVOICE NO.: 127067

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/25 | SKB | PREPARATIONS REGARDING FEE APPLICATION AND CORRESPONDENCE, AND CONFER WITH COUNSEL, REGARDING SAME. | 0.60 | $270.00 |
| 09/09/25 | SKB | PREPARATION OF FEE APPLICATION AND CONFER WITH COUNSEL REGARDING SAME. | 0.30 | $135.00 |
| 09/10/25 | SKB | PREPARE FEE APPLICATION AND SUPPORTING DOCUMENTS, AND REVIEW PERTINENT MATERIALS REGARDING SAME. | 0.70 | $315.00 |
| 09/11/25 | SKB | CONFER WITH APPELLATE COUNSEL REGARDING MEDIATION WITH MET, AND STRATEGY AND RELATED INFORMATION, AND FOLLOW UP ITEMS, REGARDING SAME. | 0.30 | $135.00 |
| 09/18/25 | SKB | PREPARATION / FINALIZATION OF FEE APPLICATION AND CORRESPONDENCE REGARDING SAME. | 0.40 | $180.00 |
| 09/26/25 | SKB | REVIEW ORDER FROM NINTH CIRCUIT COURT OF APPEALS REGARDING TEMPORARY CLOSURE OF DOCKET FOR ADMINISTRATIVE PURPOSES, AND CONSIDER POTENTIAL IMPLICATIONS, AND CORRESPONDENCE, REGARDING SAME. | 0.10 | $45.00 |

TOTAL HOURS: 2.40

TOTAL FEES: $1,080.00

**TOTAL AMOUNT DUE THIS INVOICE** $1,080.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott K. Behrendt | 2.40 | 450.00 | $1,080.00 |
| TOTALS: | 2.40 | | $1,080.00 |

THEODORA ORINGHER
COUNSELORS AT LAW
1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

INVOICE NUMBER: 127592 INVOICE DATE: 11/10/2025

MATTER NAME: MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER: 22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $244,697.21 |
| PAYMENTS RECEIVED: | ($31,390.00) |
| BALANCE FORWARD: | $213,307.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2025:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $135.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $135.00 |

TOTAL DUE THIS MATTER: $213,442.21

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA ORINGHER
COUNSELORS AT LAW

11/10/2025
INVOICE NO.: 127592

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/16/25 | SKB | REVIEW CASE STATUS, INCLUDING STATUS OF APPELLATE PROCEEDINGS, AND POTENTIAL UPCOMING ACTION ITEMS, IN CONNECTION WITH SAME. | 0.30 | $135.00 |

TOTAL HOURS: 0.30

TOTAL FEES: $135.00

**TOTAL AMOUNT DUE THIS INVOICE** $135.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Scott K. Behrendt | 0.30 | 450.00 | $135.00 |
| TOTALS: | 0.30 | | $135.00 |

THEODORA ORINGHER
COUNSELORS AT LAW
1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

---

INVOICE NUMBER: 132254 INVOICE DATE: 7/13/2026

MATTER NAME: MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER: 22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $213,442.21 |
| PAYMENTS RECEIVED: | $0.00 |
| BALANCE FORWARD: | $213,442.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH 6/30/2026:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $315.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $315.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $213,757.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA ORINGHER
COUNSELORS AT LAW

7/13/2026
INVOICE NO.: 132254

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/26 | SKB | PREPARATION OF DECLARATION IN SUPPORT OF INTERIM FEE APPLICATION, AND COMMUNICATE WITH CASDEN AND HOLOGENIX COUNSEL REGARDING SAME. | 0.70 | $315.00 |

TOTAL HOURS: 0.70

TOTAL FEES: $315.00

**TOTAL AMOUNT DUE THIS INVOICE** $315.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott K. Behrendt | 0.70 | 450.00 | $315.00 |
| TOTALS: | 0.70 | | $315.00 |

