RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case, Subchapter V<br><br>**EIGHTH APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ. IN SUPPORT THEREOF**<br><br><u>Hearing</u>:<br>Date: December 15, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

## TABLE OF CONTENTS


**I. FEES AND EXPENSES INCURRED AND NOTICE** .......... 2

- **A. Request for Approval of All Fees and Reimbursement of Expenses** .......... 2
- **B. Prior Fee Applications** .......... 3
- **C. Proper Notice** .......... 4

**II. THE APPLICATION COMPLIES WITH LBR 2016-1** .......... 5

- **A. Brief Narrative History and Present Posture of the Case** .......... 5
  - **1. Description and History of the Debtor's Business and a Summary of the Circumstances that Led to the Filing of the Debtor's Chapter 11 Case** .......... 5
  - **2. Significant Events During the Early Period of the Bankruptcy Case Prior to the Covered Period** .......... 8
  - **3. Significant Events During the Covered Period** .......... 15
- **B. Date of Entry of Order Approving LNBYG's Employment and Date Services Commenced** .......... 17
- **C. Fees and Expenses Previously Requested** .......... 17
- **D. Source and Amount of Cash Available to Pay LNBYG's Allowed Fees and Expenses** .......... 17
- **E. Brief Narrative Statement of Services Rendered and Time Expended, Fees Charged for Each Category, and Benefits to the Estate During the Covered Period.** .......... 18
- **F. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation Is Sought and the Hourly Rate of Professionals** .......... 24
- **G. Detailed Listing of Expenses by Category** .......... 24
- **H. Description of Professional Education and Experience** .......... 25

**III. STANDARD OF LAW** .......... 26

**IV. CONCLUSION** .......... 28

**DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ.** .......... 29

## TABLE OF AUTHORITIES

**Page(s)**

**Federal Cases**

In re Baldwin-United Corp.,
79 B.R. 321 (Bankr.S.D.Ohio 1987)........26

Blum v. Stenson,
465 U.S. 886 (1984)........27

Burgess v. Klenske (In re Manoa Finance Co., Inc.)
853 F.2d 687 (9th Cir.1988)........26

First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.),
71 B.R. 767 (Bankr. 9th Cir. 1986)........26

Missouri v. Jenkins by Agyei,
491 U.S. 274, 109 S.Ct. 2463 (1989)........26, 27

In re THC Financial Corp.,
659 F.2d 951 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982)........26

**Federal Statutes**

11 U.S.C.
§ 1191........14 22

Bankruptcy Code
§ 330........26

federal Lanham Act........6

**Other Authorities**

Federal Rule of Bankruptcy Procedure 2002(a)(6)........4

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Hologenix, LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case, hereby respectfully submits its *Eighth Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. for Approval of Fees and Reimbursement of Expenses* (the "Application") covering August 1, 2025, through September 30, 2026 (the "Covered Period").

## I. FEES AND EXPENSES INCURRED AND NOTICE

### A. Request for Approval of All Fees and Reimbursement of Expenses

At the outset of this case, LNBYG agreed with the Debtor to voluntarily cap LNBYG's hourly rate at $500. The exhibits to this Application reflect the normal hourly billing rates for LNBYG. However, when the capped $500 hourly rate is applied, the resulting fee request is for $268,460.00 in fees and $15,514.48 in costs for a total sum of $283,974.48 for the Covered Period.

Because LNBYG's hourly rates are greater than or less than $500 depending on the professional, the following chart is used throughout the fee application to calculate the application of the capped rate discount in total and by category:

**Total for the Covered Period**

| Person | Hours | Rate | Total |
|---|---|---|---|
| CTP | 12 | $500.00 | $6,000.00 |
| DAMON | 2.6 | $300.00 | $780.00 |
| JK | 60.6 | $300.00 | $18,180.00 |
| JNT | 73.3 | $500.00 | $36,650.00 |
| JNT0 | 1.2 | $0.00 | $0.00 |
| JPF | 387.8 | $500.00 | $193,900.00 |
| JYO | 2.3 | $500.00 | $1,150.00 |
| RM | 1.3 | $500.00 | $650.00 |
| RMC | 22.3 | $500.00 | $11,150.00 |
| Totals | 563.4 | | $268,460.00 |

If LNBYG had not voluntarily capped its hourly rate at $500, the total fees would have been $387,848.50. Because of LNBYG's voluntary cap, the Debtor's estate enjoyed a total savings of $119,388.50, which calculates as a total fee discount of approximately 30.78% during the Covered Period.

Pursuant to Local Bankruptcy Rule 2016-1, by this Application, LNBYG requests that this Court approve the foregoing fees and expenses and authorize the Debtor to pay them to LNBYG.

**B. Prior Fee Applications**

The Debtor filed its voluntary bankruptcy petition in the late evening hours of April 22, 2020 (the "Petition Date"). On November 23, 2020, LNBYG filed its first fee application, covering the dates of April 23, 2020, through November 11, 2020, during which LNBYG rendered 690.3 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $327,129.00 in fees and $16,003.07 in costs for a total sum of $343,132.07. The first fee application was heard and approved on December 15, 2020, with an order entered on December 16, 2020.

On August 3, 2021, LNBYG filed its second fee application, covering the dates of November 12, 2020, through June 30, 2021, during which LNBYG rendered 390.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $189,194.00 in fees and $13,606.65 in costs for a total sum of $202,800.65. The second fee application was heard and approved on August 24, 2021, with an order entered on August 26, 2021.

On April 12, 2022, LNBYG filed its third fee application, covering the dates of July 1, 2021, through March 31, 2022, during which LNBYG rendered 739.7 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $351,890.00 in fees and $12,939.70 in costs for a total sum of $364,829.70. The third fee application was heard and approved on May 3, 2022, with an order entered on May 11, 2022.

On November 7, 2022, LNBYG filed its fourth fee application, covering the dates of April 1, 2022, through October 31, 2022, during which LNBYG rendered 1,003.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $478,150.00 in fees and $26,673.61 in costs for a total sum of $504,823.61. The fourth fee application was heard and approved on November 29, 2022, with an order entered on December 1, 2022.

On November 21, 2023, LNBYG filed its fifth fee application, covering the dates of November 1, 2022, through September 30, 2023, during which LNBYG rendered 329.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $143,349.00 in fees and $7,116.11 in costs for a total sum of $150,465.11. The fifth fee application was heard and approved on December 12, 2023, with an order entered on January 5, 2024.

On November 22, 2024, LNBYG filed its sixth fee application, covering the dates of October 1, 2023, through September 30, 2024, during which LNBYG rendered 567.6 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $276,368.00 in fees and $25,629.10 in costs for a total sum of $301,997.10. The sixth fee application was heard and approved on December 17, 2024, with an order entered on December 26, 2024.

On September 22, 2025, LNBYG filed its seventh fee application, covering the dates of October 1, 2024, through July 31, 2025, during which LNBYG rendered 522.5 hours of service, and when the capped $500 hourly rate was applied, the resulting fee request was for $245,546.50 in fees and $33,336.56 in costs for a total sum of $278,833.06. The seventh fee application was heard and approved on October 14, 2025, with an order entered on October 16, 2025.

**C. Proper Notice**

Pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and LBR 2016-1(c)(3), LNBYG served notice of, *inter alia*, this Application, the hearing on this Application, the amount of fees and expenses sought herein, and the dates of the Covered Period upon the Office

of the United States Trustee (the "OUST"), the Subchapter V Trustee, the Debtor, the 20 largest unsecured creditors, all other creditors of this estate, all parties who have requested special notice, and all other known parties in interest. Pursuant to Local Bankruptcy Rule 2016-1(a), LNBYG served notice of the fee application hearing to all estate professionals and all NEF recipients on October 23, 2026, providing more than 45 days' notice of the hearing date.

## II. THE APPLICATION COMPLIES WITH LBR 2016-1

### A. Brief Narrative History and Present Posture of the Case

#### 1. Description and History of the Debtor's Business and a Summary of the Circumstances that Led to the Filing of the Debtor's Chapter 11 Case

1. The Debtor was formed as a Delaware limited liability company in 2002.

2. The Debtor is a Los Angeles based company with its main office in Los Angeles, California, and has approximately 23 employees and independent contractors.

3. The Debtor's business is the scientific development and manufacture of a product for use in various consumer products, including, but not limited to, athletic wear, athleisure wear, and bedding.

4. The Debtor's primary product is "Celliant," which is a thermo-reactive ceramic mineral compound that when applied or embedded into textiles generates Infrared radiation (IR) to improve the health and wellness of the user.

5. The Debtor holds several registered patents in the United States Patent and Trademark Office ("USPTO") for Celliant and the Debtor's other products.

6. The Debtor has multiple major commercial clients that purchase Celliant and other products to use in their athletic wear and other products, which are then sold through various regular channels of commerce to the consumer public.

7. The Debtor's contracts with these commercial manufacturers are for various lengths of time longer than a month-to-month or per-order basis.

8. The path from production to consumer and ultimate payment to the Debtor is a multistep process that takes over a year and sometimes 18+ months: (1) the Debtor signs a

commercial contract with a commercial manufacturer; (2) the Debtor provides Celliant to the commercial manufacturer; (3) but often the Celliant is sent to the commercial manufacturer's third-party apparel/product manufacturer, often in another country; (4) the third-party manufacturers the end product using Celliant and the commercial manufacturer's brand and specifications; (5) the product goes to the consumer market; (6) if consumers buy the product in which Celliant is used, (7) then a portion of those sale proceeds is paid to the Debtor. The portion of the sale funds allocated to the Debtor can be significantly reduced if the commercial manufacturer decides to steeply discount its products in any number of ways, such as back-to-school sales, after-Christmas sales, or clearance sales.

9. The Debtor had been in the growth phase of its business for 2017, 2018, and 2019, when a confluence of several events led to this current bankruptcy filing.

10. On February 28, 2019, one of the Debtor's competitors, Multiple Energy Technologies, LLC ("MET") filed its lawsuit titled "Multiple Energy Technologies, LLC v. Hologenix, LLC" in the United States District Court for the Central District of California, bearing case number 2:19-cv-1483-PA-RAO (the "MET Lawsuit").

11. MET alleged violations of the federal Lanham Act, including that the Debtor had made false or misleading statements about the benefits of Celliant compared to other bioceramics, such as the one produced by MET. MET also alleged that the Debtor's statements constituted intentional interference with economic advantage and/or negligent interference with prospective economic advantage.

12. On April 12, 2019, the Debtor answered and filed counterclaims in the MET Lawsuit. On March 6, 2020, the Debtor and MET voluntarily entered into a settlement (the "MET Settlement") prior to trial or adjudication of any issue of law or fact. Pursuant to the MET Settlement, MET had a claim for $2,500,000. The Debtor timely made one payment of $100,000 prior to the Petition Date, and, as of the Petition Date, $2,400,000 remained owing to MET as a general unsecured claim.

13. The MET Lawsuit and MET Settlement by themselves would not have resulted in the Debtor's bankruptcy filing, but a series of other adverse events quickly unfolded in short succession thereafter, and the aggregate of all of these events put serious liquidity constraints on the Debtor's business.

14. On or about March 15, 2020, the City of Los Angeles and then the State of California declared a state of emergency with shelter in place orders, business across the city, the state, and many financial and business centers across the United States came to a near total standstill as the nation was gripped by the COVID-19 crisis.

15. The Debtor was expecting a large accounts receivable payment from its largest merchant contract, Under Armour, when Under Armour informed the Debtor that it would not pay the account receivable for at least 90 days. The Debtor was relying on that accounts receivable payment to pay its cash flow needs for regular operating expenses, and without that payment, the Debtor will have to obtain new financing to keep operations running.

16. On April 16, 2020, Under Armour sent to the Debtor a letter making demand for indemnification in connection with a class action lawsuit threatened by a plaintiff and plaintiff law firm against Under Armour for public statements that Under Armour made about its products that use Celliant (though no formal complaint was lodged against the Debtor). The plaintiff and plaintiff lawyer cited to the MET Lawsuit in its allegation letter against Under Armour.

17. Based on the state of world health and economic affairs, the global recession would have a material impact on the Debtor's accounts receivable collection and future revenue projections for many months. The Debtor is part of a global commercial manufacture and consumer sales supply chain (as demonstrated and explained above), and the closing of commercial factories at one end and consumer retail shopping stores at the other end, as well as the disrupted logistical transport system in between, would negatively impact and slow the Debtor's business for at least the next several months, if not years.

18. The Debtor determined in its reasonable business judgment that it was in the best interest of its estate to file this current bankruptcy case to preserve the going-concern value of its business and save the jobs of its employees.

**2. Significant Events During the Early Period of the Bankruptcy Case Prior to the Covered Period**

19. The Debtor filed its voluntary petition commencing this bankruptcy case on April 22, 2020.

20. On April 23, 2020, the United States Trustee (the "UST") appointed Gregory K. Jones, Esq. as the subchapter V trustee (the "Trustee").

21. On June 1, 2020, MET filed a motion seeking to dismiss the Debtor's bankruptcy case or, in the alternative, granting relief from the automatic stay to have a dispute determined by the District Court (specifically, to bring a motion for contempt) related to the prepetition MET Lawsuit and MET Settlement [ECF 77, 78, and 79]. (MET made its motion to dismiss on an *ex parte* basis for the specific stated purpose of attempting to dismiss the case without a hearing the day before the Debtor was expected to file its plan.)

22. On June 2, 2020, the Debtor filed its chapter 11 plan (the "2020 Plan") [ECF 83], notice of the Plan, confirmation hearing, and applicable deadlines [ECF 85], and motion in support of Plan confirmation (the "Confirmation Motion") [ECF 86].

23. On June 2, 2020, the Court *sua sponte* denied MET's *ex parte* request for relief and set the motion for hearing on regular 21-day notice for June 23, 2020, instructing MET to give notice as required. [ECF 80].

24. On June 9, 2020, the Debtor timely filed its opposition, and pointed out, among other issues, the due process infirmities of MET having failed to serve MET's motion on all creditors. [Doc. Nos. 105, 106, 107, and 108].

25. On June 11, 2020, the Court entered its order rescheduling the hearing on MET's motion for July 7, 2020, and instructed MET to fix MET's various procedural errors. [ECF 115].

26. On June 16, 2020, MET re-filed its motion in conformity with local rules and split its request for relief into a motion seeking dismissal of the case (the "2020 MTD") [ECF 123] and a motion for relief from stay using required local form F 4001-1 (the "RFS Motion") [ECF 124]. On June 30, 2020, MET filed its first objection to the Debtor's plan [ECF 145].

27. On July 7, 2020, the Court held a hearing and granted the RFS Motion, and continued the 2020 MTD to trail with the hearing on the Debtor's plan confirmation. On August 31, 2020, the District Court issued its order denying MET's motion for contempt.

28. On October 6, 2020, the Court held a hearing and denied MET's 2020 MTD and confirmed the Debtor's plan. The orders were signed on October 28, 2022. On November 2, 2020, MET appealed plan confirmation, and on November 12, 2020, MET appealed the 2020 MTD. Eleven months passed, and, on September 27, 2021, the District Court issued its decision vacating and remanding (but not reversing) the two orders. ECF 420 & 421.

29. At a status conference held on November 16, 2021, the Debtor and MET agreed to withdraw the 2020 Plan and MET's 2022 MTD, mooting the appeals on remand. ECF 432. The Court set a briefing schedule for plan confirmation and instructed the Debtor to file its new plan by no later than January 4, 2022.

30. The Debtor timely filed its new chapter 11 reorganization plan on January 4, 2022 (the "2022 Plan") supported by a motion for confirmation, declaration of Seth Casden, declaration of expert Howard Grobstein and expert report, and accompanying pleadings in support. The 2022 Plan was set for confirmation hearing on February 15, 2022, in accordance with the Court's scheduling order from the November 16, 2021, status conference.

31. Just before midnight, on January 25, 2022 (at 11:23 p.m.), MET filed its second motion to dismiss the bankruptcy case [ECF 467] (the "2022 MTD"), barely making the filing deadline to have the motion heard concurrently with the 2022 Plan on February 15, 2022. ECF 467. The next morning, on January 26, 2022 (at 11:46 a.m.), MET filed an emergency motion to delay the Debtor's 2022 Plan confirmation hearing and conduct discovery on the 2022 Plan. ECF 473. On February 1, 2022, over the Debtor's objection, the Court granted MET's

emergency motion and rescheduled the Debtor's plan confirmation and MET's 2022 MTD for hearing on March 15, 2022.

32. On February 10, 2022, MET filed an emergency motion to compel production on plan confirmation discovery. ECF 491. The Court set that emergency motion for an initial hearing on February 15, 2022. At the February 15, 2022, hearing, the Court set the motion to compel discovery for a continued hearing on March 15, 2022, and further informed the Debtor that the March 15, 2022, hearing would be treated as a status scheduling hearing on the Debtor's 2022 Plan and MET's 2022 MTD.

33. At a hearing held on March 15, 2022, the Court granted MET derivative standing to bring certain avoidance actions under §§ 544, 547, 548, and 549, approved in part and disapproved in part the Debtor's requests for insider compensation of its CEO and board members, made certain discovery rulings, ordered that certain documents related to privilege logs be submitted for *in camera* review, and set a continued hearing on discovery for May 3, 2022, at 2:00 p.m.

34. At the continued hearing to compel discovery on May 3, 2022, the Debtor reported that it had provided all of the information ordered by the Court in discovery, and the Court ruled on the *in camera* privilege logs and confidential documents. The Debtor requested that the Court set a hearing on plan confirmation, but the Court stated that it would not do so without (A) the consent of MET, or (B) a noticed motion and hearing over MET's objection. MET did not consent to setting a plan confirmation hearing and stated that it wanted to review the most recent document production and possibly conduct more discovery. On May 3, 2022, the Court also heard and granted interim fee applications that were unopposed.

35. With no plan confirmation hearing on calendar, and reaching no agreement with MET on discovery, the Debtor filed a motion for authorization to assume its executory contract with its CEO (more than two years in the case, and arguably past the reasonable time for assumption as required by the Bankruptcy Code). MET objected and in that objection chided the Debtor for going more than two years without a confirmed plan and further criticized the Debtor

for attempting to assume the CEO's contract prior to plan confirmation. The Debtor replied that it had been trying to confirm its plan since the original plan confirmation hearing set for February 15, 2022, but could not do so because of MET's refusal to agree to a hearing date.

36. At a hearing on a status conference and the motion to assume the contract on June 7, 2022, the Court did not grant the motion to assume contract but *sua sponte* set June 21, 2022, as the deadline for the Debtor to file a modified plan, with a briefing schedule where MET's plan opposition would be due on July 19, 2022, and the plan confirmation hearing would be on August 9, 2022, with the 2022 MTD and the executory contract motion to be heard concurrently on August 9, 2022.

37. On June 21, 2022, the Debtor filed its modified plan (the "Modified Plan"), supported by a confirmation motion, declaration by me, its CEO, Seth Casden, and expert witness declaration. ECF 657, 658, 660, 661. MET propounded another round of contested plan confirmation discovery, to which the Debtor responded, and MET took the depositions of Seth Casden and the Debtor's expert witness. On July 19, 2022, MET filed its opposition to the Modified Plan. ECF 700. The Debtor completed its expert discovery against MET within a two-week period and filed its reply papers on August 2, 2022. The details of the contested plan confirmation are discussed in greater detail below, and ultimately, the Court confirmed the Debtor's plan on August 10, 2022.

38. On July 26, 2022, the Debtor filed its opposition to MET's 2022 MTD, and MET filed its reply papers on August 2, 2022. Ultimately, the Court denied MET's 2022 MTD.

39. During April 2022, the Debtor filed a preference complaint against MET for return of $100,000 cash payment. In April, MET used the derivative standing granted by the Court to file a voidable transfer lawsuit against numerous of the Debtor's insiders to (A) avoid secured creditors' liens, (B) recover post-petition cash payments to board members, (C) recover post-petition cash payments to the Debtor's CEO, and (d) recover a small amount of pre-petition cash payments to one board member. The Debtor quickly obtained return of the board members' funds to the estate, though MET did not dismiss those board members from the lawsuit at that

time. The Debtor negotiated a settlement the insider lien holders to void their liens, but MET would not agree to one provision of the settlement.

40. After the Court continued the hearing on the Debtor's motion to assume the CEO's executory contract (which would have required a cure payment), the Debtor proposed a settlement for a repayment schedule by the CEO. Shortly thereafter, MET filed a motion for an OSC for contempt against the CEO for not immediately repaying the post-petition transfer funds, even though there still remained a dispute as to how much was required to be repaid, and that there was no payment date or schedule set. The two matters tracked together, and at the same hearing, the Court denied MET's motion for an OSC, the Court denied the Debtor's proposed settlement for a repayment plan, and the Court set August 8, 2022, as the deadline for the CEO to repay the funds (the day before the plan confirmation hearing). The Debtor timely filed notice of repayment of all the funds on August 8, 2022.

41. On August 9 and 10, 2022, the Court held a two-day live hearing with live cross-examination of fact and expert witnesses. The Court confirmed the June 21, 2022, Plan, denied MET's 2022 MTD, granted the Debtor's motion to cure and assume the CEO's executory employment contract, granted the Debtor's motion to approve lien avoidance settlement with the Debtor's insiders, and granted the Debtor's motion for a prepetition cash transfer repayment by the CEO back to the Debtor.

42. The case did not end there, though. Due to the complex issues and extensive record, it took three weeks to prepare the plan findings and orders, another two weeks for MET to file its competing order objections, yet another two weeks for the Debtor to prepare its reply on those competing orders, and two more weeks after that until the orders and findings were signed on October 12, 2022.

43. As expected, MET appealed three orders – the plan, the 2022 MTD, and the executory contract assumption – the next day on October 13, 2022. Accordingly, it was of importance that it took a combined nine weeks after the hearing on August 10, 2022, to the signing of the orders and findings, which were extensive. The Debtor had pointed out in its

competing order reply papers that MET had attempted to sabotage the findings and orders so as to make them reversible on appeal on their face. The Bankruptcy Court denied MET's motion for a stay pending appeal of the plan confirmation order, but the District Court granted a stay pending appeal.

44. In addition to the competing orders and findings and notices of appeal, the preference lawsuit against MET also continued, and the Debtor prepared and filed a motion for summary judgment ("MSJ") for the recovery of the $100,000 from MET, which the Bankruptcy Court granted over MET's opposition. The Bankruptcy Court granted MET's motion to allow a late appeal, but denied MET's motion for a stay pending appeal, and MET caused a third-party entity called "Hollow Tree LLC" to pay to Debtor $100,000.

45. In the bankruptcy case, the estate professionals filed their interim fee applications in November 2023, and the Court heard and granted those applications on December 12, 2023. ECF 904-916.

46. On March 15, 2024, the Debtor and MET stipulated to modify the automatic stay for the Debtor to respond to MET's Rule 2004 examination related to Seth Casden's personal chapter 11 bankruptcy case. ECF 939, 941.

47. On March 25, 2024, the Debtor filed its application not employ Fisher & Phillips LLP as its special labor and employment counsel, which was granted without opposition. ECF 943. 953.

48. On or about April 1, 2024, the District Court entered its order and decision reversing and remanding the bankruptcy court's orders and judgments on (1) the Plan confirmation order; (2) the order denying MET's 2022 MTD; (3) the order approving the assumption of the executory employment contract with Seth Casden; and (4) the judgment on the $100,000 preferential payment by Debtor to MET. ECF 946-948.

49. On the plan appeal, MET raised seven (7) issues, but the District Court did not rule on any of the seven (7) issues, but instead provided a ruling on the interpretation of "fair and

equitable" under 11 U.S.C. §§ 1191(b) and (c) that was not argued by either side at the plan confirmation hearing nor ever raised by MET as an issue on appeal.

50. The District Court has reversed and remanded plan confirmation based on the word "includes" in the statutory text of 11 U.S.C. § 1191(b) and (c) as meaning that the sole limitation on "fair and equitable," is that a debtor must provide "all" which means "100%" of projected disposable income for a period of between three to five years, and thereafter the bankruptcy court is free to add whatever else the court deems appropriate to reach "fair and equitable," seemingly without limit and going on for an unspecified number of years. *See*, Appellate Order [DC ECF 97] at 4:6- 6:13. "[Section] 1191(c)(2)(A) does not prohibit the provision of some amount of disposable income that is less than 100% after five years; that is, a plan could require 100% of debtor's disposable income in years one through five, 75% in years six through eight, and so on." *See*, Appellate Order [DC ECF 97] at 4:6- 6:13.

51. On April 23, 2024, the Debtor and MET filed a joint status report in the bankruptcy case, and Debtor indicated that it would appeal the District Court's decision to the Ninth Circuit, or, alternatively, provide the bankruptcy court with briefing related to the Plan and the new issue raised by the District Court's decisions, or, alternatively, propose a modified plan.

52. On May 1, 2024, the Debtor filed its appeals to the Ninth Circuit on the District Court's decision for: (1) the plan confirmation order; (2) the order assuming Mr. Casden's executory employment contract; and (3) the judgment for the $100,000 preference paid to MET. ECF 957, 958, 959.

53. The Debtor filed a motion with the District Court seeking District Court permission to prosecute appeals from the District Court to the Ninth Circuit to the extent that the District Court's orders were interlocutory, not final. MET filed an opposition, the Debtor replied, and the District Court took the matter under submission on July 2, 2024.

54. The Ninth Circuit issued orders in each case requiring the Debtor to file statements of jurisdiction with respect to the finality of the District Court's orders. Each Ninth Circuit order stayed all briefing in the respective appeals pending a decision on the jurisdiction

question. The Debtor and MET filed their respective jurisdiction statements. The Ninth Circuit and District Court would not issue an order on appellate jurisdiction until March of 2025.

55. On May 7, 2024, the Bankruptcy Court held a status conference on the chapter 11 bankruptcy case to discuss the status of the case and the appeals, which was continued to September 17, 2024.

56. On June 18, 2024, MET filed a motion to appoint a chapter 11 trustee or, in the alternative, convert the Debtor's case to chapter 7. MET filed a similar motion in Mr. Casden's personal chapter 11 bankruptcy case at substantially the same time for hearing at substantially the same time. The Debtor filed its opposition.

57. On September 17, 2024, the Court held hearings on the chapter 11 status conference and MET's motion to appoint a chapter 11 trustee or convert to chapter 7. The Court denied MET's motion and continued the status conference to November 19, 2024.

58. In October 2024, MET filed a motion for relief from stay so that it could seek contempt against the Debtor for alleged violations of the District Court's prepetition injunction, and, over Debtor's objection, the bankruptcy court granted relief from stay in November 2024, with the order entered in December 2024.

59. The Debtor continued to periodically file status reports and monthly operating reports.

60. In November 2024, the Debtor filed fee applications for its professionals, which were heard and granted in December 2024.

