RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; RMC@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOLOGENIX, LLC,<br><br>Debtor. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case<br>Subchapter V<br><br>**THIRD APPLICATION OF FISHER & PHILLIPS LLP AS SPECIAL LABOR AND EMPLOYMENT COUNSEL TO THE DEBTOR FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ASHTON RILEY IN SUPPORT THEREOF**<br><br><u>Hearing</u>:<br>Date: December 15, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Fisher & Phillips LLP ("FP") as special labor and employment counsel for Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its *Third Application Of Fisher Phillips, As Special Labor and Employment Counsel To The Debtor, For Approval Of Fees And Reimbursement Of Expenses* (the "Application") for services rendered and expenses incurred during the period from August 1, 2025 through and including September 30, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date"). The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

### B. Date Of Entry Of The Order Approving FP's Employment And Date Services Commenced.

The Court entered an order approving FP's employment as labor and employment counsel to the Debtor on April 18, 2024 [Dkt. No. 953]. The Debtor's employment of FP as labor and employment counsel was effective as of December 25, 2023. On February 21, 2025, FP filed a supplement to its employment application [Dkt. No. 1049] and requested an additional $15,000 retainer to facilitate a mediation hearing. The Court granted the supplemental application on March 21, 2025 [Dkt. No. 1053].

### C. Fees And Expenses Previously Requested By FP.

On November 22, 2024, FP filed its first fee application [Dkt. No. 1016], covering the period from December 23, 2023 through and including September 30, 2024, during which FP spent a total of 36.6 hours and incurred fees in the sum of $9,849. On December 23, 2024, the Court

entered a written order approving the first interim fee application [Dkt. No. 1029], which authorized FP to apply the initial $10,000 retainer against the allowed fees.

On September 23, 2025, FP filed its second fee application [Dkt. No. 1088], covering the period from October 1, 2024 through and including July 31, 2025, during which FP incurred fees of $13,222.00 and expenses of $8,450. On October 17, 2025, the Court entered an order [Dkt. No. 1105] approving the second interim fee application and authorized FP to apply its remaining retainer of $15,000 against the total amount.

**D. Summary Of Payments Made To FP**

FP received post-petition retainers of $10,000 in April 2024 and an additional retainer of $15,000 in March 2025. FP received an additional $6,672 for the balance of its remaining allowed fees following approval of the second interim fee application.

**E. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, FP spent 5.6 hours in attorneys' fees in the sum of $1,642.00 and expenses in the sum of $0, for total fees and expenses in the sum of $1,642.00. Pursuant to Local Bankruptcy Rule 2016-1, by this Application, FP is seeking approval and allowance of its fees and expenses in the total sum of $1,642.00 incurred during the Covered Period.

**F. Compliance With Local Bankruptcy Rule 2016-1(a).**

FP has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G. Proper Notice.**

FP is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has served notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the Subchapter V Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

## II.

## BACKGROUND OF DEBTOR'S CASE AND DESCRIPTION OF SERVICES RENDERED BY FP

### A. Brief Narrative History And Report Concerning The Status Of Debtor's Case.

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), FP respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYG in its eighth fee application.

### B. Brief Narrative Statement Of Services Rendered.

FP served as labor and employment counsel to the Debtor and provided the following services: representation of debtor in the labor and employment dispute titled *Lyndsey White v. Hologenix, LLC* (the "White Dispute") where the petitioner, Ms. White filed a petition for reinstatement/reimbursement of lost wages, work benefits, and increased compensation under California Labor Code § 132(a). In previous fee applications, FP reviewed the 132(a) petition as well as Ms. White's separate demand letter regarding various civil employment claims. FP interviewed various Hologenix employees, drafted an initial case assessment brief, and engaged in settlement negotiations with opposing counsel. FP then prepared detailed mediation briefs, participated in mediation, and successfully negotiated a preliminary settlement of the White Dispute.

During the Covered Period, FP finalized the settlement agreement with opposing counsel and then worked with Debtor's general bankruptcy counsel to document the settlement for approval via a noticed 9019 motion. FP's services were crucial to resolving the White Dispute in a cost-effective manner and the Court entered an order approving the 9019 motion on January 6, 2025 at Dkt. No. 1121.

