RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
JULIET Y. OH (State Bar No. 211414)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM; JYO@LNBYG.COM; RMC@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-13849-BR<br><br>Chapter 11 Case, Subchapter V<br><br>**FIRST INTERIM APPLICATION OF WINDES, INC. AS ACCOUNTANT TO THE DEBTOR, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF DOUGLAS BEAVER IN SUPPORT THEREOF**<br><br>Hearing:<br>Date: December 15, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Windes, Inc. ("Windes"), accountant to Hologenix, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits its *First Interim Application Of Windes, Inc. As Accountant To The Debtor, For Approval Of Fees And Reimbursement Of Expenses* (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's bankruptcy case, from March 3, 2025 through and including September 30, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of Debtor's Chapter 11 Bankruptcy Case.

The Debtor filed its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 22, 2020 (the "Petition Date"). The Debtor elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code.

### B. Date Of Entry Of The Order Approving Windes' Employment And Date Services Commenced.

The Court entered an order approving Windes' employment as accountant to the Debtor on July 30, 2025 [Dkt. No. 1076]. The Debtor's employment of Windes as its accountant was effective as of March 3, 2025.

### C. Fees And Expenses Previously Requested By Windes.

None. This is the first fee application.

### D. Summary Of Payments Made To Windes.

None.

### E. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.

During the Covered Period, Windes spent a total of 120.2 hours and incurred fees in the sum of $25,445, and advanced expenses in the sum of $0, for total fees and expenses in the sum

of $25,445.

**F. Compliance With Local Bankruptcy Rule 2016-1(a).**

Windes has reviewed the requirements of Local Bankruptcy Rule 2016-1(a) and (c), and submits that this Application complies with such rule.

**G. Proper Notice.**

Windes is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), general bankruptcy counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has served notice of this Application and the amount of fees and expenses sought herein upon the Office of the United States Trustee, the Subchapter V Trustee, the Debtor, all creditors of the Debtor's bankruptcy estate, and all parties who have requested special notice in the Debtor's bankruptcy case.

**II.**

**BACKGROUND OF DEBTOR'S CASE AND**

**DESCRIPTION OF SERVICES RENDERED BY WINDES**

**A. Brief Narrative History And Report Concerning The Status Of Debtor's Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Windes respectfully incorporates by reference the narrative history and report concerning the status of the Debtor's bankruptcy case furnished by LNBYG in its eighth fee application filed concurrently herewith or to be filed shortly.

**B. Brief Narrative Statement Of Services Rendered.**

During the Covered Period, Windes provided tax compliance, tax consulting and related tax services for the Debtor so that the Debtor's 2024 and 2025 tax returns could be completed. The services provided by Windes include annual tax preparation services.

**C. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought.**

Windes respectfully submits that the fees incurred by Windes during the Covered Period in the Debtor's case totaling $25,445 in the case are very reasonable. Attached as **Exhibit "1"** to

the Declaration of Dougls Beaver annexed hereto (the "Beaver Declaration") is a detailed listing of all time that Windes spent during the Covered Period for which Windes seeks compensation, including the date that Windes rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in **Exhibit "1"** is a summary of all time that Windes spent during the Covered Period.

**D. Detailed Listing of Expenses by Category.**

None.

**E. Description of Professional Education and Experience**

Windes is an accounting firm that provides tax planning, consulting, and compliance (including tax credit studies) services as well as business advisory, audit, assurance, employee benefits services, estate and trust planning, cybersecurity, client accounting services (fractional CFO, Controller, bookkeeping), business value acceleration and exit planning, executive recruiting, human resources consulting, and merger and acquisition strategies services.

The professionals at Windes primarily responsible for the representation of the Debtor are Douglas Beaver, CPA, MPT; Matt Aguirre, Tax Manager; Shayne Nicole Poblador, Tax Senior; Frances Rose Gervacio, Tax Senior, all of whom are well qualified to represent and assist the Debtor on its tax matters. The hourly billing rates are:

- Douglas Beaver: $475
- Matt Aguirre: $250
- Shayne Nicole Poblador: $200
- Frances Rose Gervacio: $100

**F. Source and Amount of Cash Available to Pay Windes' Allowed Fees and Expenses.**

It is Windes' understanding and belief that the Debtor has sufficient unencumbered cash on hand from the Debtor's business operations to pay the allowed fees and expenses of the Debtor's professionals, including the allowed fees and expenses of Windes.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged

> often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n.11.