THEODORA ORINGHER
COUNSELORS AT LAW
1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

INVOICE NUMBER: 133290 INVOICE DATE: 9/11/2026

MATTER NAME: MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER: 22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $213,757.21 |
| PAYMENTS RECEIVED: | ($7,500.00) |
| BALANCE FORWARD: | $206,257.21 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH 8/31/2026:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $5,760.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $5,760.00 |

| | |
|---|---|
| TOTAL DUE THIS MATTER: | $212,017.21 |

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA ORINGHER
COUNSELORS AT LAW

9/11/2026
INVOICE NO.: 133290

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/26 | SKB | PREPARE FOR / ATTEND MEETING WITH CASDEN'S APPELLATE COURT COUNSEL REGARDING CASE STATUS, UPCOMING MEETING WITH MET'S COUNSEL, ATTORNEY'S FEES AWARD, AND RELATED ISSUES, AND FOLLOW UP REVIEW OF PERTINENT MATERIALS REGARDING SAME. | 1.10 | $495.00 |
| 08/24/26 | SKB | REVIEW NOTICE OF REMAND TO DISTRICT COURT, AND PREPARATIONS REGARDING POTENTIAL NEXT STEPS REGARDING SAME. | 1.00 | $450.00 |
| 08/25/26 | SKB | REVIEW DISTRICT COURT ORDER VACATING JUDGMENT AND LIFTING STAY, AND FOR MEET AND CONFER AND JOINT REPORT, AND CONSIDER NEXT STEPS, AND REVIEW PERTINENT FILES, AND CONFER WITH CASDEN APPELLATE COUNSEL, AND CORRESPONDENCE TO MET'S COUNSEL, REGARDING SAME. | 2.50 | $1,125.00 |
| 08/26/26 | SKB | PREPARATIONS FOR COURT ORDERED MEET AND CONFER WITH MET'S COUNSEL REGARDING DISTRICT COURT ISSUES, AND PREPARATION OF JOINT STATUS REPORT, AND REVIEW / ANALYSIS REGARDING OUTSTANDING ISSUES AND ACTION ITEMS, AND CONFER WITH CLIENT, COUNSEL FOR MET, CLIENT'S BK COUNSEL, REGARDING SAME, AND RELATED ISSUES, AND RESEARCH / REVIEW PERTINENT MATERIALS, REGARDING SAME | 2.50 | $1,125.00 |
| 08/27/26 | SKB | PREPARATIONS / ATTEND COURT ORDERED MEET AND CONFER WITH MET'S COUNSEL REGARDING DISTRICT COURT ISSUES, AND REGARDING PREPARATION OF JOINT STATUS REPORT, FOLLOW UP WITH CASDEN BK AND APPELLATE COUNSEL, AND RESEARCH / REVIEW PERTINENT MATERIALS IN CONNECTION WITH SAME | 2.30 | $1,035.00 |
| 08/28/26 | SKB | FURTHER PREPARATIONS REGARDING ANTICIPATED JOINT STATUS REPORT, REVIEW OUTSTANDING CASE ISSUES AND POTENTIAL NEXT STEPS, AND CONFER WITH CLIENT REGARDING SAME AND RELATED ISSUES, AND PREPARATION OF SUBSTITUTION OF COUNSEL APPLICATION FOR TRANSITION OF CASE TO NEW COUNSEL. | 0.80 | $360.00 |
| 08/29/26 | SKB | FURTHER REVIEW OF CASE STATUS AND OUTSTANDING ISSUES, FOR CASE TRANSITION TO NEW COUNSEL, AND REVIEW PERTINENT MATERIALS REGARDING SAME. | 0.80 | $360.00 |

| | | | | |
|---|---|---|---|---|
| 08/31/26 | SKB | REVIEW CASE ISSUES, STATUS, OUTSTANDING ACTION ITEMS, ANALYSIS REGARDING POTENTIAL RETRIAL OF KEY ISSUES, MOTIONS, AND PREPARATION OF JOINT STATUS REPORT, AND CORRESPONDENCE REGARDING SAME. | 1.80 | $810.00 |
| TOTAL HOURS: | | | 12.80 | |
| TOTAL FEES: | | | | $5,760.00 |