61. In March 2025, the Ninth Circuit Court of Appeals issued its ruling accepting the Debtor's appeal of the District Court's decisions on plan confirmation, executory contract assumption, and summary adjudication of the preference suit against MET. The Debtor prepared its opening appeal briefs on these three appeals and filed them in June 2025.

62. In July 2025, the Debtor filed its application to employ Windes, Inc. as its tax accountant, which was granted by Court order in the same month.

**3. Significant Events During the Covered Period**

63. In September 2025, the Debtor filed fee applications, which were heard and granted with orders entered in October 2025.

64. In December 2025, the Debtor filed a motion to approve a settlement with a former employee pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, which was approved by order of the Court in January 2026, with no party objecting or requesting a hearing.

65. In the Ninth Circuit Appeals, MET filed its opening appeal briefs in October 2025, and the Debtor filed its reply appeal briefs in December 2025. The matter was set for oral argument in the Pasadena Ninth Circuit Courthouse in February 2026, but, approximately two weeks before oral argument was to be held, the Ninth Circuit issued a decision to remand on the grounds that it did not have jurisdiction over the interlocutory appeal

66. The Bankruptcy Court held a status conference hearing on the remand issues in February 2026, setting a briefing schedule for the Debtor and MET on whether to confirm the same chapter 11 plan from 2022, grant the executory contract, and enter judgment on the $100,000 preference to MET. The Debtor submitted its briefs in favor of confirming the plan, assuming the executory contract, and judgment in favor of Debtor and against MET on the $100,000 transfer on March 10, 2026. On March 31, 2026, MET filed its responsive briefs on those three issues, and, on April 21, 2026, Debtor filed its reply briefs. At a hearing held on May 26, 2026, the Bankruptcy Court orally ruled that it would confirm the chapter 11 plan from 2022, grant the motion to assume the executory contract, and enter judgment for Debtor against MET on the $100,000 preference, with the parties to submit proposed findings of fact and conclusions of law and proposed orders, with opportunity to object and reply thereto.

67. On June 23, 2026, Debtor submitted its proposed findings of fact and conclusions of law and proposed orders on the three remanded matters. On July 21, 2026, MET filed its objections. On July 28, 2026, the Debtor filed its reply. On August 17, 2026, the Bankruptcy Court issued an order setting a status conference hearing for August 28, 2026, and, on that day, announced that it had changed its mind on the confirmation of the plan and decided that the

financial data on the plan was too stale from four years prior (the plan confirmation trial hearing had been in August 2022) to confirm the same plan. The Court ordered that the Debtor submit a new plan or updated financial data for the same plan to be confirmed. This reversal of position took Debtor by surprise, and Debtor requested a few weeks' continuance to consider a course of action and propose a briefing schedule for a new confirmation hearing. A subsequent hearing was held on September 29, 2026, at which the Debtor informed the Court that it would submit a new plan.

68. Although the following events are after the Covered Period, to complete the narrative regarding plan confirmation, on October 13, 2026, the Debtor and MET filed a joint status report with a proposed briefing schedule, and on October 20, 2026, the Debtor filed its new plan, plan confirmation motion, expert report, and notice of hearing, and solicited the plan for voting. The plan confirmation hearing is set for January 12, 2027, at 10:00 a.m.

**B. Date of Entry of Order Approving LNBYG's Employment and Date Services Commenced**

On May 5, 2020, the Debtor filed its application to employ LNBYG as general bankruptcy counsel [ECF 45] and served notice the same day [ECF 46].

On June 3, 2020, the Court entered an order approving the Debtor's application to employ LNBYG as bankruptcy counsel, effective as of the Petition Date. [ECF 80].

**C. Fees and Expenses Previously Requested**

This is LNBYG's seventh request for fees and expenses in this case. Please see section I.B of this Application above for details of the previous fee applications and orders thereon.

**D. Source and Amount of Cash Available to Pay LNBYG's Allowed Fees and Expenses**

LNBYG is informed that, according to the Debtor's monthly operating report, as of August 31, 2026, the Debtor had approximately $581,011.16 in its debtor-in-possession bank account. LNBYG is not holding any retainer for the Debtor. LNBYG has agreed to defer payment of its fees over a reasonable period of time.

**E. Brief Narrative Statement of Services Rendered and Time Expended, Fees Charged for Each Category, and Benefits to the Estate During the Covered Period.**

When recording its time, LNBYG places all time entries for fees into various categories, consisting of: (1) Asset Analysis and Recovery, (2) Asset Disposition, (3) Business Operations, (4) Case Administration, (5) Claims Administration and Objections, (6) Employee Benefits/Pensions, (7) Fee/Employment Applications, (8) Fee/Employment Objections, (9) Financing, (10) Relief From Stay, (11) Meetings of Creditors, (12) Plan and Disclosure Statement, (20) Other Litigation, (92) Preference Actions, and (99) Miscellaneous. Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category. LNBYG therefore does its best to place time entries into categories which accurately reflect the work performed.

**1. Asset Analysis and Recovery (01)**

LNBYG did not expend any hours on service in this category during the Covered Period.

**2. Asset Disposition (02)**

LNBYG did not expend any hours on service in this category during the Covered Period.

**3. Business Operations (03)**

Time in this category included services rendered by LNBYG to prepare the Ninth Circuit appellate briefs on MET's appeal of the Bankruptcy Court's order granting the assumption of the executory contract employment agreement between the Debtor and Seth Casden. After the issues were fully briefed, less than two weeks before oral argument, the Ninth Circuit issued a decision that it had no jurisdiction on an interlocutory appeal and remanded to the Bankruptcy Court. Using the briefs prepared in the Ninth Circuit appeals, LNBYG prepared briefs to the Bankruptcy Court on the same issue as to why the Bankruptcy Court should grant the motion again on remand, and the Debtor prevailed in the Bankruptcy Court and, as instructed, prepared and submitted proposed findings of fact and conclusions of law and a proposed order. After all briefing was completed and submitted, the Bankruptcy Court reconsidered the plan confirmation

issue (but not the executory contract issue) and ordered a new plan confirmation hearing, putting the entry of the order on the executory contract on hold. LNBYG rendered and actual and necessary benefit to the estate because the Debtor prevailed on the contract assumption issue in the Bankruptcy Court, but which was reversed on appeal by the District Court, and required appeal to the Ninth Circuit on the issue, and the Debtor prevailed a second time on remand (though with the plan confirmation issue still pending), and the Debtor requires the services of its CEO to continue to operate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JPF | 58.8 | $500.00 | $29,400.00 |
| Totals | 58.8 | | $29,400.00 |
| Percentage | 10.44% | | |

**4. Case Administration (04)**

Timing in this category included LNBYG's services related to preparing and filing monthly operating reports (including redaction and discovery production of un-redacted versions on a highly confidential basis), preparing status reports, preparing for and attending status conference hearings, monitoring activities in the bankruptcy case of Seth Casden for potential consequences in Debtor's estate, and generally addressing the administrative legal matters of the Debtor's chapter 11 case. LNBYG provided an actual and necessary benefit to the estate because the Debtor needed to address its normal duties of filing monthly reports and administer its estate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| DAMON | 0.8 | $300.00 | $240.00 |
| JK | 42.1 | $300.00 | $12,630.00 |
| JNT | 2.8 | $500.00 | $1,400.00 |
| JPF | 14.5 | $500.00 | $7,250.00 |
| RM | 0.9 | $300.00 | $270.00 |
| RMC | 0.1 | $500.00 | $50.00 |
| Totals | 61.2 | | $21,840.00 |
| Percentage | 10.86% | | |

**5. Claims Administration and Objections (05)**

Time in this category includes, but is not limited to, efforts by LNBYG to analyze the post-petition administrative alleged tort claims held by a former employee which matter was eventually settled through a FRBP 9019 motion and order.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JPF | 0.2 | $500.00 | $100.00 |
| RMC | 0.6 | $500.00 | $300.00 |
| Totals | 0.8 | | $400.00 |
| Percentage | 0.14% | | |

**6. Employee Benefits/Pensions (06)**

LNBYG did not render any services in this category during the Covered Period.

**7. Fee/Employment Applications (07)**

Time in this category includes, but is not limited to, efforts by LNBYG to (1) advise the Debtor on the employment of professionals in this case; (2) prepare fee applications and orders thereon for the Debtor's various estate professionals; and (3) prepare an employment application for a tax accountant. LNBYG's services rendered an actual and necessary benefit to the estate in that the Debtor's business (though small) requires a team of sophisticated and specialized counsel and accountants to adequately address patent, trademark, corporate, litigation, and tax matters, and LNBYG's services were necessary to guide the Debtor and its professionals

through the bankruptcy approval process and maintain the value and going concern of the Debtor's business.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| CTP | 12 | $500.00 | $6,000.00 |
| DAMON | 1.8 | $300.00 | $540.00 |
| JK | 4.2 | $300.00 | $1,260.00 |
| JPF | 9 | $500.00 | $4,500.00 |
| JYO | 2.3 | $500.00 | $1,150.00 |
| RM | 0.4 | $300.00 | $120.00 |
| RMC | 10 | $500.00 | $5,000.00 |
| Totals | 39.7 | | $18,570.00 |
| Percentage | 7.05% | | |

**8. Fee/Employment Objections (08)**

LNBYG did not render any services in this category during the Covered Period.

**9. Financing (09)**

LNBYG did not render any services in this category during the Covered Period.

**10. Relief from Stay (10)**

LNBYG did not render any services in this category during the Covered Period.

**11. Meeting of Creditors (11)**

LNBYG did not render any services in this category during the Covered Period.

**12. Plan and Disclosure Statement (12)**

LNBYG's services in this category included services to brief the appeal of the plan confirmation order to the Ninth Circuit. MET's appeal of the Bankruptcy Court's plan confirmation order was particularly complex because the appeal involved seven issues on appeal, and, the District Court reversed and remanded based on eighth issue of law that it raised *sua sponte* that neither MET nor Debtor had raised at trial or on appeal. That new issue raised by the District Court was highly complex because it involved a novel issue of law on the interpretation of

11 U.S.C. § 1191(c), for which there is no guiding case law, and which required an extensive analysis of many decades of evolution of small business reorganization bankruptcy jurisprudence.

After the issues were fully briefed, less than two weeks before oral argument, the Ninth Circuit issued a decision that it had no jurisdiction on an interlocutory appeal and remanded to the Bankruptcy Court. Using the briefs prepared in the Ninth Circuit appeals, LNBYG prepared briefs to the Bankruptcy Court on the same issue as to why the Bankruptcy Court should grant the motion again on remand, and the Debtor prevailed in the Bankruptcy Court and, as instructed, prepared and submitted proposed findings of fact and conclusions of law and a proposed order. After all briefing was completed and submitted, the Bankruptcy Court reconsidered the plan confirmation issue and ordered a new plan confirmation hearing such that LNBYG had to begin rendering services again for a new chapter 11 plan. Ultimately, no court ever ruled that Debtor (or the bankruptcy court) was wrong on any of the seven issues raised by MET in its plan confirmation appeal. Eventually, on remand in 2026, the Bankruptcy Court was prepared to confirm Debtor's plan again on remand but instructed the Debtor to file a new plan only because the data for confirmation of the plan had become stale after four years had passed during the time of the appeal.

All of the foregoing services rendered by LNBYG provided an actual and necessary benefit to the estate in preserving the hard-fought and won confirmation of Debtor's chapter 11 plan in a highly complex and highly contested matter.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JK | 1.5 | $300.00 | $450.00 |
| JNT | 5 | $500.00 | $2,500.00 |
| JPF | 253.8 | $500.00 | $126,900.00 |
| Totals | 260.3 | | $129,850.00 |
| Percentage | 46.20% | | |

**13. Litigation (20)**

Time in this category includes LNBYG's services to brief MET's appeal of the MSJ judgment against MET for return of the $100,000 preference payment to the Ninth Circuit. After the issues were fully briefed, less than two weeks before oral argument, the Ninth Circuit issued a decision that it had no jurisdiction on an interlocutory appeal and remanded to the Bankruptcy Court. Using the briefs prepared in the Ninth Circuit appeals, LNBYG prepared briefs to the Bankruptcy Court on the same issue as to why the Bankruptcy Court should enter judgment for the Debtor and against MET again on remand, and the Debtor prevailed in the Bankruptcy Court and, as instructed, prepared and submitted proposed findings of fact and conclusions of law and a proposed order. After all briefing was completed and submitted, the Bankruptcy Court reconsidered the plan confirmation issue (but not the MSJ issue) and ordered a new plan confirmation hearing, putting the MSJ preference judgment on hold.

Time in this category also includes LNBYG's services to analyze other litigation issues related to the Debtor, including, but not limited to, a post-petition administrative tort claim by a former employee, which was settled by way of a FRBP 9019 motion and order, and bankruptcy court, district court, and Ninth Circuit appeal litigation between MET and Seth Casden because the outcome of that litigation could affect litigation and settlement postures in the Debtor's corporate bankruptcy case. LNBYG's services rendered in this category provided actual and necessary benefits to the estate in defending the Debtor on multiple litigation matters and pursuing the recovery of an important asset of the estate, and staying apprised of litigation that could have substantial and material consequences for the estate.

The total hours expended by the professionals, the capped hourly rate, and the totals of their hourly capped rates, and the percentage of time in this category against the whole of time for the Covered Period is set forth in this chart:

| Person | Hours | Rate | Total |
|---|---|---|---|
| JK | 12.8 | $300.00 | $3,840.00 |
| JNT | 65.5 | $500.00 | $32,750.00 |
| JNT0 | 1.2 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| JPF | 51.5 | $500.00 | $25,750.00 |
| RMC | 11.6 | $500.00 | $5,800.00 |
| Totals | 142.6 | | $68,140.00 |
| Percentage | 25.31% | | |

**14. Preference Litigation (92)**

LNBYG did not render any services in this category during the Covered Period.

**15. Miscellaneous (99)**

LNBYG did not render any services in this category during the Covered Period.

**F. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation Is Sought and the Hourly Rate of Professionals**

LNBYG expended a total of 563.4 hours of recorded time for services rendered during the Covered Period, which amounts to a blended hourly billing rate of approximately $476.50 at the capped hourly rate of $500. If LNBYG had not voluntarily capped its rate, the blended hourly billing rate would have been approximately $688.41.

LNBYG respectfully submits that its fees incurred in this Case are extremely reasonable and were necessary in order to competently represent the Debtor and protect the estate in accordance with the law and due process. A summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this Case during the Covered Period is included in Exhibit "A" attached hereto. As can be seen from Exhibit "A" LNBYG's billing statements reflect a format in which the entries are listed in chronological order by an activity code category. Exhibits "A" includes all post-petition fees incurred for this Case.

**G. Detailed Listing of Expenses by Category**

Attached hereto as Exhibit "B" is a summary listing by category and an itemization of all expenses that LNBYG advanced on behalf of the Debtor during the Covered Period. These include LNBYG's expenses incurred in printing, photocopying, making long distance telephone calls, telecopying, mailing, and hiring messenger services. LNBYG generally handles regular

and routine photocopying in-house for which LNBYG charges clients $0.20 per page. While LNBYG believes that this is less than LNBYG's actual expenses incurred with regard to the photocopying machines, supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge previously recommended by the OUST. LNBYG's printing and photocopy machines automatically record the number of prints and copies made when the person that is printing or photocopying enters the client's account number into a device attached to the printers and photocopy machines. Whenever feasible, LNBYG sends large copying projects to outside copy services that charge bulk rates for photocopying. In such instances, LNBYG charges clients the same amount that LNBYG pays the outside service.

LNBYG charges clients $1.00 per page for sending telecopies and $.20 per page for receiving telecopies which LNBYG believes is less than LNBYG's actual expenses incurred with regard to telecopying but again is a decision by LNBYG to comply with the standards previously set forth by the OUST. All expenses that LNBYG advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the Debtor's Chapter 11 estate.

**H. Description of Professional Education and Experience**

LNBYG is comprised of attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law and is well qualified to represent the Debtor. All attorneys comprising or associated with LNBYG are admitted to practice law in the California courts and in the United States District Court for the Central District of California. More specifically, during the Covered Period, LNBYG was comprised of twenty (24) partners, David L. Neale, Ron Bender, David B. Golubchik, Beth Ann R. Young, Gary Klausner, Eve Karasik, Daniel H. Reiss, Monica Y. Kim, Juliet Y. Oh, Todd M. Arnold, Krikor J. Meshefejian, John-Patrick M. Fritz, Edward M. Wolkowitz, Philip A. Gasteier, Timothy J. Yoo, Todd A. Frealy, Carmella T. Pagay, Jeffrey S. Kwong, Richard P. Steelman, Joseph M. Rothberg, John N. Tedford, Eric P. Israel, Brad D. Krasnoff, and Michael G. D'Alba; and two (2) additional

lawyers consisting of Anthony A. Friedman and Robert M. Carrasco. The résumés of the foregoing attorneys are collectively attached hereto as Exhibit "C."

**III. STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private

> practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

LNBYG respectfully submits that the hourly rates for its attorneys and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstances of this Case. LNBYG's hourly rates have been approved in numerous similar Chapter 11 cases. The Debtor selected LNBYG as its bankruptcy counsel because of the Debtor's confidence in LNBYG's ability to successfully deal with the issues related to the Debtor's financial and business affairs. LNBYG respectfully submits that the foregoing establishes that LNBYG's fees and expenses are reasonable. During the Covered Period, LNBYG's services rendered an actual and necessary benefit to the estate.

## IV. CONCLUSION

**WHEREFORE**, LNBYG respectfully requests that this Court enter an order:

(1) approving on an interim basis LNBYG's fees in the amount of $268,460.00 and expenses in the amount of $15,514.48 for total fees and expenses in the amount of $283,974.48 for the Covered Period;

(2) authorizing the Debtor to pay to LNBYG the total sum of $283,974.48 for its allowed fees and expenses for the Covered Period; and

(3) granting such other and further relief as the Court deems just and proper.

Dated: November 24, 2026

LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.

By: /s/ John-Patrick M. Fritz
Ron Bender
John-Patrick M. Fritz
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Attorneys for Debtor and Debtor in Possession

**DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ.**

I, John-Patrick M. Fritz, Esq., hereby declare as follows:

1. I am a partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), which is serving as bankruptcy counsel to Hologenix, LLC, the debtor and debtor in possession in the above-captioned, Chapter 11 bankruptcy case (the "Debtor").

2. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

3. I make this Declaration in support of the Application to which this Declaration is attached.

4. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the Application complies with all applicable statutes, rules, regulations and procedures.

5. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on LNBYG's business records kept in the ordinary course of LNBYG's business.

6. All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which LNBYG requests reimbursement are based upon the actual expenses incurred by LNBYG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November 2026, at Los Angeles, California.

*/s/ John-Patrick M. Fritz*
JOHN-PATRICK M. FRITZ

# EXHIBIT "A"

# FEE APPLICATION

**Hologenix**
**Seth Casden**
**17383 Sunset Boulevard, Suite A420**
**Pacific Palisades, CA 90272**

**10/29/2026**

**Hologenix**
**OUR FILE #: 9116**

**RB/JPF**

**PROFESSIONAL SERVICE RENDERED 8/1/2025 THROUGH 9/30/2026**

| | | | |
|---|---|---|---|
| **TOTAL PROFESSIONAL HOURS** | **563.4** | **FEES** | **$387,848.50** |

**COSTS**

| | | |
|---|---|---|
| REPRODUCTION COSTS | 2,180.60 | |
| COURT RESEARCH PACER | 213.80 | |
| PARKING | 19.00 | |
| POSTAGE | 325.79 | |
| WESTLAW RESEARCH | 12,775.29 | |
| **TOTAL COSTS** | | **$15,514.48** |

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS** **$403,362.98**

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 1**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

**03 - BUSINESS OPERATIONS**

| Date | Description | | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 9/8/2025 | PREPARATION OF OPPOSITION TO MET'S REQUEST FOR ADDITIONAL TIME ON APPEAL BRIEF | | | | |
| 2840578 | JPF | | 725.00 | $290.00 | 0.4 |
| 11/14/2025 | PREPARATION OF CONTRACT APPELLATE REPLY BRIEF | | | | |
| 2857763 | JPF | | 725.00 | $5,220.00 | 7.2 |
| 11/15/2025 | PREPARATION OF EXECUTORY CONTRACT REPLY APPELLATE BRIEF | | | | |
| 2858210 | JPF | | 725.00 | $1,160.00 | 1.6 |
| 11/17/2025 | PREPARATION OF CONTRACT APPEAL REPLY BRIEF | | | | |
| 2858211 | JPF | | 725.00 | $2,247.50 | 3.1 |
| 11/18/2025 | PREPARATION OF CONTRACT REPLY APPELLATE BRIEF | | | | |
| 2858526 | JPF | | 725.00 | $290.00 | 0.4 |
| 11/18/2025 | PREPARATION OF CONTRACT APPELLATE REPLY BRIEF | | | | |
| 2858665 | JPF | | 725.00 | $3,552.50 | 4.9 |
| 11/19/2025 | PREPARATION OF CONTRACT APPEAL REPLY BRIEF | | | | |
| 2858803 | JPF | | 725.00 | $2,247.50 | 3.1 |
| 11/19/2025 | PREPARATION OF CONTRACT APPEAL REPLY BRIEF | | | | |
| 2859024 | JPF | | 725.00 | $1,160.00 | 1.6 |
| 11/24/2025 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE CONTRACT APPELLATE REPLY BRIEF | | | | |
| 2860087 | JPF | | 725.00 | $290.00 | 0.4 |
| 11/25/2025 | PREPARATION OF CONTRACT APPEAL REPLY BRIEF | | | | |
| 2860514 | JPF | | 725.00 | $3,770.00 | 5.2 |
| 11/26/2025 | PREPARATION OF CONTRACT REPLY APPELLATE BRIEF | | | | |
| 2860999 | JPF | | 725.00 | $870.00 | 1.2 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** 

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 11/28/2025 | PREPARATION OF CONTRACT APPELLATE REPLY BRIEF | | | |
| 2861474 | JPF | 725.00 | $942.50 | 1.3 |
| 11/28/2025 | PREPARATION OF CONTRACT APPELLATE REPLY BRIEF | | | |
| 2861475 | JPF | 725.00 | $1,957.50 | 2.7 |
| 11/28/2025 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE CONTRACT APPELLATE REPLY BRIEF | | | |
| 2861476 | JPF | 725.00 | $72.50 | 0.1 |
| 12/1/2025 | PREPARATION OF CONTRACT APPEAL REPLY BRIEF | | | |
| 2861942 | JPF | 725.00 | $217.50 | 0.3 |
| 12/1/2025 | PREPARATION OF CONTRACT APPEAL REPLY BRIEF | | | |
| 2862154 | JPF | 725.00 | $1,957.50 | 2.7 |
| 1/6/2026 | PREPARATION FOR HEARING CONTRACT ASSUMPTION ORAL ARGUMENT | | | |
| 2871539 | JPF | 775.00 | $1,007.50 | 1.3 |
| 1/8/2026 | PREPARATION FOR HEARING ON EXECUTORY CONTRACT APPEAL ORAL ARGUMENT | | | |
| 2871968 | JPF | 775.00 | $2,480.00 | 3.2 |
| 1/13/2026 | PREPARATION FOR HEARING FOR APPEAL ON EXECUTORY CONTRACT | | | |
| 2872719 | JPF | 775.00 | $1,007.50 | 1.3 |
| 2/26/2026 | PREPARATION OF POST-REMAND BRIEF TO BANKRUPTCY COURT RE ASSUMPTION OF EXECUTORY CONTRACT | | | |
| 2885121 | JPF | 775.00 | $2,402.50 | 3.1 |
| 3/9/2026 | PREPARATION OF REMAND BRIEF ON EXECUTORY CONTRACT | | | |
| 2888561 | JPF | 775.00 | $2,402.50 | 3.1 |
| 4/1/2026 | ANALYSIS OF MET'S REMAND REPLY BRIEF ON CONTRACT | | | |
| 2894024 | JPF | 775.00 | $77.50 | 0.1 |
| 4/2/2026 | ANALYSIS OF MET'S BRIEF AFTER REMAND ON THE EXECUTORY CONTRACT | | | |
| 2894691 | JPF | 775.00 | $232.50 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 4/17/2026 | PREPARATION OF CONTRACT REMAND REPLY BRIEF | | | |
| 2899261 | JPF | 775.00 | $3,952.50 | 5.1 |
| 4/20/2026 | PREPARATION OF CONTRACT REPLY BRIEF ON REMAND | | | |
| 2899474 | JPF | 775.00 | $542.50 | 0.7 |
| 4/21/2026 | PREPARATION OF CONTRACT REPLY REMAND BRIEF | | | |
| 2900247 | JPF | 775.00 | $155.00 | 0.2 |
| 5/14/2026 | PREPARATION FOR HEARING ON EXECUTORY CONTRACT ASSUMPTION ON REMAND | | | |
| 2906742 | JPF | 775.00 | $775.00 | 1.0 |
| 6/23/2026 | PREPARATION OF CONTRACT ASSUMPTION PROPOSED ORDER | | | |
| 2916221 | JPF | 775.00 | $1,085.00 | 1.4 |
| 8/21/2026 | ANALYSIS OF CORRESPONDENCE FROM SETH CASDEN RE CONTRACT CURE AMOUNT FOR COMPANY RECORDS | | | |
| 2933454 | JPF | 775.00 | $77.50 | 0.1 |
| 8/21/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE CONTRACT CURE AMOUNT FOR COMPANY RECORDS | | | |
| 2933482 | JPF | 775.00 | $232.50 | 0.3 |
| 8/21/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE CONSEQUENCES OF BANKRUPTCY CODE AND PLAN FOR INTEREST RATE AND TAX ISSUES FOR COMPANY REPORTING | | | |
| 2933495 | JPF | 775.00 | $1,007.50 | 1.3 |
| 8/25/2026 | **EMAIL OR TEXT EXCHANGE WITH** SETH CASDEN RE CONTRACT ACCRUED CURE AMOUNT | | | |
| 2934183 | JPF | 775.00 | $77.50 | 0.1 |
| | | **Total** | **$43,760.00** | **58.8** |