### C. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.

FP respectfully submits that the fees and expenses incurred by FP during the Covered Period in the Debtor's case totaling $1,642.00 in the case are very reasonable. Attached as

**Exhibit "2"** to the Declaration of Ashton Riley annexed hereto (the "Riley Declaration") is a detailed listing of all time that FP spent during the Covered Period for which FP seeks compensation, including the date that FP rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in Exhibit "2" is a summary of the invoices that FP incurred during the Covered Period.

**D. Detailed Listing of Expenses by Category.**

FP does not seek approval for any expenses incurred during the Covered Period.

**E. Description of Professional Education and Experience**

With more than 800 attorneys in 51 offices across the United States, Japan, the United Kingdom, and Mexico, FP is an international labor and employment firm that provides practical business solutions for employers' workplace legal problems. More information regarding FP's expertise in labor and employment law can be found on its website at: https://www.fisherphillips.com.

The professionals at FP primarily responsible for the representation of the Debtor are Ashton Riley, Esq., and Piper Brockley, Esq., all of whom are well qualified to represent and assist the Debtor on its labor and employment dispute. Attached as **Exhibit "1"** to the Riley Declaration annexed hereto are the professional biographies of Mr. Riley and Ms. Brockley. Mr. Riley's hourly billing rate: $305; and Ms. Brockley's hourly billing rate: $245.

**F. Source and Amount of Cash Available to Pay FP's Allowed Fees and Expenses.**

It is FP's understanding and belief that the Debtor has sufficient unencumbered cash on hand from the Debtor's business operations to pay the allowed fees and expenses of the Debtor's professionals, including the allowed fees and expenses of FP.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.*, 659 F.2d 951, 955

n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n.11.

The services that were provided to the Debtor by FP during the Covered Period were provided in a highly skillful, efficient and cost-effective manner. FP respectfully submits that the hourly rates of its professionals are reasonable and appropriate in the relevant community, and that the fees incurred by FP in the Debtor's case during the Covered Period are fair and reasonable.

**IV.**

**CONCLUSION**

Based on all of the foregoing, FP respectfully requests that the Court enter an order:

1. approving and allowing fees in the amount of $1,642.00 and expenses in the amount of $0, for total fees and expenses in the amount of $1,642.00, incurred by FP during the Covered Period from October 1, 2025 through and including September 30, 2026 (the "Allowed Fees");

granting such other and further relief as the Court deems just and proper.

Dated: November 17, 2026 HOLOGENIX, LLC

By: */s/ Robert M. Carrasco*
RON BENDER
JOHN-PATRICK M. FRITZ
LINDSEY L. SMITH
ROBERT M. CARRASCO
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11 Debtor and Debtor in Possession

**DECLARATION ASHTON RILEY, ESQ.**

I, Ashton Riley., hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this Declaration is attached (the "Application").

2. I am a partner of FP. I am an attorney licensed to practice in the State of California.

3. With more than 800 attorneys in 51 offices across the United States, Japan, the United Kingdom, and Mexico, FP is an international labor and employment firm that provides practical business solutions for employers' workplace legal problems. More information regarding FP's expertise in labor and employment law can be found on its website at: https://www.fisherphillips.com.

4. The primary professionals from FP responsible for this engagement are: Ashton Riley: $305/hr and Piper Brockley: $245/hr. The professional biographies for the foregoing attorneys are collectively attached as **Exhibit 1** to this Declaration and are incorporated herein by reference.

5. I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

6. On November 22, 2024, FP filed its first fee application [Dkt. No. 1016], covering the period from December 23, 2023 through and including September 30, 2024, during which FP spent a total of 36.6 hours and incurred fees in the sum of $9,849. On December 23, 2024, the Court entered a written order approving the first interim fee application [Dkt. No. 1029], which authorized FP to apply the initial $10,000 retainer against the allowed fees.

7. On September 23, 2025, FP filed its second fee application [Dkt. No. 1088], covering the period from October 1, 2024 through and including July 31, 2025, during which FP

incurred fees of $13,222.00 and expenses of $8,450. On October 17, 2025, the Court entered an order [Dkt. No. 1105] approving the second interim fee application and authorized FP to apply its remaining retainer of $15,000 against the total amount. FP received an additional $6,672 for the balance of its remaining fees following approval of the second interim fee application.