The services that were provided to the Debtor by Windes during the Covered Period were provided in a highly skillful, efficient and cost-effective manner. Windes respectfully submits that the hourly rates of its professionals are reasonable and appropriate in the relevant community, and that the fees incurred by Windes in the Debtor's case during the Covered Period are fair and reasonable. During the Covered Period, Windes spent a total of 120.2 hours and incurred fees in the sum of $25,445, and advanced expenses in the sum of $0, for total fees and expenses in the sum of $25,445.

## IV.

## CONCLUSION

Based on all of the foregoing, Windes respectfully requests that the Court enter an order:

1. approving and allowing fees in the amount of $25,445 and expenses in the amount of $0, for total fees and expenses in the amount of $25,445, incurred by Windes during the Covered Period from March 3, 2025 through and including September 30, 2026 (the "Allowed Fees");

2. authorizing and directing the Debtor to pay to Windes the full amount of the Allowed Fees, in the sum of $25,445;

3. granting such other and further relief as the Court deems just and proper.

Dated: November 17, 2026

HOLOGENIX, LLC

By: *\/s/ Robert M. Carrasco*

RON BENDER
JOHN-PATRICK M. FRITZ
JULIET Y. OH
ROBERT M. CARRASCO
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11 Debtor and Debtor in Possession

**DECLARATION OF DOUGLAS BEAVER**

I, DOUGLAS BEAVER, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this declaration is attached (the "Application").

2. I am a senior manager at Windes, Inc.("Windes") in its tax department. I am a certified public accountant licensed to practice in the State of California.

3. Windes is an accounting firm that provides tax planning, consulting, and compliance (including tax credit studies) services as well as business advisory, audit, assurance, employee benefits services, estate and trust planning, cybersecurity, client accounting services (fractional CFO, Controller, bookkeeping), business value acceleration and exit planning, executive recruiting, human resources consulting, and merger and acquisition strategies services. Windes will provide accounting and bookkeeping services only to the extent necessary to prepare the informational income tax returns and upon prior approval of the Debtor.

4. Windes has 24 partners and more than 200 professionals in offices located in Long Beach, Irvine, and Los Angeles in California and Dayton, Ohio (and a back-office operation in the Philippines). I am the professional primarily responsible for this engagement. My experience ranges from tax planning for publicly traded companies to compliance for small family-owned business and corporations, including S corporations, partnerships, and LLCs. More information about myself and Windes can be located at: https://windes.com/about/windes-leadership/douglas-beaver-cpa-mbt/

5. The professionals at Windes primarily responsible for the representation of the Debtor are Douglas Beaver, CPA, MPT; Matt Aguirre, Tax Manager; Shayne Nicole Poblador, Tax Senior; Frances Rose Gervacio, Tax Senior, all of whom are well qualified to represent and assist the Debtor on its tax matters. The hourly billing rates are:

a. Douglas Beaver: $475

b. Matt Aguirre: $250

c. Shayne Nicole Poblador: $200

d. Frances Rose Gervacio: $100

6. Attached as **Exhibit "2"** hereto is my professional biography.

7. I have assisted in the drafting of, and reviewed, the Application to which this declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

8. Windes has not previously requested any award of fees or reimbursement of expenses in connection with the Debtor's bankruptcy case.

9. During the Covered Period, Windes spent a total of 120.2 hours and incurred fees in the sum of $25,445, and advanced expenses in the sum of $0, for total fees and expenses in the sum of $25,445.

10. The amounts requested in the Application for fees and expenses incurred by Windes are based on Windes' business records which are kept in the ordinary course of business.

11. Attached as **Exhibit "1"** hereto is a detailed listing of all time that Windes spent during the Covered Period for which Windes seeks compensation, including the date that Windes rendered the service, a description of the service, the amount of time spent and the identification of the person who rendered the service. Also included in Exhibit "1" is a summary of all time that Windes spent during the Covered Period.

12. Attached as **Exhibit "2"** is my professional biography.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on November 17, 2026, at Irvine, California.