**TOTAL AMOUNT DUE THIS INVOICE** $5,760.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Scott K. Behrendt | | 12.80 | 450.00 | $5,760.00 |
| | TOTALS: | 12.80 | | $5,760.00 |

THEODORA ORINGHER
COUNSELORS AT LAW
1840 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CA 90067-2120
(310) 557-2009

SETH CASDEN
17383 SUNSET BLVD., SUITE A420
PACIFIC PALISADES, CA 90272

TAX IDENTIFICATION # 95-4304007

---

INVOICE NUMBER: 133434 INVOICE DATE: 9/18/2026

MATTER NAME: MULTIPLE ENERGY TECHNOLOGIES V. CASDEN
OUR FILE NUMBER: 22906.05002

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT: | $212,017.21 |
| PAYMENTS RECEIVED: | ($5,522.50) |
| BALANCE FORWARD: | $206,494.71 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH 9/18/2026:

| | |
|---|---|
| PROFESSIONAL FEES THIS INVOICE: | $900.00 |
| COSTS AND EXPENSES THIS INVOICE: | $0.00 |
| TOTAL AMOUNT DUE THIS INVOICE: | $900.00 |

TOTAL DUE THIS MATTER: $207,394.71

PLEASE WRITE THE INVOICE NUMBER ON YOUR CHECK

THEODORA ORINGHER
COUNSELORS AT LAW

9/18/2026
INVOICE NO.: 133434

**SERVICES**

| DATE | NAME | SERVICES | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 09/01/26 | SKB | PREPARATION OF JOINT STATUS REPORT FOR DISTRICT COURT, AND CORRESPOND AND COMMUNICATE WITH COUNSEL, AND CONFER WITH CLIENT, REGARDING SAME | 0.60 | $270.00 |
| 09/02/26 | SKB | REVIEW / PREPARATIONS FOR FURTHER CASE TRANSITION TO CASDEN'S NEW COUNSEL, AND WINDING DOWN OF REPRESENTATION OF CASDEN IN DISTRICT COURT MATTER, AND REVIEW PERTINENT MATERIALS, AND CORRESPONDENCE, REGARDING SAME. | 1.00 | $450.00 |
| 09/03/26 | SKB | CONTINUING TRANSITION OF CASE REPRESENTATION TO NEW COUNSEL FOR CASDEN, AND CORRESPONDENCE REGARDING SAME AND RELATED ISSUES. | 0.40 | $180.00 |

TOTAL HOURS: 2.00

TOTAL FEES: $900.00

**TOTAL AMOUNT DUE THIS INVOICE** $900.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Scott K. Behrendt | | 2.00 | 450.00 | $900.00 |
| | TOTALS: | 2.00 | | $900.00 |

# EXHIBIT "2"

THEODORA ORINGHER
COUNSELORS AT LAW



# SCOTT K. BEHRENDT, *Senior Attorney*

Orange County Office, Los Angeles Office

(310) 788-3543

(310) 551-0283

sbehrendt@tocounsel.com

Scott K. Behrendt has been named a "Super Lawyer" from 2012 – 2025 by Los Angeles Magazine – a distinction recognizing the top 5% of attorneys for excellence in the practice of law. For the three years prior, he was named a "Super Lawyer Rising Star."

Scott achieved those accolades through his dedication as a results-oriented attorney and passionate advocate specializing in Business Fraud, Complex Commercial Litigation, Construction, and Judgment Enforcement and Debt Collection disputes, with an emphasis on providing excellent client service in a cost-effective and efficient manner.