**04 - CASE ADMINISTRATION**

| | | | | |
|---|---|---|---|---|
| 8/4/2025 | PREPARATION OF 06 JUNE-25 MOR REDACTED | | | |
| 2830441 | JK | 300.00 | $150.00 | 0.5 |
| 8/4/2025 | PREPARATION OF 06 JUNE-25 MOR UNREDACTED | | | |
| 2830442 | JK | 300.00 | $150.00 | 0.5 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | | |
|---|---|---|---|---|---|
| 9/2/2025 | PREPARATION OF CH.11 STATUS REPORT | | | | |
| 2838382 | JPF | | 725.00 | $145.00 | 0.2 |
| 9/2/2025 | **EMAIL OR TEXT EXCHANGE WITH** SETH CASDEN RE CH.11 STATUS REPORT | | | | |
| 2838383 | JPF | | 725.00 | $72.50 | 0.1 |
| 9/2/2025 | PREPARATION OF STATUS REPORT DATED 9/2/2025 FOR FILING | | | | |
| 2840528 | RM | | 300.00 | $30.00 | 0.1 |
| 9/8/2025 | PREPARATION OF **(24-2881) APPELLANT'S RESPONSE TO APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** | | | | |
| 2840639 | JK | | 300.00 | $150.00 | 0.5 |
| 9/8/2025 | PREPARATION OF **(24-2883) APPELLANT'S RESPONSE TO APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** | | | | |
| 2840640 | JK | | 300.00 | $150.00 | 0.5 |
| 9/8/2025 | PREPARATION OF **(24-2884) APPELLANT'S RESPONSE TO APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** | | | | |
| 2840641 | JK | | 300.00 | $150.00 | 0.5 |
| 9/8/2025 | PREPARATION OF JULY 2025 MONTHLY OPERATING REPORT - EFILE WITH COURT | | | | |
| 2840678 | JK | | 300.00 | $90.00 | 0.3 |
| 9/8/2025 | PREPARATION OF JULY 2025 MONTHLY OPERATING REPORT | | | | |
| 2840589 | JPF | | 725.00 | $217.50 | 0.3 |
| 9/11/2025 | REQUEST FOR JUDICIAL NOTICE IN 3 9TH CIRCUIT CASES | | | | |
| 2841696 | JK | | 300.00 | $150.00 | 0.5 |
| 9/11/2025 | TELEPHONE CONFERENCE WITH SETH'S APPELLATE COUNSEL RE HISTORY OF SETTLEMENT DISCUSSIONS, PARTICULARLY THE OUTCOME OF LAST YEAR'S MEDIATION | | | | |
| 2841495 | JNT | | 725.00 | $362.50 | 0.5 |
| 9/16/2025 | REVIEW TROUTMAN INVOICES | | | | |
| 2842506 | DAMON | | 300.00 | $150.00 | 0.5 |
| 9/17/2025 | ANALYSIS OF EMAIL FROM MIMI NGUYEN RE JULY INVOICE | | | | |
| 2842817 | JK | | 300.00 | $90.00 | 0.3 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 5**

**CASE # 9116** **From Date 8/1/2025** **To Date 9/30/2026**

| Date / ID | Description / Staff | Rate | Amount | Hours |
|---|---|---|---|---|
| 9/22/2025 | REVIEW AND SIGN FROM UST RE BANK STATEMENT REDACTION FOR MORS AND PREPARATION OF EMAIL TO CLIENT RE SAME | | | |
| 2843662 | JPF | 725.00 | $72.50 | 0.1 |
| 10/3/2025 | PREPARATION OF 08 AUG-25 MOR UNREDACTED | | | |
| 2846046 | JK | 300.00 | $150.00 | 0.5 |
| 10/3/2025 | PREPARATION OF 08 AUG-25 MOR REDACTED | | | |
| 2846047 | JK | 300.00 | $150.00 | 0.5 |
| 10/6/2025 | PREPARATION OF 08 AUG-25 MOR REDACTED | | | |
| 2846693 | JK | 300.00 | $60.00 | 0.2 |
| 10/6/2025 | PREPARATION OF 08 AUG-25 MOR UNREDACTED | | | |
| 2846694 | JK | 300.00 | $60.00 | 0.2 |
| 10/7/2025 | PREPARATION OF SMALL BUSINESS MONTHLY OPERATING REPORT FOR FILING PERIOD AUGUST 2025 | | | |
| 2847240 | JK | 300.00 | $60.00 | 0.2 |
| 10/17/2025 | PREPARATION OF SETUP "STREAMLINING" FOR 9TH CIRCUIT CASE NUMBERS 2881 AND 2883 | | | |
| 2850055 | JK | 300.00 | $120.00 | 0.4 |
| 10/24/2025 | ANALYSIS OF 9TH CIRCUIT COURT DOCKET RE UPCOMING REPLIES ON 12/1/2025 | | | |
| 2851536 | JK | 300.00 | $120.00 | 0.4 |
| 10/28/2025 | ANALYSIS OF PACER - 9TH CIRCUIT DOCKET ITEMS RE APPEAL | | | |
| 2852079 | JK | 300.00 | $150.00 | 0.5 |
| 10/28/2025 | PREPARATION OF RESPONSE TO NOTICE OF CASE BEING CONSIDERED FOR ORAL ARGUMENT | | | |
| 2852334 | JK | 300.00 | $120.00 | 0.4 |
| 11/5/2025 | PREPARATION OF 09 SEP-25 MOR REDACTED | | | |
| 2854421 | JK | 300.00 | $150.00 | 0.5 |
| 11/5/2025 | PREPARATION OF 09 SEP-25 MOR UNREDACTED | | | |
| 2854423 | JK | 300.00 | $150.00 | 0.5 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 11/5/2025 | PREPARATION OF SEPTEMBER 2025 MONTHLY OPERATING REPORT | | | |
| 2854803 | JPF | 725.00 | $362.50 | 0.5 |
| 11/6/2025 | PREPARATION OF REVISE AND EFILE 09 SEP-25 MOR REDACTED | | | |
| 2855049 | JK | 300.00 | $120.00 | 0.4 |
| 11/17/2025 | PREPARATION OF CH.11 STATUS REPORT; PREPARATION OF EMAIL TO SETH CASDEN RE SAME | | | |
| 2858204 | JPF | 725.00 | $72.50 | 0.1 |
| 11/18/2025 | PREPARATION OF **SUBCHAPTER V DEBTOR'S STATUS REPORT DATED NOVEMBER 18, 2025** | | | |
| 2858626 | JK | 300.00 | $120.00 | 0.4 |
| 12/1/2025 | PREPARATION OF HOLOGENIX 9TH CIRCUIT COURT DOCUMENTS; PREPARE PLAN AND CONRACT REPLY EXCERPTS OF RECORD | | | |
| 2861978 | JK | 300.00 | $2,490.00 | 8.3 |
| 12/2/2025 | **EMAIL OR TEXT EXCHANGE WITH** MIMI NGYUEN RE SEPTEMBER AND OCTOBER 2025 INVOICES | | | |
| 2862467 | JK | 300.00 | $30.00 | 0.1 |
| 12/2/2025 | ANALYSIS OF 9TH CIRCUIT DOCKET RE FILINGS FOR 24-2881 AND 25-2883 ; DOWNLOAD CONFORMED COPIES | | | |
| 2862498 | JK | 300.00 | $150.00 | 0.5 |
| 12/2/2025 | PREPARATION OF REVISED PLAN VOLUMES 1 - 8 AND INDEX TO REFLECT COURT'S CHANGES TO FURTHER EXCERPTS OF RECORDS | | | |
| 2862625 | JK | 300.00 | $660.00 | 2.2 |
| 12/3/2025 | PREPARATION OF 10 OCT-25 MOR REDACTED | | | |
| 2862873 | JK | 300.00 | $150.00 | 0.5 |
| 12/3/2025 | PREPARATION OF 10 OCT-25 MOR UNREDACTED | | | |
| 2862874 | JK | 300.00 | $150.00 | 0.5 |
| 12/3/2025 | PREPARATION OF REVISE VOLUMES 5 AND 6 FOR 9TH CIRCUIT COURT APPEAL; EMAILS TO COURT; DOWNLOAD CONFORMED COPIES | | | |
| 2863041 | JK | 300.00 | $630.00 | 2.1 |
| 12/4/2025 | PREPARATION OF MOR OCTOBER 2025 -REDACTED - FINAL | | | |
| 2863285 | JK | 300.00 | $120.00 | 0.4 |

**DETAILED ACTIVITIES**

**Hologenix** **10/29/2026** **Page # 7**

**CASE # 9116** **From Date 8/1/2025**

**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 12/4/2025 | PREPARATION OF MOR OCTOBER 2025 - UNREDACTED - BATES - FINAL | | | |
| 2863289 | JK | 300.00 | $120.00 | 0.4 |
| 12/9/2025 | PREPARATION OF OCTOBER 2025 MOR | | | |
| 2864363 | JK | 300.00 | $120.00 | 0.4 |
| 12/29/2025 | PREPARATION OF DECLARATION THAT NO PARTY REQUESTED A HEARING ON 9019 MOTION FOR FILING AND ORDER TO LODGE | | | |
| 2870230 | RM | 300.00 | $60.00 | 0.2 |
| 1/5/2026 | PREPARATION OF 11 NOV-25 MOR REDACTED | | | |
| 2870858 | JK | 300.00 | $120.00 | 0.4 |
| 1/5/2026 | PREPARATION OF 11 NOV-25 MOR UNREDACTED | | | |
| 2870859 | JK | 300.00 | $120.00 | 0.4 |
| 1/14/2026 | REVIEW EMAIL FROM J.P. FRITZ RE DEADLINE TO SUBMIT NOTICE OF INTENT TO APPEAR FOR 9TH CIRCUIT ARGUMENTS, AND PREPARE REPLY RE SAME | | | |
| 2873381 | JNT | 775.00 | $232.50 | 0.3 |
| 1/15/2026 | ANALYSIS OF NOVEMBER 2025 MONTHLY OPERATING REPORT | | | |
| 2873433 | JPF | 775.00 | $310.00 | 0.4 |
| 1/30/2026 | PREPARATION OF 12 DEC-25 MOR REDACTED | | | |
| 2877657 | JK | 300.00 | $150.00 | 0.5 |
| 1/30/2026 | PREPARATION OF 12 DEC-25 MOR UNREDACTED | | | |
| 2877658 | JK | 300.00 | $150.00 | 0.5 |
| 2/2/2026 | PREPARATION OF 12 DEC-25 MOR REDACTED | | | |
| 2878183 | JK | 300.00 | $120.00 | 0.4 |
| 2/2/2026 | ANALYSIS OF PROOF OF INSURANCE FROM MIMI NGUYEN | | | |
| 2877955 | JPF | 775.00 | $77.50 | 0.1 |
| 2/2/2026 | PREPARATION OF CORRESPONDENCE TO MIMI NGUYEN RE PROOF OF INSURANCE DECLARATION PAGE WITH ADDITIONAL NOTICE PARTIES SECTION | | | |
| 2877956 | JPF | 775.00 | $77.50 | 0.1 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 2/2/2026 | ANALYSIS OF SECOND INSURANCE SUBMISSION FROM MIMI NGUYEN | | | |
| 2878077 | JPF | 775.00 | $77.50 | 0.1 |
| 2/2/2026 | PREPARATION OF CORRESPONDENCE TO UST RE PROOF OF INSURANCE | | | |
| 2878078 | JPF | 775.00 | $77.50 | 0.1 |
| 2/2/2026 | ANALYSIS OF DECEMBER 2025 MONTHLY OPERATING REPORT | | | |
| 2878122 | JPF | 775.00 | $232.50 | 0.3 |
| 2/3/2026 | TELEPHONE CONFERENCE WITH **SUBCHAPTER V DEBTOR'S STATUS REPORT DATED FEBRUARY 3, 2026** | | | |
| 2879015 | JK | 300.00 | $120.00 | 0.4 |
| 2/3/2026 | PREPARATION OF STATUS REPORT AFTER NINTH CIRCUIT DISMISSES APPEALS | | | |
| 2880611 | JPF | 775.00 | $1,007.50 | 1.3 |
| 2/3/2026 | **EMAIL OR TEXT EXCHANGE WITH** SETH CASDEN RE STATUS REPORT AFTER NINTH CIRCUIT DISMISSES APPEAL | | | |
| 2880612 | JPF | 775.00 | $77.50 | 0.1 |
| 2/3/2026 | PREPARATION OF CORRESPONDENCE TO NICOLE SULLIVAN RE MONTHLY OPERATING REPORT | | | |
| 2880613 | JPF | 775.00 | $77.50 | 0.1 |
| 2/9/2026 | ANALYSIS OF STATUS REPORT BY CREDITOR MULTIPLE ENERGY TECH. | | | |
| 2887824 | RMC | 595.00 | $59.50 | 0.1 |
| 2/10/2026 | ANALYSIS OF MET STATUS REPORT IN BANKRUPTCY COURT | | | |
| 2881222 | JPF | 775.00 | $77.50 | 0.1 |
| 2/10/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE MET STATUS REPORT | | | |
| 2881223 | JPF | 775.00 | $77.50 | 0.1 |
| 2/11/2026 | REVIEW STATUS REPORT FILED BY CASDEN IN CASDEN CASE, RE POTENTIAL IMPACT ON HOLOGENIX CASE | | | |
| 2881531 | JNT | 775.00 | $155.00 | 0.2 |
| 2/11/2026 | REVIEW EMAIL FROM R. BENDER RE NINTH CIRCUIT'S ORDER, AND PREPARE REPLY RE SAME | | | |
| 2881558 | JNT | 775.00 | $465.00 | 0.6 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 9**

**CASE # 9116** **From Date 8/1/2025**

**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 2/13/2026 | PREPARATION FOR HEARING ON CH.11 CASE STATUS CONFERENCE | | | |
| 2881999 | JPF | 775.00 | $542.50 | 0.7 |
| 2/17/2026 | APPEARANCE AT HEARING STATUS CONFERENCE ON CH.11 CASE AND REMAND OF THREE APPEALS | | | |
| 2882494 | JPF | 775.00 | $3,100.00 | 4.0 |
| 2/18/2026 | PREPARATION OF **NOTICE OF HEARING ON REMAND FROM APPEALS OF TWO ORDERS AND ONE JUDGMENT** | | | |
| 2883047 | JK | 300.00 | $120.00 | 0.4 |
| 2/18/2026 | PREPARATION OF NOTICE OF REMAND HEARING ON THREE APPEALS FOR MAIN CASE | | | |
| 2882915 | JPF | 775.00 | $155.00 | 0.2 |
| 2/19/2026 | CONFERENCE WITH J.P. FRITZ RE OUTCOME OF STATUS CONFERENCE AFTER REMAND, STRATEGY GOING FORWARD | | | |
| 2883471 | JNT | 775.00 | $310.00 | 0.4 |
| 2/26/2026 | REVIEW EMAIL FROM J.P. FRITZ RE BRIEFS FILED IN 9TH CIRCUIT APPEAL RE PREFERENCE ACTION, AND PREPARE REPLY RE SAME | | | |
| 2888190 | JNT | 775.00 | $77.50 | 0.1 |
| 2/27/2026 | TELEPHONE CONFERENCE WITH 01 JAN-26 MOR REDACTED | | | |
| 2885375 | JK | 300.00 | $120.00 | 0.4 |
| 2/27/2026 | PREPARATION OF 01 JAN-26 MOR UNREDACTED | | | |
| 2885376 | JK | 300.00 | $120.00 | 0.4 |
| 3/10/2026 | PREPARATION OF **DEBTOR'S BRIEF IN SUPPORT OF GRANTING MOTION TO ASSUME EXECUTORY EMPLOYMENT CONTRACT WITH SETH CASDEN AFTER REMAND FROM THE DISTRICT COURT** | | | |
| 2889116 | JK | 300.00 | $210.00 | 0.7 |
| 3/10/2026 | PREPARATION OF **DEBTOR'S BRIEF IN SUPPORT OF CONFIRMING PLAN AFTER REMAND FROM THE DISTRICT COURT** | | | |
| 2889142 | JK | 300.00 | $210.00 | 0.7 |
| 3/20/2026 | PREPARATION OF MOR JANUARY 2026 - REDACTED - FINAL | | | |
| 2891568 | JK | 300.00 | $150.00 | 0.5 |
| 3/20/2026 | PREPARATION OF REDACTED AND UNREDACTED VERSIONS OF JANUARY 2026 MONTHLY OPERATING REPORT | | | |
| 2891546 | JPF | 775.00 | $387.50 | 0.5 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 3/31/2026 | PREPARATION OF CORRESPONDENCE TO MET"S COUNSEL RE UN-REDACTED JANUARY 2026 MONTHLY OPERATING REPORT | | | |
| 2893872 | JPF | 775.00 | $77.50 | 0.1 |
| 4/2/2026 | PREPARATION OF 02 FEB-26 MOR REDACTED | | | |
| 2894473 | JK | 300.00 | $150.00 | 0.5 |
| 4/2/2026 | ANALYSIS OF REDACTED AND UN-REDACTED FEBRUARY 2026 MONTHLY OPERATING REPORTS | | | |
| 2894481 | JPF | 775.00 | $310.00 | 0.4 |
| 4/2/2026 | PREPARATION OF CORRESPONDENCE TO CLIENT RE REDACTED AND UN-REDACTED FEBRUARY 2026 MONTHLY OPERATING REPORTS | | | |
| 2894482 | JPF | 775.00 | $77.50 | 0.1 |
| 4/21/2026 | PREPARATION OF **DEBTOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DBETOR'S REPLY BRIEFS AFTER REMAND FILED ON APRIL 21, 2026** | | | |
| 2899759 | JK | 300.00 | $210.00 | 0.7 |
| 4/21/2026 | PREPARATION OF **DEBTOR'S REPLY BRIEF IN SUPPORT OF GRANTING MOTION TO ASSUME EXECUTORY EMPLOYMENT CONTRACT WITH SETH CASDEN AFTER REMAND FROM THE DISTRICT COURT** | | | |
| 2899763 | JK | 300.00 | $240.00 | 0.8 |
| 4/21/2026 | PREPARATION OF **DEBTOR'S REPLY IN SUPPORT OF CONFIRMING PLAN AFTER REMAND FROM THE DISTRICT COURT** | | | |
| 2899764 | JK | 300.00 | $240.00 | 0.8 |
| 4/28/2026 | PREPARATION OF 03 MAR-26 MOR REDACTED | | | |
| 2901361 | JK | 300.00 | $150.00 | 0.5 |
| 4/28/2026 | PREPARATION OF 03 MAR-26 MOR UNREDACTED | | | |
| 2901362 | JK | 300.00 | $150.00 | 0.5 |
| 4/29/2026 | PREPARATION OF REVISE AND EFILE: 03 MAR-26 MOR REDACTED | | | |
| 2901661 | JK | 300.00 | $90.00 | 0.3 |
| 4/29/2026 | PREPARATION OF REVISE AND EFILE: 03 MAR-26 MOR UNREDACTED | | | |
| 2901662 | JK | 300.00 | $90.00 | 0.3 |
| 4/29/2026 | PREPARATION OF MARCH 2026 MONTHLY OPERATING REPORT | | | |
| 2901587 | JPF | 775.00 | $310.00 | 0.4 |

# DETAILED ACTIVITIES



**Hologenix**
**CASE # 9116**

**From Date** 8/1/2025
**To Date** 9/30/2026

| | | | | |
|---|---|---|---|---|
| 5/7/2026 | ANALYSIS OF UPDATED INSURANCE POLICIES | | | |
| 2905272 | JPF | 775.00 | $77.50 | 0.1 |
| 5/7/2026 | PREPARATION OF CORRESPONDENCE TO UST RE UPDATED INSURANCE POLICIES | | | |
| 2905273 | JPF | 775.00 | $77.50 | 0.1 |
| 5/11/2026 | PREPARATION OF CH.11 STATUS REPORT | | | |
| 2905878 | JPF | 775.00 | $155.00 | 0.2 |
| 5/11/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE CH.11 STATUS REPORT | | | |
| 2905896 | JPF | 775.00 | $77.50 | 0.1 |
| 5/12/2026 | PREPARATION FOR MEETING **SUBCHAPTER V DEBTOR'S STATUS REPORT DATED MAY 12, 202** | | | |
| 2906001 | JK | 300.00 | $150.00 | 0.5 |
| 5/27/2026 | PREPARATION OF TRANSCRIPT REQUEST RE: MAY 26, 2026 HEARING | | | |
| 2908892 | DAMON | 300.00 | $90.00 | 0.3 |
| 6/3/2026 | PREPARATION OF UNREDACTED VERSION MOR APRIL 2026 1 | | | |
| 2911375 | JK | 300.00 | $150.00 | 0.5 |
| 6/3/2026 | PREPARATION OF REDACTED VERSION OF MOR APRIL 2026 1 | | | |
| 2911376 | JK | 300.00 | $150.00 | 0.5 |
| 6/3/2026 | PREPARATION OF APRIL 2026 MONTHLY OPERATING REPORTS | | | |
| 2911590 | JPF | 775.00 | $465.00 | 0.6 |
| 6/4/2026 | PREPARATION OF APRIL 2026 MONTHLY OPERATING REPORT | | | |
| 2911829 | JPF | 775.00 | $155.00 | 0.2 |
| 6/5/2026 | PREPARATION OF EFILE HOLOGENIX MOR APRIL 2026 REDACTED VERSION | | | |
| 2912007 | JK | 300.00 | $90.00 | 0.3 |
| 6/23/2026 | PREPARATION OF **AMENDED ORDER, *UPON REMAND*, AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH SETH CASDEN** | | | |
| 2916398 | JK | 300.00 | $120.00 | 0.4 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 6/23/2026 | PREPARATION OF NOTICE OF LODGMENT RE **AMENDED ORDER, *UPON REMAND*, AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH SETH CASDEN** | | | |
| 2916399 | JK | 300.00 | $90.00 | 0.3 |
| 6/23/2026 | PREPARATION OF **NOTICE OF FILING OF TRANSCRIPT FOR HEARING ON MAY 26, 2026** | | | |
| 2916400 | JK | 300.00 | $120.00 | 0.4 |
| 6/23/2026 | PREPARATION OF ORDER TO LODGE RE: REMAND FINDINGS AND CONCLUSIONS AND NOTICE OF LODGMENT FOR FILING | | | |
| 2917469 | RM | 300.00 | $60.00 | 0.2 |
| 6/23/2026 | PREPARATION OF ORDER TO LODGE RE: JUDGMENT AND NOTICE OF LODGMENT FOR FILING | | | |
| 2917470 | RM | 300.00 | $60.00 | 0.2 |
| 6/23/2026 | PREPARATION OF ORDER TO LODGE RE: SUMMARY JUDGMENT AND NOTICE OF LODGMENT FOR FILING | | | |
| 2917471 | RM | 300.00 | $60.00 | 0.2 |
| 7/2/2026 | PREPARATION OF MOR MAY 2026 - REDACTED - FINAL | | | |
| 2919438 | JK | 300.00 | $150.00 | 0.5 |
| 7/2/2026 | PREPARATION OF MOR MAY 2026 - UNREDACTED = BATES - FINAL | | | |
| 2919439 | JK | 300.00 | $150.00 | 0.5 |
| 7/2/2026 | PREPARATION OF JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2919568 | JPF | 775.00 | $232.50 | 0.3 |
| 7/6/2026 | PREPARATION OF MAY 2026 MOR | | | |
| 2920750 | JK | 300.00 | $120.00 | 0.4 |
| 7/28/2026 | PREPARATION OF **REPLY ON PLAN FINDINGS AND ORDERS** | | | |
| 2925770 | JK | 300.00 | $150.00 | 0.5 |
| 8/5/2026 | PREPARATION OF HOLOGENIX JUNE 2026 MOR - REDACTED | | | |
| 2929689 | JK | 300.00 | $150.00 | 0.5 |
| 8/5/2026 | PREPARATION OF HOLOGENIX JUNE 2026 MOR - UNREDACTED | | | |
| 2929691 | JK | 300.00 | $150.00 | 0.5 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 13**

**CASE # 9116** **From Date 8/1/2025**

**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 8/18/2026 | PREPARATION OF JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2932558 | JPF | 775.00 | $155.00 | 0.2 |
| 8/18/2026 | PREPARATION OF CORRESPONDENCE TO CLIENT RE JUNE 2026 MONTHLY OPERATING REPORT BANK STATEMENTS | | | |
| 2932559 | JPF | 775.00 | $77.50 | 0.1 |
| 8/20/2026 | PREPARATION OF REVISED JUNE 2026 MORS | | | |
| 2933324 | JK | 300.00 | $150.00 | 0.5 |
| 8/20/2026 | TELEPHONE CONFERENCE WITH GREG SALVATO RE LITIGATION WITH MET, HOLOGENIX PLAN CONFIRMATION HEARING, AND UPCOMING STATUS CONFERENCE IN CASDEN CASE AND HOLOGENIX CASE SCHEDULED FOR SAME DAY AND TIME | | | |
| 2933196 | JPF | 775.00 | $542.50 | 0.7 |
| 8/20/2026 | TELEPHONE CONFERENCE WITH SETH CASDEN RE JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2933287 | JPF | 775.00 | $77.50 | 0.1 |
| 8/20/2026 | ANALYSIS OF CORRESPONDENCE FROM MIMI NGUYEN RE JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2933299 | JPF | 775.00 | $77.50 | 0.1 |
| 8/20/2026 | PREPARATION OF CORRESPONDENCE TO MIMI NGUYEN RE JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2933300 | JPF | 775.00 | $232.50 | 0.3 |
| 8/20/2026 | ANALYSIS OF JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2933317 | JPF | 775.00 | $77.50 | 0.1 |
| 8/21/2026 | ANALYSIS OF CORRESPONDENCE FROM SETH CASDEN RE JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2933446 | JPF | 775.00 | $77.50 | 0.1 |
| 8/21/2026 | PREPARATION OF CORRESPONDENCE TO MIMI NGUYEN RE REVISIONS TO JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2933447 | JPF | 775.00 | $77.50 | 0.1 |
| 8/21/2026 | **EMAIL OR TEXT EXCHANGE WITH** MIMI NGUYEN RE D&O POLICY | | | |
| 2933448 | JPF | 775.00 | $77.50 | 0.1 |
| 8/27/2026 | PREPARATION OF UPDATE JUNE MOR WITH REVISED EX C AND STATEMENT | | | |
| 2934778 | JK | 300.00 | $180.00 | 0.6 |

**DETAILED ACTIVITIES**



| | | | | |
|---|---|---|---|---|
| 8/27/2026 | PREPARATION OF JUNE 2026 MONTHLY OPERATING REPORT | | | |
| 2934994 | JPF | 775.00 | $155.00 | 0.2 |
| 9/1/2026 | CONFERENCE WITH J.P. FRITZ RE OUTCOME OF LAST WEEK'S BANKRUPTCY COURT HEARINGS | | | |
| 2936128 | JNT | 775.00 | $155.00 | 0.2 |
| 9/1/2026 | REVIEW JOINT POST-REMAND STATEMENT FILED BY MET AND CASDEN IN DISTRICT COURT | | | |
| 2936131 | JNT | 775.00 | $77.50 | 0.1 |
| 9/10/2026 | PREPARATION OF MOR JULY 2026 - REDACTED | | | |
| 2939448 | JK | 300.00 | $150.00 | 0.5 |
| 9/10/2026 | PREPARATION OF MOR JULY 2026 - UNREDACTED | | | |
| 2939449 | JK | 300.00 | $150.00 | 0.5 |
| 9/10/2026 | PREPARATION OF JULY 2026 MONTHLY OPERATING REPORT | | | |
| 2939516 | JPF | 775.00 | $232.50 | 0.3 |
| 9/25/2026 | REVIEW W&W WEBSITE, AND EMAIL G. SALVATO RE SAME AND POTENTIAL FOR SETTLEMENT DUE TO MET'S ATTORNEY'S UNAVAILABILITY | | | |
| 2942972 | JNT | 775.00 | $155.00 | 0.2 |
| 9/30/2026 | CONFERENCE WITH J.P. FRITZ RE OUTCOME OF RECENT HEARING, SCHEDULE FOR CONFIRMATION TRIAL | | | |
| 2943906 | JNT | 775.00 | $155.00 | 0.2 |
| | | **Total** | **$26,517.00** | **61.2** |