8. FP served as labor and employment counsel to the Debtor and provided the following services: representation of debtor in the labor and employment dispute titled *Lyndsey White v. Hologenix, LLC* (the "White Dispute") where the petitioner, Ms. White filed a petition for reinstatement/reimbursement of lost wages, work benefits, and increased compensation under California Labor Code § 132(a). In previous fee applications, FP reviewed the 132(a) petition as well as Ms. White's separate demand letter regarding various civil employment claims. FP interviewed various Hologenix employees, drafted an initial case assessment brief, and engaged in settlement negotiations with opposing counsel. FP then prepared detailed mediation briefs, participated in mediation, and successfully negotiated a preliminary settlement of the White Dispute.

9. During the Covered Period, FP finalized the settlement agreement with opposing counsel and then worked with Debtor's general bankruptcy counsel to document the settlement for approval via a noticed 9019 motion. FP's services were crucial to resolving the White Dispute in a cost-effective manner. FP's services were crucial to resolving the White Dispute in a cost-effective manner and the Court entered an order approving the 9019 motion on January 6, 2025 at Dkt. No. 1121.

10. During the Covered Period, FP spent 5.6 hours in attorneys' fees in the sum of $1,642.00 and expenses in the sum of $0, for total fees and expenses in the sum of $1,642.00. FP is seeking approval and allowance of its fees and expenses in the total sum of $1,642.00 incurred during the Covered Period.

11. The amounts requested in the Application for fees and expenses incurred by FP are based on FP's business records which are kept in the ordinary course of FP's business.

12. Attached as **Exhibit "2"** hereto is a detailed listing of all time that FP spent during the Covered Period for which FP seeks compensation, including the date that FP rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in Exhibit "2" is a summary of all time that FP spent during the Covered Period.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 17th day of November 2026, at Los Angeles, California.

By: ________________________________
Ashton Riley, Esq.

# EXHIBIT "1"

# Ashton M. Riley

***Partner***

Irvine

t: 949.798.2186

f: 949.851.0152

Email



## *Service Focus*

- Class and Collective Actions
- Employment Discrimination and Harassment
- Litigation and Trials

## *Overview*

Ashton Riley is a partner in the firm's Irvine office. Ashton represents employers across a variety of industries including temporary staffing, aerospace and engineering, technology, medical facilities, retail sales, manufacturing, and hospitality. He has a wide range of litigation experience with a focus on both class action litigation and single-plaintiff employment cases.

Since joining Fisher Phillips, Ashton has participated in all phases of litigation, including a complete defense verdict after a 3-week jury trial in 2023. Ashton has successfully drafted and argued numerous motions in court and arbitration, including a complete dismissal in arbitration after submitting a motion for summary judgment in which the claimant was seeking over 7-figures in damages and had rejected 6-figure settlement offers. In situations where it is more advantageous to mediate, he has mediated many cases, achieving great results for his clients.

Prior to joining Fisher Phillips, Ashton worked as a law clerk for a Los Angeles-based trial firm. He represented manufacturers and corporations defending product liability and general negligence actions. He completed extensive work in all phases of litigation including discovery, law and motion work, deposition preparation, and trial preparation.

While in law school, Ashton was the Editor-in-Chief of the *Loyola of Los Angeles Entertainment Law Review*, Volume 35, covering a wide range of topics including intellectual property rights related to street art, unionization of college athletes, and employer use of social media in the hiring process.

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

He also served as Vice-Chair of the Public Interest Law Foundation at Loyola Law School for two years. In this role, he worked with different Los Angeles public service organizations to promote public service events for his law school community and organized fundraising events for scholarships for students working in public interest externships.

In his free time, Ashton enjoys traveling to remote destinations around the world, spending time with family, or fine tuning his cooking skills.