DOUGLAS BEAVER

# EXHIBIT "1"

2024 returns and Summary

| Date | Staff | Hours | Billed Amou | Service Code Name | Internal Notes |
|---|---|---|---|---|---|
| 08/12/2025 | Aguirre, Matt | 0.5 | 124.45 | 1065 Return Detail Review | Discussing return with staff. |
| 08/14/2025 | Aguirre, Matt | 0.5 | 124.45 | 1065 Return Detail Review | Discussed return. |
| 08/15/2025 | Aguirre, Matt | 0.5 | 124.45 | 1065 Return Detail Review | Depreciation request and answered staff questions. |
| 08/18/2025 | Aguirre, Matt | 1.5 | 373.36 | 1065 Return Detail Review | Reviewed CY financials and open items; depreciation reports and liability tie-out. |
| 08/26/2025 | Aguirre, Matt | 1.1 | 273.8 | 1065 Return Detail Review | Reviewed requested items; followed up on email regarding errors. |
| 08/27/2025 | Aguirre, Matt | 0.7 | 174.24 | 1065 Return Detail Review | Reviewed client PBC items and discussed with preparer. |
| 09/05/2025 | Aguirre, Matt | 6.5 | 1617.96 | 1065 Return Detail Review | Detail review. |
| 09/06/2025 | Aguirre, Matt | 0.5 | 124.45 | 1065 Return Detail Review | Review. |
| 09/08/2025 | Aguirre, Matt | 6.5 | 1617.91 | 1065 Return Detail Review | Review. |
| 09/08/2025 | Aguirre, Matt | 2.5 | 622.27 | 1065 Return Detail Review | Finished review and wrapped up return. |
| 09/10/2025 | Aguirre, Matt | 3 | 746.73 | 1065 Return Detail Review | Cleared partner points and updated workpapers. |
| 09/19/2025 | Aguirre, Matt | 1.5 | 373.36 | Tax Amended Returns | Amended returns; added research; updated return; reviewed K-1. |
| 09/16/2025 | Aguirre, Matt | 1 | 248.91 | Tax Out of Scope | Phone call with Mimi and double-checking partner information received. |
| 07/31/2025 | Aguirre, Matt | 0.5 | 124.45 | Tax Planning/Projections | Reviewed PY return; discussed items with Doug, budget, etc.; client emails. |
| 08/18/2025 | Aguirre, Matt | 1 | 248.91 | Tax Planning/Projections | Discussed return with preparer (GPs and open items). |
| 09/08/2025 | Ang, Ross | 0.2 | 35.84 | Tax Out of Scope | FTB payment confirmation. |
| 02/24/2025 | Beaver, Douglas | 0 | 0 | 1065 Return Detail Review | Partner Review |
| 08/29/2025 | Beaver, Douglas | 0.4 | 189.17 | 1065 Return Detail Review | Partner Review |
| 09/10/2025 | Beaver, Douglas | 2.4 | 1135.03 | 1065 Return Detail Review | Partner Review |
| 09/10/2025 | Beaver, Douglas | 2 | 945.86 | 1065 Return Detail Review | Partner Review |
| 09/03/2025 | Beaver, Douglas | 0.4 | 189.17 | 1065 Return Preparation | Partner Review |
| 09/19/2025 | Beaver, Douglas | 0.3 | 141.88 | 1120S Return Detail Review | Partner Review |
| 08/15/2025 | Gervacio, Frances Rose | 5 | 497.82 | 1065 Return Preparation | Tax preparation: TB import, account groupings, and M-1 adjustments. |
| 08/18/2025 | Gervacio, Frances Rose | 7 | 696.95 | 1065 Return Preparation | Understanding prior-year adjustments; setting up Axcess locator; clearing diagnostics; capital reconciliation. |
| 08/29/2025 | Gervacio, Frances Rose | 6 | 597.38 | 1065 Return Preparation | Tax preparation; updating M-1 adjustments; tax provision tie-out; K-1 recap and capital reconciliation; understanding prior-year adjustments. |
| 09/03/2025 | Gervacio, Frances Rose | 5.5 | 547.6 | 1065 Return Preparation | Understanding PY adjustments and entries; updating return and workpapers with open items received; partners' capital workpaper. |
| 09/04/2025 | Gervacio, Frances Rose | 8 | 796.51 | 1065 Return Preparation | Bloomberg research for state conformity; updating workpapers and return with open items received; double-checking inputs and return; got a little stuck on capital reconciliation and tax provision. |
| 09/08/2025 | Gervacio, Frances Rose | 7.5 | 746.73 | 1065 Return Preparation | Clearing detail review points; updating workpapers and return. |
| 09/09/2025 | Gervacio, Frances Rose | 2.5 | 248.91 | 1065 Return Preparation | Clearing review points; K-1/K-3 tie-out; quick meeting with Matt; state income tie-out. |
| 09/18/2025 | Gervacio, Frances Rose | 0.5 | 49.78 | 1065 Return Preparation | Amended return preparation. |
| 08/15/2025 | Gervacio, Frances Rose | 2 | 199.13 | Tax Out of Scope | Importing depreciation to PSFA software. |
| 08/29/2025 | Gervacio, Frances Rose | 2 | 199.13 | Tax Out of Scope | Continuing depreciation report with state inputs and tie-out to prior-year balances. |
| 08/18/2025 | Yost, Logan | 0.4 | 79.65 | 1065 Return Detail Review | Discussion with reviewer on items and PY reconciliations. |
| | | 79.9 | **14,215** | **Total Fees for 2024 Tax Return** | |