Scott graduated Top 15 in his class at the University of California, Santa Barbara, with a B.A. in Business Economics, and #3 in the day student class at Loyola Law School, where he founded the Criminal Law Society, clerked for the Hon. Harvey A. Schneider (Ret.) of the Los Angeles Superior Court, and, as a certified law student, prosecuted numerous criminal jury and bench trials, and more than 500 felony preliminary hearings and related criminal proceedings, under the supervision of the Los Angeles City Attorney's Office, Los Angeles County District Attorney's Office, and the Orange County District Attorney's Office.

Since then, Scott has built a solid reputation assisting clients in favorably resolving complicated and highly contentious business and legal disputes informally, when possible, and successfully litigating them, when necessary.

Scott's recent litigation successes include leading a trial team to victory, against two of the largest law firms in the world, by winning a groundbreaking judgment invalidating an industry-wide late payment penalty provision.

Scott also recently prevailed in high-stakes litigation against a multibillion-dollar publicly traded construction materials company in a case of first impression involving unique issues of California mechanic's lien law.

Over his 20-plus year career, Scott has accumulated a depth of expertise in a wide-range of complex legal matters in both state and federal courts involving multi-party contract, business financing, equity, and accounting disputes, inter- and intra-state judgment enforcement and debt collection, fraud and unfair business practices, employment, class actions, commercial leases, private and public sector construction, professional liability, intellectual property,

entertainment, licensing and franchise agreements, white-collar crime and inspector general investigations, and consumer credit reporting and reseller services.

Scott's ability to rapidly understand and assist his clients in achieving their core legal and business objectives is the result of his extensive exposure to, and representation of, a diverse cross-section of both large and small private and public entity and individual clients in industries such as healthcare, engineering and construction, entertainment, biomedical research and treatment, education, commercial and residential real estate, medical device manufacturing, telecommunications, national credit reporting, water and power utilities, textiles, meteorological sensors and aviation weather systems, law enforcement, specialized laser application products, notebook computer manufacturing, and many others.

Prior to joining Theodora Oringher PC, Scott was an associate attorney with the international mega law firm of Jones Day.

Scott resides, and is available for in person initial client consultations, in the firm's Los Angeles and Orange County Offices, or by phone.

## Practice Areas

Business and Commercial Litigation
Class Actions
Construction
Real Estate Litigation

## Admissions

### Bar Admissions

California

### Court Admissions

US District Courts for the Central, Southern, Eastern, and Northern Districts of California
Ninth Circuit Court of Appeals
US Court of Federal Claims

## Education

**Loyola Law School, Los Angeles, 1998 J.D.,**

cum laude (Top 3 graduates)
Order of the Coif Member
Criminal Law Society - Founder
American Jurisprudence Awards

**University of California, Santa Barbara, 1993 B.A.,**

Highest Honors (Top 15 graduates)

## Representative Matters

- Represented several businesses and individuals in all aspects of judgment enforcement and debt collection disputes, including successfully prosecuting a $38.8 million interstate judgment enforcement matter on behalf of a global telecommunications company against a California-based private equity firm, defending companies and individuals against various judgment enforcement proceedings involving both domestic and out-of-state judgments, levying and seizing assets of corporate and individual debtors, among other matters.
- Represented engineering, construction, and management services company against a major U.S. industrial corporation in arbitration of a $600 million stock purchase price adjustment contract and fraud dispute
- Represented customer experience and call center in litigation involving international contract disputes and business torts against one of the world's largest electronics manufacturers that culminated in a jury finding of fraud and $1.4 million award in favor of the client
- Represented client in a multimillion dollar earn-out accounting dispute related to the acquisition of a company via a stock purchase agreement
- Represented investment group in a complex commercial lease dispute with their publicly-traded corporate tenant
- Represented private operator of health care facilities in a broad range of matters, including contract disputes, subpoena compliance and indemnity, eminent domain and construction, Hospital Lien Act, account satisfaction, and interpleader, and patient-initiated disputes
- Represented investors and physician in litigation with a publicly traded hospital management company involving alleged breach of fiduciary duties and complex financing and equity issues
- Represented large public school district in approximately 100 complex construction litigation and advisory matters in connection with all aspects of construction, including false claims, competitive bidding

requirements, design-build projects, lease/lease-back projects, bonding and surety issues, and stop notice procedures, and involving general contractors, subcontractors, architects, construction managers, sureties, unions and insurers