**05 - CLAIMS ADMIN. AND OBJECTIONS**

| | | | | |
|---|---|---|---|---|
| 9/14/2025 | ANALYSIS OF POST-PETITION CLAIMS FOR SETTLEMENT OF WHITE LITIGATION. | | | |
| 2842086 | RMC | 550.00 | $330.00 | 0.6 |
| 10/14/2025 | ANALYSIS OF SETTLEMENT WITH DR. WHITE ON EMPLOYMENT ISSUE | | | |
| 2849436 | JPF | 725.00 | $145.00 | 0.2 |
| | | **Total** | **$475.00** | **0.8** |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 15**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

**07 - FEE / EMPLOYMENT APPLICATIONS**

| | | | | |
|---|---|---|---|---|
| 8/1/2025 | **EMAIL OR TEXT EXCHANGE WITH** THEODORA FIRM RE INTERIM FEE APPLICATION | | | |
| 2830247 | CTP | 700.00 | $140.00 | 0.2 |
| 8/1/2025 | CONTACT TROUTMAN RE INTERIM FEE APPLICATION AND FOLLOW UP WITH EMAIL | | | |
| 2830248 | CTP | 700.00 | $140.00 | 0.2 |
| 8/4/2025 | **EMAIL OR TEXT EXCHANGE WITH** THEODORA FIRM RE INTERIM FEE APPLICATION | | | |
| 2832672 | CTP | 700.00 | $140.00 | 0.2 |
| 8/6/2025 | CONTACT TROUTMAN RE FEE APPLICATION | | | |
| 2839947 | CTP | 700.00 | $70.00 | 0.1 |
| 8/12/2025 | **EMAIL OR TEXT EXCHANGE WITH** THEODORA FIRM RE FEE APPLICATION | | | |
| 2840113 | CTP | 700.00 | $70.00 | 0.1 |
| 8/20/2025 | RESEARCH REGARDING CONTACT IN TROUTMAN RE FEE APPLICATION AND PREPARE CORRESPONDENCE | | | |
| 2840202 | CTP | 700.00 | $350.00 | 0.5 |
| 8/22/2025 | PREPARATION OF SEVENTH FEE APPLICATION FOR BUCHALTER | | | |
| 2835886 | JYO | 725.00 | $290.00 | 0.4 |
| 8/26/2025 | **EMAIL OR TEXT EXCHANGE WITH** TROUTMAN RE FEE APPLICATION | | | |
| 2840427 | CTP | 700.00 | $140.00 | 0.2 |
| 8/27/2025 | **EMAIL OR TEXT EXCHANGE WITH** TROUTMAN RE FEE APPLICATION | | | |
| 2840464 | CTP | 700.00 | $140.00 | 0.2 |
| 8/28/2025 | PREPARATION OF SEVENTH FEE APPLICATION FOR BUCHALTER | | | |
| 2837620 | JYO | 725.00 | $435.00 | 0.6 |
| 8/28/2025 | PREPARATION OF EMAIL TO BUCHALTER (J. AIZAD) RE: SEVENTH FEE APP FOR BUCHALTER | | | |
| 2837622 | JYO | 725.00 | $145.00 | 0.2 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page #** **16**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 9/2/2025 | **EMAIL OR TEXT EXCHANGE WITH** THEODORA FIRM RE FEE APPLICATION | | | |
| 2840615 | CTP | 700.00 | $280.00 | 0.4 |
| 9/2/2025 | TELEPHONE CONFERENCE WITH SCOTT BEHRENDT RE THEODORA FEE APPLICATION | | | |
| 2838433 | JPF | 725.00 | $72.50 | 0.1 |
| 9/2/2025 | ANALYSIS OF THEODORA EMPLOYMENT APPLICATION, SUPPLEMENT, AND ORDER RE FEE APPLICATION REQUIREMENTS AS BETWEEN HOLOGENIX AND CASDEN ESTATES | | | |
| 2838434 | JPF | 725.00 | $870.00 | 1.2 |
| 9/2/2025 | TELEPHONE CONFERENCE WITH (SECOND CALL) WITH SCOTT BEHRENDT RE THEODORA FEE APPLICATION | | | |
| 2838435 | JPF | 725.00 | $72.50 | 0.1 |
| 9/2/2025 | PREPARATION OF CORRESPONDENCE TO GREG SALVATO AND SCOTT BEHRENDT RE THEODORA FEE APPLICATION | | | |
| 2838513 | JPF | 725.00 | $217.50 | 0.3 |
| 9/3/2025 | PREPARATION OF LNBYG FEE APPLICATION | | | |
| 2838755 | JPF | 725.00 | $507.50 | 0.7 |
| 9/3/2025 | PREPARATION OF LNBYG FEE APPLICATION | | | |
| 2839060 | JPF | 725.00 | $1,522.50 | 2.1 |
| 9/3/2025 | EMAIL EXCHANGES WITH BUCHALTER RE: FEE APP | | | |
| 2839483 | JYO | 725.00 | $145.00 | 0.2 |
| 9/4/2025 | **EMAIL OR TEXT EXCHANGE WITH** SETH CASDEN RE LNBYG FEE APPLICATION | | | |
| 2839124 | JPF | 725.00 | $72.50 | 0.1 |
| 9/4/2025 | **EMAIL OR TEXT EXCHANGE WITH** MIMI NGYUEN RE FEE APPLICATIONS AND FILING DEADLINES | | | |
| 2839126 | JPF | 725.00 | $72.50 | 0.1 |
| 9/4/2025 | PREPARATION OF BUCHALTER FEE APPLICATION | | | |
| 2839484 | JYO | 725.00 | $290.00 | 0.4 |
| 9/4/2025 | PREPARATION OF EMAIL TO CLIENT RE: BUCHALTER FEE APPLICATION | | | |
| 2839485 | JYO | 725.00 | $72.50 | 0.1 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 9/8/2025 | PREPARATION OF TROUTMAN INTERIM FEE APPLICATION | | | |
| 2847323 | CTP | 700.00 | $1,050.00 | 1.5 |
| 9/8/2025 | **EMAIL OR TEXT EXCHANGE WITH** COUNSEL FOR FISHER PHILLIPS AND M&G RE FEE APPLICATIONS; ANALYSIS OF PREVIOUSLY FILED FEE APPS. | | | |
| 2840644 | RMC | 550.00 | $440.00 | 0.8 |
| 9/9/2025 | PREPARATION OF THEODORA INTERIM FEE APPLICATION | | | |
| 2847445 | CTP | 700.00 | $1,050.00 | 1.5 |
| 9/9/2025 | ANALYSIS OF ISSUES WITH JPF RE THEODORA INTERIM FEE APPLICATION | | | |
| 2847452 | CTP | 700.00 | $140.00 | 0.2 |
| 9/9/2025 | **EMAIL OR TEXT EXCHANGE WITH** S. BEHRENDT RE THEODORA INTERIM FEE APPLICATION | | | |
| 2847454 | CTP | 700.00 | $140.00 | 0.2 |
| 9/10/2025 | ANALYSIS OF CORRESPONDENCE FROM THEODORA RE INTERIM FEE APPLICATION | | | |
| 2847518 | CTP | 700.00 | $140.00 | 0.2 |
| 9/10/2025 | REVIEW AND REVISE THEODORA INTERIM FEE APPLICATION | | | |
| 2847522 | CTP | 700.00 | $280.00 | 0.4 |
| 9/10/2025 | FURTHER EMAIL EXCHANGES WITH THEODORA RE INTERIM FEE APPLICATION | | | |
| 2847531 | CTP | 700.00 | $210.00 | 0.3 |
| 9/10/2025 | ANALYSIS OF THEODORA ORRINGER THIRD FEE APPLICATION (DRAFT) | | | |
| 2841245 | JPF | 725.00 | $72.50 | 0.1 |
| 9/11/2025 | PREPARATION OF CORRESPONDENCE TROUTMAN COUNSEL RE INTERIM FEE APPLICATION | | | |
| 2847549 | CTP | 700.00 | $70.00 | 0.1 |
| 9/12/2025 | REVIEW AND REVISE THEODORA INTERIM FEE APPLICATION | | | |
| 2847561 | CTP | 700.00 | $210.00 | 0.3 |
| 9/12/2025 | FOLLOW UP ON TROUTMAN FEE APPLICATION | | | |
| 2847565 | CTP | 700.00 | $70.00 | 0.1 |

**DETAILED ACTIVITIES**



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**

**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 9/12/2025 | PREPARATION OF DRAFT FEE APPLICATION FOR THEODORA | | | |
| 2841841 | JPF | 725.00 | $145.00 | 0.2 |
| 9/16/2025 | **EMAIL OR TEXT EXCHANGE WITH** TROUTMAN RE INTERIM FEE APPLICATION | | | |
| 2847635 | CTP | 700.00 | $140.00 | 0.2 |
| 9/16/2025 | REVIEW AND REVISE TROUTMAN INTERIM FEE APPLICATION | | | |
| 2847646 | CTP | 700.00 | $490.00 | 0.7 |
| 9/16/2025 | PREPARATION OF CORRESPONDENCE CLIENT RE TROUTMAN INTERIM FEE APPLICATION | | | |
| 2847652 | CTP | 700.00 | $140.00 | 0.2 |
| 9/16/2025 | PREPARATION OF CORRESPONDENCE THEDORA RE INTERIM FEE APPLICATION | | | |
| 2847743 | CTP | 700.00 | $70.00 | 0.1 |
| 9/18/2025 | ANALYSIS OF CORRESPONDENCE FROM CLIENT THEODORA INTERIM FEE APPLICATION | | | |
| 2847721 | CTP | 700.00 | $70.00 | 0.1 |
| 9/18/2025 | REVIEW AND REVISE AND FINALIZE THEODORA INTERIM FEE APPLICATION | | | |
| 2847726 | CTP | 700.00 | $280.00 | 0.4 |
| 9/18/2025 | ANALYSIS OF CORRESPONDENCE FROM CLIENT RE TROUTMAN INTERIM FEE APPLICATION | | | |
| 2847728 | CTP | 700.00 | $70.00 | 0.1 |
| 9/18/2025 | REVIEW AND REVISE TROUTMAN INTERIM FEE APPLICATION | | | |
| 2847733 | CTP | 700.00 | $280.00 | 0.4 |
| 9/18/2025 | PREPARATION OF COMPENSATION - FEE APPLICATION RE: BUCHALTER FOR FILING | | | |
| 2844101 | RM | 300.00 | $30.00 | 0.1 |
| 9/18/2025 | PREPARATION OF COMPENSATION - FEE APPLICATION RE: THEODORA ORINGHER FOR FILING | | | |
| 2844102 | RM | 300.00 | $30.00 | 0.1 |
| 9/19/2025 | REVIEW AND FINALIZE TROUTMAN INTERIM FEE APPLICATION | | | |
| 2847746 | CTP | 700.00 | $140.00 | 0.2 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date** 8/1/2025
**To Date** 9/30/2026

| | | | | |
|---|---|---|---|---|
| 9/19/2025 | PREPARATION OF CORRESPONDENCE TROUTMAN RE INTERIM FEE APPLICATION | | | |
| 2847750 | CTP | 700.00 | $70.00 | 0.1 |
| 9/19/2025 | PREPARATION OF CORRESPONDENCE THEODORA RE INTERIM FEE APPLICATION | | | |
| 2847751 | CTP | 700.00 | $70.00 | 0.1 |
| 9/19/2025 | **EMAIL OR TEXT EXCHANGE WITH** MIMI NGUYEN RE CALCULATIONS ON LNBYG 7TH FEE APPLICATION | | | |
| 2843639 | JPF | 725.00 | $290.00 | 0.4 |
| 9/19/2025 | PREPARATION OF COMPENSATION - FEE APPLICATION RE: TROUTMAN FOR FILING | | | |
| 2844107 | RM | 300.00 | $30.00 | 0.1 |
| 9/22/2025 | ANALYSIS OF EMAIL EXCHANGES RE INTERIM FEE APPLICATIONS AND RESPONSE TO SAME | | | |
| 2847863 | CTP | 700.00 | $140.00 | 0.2 |
| 9/22/2025 | PREPARATION OF **SEVENTH APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ. IN SUPPORT THEREOF** | | | |
| 2843663 | JK | 300.00 | $240.00 | 0.8 |
| 9/22/2025 | PREPARATION OF LNBYG 7TH FEE APPLICATION | | | |
| 2843661 | JPF | 725.00 | $217.50 | 0.3 |
| 9/22/2025 | PREPARATION OF CLIENT DECLARATION IN SUPPORT OF SEVENTH FEE APPS AND RELATED SUMMARY OF FEES AND COSTS | | | |
| 2843753 | JYO | 725.00 | $290.00 | 0.4 |
| 9/22/2025 | PREPARATION OF FISHER PHILLIPS SECOND FEE APPLICATION. | | | |
| 2843683 | RMC | 550.00 | $1,760.00 | 3.2 |
| 9/22/2025 | **EMAIL OR TEXT EXCHANGE WITH** FISHER PHILLIPS TEAM RE POSSIBLE INSURANCE COVERAGE. | | | |
| 2843684 | RMC | 550.00 | $440.00 | 0.8 |
| 9/22/2025 | PREPARATION OF FINAL SECOND FEE APP OF FISHER PHILLIPS; REVISE AFTER REVIEW WITH FP TEAM. | | | |
| 2843763 | RMC | 550.00 | $385.00 | 0.7 |
| 9/22/2025 | PREPARATION OF REVISED FEE APP SUMMARY AND DECLARATION IN SUPPORT OF FEE APPS. | | | |
| 2846625 | RMC | 550.00 | $165.00 | 0.3 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 20**

**CASE # 9116** **From Date 8/1/2025** **To Date 9/30/2026**

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/23/2025 | PREPARATION OF NOTICE OF HEARING RE INTERIM FEE APPLICATIONS | | | | |
| 2847868 | CTP | 700.00 | $490.00 | 0.7 | |
| 9/23/2025 | REVIEW AND FINALIZE NOTICE OF HEARING RE INTERIM FEE APPLICATIONS | | | | |
| 2847869 | CTP | 700.00 | $140.00 | 0.2 | |
| 9/23/2025 | PREPARATION OF **NOTICE OF HEARING ON SEVENTH INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THIS CHAPTER 11 CASE** | | | | |
| 2843868 | DAMON | 300.00 | $180.00 | 0.6 | |
| 9/23/2025 | PREPARATION OF CLIENT DECLARATION IN SUPPORT OF FEE APPLICATIONS | | | | |
| 2843795 | JPF | 725.00 | $145.00 | 0.2 | |
| 9/23/2025 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE DECLARATION IN SUPPORT OF FEE APPLICATIONS | | | | |
| 2843796 | JPF | 725.00 | $72.50 | 0.1 | |
| 9/23/2025 | PREPARATION OF NOTICE OF INTERIM FEE APPLICATIONS | | | | |
| 2843798 | JPF | 725.00 | $72.50 | 0.1 | |
| 9/23/2025 | **EMAIL OR TEXT EXCHANGE WITH** GREG JONES RE FEE APPLICATIONS AND NOTICE | | | | |
| 2843814 | JPF | 725.00 | $72.50 | 0.1 | |
| 9/23/2025 | PREPARATION OF COMPENSATION - FEE APPLICATION RE: FISCHER PHILIPS FOR FILING | | | | |
| 2844114 | RM | 300.00 | $30.00 | 0.1 | |
| 9/23/2025 | **EMAIL OR TEXT EXCHANGE WITH** DEBTOR RE FISHER PHILLIPS FEE APPLICATION. | | | | |
| 2843896 | RMC | 550.00 | $110.00 | 0.2 | |
| 10/14/2025 | ANALYSIS OF ISSUES WITH JPF RE HEARING ON INTERIM FEE APPLICATIONS | | | | |
| 2856152 | CTP | 700.00 | $70.00 | 0.1 | |
| 10/14/2025 | APPEARANCE AT HEARING ON INTERIM FEE APPLICATIONS | | | | |
| 2849363 | JPF | 725.00 | $1,232.50 | 1.7 | |
| 10/15/2025 | PREPARATION OF ORDER RE THEODORA INTERIM FEE APPLICATION | | | | |
| 2856159 | CTP | 700.00 | $280.00 | 0.4 | |

| | | | | |
|---|---|---|---|---|
| 10/15/2025 | PREPARATION OF CORRESPONDENCE COUNSEL RE APPROVAL OF THEODORA INTERIM FEE APPLICATION | | | |
| 2856162 | CTP | 700.00 | $70.00 | 0.1 |
| 10/15/2025 | PREPARATION OF ORDER RE TROUTMAN INTERIM FEE APPLICATION | | | |
| 2856163 | CTP | 700.00 | $280.00 | 0.4 |
| 10/15/2025 | PREPARATION OF COUNSEL RE APPROVAL OF TROUTMAN INTERIM FEE APPLICATION | | | |
| 2856164 | CTP | 700.00 | $70.00 | 0.1 |
| 10/15/2025 | PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - THEODORA ORINGHER PC | | | |
| 2849712 | DAMON | 300.00 | $60.00 | 0.2 |
| 10/15/2025 | PREPARATION OF NOL RE: ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - THEODORA ORINGHER PC | | | |
| 2849713 | DAMON | 300.00 | $120.00 | 0.4 |
| 10/15/2025 | PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - TROUTMAN PEPPER HAMILTON SANDERS LLP | | | |
| 2849714 | DAMON | 300.00 | $60.00 | 0.2 |
| 10/15/2025 | PREPARATION OF NOL RE: ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) - TROUTMAN PEPPER HAMILTON SANDERS LLP | | | |
| 2849715 | DAMON | 300.00 | $120.00 | 0.4 |
| 10/15/2025 | PREPARATION OF **DECLARATION OF SETH CASDEN IN SUPPORT OF APPLICATIONS OF DEBTOR'S ESTATE PROFESSIONALS FOR APPROVAL OF FEES AND** | | | |
| 2849639 | JK | 300.00 | $120.00 | 0.4 |
| 10/15/2025 | PREPARATION OF ORDER ON APPLICATION FOR PAYMENT OF FEES | | | |
| 2849640 | JK | 300.00 | $60.00 | 0.2 |
| 10/15/2025 | PREPARATION OF NOTICE OF LODGMENT RE ORDER ON APPLICATION FOR PAYMENT OF FEES | | | |
| 2849641 | JK | 300.00 | $60.00 | 0.2 |
| 10/15/2025 | PREPARATION OF ORDER ON LNBYG 7TH FEE APP | | | |
| 2849610 | JPF | 725.00 | $72.50 | 0.1 |
| 10/17/2025 | ANALYSIS OF ENTERED ORDER RE TROUTMAN INTERIM FEE APPLICATION AND CIRCULATE | | | |
| 2856233 | CTP | 700.00 | $70.00 | 0.1 |

**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 10/17/2025 | ANALYSIS OF ENTERED ORDER RE THEODORA INTERIM FEE APPLICATION AND CIRCULATE | | | |
| 2856235 | CTP | 700.00 | $70.00 | 0.1 |
| 10/17/2025 | PREPARATION OF **ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES - FISHER** | | | |
| 2850084 | JK | 300.00 | $60.00 | 0.2 |
| 10/17/2025 | PREPARATION OF **ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES - BUCHALTER** | | | |
| 2850085 | JK | 300.00 | $600.00 | 2.0 |
| 10/17/2025 | PREPARATION OF **NOTICE OF LODGMENT OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES - FISHER** | | | |
| 2850086 | JK | 300.00 | $60.00 | 0.2 |
| 10/17/2025 | PREPARATION OF **NOTICE OF LODGMENT OF ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES - BUCHALTER** | | | |
| 2850087 | JK | 300.00 | $60.00 | 0.2 |
| 10/17/2025 | PREPARATION OF ORDER ON FISHER PHILLIPS FEE APPLICATION | | | |
| 2850037 | JPF | 725.00 | $145.00 | 0.2 |
| 10/17/2025 | PREPARATION OF ORDER ON BUCHALTER FEE APPLICATION | | | |
| 2850038 | JPF | 725.00 | $145.00 | 0.2 |
| 10/17/2025 | ANALYSIS OF ENTERED ORDER ON FISHER PHILLIPS FEE APP. | | | |
| 2850844 | RMC | 550.00 | $55.00 | 0.1 |
| 11/14/2025 | ANALYSIS OF EMPLOYMENT AGREEMENT WITH HH&K AND EMAILS RE SAME. | | | |
| 2857747 | RMC | 550.00 | $110.00 | 0.2 |
| 11/14/2025 | **EMAIL OR TEXT EXCHANGE WITH** HH&K RE PROPOSED EMPLOYMENT. | | | |
| 2857748 | RMC | 550.00 | $110.00 | 0.2 |
| 11/14/2025 | **EMAIL OR TEXT EXCHANGE WITH** DEBTOR RE PROPOSED EMPLOYMENT OF HH&K AS SPECIAL COUNSEL | | | |
| 2857977 | RMC | 550.00 | $165.00 | 0.3 |
| 11/14/2025 | PREPARATION OF EMPLOYMENT APP FOR SPECIAL COUNSEL HH&K. | | | |
| 2857978 | RMC | 550.00 | $1,045.00 | 1.9 |

**DETAILED ACTIVITIES**

**Hologenix** **10/29/2026** **Page # 23**

**CASE # 9116** **From Date 8/1/2025**

**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 11/24/2025 | **EMAIL OR TEXT EXCHANGE WITH** HH&K RE EMPLOYMENT APP. | | | |
| 2860142 | RMC | 550.00 | $55.00 | 0.1 |
| 12/18/2025 | ANALYSIS OF EMAILS ON PAYMENTS TO WINDES AS ACCOUNTANT. | | | |
| 2867196 | RMC | 550.00 | $110.00 | 0.2 |
| 12/19/2025 | ANALYSIS OF CORRESPONDENCE FROM SETH CASDEN RE WINDES FEES; PREPARATION OF MEMO RE INTERIM FEE APPS IN 2025 AND POTENTIAL INTERIM FEE APP FOR WINDES | | | |
| 2867287 | JPF | 725.00 | $72.50 | 0.1 |
| 12/19/2025 | **EMAIL OR TEXT EXCHANGE WITH** DEBTOR RE WINDES EMPLOYMENT AND FEE APPLICATION. | | | |
| 2868376 | RMC | 550.00 | $110.00 | 0.2 |
| 12/19/2025 | **EMAIL OR TEXT EXCHANGE WITH** D. ROSEMAN RE EMPLOYMENT APP. | | | |
| 2868379 | RMC | 550.00 | $110.00 | 0.2 |
| 6/2/2026 | TELEPHONE CONFERENCE WITH SCOTT BEHRENDT RE FEE APPLICATIONS | | | |
| 2911263 | JPF | 775.00 | $232.50 | 0.3 |
| 6/2/2026 | ANALYSIS OF CORRESPONDENCE FROM SCOTT BEHRENDT RE FEE APPLICATIONS | | | |
| 2911273 | JPF | 775.00 | $77.50 | 0.1 |
| 8/4/2026 | **EMAIL OR TEXT EXCHANGE WITH** SETH CASDEN AND WINDES RE INTERIM FEE APPLICATION | | | |
| 2929294 | JPF | 775.00 | $77.50 | 0.1 |
| 8/4/2026 | ANALYSIS OF WINDES EMPLOYMENT APP AND EMAILS ON FEE APP. | | | |
| 2929246 | RMC | 595.00 | $238.00 | 0.4 |
| 8/21/2026 | ANALYSIS OF ISSUES WITH JPF RE INTERIM FEE APPLICATIONS | | | |
| 2938701 | CTP | 725.00 | $72.50 | 0.1 |
| 8/21/2026 | ANALYSIS OF EMAILS ON PROPOSED INTERIM FEE APPLICATIONS FOR PROFESSIONALS. | | | |
| 2933575 | RMC | 595.00 | $119.00 | 0.2 |
| | | **Total** | **$24,067.00** | **39.7** |

**DETAILED ACTIVITIES**

**Hologenix** **10/29/2026** **Page # 24**

**CASE # 9116** **From Date 8/1/2025** **To Date 9/30/2026**

**12 - PLAN AND DISCLOSURE STATEMENT**

| | | | | |
|---|---|---|---|---|
| 9/4/2025 | REVIEW MET'S MOTIONS TO EXTEND THE DEADLINE FOR MET TO FILE ANSWERING BRIEFS, AND PREPARE EMAIL TO J.P. FRITZ RE SAME (MULTIPLE) | | | |
| 2839493 | JNT | 725.00 | $217.50 | 0.3 |
| 9/5/2025 | TELEPHONE CONFERENCE WITH J.P. FRITZ RE BASES FOR POTENTIAL OPPOSITION TO MET'S MOTION TO EXTEND TIME TO FILE ANSWERING BRIEFS | | | |
| 2839785 | JNT | 725.00 | $362.50 | 0.5 |
| 9/5/2025 | ANALYSIS OF MET'S MOTIONS FOR EXTENSION OF DEADLINES TO FILE APPEAL BRIEFS | | | |
| 2839667 | JPF | 725.00 | $145.00 | 0.2 |
| 9/5/2025 | PREPARATION OF OPPOSITION TO MET'S MOTION FOR EXTENSION OF DEADLINE ON APPEAL BRIEFS | | | |
| 2839668 | JPF | 725.00 | $4,422.50 | 6.1 |
| 9/8/2025 | REVIEW EMAIL FROM J.P. FRITZ RE DRAFT RESPONSE TO MET'S MOTION TO EXTEND TIME TO FILE OPPOSITION BRIEF | | | |
| 2840332 | JNT | 725.00 | $72.50 | 0.1 |
| 9/8/2025 | REVIEW DRAFT RESPONSE TO MET'S MOTION TO EXTEND TIME TO FILE OPPOSITION BRIEF, AND PREPARE EMAIL TO J.P. FRITZ RE SAME | | | |
| 2840581 | JNT | 725.00 | $145.00 | 0.2 |
| 9/8/2025 | PREPARATION OF OPPOSITION TO MET'S MOTION FOR EXTENSION OF APPELLATE BRIEF FILING DEADLINE | | | |
| 2840354 | JPF | 725.00 | $580.00 | 0.8 |
| 9/11/2025 | TELEPHONE CONFERENCE WITH J.P. FRITZ RE REQUESTS FOR JUDICIAL NOTICE TO BE FILED IN 3 APPEALS | | | |
| 2841688 | JNT | 725.00 | $72.50 | 0.1 |
| 9/11/2025 | DRAFT REQUESTS FOR JUDICIAL NOTICE TO BE FILED IN 3 APPEALS | | | |
| 2841691 | JNT | 725.00 | $870.00 | 1.2 |
| 9/25/2025 | REVIEW EMAIL FROM J.P. FRITZ RE AVAILABILITY OF STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF, AND PREPARE REPLY RE SAME | | | |
| 2844409 | JNT | 725.00 | $145.00 | 0.2 |
| 10/14/2025 | ANALYSIS OF THREE ORDERS ON MET'S ANSWERING BRIEF SUBMITTED | | | |
| 2849365 | JPF | 725.00 | $72.50 | 0.1 |