## *Credentials*

### Education

- J.D., 2015, Loyola Marymount University, Loyola Law School
- B.A., cum laude, University of California, Irvine

### Bar Admissions

- California

### Court Admissions

- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California

## *Recognitions*

- Recognized in *The Best Lawyers in America*, Ones to Watch (2021 - 2025)

## *Affiliations*

### Professional Activities

- Loyola Law School Orange County Alumni Council Founding Member
- Member, Orange County Bar Association, Labor and Employment Section
- Project Youth OCBF Associate Board Member, 2017 - present

## *Insights*

NEWS 07/23/24

### Attorneys Quoted By McKnight's Senior Living for Their Post-Chevron Era Insight

Terri R. Stewart, Ashton M. Riley, Jeffrey D. Smith

Read more →

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

INSIGHTS 07/19/24

## Is the Post-Chevron Era All It's Cracked Up to Be? 4 Reasons Businesses Might Not Celebrate the New Normal

Terri R. Stewart, Ashton M. Riley, Jeffrey D. Smith

Read more →

INSIGHTS 01/02/24

## Workplace Law Update: 10 Essential Items on Your New Year To-Do List

Raeann Burgo, Melissa (Osipoff) Camire, Benjamin M. Ebbink, Lonnie D. Giamela, Jang Hyuk Im, Anthony Isola, Corina Johnson, Joshua Klein, Sean Kingston, Alexandra LaCombe, David Lerner, Courtney Leyes, Emily N. Litzinger, Richard R. Meneghello, Kate Mize, Samantha J. Monsees, Joshua D. Nadreau, Monica Snyder Perl, Lisa Nagele-Piazza, John M. Polson, Ashton M. Riley, Katie Reynolds, Jennifer B. Sandberg, Andrew J. Sommer, Spencer W. Waldron, Sarah Wieselthier

Read more →

EVENT 12/12/23

## Fisher Phillips 2024 California Legislative & Case Law Update: Irvine

Philip J. Azzara, Sheldon J. Blumling, Jang Hyuk Im, Lisa Peterson, Tyler T. Rasmussen, Ashton M. Riley

Read more →

EVENT 11/07/23

## Clearing the Smoke: How Employers Can Prepare for California's New Cannabis Laws

Ashton M. Riley, Spencer W. Waldron

Read more →

INSIGHTS 11/03/23

## Workplace Law Update: 10 Essential Items on Your November To-Do List

Alba V. Aviles, Steven M. Bernstein, J. Randall Coffey, Patrick J. Collopy, Tami Essis Culkar, Benjamin M. Ebbink, Scott Fanning, Chantell C. Foley, Edward F. Harold, Ralph Hua, Wendy Hughes, Jang Hyuk Im, David S. Jones, Jennifer S. Kiesewetter, Joshua Klein, Alexandra LaCombe, Richard R. Meneghello, Steve A. Miller, Joshua D. Nadreau, Lisa Nagele-Piazza, Ashton M. Riley, Shanon R. Stevenson, David J. Walton, Sarah Wieselthier, Spencer W. Waldron

Read more →

INSIGHTS 11/01/23

## How Can Employers Prepare for California's New Cannabis Laws? Answers to Your Top 5 Compliance Questions

Joshua Klein, Ashton M. Riley, Spencer W. Waldron

Read more →

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

NEWS

12/14/22

## Fisher Phillips Elects 22 New Partners Amid Growth for Labor and Employment Counsel

Arit Dilip Butani, Jeffrey M. Csercsevits, Chantell C. Foley, Jamie Gross, Linda J. Gulledge, Rebecca Hause-Schultz, R. Bryan Holbrook, Megan L. Janes, Garrett S. Kamen, Matthew J. Macario, Bret Martin, Radhika Mehta, Samantha J. Monsees, Brett P. Owens, Lisa Peterson, Deniz Uzel Reilly, Ashton M. Riley, Kristin L. Smith, Monica Snyder Perl, Lauren M. Sobaski, Franklin Z. Wolf, Victor Xu

Read more →

INSIGHTS

06/01/22

## The Top 17 Workplace Law Stories from May 2022

Phillip C. Bauknight, Steven M. Bernstein, Raeann Burgo, Kathleen McLeod Caminiti, Tatiana S. Chiu, Brian J. Coughlin, Myra K. Creighton, Jeffrey M. Csercsevits, Patrick M. Dalin, Benjamin M. Ebbink, Scott Fanning, Jeffrey A. Fritz, Michael R. Greco, Marty Heller, Richard A. Millisor, Joshua D. Nadreau, Lisa Nagele-Piazza, Angelica M. Ochoa, Ashton M. Riley, David C. Roth, Hannah Sweiss, Boris Sorsher, Shanon R. Stevenson, Travis Vance, David J. Walton, Sarah Wieselthier