| Staff | Hours | Rate | Billed Amount |
|---|---|---|---|
| Aguirre, Matt | 27.8 | 250 | 6,950 |
| Ang, Ross | 0.2 | 180 | 36 |
| Beaver, Douglas | 5.5 | 475 | 2,613 |
| Gervacio, Frances Rose | 46 | 100 | 4,600 |
| Yost, Logan | 0.4 | 200 | 80 |
| Rounding Difference | | | (64) |
| **Total Hours/Blended Rate/Fees** | **79.9** | **241** | **14,215** |
| Total Summary | | | |
| 2024 returns | 79.9 | | 14,215 |
| 2025 returns | 40.3 | | 11,230 |
| Total | 120.2 | | 25,445 |

2025 Tax Return Summary

| Date | Staff | Hours | Billed Amoun | Service Code Name | Internal Notes |
|---|---|---|---|---|---|
| 06/12/2026 | Aguirre, Matt | 1 | 249.87 | 1065 Return Detail Review | Reviewed FS and emails to client (PTE). |
| 06/29/2026 | Aguirre, Matt | 2.5 | 624.68 | 1065 Return Detail Review | Detail Review Capital Schedule and Tax Provision |
| 07/20/2026 | Aguirre, Matt | 3.5 | 962.01 | 1065 Return Detail Review | Review GL analysis |
| 07/20/2026 | Aguirre, Matt | 3 | 824.58 | 1065 Return Detail Review | Reviewed Loan Allocation and correspondence with client |
| 08/11/2026 | Aguirre, Matt | 0.5 | 137.43 | 1065 Return Detail Review | Reviewing PBC loan allocation. |
| 09/02/2026 | Aguirre, Matt | 1 | 274.86 | 1065 Return Detail Review | Updated for liability allocation. |
| 09/03/2026 | Aguirre, Matt | 1.5 | 412.29 | 1065 Return Detail Review | Call with Seth and updating for liabilities. |
| 02/10/2026 | Aguirre, Matt | 0.2 | 49.97 | Tax Extension of Time to File | Extension. |
| 02/20/2026 | Aguirre, Matt | 0.5 | 124.94 | Tax Extension of Time to File | Extension; updated provision with new financials. |
| 11/19/2025 | Aguirre, Matt | 0.3 | 74.96 | Tax Planning/Projections | PTE inquiry. |
| 11/25/2025 | Aguirre, Matt | 0.5 | 124.94 | Tax Planning/Projections | PTE. |
| 12/03/2025 | Aguirre, Matt | 0.5 | 124.94 | Tax Planning/Projections | Emails to client; PTE. |
| 03/05/2026 | Aguirre, Matt | 0.3 | 74.96 | Tax Planning/Projections | FTB transfer letter email. |
| 04/06/2026 | Aguirre, Matt | 0.3 | 74.96 | Tax Planning/Projections | Email. |
| 04/07/2026 | Aguirre, Matt | 0.3 | 74.96 | Tax Planning/Projections | Emails to client. |
| 05/19/2026 | Aguirre, Matt | 0.5 | 124.94 | Tax Planning/Projections | Emails and document request; open items. |
| 09/28/2026 | Aguirre, Matt | 0.5 | 137.43 | Tax Planning/Projections | Emails to Mimi regarding address and 2025 K-1s. |
| 12/22/2025 | Aguirre, Matt | 0.5 | 124.94 | Tax Quarterly Estimated Pmts. | PTE calculation. |
| 06/03/2026 | Aguirre, Matt | 0.3 | 74.96 | Tax Quarterly Estimated Pmts. | AB 150 email. |
| 12/03/2025 | Ang, Ross | 0.1 | 17.99 | Tax Out of Scope | FTB payment confirmation. |
| 04/29/2026 | Beaver, Douglas | 0.75 | 356.07 | 1065 Return Detail Review | Partner Review |
| 07/29/2026 | Beaver, Douglas | 2.5 | 1186.89 | 1065 Return Detail Review | Partner Review |
| 08/11/2026 | Beaver, Douglas | 2.1 | 996.99 | 1065 Return Detail Review | Partner Review |
| 09/03/2026 | Beaver, Douglas | 1.6 | 759.61 | 1065 Return Detail Review | Partner Review |
| 09/04/2026 | Beaver, Douglas | 0.6 | 284.85 | 1065 Return Detail Review | Partner Review |
| 01/26/2026 | Monden, Blake | 0.2 | 19.99 | 1065 Return Preparation | FTB call. |
| 01/28/2026 | Monden, Blake | 0.15 | 14.99 | Extension Prep | Extension Preparation |
| 01/07/2026 | Pham, Nicholas | 0.1 | 21.49 | Tax Out of Scope | Power of Attorney Creation |
| 06/26/2026 | Poblador, Shayne Nicole | 7 | 1399.27 | 1065 Return Preparation | Tax preparation:<br>- Organizing TB for TB import.<br>- Updating AJEs and FTJEs.<br>- Updating workpapers (tax provision and state apportionment).<br>- Extracting GL detail as support for M-1s and AJEs.<br>- GL bridge to Axcess.<br>- Checking inputs in Axcess and tying out the federal return. |
| 06/29/2026 | Poblador, Shayne Nicole | 4.5 | 899.54 | 1065 Return Preparation | Tax preparation:<br>- Checking and tying out income by state.<br>- Updating and checking inputs in Axcess.<br>- Updating capital reconciliation, including tax links for PY liabilities.<br>- Finalizing initial draft. |