- Represented a major transit authority and commuter rail system in matters involving complex lease transactions for public transportation facilities and assets
- Represented a large public entity in a complex multimillion dollar putative class action brought on behalf of approximately 600 Sheriff's Deputies alleging systematic race and gender based discrimination in recruitment, hiring, salaries, bonuses and promotions in violation of state and federal law
- Obtained favorable settlement of claims on behalf of a medical device manufacturer for misappropriation of trade secrets, violation of noncompete clause, and breach of contract arising out of an exclusive marketing and distribution agreement concerning brachytherapy seeds and a computer-based workstation and automated cartridge-based needle loading system for prostate cancer treatment
- Represented developer and supplier of specialized laser application products in a significant intellectual property dispute
- Obtained case dismissal on behalf of investment holding company and internationally known actress in a complex entertainment litigation matter involving breach of contract, fraud, and investment related claims brought by a Taiwanese production company arising out of the financing and distribution of an award winning motion picture
- Represented national credit reporting agency in numerous state and federal court cases throughout the US brought by consumers under the Fair Credit Reporting Act and related statutes, as well as cases involving disputes with resellers of credit information
- Represented world renowned restaurant in litigation concerning the design, engineering, fabrication, and installation of a state-of-the-art kitchen
- Represented county and flood control district as plaintiffs in a $100 million lawsuit against other governmental entities for indemnity and breach of contract arising from the construction of a storm drain built to protect a freeway that resulted in the flooding of and damages to a private developer's adjacent property
- Represented flood control district as plaintiff in litigation against other governmental entities for inverse condemnation, nuisance, dangerous condition and indemnity to recover for the damage to, and taking of, the flood control district's property caused by a freeway-related flood control channel
- Represented construction authority on an intercity light rail transit project involving a design-build contract and Dispute Review Board proceedings concerning delays, schedule recovery, and change orders
- Represented water district against claims by a private developer for nuisance, negligent interference with economic relationships, and inverse condemnation purportedly attributable to the construction of a multi-mile pipeline project
- Represented water district in a pipeline construction matter involving complex disputes with the contractor concerning untimely project completion, alleged differing site conditions as to the strength and quantities of rock and existence of groundwater throughout the project, and various claims for changes and alleged disruption and acceleration of performance
- Represented large U.S.-based personal and commercial property and casualty insurance company in complex bad faith litigation and defeated plaintiff's claims for punitive damages, fraud, and attorneys' fees,

which lead to a favorable settlement for the client

## Accomplishments




## Professional Recognition

- Southern California Super Lawyers (2012-2025)
- Southern California Super Lawyers "Rising Stars" (2009-2011)

## News

- Theodora Oringher Attorneys Named to 2023 Southern California Super Lawyers List
- Theodora Oringher Attorneys Named to 2022 Southern California Super Lawyers List

## Memberships and Associations

- Association of Business Trial Lawyers
- American Bar Association Forum on the Construction Industry and Litigation Section
- California Council of School Attorneys
- Legal Aid Foundation of Los Angeles
- Orange County Bar Association's Construction Law Section
- Public Counsel in Los Angeles

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **FOURTH APPLICATION OF THEODORA ORINGHER PC, SPECIAL LITIGATION COUNSEL TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SCOTT K. BEHRENDT, ESQ. IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko ron.maroko@usdoj.gov
- Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On November 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 24, 2026. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 24, 2026 | D. Woo | */s/ D. Woo* |
| *Date* | *Printed Name* | *Signature* |