# DETAILED ACTIVITIES



**Hologenix**
**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 10/15/2025 | FILE STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE BRIEF IN THE 2884 APPEAL | | | |
| 2849705 | JNT | 725.00 | $145.00 | 0.2 |
| 10/15/2025 | CONFERENCE WITH J.P. FRITZ RE ARGUMENTS MADE BY MET IN APPELLATE BRIEFS | | | |
| 2849706 | JNT | 725.00 | $217.50 | 0.3 |
| 10/15/2025 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE APPELLATE BRIEFS FILED BY MET | | | |
| 2849609 | JPF | 725.00 | $72.50 | 0.1 |
| 10/15/2025 | ANALYSIS OF MET APPEAL BRIEF ON PLAN | | | |
| 2849651 | JPF | 725.00 | $435.00 | 0.6 |
| 10/16/2025 | REVIEW EMAIL FROM J.P. FRITZ RE PROCEDURE FOR STREAMLINED REQUEST TO EXTEND BRIEFING DEADLINE, AND PREPARE REPLY RE SAME | | | |
| 2850300 | JNT | 725.00 | $72.50 | 0.1 |
| 10/16/2025 | PREPARATION OF PLAN CONFIRMATION APPELLATE REPLY BRIEF | | | |
| 2849900 | JPF | 725.00 | $435.00 | 0.6 |
| 10/16/2025 | PREPARATION OF PLAN CONFIRMATION APPELLATE REPLY BRIEF | | | |
| 2849921 | JPF | 725.00 | $2,320.00 | 3.2 |
| 10/16/2025 | PREPARATION OF PLAN CONFIRMATION REPLY | | | |
| 2850005 | JPF | 725.00 | $797.50 | 1.1 |
| 10/17/2025 | REVIEW EMAIL RE INFO TO BE INCLUDED IN STREAMLINED REQUESTS TO EXTEND BRIEFING DEADLINE, AND PREPARE REPLY RE SAME | | | |
| 2850298 | JNT | 725.00 | $72.50 | 0.1 |
| 10/17/2025 | PREPARATION OF PLAN APPEAL REPLY | | | |
| 2850059 | JPF | 725.00 | $1,450.00 | 2.0 |
| 10/17/2025 | PREPARATION OF REPLY BRIEF ON PLAN CONFIMRATION | | | |
| 2850319 | JPF | 725.00 | $2,610.00 | 3.6 |
| 10/22/2025 | PREPARATION OF PLAN CONFIRMATION REPLY | | | |
| 2850952 | JPF | 725.00 | $3,915.00 | 5.4 |

# DETAILED ACTIVITIES



**Hologenix**
**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 10/23/2025 | PREPARATION OF PLAN REPLY BRIEF | | | |
| 2851129 | JPF | 725.00 | $2,320.00 | 3.2 |
| 10/23/2025 | PREPARATION OF PLAN REPLY BRIEF | | | |
| 2851265 | JPF | 725.00 | $3,770.00 | 5.2 |
| 10/24/2025 | CONFERENCE WITH J.P. FRITZ RE DATES ON WHICH WE ARE AVAILABLE FOR 9TH CIRCUIT ORAL ARGUMENTS | | | |
| 2851452 | JNT | 725.00 | $72.50 | 0.1 |
| 10/24/2025 | PREPARATION OF PLAN CONFIRMATION REPLY | | | |
| 2851392 | JPF | 725.00 | $870.00 | 1.2 |
| 10/24/2025 | PREPARATION OF PLAN CONFIRMATION REPLY BRIEF | | | |
| 2851396 | JPF | 725.00 | $1,957.50 | 2.7 |
| 10/24/2025 | PREPARATION OF PLAN CONFIRMATION REPLY BRIEF | | | |
| 2851515 | JPF | 725.00 | $2,465.00 | 3.4 |
| 10/27/2025 | PREPARATION OF PLAN CONFIRMATION REPLY APPEAL BRIEF | | | |
| 2851759 | JPF | 725.00 | $4,785.00 | 6.6 |
| 10/28/2025 | PREPARATION OF PLAN REPLY APPELLATE BRIEF | | | |
| 2852114 | JPF | 725.00 | $145.00 | 0.2 |
| 10/28/2025 | PREPARATION OF FORM FOR AVAILABILITY OF ORAL ARGUMENT HEARING DATES | | | |
| 2852332 | JPF | 725.00 | $145.00 | 0.2 |
| 10/30/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2852864 | JPF | 725.00 | $1,740.00 | 2.4 |
| 10/31/2025 | PREPARATION OF PLAN REPLY APPEAL BRIEF | | | |
| 2852993 | JPF | 725.00 | $1,232.50 | 1.7 |
| 11/3/2025 | PREPARATION OF PLAN REPLY APPELLATE BRIEF | | | |
| 2853482 | JPF | 725.00 | $942.50 | 1.3 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 11/3/2025 | PREPARATION FOR MEETING PLAN APPEAL REPLY BRIEF | | | |
| 2853547 | JPF | 725.00 | $1,305.00 | 1.8 |
| 11/5/2025 | DRAFT EMAILS TO J.P. FRITZ RE EXEMPLAR REPLY BRIEFS | | | |
| 2854648 | JNT | 725.00 | $145.00 | 0.2 |
| 11/6/2025 | PREPARATION OF PLAN REPLY APPEAL BRIEF | | | |
| 2855314 | JPF | 725.00 | $942.50 | 1.3 |
| 11/6/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2855496 | JPF | 725.00 | $2,030.00 | 2.8 |
| 11/7/2025 | PREPARATION OF PLAN REPLY APPEAL BRIEF | | | |
| 2855684 | JPF | 725.00 | $5,582.50 | 7.7 |
| 11/10/2025 | PREPARATION OF PLAN CONFIRMATION APPELLATE REPLY BRIEF | | | |
| 2856069 | JPF | 725.00 | $7,467.50 | 10.3 |
| 11/11/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2856722 | JPF | 725.00 | $3,117.50 | 4.3 |
| 11/13/2025 | PREPARATION OF PLAN REPLY APPEAL BRIEF | | | |
| 2857701 | JPF | 725.00 | $290.00 | 0.4 |
| 11/20/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2859238 | JPF | 725.00 | $4,422.50 | 6.1 |
| 11/21/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2859559 | JPF | 725.00 | $2,610.00 | 3.6 |
| 11/22/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2859828 | JPF | 725.00 | $2,682.50 | 3.7 |
| 11/23/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2859829 | JPF | 725.00 | $3,190.00 | 4.4 |

**DETAILED ACTIVITIES**



| | | | | |
|---|---|---|---|---|
| 11/24/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2859830 | JPF | 725.00 | $4,060.00 | 5.6 |
| 11/24/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2860110 | JPF | 725.00 | $652.50 | 0.9 |
| 11/28/2025 | PREPARATION OF PLAN CONFIRMATION APPELLATE REPLY BRIEF | | | |
| 2861477 | JPF | 725.00 | $3,117.50 | 4.3 |
| 11/29/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL REPLY BRIEF | | | |
| 2861515 | JPF | 725.00 | $1,015.00 | 1.4 |
| 11/29/2025 | PREPARATION OF PLAN CONFIRMATION APPEAL REPLY BRIEF | | | |
| 2861516 | JPF | 725.00 | $6,235.00 | 8.6 |
| 11/30/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2861940 | JPF | 725.00 | $2,465.00 | 3.4 |
| 12/1/2025 | REVIEW EMAIL FROM J.P. FRITZ RE ORAL ARGUMENT NOTICE REFLECTING THAT ALL 3 APPEALS WILL BE HEARD ON 2/12/26, AND PREPARE REPLY RE SAME (MULTIPLE) | | | |
| 2861934 | JNT | 725.00 | $145.00 | 0.2 |
| 12/1/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2861941 | JPF | 725.00 | $435.00 | 0.6 |
| 12/1/2025 | PREPARATION OF PLAN APPEAL REPLY BRIEF | | | |
| 2862153 | JPF | 725.00 | $2,827.50 | 3.9 |
| 12/2/2025 | PREPARATION OF REVISED EXCERPTS OF RECORD IN PLAN REPLY APPELLATE BRIEF | | | |
| 2862846 | JPF | 725.00 | $2,102.50 | 2.9 |
| 12/3/2025 | ANALYSIS OF CORRESPONDENCE FROM NINTH CIRCUIT RE RECORD CITES FOR REPLY BRIEF | | | |
| 2862967 | JPF | 725.00 | $72.50 | 0.1 |
| 12/3/2025 | PREPARATION OF PLAN REPLY RECORDS EXCERPTS | | | |
| 2863088 | JPF | 725.00 | $507.50 | 0.7 |

**DETAILED ACTIVITIES**

**Hologenix** **10/29/2026** **Page # 29**

**CASE # 9116** **From Date 8/1/2025** **To Date 9/30/2026**

| Date / ID | Description / Timekeeper | Rate | Amount | Hours |
|---|---|---|---|---|
| 1/5/2026 | PREPARATION FOR HEARING PLAN APPEAL ORAL ARGUMENT | | | |
| 2871040 | JPF | 775.00 | $2,867.50 | 3.7 |
| 1/6/2026 | PREPARATION FOR HEARING ON PLAN APPEAL ORAL ARGUMENT | | | |
| 2871295 | JPF | 775.00 | $620.00 | 0.8 |
| 1/6/2026 | PREPARATION FOR HEARING PLAN APPEAL ORAL ARGUMENT | | | |
| 2871424 | JPF | 775.00 | $2,480.00 | 3.2 |
| 1/12/2026 | ANALYSIS OF CASE LAW IN PREPARATION FOR APPELLATE ARGUMENT ON PLAN | | | |
| 2872363 | JPF | 775.00 | $387.50 | 0.5 |
| 1/13/2026 | PREPARATION FOR HEARING FOR APPEAL ON PLAN | | | |
| 2872717 | JPF | 775.00 | $1,085.00 | 1.4 |
| 1/14/2026 | PREPARATION FOR HEARING ON APPELLATE ORAL ARGUMENT BY REVIEWING AND ANALYZINC APPELLATE JURISDICTION BINDING AUTHORITIES | | | |
| 2873448 | JPF | 775.00 | $1,085.00 | 1.4 |
| 1/14/2026 | PREPARATION FOR HEARING ON APPELLATE ORAL ARGUMENT RE OVERVIEW OF EXCERPTS OF RECORD, CASE LAW, AND LAW REVIEWS | | | |
| 2873449 | JPF | 775.00 | $930.00 | 1.2 |
| 1/15/2026 | PREPARATION FOR HEARING PLAN APPEAL | | | |
| 2873715 | JPF | 775.00 | $542.50 | 0.7 |
| 1/16/2026 | CONFERENCE WITH J.P. FRITZ RE ISSUES TO BE ADDRESSED IN UPCOMING APPEALS | | | |
| 2874011 | JNT | 775.00 | $310.00 | 0.4 |
| 1/16/2026 | PREPARATION FOR HEARING ON ORAL ARGUMENT FOR PLAN APPEAL | | | |
| 2873918 | JPF | 775.00 | $1,317.50 | 1.7 |
| 1/19/2026 | PREPARATION FOR HEARING ON PLAN APPEAL | | | |
| 2874921 | JPF | 775.00 | $620.00 | 0.8 |
| 1/20/2026 | ANALYSIS OF CASE LAW RE APPELLATE JURISDICTION IN PREPARATION FOR ORAL ARGUMENT | | | |
| 2874924 | JPF | 775.00 | $620.00 | 0.8 |

**DETAILED ACTIVITIES**



| | | | | |
|---|---|---|---|---|
| 1/23/2026 | PREPARATION FOR HEARING ON APPEAL RE APPELLATE JURISDICTION ISSUES | | | |
| 2875689 | JPF | 775.00 | $2,712.50 | 3.5 |
| 1/24/2026 | ANALYSIS OF APPELLATE JURISDICTION CASE LAW TO PREPARE FOR ORAL ARGUMENT AT NINTH CIRCUIT | | | |
| 2875915 | JPF | 775.00 | $1,705.00 | 2.2 |
| 1/26/2026 | ANALYSIS OF COURT ORDER CANCELING 9TH CIRCUIT ORAL ARGUMENT AND PREPARATION OF EMAIL TO SETH CASDEN RE SAME | | | |
| 2876052 | JPF | 775.00 | $77.50 | 0.1 |
| 1/27/2026 | TELEPHONE CONFERENCE WITH SETH CASDEN RE NINTH CIRCUIT APPEALS ON PLAN, EXECUTORY CONTRACT, AND PREFERENCE | | | |
| 2876628 | JPF | 775.00 | $387.50 | 0.5 |
| 2/2/2026 | REVIEW NINTH CIRCUIT'S ORDER DISMISSING APPEALS | | | |
| 2884230 | JNT | 775.00 | $77.50 | 0.1 |
| 2/2/2026 | ANALYSIS OF APPELLATE DOCKETS RE ORAL ARGUMENT AND CONTRADICTORY CALENDAR FOR ORAL ARGUMENT | | | |
| 2878123 | JPF | 775.00 | $387.50 | 0.5 |
| 2/2/2026 | PREPARATION OF CORRESPONDENCE TO NINTH CIRCUIT COURT OF APPEALS RE CLARIFIYING WHETHER THERE WILL BE ORAL ARGUMENT ON FEBRUARY 12, 2026 | | | |
| 2878124 | JPF | 775.00 | $77.50 | 0.1 |
| 2/2/2026 | ANALYSIS OF NINTH CIRCUIT ORDER DIMISSING APPEALS | | | |
| 2878691 | JPF | 775.00 | $542.50 | 0.7 |
| 2/2/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE NINTH CIRCUIT ORDER DISMISSING APPEALS AND OPTIONS | | | |
| 2880605 | JPF | 775.00 | $542.50 | 0.7 |
| 2/10/2026 | CONFERENCE WITH J.P. FRITZ RE 9TH CIRCUIT'S DECISION, STRATEGY GOING FORWARD | | | |
| 2881205 | JNT | 775.00 | $387.50 | 0.5 |
| 2/10/2026 | REVIEW NINTH CIRCUIT'S ORDER DISMISSING APPEALS | | | |
| 2881212 | JNT | 775.00 | $155.00 | 0.2 |
| 2/10/2026 | ANALYSIS OF ISSUE RELATED TO POSSIBLE INTERLOCUTORY APPEAL MOTION TO DISTRICT COURT | | | |
| 2881210 | JPF | 775.00 | $387.50 | 0.5 |

# DETAILED ACTIVITIES



**Hologenix**
**CASE # 9116**

**From Date** 8/1/2025
**To Date** 9/30/2026

| Date / ID | Description / Staff | Rate | Amount | Hours |
|---|---|---|---|---|
| 2/11/2026 | TELEPHONE CONFERENCE WITH SETH CASDEN RE APPEAL OF PLAN OR NEW PLAN | | | |
| 2881484 | JPF | 775.00 | $620.00 | 0.8 |
| 2/11/2026 | ANALYSIS OF POSSIBLE PLAN AMENDMENT AND MODIFICATION OPTIONS | | | |
| 2881518 | JPF | 775.00 | $310.00 | 0.4 |
| 2/18/2026 | PREPARATION OF PLAN CONFIRMATION REMAND BRIEF TO BANKRUPTCY COURT | | | |
| 2883164 | JPF | 775.00 | $1,472.50 | 1.9 |
| 2/19/2026 | ANALYSIS OF PLAN CONFIRMATION ISSUES ON REMAND UNDER DISTRICT COURT'S "FAIR AND EQUITABLE" STANDARD | | | |
| 2883473 | JPF | 775.00 | $310.00 | 0.4 |
| 2/23/2026 | PREPARATION OF BRIEF ON PLAN CONFIRMATION ISSUES AFTER REMAD | | | |
| 2883998 | JPF | 775.00 | $1,860.00 | 2.4 |
| 2/23/2026 | PREPARATION OF BRIEF ON PLAN CONFIRMATION ISSUES AFTER REMAND | | | |
| 2884150 | JPF | 775.00 | $1,007.50 | 1.3 |
| 2/24/2026 | PREPARATION OF PLAN CONFIRMATION BRIEF AFTER REMAND | | | |
| 2884518 | JPF | 775.00 | $697.50 | 0.9 |
| 3/6/2026 | PREPARATION OF REMAND BRIEF ON PLAN CONFIRMATION | | | |
| 2887089 | JPF | 775.00 | $3,565.00 | 4.6 |
| 3/9/2026 | PREPARATION OF REMAND BRIEF ON PLAN | | | |
| 2888528 | JPF | 775.00 | $2,790.00 | 3.6 |
| 3/23/2026 | ANALYSIS OF CHAPTER 12 DECISION RE LENGTH OF CHAPTER 12 PLANS AND STATUTORY INTERPRETATION OF THE CODE FOR PARALLELS TO HOLOGENIX ISSUE ON PLAN REMAND | | | |
| 2891983 | JPF | 775.00 | $542.50 | 0.7 |
| 3/26/2026 | TELEPHONE CONFERENCE WITH GREG JONES RE REMAND ISSUES ON PLAN, CONTRACT, AND PREFERENCE SUIT | | | |
| 2892927 | JPF | 775.00 | $775.00 | 1.0 |
| 4/1/2026 | ANALYSIS OF MET'S REMAND REPLY BRIEF ON PLAN | | | |
| 2893991 | JPF | 775.00 | $77.50 | 0.1 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date** 8/1/2025
**To Date** 9/30/2026

| | | | | |
|---|---|---|---|---|
| 4/2/2026 | ANALYSIS OF MET'S BRIEF AFTER REMAND ON THE PLAN | | | |
| 2894690 | JPF | 775.00 | $232.50 | 0.3 |
| 4/6/2026 | ANALYSIS OF MET'S CASE LAW IN REMAND BRIEF RE MANDATES ON APPEAL AND NEGATIVE TREATMENT OF SUCH CASE LAW | | | |
| 2896446 | JPF | 775.00 | $4,185.00 | 5.4 |
| 4/8/2026 | ANALYSIS OF CASE LAW ON APPELLATE MANDATE | | | |
| 2897139 | JPF | 775.00 | $930.00 | 1.2 |
| 4/8/2026 | ANALYSIS OF MET PLAN REMAND BRIEF | | | |
| 2897300 | JPF | 775.00 | $232.50 | 0.3 |
| 4/9/2026 | ANALYSIS OF MET'S PLAN REMAND REPLY BRIEF | | | |
| 2897425 | JPF | 775.00 | $155.00 | 0.2 |
| 4/14/2026 | PREPARATION OF PLAN REMAND REPLY BRIEF | | | |
| 2898424 | JPF | 775.00 | $2,635.00 | 3.4 |
| 4/16/2026 | PREPARATION OF PLAN REPLY BRIEF ON REMAND | | | |
| 2899064 | JPF | 775.00 | $4,417.50 | 5.7 |
| 4/17/2026 | PREPARATION OF PLAN REMAND REPLY BRIEF | | | |
| 2899260 | JPF | 775.00 | $1,627.50 | 2.1 |
| 4/20/2026 | PREPARATION OF PLAN REPLY BRIEF ON REMAND | | | |
| 2899473 | JPF | 775.00 | $3,410.00 | 4.4 |
| 4/20/2026 | PREPARATION OF REQUEST FOR JUDICIAL NOTICE ON REMAND REPLY BRIEF | | | |
| 2899475 | JPF | 775.00 | $465.00 | 0.6 |
| 4/21/2026 | PREPARATION OF PLAN REPLY REMAND BRIEF | | | |
| 2900246 | JPF | 775.00 | $310.00 | 0.4 |
| 4/22/2026 | PREPARATION FOR HEARING PLAN REMAND HEARING WITH BANKRUPTCY COURT | | | |
| 2900223 | JPF | 775.00 | $155.00 | 0.2 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 4/29/2026 | TELEPHONE CONFERENCE WITH GREG JONES RE PLAN CONFIRMATION ISSUES ON REMAND | | | |
| 2901670 | JPF | 775.00 | $310.00 | 0.4 |
| 5/5/2026 | TELEPHONE CONFERENCE WITH PLAN CONFIRMATION REMAND ISSUES | | | |
| 2903910 | JPF | 775.00 | $542.50 | 0.7 |
| 5/14/2026 | PREPARATION FOR HEARING ON PLAN CONFIRMATION ON REMAND | | | |
| 2906743 | JPF | 775.00 | $697.50 | 0.9 |
| 5/21/2026 | PREPARATION FOR HEARING ON PLAN REMAND ORAL ARGUMENTS | | | |
| 2908130 | JPF | 775.00 | $155.00 | 0.2 |
| 5/22/2026 | ANALYSIS OF SUBCHAPTER V TRUSTEE'S STATEMENT REGARDING PLAN REMAND | | | |
| 2908426 | JPF | 775.00 | $232.50 | 0.3 |
| 5/22/2026 | PREPARATION FOR HEARING ON PLAN CONFIRMATION REMAND | | | |
| 2908444 | JPF | 775.00 | $1,085.00 | 1.4 |
| 5/25/2026 | PREPARATION FOR HEARING ON PLAN CONFIRMATION AND EXECUTORY CONTRACT ASSUMPTION | | | |
| 2908805 | JPF | 775.00 | $2,015.00 | 2.6 |
| 5/26/2026 | APPEARANCE AT HEARING ON PLAN CONFIRMATION, EXECUTORY CONTRACT ASSUMPTION, AND PREFERENCE SUMMARY JUDGMENT | | | |
| 2908807 | JPF | 775.00 | $4,030.00 | 5.2 |
| 6/1/2026 | ANALYSIS OF RECENT SUPREME COURT DECISION RE ERROR FOR FEDERAL COURT TO RAISE NEW ISSUE SUA SPONTE AND REVERSE AND REMAND BASED THEREON ( | | | |
| 2910475 | JPF | 775.00 | $232.50 | 0.3 |
| 6/12/2026 | PREPARATION OF PLAN CONFIRMATION REMAND FINDINGS OF FACT AND CONCLUSIONS OF LAW | | | |
| 2914288 | JPF | 775.00 | $4,340.00 | 5.6 |
| 6/16/2026 | PREPARATION OF FINDINGS AND CONCLUSIONS ON EXECUTORY CONTRACT ASSUMPTION | | | |
| 2915234 | JPF | 775.00 | $1,860.00 | 2.4 |
| 6/17/2026 | PREPARATION OF PLAN FINDINGS AND CONCLUSIONS AFTER REMAND HEARING | | | |
| 2915137 | JPF | 775.00 | $2,015.00 | 2.6 |

**DETAILED ACTIVITIES**



| | | | | | |
|---|---|---|---|---|---|
| 6/19/2026 | PREPARATION OF PLAN CONFIRMATION FINDINGS OF FACT AND CONCLUSIONS OF LAW ON REMAND | | | | |
| 2915777 | JPF | | 775.00 | $1,240.00 | 1.6 |
| 6/22/2026 | PREPARATION OF PLAN CONFIRMATION AND CONTRACT REMAND FINDINGS OF FACT AND CONCLUSIONS OF LAW | | | | |
| 2915951 | JPF | | 775.00 | $4,727.50 | 6.1 |
| 6/23/2026 | PREPARATION OF **AMENDED AND SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW, *UPON REMAND*, IN SUPPORT OF: (1) ORDER CONFIRMING DEBTOR'S CHAPTER 11, SUBCHAPTER V, PLAN DATED JANUARY 4, 2022, MODIFIED JUNE 21, 2022; AND (2) ORDER** | | | | |
| 2916382 | JK | | 300.00 | $150.00 | 0.5 |
| 6/23/2026 | PREPARATION OF NOTICE OF LODGMENT RE **AMENDED AND SUPPLEMENTAL FINDINGS OF FACT** | | | | |
| 2916383 | JK | | 300.00 | $90.00 | 0.3 |
| 6/23/2026 | PREPARATION OF **AMENDED ORDER, *UPON REMAND*, CONFIRMING DEBTOR'S CHAPTER 11, SUBCHAPTER V, PLAN DATED JANUARY 4, 2022, MODIFIED JUNE 21, 2022** | | | | |
| 2916384 | JK | | 300.00 | $120.00 | 0.4 |
| 6/23/2026 | PREPARATION OF NOTICE OF LODGMENT RE **AMENDED ORDER, *UPON REMAND*, CONFIRMING DEBTOR'S CHAPTER 11, SUBCHAPTER V, PLAN DATED JANUARY 4, 2022, MODIFIED JUNE 21, 2022** | | | | |
| 2916385 | JK | | 300.00 | $90.00 | 0.3 |
| 6/23/2026 | PREPARATION OF PLAN CONFIRMATION PROPOSED ORDER | | | | |
| 2916240 | JPF | | 775.00 | $1,627.50 | 2.1 |
| 7/22/2026 | ANALYSIS OF MET'S OBJECTION TO FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAN CONFIRMATION | | | | |
| 2924551 | JPF | | 775.00 | $1,007.50 | 1.3 |
| 7/24/2026 | PREPARATION OF PLAN AND CONTRACT FINDINGS REPLY BRIEF TO MET'S OBJECTION | | | | |
| 2925208 | JPF | | 775.00 | $4,030.00 | 5.2 |
| 7/24/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE MET OBJECTIONS TO FINDINGS AND ORDER ON PLAN, CONTRACT, AND ADVERSARY PROCEEDING PREFERENCE | | | | |
| 2925223 | JPF | | 775.00 | $77.50 | 0.1 |
| 7/27/2026 | PREPARATION OF PLAN CONFIRMATION AND CONTRACT ASSUMPTION PROPOSED ORDER REPLY BRIEF | | | | |
| 2925395 | JPF | | 775.00 | $3,332.50 | 4.3 |
| 8/20/2026 | PREPARATION FOR HEARING ON CH.11 PLAN CONFIRMATION PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | | | | |
| 2933197 | JPF | | 775.00 | $542.50 | 0.7 |

# DETAILED ACTIVITIES



**Hologenix**
**CASE # 9116**

From Date 8/1/2025
To Date 9/30/2026

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/21/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE ZOOM HEARING INFO AND STATUS CONFERENCE ON PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | | | | |
| 2933444 | JPF | 775.00 | $77.50 | 0.1 | |
| 8/25/2026 | APPEARANCE AT HEARING STATUS CONFERENCE ON PLAN CONFIRMATION HEARING | | | | |
| 2934112 | JPF | 775.00 | $3,255.00 | 4.2 | |
| 8/25/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE RESULTS OF HEARING ON PLAN CONFIRMATION STATUS CONFERENCE | | | | |
| 2934114 | JPF | 775.00 | $77.50 | 0.1 | |
| 9/16/2026 | TELEPHONE CONFERENCE WITH SETH CASDEN RE PLAN CONFIRMATION TERMS AND PROPOSALS | | | | |
| 2940796 | JPF | 775.00 | $775.00 | 1.0 | |
| 9/22/2026 | CONFERENCE WITH HOWARD GROBSTEIN RE PLAN CONFIRMATION EXPERT REPORT | | | | |
| 2941978 | JPF | 775.00 | $310.00 | 0.4 | |
| 9/24/2026 | ANALYSIS OF CORRESPONDENCE FROM SETH CASDEN RE STRATEGY FOR BUDGET FOR REVISED PLAN | | | | |
| 2942470 | JPF | 775.00 | $77.50 | 0.1 | |
| 9/24/2026 | ANALYSIS OF PAST FEE APPLICATIONS AND BILLING RECORDS TO CALCULATE BUDGET FOR THIRD PLAN CONFIRMATION PROCESS | | | | |
| 2942473 | JPF | 775.00 | $310.00 | 0.4 | |
| 9/28/2026 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN RE SCHEDULING AND CH.11 CASE STATUS CONFERENCE ON PLAN CONFIRMATION | | | | |
| 2943335 | JPF | 775.00 | $155.00 | 0.2 | |
| 9/28/2026 | PREPARATION FOR HEARING ON STATUS CONFERENCE | | | | |
| 2943372 | JPF | 775.00 | $155.00 | 0.2 | |
| 9/29/2026 | APPEARANCE AT HEARING STATUS CONFERENCE AND PLAN CONFIRMATION SCHEDULING HEARING | | | | |
| 2943575 | JPF | 775.00 | $3,952.50 | 5.1 | |
| | | **Total** | **$194,295.00** | **260.3** | |

**20 - OTHER LITIGATION**

| Date | Description | | | |
|---|---|---|---|---|
| 8/6/2025 | BRIEFLY REVIEW FILED VERSION OF CASDEN'S OPENING BRIEF | | | |
| 2831629 | JNT | 725.00 | $145.00 | 0.2 |

**DETAILED ACTIVITIES**



**Hologenix**
**CASE # 9116**

**From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 9/3/2025 | TELEPHONE CONFERENCE WITH ROY ZUR RE POSSIBLE GLOBAL SETTLEMENT WITH MET AND APPELLATE BRIEFING SCHEDULE | | | |
| 2839061 | JPF | 725.00 | $217.50 | 0.3 |
| 9/3/2025 | TELEPHONE CONFERENCE WITH SETH CASDEN RE POSSIBLE GLOBAL SETTLEMENT WITH MET AND APPELLATE BRIEFING SCHEDULE | | | |
| 2839063 | JPF | 725.00 | $145.00 | 0.2 |
| 9/3/2025 | PREPARATION OF CORRESPONDENCE TO SETH CASDEN, GREG SALVATO, AND KELLY HOROWITZ RE POSSIBLE GLOBAL SETTLEMENT WITH MET | | | |
| 2839086 | JPF | 725.00 | $72.50 | 0.1 |
| 9/4/2025 | ANALYSIS OF EMAIL EXCHANGE WITH SETH CASDEN RE SETTLEMENT DISCUSSIONS WITH MET | | | |
| 2839176 | JPF | 725.00 | $72.50 | 0.1 |
| 9/8/2025 | ANALYSIS OF CORRESPONDENCE FROM KELLY HORWITZ RE SETTLEMENT DISCUSSIONS WITH MET AND SETH CASDEN | | | |
| 2840355 | JPF | 725.00 | $72.50 | 0.1 |
| 9/8/2025 | PREPARATION OF OPPOSITION TO MET'S REQUEST FOR ADDITIONAL TIME ON APPEAL BRIEF | | | |
| 2840579 | JPF | 725.00 | $290.00 | 0.4 |
| 9/23/2025 | **EMAIL OR TEXT EXCHANGE WITH** FISHER PHILLIPS TEAM RE 9019 MOTION FOR WHITE DISPUTE. | | | |
| 2843898 | RMC | 550.00 | $275.00 | 0.5 |
| 10/6/2025 | PREPARATION OF BRIEF, INDEX AND EXCERPTS OF RECORD IN 3 CASES WITH THE 9TH CIRCUIT COURT OF APPEALS | | | |
| 2846914 | JK | 300.00 | $150.00 | 0.5 |
| 10/14/2025 | PREPARATION OF DOWNLOAD 3 BRIEFS AND EXCERPTS OF RECORD IN THE 9TH CIRCUIT CASES | | | |
| 2849362 | JK | 300.00 | $270.00 | 0.9 |
| 10/21/2025 | ANALYSIS OF CORRESPONDENCE FROM RILEY ASHTON RE 9019 MOTION FOR SETTLEMENT WITH DR. WHITE | | | |
| 2850481 | JPF | 725.00 | $72.50 | 0.1 |
| 10/21/2025 | ANALYSIS OF SETTLEMENT OF LYNDSEY WHITE CLAIM. | | | |
| 2850849 | RMC | 550.00 | $275.00 | 0.5 |
| 11/3/2025 | TELEPHONE CONFERENCE WITH GREG SALVATO RE LITIGATION ISSUES RAISED BY MET | | | |
| 2853546 | JPF | 725.00 | $290.00 | 0.4 |

**DETAILED ACTIVITIES**



**Hologenix**

**CASE # 9116**

**From Date 8/1/2025**

**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 11/16/2025 | PREPARATION OF 9019 MOTION TO RESOLVE WHITE LITIGATION. | | | |
| 2858066 | RMC | 550.00 | $2,695.00 | 4.9 |
| 11/19/2025 | PREPARATION OF REVISED 9019 MOTION; EDIT AND REVISE DRAFT 9019. | | | |
| 2859052 | RMC | 550.00 | $1,485.00 | 2.7 |
| 11/19/2025 | PREPARATION OF DRAFT DECLARATION OF SETH CASDEN IN SUPPORT OF 9019 MOTION. | | | |
| 2859053 | RMC | 550.00 | $220.00 | 0.4 |
| 11/19/2025 | PREPARATION OF DRAFT DECLARATION OF A. RILEY IN SUPPORT OF 9019 MOTION. | | | |
| 2859054 | RMC | 550.00 | $385.00 | 0.7 |
| 11/24/2025 | DRAFT REPLY BRIEF RE PREFERENCE APPEAL | | | |
| 2861822 | JNT | 725.00 | $1,305.00 | 1.8 |
| 11/24/2025 | **EMAIL OR TEXT EXCHANGE WITH** FISHER PHILLIPS TEAM RE 9019 MOTION. | | | |
| 2860140 | RMC | 550.00 | $110.00 | 0.2 |
| 11/25/2025 | ANALYSIS OF 9TH CIRCUIT DOCKET RE INDEX TO EXCERPTS OF RECORD RE 24-2883 | | | |
| 2860640 | JK | 300.00 | $60.00 | 0.2 |
| 11/25/2025 | DRAFT REPLY BRIEF RE PREFERENCE APPEAL | | | |
| 2861150 | JNT | 725.00 | $1,812.50 | 2.5 |
| 11/29/2025 | PREPARATION OF FINAL 9019 MOTION TO INCORPORATE FISHER PHILLIPS EDITS. | | | |
| 2861778 | RMC | 550.00 | $275.00 | 0.5 |
| 11/29/2025 | PREPARATION OF NOTICE OF 9019 MOTION TO RESOLVE WHITE LITIGATION. | | | |
| 2861779 | RMC | 550.00 | $165.00 | 0.3 |
| 11/29/2025 | PREPARATION OF ORDER GRANTING 9019 MOTION RESOLVING WHITE LITIGATION. | | | |
| 2861780 | RMC | 550.00 | $165.00 | 0.3 |
| 11/30/2025 | DRAFT REPLY BRIEF RE PREFERENCE APPEAL | | | |
| 2861816 | JNT | 725.00 | $7,612.50 | 10.5 |

# DETAILED ACTIVITIES



| | | | | |
|---|---|---|---|---|
| 12/1/2025 | DRAFT REPLY BRIEF RE PREFERENCE APPEAL | | | |
| 2862430 | JNT | 725.00 | $6,887.50 | 9.5 |
| 12/1/2025 | COMPILE AND ELECTRONICALLY FILE REPLY BRIEF RE PREFERENCE APPEAL | | | |
| 2862432 | JNT0 | 0.00 | $0.00 | 0.5 |
| 12/2/2025 | REVIEW EMAIL FROM J.P. FRITZ RE TYPO IN REPLY BRIEF, AND PREPARE REPLY RE SAME | | | |
| 2862734 | JNT | 725.00 | $72.50 | 0.1 |
| 12/3/2025 | REVIEW RECENT DELAWARE CASE RE CONTEMPORANEOUS EXCHANGE DEFENSE | | | |
| 2863253 | JNT | 725.00 | $145.00 | 0.2 |
| 12/4/2025 | PREPARATION OF EMAILS TO 'NICOLE SULLIVAN', 'THOMAS E BUTLER', ROYE ZUR CONTAINING 24-2881 9TH CIRCUIT FILINGS | | | |
| 2863378 | JK | 300.00 | $120.00 | 0.4 |
| 12/11/2025 | PREPARATION OF FINAL 9019 MOTION AND NOTICE, COORDINATE WITH STAFF RE SERVICE OF NOTICE. | | | |
| 2864849 | RMC | 550.00 | $110.00 | 0.2 |
| 12/12/2025 | PREPARATION OF BINDER FOR ALL THREE 9TH CIRCUIT CASES: OPENING BRIEF, ANSWERING BRIEF AND REPLY BRIEF AND THEIR RESPECTIVE EXCERPTS OF RECORDS | | | |
| 2865282 | JK | 300.00 | $2,100.00 | 7.0 |
| 12/12/2025 | APPEARANCE AT HEARING ON ORAL ARGUMENT FOR APPEAL OF PREFERENCE LAWSUIT BY READING OPENING BRIEF | | | |
| 2865305 | JPF | 725.00 | $942.50 | 1.3 |
| 12/15/2025 | REVIEW EMAIL FROM J.P. FRITZ RE NEW APPEAL FILED BY MET IN CASDEN CASE, AND PREPARE REPLY RE SAME | | | |
| 2866147 | JNT | 725.00 | $72.50 | 0.1 |
| 12/15/2025 | PREPARATION FOR HEARING ON ORAL ARGUMENT FOR PREFERENCE ACTION BY READING REPLY APPELLATE BRIEF | | | |
| 2866029 | JPF | 725.00 | $362.50 | 0.5 |
| 12/16/2025 | REVIEW EMAIL FROM J.P. FRITZ RE AUTHORITIES CITED IN OUR OPENING AND REPLY BRIEFS, AND PREPARE REPLY RE SAME | | | |
| 2866132 | JNT | 725.00 | $145.00 | 0.2 |
| 12/16/2025 | ANALYSIS OF MET ANSWERING BRIEF RE PREFERENCE TO PREPARE FOR ORAL ARGUMENT | | | |
| 2866146 | JPF | 725.00 | $435.00 | 0.6 |

| | | | | |
|---|---|---|---|---|
| 12/16/2025 | ANALYSIS OF MET ANSWERING BRIEF ON PREFERENCE APPEAL FOR PREPARING FOR ORAL ARGUMENT | | | |
| 2866406 | JPF | 725.00 | $1,377.50 | 1.9 |
| 12/17/2025 | PREPARATION FOR HEARING ON PREFERENCE LITIGATION APPEAL | | | |
| 2866702 | JPF | 725.00 | $2,827.50 | 3.9 |
| 12/29/2025 | PREPARATION FOR HEARING ON PREFERENCE APPEAL | | | |
| 2869955 | JPF | 725.00 | $1,087.50 | 1.5 |
| 12/29/2025 | PREPARATION OF DECLARATION OF NO OPP AND HEARING FOR 9019 MOTION. | | | |
| 2869833 | RMC | 550.00 | $110.00 | 0.2 |
| 12/29/2025 | PREPARATION OF FINAL ORDER GRANTING 9019 MOTION. | | | |
| 2869834 | RMC | 550.00 | $55.00 | 0.1 |
| 12/30/2025 | PREPARATION FOR HEARING PREFERENCE ACTION APPELLATE ARGUMENT | | | |
| 2870216 | JPF | 725.00 | $3,697.50 | 5.1 |
| 12/31/2025 | ANALYSIS OF CASE LAW CITED IN PREFERENCE ACTION APPELLATE BRIEFS TO PREPARE FOR ORAL ARGUMENT | | | |
| 2870489 | JPF | 725.00 | $1,232.50 | 1.7 |
| 1/1/2026 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | | | |
| 2870823 | JPF | 775.00 | $852.50 | 1.1 |
| 1/1/2026 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | | | |
| 2870824 | JPF | 775.00 | $1,395.00 | 1.8 |
| 1/2/2026 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | | | |
| 2870855 | JPF | 775.00 | $1,007.50 | 1.3 |
| 1/3/2026 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | | | |
| 2870856 | JPF | 775.00 | $930.00 | 1.2 |
| 1/4/2026 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | | | |
| 2870857 | JPF | 775.00 | $930.00 | 1.2 |

# DETAILED ACTIVITIES



**Hologenix**

**CASE # 9116**

**From Date** 8/1/2025
**To Date** 9/30/2026

| Date | ID | Description | Timekeeper | Rate | Amount | Hours |
|---|---|---|---|---|---|---|
| 1/5/2026 | 2870822 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | JPF | 775.00 | $852.50 | 1.1 |
| 1/5/2026 | 2870914 | ANALYSIS OF CASE LAW RE PREFERENCES IN SUPPORT OF PREPARATION FOR ORAL ARGUMENT | JPF | 775.00 | $1,627.50 | 2.1 |
| 1/6/2026 | 2871489 | ANALYSIS OF ENTERED ORDER APPROVING 9019 AND EMAIL STATE COUNSEL RE SAME. | RMC | 595.00 | $59.50 | 0.1 |
| 1/8/2026 | 2872006 | PREPARATION OF BINDERS RE: "FURTHER EXCERPTS OF RECORD" OR "REPLY EXCERPTS OF RECORD" IN APPEALS 24-2881 AND 24-2883 | JK | 300.00 | $120.00 | 0.4 |
| 1/13/2026 | 2872718 | PREPARATION FOR HEARING FOR APPEAL ON PREFERENCE ACTION | JPF | 775.00 | $1,007.50 | 1.3 |
| 1/15/2026 | 2873476 | 9TH CIRCUIT APPEALS - NOTICE OF ORAL ARGUMENT - 3 CASES | JK | 300.00 | $180.00 | 0.6 |
| 1/25/2026 | 2876002 | ANALYSIS OF APPELLATE JURISDICTION CASE LAW TO PREPARE FOR ORAL ARGUMENT AT NINTH CIRCUIT | JPF | 775.00 | $852.50 | 1.1 |
| 2/12/2026 | 2881805 | REVIEW SUMMARY OF DELAWARE DECISION RE SUING SUBSEQUENT TRANSFEREE WITHOUT INCLUDING INITIAL TRANSFEREE AS A DEFENDANT | JNT | 775.00 | $77.50 | 0.1 |
| 2/18/2026 | 2883046 | PREPARATION OF **NOTICE OF HEARING ON REMAND FROM APPEAL OF JUDGMENT** | JK | 300.00 | $120.00 | 0.4 |
| 2/18/2026 | 2882936 | PREPARATION OF NOTICE OF REMAND HEARING ON THREE APPEALS FOR ADVERSARY PROCEEDING | JPF | 775.00 | $155.00 | 0.2 |
| 2/26/2026 | 2885199 | PREPARATION OF POST-REMAND BRIEF TO BANKRUPTCY COURT ON PREFERENCE SUMMARY JUDGMENT AGAINST MET | JPF | 775.00 | $1,395.00 | 1.8 |
| 3/5/2026 | 2886710 | PREPARATION OF REMAND BRIEF ON SUMMARY JUDGMENT | JPF | 775.00 | $852.50 | 1.1 |

# DETAILED ACTIVITIES



**Hologenix**
**CASE # 9116**

**From Date** 8/1/2025
**To Date** 9/30/2026

| | | | | | |
|---|---|---|---|---|---|
| 3/10/2026 | PREPARATION OF **DEBTOR'S BRIEF IN SUPPORT OF SUMMARY JUDGMENT AFTER REMAND FROM THE DISTRICT COURT** | | | | |
| 2889148 | JK | 300.00 | $210.00 | 0.7 | |
| 3/10/2026 | PREPARATION OF REMAND BRIEF ON PREFERENCE LAWSUIT | | | | |
| 2888924 | JPF | 775.00 | $1,240.00 | 1.6 | |
| 3/10/2026 | PREPARATION OF REMAND BRIEF ON PREFERENCE LAWSUIT | | | | |
| 2889225 | JPF | 775.00 | $2,945.00 | 3.8 | |
| 4/1/2026 | ANALYSIS OF MET'S REMAND REPLY BRIEF ON $100,000 PREFERENCE | | | | |
| 2894025 | JPF | 775.00 | $77.50 | 0.1 | |
| 4/2/2026 | ANALYSIS OF MET'S BRIEF AFTER REMAND ON THE PREFERENCE LAWSUIT | | | | |
| 2894692 | JPF | 775.00 | $232.50 | 0.3 | |
| 4/15/2026 | ANALYSIS OF ORAL ARGUMENT ON CASDEN V. MET 9TH CIRCUIT APPEAL | | | | |
| 2898685 | JPF | 775.00 | $620.00 | 0.8 | |
| 4/17/2026 | PREPARATION OF ADVERSARY PROCEEDING PREFERENCE REPLY REMAND BRIEF | | | | |
| 2899410 | JPF | 775.00 | $697.50 | 0.9 | |
| 4/20/2026 | DRAFT REPLY IN SUPPORT OF SUMMARY JUDGMENT AGAINST MET | | | | |
| 2899690 | JNT | 775.00 | $8,215.00 | 10.6 | |
| 4/20/2026 | TELEPHONE CONFERENCE WITH J.P. FRITZ RE REPLY TO BE DRAFTED IN SUPPORT OF SUMMARY JUDGMENT AGAINST MET | | | | |
| 2899692 | JNT | 775.00 | $155.00 | 0.2 | |
| 4/20/2026 | PREPARATION OF REPLY BRIEF ON PREFERENCE SUIT AGAINST MET | | | | |
| 2899472 | JPF | 775.00 | $1,860.00 | 2.4 | |
| 4/21/2026 | PREPARATION OF **DEBTOR'S REPLY IN SUPPORT OF SUMMARY JUDGMENT AFTER REMAND FROM THE DISTRICT COURT** | | | | |
| 2899853 | JK | 300.00 | $150.00 | 0.5 | |
| 4/21/2026 | REVISE REPLY IN SUPPORT OF SUMMARY JUDGMENT AGAINST MET | | | | |
| 2899887 | JNT | 775.00 | $1,162.50 | 1.5 | |

**DETAILED ACTIVITIES**



| | | | | | |
|---|---|---|---|---|---|
| 4/21/2026 | PREPARATION OF PREFERENCE LAWSUIT REMAND REPLY BRIEF | | | | |
| 2900245 | JPF | | 775.00 | $1,085.00 | 1.4 |
| 4/27/2026 | RESEARCH REGARDING WHETHER FEDERAL DISTRICT COURTS HAVE JURISDICTION OVER STATE LAW CLAIMS PREEMPTED BY THE BANKRUPTCY CODE, AND WHETHER SUCH PREEMPTION IS FORFEITABLE OR MAY BE RAISED FOR FIRST TIME ON APPEAL, AND EMAIL G. | | | | |
| 2901135 | JNT | | 775.00 | $2,170.00 | 2.8 |
| 4/27/2026 | REVIEW 9TH CIRCUIT ORAL ARGUMENT IN MET V CASDEN | | | | |
| 2901647 | JNT | | 775.00 | $775.00 | 1.0 |
| 4/27/2026 | WATCH ORAL ARGUMENT IN HOLOGENIX V. CASDEN TO EVALUATE POTENTIAL IMPACT ON HOLOGENIX CASE | | | | |
| 2901059 | JNT0 | | 0.00 | $0.00 | 0.7 |
| 4/28/2026 | TELEPHONE CONFERENCE WITH G. SALVATO RE OUTCOME OF 9TH CIRCUIT ORAL ARGUMENT, AND JURISDICTIONAL NATURE OF PREEMPTION ISSUE | | | | |
| 2901646 | JNT | | 775.00 | $542.50 | 0.7 |
| 4/28/2026 | REVIEW EMAIL FROM J. BOUFADEL RE ABILITY OF CASDEN TO RAISE PREEMPTION ISSUE NOW, AND PREPARE REPLY RE SAME | | | | |
| 2901648 | JNT | | 775.00 | $155.00 | 0.2 |
| 4/29/2026 | ANALYSIS OF MET V. CASDEN APPELLATE LITIGATION ISSUE FOR POSSIBLE EFFECT ON HOLOGENIX CHAPTER 11 CASE | | | | |
| 2901672 | JPF | | 775.00 | $155.00 | 0.2 |
| 5/14/2026 | PREPARATION FOR HEARING ON PREFERENCE SUIT AGAINST MET | | | | |
| 2906720 | JPF | | 775.00 | $775.00 | 1.0 |
| 5/26/2026 | CONFERENCE WITH J.P. FRITZ RE OUTCOME OF THIS MORNING'S HEARINGS, AND PREPARATION OF PROPOSED FINDINGS AND CONCLUSIONS | | | | |
| 2908809 | JNT | | 775.00 | $465.00 | 0.6 |
| 5/26/2026 | DRAFT EMAIL TO J.P. FRITZ RE POTENTIAL HALLUCINATIONS IN MET'S NINTH CIRCUIT BRIEF AND POST-REMAND BRIEF | | | | |
| 2908812 | JNT | | 775.00 | $387.50 | 0.5 |
| 5/26/2026 | PREPARATION FOR HEARING ON PREFERENCE SUMMARY JUDGMENT REMAND | | | | |
| 2908806 | JPF | | 775.00 | $1,317.50 | 1.7 |
| 6/22/2026 | DRAFT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PREFERENCE CLAIM | | | | |
| 2916114 | JNT | | 775.00 | $11,935.00 | 15.4 |

# DETAILED ACTIVITIES



| | | | | | |
|---|---|---|---|---|---|
| 6/23/2026 | DRAFT EMAIL TO S. CASDEN AND J.P. FRITZ RE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PREFERENCE CLAIM | | | | |
| 2916115 | JNT | | 775.00 | $155.00 | 0.2 |
| 6/23/2026 | CONFERENCE WITH J.P. FRITZ RE TREATMENT OF 3RD CLAIM FOR RELIEF (OBJECTION TO CLAIM) (MULTIPLE) | | | | |
| 2916252 | JNT | | 775.00 | $232.50 | 0.3 |
| 6/23/2026 | DRAFT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PREFERENCE CLAIM | | | | |
| 2916403 | JNT | | 775.00 | $3,332.50 | 4.3 |
| 6/23/2026 | DRAFT PROPOSED JUDGMENT | | | | |
| 2916404 | JNT | | 775.00 | $620.00 | 0.8 |
| 6/23/2026 | DRAFT PROPOSED ORDER GRANTING MSJ, DENYING CROSS-MSJ, AND ISSUING TEMPORARY STAY OF ENFORCEMENT | | | | |
| 2916405 | JNT | | 775.00 | $465.00 | 0.6 |
| 6/23/2026 | REVIEW EMAIL FROM J.P. FRITZ RE COMMENT CONCERNING FINDINGS AND CONCLUSIONS (INCLUDING ONE TYPO TO BE FIXED LATER) | | | | |
| 2916464 | JNT | | 775.00 | $77.50 | 0.1 |
| 6/23/2026 | PREPARATION OF PREFERENCE TRANSFER FINDINGS OF FACT AND CONCLUSIONS OF LAW | | | | |
| 2916219 | JPF | | 775.00 | $310.00 | 0.4 |
| 6/23/2026 | PREPARATION OF MET PREFERENCE JUDGMENT FINDINGS OF FACT AND CONCLUSIONS OF LAW | | | | |
| 2916241 | JPF | | 775.00 | $697.50 | 0.9 |
| 7/14/2026 | PREPARATION OF ORDER GRANTING MSJ (2026) | | | | |
| 2922968 | JK | | 300.00 | $90.00 | 0.3 |
| 7/14/2026 | PREPARATION OF REMAND FINDINGS AND CONCLUSIONS V2 | | | | |
| 2922990 | JK | | 300.00 | $60.00 | 0.2 |
| 7/14/2026 | PREPARATION OF SUMMARY JUDGMENT (2026) | | | | |
| 2922991 | JK | | 300.00 | $60.00 | 0.2 |
| 7/14/2026 | REVIEW EMAIL FROM J.P. FRITZ RE JUDGMENT INADVERTENTLY ENTERED, AND NEED FOR RE-LODGING DOCUMENTS | | | | |
| 2923078 | JNT | | 775.00 | $77.50 | 0.1 |

# DETAILED ACTIVITIES

**Hologenix** **10/29/2026** **Page # 44**

**CASE # 9116** **From Date 8/1/2025**
**To Date 9/30/2026**

| | | | | |
|---|---|---|---|---|
| 7/22/2026 | ANALYSIS OF MET'S OBJECTION TO PROPOSED JUDGMENT ON PREFERENCE LAWSUIT | | | |
| 2924550 | JPF | 775.00 | $697.50 | 0.9 |
| 7/27/2026 | PREPARATION OF PREFERENCE ADVERSARY PROCEEDING JUDGMENT REPLY BRIEF ON PROPOSED ORDERS | | | |
| 2925396 | JPF | 775.00 | $232.50 | 0.3 |
| 7/28/2026 | PREPARATION OF **DEBTOR'S REPLY TO MET'S OBJECTION TO PROPOSED FINDINGS, JUDGMENT, AND ORDER** | | | |
| 2925767 | JK | 300.00 | $150.00 | 0.5 |
| 7/31/2026 | DRAFT EMAIL TO J.P. FRITZ RE 9TH CIRCUIT DECISION IN MET V. CASDEN | | | |
| 2928335 | JNT | 775.00 | $77.50 | 0.1 |
| 7/31/2026 | REVIEW 9TH CIRCUIT DECISION IN MET V. CASDEN | | | |
| 2928336 | JNT | 775.00 | $155.00 | 0.2 |
| 7/31/2026 | ANALYSIS OF NINTH CIRCUIT DECISION REVERSING AND REMANDING IN PART DISTRICT COURT RULING IN MET V. CASDEN | | | |
| 2927145 | JPF | 775.00 | $852.50 | 1.1 |
| 8/27/2026 | ANALYSIS OF CORRESPONDENCE FROM SCOTT BEHREDT RE CASDEN AUTOMATIC STAY AND NINTH CIRCUIT REMAND AND DISTRICT COURT SUBSEQUENT ORDER | | | |
| 2934666 | JPF | 775.00 | $77.50 | 0.1 |
| 9/2/2026 | REVIEW DISTRICT COURT'S ORDER IN MET V. CASDEN, AND DRAFT EMAIL TO J.P. FRITZ RE SAME | | | |
| 2936417 | JNT | 775.00 | $77.50 | 0.1 |
| 9/24/2026 | ANALYSIS OF HOLOGENIX DRAFT DEMAND LETTER TO UNDER ARMOUR | | | |
| 2942469 | JPF | 775.00 | $77.50 | 0.1 |
| | | **Total** | **$98,734.50** | **142.6** |

# INDIVIDUAL ACTIVITIES

**10/29/2026 Page 1**

**Hologenix**
**CASE # 9116**

**SERVICE RENDERED FROM 8/1/2025 THROUGH 9/30/2026**

**03 - BUSINESS OPERATIONS**

| | | | |
|---|---|---|---|
| JPF | 36.2 | 725.00 | $26,245.00 |
| JPF | 22.6 | 775.00 | $17,515.00 |
| **Total Hours** | **58.8** | **Total Fees** | **$43,760.00** |

# INDIVIDUAL ACTIVITIES



**Hologenix**
**CASE # 9116**

**SERVICE RENDERED FROM 8/1/2025 THROUGH 9/30/2026**

## 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DAMON | 0.8 | 300.00 | $240.00 |
| JK | 42.1 | 300.00 | $12,630.00 |
| JNT | 0.5 | 725.00 | $362.50 |
| JNT | 2.3 | 775.00 | $1,782.50 |
| JPF | 1.3 | 725.00 | $942.50 |
| JPF | 13.2 | 775.00 | $10,230.00 |
| RM | 0.9 | 300.00 | $270.00 |
| RMC | 0.1 | 595.00 | $59.50 |
| **Total Hours** | **61.2** | **Total Fees** | **$26,517.00** |

# INDIVIDUAL ACTIVITIES



**Hologenix**
**CASE # 9116**

**SERVICE RENDERED FROM 8/1/2025 THROUGH 9/30/2026**

**05 - CLAIMS ADMIN. AND OBJECTIONS**

| | | | |
|---|---|---|---|
| JPF | 0.2 | 725.00 | $145.00 |
| RMC | 0.6 | 550.00 | $330.00 |
| **Total Hours** | **0.8** | **Total Fees** | **$475.00** |

# INDIVIDUAL ACTIVITIES



**Hologenix**
**CASE # 9116**

**SERVICE RENDERED FROM 8/1/2025 THROUGH 9/30/2026**

## 07 - FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| CTP | 11.9 | 700.00 | $8,330.00 |
| CTP | 0.1 | 725.00 | $72.50 |
| DAMON | 1.8 | 300.00 | $540.00 |
| JK | 4.2 | 300.00 | $1,260.00 |
| JPF | 8.5 | 725.00 | $6,162.50 |
| JPF | 0.5 | 775.00 | $387.50 |
| JYO | 2.3 | 725.00 | $1,667.50 |
| RM | 0.4 | 300.00 | $120.00 |
| RMC | 9.4 | 550.00 | $5,170.00 |
| RMC | 0.6 | 595.00 | $357.00 |
| **Total Hours** | **39.7** | **Total Fees** | **$24,067.00** |

# INDIVIDUAL ACTIVITIES



**Hologenix**
**CASE # 9116**

**SERVICE RENDERED FROM 8/1/2025 THROUGH 9/30/2026**

## 12 - PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| JK | 1.5 | 300.00 | $450.00 |
| JNT | 3.8 | 725.00 | $2,755.00 |
| JNT | 1.2 | 775.00 | $930.00 |
| JPF | 130.7 | 725.00 | $94,757.50 |
| JPF | 123.1 | 775.00 | $95,402.50 |
| **Total Hours** | **260.3** | **Total Fees** | **$194,295.00** |

# INDIVIDUAL ACTIVITIES



**Hologenix**
**CASE # 9116**

**SERVICE RENDERED FROM 8/1/2025 THROUGH 9/30/2026**

**20 - OTHER LITIGATION**

| | | | |
|---|---|---|---|
| JK | 12.8 | 300.00 | $3,840.00 |
| JNT | 25.1 | 725.00 | $18,197.50 |
| JNT | 40.4 | 775.00 | $31,310.00 |
| JNT0 | 1.2 | 0.00 | $0.00 |
| JPF | 18.2 | 725.00 | $13,195.00 |
| JPF | 33.3 | 775.00 | $25,807.50 |
| RMC | 11.5 | 550.00 | $6,325.00 |
| RMC | 0.1 | 595.00 | $59.50 |
| **Total Hours** | **142.6** | **Total Fees** | **$98,734.50** |

# PROFESSIONAL ACTIVITY SUMMARY

**Hologenix** 10/29/2026

**CASE # 9116**

From Date 8/1/2025
To Date 9/30/2026

| | | | | | |
|---|---|---|---|---|---|
| CTP | 11.9 | Hours | @ | 700.00 | $8,330.00 |
| CTP | 0.1 | Hours | @ | 725.00 | $72.50 |
| DAMON | 2.6 | Hours | @ | 300.00 | $780.00 |
| JK | 60.6 | Hours | @ | 300.00 | $18,180.00 |
| JNT | 29.4 | Hours | @ | 725.00 | $21,315.00 |
| JNT | 43.9 | Hours | @ | 775.00 | $34,022.50 |
| JNT0 | 1.2 | Hours | @ | 0.00 | $0.00 |
| JPF | 195.1 | Hours | @ | 725.00 | $141,447.50 |
| JPF | 192.7 | Hours | @ | 775.00 | $149,342.50 |
| JYO | 2.3 | Hours | @ | 725.00 | $1,667.50 |
| RM | 1.3 | Hours | @ | 300.00 | $390.00 |
| RMC | 21.5 | Hours | @ | 550.00 | $11,825.00 |
| RMC | 0.8 | Hours | @ | 595.00 | $476.00 |
| Total Hours | 563.4 | | | Total Fees | $387,848.50 |

# ACTIVITY SUMMARY

10/29/2026

**Hologenix**

**CASE # 9116**

**From Date** 8/1/2025

**To Date** 9/30/2026

| DESCRIPTION | FEES |
|---|---|
| BUSINESS OPERATIONS | $43,760.00 |
| CASE ADMINISTRATION | $26,517.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $475.00 |
| FEE / EMPLOYMENT | $24,067.00 |
| PLAN AND DISCLOSURE | $194,295.00 |
| OTHER LITIGATION | $98,734.50 |
| TOTAL FEES | $387,848.50 |

# EXHIBIT "B"

# COSTS BREAKDOWN

**10/29/2026**

**Hologenix** **From Date** **8/1/2025**
**CASE # 9116** **To Date** **9/30/2026**

| | | |
|---|---|---|
| 9/30/2025 | POSTAGE | 172.12 |
| 9/30/2025 | REPRODUCTION COSTS | 173.60 |
| 10/31/2025 | POSTAGE | 2.06 |
| 10/31/2025 | REPRODUCTION COSTS | 745.00 |
| 11/30/2025 | POSTAGE | 2.06 |
| 10/31/2025 | WESTLAW RESEARCH | 1,698.75 |
| 9/30/2025 | COURT RESEARCH PACER | 73.00 |
| 9/30/2025 | COURT RESEARCH PACER | 2.80 |
| 11/30/2025 | WESTLAW RESEARCH | 1,294.31 |
| 11/30/2025 | WESTLAW RESEARCH | 743.70 |
| 12/31/2025 | POSTAGE | 116.34 |
| 12/31/2025 | REPRODUCTION COSTS | 213.80 |
| 1/31/2026 | REPRODUCTION COSTS | 1,047.60 |
| 12/31/2025 | WESTLAW RESEARCH | 976.64 |
| 12/31/2025 | WESTLAW RESEARCH | 359.82 |
| 1/31/2026 | WESTLAW RESEARCH | 323.37 |
| 2/17/2026 | PARKING | 12.00 |
| 2/28/2026 | POSTAGE | 1.32 |
| 1/1/2026 | COURT RESEARCH PACER | 108.20 |
| 3/31/2026 | POSTAGE | 5.04 |
| 4/30/2026 | POSTAGE | 11.55 |
| 4/30/2026 | WESTLAW RESEARCH | 1,421.10 |
| 4/30/2026 | WESTLAW RESEARCH | 1,043.09 |
| 4/30/2026 | WESTLAW RESEARCH | 3,368.00 |
| 4/30/2026 | WESTLAW RESEARCH | 227.38 |
| 6/30/2026 | POSTAGE | 12.45 |
| 6/30/2026 | WESTLAW RESEARCH | 1,266.53 |
| 3/31/2026 | COURT RESEARCH PACER | 29.80 |
| 7/31/2026 | POSTAGE | 2.85 |

# COSTS BREAKDOWN

**10/29/2026**

**Hologenix**
**CASE # 9116**

**From Date** **8/1/2025**
**To Date** **9/30/2026**

| | | |
|---|---|---|
| 7/31/2026 | WESTLAW RESEARCH | 52.60 |
| 8/31/2026 | REPRODUCTION COSTS | 0.60 |
| 8/25/2026 | PARKING | 7.00 |

# COSTS SUMMARY

**10/29/2026**

**Hologenix**
**FILEE # 9116**

**From Date** **8/1/2025**
**To Date** **9/30/2026**

| | |
|---|---|
| REPRODUCTION COSTS | 2,180.60 |
| COURT RESEARCH PACER | 213.80 |
| PARKING | 19.00 |
| POSTAGE | 325.79 |
| WESTLAW RESEARCH | 12,775.29 |
| **TOTAL COSTS** | **$15,514.48** |

# EXHIBIT "C"

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DAVID L. NEALE**
dln@lnbyg.com

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries,

continued. . .



**DAVID L. NEALE** ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

continued from page 1

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

continued. . .



DAVID L. NEALE ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**DAVID L. NEALE**

**PROFESSIONAL RÉSUMÉ**

continued from page 2

Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

continued. . .



**DAVID L. NEALE** ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

**DAVID L. NEALE**

**PROFESSIONAL RÉSUMÉ**

continued from page 3

LNBY&G

- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.



**DAVID L. NEALE** ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RON BENDER** is a founding and co-managing partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P., one of the premier insolvency boutique law firms in the State of California. The firm was founded in 1995. Ron has successfully reorganized and restructured the debt of numerous companies, sold countless companies, and restructured the financial affairs and debts of many individuals. He is widely regarded as a highly creative, results oriented bankruptcy, insolvency and restructuring attorney who is able to tackle complex financial and legal problems and develop and implement creative solutions. Ron has repeatedly been listed by “Super Lawyers” as one of the top 100 lawyers in Southern California in regional surveys of his peers.



**RON BENDER**
rb@lnbyg.com

Ron received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., summa cum laude), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court.

Ron has one of the largest bankruptcy and insolvency practices in the State of California, having represented hundreds of chapter 11 debtors. A sampling of some or Ron’s chapter 11 bankruptcy representations includes: a 400,000 square foot shopping center in Lynwood, California known as **“Plaza Mexico”** that Ron recently sold for $164 million; the **TRX** exercise band company that Ron recently sold for $11.1 million; **Zacky and Sons Poultry** (a large grower, processor, packager and seller of chicken and turkey related products) that Ron recently sold for approximately $40 million; **West Coast Distribution** (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry) that Ron recently sold; **Tatung Company of America** (a manufacturer and distributor of consumer electronics with over $20 million assets that Ron successfully reorganized); **NAI Capital** (the well known commercial real estate brokerage firm that Ron successfully sold); **Ironclad Performance Wear** (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the “industrial athlete” that Ron sold for $25 million); **Rdio** (a digital music service provider) that Ron sold to Pandora for $75 million; **Country Villa** (one of the largest owners and operators of skilled nursing facilities

continued. . .



**RON BENDER** ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM DIRECT: 310.229.3330
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 1

with annual revenue of more than $200 million that Ron sold for $62 million); **Pebble ABC** in a sale to Fitbit for $20 million; **Gamma Medica** (a manufacturer of imaging systems in the biotechnology field that Ron sold); **Matterhorn Group** (a large manufacturer of novelty ice cream products that Ron sold); **Fat Burger** (the well known chain of hamburger restaurants that Ron sold); **Westcliff Medical Laboratories** (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that Ron sold for $57.5 million); **LifeMasters Supported Selfcare** (a national disease management company with annual revenue of $80 million that Ron sold); **Bodies in Motion** (a chain of fitness facilities that Ron sold for approximately $10 million); **Max Equipment Rental** (an equipment rental company that Ron successfully reorganized); **Nelson & Associates** (a manufacturers' representative in the electrical industry that Ron successfully reorganized); **Alin Party Supply** (a retail chain of party supplies that Ron successfully reorganized); **Lake San Marcos Resort & Country Club**; **Pacific High Reach** (a large construction equipment rental company that Ron sold for $17 million); **Krystal Koach** (a large manufacturer of limousines and shuttle buses that Ron sold); **Small World Toys** (a toy company that Ron sold for approximately $16 million); **Intervisual** (a children's book company that Ron sold for approximately $10 million); **LightPointe Communications** (a manufacturer of wireless networking equipment that Ron successfully reorganized); **Nicola** (a large olive importer and distributor that Ron successfully reorganized); **Krispy Kreme** (an owner and operator of Krispy Kreme Doughnut Stores that Ron successfully reorganized); **Pleasant Care** (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that Ron sold for approximately $17 million); **Sega GameWorks** (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that Ron sold for approximately $8 million); **Alliant Protection Services** (a commercial and residential alarm services company with 16,000 customers that Ron sold for $14.5 million); **The Walking Company** (a national chain of 101 retail stores selling specialty shoes and footwear that Ron successfully reorganized); **Shoe Pavilion** (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that Ron sold); **Gadzoox Networks** (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where

continued. . .



RON BENDER ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM DIRECT: 310.229.3330
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

one division was sold for $8.5 million and the balance of the company successfully reorganized); **State Line Hotel**, S**tate Line Casino**, **Jim's Enterprises** (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that Ron sold for $55 million); **Easyrider** and **Paisano Publications** (publicly traded publishers of thirteen national magazines that Ron sold for $12.3 million); **Clifford Electronics** (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that Ron sold for $20 million); **Chorus Line Corporation** and **California Fashions Industries** (one of the largest apparel companies in the country at that time with annual sales of $500 million); **Avus** (a distributor of computer systems with sales of in excess of $100 million that Ron sold); **A.J. Markets** (chain of supermarkets that Ron sold for $5 million); **Trancas Town** (owner of 35 acres of raw developable land in Malibu, California that Ron successfully reorganized); **Association of Volleyball Professionals** (professional beach volleyball league that Ron sold); **Louise's Trattoria** (chain of 16 Italian food restaurants with $30 million in annual revenue that Ron sold for $7 million); **Westward Ho Markets** (a supermarket chain with $50 million of annual revenue and $20 million of debt that Ron successfully reorganized); **Special Effects Unlimited** (one of the largest providers of special effects in the movie industry that Ron successfully reorganized); **Santa Barbara Aerospace** (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that Ron successfully reorganized and then sold); **Manchester Center** (a 1.5 million square foot shopping center in Fresno, California that was Ron sold for $25 million); **Marbella Golf and Country Club** (a golf and country club located in San Juan Capistrano that Ron successfully reorganized); **Southwest Hospital** (an acute care hospital located in Riverside that Ron successfully reorganized). Ron has also represented countless owners of real estate in chapter 11 that have resulted in successful sales or reorganizations.

Ron is also one of California's leading lawyers and preeminent experts in the field of Assignments for the Benefit of Creditors (ABC's), having represented assignees in approximately 200 ABC's.

Ron is also a frequent author and speaker on bankruptcy and insolvency matters.



**RON BENDER** ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TIMOTHY YOO**, a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.



**TIMOTHY J. YOO**
tjy@lnbyg.com



**TIMOTHY J. YOO** ATTORNEY AT LAW
EMAIL: TJY@LNBYG.COM DIRECT: 310.229.3365

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK**, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.



**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999
- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000
- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000
- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000
- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004
- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004
- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004
- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009
- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010



**DAVID B. GOLUBCHIK** ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM DIRECT: 310.229.3393
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

### EDUCATION

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

### BAR ADMISSIONS

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

### Honors and Recognitions

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

### Publications/Press

"Section 1111(b) "' Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,"' *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .



GARY E. KLAUSNER ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM DIRECT: 310.229.3360
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

### Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

## KEY REPRESENTATIONS

### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

continued. . .



GARY E. KLAUSNER ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM DIRECT: 310.229.3360
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**GARY E. KLAUSNER**

**PROFESSIONAL RÉSUMÉ**

continued from page 2

He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

## PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

## HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

## KEY REPRESENTATIONS

### Committee Representations

Rhythm & Hues
Nasty Gal
New Meatco
Consolidated Freightway
Westward Ho Markets
Naki Electronics
Prime Matrix Stan Lee Media
American Restaurant Group, Inc

### Significant Creditor/Party In Interest Representations

The Weinstein Company
Relativity Media
Cannon Pictures, Inc.
Georgia Pacific Corporation
Cal Worthington
Columbia Tristar
Fox Family Worldwide
MCI Telecommunications Corporation
Paramount Pictures
Saban Entertainment
Sony Pictures, Inc.
The Walt Disney Company
Victor Valley Community Hospital
Rachel Ashwell Design, Inc
EZ Lube, Inc
Gardens Regional Hospital



**GARY E. KLAUSNER** ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM DIRECT: 310.229.3360
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.



**EDWARD M. WOLKOWITZ**
emw@lnbyg.com

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).

continued. . .



**EDWARD M. WOLKOWITZ** ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM DIRECT: 310.229.3364
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 1

LNBY&G

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.



**EDWARD M. WOLKOWITZ** ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM DIRECT: 310.229.3364
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.



BETH ANN R. YOUNG
bry@lnbyg.com

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



BETH ANN R. YOUNG ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM DIRECT: 310.229.3352
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com



**MONICA Y. KIM** ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**PHILIP A. GASTEIER**
pag@lnbyg.com

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.

continued. . .



**PHILIP A. GASTEIER** ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM DIRECT: 310.229.3329
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**PHILIP A. GASTEIER**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–1992). He has been active in civic affairs, and is a past President (2008–2009), Vice President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.



**PHILIP A. GASTEIER** ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN N. TEDFORD, IV,** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. John joined Levene Neale in February 2025, after over 22 years at Danning, Gill, Israel & Krasnoff, LLP.

For over 20 years, John Tedford has represented debtors, creditors, trustees and receivers in bankruptcy and other insolvency matters. He represents clients in all California state and federal courts, especially bankruptcy courts. He is also a member of the bar of the U.S. Supreme Court.

When not representing clients, John often speaks and writes about trending issues in his field. He is a regular contributor of e-Bulletins published by the Insolvency Law Committee of the California Lawyers Association's Business Law Section. His articles have been published in the California Bankruptcy Journal, ABI Journal, and Norton's Annual Survey of Bankruptcy Law.

John also is active in a number of legal organizations. He was recently selected to be a Fellow of the American College of Bankruptcy, and will be inducted in the 36th Class of the College in March 2025. He is currently a Lawyer Representative to the Ninth Circuit Judicial Conference, President of the California Bankruptcy Forum, and Treasurer of the Century City Bar Association. He is a board member and former officer of the Los Angeles Bankruptcy Forum (serving as its President in 2017-2018) and Financial Lawyers Conference (serving as its President in 2023-2024). John also is a former co-chair of the Insolvency Law Committee of the Business Law Section of the California Lawyers Association.



**JOHN N. TEDFORD, IV**
jnt@lnbyg.com

### PRACTICE AREAS

Bankruptcy Appeals
Creditor Representation
*- Creditor Committee Counsel*
*- Creditor Representation in Bankruptcy Cases*
Debtor Representation
*- Chapter 11 Business Reorganization*
*- Chapter 11 Individual Reorganization*
*- Chapter 7*

Litigation in Federal and State Courts
Fiduciary Services and Representation
*- Chapter 7 and 11 Bankruptcy Trustees*
*- Federal and State Receivers*

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 1

**EDUCATION**

University of Southern California Gould School of Law, J.D., May 1999

University of Southern California, B.S., Business Administration, May 1996

**ADMISSIONS**

State Bar of California, 1999

U.S. Supreme Court

U.S. Court of Appeals for the Ninth Circuit

U.S. District Courts in California
- *Central District of California*
- *Eastern District of California*
- *Northern District of California*
- *Southern District of California*

U.S. District Courts outside of California
- *District of Colorado*
- *Western District of Wisconsin*

**MEMBERSHIPS & ASSOCIATIONS**

American College of Bankruptcy (to be inducted in March 2025)

Ninth Circuit Judicial Conference, Lawyer Representative

Financial Lawyers Conference, Member and member of the Board of Governors (President, 2023-2024)

California Bankruptcy Forum, Member and President (2024-2025)

American Bankruptcy Institute, Member and Member of the Bankruptcy Battleground West Advisory Board (2021-2022)

Los Angeles Bankruptcy Forum, Member and former President (2017-2018)

Insolvency Law Committee, Business Law Section of the California Lawyers Association, Advisor and former Co-Chair (2017-2018)

California Bankruptcy Journal, Editor

continued. . .


JOHN N. TEDFORD, IV ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

continued from page 2

## REPRESENTATIVE MATTERS

*In re FAME Housing Corporation, et. al.*, in which John represents a chapter 7 trustee administering commercial and residential properties owned by three non-profit corporations.

*In re Casden*, in which John represents an individual chapter 11 debtor seeking to reorganize his financial affairs after entry of a multi-million judgment against him.

*In re MVK FarmCo*, in which John represents a former employee seeking allowance of an administrative claim against the debtor's estate.

*In re Elite Investment Management Group, LLC*, in which John represented a chapter 11 debtor that owned a partially-completed 21,000 square foot residence in Bel Air.

*In re Salvador*, in which John represented a chapter 7 debtor challenging the Ninth Circuit's interpretation of a Bankruptcy Code provision relating to the dischargeability of old income taxes.

*In re Better Nutritionals, LLC*, in which John represented a chapter 11 debtor in the business of manufacturing nutritional gummies.

*In re Airport Van Rental, Inc,* in which John represented chapter 11 debtors seeking to reorganize a car rental business.

*In re 9469 Beverly Crest, LLC*, in which John represented a chapter 11 debtor who needed additional financing to complete construction of a residence.

*In re Meruelo Maddux Properties, Inc*., in which John represented 56 chapter 11 debtors who were collectively the largest non-government landowner in downtown Los Angeles.

*In re Death Row Records* and *In re Suge Knight*, in which John represented court-appointed trustees who sold the debtors' extensive music library.

*In re Korean Western Presbyterian Church of Los Angeles*, in which John represents the chapter 11 trustee for a church involved in a dispute between two groups asserting control over the church.

*In re Elliott*, in which John obtained a published Ninth Circuit decision addressing courts' jurisdiction over claims asserted under section 727(d) of the Bankruptcy Code.

*In re Lua*, in which John represented the National Association of Bankruptcy Trustees as amicus curiae in an appeal involving debtors' homestead exemptions.

*SEC v. Westmoore Management, LLC*, in which John represented a federal equity receiver appointed for a group of investment companies that operated a multi-million dollar Ponzi scheme.

*In re Pacific 9 Transportation, Inc*., in which John represented the creditors' committee in a chapter 11 case involving a port trucking company with a history of labor code violations.

*In re Altadena Lincoln Crossing, LLC*, in which John assisted judgment creditors in settling claims against a bankrupt real estate developer.

A non-bankruptcy matter in which John helped a private investor negotiate terms of a new investment in a solar power contractor.

A non-bankruptcy matter in which John represented an Assignee in an Assignment for Benefit of Creditors for an entity that manufactured and had retail locations at which it sold gluten-free bakery items.

continued. . .



JOHN N. TEDFORD, IV ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

## PUBLICATIONS (ARTICLES)

*Equitable Tolling: Prophylactic Orders and Applicable Standards After* Smith v. Davis, 36 Cal. Bankr. J. 31 (2022).

*Dischargeability of Non-Priority Taxes for Which a Tax Return Was Not Timely Filed*, 2020 Norton Ann. Surv. of Bankr. L., 183 (2020 ed.).

*Dischargeability of Nonpriority Taxes for Late-Filed Tax Return*, Am. Bankr. Inst. J., Sept. 2019, at 14.

*Characterization, Classification, Payment and Treatment of Real Property Tax Claims Arising Under California Law*, 32 Cal. Bankr. J. 1 (2012).

*9th Circuit BAP Significantly Limits Mootness under § 363(m)*, Bankr. Ct. Decisions, Vol. 50, Issue 7 (2008).

## PUBLICATIONS (ILC CASE ANALYSES)

July 21, 2023: *Masingale v. Munding (In re Masingale)*, 644 B.R. 530 (9th Cir. BAP 2022).

January 9, 2023: Amendments to the Federal Rules of Bankruptcy Procedure Effective December 1, 2022.

October 18, 2022: *Bear Creek Trail, LLC v. BOKF, N.A. (In re Bear Creek Trail, LLC)*, 35 F.4th 1277 (10th Cir. 2022).

May 4, 2022: *Sienega v. Cal. Franchise Tax Bd. (In re Sienega)*, 18 F.4th 1164 (9th Cir. 2021).

Jan. 18, 2022: *Berkovich v. Cal. Franchise Tax Bd. (In re Berkovich)*, 15 F.4th 997 (9th Cir. 2021).

Dec. 16, 2021: *Perryman v. Dal Poggetto (In re Perryman)*, 631 B.R. 899 (9th Cir. BAP 2021).

Dec. 7, 2021: Amendments to the Federal Rules of Bankruptcy Procedure and Federal Rules of Appellate Procedure Effective December 1, 2021.

Aug. 17, 2020: *Speier v. Brace*, 9 Cal. 5th 903, 470 P.3d 15 (2020).

Jan. 16, 2020: *Ritzen Group, Inc. v. Jackson Masonry, LLC*, 589 U.S. ___ (Jan. 14, 2020).

Dec. 13, 2019: Small Business Reorganization Act Imposes New Diligence Requirements on Preference Plaintiffs and Modifies Venue Provisions for Proceedings to Recover Less than $25,000.

Aug. 16, 2019: *Hugger v. Warfield (In re Hugger),* 2019 WL 1594017 (9th Cir. BAP Apr. 5, 2019).

Mar. 18, 2019: *Brace v. Speier (In re Brace),* 2019 WL 167783 (9th Cir. Jan. 11, 2019).

Mar. 15, 2019: *Klein v. ODS Technologies, LP (In re J & J Chemical, Inc.),* Adv. No. 18-08029-JDP (Bankr. D. Idaho Jan. 11, 2019).

May 15, 2018: *JPMC 2007-C1 Grasslawn Lodging, LLC v. Transwest Resort Props., Inc. (In re Transwest Resort Props., Inc.),* 881 F.3d 724 (9th Cir. 2018).

Nov. 30, 2017: *Hsu v. MTC Fin., Inc. (In re Hsu)*, 692 Fed. Appx. 888 (9th Cir. June 30, 2017).

Nov. 29, 2017: Revisions to the Federal Rules of Evidence and Appellate, Civil, and Bankruptcy Procedure Effective December 1, 2017.

Sept. 11, 2017: *Salven v. Galli (In re Pass),* 553 B.R. 749 (9th Cir. BAP 2016).

Nov. 30, 2016: Revisions to the Federal Rules of Appellate, Civil, and Bankruptcy Procedure Effective December 1, 2016.

Oct. 26, 2016: *United States v. Martin (In re Martin)*, 542 B.R. 479 (9th Cir. BAP 2015), and Smith v. IRS (In re Smith), 828 F.3d 1094 (9th Cir. 2016).

Nov. 12, 2015: *Grego v. U.S. Trustee (In re Grego),* 2015 WL 3451559 (9th Cir. BAP May 29, 2015).

July 30, 2015: *Ly v. Che (In re Ly),* 2015 WL 1787575 (9th Cir. Apr. 21, 2015).

June 8, 2015: *Todd v. Rothschild (In re Todd)*, 2015 WL 1544585 (9th Cir. BAP 2015).

Feb. 20, 2015: *Elliott v. Weil (In re Elliott),* 523 B.R. 188 (9th Cir. BAP 2014).

Feb. 13, 2015: *In re Mallo*, 774 F.3d 1313 (10th Cir. 2014)

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 4

**EVENTS**

July 23, 2024: Vexatious Litigants – What Can Bankruptcy Courts Do?; Ninth Circuit Judicial Conference (Bankruptcy Judges Education Committee Program), Sacramento, California.

March 7, 2024: Hot Topics in Subchapter V Cases; Conference of Chief Bankruptcy Judges, Clerks and Bankruptcy Lawyer Representatives, San Diego, California.

June 9, 2023: ABC, D & F: Getting Current on the Use of ABC's Across the Country; Association of Insolvency and Restructuring Advisors, Newport Beach, California.

Nov. 14, 2022: Til *Till* Do We Part?; Conference of Chief Bankruptcy Judges, Clerks and Bankruptcy Lawyer Representatives, Tucson, Arizona.

Nov. 4, 2022: Section 522(f): Avoiding the Inevitable; 2022 Central District Conference (Bankruptcy Judges Education Committee Program), Ojai, California.

Oct. 7, 2022: How to Make Your Appeal More Appealing; Financial Lawyers Conference (Nuts & Bolts Program).

Sept. 9, 2022: The Wrath of *Stern*; American Bankruptcy Institute Southwest Bankruptcy Conference, Las Vegas, Nevada.

July 20, 2022: Comfort Orders; Ninth Circuit Judicial Conference (Bankruptcy Judges Education Committee Program), Big Sky, Montana.

Feb. 18, 2022: Bankruptcy Avoidance Actions: Plaintiffs, Preferences and "Fraud"; Financial Lawyers Conference (Nuts & Bolts Program).

Nov. 19, 2021: Brave New World: Ethical and Practical Considerations in Conducting Remote Hearings and Trials; Los Angeles Chapter of the Federal Bar Association.

Nov. 5, 2021: Trending Bankruptcy Issues: Dischargeability of Income Taxes; American Bankruptcy Institute Consumer Practice Extravaganza.

May 14, 2021: Debates on Hot Topics In Bankruptcy; California Bankruptcy Forum, Annual Insolvency Conference.

Dec. 4, 2020: Late-Filed Returns and How to Discharge Them; San Fernando Valley Bar Association.

July 27, 2020: Bankruptcy & Restructuring: A Roundtable Discussion; Los Angeles Business Journal.

June 27, 2019: How to Make Your Appeal More Appealing; Beverly Hills Bar Association, Beverly Hills, California.

Sept. 23, 2017: Exemptions: Is Bad Faith a Factor or Not?; Central District Consumer Bankruptcy Attorney Association, Los Angeles, California.

Feb. 18, 2016: The Force Awakens: Objections to Exemptions After Law v. Siegel; L.A. County Bar Association, Los Angeles, California.

May 28, 2015: Bankruptcy Proofing: Fact or Fiction?; Beverly Hills Bar Association, Beverly Hills, California.

May 20, 2014: Laying down the Law: The Bankruptcy Court's Equitable Powers and Strategic Considerations after *Law v. Siegel*; L.A. County Bar Association, Los Angeles, California.

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 5



Feb. 19, 2013: Recent Developments Affecting Section 363 Bankruptcy Sales and Sale Orders; Beverly Hills Bar Association, Beverly Hills, California.

Mar. 21, 2012: Cramdowns in Real Estate Bankruptcies and Protecting the Guarantors: A Guide to Commercial Real Estate Loan Reductions through Bankruptcy; L.A. County Bar Association, Los Angeles, California.

Aug. 30, 2011: Cram Downs in Real Estate Bankruptcies and Protecting the Guarantors; Beverly Hills Bar Association, Beverly Hills, California.

July 20, 2010: Bankruptcy Sales: Are They Really "Free and Clear"? The Aftermath of the *Clear Channel* Decision; Orange County Bankruptcy Forum, Irvine, California.

Jan. 21, 2010: Fallout from the Commercial Real Estate Crisis: Lessons Learned from the General Growth, Namco, and Other Recent Bankruptcy Cases; Beverly Hills Bar Association, Beverly Hills, California.

Apr. 6, 2009: *Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC)*, 391 B.R. 25 (9th Cir. BAP 2008): Does Appealing Sales Make for Unappealing Assets?; Los Angeles Bankruptcy Forum, Los Angeles, California.

Feb. 19, 2009: Unclear Channel for Bankruptcy Sales Free and Clear of Liens – the BAP's *Clear Channel* Decision and Its Consequences; Beverly Hills Bar Association, Beverly Hills, California.

Sept. 3, 2008: Clearing the Channel: Navigating the Sale Waters after *Clear Channel*; Insolvency Law Committee, Business Law Section of the State Bar of Cal. (webinar).



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DANIEL H. REISS**
dhr@lnbyg.com

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .



**DANIEL H. REISS** ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**DANIEL H. REISS**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

continued. . .



**DANIEL H. REISS** ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**DANIEL H. REISS**

**PROFESSIONAL RÉSUMÉ**

continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections
- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.



**DANIEL H. REISS** ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**TODD A. FREALY**
taf@lnbyg.com

**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a “Super Lawyer” by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

**Articles written by Mr. Frealy include:**

- “Dazed and Confused,” *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the “undue hardship test”)
- “Finding the Key,” *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review’s symposium: “Bankruptcy in the New Millennium,” February 2010
- Inland Empire Bankruptcy Forum: “Disclosed and Undisclosed Assets In Chapter 7,” April 2014
- Inland Empire Bankruptcy Forum: “Hot Topics In Consumer Chapter 7 Proceedings,” November 2014
- Inland Empire Bankruptcy Forum: “An Evening With The Trustees,” April 2015

continued. . .



**TODD A. FREALY** ATTORNEY AT LAW
EMAIL: TAF@LNBYG.COM DIRECT: 310.229.3366
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

continued from page 1

- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016



**TODD A. FREALY** ATTORNEY AT LAW
EMAIL: TAF@LNBYG.COM DIRECT: 310.229.3366
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RICKY STEELMAN** Ricky Steelman is a Partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's practical, client-centered, and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring, and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, creditors, debtors, hospitals, and emergency physician groups in state and federal courts, as well as private arbitrations, throughout all phases of the litigation process. This includes pre-litigation investigation and demands, the filing of a complaint, law and motion practice (such as drafting and filing demurrers, motions to dismiss, and motions for summary judgment), conducting and responding to discovery (including depositions and subpoenas), attending mediations and settlement conferences, and representing clients at trial and evidentiary hearings.



**RICHARD P. STEELMAN, JR.**
rps@lnbyg.com

Mr. Steelman is also an experienced appellate attorney who has managed more than 85 appeals in the various appellate districts of the California Courts of Appeal, the Bankruptcy Appellate Panel for the Ninth Circuit, and the United States Court of Appeals for the Ninth Circuit. He also has substantial bankruptcy experience in numerous bankruptcy matters, contested proceedings, and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

Mr. Steelman also has significant class action defense work in federal court and substantive experience handling California probate proceedings, including trial. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

continued. . .



**RICHARD P. STEELMAN, JR.** ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM DIRECT: 310.229.3339
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

**RICHARD P. STEELMAN, JR.**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

LNBY&G

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He graduated magna cum laude from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated cum laude from Pepperdine University School of Law in 2009. He is licensed in all California state and federal courts, the U.S. Court of Appeals for the Ninth Circuit, as well as the state of Colorado. He is a member of the Los Angeles County Bar Association and its Appellate Courts and Litigation sections. He is honored to have been named nine times as a Southern California Super Lawyers "Rising Star." Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes.



**RICHARD P. STEELMAN, JR.** ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors Anna's Linens, Inc., Green Fleet Systems, LLC, Belasco Unlimited Corporation, Apex Digital, Inc., Roosevelt Lofts, LLC, Central Metal, Inc., Franchise Pictures LLC, et al., Fatburger Restaurants, and the Official Committee of Unsecured Creditors of Halcyon Holding Group.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.



**JULIET Y. OH**
jyo@lnbyg.com



**JULIET Y. OH** ATTORNEY AT LAW
EMAIL: JYO@LNBYG.COM DIRECT: 310.229.3348

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com



**TODD M. ARNOLD** ATTORNEY AT LAW
EMAIL: TMA@LNBYG.COM DIRECT: 310.229.3349

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California. Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com



**ANTHONY A. FRIEDMAN** ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MICHAEL G. D'ALBA** joined LNBYG in May 2024 as Senior Counsel. He represents Chapter 7 trustees in investigations and avoidance actions, including on appeal. His practice extends to representing partition referees, receivers, judgment creditors, and debtors in possession in litigation matters.

Prior to joining LNBYG, Mr. D'Alba practiced at a bankruptcy law firm in Los Angeles for 14 years. His experience there included representing the receiver of a Ponzi scheme in avoiding and recovering transfers and liquidating other assets; prevailing for the trustee on appeal when a transferee argued that a one-year statute of limitations under state law should apply over a two-year statute of limitations under bankruptcy law; avoiding unequal property settlement agreements that were followed by bankruptcy; enforcing the discharge injunction on behalf of reorganized debtors, obtaining monetary sanctions; collecting judgments, including by judicial foreclosure; and selling by auction the intellectual property assets of a defunct media enterprise. During this time, he authored *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions*, 34 CAL. BANKR. J. 77 (2017), and *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code*, 35 CAL. BANKR. J. 339 (2021) (Brad D. Krasnoff, co-author).



**MICHAEL G. D'ALBA**
mgd@lnbyg.com

Mr. D'Alba is a member of the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Century City Bar Association. He has participated in the James T. King Bankruptcy Inn of Court and volunteered for Public Counsel's bankruptcy pro bono program.

Upon graduating from Princeton University and Rutgers University School of Law, Mr. D'Alba practiced in the commercial litigation department of a New Jersey law firm, which included representing Chapter 11 debtors in the residential real estate development industry.

## EDUCATION

**Rutgers University School of Law · Newark, NJ**
J.D., May 2005
Academic Honors: Dean's Merit Scholarship, 2004-2005 and 2002-2003;
Aaron Lasser & Hon. Lawrence L. Lasser Scholarship, 2003-2004

**Johann Wolfgang Goethe-Universität · Frankfurt am Main, Germany**
Fellow, German Academic Exchange Service, 1998-1999

**Princeton University · Princeton, NJ**
A.B. History, 1998

continued. . .



**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

## PROFESSIONAL EXPERIENCE

*Feb. 2010 to present*

**Danning, Gill, Diamond & Kollitz, LLP · Los Angeles, CA · Associate**

- Investigate and prosecute avoidance actions by Chapter 7 trustees; includes handling of appeals
- Investigate debtor disclosures, then prepare and conduct examinations at 341(a) meetings
- Judgment enforcement, including by judicial foreclosure actions in Superior Court Represent Superior Court Partition Referee
- Represented Chapter 11 debtor vehicle rental company, enforced discharge injunction post-confirmation
- Represented receiver of Ponzi scheme in district court action

*Sep. 2008 to Feb. 2010*

**Khalaf & Khalaf · Pasadena, CA · Paralegal, then California-licensed Attorney**

- Interviewed clients and investigated their claims
- Drafted complaints, demurrers, motions, ex parte applications, discovery requests, and notices of claim
- Defended depositions
- Attended court hearings of ex parte applications, case management conferences, and initial appearance, pursuant to Penal Code Section 977, on DUI claim

*Sep. 2006 to July 2008*

**Greenbaum, Rowe, Smith & Davis LLP · Iselin, NJ · Associate in Litigation Departmen**t

- Represented Chapter 11 debtor Kara Homes and related entities
- Researched whether method of soliciting political campaign contributions violated criminal statutes
- Represented Chapter 11 debtor Kara Homes and related entities
- Researched whether method of soliciting political campaign contributions violated criminal statutes
- Represented lumber supplier in construction defect litigation; represented party to title insurance litigation
- Took and defended depositions; interviewed witnesses; researched and drafted jury charges; attended and argued motion hearings

*Jan. 2008 to May 2008*

**Raritan Valley Community College · North Branch, NJ · Adjunct Professor**

Designed and taught semester-long undergraduate course on basic litigation procedure in paralegal certification program

continued. . .


**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**

continued from page 2

## PROFESSIONAL EXPERIENCE *continued*

*Sep. 2005 to Sep. 2006*
**Honorable Allison E. Accurso, Superior Court of New Jersey · Trenton, NJ · Law Clerk**
- Conducted case management conferences involving pro se litigants in family court
- Researched and drafted tentative decisions of motions, orders, and statements of reasons
- Assisted court in interviewing children in connection with custody disputes

*Jan. 2000 to Aug. 2002*
**Bloomberg LP · Princeton, NJ · Research Analyst**
Maintained pricing content from over fifty European banks; provided customer service to clients worldwide, including German-speaking clients; mentored new employees

*June to Aug.1997*
**Deutsche Bank AG · Cologne, Germany**
Assisted officials of bank's Foreign Department handling transactions between German exporters and buyers in developing economies

*June to Aug. 1997*
**Bayerische Versicherungsbank AG · Munich, Germany**
Worked as a consultant to the personnel department executive evaluating employees

*June to Aug.1994*
**Chicago Board of Trade · Chicago, IL**
Served as floor clerk to trader in open-outcry trading pit in which 30-year U.S. Treasury Bond Futures contracts were traded; reviewed trades and confirmed trades with other parties

## LEGAL INTERNSHIPS

*Jan. to May 2005*
**Honorable William G. Bassler, United States District Court · Newark, NJ**
Prepared orders on habeas corpus petitions filed by New Jersey prisoners

*Aug. 2004 to May 2005*
**Rutgers Urban Legal Clinic · Newark, NJ**
- Successfully argued for dismissal of domestic violence restraining order used to evict tenant
- Represented apartment building tenants in dispute with landlord over conditions; inspected conditions; met with tenants to discuss strategy; held meeting with landlord and tenants to try to reach settlement

*May to Aug. 2004; Aug. to Dec. 2003*
**State of New Jersey, Office of the Attorney General · Newark, NJ**
*Researched New Jersey Board of Public Utilities' regulatory power over telecommunications; translated complaint into German for international service of process; digested deposition transcripts*

*June to Aug. 2003*
**Honorable Neil H. Shuster, New Jersey Superior Court · Trenton, NJ**
*Researched procedural issues and drafted bench memoranda in chancery court*



**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 3

## ADMISSIONS

*State Bar California, 2009*
*State Bar of New Jersey, 2005 (lapsed)*

## PUBLICATIONS

Michael G. D'Alba, *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions,* 34 CAL. BANKR. J. 77 (2017).

Brad D. Krasnoff, Michael G. D'Alba, *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code,* 35 CAL. BANKR. J. 339 (2021).

*Third Circuit Addresses the Fiduciary Obligations of Future Representatives Under 11 U.S.C. § 524(g): In re Imerys Talc America, Inc., 38 F.4th 361 (3d Cir. 2022)* (October 5, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Ninth Circuit to Consider Whether Mechanic's Lien is Enforceable in Bankruptcy Case* (Oct. 27, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Fraudulent Transfer Claim Defendant Obtains Insurance Coverage for Defending Claim* (Dec. 16, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Chicago District Court Considered Non-Debtor's Attempt to Extend Protection of Automatic Stay from the Los Angeles Bankruptcy Cases of Girardi and Girardi & Keese* (Jan. 20, 2023), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

## PROFESSIONAL ASSOCIATIONS

*Member, Financial Lawyers Conference*
*Member, Century City Bar Association*

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**EVE H. KARASIK**
ehk@lnbyg.com

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .



**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 1

Settlement Trust, the Thorpe Insulation Company Settlement Trust, Plant Insulation Settlement Trust, and the Western Asbestos Settlement Trust (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .



EVE H. KARASIK ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**EVE H. KARASIK**

**PROFESSIONAL RÉSUMÉ**

continued from page 2

- American Bankruptcy Institute, Spring Meeting 2014: “The Ever-Changing Roles of Committees”
- American Bankruptcy Institute, Webinar July 15, 2013: “The Section 1111(b) Election, Plan Feasibility and Cramdown Issues”
- American Bankruptcy Institute, Spring Meeting 2013: “The Section 1111(b) Election, Plan Feasibility and Cramdown Issues”
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: “Great Debates – Third Party Injunctions in Chapter 11 Plans”
- American Bankruptcy Institute, Spring Meeting 2011: “Ethics and Professional Compensation: Actions to Avoid and Recover Fees”
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: “Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor”
- American Bankruptcy Institute, Spring Meeting 2009: “Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor”
- CRG Winter Conference, 2009: “Panel Discussion – Guide for Operating in the Zone of Insolvency”
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: “Claims Trading, Fiduciary Duties and Other Pesky Committee Issues”
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: “Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World”
- American Bankruptcy Institute, Spring Meeting 2004: “Successor Liability Revisited – Recent Developments and Trends”

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .



**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 3

LNBY&G

**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019), Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014



EVE H. KARASIK ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&G, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal.* Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com



**CARMELA T. PAGAY** ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM DIRECT: 310.229.3362

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016. Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters. Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program. Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009. Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class. Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.



**JOHN-PATRICK M. FRITZ** ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, wholesale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.



**KRIKOR J. MESHEFEJIAN**
kjm@lnbyg.com



**KRIKOR J. MESHEFEJIAN** ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwongrepresents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc., and Green Fleet Systems, LLC. Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.



**JEFFREY S. KWONG**
jsk@lnbyg.com

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal. He received his undergraduate degree, summa cum laude, from the University of California, San Diego.

Mr. Kwong is a board member of the Asian Pacific CPA Association, a legal advisor to the Soo Yuen Fraternal Association of Southern California, a member of the executive committee of the bankruptcy section of the Beverly Hills Bar Association, a member of the Los Angeles Bankruptcy Forum, and a member of the Turnaround Management Association. He also is a member of the Board of Governors of the Southern California Chinese Lawyers Association (SCCLA), for which he serves on its Legal Clinic and Networking Committees.

### Recognitions

- 2022 Recipient of the Hon. Cornelius Blackshear Presidential Fellowship presented by the National Conference of Bankruptcy Judges program
- Recognized in 2021 by the American Bankruptcy Institute as one of the "40 Under 40," Emerging Leaders in Insolvency Practice
- Selected in 2020 as one of 40 "up-and-coming bankruptcy practitioners" to attend the National Conference of Bankruptcy Judges' NextGen program

### Speaking Engagements

- "Recent Ethics Developments In Bankruptcy And Litigation," Asian American Bar Association and Asian American Bar Association of New York Program (2023)
- "End Of A Corporate Cycle: Difficult Decisions And Options For Businesses In Financial Distress," Asian Pacific CPA Association, Annual Symposium (2021)
- "Bankruptcy And Alternatives For Businesses During The COVID-19 Era," Asian Pacific CPA Association, Annual Symposium (2020)



**JEFFREY S. KWONG** ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM DIRECT: 310.229.3337
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

PROFESSIONAL RÉSUMÉ

- "Bumps on the Yellow Brick Road: Entertainment and Intellectual Property Issues in Bankruptcy," Beverly Hills Bar Association, Luncheon Program (2015)
- "Transitioning to Private Practice," U.S. Bankruptcy Court, Law Clerk Training (2015)
- "Chambers Survival Tips," U.S. Bankruptcy Court, Law Clerk Training (2013-2014)

Publications

- Jeffrey S. Kwong, Cortlandt May Signal Acceptance of the "Time Approach" on Landlord Future Rent Claims, Am. Bank. L.J. (June 2023)



JEFFREY S. KWONG ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM DIRECT: 310.229.3337
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a “Rising Star” by Southern California Super Lawyers each year since 2016, and has been named to the “Up and Coming 100” each year since 2019.



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com



**JOSEPH M. ROTHBERG** ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM DIRECT: 310.229.3373

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RESUME

ROBERT M. CARRASCO joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California-Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court.



Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach.

Memberships: American Bankruptcy Institute; Mexican American Bar Association; Los Angeles Bankruptcy Forum.

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JOHN A. LIVINGSTON**
jal@lnbyg.com

**JOHN ALLEN LIVINGSTON** joined LNBY&G as an associate attorney in October 2026. Prior to joining LNBY&G, John gained served as a judicial law clerk for the Hon. Martin R. Barash and the Hon. Victoria S. Kaufman, both U.S. bankruptcy judges presiding in the San Fernando Valley division of the U.S. Bankruptcy Court for the Central District of California.  During law school, John was a judicial extern for the Hon. Sheri A. Bluebond in the Los Angeles division of the U.S. Bankruptcy Court for the Central District of California, and the Hon. Laurel M. Isicoff (ret.) in the Miami division of the U.S. Bankruptcy Court for the Southern District of Florida.

John obtained his juris doctorate degree from Florida International University College of Law in 2024. He graduated summa cum laude, was a dean's merit scholar, made the dean's list every semester, and received awards for earning the highest grade in seven doctrinal courses. John obtained his bachelor's degree from Florida Atlantic University in 2021.

### ADMISSIONS

State Bar of California, 2025

### MEMBERSHIPS & ASSOCIATIONS

Los Angeles Bankruptcy Forum: board member, DE&I committee chair (2026–2027)

Beverly Hills Bar Association, Bankruptcy Law Section: program chair (2025–2026)

American Bankruptcy Institute: memberAmerican Bar Association, Business Law Section: member

LGBTQ+ Lawyers Association of Los Angeles: mentorCARE Los Angeles: volunteer

### RECOGNITIONS

Recipient of FIU Law's pro bono medallion (2024)

Recipient of the National Conference of Bankruptcy Judges' scholar award (2022)

continued. . .



JOHN A. LIVINGSTON ATTORNEY AT LAW
EMAIL: JAL@LNBYG.COM DIRECT: 310.229.3309

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

JOHN A. LIVINGSTON
PROFESSIONAL RÉSUMÉ
continued from page 1

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

**SPEAKING ENGAGEMENTS**

No Easy Getaway: State Court Litigation and the Bankruptcy Discharge, Beverly Hills Bar Association (Mar. 30, 2026)

**PUBLICATION**

John Allen Livingston, Defining the Relationship Between Municipal Bankruptcy and Modern Federalism Jurisprudence, 18 FIU L. Rev. 879 (2024), https://doi.org/10.25148/lawrev.18.4.13.

**LinkedIn**

https://www.linkedin.com/in/johnalivingston/



JOHN A. LIVINGSTON ATTORNEY AT LAW
EMAIL: JAL@LNBYG.COM DIRECT: 310.229.3309

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

## PARAPROFESSIONALS

JASON KLASSI received his Bachelors of Arts degree from the University of California at Los Angeles graduating Magna Cum Laude in 1979. He has over 20 years of paralegal experience within the State of California currently working at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. since its inception in 1995. Mr. Klassi maintains compliance for paralegal qualification under Business & Professions Code 6450(c)(3) and (d). He also is an active member of the Los Angeles Paralegal Association.

CONNIE RAY is a Trustee Administrator/Paralegal who received her Paralegal Certificate from the UCR Extension Paralegal Training Program. She received her bachelor's degree from the University of California, Santa Barbara in 1997. Prior to joining the Firm, she worked for the U.S. Bankruptcy Court, Central District of California, for 12 years, including working as Judicial Assistant to the Honorable Peter H. Carroll from 2002 to 2010.

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association. Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999. Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

REBECKA MERRITT received her Bachelor of Science Degree in Integrative Studies at Kennesaw State University. Ms. Merritt has been working with law firms for the past six years. She was employed by The Zagoria Law Firm, a Personal Injury firm in Atlanta, Georgia, as a legal assistant/paralegal from January 2018 until February 2022. Ms. Merritt was also employed as a legal secretary at Moray & Agnew Law Firm in Newcastle, Australia, in Property Law, from July 2022 until January 2023. In January 2023, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P. Ms. Merritt continues her paralegal education by maintaining MCLE compliance.

VANINA IVANOVA is a paralegal with a strong academic foundation in political science and legal studies. She holds a Bachelor's degree in Political Science with a concentration in Law and Society from California State University, Northridge, where she focused on the structure and function of the United States government and the development of its laws and regulations. Vanina went on to earn her Master's degree in Studies of Law from the University of Southern California. During her time at USC, she gained broad exposure to foundational areas of the legal field, including business law , and corporate litigation. In May 2025, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P. Ms. Ivanova continues her paralegal education by maintaining MCLE compliance.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

**A true and correct** copy of the foregoing document **Eighth Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses; Declaration Of John-Patrick M. Fritz, Esq. In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On November 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the `document is filed.
☐ Service information continued on attached page

**Honorable Barry Russell**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

***Debtor***
**Hologenix, LLC**
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 24, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2026 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- **.**
- **Todd M Arnold tma@lnbyg.com**
- **Ron Bender rb@lnbyg.com**
- **Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com**
- **Robert Carrasco rmc@lnbyg.com, rmc@lnbyg.com**
- **Oscar Estrada oestrada@ttc.lacounty.gov**
- **Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com**
- **John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com**
- **Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com**
- **Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com**
- **Raffi Khatchadourian raffi@hemar-rousso.com**
- **Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com**
- **Ron Maroko ron.maroko@usdoj.gov**
- **Juliet Y. Oh jyo@lnbyg.com, jyo@lnbyb.com**
- **Carmela Pagay ctp@lnbyg.com**
- **Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com**
- **Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email**
- **Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com**
- **James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com**
- **Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com**
- **Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com**
- **Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com**
- **Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com**
- **Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com**
- **Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com**
- **Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com**
- **Derrick Talerico dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
- **Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**
- **David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com**
- **Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com**