Read more →

INSIGHTS

05/24/22

## California Supreme Court Says Payments for Missed Breaks are “Wages”: A 3-Step Action Plan for Employers

Ashton M. Riley, Boris Sorsher

Read more →

View All →

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

# Piper Brockley

## *Associate*

Irvine

t: 949.798.2150

f: 949.851.0152

Email



## *Service Focus*

- Counseling and Advice
- Litigation and Trials

## *Overview*

Piper Brockley received her J.D. from Chapman University, Fowler School of Law. During law school, Piper was a three-year, full-tuition merit scholarship recipient, a member of Moot Court, the Golden Gavel Moot Competition Champion, and an Academic Fellow for Torts I, Torts II, Evidence, and Professional Responsibility. She earned CALI Excellence for the Future Awards (Highest Class Grade) in Contracts, Professional Responsibility, Constitutional Law, Criminal Procedure, and Antitrust. Prior to working at Fisher Phillips, Piper was a law clerk for a sports media company and a legal research assistant for Chapman Dean Matt Parlow.

Piper graduated as a four-year Division I student-athlete from the University of Southern California. While at USC, she received a Bachelor's in Human Biology with PAC-12 All-Academic Honors. In addition to college athletics, Piper was a USA Swimming Olympic Trials qualifier, biology lab assistant, finalist in the USC Undergraduate Writing Competition, and loyal Trojan Football Fan.

## *Credentials*

### Education

- J.D., 2023, *cum laude*, Chapman University School of Law
- Bachelor's, 2020, University of Southern California

### Bar Admissions

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

- California

**Court Admissions**

- U.S. District Court for the Central District of California

## *Affiliations*

**Professional Activities**

- Beverly Hills Bar Association
- Orange County Bar Association

Copyright © 2024 Fisher Phillips LLP. All Rights Reserved.

# EXHIBIT "2"

Summary of Invoices

| Invoice Number | Billing Period | Hours | Amount |
|---|---|---|---|
| 2203095 | 8/1/2025-8/30/25 | 1.1 | $335.50 |
| 2219143 | 9/1/2025-9/30/2025 | 1.4 | $427.00 |
| 2232064 | 10/1/2025-10/31/2025 | 1.6 | $434.00 |
| 2252620 | 11/1/2025-11/30/2025 | 0.6 | $183.00 |
| 2287159 | 1/1/2026 - 1/31/2026 | 0.9 | $262.50 |
| | **Total** | **5.6** | $1,642.00 |

**Fisher & Phillips LLP**
Post Office Box 840703
Los Angeles, CA 90084-0703

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

September 7, 2025
Invoice Number: 2203095
Client Matter Number: 15241.9143

**Total Fees and Costs This Invoice:** **$335.50**

Amount Remitted: $ ____________________

**Payment Due Upon Receipt**

Payment Options

| | |
|---|---|
| **Secure Payment Portal:** | https://www.fisherphillips.com/fp-payment-portal.html |
| **Wire/ACH Instructions:** | Account Name: Fisher & Phillips LLP Depository Account<br>Bank Name: Wells Fargo Bank, Atlanta, GA<br>Account Number: 9321573678<br>Routing Number: 061000227 (ACH)<br>Routing Number: 121000248 (WIRE)<br>Swift Code: WFBIUS6S (for wires in US Dollars) and WFBIUS6WFFX (for wires in foreign currency)<br>Send Remittance Info to accountsreceivable@fisherphillips.com |
| **Mailing Address:** | Fisher & Phillips LLP – LA<br>Post Office Box 840703<br>Los Angeles, CA 90084-0703 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

**Fisher & Phillips LLP**
2050 Main Street
Suite 1000
Irvine, CA 92614
(949) 851-2424 Tel

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

September 7, 2025
Invoice Number: 2203095
Client Matter Number: 15241.9143

Attention: Accounts Payable - Hologenix
ap@celliant.com

RE: **Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]**

For Services Rendered Through August 31, 2025

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 08/14/25 | AMIR | Begin analysis of opposing counsel's edits to settlement agreement. | 0.40 | $122.00 |
| 08/18/25 | AMIR | Email communication with TriNet regarding edits to settlement agreement by Claimant and recommendations pertaining to same. | 0.50 | $152.50 |
| 08/20/25 | AMIR | Email communication with S. Casden regarding draft settlement agreement for review. | 0.20 | $61.00 |

**Sub-Total Fees:** **$335.50**

**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashton Riley | Partner | 1.10 | $305.00 | $335.50 |
| | | 1.10 | | $335.50 |

**TOTAL CURRENT BILLING: $ 335.50**

**Fisher & Phillips LLP**
Post Office Box 840703
Los Angeles, CA 90084-0703

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

October 7, 2025
Invoice Number: 2219143
Client Matter Number: 15241.9143

**Total Fees and Costs This Invoice:** **$427.00**

Amount Remitted: $ ____________________

**Payment Due Upon Receipt**

Payment Options

| | |
|---|---|
| **Secure Payment Portal:** | https://www.fisherphillips.com/fp-payment-portal.html |
| **Wire/ACH Instructions:** | Account Name: Fisher & Phillips LLP Depository Account<br>Bank Name: Wells Fargo Bank, Atlanta, GA<br>Account Number: 9321573678<br>Routing Number: 061000227 (ACH)<br>Routing Number: 121000248 (WIRE)<br>Swift Code: WFBIUS6S (for wires in US Dollars) and WFBIUS6WFFX (for wires in foreign currency)<br>Send Remittance Info to accountsreceivable@fisherphillips.com |
| **Mailing Address:** | Fisher & Phillips LLP – LA<br>Post Office Box 840703<br>Los Angeles, CA 90084-0703 |

**Fisher & Phillips LLP**
2050 Main Street
Suite 1000
Irvine, CA 92614
(949) 851-2424 Tel

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

October 7, 2025
Invoice Number: 2219143
Client Matter Number: 15241.9143

Attention: Accounts Payable - Hologenix
ap@celliant.com

RE: **Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]**

For Services Rendered Through September 30, 2025

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 09/04/25 | AMIR | Email with S. Casden regarding review of settlement agreement and timing for payment. | 0.10 | $30.50 |
| 09/11/25 | AMIR | Email communication with opposing counsel regarding edits to settlement agreement. | 0.20 | $61.00 |
| 09/12/25 | AMIR | Further email communications with opposing counsel regarding edits to settlement agreement and client's edits/push back as to same. | 0.20 | $61.00 |
| 09/12/25 | AMIR | Email communications with BK counsel regarding settlement and procedure/timing for approval of same. | 0.20 | $61.00 |
| 09/19/25 | AMIR | Communications with BK counsel regarding approval of settlement and fee application question from same. | 0.30 | $91.50 |
| 09/23/25 | AMIR | Communicate with opposing counsel regarding final edits to settlement agreement. | 0.20 | $61.00 |
| 09/23/25 | AMIR | Email communication with TriNet/Chubb regarding status of settlement and next steps for same. | 0.10 | $30.50 |
| 09/25/25 | AMIR | Email communication with S. Casden regarding status of settlement agreement and next steps in approval of settlement and settlement administration. | 0.10 | $30.50 |

**Sub-Total Fees:** **$427.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashton Riley | Partner | 1.40 | $305.00 | $427.00 |
| | | 1.40 | | $427.00 |

**TOTAL CURRENT BILLING:** **$ 427.00**

**Fisher & Phillips LLP**
1200 Abernathy Road
Suite 950
Atlanta, GA 30328

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

October 7, 2025
Client Matter Number: 15241.

Please confirm all invoices have been received. For invoice copies or questions, please reach out to your Billing Specialist, Teresa Oldenburg, at toldenburg@fisherphillips.com.

Outstanding Accounts Receivable for Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

| Date | Invoice | Balance Due |
|---|---|---|
| 09/07/25 | 2203095 | $335.50 |

**Total AR This Matter** **$335.50**

**Fisher & Phillips LLP**
Post Office Box 840703
Los Angeles, CA 90084-0703

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

November 4, 2025
Invoice Number: 2232064
Client Matter Number: 15241.9143

**Total Fees and Costs This Invoice:** **$434.00**

Amount Remitted: $ ____________________

**Payment Due Upon Receipt**

Payment Options

| | |
|---|---|
| **Secure Payment Portal:** | https://www.fisherphillips.com/fp-payment-portal.html |
| **Wire/ACH Instructions:** | Account Name: Fisher & Phillips LLP Depository Account<br>Bank Name: Wells Fargo Bank, Atlanta, GA<br>Account Number: 9321573678<br>Routing Number: 061000227 (ACH)<br>Routing Number: 121000248 (WIRE)<br>Swift Code: WFBIUS6S (for wires in US Dollars) and WFBIUS6WFFX (for wires in foreign currency)<br>Send Remittance Info to accountsreceivable@fisherphillips.com |
| **Mailing Address:** | Fisher & Phillips LLP – LA<br>Post Office Box 840703<br>Los Angeles, CA 90084-0703 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

**Fisher & Phillips LLP**
2050 Main Street
Suite 1000
Irvine, CA 92614
(949) 851-2424 Tel

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

November 4, 2025
Invoice Number: 2232064
Client Matter Number: 15241.9143

Attention: Accounts Payable - Hologenix
ap@celliant.com

RE: **Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]**

For Services Rendered Through October 31, 2025

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/06/25 | PAB | Review pages 1 - 29 of Applicant Attorney's petition for additional panel. | 0.30 | $73.50 |
| 10/10/25 | AMIR | Prepare responses to BK counsel with data points and information to seek approval of settlement from BK court. | 0.50 | $152.50 |
| 10/10/25 | PAB | Draft a summary of the potential exposure and liability attached to Claimant's underlying claims. | 0.40 | $98.00 |
| 10/20/25 | AMIR | Teleconference with S. Casden regarding terms of settlement agreement and execution of same. | 0.20 | $61.00 |
| 10/21/25 | PAB | Teleconference with workers' compensation defense counsel regarding the upcoming mandatory settlement conference. | 0.20 | $49.00 |

**Sub-Total Fees: $434.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashton Riley | Partner | 0.70 | $305.00 | $213.50 |
| Piper A. Brockley | Associate | 0.90 | $245.00 | $220.50 |
| | | 1.60 | | $434.00 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION



**TOTAL CURRENT BILLING: $ 434.00**

**Fisher & Phillips LLP**
1200 Abernathy Road
Suite 950
Atlanta, GA 30328

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

November 4, 2025
Client Matter Number: 15241.

Please confirm all invoices have been received. For invoice copies or questions, please reach out to your Billing Specialist, Teresa Oldenburg, at toldenburg@fisherphillips.com.

Outstanding Accounts Receivable for Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

| Date | Invoice | Balance Due |
|---|---|---|
| 09/07/25 | 2203095 | $335.50 |
| 10/07/25 | 2219143 | $427.00 |

**Total AR This Matter** **$762.50**

**Fisher & Phillips LLP**
Post Office Box 840703
Los Angeles, CA 90084-0703

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

December 7, 2025
Invoice Number: 2252620
Client Matter Number: 15241.9143

**Total Fees and Costs This Invoice:** **$183.00**

Amount Remitted: $ ______________________

**Payment Due Upon Receipt**

Payment Options

| | |
|---|---|
| **Secure Payment Portal:** | https://www.fisherphillips.com/fp-payment-portal.html |
| **Wire/ACH Instructions:** | Account Name: Fisher & Phillips LLP Depository Account<br>Bank Name: Wells Fargo Bank, Atlanta, GA<br>Account Number: 9321573678<br>Routing Number: 061000227 (ACH)<br>Routing Number: 121000248 (WIRE)<br>Swift Code: WFBIUS6S (for wires in US Dollars) and WFBIUS6WFFX (for wires in foreign currency)<br>Send Remittance Info to accountsreceivable@fisherphillips.com |
| **Mailing Address:** | Fisher & Phillips LLP – LA<br>Post Office Box 840703<br>Los Angeles, CA 90084-0703 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

**Fisher & Phillips LLP**
2050 Main Street
Suite 1000
Irvine, CA 92614
(949) 851-2424 Tel

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

December 7, 2025
Invoice Number: 2252620
Client Matter Number: 15241.9143

Attention: Accounts Payable - Hologenix
ap@celliant.com

RE: **Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]**

For Services Rendered Through November 30, 2025

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/11/25 | AMIR | Email communications with BK counsel and opposing counsel as to status of settlement administration/approval of settlement. | 0.20 | $61.00 |
| 11/26/25 | AMIR | Review and revise motion for approval of settlement in BK court. | 0.40 | $122.00 |

**Sub-Total Fees:** **$183.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashton Riley | Partner | 0.60 | $305.00 | $183.00 |
| | | 0.60 | | $183.00 |

**TOTAL CURRENT BILLING:** **$ 183.00**

**Fisher & Phillips LLP**
1200 Abernathy Road
Suite 950
Atlanta, GA 30328

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

December 7, 2025
Client Matter Number: 15241.

Please confirm all invoices have been received. For invoice copies or questions, please reach out to your Billing Specialist, Teresa Oldenburg, at toldenburg@fisherphillips.com.

## Outstanding Accounts Receivable for Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]

| Date | Invoice | Balance Due |
|---|---|---|
| 10/07/25 | 2219143 | $427.00 |
| 11/04/25 | 2232064 | $434.00 |

**Total AR This Matter** **$861.00**

**Fisher & Phillips LLP**
Post Office Box 840703
Los Angeles, CA 90084-0703

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Accounts Payable - Hologenix
Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

February 12, 2026
Invoice Number: 2287159
Client Matter Number: 15241.9143

**Total Fees and Costs This Invoice:** **$262.50**

Amount Remitted: $ ______________________

**Payment Due Upon Receipt**

Payment Options

| | |
|---|---|
| **Secure Payment Portal:** | https://www.fisherphillips.com/fp-payment-portal.html |
| **Wire/ACH Instructions:** | Account Name: Fisher & Phillips LLP Depository Account<br>Bank Name: Wells Fargo Bank, Atlanta, GA<br>Account Number: 9321573678<br>Routing Number: 061000227 (ACH)<br>Routing Number: 121000248 (WIRE)<br>Swift Code: WFBIUS6S (for wires in US Dollars) and WFBIUS6WFFX (for wires in foreign currency)<br>Send Remittance Info to accountsreceivable@fisherphillips.com |
| **Mailing Address:** | Fisher & Phillips LLP – LA<br>Post Office Box 840703<br>Los Angeles, CA 90084-0703 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

**Fisher & Phillips LLP**
2050 Main Street
Suite 1000
Irvine, CA 92614
(949) 851-2424 Tel

www.fisherphillips.com

(Tax Identification No. 58-0619559)

Hologenix, LLC
17383 Sunset Blvd.
Suite A420
Pacific Palisades, CA 90272

February 12, 2026
Invoice Number: 2287159
Client Matter Number: 15241.9143

Attention: Accounts Payable - Hologenix
ap@celliant.com

RE: **Lyndsey White v. Hologenix, LLC [SLA 1/132a/Hourly/110123]**

For Services Rendered Through January 31, 2026

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 01/04/26 | AMIR | Email communications with BK counsel and opposing counsel regarding status of approval of settlement. | 0.20 | $61.00 |
| 01/06/26 | AMIR | Review of KB court order approving settlement to update client, carrier, TriNet, and opposing counsel regarding same. | 0.20 | $61.00 |
| 01/07/26 | AMIR | Email communication with client regarding settlement approval by BK court. | 0.20 | $61.00 |
| 01/16/26 | PAB | Draft a correspondence to workers' compensation applicant's counsel regarding the settlement agreement. | 0.20 | $49.00 |
| 01/19/26 | AMIR | Email communications with client and opposing counsel regarding status of settlement payment/administration. | 0.10 | $30.50 |

**Sub-Total Fees:** **$262.50**

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION



**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashton Riley | Partner | 0.70 | $305.00 | $213.50 |
| Piper A. Brockley | Associate | 0.20 | $245.00 | $49.00 |
| | | 0.90 | | $262.50 |

**TOTAL CURRENT BILLING: $ 262.50**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Third Application Of Fisher & Phillips LLP As Special Labor And Employment Counsel To The Debtor For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Ashton Riley In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko ron.maroko@usdoj.gov
- Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY UNITED STATES MAIL**: On November 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 24, 2026. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 24, 2026 | Rebecka Merritt | */s/ Rebecka Merritt* |
| *Date* | *Printed Name* | *Signature* |