| | | | | | |
|---|---|---|---|---|---|
| 07/15/2026 | Poblador, Shayne Nicole | 2 | 399.8 | 1065 Return Preparation | Tax preparation:<br>- Updating TB with updated FS.<br>- Updating state apportionment workpapers.<br>- Updating and tying out tax provision and return. |
| 07/16/2026 | Poblador, Shayne Nicole | 1 | 199.9 | 1065 Return Preparation | Tax preparation:<br>- Updating workpapers (GL calculation for guaranteed payments, tax provision, JEs, and capital reconciliation).<br>- Updating tax return. |
| | | 40.3 | **11,230** | **Total Fees for 2025 Tax Return** | |

| Staff | Hours | Rate | Billed Amount |
|---|---|---|---|
| Aguirre, Matt | 17.7 | 275 | 4,868 |
| Ang, Ross | 0.1 | 180 | 18 |
| Beaver, Douglas | 7.55 | 475 | 3,586 |
| Monden, Blake | 0.35 | 100 | 35 |
| Pham, Nicholas | 0.1 | 215 | 22 |
| Poblador, Shayne Nicole | 14.5 | 200 | 2,900 |
| Rounding Difference | | | (198) |
| **Total Hours/Fees** | **40.3** | **241** | **11,230** |

# EXHIBIT "2"

WINDES
AUDIT | TAX | ADVISORY

# Douglas Beaver, CPA, MBT

## Senior Manager, Tax & Advisory Services



**Resident Office**
18201 Von Karman Avenue
Suite 1060
Irvine, CA 92612

**Telephone**
949.271. 2614

**Email**
dbeaver@windes.com

## Range of Experience

Doug joined Windes in 2015 and is a senior manager in the firm's Tax & Advisory Services department.

Doug's experience ranges from tax planning for publicly traded companies to compliance for small family owned business and corporations, including S corporations, partnerships and LLCs.

He serves various industries including, technology, manufacturing, restaurants and real estate partnerships.

## Education

Bachelor of Science, Business Administration
*California State University Fullerton*

Masters of Business Taxation
*University of Southern California*

## Communityand Professional Affiliations

- American Institute of Certified Public Accountants, *Member*
- California Society of Certified Public Accountants, *Member*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **First Interim Application Of Windes, Inc. As Accountant To The Debtor, For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Douglas Beaver In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas E Butler butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Theodore W Frank frank@psmlawyers.com, knarfdet@gmail.com;navarro@parkermillsllp.com
- Michael S Greger mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Brian T Harvey bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Ron Maroko ron.maroko@usdoj.gov
- Yvonne Ramirez-Browning yvonne@browninglawgroup.com, veronica@browninglawgroup.com
- Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- James R Selth jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Heidi J Sorvino sorvinoh@whiteandwilliams.com, millnamowm@whiteandwilliams.com;sullivann@whiteandwilliams.com;panchavatis@whiteandwilliams.com;butlert@whiteandwilliams.com
- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Nicole Sullivan sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- Derrick Talerico dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY UNITED STATES MAIL**: On November 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Hologenix, LLC
17383 Sunset Blvd., Suite A420
Pacific Palisades, CA 90272

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 24, 2026. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2026 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |